**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**WAYNE WOFFORD**                                    **CIVIL ACTION**

**VERSUS**                                           **DOCKET NO. 2:23-cv-2110**

**LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY AND/OR**
**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON AND/OR**
**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON; GROUP**
**LONG-TERM DISABILITY PLAN FOR**
**CROSBY TUGS, LLC; AND CROSBY**
**TUGS, LLC**

## FIRST AMENDED COMPLAINT

Plaintiff, **WAYNE WOFFORD**, amends his Complaint by replacing it in its entirety with

the following

### I. PARTIES

1.     Plaintiff, **WAYNE WOFFORD**, is a person of the full age of majority, and a

resident of Dayton, Nevada.

2.     Defendant, **LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY**

**LIFE ASSURANCE COMPANY OF BOSTON ("LINCOLN")**, is a foreign insurance

corporation authorized to do and doing business in the State of Louisiana in this judicial district.

3.     Defendant, the **GROUP LONG TERM DISABILITY PLAN FOR**

**EMPLOYEES OF CROSBY TUGS, LLC ("DISABILITY PLAN")** is an employee benefit

plan, created, established, sponsored, administered and funded by Defendant, **CROSBY TUGS, LLC**.

5.    Defendant, **CROSBY TUGS, LLC** ("**Plan Administrator**") was at all material times the Plan Administrator of the Disability Plan.

## II. JURISDICTION & VENUE

6.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this suit involves questions of federal law.

7.    Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this district.

## III. FACTS & ALLEGATIONS

8.    The Disability Plan is an employee benefit plans, created, established, and sponsored by Crosby Tugs, LLC and administered by **PLAN ADMINISTRATOR**.

9.    Plaintiff is a former employee of Crosby Tugs, LLC and was at all relevant times a plan participant of the Disability Plan and at all times qualified as a beneficiary under the Disability Plan.

10.    Defendant, **LINCOLN**, acted at all times as a fiduciary of the Disability Plan by virtue of being under contract with the Disability Plan, the **PLAN ADMINISTRATOR** of the Disability Plan, and Crosby Tugs, LLC to act as claims administrator for the Disability Plan, determine eligibility for benefits under the Plan, and provide insurance for disability benefit payment obligations under the Plan.

11.    Among other benefits, the Disability Plan provided disability benefits.

12.     Plaintiff has been since prior to December 2018, remains to date and is expected to remain indefinitely disabled from any occupation and entitled to disability benefits under the terms of the Plan due to lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement., complications thereof and required medications.

13.     Despite receiving overwhelming proof that Plaintiff remained qualified for benefits under the Disability Plan terms, Defendant, **LINCOLN**, prematurely, arbitrarily and capriciously misinterpreted the Disability Plan's terms and provisions and/or made erroneous factual findings to deny or terminate Plaintiff's disability benefits in September of 2021.

14.     Plaintiff has exhausted all required administrative remedies under the Disability Plan prior to filing this lawsuit.

15.     Plaintiff has incurred attorney's fees in order to pursue his right to benefits from the Plan.

16.     Plaintiff is entitled to judgment awarding disability benefits owed to him under the terms of the Disability Plan against Defendants **LINCOLN, the DISABILITY PLAN and PLAN ADMINISTRATOR** under Section 502(a)(1)(B) of ERISA.

17.     Plaintiff is entitled to judgment awarding reasonable attorney fees incurred in his pursuit of these claims from Defendants, **LINCOLN, the DISABILITY PLAN and PLAN ADMINISTRATOR**.

**WHEREFORE**, Plaintiff, **WAYNE WOFFORD**, prays for judgment against Defendants, **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**, the **GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF CROSBY TUG, LLC,** and **CROSBY TUGS, LLC;** as follows:

1. For all disability benefits due Plaintiff in the past and reinstatement of benefits continuing into the future under terms of the Disability Plan, plus pre- and post-judgment interest against **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**, the **GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF CROSBY TUGS, LLC,** and **CROSBY TUGS, LLC;**

2. For all reasonable attorney's fees against all Defendants;

3. For costs of suit against all Defendants; and

4. For all other relief as the facts and law may warrant against all Defendants.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com
Attorney for Complainant,
Wayne Wofford

**SERVICE**
Complaint will be served upon agent for service for defendant(s) by
Certified Mail with request for Waiver of Service of Summons.