**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; GROUP LONG-TERM DISABILITY PLAN FOR CROSBY TUGS, LLC; AND CROSBY TUGS, LLC,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

**IWANA RADEMAEKERS' DECLARATION**
**IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, the undersigned, Iwana Rademaekers, declares as follows:

**1.**

I am Iwana Rademaekers.

**2.**

I am over the age of 18 years and a citizen of the United States.

**3.**

I was duly admitted to practice in the United States District Court for the Northern District of Texas on November 7, 1988.

**4.**

No disciplinary proceedings or criminal charges have been instituted against me.

EXHIBIT

A

I declare under penalty and perjury that the foregoing is true and correct.

**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS  1st  DAY
OF AUGUST 2023.

NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2026