**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE** | **MAGISTRATE JUDGE** |
| **INSURANCE COMPANY AND/OR** | **KAREN WELLS ROBY** |
| **LINCOLN LIFE ASSURANCE** | |
| **COMPANY OF BOSTON AND/OR** | |
| **LIBERTY LIFE ASSURANCE** | |
| **COMPANY OF BOSTON; GROUP** | |
| **LONG-TERM DISABILITY PLAN** | |
| **FOR CROSBY TUGS, LLC; AND** | |
| **CROSBY TUGS, LLC,** | |
| **Defendants.** | |

**ORDER**

Considering the Motion for Admission *Pro Hac Vice* (R. Doc. 5);

IT IS ORDERED that the Motion is GRANTED and that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendants Lincoln National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty Life Assurance Company of Boston in the above referenced matter.

New Orleans, Louisiana, this 7th day of August, 2023.

_____
Hon. Greg Gerard Guidry
United States District Judge