**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; GROUP LONG-TERM DISABILITY PLAN FOR CROSBY TUGS, LLC; AND CROSBY TUGS, LLC,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS**
**CROSBY TUGS, LLC, AND GROUP LONG-TERM DISABILITY**
**PLAN FOR CROSBY TUGS, LLC, WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of

Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against

Defendants Crosby Tugs, LLC ("Crosby") and the Group Long-Term Disability Plan for Crosby

Tugs, LLC ("the Plan") based on the following stipulation:

It is hereby stipulated by and between Wayne Wofford ("Gilmore") and Defendants Lincoln

National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty

Life Assurance Company of Boston[1] (collectively, "Lincoln"), by and through their respective counsel, that Crosby and the Plan are hereby dismissed from this action without prejudice.  Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Crosby and the Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since Crosby and the Plan have not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Crosby or the Plan.

Dated this 14th day of August 2023.

Respectfully Submitted,


*/s/ J. Price McNamara*
J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone:  (225) 201-8311
Facsimile:  (225) 201-8313
Email:  price@jpricemcnamara.com
**COUNSEL FOR PLAINTIFF**


**AND**


*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email:  iwana@rademaekerslaw.com

---

[1]  The correct name of the Defendant in this action is The Lincoln National Life Insurance Company.  The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy.  However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company.  Accordingly, the named Lincoln/Liberty defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

**LAW OFFICES OF IWANA**
**RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

-AND-

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  lindsay.calhoun@phelps.com
Email:  matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**
**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/   *Iwana Rademaekers*
Iwana Rademaekers

3