**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **WAYNE WOFFORD** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **DOCKET NO. 2:23-cv-2110** |
| | * | **GGG - KWR** |
| **LIBERTY LIFE ASSURANCE** | * | |
| **COMPANY OF BOSTON; GROUP** | * | |
| **LONG-TERM DISABILITY PLAN FOR** | * | |
| **CROSBY TUGS, LLC; AND CROSBY** | | |
| **TUGS, LLC** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO CROSS COMPLAINT

**NOW COMES** Plaintiff/Cross-Claim Defendant, Wayne Wofford, who respectfully denies all allegations of the Counterclaim of Lincoln National Life Insurance Company, Liberty Life Assurance Company of Boston, and/or Lincoln Life Assurance Company of Boston.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com
Attorney for Complainant,
Wayne Wofford

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2023 I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

counsel of record.

s/J. Price McNamara