| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## **JOINT STIPULATION REGARDING ERISA PLAN**

Pursuant to the ERISA Case Management Order entered by the Court on September 7, 2023 (Document 10), Plaintiff, Wayne Wofford, and Defendant, The Lincoln National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty Life Assurance Company of Boston[1], stipulate as follows:

a. ERISA governs the employee benefit plan and policy at issue in the above-styled action;

---

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant disability policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, the named Lincoln/Liberty defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

b. The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

c. ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

Dated this 6th day of November 2023.

Respectfully submitted,

*/s/ J. Price McNamara*
J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809

Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**


**AND**


*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

 *- And -*

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311

Telecopier: 504-568-9130
Email:    lindsay.calhoun@phelps.com
Email:    matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers