# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## <u>DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD</u>

Defendant The Lincoln National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty Life Assurance Company of Boston[1] files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on September 7, 2023 (Document 10).

1. Group Disability Income Policy and Certificate (Lincoln/Wofford 0001-0121);

2. May 25, 2022, correspondence containing decision on appeal (Lincoln/Wofford 0248-0256).

---

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant disability policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, the named Lincoln/Liberty defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

3. The Administrative Record pertaining to LTD claim (Lincoln/Wofford 0066-0247 and 0257-1289).

Dated this 6th day of November 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

 /s/  *Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: rademaei@jacksonlewis.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone:  (214) 579-9319
Facsimile:  (469) 444-6456

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:    lindsay.calhoun@phelps.com
Email:    matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2023, the above and foregoing Defendant's Submission of Administrative Record was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

 /s/  *Iwana Rademaekers*
Iwana Rademaekers
