**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 9007521    Claim Last Updated 05/24/2022    Printed On 7/17/2023

**Claimant Information**

Name WAYNE WOFFORD    SSN ___    Birth Date ___

Address ___    Salary Amount $ 14508.25    Mode M

Date of Hire 03/15/2007

Last Work Date 12/31/2018

Federal Tax None    State Tax No

Phone ___    Phys Demands Medium

JobDesc CHIEF ENGINEER

Claim Status Closed    Status Reason Not TD Any Occ    Received Date 05/28/2019

Disability Date 01/01/2019    Close Date 10/01/2021    Reopen Date ___

Sick Days Left ___    Max Ben Date 01/18/2028    RTW FT / PT ___

Ben Begin Date 06/30/2019    Apprv Thru Date 09/30/2021    Gross Ben $ ___

Diagnosis 1 Code/Desc M54.5    Low back pain

Diagnosis 2 Code/Desc ___

**Policyholder Information**

Customer ID 09 - 467044    CROSBY TUGS, LLC

Subsidiary 0000

Location 00000000    CROSBY TUGS, LLC

Symb GF    Numeral 01    Product LTD    Funding CON    Bank Y    Calcs Y    Cntr Eff 03/01/2017

Class 01    ALL FULL-TIME ACTIVE EMPLOYEES

Waiting Period: New/Mode-Current/Mode 0    0    Days in WRKWK ___

Elimination Period: Days/Type 180    WC - Injury    COLA: Mode/Duration ___

Successive Period: Period/Mode 6    Month    SS Integration:Type/Value FSS ___

Partial Disability Type/Pct QRP+    7.00    Survivor Ben Months/Wait Period 3    180

Non-Verifiable Symptoms Limit 24    Own Occupation Definition Limit 24    M/N Limit 24

Benefit % ___    Max Benefit $ ___    Min Benefit $ ___    Employer Contr % ___    Subro Ind Y

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|--|
| GF | 01 | LTD | 01 | 04/01/2017 | |

**Additional Information:**

Lincoln/Wofford 0122

EXHIBIT

3, part 1

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 6147438     Claim Last Updated 01/10/2019     Printed On 7/17/2023

**Claimant Information**

Name WAYNE WOFFORD     SSN     Birth Date

Address     Salary Amount $     Mode

Date of Hire 03/15/2007

Last Work Date 12/31/2018

Federal Tax     State Tax No

Phone     Phys Demands Medium

JobDesc CHIEF ENGINEER

Claim Status Denied     Status Reason Exclusion - Work Related     Received Date 01/02/2019

Disability Date 01/01/2019     Close Date 01/01/2019     Reopen Date

Sick Days Left     Max Ben Date     RTW FT / PT

Ben Begin Date     Apprv Thru Date     Gross Ben $

Diagnosis 1 Code/Desc M54.5     Low back pain

Diagnosis 2 Code/Desc

**Policyholder Information**

Customer ID 09 - 467044     CROSBY TUGS, LLC

Subsidiary 0000

Location 00000000     CROSBY TUGS, LLC

Symb     Numeral     Product STD     Funding     Bank     Calcs     Cntr Eff

Class

Waiting Period: New/Mode-Current/Mode 0     0     Days in WRKWK

Elimination Period: Days/Type 0     WC - Injury     COLA: Mode/Duration

Successive Period: Period/Mode     SS Integration:Type/Value

Partial Disability Type/Pct     Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit     Own Occupation Definition Limit     M/N Limit

Benefit %     Max Benefit $     Min Benefit $     Employer Contr %     Subro Ind

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|---|
| GF | 01 | LTD | 01 | 04/01/2017 | |

**Additional Information:**

**Lincoln/Wofford 0123**

**ote Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

Claim

Claim ve t eave m er 9007521          ommo atio m er [          ]

ote t pe [          ]

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

---

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/13/2023 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/05/2023 - LAVOIE, CHANTEL]COPY OF CLAIM FILE SENT TO ATTY SUPPORT@JPRICEMCNAMARA.COM VIA ONEDRIVE

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject :
Text: [06/02/2023 - VANCE, SHERRI]REC D LETTER FROM ATTORNEY THAT THEY DID NOT RECEIVE THE FILE COPY, AND REQUESTED, AND INDICATED THEY ARE UNABLE TO RECEIVE ATTACHMENTS BIGGER THAN 25 MB BY EMAIL AND REQUESTED A LINK TO THE FILE COPY BE RESENT TO SUPPORT@JPRICEMCNAMARA.COM. SEND LETTER AND SUBMITTED A REQUEST TO SUPPORT TO PROCESS FILE COPY REQUEST AND RESEND.

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : ATTORNEY
Text: [05/30/2023 - SPROUS, TRACEY]ATTORNEY LETTER DATED 5/26/2023 ADVISED UNABLE TO OPEN EMAIL LARGER THAN 25MB FORWARDED LETTER TO SHERRI VANCE

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [04/24/2023 - SPROUS, TRACEY]ATTORNEY REPRESENTATION, REQUEST FOR COPY OF ADMINISTRATIVE RECORD DATE 4/17/2023 DUPLICATE

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/19/2023 - HOFFNER, FAYE]FULL CLAIM FILE FOR 9007521 6147438 AND LIFE CLAIM 9109433- SUBMITTED TO PROVIDED EMAL SUPPORT@JPRICEMCNAMARA.COM BCC SPECIALIST FOR REFERENCE OF SUBMISSION.

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : RESUME
Text: [04/19/2023 - SPROUS, TRACEY]RESUMES FROM DR.JOHNATHON MARKOVITZ, DR.JORDAN KLEIN, AND MOSHE LEWIS

**C ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal

**Lincoln/Wofford 0124**

Other Subject : FILE COPY
Text: [04/19/2023 - VANCE, SHERRI]REC'D A LETTER FROM ATTORNEY REQUESTING FILE COPY. SENT LETTER AND REFERRED TO HAVE FILE COPY SENT.

**C      ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [04/17/2023 - SPROUS, TRACEY]ATTORNEY LETTER DATED 4/17/2023 REQUESTING COPY OF FILE AND FORWARD LETTER TO APPEAL REP

**C      ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [03/07/2023 - SWANSON, JEANIE]ATTORNEY / LAW OFFICE OF J PRICE MCNAMARA. -APPEAL WITH MR/ 12/30/202.

**C      ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject :
Text: [03/01/2023 - VANCE, SHERRI]REC D LETTER FROM ATTORNEY INDICATING THEY ARE APPEALING THE EES DENIAL ALONG W/ ADDITIONAL DOCUMENTS. HOWEVER, THE EES APPEAL RIGHTS HAVE BEEN EXHAUSTED. SENDING LETTER TO ATTORNEY TO ADVISE NO FURTHER APPEAL RIGHTS.

**C      ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [02/24/2023 - SPROUS, TRACEY]APPEAL LETTER RECEIVED FROM ATTORNEY LAW OFFICES OF J PRICE MCNAMARA DATEED 2/24/2022 WITH DOCUMENATION FROM 12/30/2023-2/15/2023[02/24/2023 - SPROUS, TRACEY]FORWARDED LETTER FROM ATTORNEY TO APPEAL REP

**R      ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/Ck Adj
Other Subject : ADJ-N
Text: [02/22/2023 - LATOUR, REBEKAH]THE OVERPAYMENT DUE ON THIS CLAIM OF $67,344.00 WAS MARKED AS NON-RECEIVABLE. ***HOWEVER, IF THIS OR FUTURE CLAIMS ARE APPROVED FOR BENEFIT PAYMENTS, OVERPAYMENT REVIEW AND RECOVERY SHOULD BEGIN IMMEDIATELY. IF YOU HAVEANY QUESTIONS PLEASE CONTACT AN FRS MANAGER.

**R      ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/Waiver-Non Collect
Other Subject :
Text: [02/08/2023 - HERSEY, JOSHUA]SENIOR MANAGEMENT APPROVED THE REQUEST TO UPDATE THE $67,344.00 OVERPAYMENT TO A NON-RECEIVABLE. IF A FUTURE CLAIM IS OPENED AND APPROVED, OVERPAYMENT REVIEW AND RECOVERY SHOULD BEGIN IMMEDIATELY, PLEASE CONTACT AN FRS MANAGER. DOCUMENTATION SAVED IN FILE.

**R      ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/Waiver-Non Collect
Other Subject : APPROVED
Text: [02/07/2023 - RANDALL, DANIELLE]MANAGER REVIEWED OVERPAYMENT AND COLLECTION PROCESS. SENT REQUEST TO SENIOR MANAGEMENT FOR APPROVAL TO UPDATE THE $67,344.00 OVERPAYMENT AS A NON-RECEIVABLE DUE TO REFUSAL TO PAY/COLLECTIONS EXHAUSTED, ETC.

**R      ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/Collections
Other Subject : CLOSED/WRITE OFF
Text: [01/17/2023 - LATOUR, REBEKAH]JMC COLLECTION AGENCY HAS CLOSED THEIR FILE AS OF 11/7/2022 DUE TO ATTY DISPUTE, BAL DETERMINED TOO LOW TO SUE. OP BAL OF $67,344.00SENT TO WRITE OFF, ALL COLLECTION EFFORTS EXHAUSTED.

**C      ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**C      ote**
Claim/Event/Leave: 9007521

**Lincoln/Wofford 0125**

NoteSubject : Medical Status
Other Subject : RESUME
Text: [08/04/2022 - SPROUS, TRACEY]CREDENITALS MOSHE LEWIS, JORDAN KLEIN, MARKOVITZ 5/29/2020

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : FILE COPY
Text: [08/04/2022 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #9007521 & #6147438. SUBMITTED TO THE ATTORNEY VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SUPPORT@JPRICEMCNAMARA.COM.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : ATTY LETTER
Text: [08/04/2022 - VANCE, SHERRI]REC D ATTY, J. PRICE MCNAMARA, LETTER REQUESTING TO WITHDRAW THE APPEAL AND A COPY OF THE CLAIM FILE. REQUESTING FILE COPY BE SENT TO ATTY. SENDING LETTER TO ATTY. APPEAL REVIEW COMPLETED AND SENDING LETTER EE EXHAUSTEDAPPEAL.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : ATTTORNEY
Text: [08/02/2022 - SPROUS, TRACEY]ATTORNEY LETTER FROM LAW OFFICES OF J. PRICE MCNAMARA REQUESTING COPY OF ADMINSTRATIVE RECORD AND PLAN DOCUMENTS FORWARDED TO SHERRI VANCE, CLAIMS SPECIALIST, APPEALS

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO HEATHER O'TOOLE MURPHY.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/Collections
Other Subject : SCORE REFERRAL
Text: 6/10/2022 - REFERRED TO COLLECTIONS UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**R          ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : REFER TO COLLECTIONS
Text: [06/10/2022 - CHARLESTON, KATRINA]CLAIMANT FAILED TO REMIT PAYMENT THEREFORE FILE REFERRED TO COLLECTIONS TODAY FOR $67344.00. FILE TRANSFERRED TO MAINTENANCE FOR CONTINUED OP MANAGEMENT.

**R          ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : CALL/EMAIL F/U
Text: [06/06/2022 - CHARLESTON, KATRINA]EMAILED CLMT AS APPEAL WAS UPHELD AND CLAIM NOT REOPENED. ***********WAYNOWOFFORD@YAHOO.COM**********FROM: CHARLESTON, KATRINA SENT: MONDAY, JUNE 6, 2022 11:23 AM TO: 'WAYNOWOFFORD@YAHOO.COM' <WAYNOWOFFORD@YAHOO.COM> SUBJECT: CLAIM 9007521 GOOD MORNING WAYNE, THIS CORRESPONDENCE IS REGARDING AN OVERPAYMENT ON YOUR CLAIM IN THE AMOUNT OF $67,344.00. THIS WAS PREVIOUSLY COMMUNICATED TO YOU IN LETTERS DATED MARCH 29, 2022, AND APRIL 26, 2022. AS OF TODAYS DATE, WE HAVE NOT RECEIVED A RESPONSE REGARDING THIS MATTER. IF WE DO NOT RECEIVE AN UPDATE BY JUNE 9, 2022 , UNDER THE TERMS OF YOUR POLICY THE LINCOLN NATIONAL LIFE INSURANCE COMPANY RESERVES THE RIGHT TO FORWARD YOUR FILE TO AN EXTERNAL COLLECTION AGENCY. THANK YOU,

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : OUT
Text: [05/24/2022 - VANCE, SHERRI]APPEAL UPHOLD - EE IS A 61 YR OLD STATIONARY ENGINEER (MED). DOD 1/1/19, BBD 6/30/19, CID 6/30/21, MBP 1/18/28. EE IS DX W/ LBP, LUMBAR RADICULOPATHY, LUMBAR SPINAL STENOSIS, LEFT FOOT DROP, AND BILATERAL HIP OA. THE EEHAS A HX OF LBP. THE EE STOPPED WORKING WHEN HE WAS HIT BY A LARGE WAVE WHILE AT WORK ON A BOAT AND HAS REPORTED BACK PAIN SINCE. THE EE ALSO REPORTS LEFT HIP PAIN. THE EE WAS INITIALLY TREATED CONSERVATIVELY FOR HIS BACK W/ MEDS, INJECTIONS, ANDABLATION W/O SUCCESS AND UNDERWENT A LEFT L4-5 DISCECTOMY AND DECOMPRESSION 2/24/21. EE UNDERWENT A RIGHT TKA 6/24/19. EE IS NOTED TO HAVE BILATERAL HIP OA. BENEFITS WERE APPROVED TO 9/30/21 AND DENIED NTDOO. A PEER WAS COMPLETED BY DR. JONATHONMARKOVITZ (NEUROLOGY) WHICH DID NOT SUPPORT ANY R&L'S. ON APPEAL REC'D A LETTER FROM THE EE AND RF FROM DR. MICHAEL SONG 4/5/22. A PEER WAS COMPLETED BY DR. MOSHE LEWIS (PM&R) WHICH DID NOT SUPPORT ANY R&L'S. EE AP ALSO DECLINED TO COMMENT ON EESFUNCTIONALITY SINCE EE HASN'T BEEN SEEN FOR 1 YR. THERE ARE NO MED RECS IN THE FILE BEYOND 4/29/21; THEREFORE, PEER INDICATED THERE IS NO MEDICAL IN THE

**Lincoln/Wofford 0126**

TR. THERE ARE NO MED RECS IN THE FILE BEYOND 4/29/21, THEREFORE, PEER INDICATED THERE IS NO MEDICAL IN THE FILE FROM 9/30/21 FORWARD AND THERE IS A LACK OF PHYSICAL EXAMS, DIAGNOSTIC STUDIES, OR TREATMENT PLAN. THERE IS NO MEDICAL IN THE FILE THAT WOULD SUPPORT ONGOING R&L'S BEYOND 9/30/21; THEREFORE, UPHOLDING THE OO/AO DENIAL. SENDING LETTER.

**R        ote**

Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : PAYMENT STATUS
Text: [05/16/2022 - CHARLESTON, KATRINA]WAITING FOR APPEAL DECISION BR ALREADY SET UP TO RECOVER OVP. EXTENDED FOLLOW UP

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/03/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 5/3/2022 AND DATED 4/28/2022 FROM RELIABLE REVIEW SERVICES. INV #755241 , IN THE AMOUNT OF $577.50 FOR PEER REVIEW. INVOICE PAID IN FULL.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR INVOICE
Text: [05/03/2022 - VANCE, SHERRI]REC'D RRS INVOICE 75524-1, FOR PM&R PEER ON WAYNE WOFFORD, AMOUNT $577.50, 4/28/22. REFERRED TO SUPPORT FOR PROCESSING.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : RTR
Text: [04/29/2022 - VANCE, SHERRI]RTR SENT 4/29, DUE 5/20/22, STARTED TOLLING.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : PEER REVIEW
Text: [04/29/2022 - VANCE, SHERRI]PEER COMPLETED BY DR. MOSHE LEWIS (PM&R). PEER NOTED THERE ARE NO MED RECS W/ EXAMS FROM ANY PROVIDER BEYOND 4/29/21. RF REC'D FROM DR. SONG DATED 4/5/22; HOWEVER, DR. SONG DECLINED TO COMPLETE A TELECONFERENCE INDICATING HE HAD NOT SEEN THE EE FOR OVER 1 YR. THERE ARE NO MED RECS IN THE FILE BEYOND 4/29/21; THEREFORE, PEER INDICATED THERE IS NO MEDICAL IN THE FILE FROM 9/30/21 FORWARD AND THERE IS A LACK OF PHYSICAL EXAMS, DIAGNOSTIC STUDIES, OR TREATMENT PLAN.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : RETURNED CALL
Text: [04/25/2022 - VANCE, SHERRI]RETURNED CALL TO THE EE AND LEFT V/M. ADVISED THE APPEAL IS STILL UNDER REVIEW AND HAS BEEN REFERRED FOR PEER AND PENDING REPORT AT THIS TIME. ADVISED EE WILL BE CONTACTED ONCE THE APPEAL REVIEW IS COMPLETED.

**R        ote**

Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : 2ND NOTICE
Text: [04/25/2022 - CHARLESTON, KATRINA]SENT CLAIMANT SECOND NOTICE TODAY FOR $67344.00. FOLLOW UP HAS BEEN SET FOR PAYMENT

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/18/2022 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : PEER REFERRAL
Text: [04/11/2022 - VANCE, SHERRI]REFERRED FOR PM&R PEER.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : TOLLING
Text: [04/08/2022 - VANCE, SHERRI]TOLLED 3/9-4/8, NEW 90 DAY 6/28/22.

**Lincoln/Wofford 0127**

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : MED RECS
Text: [04/08/2022 - VANCE, SHERRI]DR. MICHAEL SONG (NEUROSURGERY) RF 4/5/22, LOV 4/29/21 AND EE TO F/U AS NEEDED. EE CAPABLE OF SED. WORK. SIT 10-15 MIN., STAND FOR 1 HR., WALK FOR 10-15 MIN., MAY LIFT UP TO 10 LBS., NO BENDING OR TWISTING, NO BENDING ORTWISTING. EE HAS LEG WEAKNESS AND A BAD BACK. DR. SONG OV 4/29/21 AND 3/11/21.

**R** **ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : VENDOR UPDATE
Text: [04/05/2022 - CHARLESTON, KATRINA]FROM: OVERPAYMENTS@IBIONLINE.COM <OVERPAYMENTS@IBIONLINE.COM> SENT: THURSDAY, MARCH 31, 2022 8:57 AM TO: KEEGAN, JESSICA <JESSICA.KEEGAN@LFG.COM> SUBJECT: RE: WOFFORD, WAYNE - 9007521 - OVERPAYMENT SUMMARY ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI JESSICA, MR. WOFFORD IS STATING THAT HE IS CURRENTLY IN THE APPEALS PROCESS WITH LINCOLN. HE HAS SPENT HIS BACK PAY AND SAYS THAT ONCE HE WINS HIS APPEAL, LINCOLN WILL OWE HIM MORE MONEY. WE HAVE INSTRUCTED HIM TO CONTACT YOU DIRECT TO SET UP ARRANGEMENTS. IBI IS CLOSING THE HANDLING OF THIS ACCOUNT. REGARDS, DORIS KEMPKER BENEFITS SPECIALIST INTEGRATED BENEFITS, INC PO BOX 7200 JEFFERSON CITY, MO 65102 PHONE (800)-535-6575 EXT. 231 FAX (573)-893-7706

**R** **ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : OVP VENDOR EMAIL
Text: [03/28/2022 - KEEGAN, JESSICA]******ON BEHALF OF KATRINA CHARLESTON****** FROM: KEEGAN, JESSICA SENT: MONDAY, MARCH 28, 2022 6:17 PM TO: OVERPAYMENTS@IBIONLINE.COM SUBJECT: WOFFORD, WAYNE - 9007521 - OVERPAYMENT SUMMARY GOOD AFTERNOON, BELOW IS THE CLAIMANTS OVERPAYMENT SUMMARY. PLEASE CONTACT CLAIMANT REGARDING THIS BALANCE AND NOTIFY LINCOLN OF ANY UPDATES. OVERPAYMENT CALCULATION ORIGINALLY PAID 10/1/2019 THROUGH 9/30/2021 $182,038.80 LESS: SHOULD HAVE PAID 10/1/2019THROUGH 9/30/2021 $114,694.80 OVERPAYMENT DUE $67,344.00 LESS: RECOVERY OF PRIOR OVERPAYMENT $0.00 LESS: ATTORNEY FEES $0.00 LESS: EXCESS FEE $0.00 AMOUNT DUE $67,344.00 THANK YOU, JESSICA KEEGAN RECALC & RECOVERY SPECIALIST II, RECALC & RECOVERY GP CLM SHARED SERVICES LINCOLN FINANCIAL GROUP LINCOLNFINANCIAL.COM (888) 437-7611 16060 - OFFICE FAX # (302) 504-6167

**R** **ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : ****OVP CREATED
Text: [03/28/2022 - KEEGAN, JESSICA]******ON BEHALF OF KATRINA CHARLESTON****** THE OVERPAYMENT DUE IS $67,344.00 FOR THE PERIOD OF 10/01/19 THRU 09/30/21. CLAIMANT WAS ORIGINALLY PAID $182,038.80. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $114,694.80. TOTAL OVERPAYMENT BALANCE DUE IS $67,344.00. CLAIMANT OWES $67,344.00 AND VENDOR OWES $0.00 FOR EXCESS FEES. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH IBI AND LINCOLN.

**R** **ote**
Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : AWARD DETAILS
Text: [03/25/2022 - CHARLESTON, KATRINA]AWARD LETTER RECD FROM IBI. DOE 10/1/2019 $2806.00, 12/2019 $2851.00 COLA, 12/2020 $2888.00. RETRO OF $68704.00 W/ $0.00 ATTORNEY FEES DEDUCTED. NO ELIG DEPS. APPLIED SSDB OFFSET OF $2806.00. SET F/U TASK TO COMPLETE CALC.

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO KATRINA CHARLESTON.

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SSDI AWARDED LUMP SUM $68, 703.50 AND MONTHLY PAYMENT $2, 739.00

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : SS OFFSET
Text: [03/24/2022 - LIMPACH, SHEILA]PER DAILY VENDOR AWARD REPORT. ADDING AN SSDB OFFSET TO CLAIM TO

**Lincoln/Wofford 0128**

PREVENT FURTHER OVP. FRS WILL VERIFY/UPDATE ENTITLEMENT INFO AND SCORE CLAIM ONCE NOA IS RECVD FROM VENDOR.

**C      ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : SSDI
Text: [03/24/2022 - VANCE, SHERRI]REC'D SSDI NOA 10/24/21 AT RECON LEVEL, ENTITLEMENT 10/1/19

**C      ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : FRS
Text: [03/24/2022 - SPROUS, TRACEY]REFERRED TO FRS FOR SSDI AWARD LUMP SUM $68, 703.50 AND MONTHLY PAYMENT $2, 739.00

**R      ote**

Claim/Event/Leave: 9007521
NoteSubject : OP/SS
Other Subject : NOA
Text: [03/24/2022 - LISTON, TAMMY]INFORMATION RECEIVED TODAY FROM SOCIAL SECURITY VENDOR THAT CLAIMANT HAS BEEN AWARDED THEIR NOA FOR SS IN FINANCIAL REVIEW SERVICES 1-888-437-7611 THE AWARD INFO WILL APPEAR IN DOC LIST WITHIN 5 BUSINESS DAYS FROM THE SCANNING FACILITY IN LONDON KENTUCKY. AN EMAIL HAS BEEN SENT TO THE APPROPRIATE CASE MANAGER TO REFER THE SSDI FILE TO FINANCIAL REVIEW SERVICES, IF APPROPRIATE WITHIN 3-5 BUSINESS DAYS TO ALLOW THE FINANCIAL SPECIALIST TO PREPARE

**C      ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [03/09/2022 - VANCE, SHERRI]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 01/02/2019. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTDAO, DATE OF DENIAL WAS 10/01/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 03/30/2022. LETTER OF APPEAL RECEIVED 02/28/2022. ACTION PLAN: EE IS A 61 YR OLD STATIONARY ENGINEER (MED). DOD 1/1/19, BBD 6/30/19, CID 6/30/21, MBP 1/18/28. EE IS DX W/ LBP, LUMBAR RADICULOPATHY, LUMBAR SPINAL STENOSIS, LEFT FOOT DROP, AND BILATERAL HIP OA. THE EEHAS A HX OF LBP. THE EE STOPPED WORKING WHEN HE WAS HIT BY A LARGE WAVE WHILE AT WORK ON A BOAT AND HAS REPORTED BACK PAIN SINCE. THE EE ALSO REPORTS LEFT HIP PAIN. THE EE WAS INITIALLY TREATED CONSERVATIVELY FOR HIS BACK W/ MEDS, INJECTIONS, ANDABLATION W/O SUCCESS AND UNDERWENT A LEFT L4-5 DISCECTOMY AND DECOMPRESSION 2/24/21. EE UNDERWENT A RIGHT TKA 6/24/19. EE IS NOTED TO HAVE BILATERAL HIP OA. BENEFITS WERE APPROVED TO 9/30/21 AND DENIED NTDOO. A PEER WAS COMPLETED BY DR. JONATHONMARKOVITZ (NEUROLOGY) WHICH DID NOT SUPPORT ANY R&L'S. ON APPEAL REC'D A LETTER FROM THE EE. PER TPC W/ EE A LETTER FROM DR. SONG IS BEING SUBMITTED. ACTION PLAN: ACK LETTER W/ EXT. AND TOLLING.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : INITIAL CALL
Text: [03/09/2022 - VANCE, SHERRI]CALLED THE EE AND ADVISED THE APPEAL HAS BEEN REC'D. ADVISED THAT IN THE APPEAL LETTER HE INDICATED THAT SOMETHING FROM DR. SONG WAS BEING SUBMITTED. ADVISED THAT WE HAVE NOT REC'D ANYTHING FROM DR. SONG AND ASKED IF HESUBMITTED IT WITH HIS APPEAL LETTER. THE EE INDICATED THAT DR. SONG'S OFFICE WAS SUPPOSED TO HAVE SENT IN A LETTER REGARDING HIS R&L'S. THE EE WILL CONTACT DR. SONG'S OFFICE TO HAVE THEM RESEND THE LETTER. ADVISED THAT THE LAST MEDICAL IN THE FILEIS FROM DR. SONG'S OV 4/29/21. ASKED IF THE EE HAS SEEN ANY PROVIDERS SINCE 4/29/21 AND THE EE INDICATED THAT HE LOST HIS INSURANCE AND HASN'T SEEN ANY PROVIDERS SINCE 4/29/21. THE EE INDICATED THAT HE IS IN CONSTANT PAIN AND AT MOST HE COULD MAYBE DO SOMETHING FOR A COUPLE HOURS A DAY. THE EE DISAGREED W/ THE DECISION OF NO R&L'S. THE EE INDICATED THAT DUE TO ALL OF HIS INJURIES OVER THE YEARS THERE IS NO WAY HE CAN WORK. EXPLAINED THE AO INVESTIGATION. EE UNDERSTOOD AND ADVISED TAT HE WAS TOLD THAT IF HE DIDN'T HAVE THE CAPABILITY OF EARNING WHAT HE DID BEFORE THEN BENEFITS WOULD CONTINUE. ADVISED OF THE POLICY PROVISIONS, AND ADVISED THAT THE MEDICAL HAS TO SUPPORT. THE EE WILL HAVE DR. SONG SUBMIT THE UPDATED LETTER. ADVISED ONCE REC'D WE WOULD PROCEED W/ THE REVIEW OF THE APPEAL.

**C      ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [03/04/2022 - AVERILL, REBECCA]ASSIGNED TO SHERRI VANCE

**C      ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/3/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C      ote**
Claim/Event/Leave: 9007521

**Lincoln/Wofford 0129**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : ARU
Text: [03/03/2022 - SPROUS, TRACEY]REFERRAL TO ARU

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/02/2022 - BROWN, MALLORY]MGR AGREES WITH REFERRAL TO ARU. EE HAS REQUESTED APPEAL PER WRITTEN REQUEST DATED 2/20/2022.

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : ARU
Text: [03/02/2022 - SPROUS, TRACEY]60YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) ** LWD 12 /31/2018 DOD 1/1/19/ CLAIM CLOSED FOR NOT TD AO 10/1/2021. APPEAL LETTER RECEIVED 3/2/2022 AND DATED 2/20/21. DCM RECOMMENDS REFERRAL TO ARU. REFER TO M1 FOR REVIEW.

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : Appeal
Other Subject : LETTER
Text: [03/02/2022 - SPROUS, TRACEY]2/20/22 APPEAL LETTER REQUESTING APPEAL REVIEW

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : LIEN
Text: THE SCORE REFERRAL FOR LIEN REFERRAL AND WC LIEN HAS BEEN REASSIGNED TO PRAXIS.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : APPEAL
Text: [10/07/2021 - SPROUS, TRACEY]RETURNED CALL TO EE REGARDING APPEAL. EE ADVISED DR. SONG SAID HE DID NOT SAY EE DID NOT HAVE ANY RESTRICTIONS AND LIMITATIONS. EE ADVISED HAS NO MEDICAL INSURANCE WAS UNABLE TO FUP WITH AP. EE IS IN A BAD SITUATION WITHA 10 MONTH OLD AND HAVING TO PAY BILLS. EE ADVISED IS WORSE THAN BEFORE. EE UNABLE TO PUT SHOES ON OR SOCKS ON. EE ADVISED IS PAINFUL. EE SEES STARS DUE TO PAIN. EE WOULD PREFER TO HAVE HEALTH BACK AND BE WORKING INSTEAD OF POSITION EE IS IN. EE WILL MAKE APPT WITH DR SONG FOR EXAMINATION AND TO EVALUATE R/LS. EE WILL SEND IN APPEAL LETTER AS WELL. EE STILL HAVING BACK PAIN AND NOT ABLE TO WORK. ADVISED EE TO MAKE SURE TO SUBMIT ADDITIONAL MEDICAL DOCUMENTATION FROM PROVIDER AS WELL. EE THANKEDDCM FOR TIME AND CALL CONCLUDED.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : AO CLOSURE
Text: [10/01/2021 - SPROUS, TRACEY]P/C TO EE LEFT MESSAGE TO ADVISE CLAIM WAS CLOSED FOR AO AND ADVISED EE CAN APPEAL WITH LETTER ALONG WITH ANY ADDITIONAL MEDICAL DOCUMENTATION. ADVISED EE DR. SONG DID NOT PROVIDE R/LS AS WELL. THERE WAS NO ONGOING SUPPORTED DISABILITY. ADVISED EE EMAILED LTD POLICY AS WELL LAST WEEK. LEFT CALL BACK NUMBER MESSAGE CONCLUDED.

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [09/30/2021 - SPROUS, TRACEY]MAILED AO CLOSURE LETTER TO EE

**C** **ote**

Claim/Event/Leave: 9007521
NoteSubject : Closed
Other Subject : NOT TD AO SEPT 2021
Text: [09/30/2021 - SPROUS, TRACEY]60YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) ** LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. THE CLAIMANT IS STATUS POST FEBRUARY 24, 2021 NEUROSURGERY. THIS NEUROSURGERY INCLUDED L4-5 DISCECTOMY, DECOMPRESSION, AND TRANSPEDICULAR DECOMPRESSION. FOLLOWING THE SURGERY, THE CLAIMANT IS REPORTEDLY CLEARLY IMPROVED, WITH DECREASED WEAKNESS, IMPROVE SENSATION, AS WELL AS DECREASED PAIN. REASSESSMENT IN AUGUST 2021 TO ALLOW TIME FOR RECOVERY FROM THE NEUROSURGICAL PROCEDURE WOULD BE APPROPRIATE**RESTRICTIONS FORM FROM DR SONG ADVISED NO R/LS BEYOND 8/30/21. CLAIM REASSESSED AND NEURO PR DATED 9/18/21 CONCLUDED EES MEDICAL RECORDS AVAILABLE FOR REVIEW FAIL TO SUPPORT ONGOING NEUROLOGICAL IMPAIRMENT LEADING TO RESTRICTIONS AND LIMITATIONS AFTER AUGUST 30, 2021. DCM RECOMMENDS CLOUSRE OF CLAIM FOR NOT TD AO WITH BENEITS PAID THROUGH 9/30/21 AND CLOSED AS OF 10/1/21. REFER TO MGR 1 FOR REVIEW

**Lincoln/Wofford 0130**

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : LTD POLICY
Text: [09/27/2021 - SPROUS, TRACEY]EMAILED LTD POLICY TO EE

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : STATUS
Text: [09/24/2021 - AMBRIEL, JUNIPER]EE CALLED UPSET THAT HIS CLAIM MAY BE CLOSED, DCM EXPLAINED CID, ADVISED REVIEW DID NOT SUPPORT ONGOING RLS, PENDING RESPONSE FROM SONG TO MED REVIEW, ADVISED IF CLAIM IS CLOSED, WILL BE PAID THRU DECISION DATE AND EE WILL BE ABLE TO APPEAL AT THAT POINT IF HE DISAGREES. ADCM WILL F/U WITH EE NEXT WEEK, AS RESPONSE MUST BE RECEIVED FROM SONG BY 9/30/21. EE WAS VERY UNHAPPY, ASKED FOR COPIES OF POLICY TO BE EMAILED AND MAILED, DCM AGREED, CALL ENDED.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : MEDICAL REVIEW
Text: [09/21/2021 - SPROUS, TRACEY]P/C TO EE TO ADVISED EE RECEIVED UPDATED MED REPORT TO ADVISE EE SEND REPORT TO DR. SONG WITH DUE DATE OF 9/29/2021 TO RESPONSE IF DISAGREES WITH ASSESSMENT. ADVISED EE CURRENTLY THERE IS NO R/LS. ADVISED EE FIRST 2YEARSOF CLAIM IS BASED ON OWN OCCUPATION. AFTER 2YEARS CLAIM CHANGES TO ANY OCCUPATION TO CONFIRM IF EE HAS THE WORK CAPACITY TO WORK IN ANY OCCUPATION. EE WILL FUP WITH DR. SONG TO CONFIRM RESPONSE TO REPORT AND ANY APPLIED R/LS. ADVISED EE IF CLAIM ISCLOSED CAN APPEAL. THANKED EE FOR TIME AND CALL CONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR SONG
Text: [09/21/2021 - SPROUS, TRACEY]FAXED NEURO PR REPORT TO DR. SONG FOR ASSESSMENT.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Peer Review
Other Subject : NEURO
Text: [09/21/2021 - SPROUS, TRACEY]NERUO PR COMPLETED. THE CLAIMANT S MEDICAL RECORDS AVAILABLE FOR REVIEW FAIL TO SUPPORT ONGOING NEUROLOGICAL IMPAIRMENT LEADING TO RESTRICTIONS AND LIMITATIONS AFTER AUGUST 30, 2021.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Managed Care
Other Subject : ECN
Text: [09/08/2021 - SPROUS, TRACEY]CX ECN REFERRAL FOR NEUROSURGEON PR AND REFERRED TO INTERNAL CP FOR ADDENDUM

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Managed Care
Other Subject : ECN
Text: [09/07/2021 - SPROUS, TRACEY]FORWARDED MEDICALS TO LEGACY@ECNIME.COM FOR PR

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/3/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject :
Text: [09/03/2021 - TRAN, MARYANN]HELLO, A NEW REFERRAL WAS RECEIVED FOR THE ABOVE REFERENCED CLAIMANT. OUR OFFICE IS IN THE PROCESS OF SCHEDULING THIS SERVICE. THANK YOU, ECN 6111 BROKEN SOUND PARKWAY, NW SUITE 207 BOCA RATON, FL 33487

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Managed Care
Other Subject : NEUROSURGEON
Text: [08/31/2021 - SPROUS, TRACEY]REFERRAL TO NEUROSURGEON FOR PEER REVIEW

**Lincoln/Wofford 0131**

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : DR SONG
Text: [08/31/2021 - SPROUS, TRACEY]11/6/2020-4/9/2021 RESTRICTIONS FORM NO RESTRICTION FUP AS NEEDED.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [08/25/2021 - SPROUS, TRACEY]MAILED NP LETTER TO EE FOR MEDICAL RECORDS FROM DR. SONG AND RESTRICTONS FORM DAY 30 NP 9/23/21 DAY 45 NP 10/8/21 DAY 75 NP 11/7/21

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR SONG
Text: [08/25/2021 - SPROUS, TRACEY]FAXED MED REQ TO DR. SONG FOR MRS DATED 4/29/21-PRESENT WITH RESTRICTIONS FORM

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : MEDICAL UPDATE
Text: [08/25/2021 - SPROUS, TRACEY]P/C TO EE FOR MEDICAL UPDATE. EE PSOT SX FROM L4- L5 DISCETOMY WITH DR. MICHEAL SONG. EE HAS SEEN HIM 3 TIME. EE ADVISED HAS NO CURRENT MEDICAL INSURANCE AND WC NOT COVERING ANY MEDICAL TREATMENT. EE ADVISED MEDICAID ISTAKING CARE OF DAUGHTER. EE DID NOT DO ANY PT AS WAS NOT COVERED. EE HAS NOT SEEN DR. SONG SINCE APRIL 29, 2021. ADVISED EE DID RECEIVE UPDATED RECORDS FROM DR. SONG. ADVISED EE WILL SEND RESTRICTIONS FORM OVER DR. SONG. ADVISED EE CLAIM IS UNDER AOREVIEW TO DETERMINE IF EE CAN PERFORM AO COMPROABLE TO DISABILITY EARNINGS. ADVISED EE WILL MAIL EE NP LETTER REQUESTING RESTRICTIONS FORM FROM DR. SONG. UPON RECIEPT WILL CONTINUE CLINIC ASSESSMENT AND TSA. THANKED EE FOR TIME AND CALL CONCLUDED.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : PAYMETT
Text: [07/27/2021 - SPROUS, TRACEY]P/C TO EE TO CONFIRM PAYMENT ISSUED OUT 7/27/21 AND WILL TAKE 1-2 BUSINESS DAYS FOR PAYMENT TO BE ISSUED. ADVISED EE WILL FUP MID AUGUST FOR NEXT MEDICAL UPDATE. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/22/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #714454, IN THE AMOUNT OF $5.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : TEE
Text: [07/16/2021 - SPROUS, TRACEY]EE CALLED AND LEFT MESSAGE TO ADVISE IS FAXING OVER TEE FORM. CALL CONCLUDED.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : ACD
Text: [07/16/2021 - TRAN, MARYANN]DCM CF RCVD EE'S TEE IN ADCM'S DIRECT FAX INBOX. ADCM WILL REVIEW. EE ACK, THANKED. CALL ENDED

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : TEE FORM
Text: [07/14/2021 - SPROUS, TRACEY]EMAILED TEE FORM TO EE

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [07/14/2021 - SPROUS, TRACEY]CALLED EE TO ADVISE RECEIVED UPDATED LTD FORMS BUT NOT TEE FORM. ADVISED EE TEE WAS SENT ON 6/4/21 AND 7/2/21. ADVISED EE WILL EMAIL LETTER AGAIN TO EE FOR TEE FORMS. EE HAS NOT

**Lincoln/Wofford 0132**

RECEIVED WORKERS COMPENSATION SETTLEMENT AT THIS TIME. ADVISE EE ONCE EE RECEIVES WC SETTLEMENT WILL SEND DCM COPY. ADVISED EE WC SETTLEMENT WILL BE A DEDUCTION TO THE LTD BENEFIT. NO MEDICAL LAWSUIT AGAINST YOUR PROVIDER. ADVISED EE RECEIVED NOTIFICATION FROM ER NOT RECEIVING RETIREMENT/PENSION FROM CROSBY TUGGS. EE ADVISED WAS FROM TIDE WATER. PREVIOUS COMPANY EE WORKED AT IN 1982-1995. EE GETTING RENT FROM A PROPERTY IN OREGON BUT PRIOR TO DISABILITY AS HAS BEEN FOR 7 YEARS. THANKED EE FOR TIME AND WILL NEED TEE FORM BACK AS SOON AS POSSIBLE WILL NOT SUSPEND BENEFIT AS EE IS WORKING ON GETTING TEE FORM TO DCM. CALL CONCLUDED.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : LTD FORMS
Text: [07/14/2021 - SPROUS, TRACEY]CIF, AQ, CSS, MED AUTHS

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [07/08/2021 - SPROUS, TRACEY]P/C TO EE LEFT MESSAGE FOR RETURNED CALL REGARDING NP LETTER FOR PENDED INFORMATION. MESSAGE CONCLUDED.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : DAY 30 NP
Text: [07/02/2021 - SPROUS, TRACEY]MAILED DAY 30 ONGOING NP LETTER TO EE FOR TEE AND PROOF OF OTHER INCOME FOR WORKERS COMPENSATION SETTLEMENT ( OTHER THAN YOUR WEEKLY BENEFIT) MEDICAL LAWSUIT AGAINST YOUR PROVIDER PENSION/RETIRMENT BENEFIT OF $230.52 OTHER INCOME FOR RENT DAY 30 NP 7/2/2021 DAY 45 NP 7/17/21 DAY 75 NP 8/16/21

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [06/03/2021 - SPROUS, TRACEY]MAILED NP LETTER TO EE FOR TEE AND PROOF OF OTHER INCOME FOR WORKERS COMPENSATION SETTLEMENT ( OTHER THAN YOUR WEEKLY BENEFIT) MEDICAL LAWSUIT AGAINST YOUR PROVIDER PENSION/RETIRMENT BENEFIT OF $230.52 OTHER INCOME FOR RENT DAY 30 NP 7/2/2021 DAY 45 NP 7/17/21 DAY 75 NP 8/16/21

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : ER
Text: [06/03/2021 - SPROUS, TRACEY]ER REPSONSE HE DOES NOT HAVE PENSION BUT HE DID RECEIVE A SETTLEMENT FOR WHAT HE CLAIMS IS A WORK RELATED INJURY. FROM TARA CROSBY <TCROSBY@CROSBYTUGS.COM>

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : AO APPROVAL
Text: [06/03/2021 - SPROUS, TRACEY]CALLED EE TO ADVISE CLAIM HAS BEEN EXTENDED THROUGH AO PERIOD OF DISABILITY AND IS SUPPORTED THROUGH 8/1/21 AND WILL FUP WITH EE AT THAT TIME FOR UPDATED MEDICAL DOCUMENTATION POST=SX. ALSO ADVISED EE LEFT MESSAGE CONFIRM OTHER INCOME REGARDING PENSION, MEDICAL LAWSUIT, RENT, ADVISED EE DID RECEIVE RESPONSE FROM ER TO ADVISE EE IS NOT RECEIVING PENSION BUT DID RECEIVE WC SETTLEMENT. ADVISED EE WILL SEND LETTER FOR OTHER INCOME INFORMATION THAT NEEDS TO BE CONFIRMED.LEFT CALL BACK NUMBER WITH ANY QUESTIONS. MESSAGE CONCLUDED.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject :
Text: [06/02/2021 - MARTIN, JANEIL]MGR REVIEW COMPLETED. BASED ON PEER REVIEW OF UPDATED MEDICAL OUTLINING IMPOSED RESTRICTIONS AND LIMITATIONS. M2 AGREES WITH CURRENT DIRECTION OF AO APPROVING CLAIM.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to ER
Other Subject : PENSION
Text: [06/02/2021 - SPROUS, TRACEY]EMAILED ER 2ND REQ FOR PENSION INFO

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : MED REV SEPT 2021

**Lincoln/Wofford 0133**

Text: [06/02/2021 - SPROUS, TRACEY]60YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) ** LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. THE CLAIMANT S MEDICAL RECORDS AS OF THE NEUROSURGICAL NOTES DATED APRIL 29, 2021 DESCRIBE THE CLAIMANT BEING STATUS POST FEBRUARY 24, 2021 NEUROSURGERY. THIS NEUROSURGERY INCLUDED L4-5 DISCECTOMY, DECOMPRESSION, AND TRANSPEDICULAR DECOMPRESSION. FOLLOWING THE SURGERY, THE CLAIMANT IS REPORTEDLY CLEARLY IMPROVED, WITH DECREASED WEAKNESS, IMPROVE SENSATION, AS WELL AS DECREASED PAIN. REASSESSMENT IN AUGUST 2021 TO ALLOW TIME FOR RECOVERY FROM THE NEUROSURGICAL PROCEDURE WOULD BE APPROPRIATE. UNTIL THEN THE CLAIMANT REMAINS UNRELIABLE TO PERFORM WORK-RELATED ACTIVITY. DCM RECOMMENDS APPROVAL FOR AO AND REFER TO MGR 1 FOR REVIEW. ACTION: 8/2/2021 FUP WITH EE FOR NEXT MEDICAL/WORK UPDATE, NO RTW REQUEST UPDATED MEDICAL AND REFER FOR CLINICAL ASSESSMENT.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Peer Review
Other Subject : NEUROSURGEON
Text: [06/02/2021 - SPROUS, TRACEY]5/31/21 NEUROSURGEON PR THE CLAIMANT S MEDICAL RECORDS AS OF THE NEUROSURGICAL NOTES DATED APRIL 29, 2021 DESCRIBE THE CLAIMANT BEING STATUS POST FEBRUARY 24, 2021 NEUROSURGERY. THIS NEUROSURGERY INCLUDED L4-5 DISCECTOMY, DECOMPRESSION, AND TRANSPEDICULAR DECOMPRESSION. FOLLOWING THE SURGERY, THE CLAIMANT IS REPORTEDLY CLEARLY IMPROVED, WITH DECREASED WEAKNESS, IMPROVE SENSATION, AS WELL AS DECREASED PAIN. REASSESSMENT IN AUGUST 2021 TO ALLOW TIME FOR RECOVERY FROM THE NEUROSURGICAL PROCEDURE WOULD BE APPROPRIATE. UNTIL THEN THE CLAIMANT REMAINS UNRELIABLE TO PERFORM WORK-RELATED ACTIVITY.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Peer Review
Other Subject : ASSIGNMENT
Text: [05/24/2021 - SPROUS, TRACEY]YOUR REFERRAL REQUEST WITH REQUESTED SPECIALTY OF NEUROSURGERY FOR CLAIM NUMBER 9007521 HAS BEEN ASSIGNED TO DR. JONATHON MARKOVITZ. THE ANTICIPATED DUE DATE FOR THIS REQUEST IS 06/05/2021.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to ER
Other Subject : PENSION/RETIRMENT
Text: [05/21/2021 - SPROUS, TRACEY]TCROSBY@CROSBYTUGS.COM EMAILED QUESTIONS TO ER TO CONFIRM EE'S PENSION/RETIREMENT BENEFIT OF $230.52

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [05/21/2021 - SPROUS, TRACEY]CALLED EE LEFT MESSAGE TO ADVISE EE FOLLOWING UP ON A LAWSUIT PREVIOUSLY DISCUSSED WITH EE ON 8/26/2020 REGARDING A POSSIBLE LAWSUIT AGAINST ONE OF EES PHYSICIANS. IN ADDTION WILL NEED TO FUP WITH ER REGARDING EES PENSION/RETIREMENT OF $230.52 MTHLY AND ANY OTHER INCOME. LEFT CALL BACK NUMBER.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Managed Care
Other Subject : PEER REVIEW
Text: [05/21/2021 - SPROUS, TRACEY]REFERRED FOR NEUROSURGEON PR FOR AO REVIEW

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : DR. SONG
Text: [05/21/2021 - SPROUS, TRACEY]11/6/20-4/29/21 DR.MICHAEL SONG, 2/14/21 OP REPORT AND MRI

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to SS Vendor
Other Subject : IBI
Text: [05/13/2021 - SPROUS, TRACEY]SSDI DENIED 4/23/2021 AND SSDI RECONSIDERATION FILED 5/7/21

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [05/13/2021 - SPROUS, TRACEY]MAILED ONGOING 30 DAY NP FOR MRS FROM DR. SONG AND UPDATED LTD FORMS.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : MEDICAL RECORDS

**Lincoln/Wofford 0134**

Other Subject : MEDICAL RECORDS
Text: [05/13/2021 - SPROUS, TRACEY]EE CALLED TO ADVISE SPOKE WITH DR. SONGS OFFICE AND REQUESTED ADCM TO FAX MED REQ AND OFFICE WILL FAX MRS TO DCM. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR SONG
Text: [05/13/2021 - SPROUS, TRACEY]FAXED MED REQ TO DR. SONG FOR MRS DATED 11/7/20-PRESENT.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : DAY 30 NP
Text: [05/13/2021 - SPROUS, TRACEY]CALLED EE TO ADVISE HAVE NOT RECEIVED UPDATED LTD FORMS AND NEEDING UPDATED MED AUTH AS DR. SONG WILL NOT RELEASE UPDATED MEDICAL RECORDS. EE UNABLE TO PRINT FORMS AND WILL REMAIL FORMS TODAY. EE HAD BACK SURGERY 3/24/2021 WITH DR. SONG AND WAS ADVISED WOULD LOOSE LEFT LEG. THANKED EE FOR TIME AND CALL CONCLUDED.[05/13/2021 - SPROUS, TRACEY]EE WILL CALL DR SONGS OFFICE RIGHT NOW FOR THEM TO FAX OVER UPDATED MEDICAL RECORDS. ADVISED EE CLAIM IS CURRENTLY APPROVED THROUGH 6/29/21 AND CLAIM IS BEING REVIEWED FOR ANY OCCUPATION. ADVISEDS EE AGAIN WILL SEND OUT 2ND LETTER FOR PENDED LTD FORMS AND MEDICAL. CALL CONCLUDED

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : ACD
Text: [04/27/2021 - MAEDER, CORY]EE CALLED TO ADV HE HAS A F/U OV COMING UP ON 4/29/21 W/ DR. SONG, THIS AP COMPLETED MY BACK SX BACK IN FEBRUARY. I ADV EE TO ASK THE AP'S OFFICE TO SEND IN UPDATED MEDICAL, ADV WE ALSO SENT YOU A LETTER REQUESTING FORMS BE COMPLETED. EE UNDERSTOOD. CC.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [04/14/2021 - SPROUS, TRACEY]MAILED NP LETTER TO EE FOR UPDATED LTD FORMS AND MRS FROM DR. SONG DATED 3/3/2021- PRESENT DAY 30 NP 5/13/2021 DAY 45 NP 5/28/21 DAY 75 NP 6/27/21

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Medical Status
Other Subject : RP- DR. SONG
Text: [04/14/2021 - SPROUS, TRACEY]4 /01/2021 4:25 PM (CT) TIME @PROVIDER: 2:25 PM (PT) CONTACT: NOTE: SUSPENDING REQUEST:: ** PLEASE BE ADVISED, THE AUTHORIZATION WE HAVE ON FILE IS NOT SIGNED BY THE PATIENT. PLEASE PROVIDE A SIGNED AND DATEDRELEASE. THANK YOU

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NEW DCM
Text: [04/09/2021 - SPROUS, TRACEY]SENT

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : RTW AO JUN 2021
Text: [04/06/2021 - SPROUS, TRACEY]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) ** LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. EE HAD RIGHT TOTAL HIP ARTHROPLASTY ON 6/24/19. ON 8/26/20 DCMCALLED EE FOR UPDATE AND HE REPORTED MINIMUM PAIN IN L HIP AND WILL NOT BE UNDERGOING SURGERY. HE REPORTED PAIN LEVEL OF 5-6 OUT OF 10 REGARDING HIS LOWER BACK.** PMR REVIEW 2/3/21: THE MEDICAL RECORDS REFLECT THAT THE CLAIMANT IS A 60-YEAR-OLD MALE WITH A MEDICAL HISTORY SIGNIFICANT FORLOW BACK PAIN W/ LUMBAR DDD, THORACOLUMBAR KYPHOSIS W/ WEDGE DEFORMITIES AT MULTIPLE LEVELS. SITTING: UP TO 30 MINUTES AT A TIME, UP TO 4 HOURS PER DAY STANDING: UP TO 20 MINUTES AT A TIME, UP TO 2 HOURS PER DAY WALKING: UP TO 20 MINUTES AT A TIME, UP TO 2 HOURS PER DAY LIFTING: OCCASIONALLY UP TO 10 LBS. BUE CARRYING: OCCASIONALLY UP TO 10 LBS. BUE PUSHING: OCCASIONALLY UP TO 10 LBS. BUE PULLING: OCCASIONALLY UP TO 10 LBS. BUE STOOPING: OCCASIONALLY KNEELING: OCCASIONALLY CROUCHING: OCCASIONALLY CRAWLING: NEVER CLIMBING STAIRS: OCCASIONALLY CLIMBING LADDERS: NEVER REACHING: OCCASIONALLY OVERHEAD; UNRESTRICTED DESK AND WAIST LEVELS BUE USING LOWER EXTREMITY FOR FOOT CONTROLS: OCCASIONALLY BLE FINE MANIPULATION:UNRESTRICTED SIMPLE AND FIRM GRASPING: UNRESTRICTED THE RECOMMENDED RESTRICTIONS ABOVE ARE INDICATED FROM 1/1/21 FORWARD WITH RE-ASSESSMENT ON OR AROUND 6/1/21. EE REMAINS PRECLUDED FROM MED OCC. EE HAD SX ON 2/24/21. CLAIM PENDING UPDATED MEDICAL FROM DR. SONG AND UPDATED LTD FORMS SENT WITH CID LETTER. CID 6/29/21[04/14/2021 - SPROUS, TRACEY]CHANGE HEADER

**Lincoln/Wofford 0135**

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : AO
Text: [04/06/2021 - SPROUS, TRACEY]MAILED CID LETTER TO EE WITH UPDATED LTD FORMS. NP DUE DATE 6/19/21

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : IBI
Text: [04/06/2021 - SPROUS, TRACEY]4/05/2021 CALLED SSA AND HAD TO LEAVE A VOICEMAIL FOR THE WORK LOAD SUPPORT TEAM AT 855-2494175 FOR A RETURN CALL WITH STATUS UPDATE. SARAH LAST UPDATE SSDI PENDING INITIAL DETERMINATION PER IBI

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject :
Text: [03/24/2021 - HARRIS, MERCEDES]REQUESTED DR SONG LOV VIA RP

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject :
Text: [03/24/2021 - HARRIS, MERCEDES]SPOKE WITH EE HE HAD BACK SX ON 2.24.2021- LEFT LEG IS STILL NOT COOPERATING- STILL EXTREMELY SORE AFTER SX- SAW DR SONG 3.10.2021 POST OP- HAS AN APT IN TWO WEEKS WITH DR SONG. HE IS UNSURE OF THE ACTUAL DATE. EE SAIDHE WOULD CALL DCM WITH UPDATED INFORMATION ON NOV. DCM STATED WILL UPDATE FILE WITH OVN FROM SX AND SONG APT 3.10.2021

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject :
Text: [03/19/2021 - HARRIS, MERCEDES]REQUESTED RECORDS FROM ALL LINKED PROVIDERS VIA RP

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [03/09/2021 - HARRIS, MERCEDES]SENT CHANGE IN DCM LETTER

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/17/2021 - NAI, TIMOTHY]INVOICE DATED 2/3/2021 FROM ECN. INV #BOCA100787 , IN THE AMT OF $660.00 FOR PEER REVIEW . INVOICE PAID IN FULL

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : CLAIM RVW APR 2021
Text: [02/09/2021 - TRAN, MARYANN]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) ** LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE ANDEE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. EE HAD RIGHT TOTAL HIP ARTHROPLASTY ON 6/24/19. ON 8/26/20 DCMCALLED EE FOR UPDATE AND HE REPORTED MINIMUM PAIN IN L HIP AND WILL NOT BE UNDERGOING SURGERY. HE REPORTED PAIN LEVEL OF 5-6 OUT OF 10 REGARDING HIS LOWER BACK.** PMR REVIEW 2/3/21: THE MEDICAL RECORDS REFLECT THAT THE CLAIMANT IS A 60-YEAR-OLD MALE WITH A MEDICAL HISTORY SIGNIFICANT FORLOW BACK PAIN W/ LUMBAR DDD, THORACOLUMBAR KYPHOSIS W/ WEDGE DEFORMITIES AT MULTIPLE LEVELS. SITTING: UP TO 30 MINUTES AT A TIME, UP TO 4 HOURS PER DAY STANDING: UP TO 20 MINUTES AT A TIME, UP TO 2 HOURS PER DAY WALKING: UP TO 20 MINUTES AT A TIME, UP TO 2 HOURS PER DAY LIFTING: OCCASIONALLY UP TO 10 LBS. BUE CARRYING: OCCASIONALLY UP TO 10 LBS. BUE PUSHING: OCCASIONALLY UP TO 10 LBS. BUE PULLING: OCCASIONALLY UP TO 10 LBS. BUE STOOPING: OCCASIONALLY KNEELING: OCCASIONALLY CROUCHING: OCCASIONALLY CRAWLING: NEVER CLIMBING STAIRS: OCCASIONALLY CLIMBING LADDERS: NEVER REACHING: OCCASIONALLY OVERHEAD; UNRESTRICTED DESK AND WAIST LEVELS BUE USING LOWER EXTREMITY FOR FOOT CONTROLS: OCCASIONALLY BLE FINE MANIPULATION:UNRESTRICTED SIMPLE AND FIRM GRASPING:UNRESTRICTED THE RECOMMENDED RESTRICTIONS ABOVE ARE INDICATED FROM 1/1/21 FORWARD WITH RE-ASSESSMENT ON OR AROUND 6/1/21. EE REMAINS PRECLUDED FROM MED OCC. TASK SET TO F/U IN 60 DAYS AND AT THAT TIME DCM TO ASSESS CID REVIEW (6/30/2021)

**C** **ote**
Claim/Event/Leave: 9007521
NoteSubject : Voc Rehab

**Lincoln/Wofford 0136**

Other Subject : OA
Text: [02/08/2021 - MILLER, JASON]THE PHYSICAL DEMAND LEVEL OF THE JOB IS HEAVIER THAN THE PHYSICAL DEMAND LEVEL OF THE OCCUPATION. IN THE NATIONAL ECONOMY, THE OCCUPATION REQUIRES MEDIUM WORK, WHEREAS THE JOB REQUIRES HEAVY WORK. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/5/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/4/2021 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : INVOICE
Text: [02/04/2021 - TRAN, MARYANN]INVOICE RCVD FROM ECN - REFERRED TO JAMES BEST

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : VOC
Text: [02/04/2021 - TRAN, MARYANN]REFERRED FOR OA

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : PMR PEER
Text: [02/04/2021 - TRAN, MARYANN]RCVD PEER REVIEW FROM ECN

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/14/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : SUPPORT
Text: [01/14/2021 - SWANSON, JEANIE]SENT FILE TO SUPPORT TO COPY AND SEND FILE OFF.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : PMR
Text: [01/12/2021 - SWANSON, JEANIE]REF FILE FOR PMR REVIEW/// A REVIEW OF CID

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : MED REV FEB 2021
Text: [01/12/2021 - SWANSON, JEANIE]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) WITH CROSBY TUGS, LLC. DOB          LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTOTHE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. EE HAD RIGHT TOTAL HIP ARTHROPLASTY ON 6/24/19. ON 8/26/20 DCMCALLED EE FOR UPDATE AND HE REPORTED MINIMUM PAIN IN L HIP AND WILL NOT BE UNDERGOING SURGERY. HE REPORTED PAIN LEVEL OF 5-6 OUT OF 10 REGARDING HIS LOWER BACK. EE HAS NOT BEEN SEEN SINCE OCT 2019. DCM FXD REQ FOR 10/30/19 OVN TO DR MENDOZA FOR THE FILE BUT WE NEED CURRENT MRS SHOWING EE REMAINS UNDER C/O PROVIDER.** UPDATED MEDICAL HAS CAME FROM DR. SONG. IN WILL SEND FILE OUT FOR MEDICAL REVIEW/ A REVIEW OF CID CONTINUES.

**C          ote**
Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : SONG
Text: [01/05/2021 - SWANSON, JEANIE]OVNS 11/16/2020

**C          ote**

**Lincoln/Wofford 0137**

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : SONG
Text: [01/05/2021 - SWANSON, JEANIE]OVNS; 1/18/2019 11/4/2020

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : CARSON TAHOE
Text: [12/31/2020 - SPROUS, TRACEY]9/19/20-ER VISIT

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called Other
Other Subject : RRS MEDICAL
Text: [12/31/2020 - SPROUS, TRACEY]CALLED RRS MEDICAL TO ADVISE RECEIVED INVOICE PAYMENT WHICH HAS BEEN PAID AND NEED ACCESS TO MEDICAL RECORDS. RRS ADVISED NOT SET UP IN SYSTEM FOR ELECTRONIC MEDICAL RECORDS RECIEPT AND WILL FAX MRS TO 603-559-0310. CALLCONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR SONG
Text: [12/31/2020 - SPROUS, TRACEY]FAXED MED REQ TO DR. SONG FOR MRS DATED 10/1/20-PRESENT.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : ACD
Text: [12/28/2020 - SARGENT, MICHELLE]EE CALLED AND SAID DR. SONG SCHEDULED HIM FOR EPIDURAL. DR. SONG IS NEW BACK DR. DCM TOLD HIM WE ARE WAITING FOR MRS 9/19/20-PRESENT FROM CARSON TAHOE HEALTH, PAID INV ON 11/19/20, BUT HAVE NOT RCVD MRS. HE WILL FLUP W/THEM. THANKED, CC.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : INV PAYMENT
Text: [11/19/2020 - SPROUS, TRACEY]INV# 71002247 MEDICAL RECORDS $9.71 W. FOFFARD DOB          PD TO RRS MEDICAL

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : LTD FORMS
Text: [11/03/2020 - SPROUS, TRACEY]AQ,CI,CSS, LM MED AUTHS

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : APPLIED
Text: [10/30/2020 - SPROUS, TRACEY]SSDI APPLICATION FILED 10/28/2020 THROUGH IBI

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : STATUS
Text: [10/19/2020 - SPROUS, TRACEY]PER IBI WEBSITE SSDI PENDING APPLICATION. 10/16/2020 EMAILED REQUEST FOR MEDICAL TO CLIENT.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [10/14/2020 - SPROUS, TRACEY]MAILED SUBSEQUENT NP LETTER TO EE FOR LTD FORMS

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [10/14/2020 - SPROUS, TRACEY]MAILED ONGOING NP LETTER TO EE FOR CARSON TAHOE REGIONAL HEALTH DATED SEPTEMBER 19, 2020 FOR A COPY OF YOUR EMERGENCY VISIT.

**C        ote**
Claim/Event/Leave: 9007521

**Lincoln/Wofford 0138**

NoteSubject : LTR to AP
Other Subject : CARSON TAHOE
Text: [10/13/2020 - SPROUS, TRACEY]FAXED MED REQ TO CARSON TAHOE REGIONAL HEALTH FOR MR DATED 9/19/20-CURRENT WITH CARSON TAHOE MED AUTH

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : MED AUTH
Text: [10/13/2020 - SPROUS, TRACEY]CARSON TAHOE HEALTH MED AUTH RECEIVED FROM EE

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [10/13/2020 - SPROUS, TRACEY]RETURNED CALL TO EE REGARDING CLAIM. ADVISED EE CLAIM IS PENDING PT NOTES FROM DR. SLADEK WHICH ADVISED EE SENT ADDITIONAL FAX ON 10/8/2020 FOR PT NOTES. EE HAS PT TOMORROW AND WILL FUP WITH PROVIDER. EE WILL FAX LTD FORMS TO DCM AS WELL. ADVISED EE IF CLAIM IS APPROVED LTD BENEFITS WILL BE PD MONTHLY IN ARREARS WITH LTD BBD OF 10/8/20. ADVISED EE WOULD RECEIVE 60% BENEFIT OF MONTHLY PRE-DIS BENEFIT. EE THANKED DCM FOR TIME AND CALL CONCLUDED.[10/13/2020 - SPROUS,TRACEY]WRONG CLAIM NOTE

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : MED AUTH
Text: [10/02/2020 - SPROUS, TRACEY]RETURNED CALL TO EE TO ADVISE CAN FEEL OUT FORM TO THE LONDON KY ADDRESS FOR ROI. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : CLAIM
Text: [10/01/2020 - SPROUS, TRACEY]EE CALLED TO ADVISE IS BEING REFERRED TO A NEW PROVIDER NEUROSURGEON DR. MICHAEL SONG PH NUMBER 775-323-6100 IN CARSON CITY NEVEDA. EE IS WAITING ON APPT PER WC ATTORNEY. ADVISED EE NEED TO COMPLETE CARSON TAHO HEALTH MED AUTH FOR DCM TO REQUEST MEDICAL RECORDS. EE WILL FUP WITH DCM ONCE APPT IS SCHEDULED. CALL CONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : CID
Text: [09/28/2020 - SPROUS, TRACEY]MAILED CID LETTER TO EE FOR LTD FORMS AQ,CI,CS, LM MED AUTHS

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 9/24/2020 - REFERRED TO IBI AS SS ADVOCATE.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NP
Text: [09/24/2020 - SPROUS, TRACEY]MAILED 2ND NP LETTER TO EE FOR ONGOING MEDICAL RECORDS FROM ALL TX PROVDERS AND CARSON TAHOE MEDICAL HOSPITAL

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : MED AUTH
Text: [09/24/2020 - SPROUS, TRACEY]MAILED CARSON TAHO MED AUTH TO EE

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : CARSON TAHOE
Text: [09/24/2020 - SPROUS, TRACEY]FAXED MED REQ TO CARSON TAHOE HOSPTIAL FOR ER VISIT 9/19/20

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : SSDI
Text: [09/24/2020 - SPROUS, TRACEY]MAILED ENCOURAGED TO APPLY SSDI LETTER TO EE DAY 45 NP 11/7/20

**Lincoln/Wofford 0139**

C ote
Claim/Event/Leave: 9007521
NoteSubject : Ref to SS Vendor
Other Subject : IBI
Text: [09/24/2020 - SPROUS, TRACEY]REFRRAL TO IBI FOR SSDI APP

ote
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [09/24/2020 - SPROUS, TRACEY]CALLED EE FOR MEDICAL UPDATE. EE ADVISED WENT TO ER AT CARSON TAHOE HOSPITAL IN NV ON 9/19/2020. EE HAD TO DRIVE A TRAILER TO NEW MEXICO AND EE HAD HORRIBLE NERVE PAIN. EE SAT TOO LONG WITH NERVE PAIN DOWN THE LEFT LEG.EE ADVISED IS WAITING ON REFERRAL FOR NEUROLOGIST FROM WC. WC ATTORNEY IN LOUSIANA AND LIVING IN NV. ADVISED EE TO NOTIFY DCM WHEN HAS NEURO APPT. ADVISED EE WILL ALOS NEED TO FILE FOR SSDI AS IS PAST 12 MTHS FROM DOD AND WILL SEND EE SSDI NP LETTER. ADVISED EE CAN REFER TO IBI VENDOR FOR NO FEE. EE AGREED WITH REFERRAL. ADVISED EE DOES HAVE TO REMAIN UNDER TREATMENT. EE WILL KEEP ADCM UPDATE TO DATE WITH NEURO APPT. THANKED EE FOR TIME AND CALL CONCLUDED.

C ote
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NEW DCM
Text: [09/21/2020 - SPROUS, TRACEY]MAILED NEW DCM LETTER TO EE

C ote
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : MENDOZA
Text: [08/31/2020 - SARGENT, MICHELLE]RCVD REPLY FROM TAHOE FRACTURE ORTHOPEDIC & SPINE NOTING EE LAST SEEN 8/30/19 BY DR. JENNIFER MENDOZA

C ote
Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : MED REV NOV 2020
Text: [08/26/2020 - SARGENT, MICHELLE]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) WITH CROSBY TUGS, LLC. DOB LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. EE HAD RIGHT TOTAL HIP ARTHROPLASTY ON 6/24/19. ON 8/26/20 DCM CALLED EE FOR UPDATE AND HE REPORTED MINIMUM PAIN IN L HIP AND WILL NOT BE UNDERGOING SURGERY. HE REPORTED PAIN LEVEL OF 5-6 OUT OF 10 REGARDING HIS LOWER BACK. EE HAS NOT BEEN SEEN SINCE OCT 2019. DCM FXD REQ FOR 10/30/19 OVN TO DR MENDOZA FOR THEFILE BUT WE NEED CURRENT MRS SHOWING EE REMAINS UNDER C/O PROVIDER. DCM PLACED EE ON NP AND CITED DISCONTINUATION PROVISION IN NP LETTER AS WELL AS REQD HE SEND US MRS. EE IS IN PROCESS OF TRYINGN TO SCHEDULE APPT TO BE SEEN BY FAMILY DR. NP DEADLINE: 11/8/20.[09/26/2020 - SARGENT, MICHELLE]ON 11/8 OR WHEN RECEIVE CARSON TAHOE MRS, WILL PROCEED WITH PM&R FFR

C ote
Claim/Event/Leave: 9007521
NoteSubject : Notice/Proof Review
Other Subject : MENDOZA
Text: [08/26/2020 - SARGENT, MICHELLE]FXD REQ FOR MRS 10/1/19-PRESENT (EE WAS SEEN 10/30/19)

C ote
Claim/Event/Leave: 9007521
NoteSubject : Notice/Proof Review
Other Subject : NP LETTER TO EE
Text: [08/26/2020 - SARGENT, MICHELLE]EMAILED NP LETTER TO EE. HE WASN'T AWARE HE NEEDED TO BE UNDER C/O PROVIDER. IN NP LETTER DCM CITED DISCONTINUATION PROVISION AND APPROPRIATE AVAILABLE TREATMENT PROVISION. NP DEADLINE: 11/8/20.

ote
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/26/2020 - SARGENT, MICHELLE]CALLED EE AND HE SAID FAMILY DR, DR VELASCO, RETIRED. THEY'RE TRYING TO GET HIM IN TO SEE A NEW DR AND HE'S ON A WAITING LIST. HE JUST CALLED AND WAITING FOR A CALL BACK TO BE SEEN BY THEM. DCM TOLD HIM WILL PROVIDE HIM 45 DAYS TO SEND US OVN AND/OR TEST RESULTS FROM VISIT ONCE SCHEDULED OTHERWISE BENS WILL BE SUSPENDED AND 30 DAYS FOLLOWING THAT IF NO RECEIPT OF INFO THEN WILL CLOSE CLAIM. HE SAID HE WASN'T AWARE THAT HE NEEDED TO BE UNDER THE C/O A PROVIDER BUTNOW HE IS. EE THANKED DCM, CC.

C ote
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE

**Lincoln/Wofford 0140**

Other Subject : AUTH TO S/W 3RD PTY
Text: [08/26/2020 - SARGENT, MICHELLE]EMAILED TO EE

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called AP
Other Subject : MENDOZA
Text: [08/26/2020 - SARGENT, MICHELLE]CALLED DR MENDOZA S OFC AT TAHOE FRACTURE & MEDICAL CLINIC, S/W DAWN, FOR LOV: 10/30/2019, AND CANCELLED A COUPLE APPTS, NOV: NOTHING SCHEDULED. DCM THANKED, CC.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : RETURNED CALL
Text: [08/26/2020 - SARGENT, MICHELLE]CALLED EE AND HE SAID HIS LEFT HIP HASN'T BEEN BOTHERING HIM MUCH SO THE DRS WANT HIM TO HOLD OFF ON SX UNTIL PAIN GETS REALLY BAD. WHEN HE DID R HIP HE WAS IN SO MUCH PAIN HE COULDN'T EVEN WALK. HE'S LIMITED AND CAN'T JUMP ANYMORE. ON SCALE 1-10, R HIP IS HARDLY ANY PAIN AND LOWER BACK IS SOMETIMES UP TO A 5-6, LEFT LEG IS 1-2. HE SAID THE DRS TOLD HIM THERE'S NOTHING MORE THEY COULD DO. HIS ATTY WAS GOING TO HAVE EE GO TO LOUISIANA TO SEE SOME BACK SPECIALISTSTHERE BUT WITH COVID EVERYTHING GOT MESSED UP. WHO IS CERTIFYING YOUR DISABILITY? HE SAID HIS ATTORNEYS ARE TELLING HIM HE CAN'T GO BACK TO WORK. THE DR IN LOUISIANA TOLD HIM HE CAN'T RTW. ASKED HIM WHEN LOV W/DR IN LOUISIANA WAS QUITE SOME TIME AGO.THE ATTY FLEW UP TO RENO AND TOLD EE ABOUT OFFSHORE STATUS AND BASED ON XRAYS AND MRS THEY COULDNT TAKE A CHANCE OF HIM RTW TO OFFSHORE. THEY TOLD EE IF HE TURNED IN A CERTAIN WAY HE COULD BE CRIPPLED FOR LIFE. HE SAID LOV WITH DR MENDOZA QUITE A FEW MONTHS AGO FOR AN INJECTION IN HIS BACK. ***WHO HAVE YOU TREATED WITH SINCE 1/1/20? HE DOESN'T THINK HE'S SEEN ANYBODY. DR. DIRIG'S SECRETARY TOLD EE THEY HAVE TO GO THROUGH HIS ATTORNEY. HE GUESSES ONE OF HIS ATTORNEYS FILED A LAWSUIT. ***WHO WOULD HAVE ADMINISTERED INJECTION SINCE JANUARY 2020? IT WOULD HAVE BEEN DR MENDOZA. ***DO YOU HAVE ANY UPCOMING APPTS WITH ANYBODY? NO. HE WANTS TO KNOW IF HE WILL RECEIVE BENEFITS FOR SEPTEMBER. HE SAID THEY THOUGHT THEY TOLD HIM HE WAS GUARANTEED TO BE DISABLED FOR 10 YEARS. DCM TOLD HIM THAT THE MRS MAY SUPPORT THAT RIGHT NOW, BUT THE POLICY INDICATES HE MUST REMAIN UNDER THE CARE OF A PROVIDER EVEN IF THAT MEANS HE WENT FOR A PHYSICAL EXAM 1-2 TIMES A YEAR. HE SAID HE WOULD BE IN A BIND IF BENEFITS WERE CUT OFF. DCM TOLD HIM WILL CALL DR MENDOZA'S OFFICE TO CONFIRM WHETHER HE HAS BEEN TREATED FROM 1/1/20-PRESENT AND IF SO WILL REQ THOSE MRS. TOLD HIM IF NOT, WILL NEED TO S/W MGR AND LET EE KNOW HOW WE WILL PROCEED AS THE LAST MRS IN FILE ARE FROM SEPT 2019. EE SAID TO REACH OUT TO HIS ATTORNEYS AND DCM TOLD HIM THEY WILL NEED TO SEND A LETTER OF REPRESENTATION TO DCM OR EE WILL NEED TO COMPLETE AN AUTH TO S/W THIRD PARTY AND LIST THEIR NAME ON FORM GIVING DCM PERMISSION TO S/W HIS ATTORNEY. DCM TOLD HIM WILL EMAIL HIM FORM TO COMPLETE. EE U/S. DCM THANKED, CC.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : VM RE SSD ATTY
Text: [08/26/2020 - SARGENT, MICHELLE]EE LEFT VM MSG: I JUST GOT A BUNCH OF VM S AND YOURS WAS ONE OF THEM. MY ATTORNEYS WANT YOU TO TALK W/THEM BECAUSE HE S NOT ALLOWED TO TALK TO ANYONE. THE DRS ARE HANDLING EVERYTHIGN NOW. THEY RE CALLED THE YOUNG FIRMAND THEIR NUMBER IS 504-343-3844 AND THEY WILL ANSWER ANY QUESTIONS REGARDING MY DISABILTY CLAIM. HAVE A GREAT DAY. THANK YOU.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : LM FOR EE
Text: [07/29/2020 - SARGENT, MICHELLE]LM FOR EE TO CB. **DCM TO OBTAIN UPDATE-HAS LEFT HIP SURGERY BEEN SCHEDULED-IF SO WHAT DATE? UPDATE MRS, SSD STATUS.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : RTW OO JUNE 2021
Text: [05/11/2020 - SARGENT, MICHELLE]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) WITH CROSBY TUGS, LLC. DOB LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACKINJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOBHAS TAKEN TOLL ON EESBODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. MRI EE ADVISED IS RECEVIING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. DCM MAILED EE SSD ENC TO APPLY LTR AND DEADLINE IS 6/24/20. PER PHONE CALL WITH EE ON 5/11/20, EE WILL FLUP WITH ATTORNEY RE STATUS OF L HIP SURGERY SCHEDULING. DCM TO FOLLOW UP WITH EE IN JUNE 2020 TO FIND OUT STATUS OF L HIP SX, UPDATE MRS AT THAT TIME, AND FLUP ON SSDB STATUS.[06/26/2020 - SARGENT, MICHELLE]CORRECTION: DCM TO FLUP WITH EE IN JULY 2020[08/07/2020 - SARGENT, MICHELLE]DCM TO FLUP WITH EE IN SEP 2020 AND BEGIN CID REVIEW

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : ENC TO APPLY LTR
Text: [05/11/2020 - SARGENT, MICHELLE]MAILED EE ENCOURAGE TO APPLY FOR SSDB. DEADLINE: 6/24/20 OTHERWISE WILL APPLY SSET.

ote

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : UPDATE
Text: [05/11/2020 - SARGENT, MICHELLE]CALLED EE AND HE HE SAID HIS BACK IS NOT DOING GOOD. HE SOUNDED LIKE HE WAS IN PAIN DURING PHONE CALL. HE SAID DR PUT OFF L HIP SX DUE TO COVID. THEY HAVEN T GOTTEN BACK WITH EE TO RESCHEDULE. HE IS IN PROCESS OF GETTING MORE PAIN MEDS. HE SAID HE REMEMBERED NOW THAT HIS SX WAS SCHEDULED ONCE AND THEY TOLD HIM HIS (WC) ATTY WILL NEED TO REQUEST IT. DCM ENCOURAGED EE TO FLUP WITH HIS WC ATTY FOR STATUS OF SX BEING RESCHEDULED. ASKED EE TO CB WHEN SX DATE SCHEDULEDAND HE SAID HE WOULD. EE HAS NOT FILED FOR SSDB. DCM OFFERED IBI S ASSISTANCE AND EE REQD IBI FAQ BE MAILED TO HIM. DCM TOLD EE WE NEED PROOF OF FILING W/IN 45 DAYS OTHERWISE ESTIMATE WILL BE APPLIED TO LTD BENEFIT. EE U/S. DCM THANKED EE, CC.

C          ote

Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : RTW AO JUNE 2021
Text: [03/26/2020 - SARGENT, MICHELLE]59 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) WITH CROSBY TUGS, LLC. DOB LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACKINJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOBHAS TAKEN TOLL ON EES BODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. MRI EE ADVISED IS RECEVIING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. JEANETTE IS WC REP. MAILED EE SSD ENCOURAGETO APPLY LTR 3/3/20, DEADLINE: 5/9/20. DCM TO OBTAIN UPDATE FROM EE IN MAY TO FIND OUT IF HE HAS HIP SX SCHEDULED-IF SO WHAT DATE AND WITH WHOM, AND UPDATE MRS.

C          ote

Claim/Event/Leave: 9007521
NoteSubject : Social Security
Other Subject : DAY 45
Text: [03/03/2020 - SWANSON, JEANIE]NOTICE TO EE DAY 45 THE NEED TO FILE FOR SSDI/ F/U SET FOR 4/16 IF NO PROOF WILL NEED TO APPLY OFFSET

ote

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : UPDATE
Text: [01/10/2020 - SARGENT, MICHELLE]CALLED EE AND HE SAID THEY HAVEN'T SCHEDULED L HIP SX YET. HE'S WAITING FOR WC APPROVAL. HE HAS A CARETAKER WHO IS SUPPOSED TO BE HANDLING THIS BUT SHE BASICALLY ISNT DOING ANYTHING REGARDING THIS. ASKED EE TO CALL DCMIF HE DOES GET A DATE FOR THE SX. HE SAID HE WOULD. THANKED EE, CC.

C          ote

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : RETURNED CHK
Text: [12/31/2019 - SARGENT, MICHELLE]RCVD RETURNED CHECK #32807534 IN AMT OF $50.00 DATED 9/13/19 (FOR MRS DR CENAC) AS PAYMENT WAS PREVIOUSLY ISSUED. DCM REQUESTED THIS CHECK BE SHREDDED.

C          ote

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/17/2019 - MASON, TAMMY]INVOICE RECEIVED ON 11/13/19 FROM RELEASEPOINT . INVOICE # 710723-1613 IN THE AMOUNT OF $ 74.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

ote

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : UPDATE
Text: [11/20/2019 - SARGENT, MICHELLE]EE CALLED AND SAID HE S BEEN HAVING NERVE PROBLEMS WITH L LEG. HIS LAST INJECTION WAS IN FEBRUARY BUT NOW EXPERIENCES STABBING PAIN IN L LEG. HE CALLED TO GET AN INJECTION 3 DAYS AGO AND THEY TOLD HIM THEY WANT TO REPLACE HIP BY END OF YEAR INSTEAD OF GIVING HIM A SHOT. THEY NEED TO GET SX CLEARED BY WC. DR. NICHOLAS DIRIG WILL PERFORM SX. HE HAS A 12/4/19 APPT WITH DR. HALASKA TO GET CLEARED FOR SX IF APPROVED. IF WC APPROVES, HE WILL NEED TO GET AN EKG AND OTHERTESTS AS WELL. R HIP

**Lincoln/Wofford 0142**

GET CLEARED FOR SX IF APPROVED. IF WC APPROVES, HE WILL NEED TO GET AN EKG AND OTHER TESTS AS WELL. R HIP REPLACEMENT WAS DONE 6/24/19. HE SAID R HIP STILL FEELS FUNNY WHERE THE BALL OF THE SOCKET GOES INTO HIS HIP BUT HE HAS NO NERVE PAIN, WHICH WAS WHAT WAS KILLING HIM BEFORE SX. HE CAN MOVE HIS R LEG ALMOST NORMAL. DCM ASKED EE TO CALL WITH DATE OF SX AND HE SAID HE WOULD. THANKED EE, CC.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject :
Text: [11/20/2019 - SWANSON, JEANIE]EE CALLED, STATED HE NEED WILL HAVE LEFT HIP REPLACEMENT, IT IS PENDED, HOWEVER IT WANTS AN INJECTION BUT THEY WANT TO REPLACEMENT THE HIP.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : TAHOE FRACTURE
Text: [10/07/2019 - SARGENT, MICHELLE]RECEIVED OVNS, LABS, DIAGNOSTICS DATED 5/30-9/20/19

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : RX FORM/MR REQ
Text: [10/03/2019 - SARGENT, MICHELLE]DCM FAXED REQ FOR MRS 10/1/19-PRESENT + RX FORM TO DR MENDOZA AT TAHOE FRACTURE. DUE 10/22/19.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838443
Service Date: 10/03/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, MICHELLE, SARGENT
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FROM ASSIGNMENT.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838443
Service Date: 10/03/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, MICHELLE, SARGENT
Note Type: INFORMATION OBTAINED DESC
Text: BASED ON UPDATED OVNS FROM DR. DIRIG FROM 9/11/19 FORWARD NO R&LS WITH THE EXCEPTION OF NO BUNGEE-JUMPING OR SKYDIVING ARE IMPOSED AND HE IS ABLE TO DO ACTIVITY AS TOLERATED. HE DOES RECOMMEND AN FCE PRIOR TO RETURNING TO HIS CURRENT POSITION ON THE TUG-BOAT. UPDATED MEDICALS DO NOT ALTER PREVIOUS RECOMMENDED R&LS OF LIGHT DUTY WITH NO LIFTING, GREATER THAN 20LBS AND NO SITTING GREATER THAN 45 MINUTES AT A TIME WITH NO SQUATTING, KNEELING, CLIMBING, OR REPETITIVE BENDING AT THE WAIST WOULD BE SUPPORTEDAT LEAST THROUGH 10/17/19 F/U WITH DR. MENDOZA. RECOMMEND F/U WITH DR. MENDOZA FOLLOWING THE 10/17/19 OV TO DETERMINE ANY ONGOING TREATMENT RECOMMENDATIONS AND RECOMMEND R&LS FORM BE FAXED TO DR. MENDOZA PRIOR TO 10/17/19 OV FOR HIM TO ADDRESS DURING THEOV. IF ONGOING R&LS ARE IMPOSED AND NO FURTHER INJECTIONS OR PT ARE BEING COMPLETED THEN IT WOULD BE REASONABLE TO CONSIDER VOC ANALYSIS AND POSSIBLE PEER REVIEW AT THAT TIME WITH PM&R/PM FOR ONGOING RECOMMENDATIONS. HOWEVER IF ONGOING INJECTIONS ARE SCHEDULED THEN IT WOULD BE REASONABLE TO SUPPORT THROUGH F/U AFTER COMPLETION OF INJECTIONS TO DETERMINE EFFICACY AND TREATMENT AND REFER TO PM&R/PM AT THAT TIME. DISCUSS WITH CCM.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838439
Service Date: 10/03/2019
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: CLAIMS, MICHELLE, SARGENT
Note Type: INFORMATION OBTAINED DESC
Text: NDC RECEIVED THE UPDATED OVNS FROM AMANDA AN 8/30/19 DR. MENDOZA PREVIOUSLY REVIEWED PROCEDURE NOTE, 9/11/19 DR. DIRIG S F/U OVN THAT STATES EE IS 3 MONTHS STATUS POST RIGHT TOTAL HIP AND STATES ONGOING LEFT HIP PAIN FOR PAST 11 WEEKS. HE REPORTS HIS RIGHT HIP MOVEMENT IS BETTER BUT FEELS A LITTLE FOREIGN STILL. EXAM OF THE RIGHT HIP IS NOTED TO BE WITHIN NORMAL LIMITS WITH A WELL HEALED SCAR. MD NOTES HIS LEFT HIP EXAM IS ALSO NOTED TO BE NORMAL WITH PAIN WITH ROM BUT STABLE. MD DISCUSSED TREATMENTOPTIONS FOR THE LEFT HIP OF A POSSIBLE LEFT TOTAL HIP REPLACEMENT AND LEFT HIP CORTISONE INJECTION AND MD NOTES IN THE EVENT HE FAILS CONSERVATIVE THERAPY OF THE LEFT HIP THEN SURGERY WILL BE DISCUSSED. MD NOTES FROM THE RIGHT HIP STANDPOINT HE HAS NO FURTHER RESTRICTIONS BUT RECOMMENDS AN INDEPENDENT FCE PRIOR TO

**Lincoln/Wofford 0143**

RETURNING TO OCEAN-GOING TUG WORK HOWEVER ASIDE FROM NO BUNGEE-JUMPING AND SKYDIVING HE HAS NO RESTRICTIONS.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838436
Service Date: 10/03/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, NICHOLAS, DIRIG
Note Type: ACTION PLAN DESCRIPTION
Text: NDC WILL HOLD THE FILE UNTIL RECEIPT OF THE FAX.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838436
Service Date: 10/03/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, NICHOLAS, DIRIG
Note Type: INFORMATION OBTAINED DESC
Text: NDC PLACED A CALL TO DR. DIRIG S OFFICE TO CONFIRM DATE OF F/U WITH DR. DIRIG AND IF SURGERY FOR LEFT THA IS BEING SCHEDULED. NDC S/W AMANDA WHO CONFIRMED THAT EE HAS A F/U WITH DR. MENDOZA ON 10/17/19 AND WAS SEEN IN F/U ON 9/11/19 WITH DR. DIRIG. NDCREQUESTED THE F/U OVN FROM DR. DIRIG BE FAXED TO NDC AND FAX NUMBER GIVEN. NDC THANKED AMANDA FOR HER ASSISTANCE AND THE CALL WAS ENDED.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838434
Service Date: 10/03/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MICHELLE, SARGENT
Note Type: INFORMATION OBTAINED DESC
Text: NURSING MEMORANDUM COMPLETED. PLEASE SEE DOC LIST FOR DETAILS.

**ote**

Claim/Leave: 9007521
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16838434
Service Date: 10/03/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MICHELLE, SARGENT
Note Type: ACTION PLAN DESCRIPTION
Text: UPGRADE TO CM

**C          ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [10/02/2019 - SARGENT, MICHELLE]**MEDIUM**1. BASED ON THE AVAILABLE MEDICAL RECORDS, WHAT ARE THE DXS? 2. WHAT DXS ARE CAUSING IMPAIRMENT? 3. WHAT ARE THE R&LS AND HOW LONG ARE R&LS SUPPORTED? 4. IF R&LS ARE UNCLEAR, WHAT ADDITIONAL RECORDS MIGHTHELP CLARIFY R&LS? 5. IF R&LS ARE UNCLEAR, WHAT CP SPECIALTY WOULD BE THE MOST APPROPRIATE REFERRAL? 6. PLEASE CONTACT AP IF NECESSARY.

**C          ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : TAHOE FRACTURE
Text: [10/02/2019 - SARGENT, MICHELLE]RECEIVED PROGRESS NOTES 2/15/19-9/19/19

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : VM
Text: [10/01/2019 - SARGENT, MICHELLE]EE LEFT VM MSG AND SAID HE SPOKE WITH TAHOE FRACTURE AND THEY WILL WORK ON SENDING INFO FROM DR. MENDOZA AND HIS WIFE TO US. HE SAW A COUPLE OF DRS IN DEC AND JAN WHO WORK FOR NEVADA OCCUPATIONAL HEALTH, PH: 775-887-5030. THEY NEED AUTH WITH MR REQUEST.

**ote**

**Lincoln/Wofford 0144**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : 30-DAY FLUP
Text: [09/27/2019 - SARGENT, MICHELLE]CALLED EE AND LET HIM KNOW WE RCVD MRS FROM DR DIRIG AND DR CENAC BUT STILL WAITING ON MRS FROM TAHOE FRACTURE. HE SAID HE WILL FLUP WITH THEIR OFC NEXT WEEK. DCM TOLD HIM WE RCVD AN INVOICE AND FORWARDED FOR PMT ON 9/25. HE SAID DR MENDOZA AND HIS WIFE (AT TAHOE FRACTURE) GAVE EE SHOTS AND BURNED NERVES IN HIS BACK WHICH DIDN'T HELP BUT MADE IT WORSE IN HIS OPINION. EE SAID HE WOULD FLUP ON MRS. THANKED EE,CC.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : 30-DAY
Text: [09/27/2019 - SARGENT, MICHELLE]MAILED 30-DAY LETTER TO EE REQUESTING ASSISTANCE IN OBTAIN TAHOE FRACTURE MRS.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/26/2019 - MASON, TAMMY]INVOICE RECEIVED ON 9/25/19 FROM SHARECARE. INVOICE # 230639 IN THE AMOUNT OF $ 11.98 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : INVOICE RECEIVED
Text: [09/25/2019 - MOODY, REBECCA]FROM SHARECARE // RECS FROM : TAHOE FRACTURE & ORTHOPEDIC MEDICAL CLINIC // $11.98 // FWD FOR PAYMENT

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : CENAC
Text: [09/19/2019 - SARGENT, MICHELLE]RECEIVED OVNS, CONSULTATIONS DATED 4/2/19

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/13/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 08/29/2019 AND DATED 08/29/2019 FROM CHRISTOPHER E CENAC SR. INV# 1, IN THE AMOUNT OF $50.00 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : BENEFIT LTR
Text: [09/13/2019 - SARGENT, MICHELLE]MAILED AND E-MAILED BENEFIT LTR TO EE

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : RETURNED CALL
Text: [09/13/2019 - SARGENT, MICHELLE]DCM LEFT VM MSG LETTING EE KNOW WILL EMAIL HIM A LETTER THAN HE CAN PROVIDE TO QUICKEN LOANS. PROVIDED PH#/EXTN IF HE HAS ANY QUESTIONS.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : LETTER REQUEST
Text: [09/13/2019 - SARGENT, MICHELLE]EE LEFT VM AND SAID HE NEEDS TO REFINANCE HOME LOAN AND NEEDS LETTER FROM US SAYING IF HE S UNABLE TO WORK WILL CONTINUE TO RECEIVE LTD BENS. GOING THROUGH QUICKEN LOANS, FAX #: 855-829-1017.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR SCORED
Text: [09/12/2019 - YEREMIAN, KEVORK]REC'D W-9 TAX FORM FROM DR. CHRISTOPHER CENAC, VENDOR TAX ID NOT IN THE SYSTEM, VENDOR SENT TO SCORE, WAITING FOR IRS IN ORDER TO PROCESS INVOICE.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : RTW QQ DEC 2019

**Lincoln/Wofford 0145**

Other Subject : RTW OO DEC 2019

Text: [09/06/2019 - SARGENT, MICHELLE]58 YOM CHIEF ENGINEER CAPTAIN (MEDIUM OCC) WITH CROSBY TUGS, LLC. DOB LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACKTO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE WORKS OFFSHORE. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACK INJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOBHAS TAKEN TOLL ON EES BODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. MRI EE ADVISED IS RECEVIING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. JEANETTE IS WC REP. RECOMMENDED BACK INJECTIONS AND BURN NERVE ENDINGS BUT NEEDS WC APPROVAL. OTHER CONDITIONS, HEP C, RX FOR HEP C. AWAITING RECEIPT OF MRS FROM TAHOE FRACTURE AND DR CENAC S MRS. ONCE OBTAIN, WILL REFER FOR MED REVIEW TO DETERMINE RLS AND DURATION.

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : RETURNED CALL
Text: [09/04/2019 - SARGENT, MICHELLE]CALLED EE AND LET HIM KNOW WE RCDV DR DIRIG S MRS AND WAITING FOR REST OF MRS FROM TAHOE FRACTURE. DCM SUBMITTED INVOICE FROM DR CENAC FOR PAYMENT AND AWAITING MRS. EE THANKED DCM, CC.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : DIRIG
Text: [09/04/2019 - SARGENT, MICHELLE]RECEIVED PROGRESS NOTES, EKG, LABS, DIAGNOSTICS DATED 2/8/19-8/15/19

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : RETURNED CALL
Text: [09/04/2019 - SARGENT, MICHELLE]CALLED EE AND LET HIM KNOW WE REQD MRS AND ASKED HIM TO FLUP WITH PROVIDERS. DCM TOLD HIM WE HAVE ONLY RCVD AN INVOICE FROM DR CENAC S OFC BUT HAVEN T RCVD ANY MRS FROM DR DIRIG OR TAHOE FRACTURE. HE SAID HE CONTACTEDTHEM YESTERDAY AND THEY TOLD HIM THEY SENT MRS 10 DAYS AGO. HE WILL CONTACT THEM AGAIN TODAY AND ASK HOW THEY WERE SENT AND WILL PROVIDE THEM WITH OUR FAX NUMBER. EE MET WITH THE ATTORNEY AND ATTORNEY SENT HIM A REPORT SAYING HE CAN/T DO HIS JOB. HEWILL FAX IT TO US (3PGS). EE SAID HE MIGHT ALSO GET PT RECS AND SEND TO US. THANKED EE, CC.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [09/03/2019 - SARGENT, MICHELLE]REFERRED CHRISTOPHER CENAC INVOICE & W9 (IMAGED 8/29/19) TO 0096/JAMES BEST FOR PROCESSING.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Notice/Proof Review
Other Subject : NP LETTER
Text: [08/28/2019 - SARGENT, MICHELLE]MAILED NP LETTER TO EE RE MRS REQUESTED. NP DEADLINE: 11/10/19.

**C       ote**

Claim/Event/Leave: 9007521
NoteSubject : Notice/Proof Review
Other Subject : RELEASE POINT
Text: [08/28/2019 - SARGENT, MICHELLE]THRU RP REQD MRS 1/1/19-PRESENT FROM DR DIRIG, DR CENAC AND TAHOE FRACTURE. **YOUR WEBORDER TRANSACTION ID IS: 53826692 TRANSACTION DATE: 2019-08-28 17:29:31**

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : UPDATE
Text: [08/26/2019 - SARGENT, MICHELLE]EE CALLED AND SAID HE S BEEN OFF SINCE 12/31. ONLY HAD ONE BACK INJECTION BY DR JENNIFER MENDOZA AT TAHOE FRACTURE. SHE TOLD EE WC WAS NOT RESPONDING SO HE ONLY HAD ONE INJECTION NEEDS 2 MORE FOLLOWED BY BURNING OF NERVES IF INJECTIONS DON T WORK. EE HAD R HIP REPLACEMENT 6/24. INJECTION WAS DONE OVER 2 MONTHS AGO. AFTER HIP SURGERY, HE NOW HAS TO HAVE BACK SURGERY AS WELL AS L HIP REPLACED. HE STARTED WORKING FOR THEM AT 47 YO AND HE HAD A BODY OF A TEENAGER BUTYEARS OF BEING POUNDED BY WAVES AND TOSSED UP AGAINST STERN IN BOAT TOOK TOLL OVER THE YEARS. EE HAD SEVERE NERVE DAMAGE IN R HIP AND HAS SOME IN L HIP--IT S NOW BONE ON BONE. HE SAID DR DIRIG DID R HIP REPLACEMENT LOV: 2 WEEKS AGO, NOV: 1 MORE MONTH. AT NOV WILL SCHEDULE R HIP SURGERY. EE WANTED TO RTW BUT ER TOLD HIM THAT S NOT GOING TO GO BACK TO WORK OFFSHORE. EE SAID THIS IS ALL HE KNOWS. WC TOLD EE THEY WOULD PAY TO GET HIS L HIP DONE BUT NOT R HIP. DR MENDOZA MAN IS BACK SPECIALIST. DR JENNIFER MENDOZA IS THE ONE WHO ADMINISTERS INJECTIONS. DR MENDOZA SAW EE 6 MOS AGO. EE WILL CALL TAHOE FRACTURE (DRS MENDOZA) AND FLUP ON INJECTIONS. HE HAD XRAYS DONE BY DR CENAC 3 -4 MONTHS AGO--DR CENAC,

**Lincoln/Wofford 0146**

PH 985-868-7020. WHEN FIRST GOT HURT, WAS SEEING DR BETZ. HE HAD A CARE PROVIDER AND MET HER ONE TIME AT DR BETZ S OFC. EE TOLD DR BETZ SHE DIDN T HELP HIM. SHE WASN T MAKING PHONE CALLS FOR HIM. DR HALASKA, FAMILY DR, BUT DOESN T HAVE ANYTHING TO DO WITH INJURIES. EE SAID HIS ER TOLD HIM THAT IF HE WERE TO GET AN ATTY HIS LTD CLAIM WOULD END. DCM TOLD HIM AS LONG AS HE WAS COVERED AT DOD, AND HE CONTINUES TO MEET THE DEFS OF DIS, HIS CLAIM WOULD CONTINUE. EE U/S. DCM TOLD HIM WILL REQ MRS FROM DR DIRIG, TAHOE FRACTURE, DR CENAC AND SENDEE LTR RE REQUESTS. ASKED HIM TO FLUP WITH PROVIDERS AND ENCOURAGE THEM TO SEND US MRS. EE U/S AND THANKED DCM. CC.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : NEW DCM
Text: [08/14/2019 - SPROUS, TRACEY]MAILED NEW DCM LETTER TO EE

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : PAYMENT
Text: [08/07/2019 - SPROUS, TRACEY]RETURNED CALL TO EE TO ADVISE DD PAYMENT HAS BEEN ISSUED FOR $7584.95 AND TO ALLOW TWO DAYS FOR BANK TRANSFER. ADVISED EE SENT PROOF OF BENEFIT LETTER TO QUICK IN LOANS AND SPOKE WITH RYAN WHO CONFIRMED RECEIPT. LEFT CALL BACK NUMBER WITH ANY QUESTIONS.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : QUICK LOANS
Text: [08/07/2019 - SPROUS, TRACEY]FAXED ADDENDUM LETTER TO RYAN AT QUICK LOANS

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called Other
Other Subject : QUICK IN LOANS
Text: [08/07/2019 - SPROUS, TRACEY]RETURNED CALL TO RYAN AT QUICK IN LOANS. EE IS QUALIFYING FOR MORTAGE. RYAN IS REQUESTING UPDATED LETTER REGARDING REVIEW OF BENEFITS THROUGH 1/18/2028. ADVISED EE CLAIM IS APPROVED FOR TWO YEARS BASED ON OWN OCCUPATIONAS LONG EE CONTINUES TO MEET THE DEFINITION OF DISABILITY. ADVISED RYAN CLAIM IS REVIEWED AFTER 2 YEARS TO DETERMINE IF EE CAN PERFORM AO THROUGH 1/18/2028 AS WELL. ADVISED RYAN WILL UPDATE LETTER AND RE-SEND. CALL CONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to Other
Other Subject : BENEFITS
Text: [08/07/2019 - SPROUS, TRACEY]MAILED PROOF BENEFITS LETTER TO QUICK LOANS TO ATTN RYAN

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [08/06/2019 - AUBIN, NANCY]SET UP SCHEDULED PAYMENT BASED ON EARNINGS IN DOC LIST. EFFECTIVE 12/16/18. $174,099 ANNUAL / 12 MOS = $14,508.25. THE BENEFIT IS 60% OR $8,704.95. OFFSET(S) SET UP AS FOLLOWS: WCOF $1120 PER CSS FORM IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : PROOF OF BENEFITS
Text: [08/01/2019 - SPROUS, TRACEY]RETURNED CALL TO EE REGARDING BENEFIT LETTER** RYAN KNAPP**QUICK IN LOANS** FAX NUMBER 844-850-2379 PH NUMBER 313-545-0017** ADVISED EE ONCE CALCULATIONS ARE COMPLETED CAN SEND LETTER TO QUICK IN LOANS. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : PAYMENT
Text: [07/31/2019 - SPROUS, TRACEY]CALLED EE TO ADVISE PS FUP WITH ER AND SENT ADDITIONAL EMAIL AND LEFT VM. ADVISED EE WILL LET EE KNOW PAYMENT STATUS AS ADDITIONAL INFORMATION IS RECEIVED. CALL CONCLUDED.

**C        ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [07/31/2019 - AUBIN, NANCY]SENT 3RD EMAIL REQUEST TO ER FOR SALARY VERIFICATION

**ote**

**Lincoln/Wofford 0147**

Claim/Event/Leave: 9007521
NoteSubject : Called ER
Other Subject : PAYMENT SERVICES
Text: [07/31/2019 - AUBIN, NANCY]CALLED ER CONTACT ASHLEY RODRIGUEZ AND LEFT VM. REQUESTED RESPONSE FOR EMAIL INQUIRY REGARDING SALARY VERIFICATION

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : PAYMENT
Text: [07/31/2019 - SPROUS, TRACEY]CALLED EE TO ADVISE WAITING ON PS RESPONSE REGARDING PAYMENT STATUS..ADVISED EE IS WAITING ON ER RESPONSE REGARDING SALARY INFO. ADVISED EE CAN RECEIVE 60% BME LESS OTHER INCOME INCLUDING WC. EE IS RECEIVING $1120.00 MTHLY FROM WC. ADVISED EE EARNINGS CALCULATED ON A 12 MTH CALANDER YEAR. ADVISED EE WILL PROVIDE STATUS TO EE WHEN RESPONSE RECEIVED FROM PS. THANKED EE FOR TIME AND CALL CONCLUDED

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject :
Text: [07/31/2019 - KITTRIDGE, SANDRA]CALL FROM WAYNE                WITH QUESTIONS ABOUT HIS PAYMENT INDICATING THAT HE HAS SENT EVERYTHING IN AND HAS BEEN WAITING TO HEAR BACK. HE IS GETTING VERY STRESSED SINCE IT'S THE END OF THE MONTH AND HE HAS BILLS TO PAY. I ADVISED HIS CLAIMS MANAGER IS NOT AVAILABLE AT THIS TIME AND HE DID NOT WANT VM INDICATING HE LEFT A MSG A LITTLE WHILE AGO. I ADVISED I WOULD SEND AN EMAIL TO THE CM AND ASK THAT SHE CALL BACK TODAY. HE THANKED ME AND C/E.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [07/19/2019 - AUBIN, NANCY]SENT F/U EMAIL TO ER FOR HOURS WORKED PER REPLY FROM ER WITH SALARY

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR. MENDOZA
Text: [07/15/2019 - SPROUS, TRACEY]FAXED MED REQ TO DR. MENDOZA FOR MR DATED 6/25/19-CURRENT

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR. DIRIG
Text: [07/15/2019 - SPROUS, TRACEY]FAXED MED REQ TO DR. DIRIG FOR MR DATED 6/12/19- CURRENT.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [07/15/2019 - AUBIN, NANCY]SENT 2ND EMAIL TO ER FOR SALARY

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject :
Text: [07/10/2019 - HOLTZ, JORDAN]ACCT               ROUTING

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : LIEN
Text: THE SCORE REFERRAL FOR LIEN REFERRAL AND WC LIEN HAS BEEN REASSIGNED TO MURIEL LAMBERT.

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : LIENS
Text: FOR WC LIEN. COMMENTS: WC CLAIM ACCEPTED WC OFFSET

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : LIEN
Text: THE SCORE REFERRAL FOR LIEN REFERRAL AND WC LIEN HAS BEEN RECEIVED AND ASSIGNED TO DIANE BRYANT.

**C        ote**

**Lincoln/Wofford 0148**

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : WC LIEN
Text: [07/08/2019 - SPROUS, TRACEY]WC LIEN

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : LTD FORMS
Text: [07/08/2019 - SPROUS, TRACEY]CIF,CSS, TEE, WC FORM, ACB,AQ, SSRA, SE

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : DD
Text: [07/08/2019 - SPROUS, TRACEY]DD REFER TO PW

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [07/02/2019 - AUBIN, NANCY]SENT EMAIL TO ER FOR SALARY

**ote**

Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : LTD FORMS
Text: [06/27/2019 - SPROUS, TRACEY]EE CALLED REGARDING UPDATED LTD FORMS FOR APPROVAL AND WILL MAIL BACK FORMS. ADVISED EE WILL BE REQUIRED TO APPLY FOR SSDI IF NOT RTW PRIOR TO 1/1/2020. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : DR. MENDOZA
Text: [06/25/2019 - SPROUS, TRACEY]LOV WAS 2/15/19

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : DR. MENDOZA
Text: [06/25/2019 - SPROUS, TRACEY]FAXED MED REQ TO DR. MENDOZA FOR 6/25/19 OP REPORT.

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO NANCY AUBIN.

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INTIAL BENEFIT CALCULATION WITH WC OFFSET PENDED RECEIPT

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : LTD APPROVAL
Text: [06/17/2019 - SPROUS, TRACEY]CALLED EE ADVISE TO LTD CLAIM HAS BEEN APPROVED. EE ADVISED HAS RECEIVED WC SETTLEMENT OF $3500.00 EVERY 2 WEEKS. EE ADVISED IS DRIVING AND WILL CALL DCM BACK TOMORROW. ADVISED EE WILL NEED WC PAYMENTS AND WC SETTLEMENT INFO WHEN AVAILABLE TO CALCULATE BENEFIT. THANKED EE FOR TIME AND CALL CONCLUDED.

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [06/17/2019 - SPROUS, TRACEY]MAILED LTD APPROVAL LETTER TO EE

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other

**Lincoln/Wofford 0149**

Other Subject : M1 REVIEW
Text: [06/17/2019 - CHANDRA, JUANITA]AGREE WITH APPROVAL

**C**    **ote**
Claim/Event/Leave: 9007521
NoteSubject : Ref to Other
Other Subject : PS
Text: [06/17/2019 - SPROUS, TRACEY]PS REFERRAL FOR IBC PENDING WC OFFSET.

**C**    **ote**
Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : RTW OO SEPT 2019
Text: [06/17/2019 - SPROUS, TRACEY]58 YOF DOB    LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACK TO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18.** JD CHIEF ENGINEER CAPTAIN ** EE WORKS OFFSHORE** MED OCCUPATION., WALKING UPDOWN STAIRS*. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACK INJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOBHAS TAKEN TOLL ON EES BODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. TX PROVIDER DR. NICHOLAS DIRIG.( HIP) ORTHO PH NUMBER 775-783-6190** DR. BETZ NEVADA OCCUPATIONAL HEALTH CENTER. 775-887-5030** PH NUMBER MRI EE ADVISED IS RECEIVING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. JEANETTE IS WC REP. FUP WITH DR MENDOZA 5/29/19 FOR BACK AT TAHOE FRACTRUE & ORTHOPEDIC** RECOMMENED BACK INJECTIONS AND BURN NERVE ENDINGS BUT NEEDS WC APPROVAL*****OTHER CONDITIONS, HEP C, RX FOR HEP C, 3 WEEKS TO GO NO AFFECTING EES HEALTH. EE FUP WITH PCP. DR. HALASKA DAYTON, NV CARSON TAHOE PHYSICAN CLINICS. WIDOW. OTHER INCOME WC BENEFITS, NO OTHER EMPLOYMENT. LOV 5/3/19 WITH DR. DIRIG ORTHO** RIGHT HIP DECREASED RANGE OF MOTION, MINIMAL INTERNAL ROTATION AND ADDUCTION. 10 TO 15 DEGRESS OF EXTERNAL ROTATION. SX DISCUSSED AND CONFIRMED RIGHT HIP REPLACEMENT WILL BE COMPLETED ON 6/24/19 WITH DR.MENDOZA. DCM RECOMMENDS APPROVAL OF CLAIM AS EE UNABLE TO PERFORM THE PHYSICAL DUTIES OF OCCUPATION TO INCLUDE STANDING, WALKING, SITTING, STOOPERING, KNEELING, CRAWLING, BALANCING, CLIMBING, LIFTING, CARRYING, REACHING AND GRASPING AS BOAT CAPTAIN, REFER TO MGR 1 FORAPPOVAL ACTION REQUEST 6/24/19 OP REPORT SET POST=OP TASK TO REQUEST UPDATED MEDICAL AND REFER FOR CLINICAL REVIEW TO DETERMINE SEVERITY AND DURATION OF CONDITION IF NO REASONABLE RTW DATE., MONTIOR RECEIPT OF LTD FORMS AND UPDATED MEDICAL FOR FILE

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called AP
Other Subject : DR. MENDOZA
Text: [06/17/2019 - SPROUS, TRACEY]CALLED AP DR.MENDOZA AND SPOKE WITH WANDA. CONFIRMED EE WILL HAVE RIGHT HIP SX ON 6/24/19. THANKED WANDA FOR TIME AND CALL CONCLUDED.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : Called EE
Other Subject : CLAIM
Text: [06/07/2019 - SPROUS, TRACEY]RETURNED CALL TO EE REGARDING LTD FORMS. EE FIGURED IT OUT. EE WILL HAVE HIP SX ON 7/1/19 WITH DR. NICOHOLAS DIRIG. EE HAVING INJECTIONS NEXT FRIDAY FOR BACK WITH DR.MENDOZA** EE MAILED BACK LTD FORMS TODAY. THANKED EE FOR TIME AND CALL CONCLUDED.

**C**    **ote**
Claim/Event/Leave: 9007521
NoteSubject : LTR to EE
Other Subject : LTD FORMS
Text: [06/05/2019 - SPROUS, TRACEY]MAILED SUBSEQUENT REQUESTS FOR LTD FORMS.

**ote**
Claim/Event/Leave: 9007521
NoteSubject : EE Called
Other Subject : LTD FORMS
Text: [06/05/2019 - SPROUS, TRACEY]EE CALLED TO ADVISED HAS NOT RECEIVED LTD FORMS. CONFIRMED ADDRESS WITH EE AND ADVISED WILL RESEND FORMS. ADVISED EE LTD BBD IS 6/3/19 AND BENFITS ARE PD IN ARREARS. EE IS RECEIVING WC BENEFITS. EE THANKED DCM FOR TIME AND CALL CONCLUDED.

**C**    **ote**
Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : EOI
Text: [06/05/2019 - SPROUS, TRACEY]THE DOD IS WITHIN 24 MONTHS OF BENEFIT ELIGIBILITY DATE, THEREFORE EOI INVESTIGATION IS REQUIRED. DOH 3/15/2007. EE NOT LOCATED AND NO REVIEW IS REQUIRED.

**C**    **ote**

**Lincoln/Wofford 0150**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : DR. GERARD HALASKA
Text: [06/04/2019 - SPROUS, TRACEY]3/6/19-TX NOTE

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : ER
Text: [06/03/2019 - SPROUS, TRACEY]LTD EDOC 4/1/17 AND JD ENGINEER

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : DR. JENNIFER MENDOZA
Text: [05/31/2019 - SPROUS, TRACEY]2/15/19 TX NOTE

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Med Records Rcvd
Other Subject : TAHOE FX -DR. DIRIG
Text: [05/31/2019 - SPROUS, TRACEY]1/22/19-5/3/19 MEDICAL RECORDS

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [05/30/2019 - SPROUS, TRACEY] CONTACTED DR. DIRIG, DR. HALASKA, DR. BETZ, AND DR. MENDOZA FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**C        ote**

Claim/Event/Leave: 9007521
NoteSubject : Action Plan
Other Subject : PENDING
Text: [05/30/2019 - SPROUS, TRACEY]58 YOF DOB          LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACK TO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18.** JD CHIEF ENGINEER ** EE WORKS OFFSHORE** MED OCCUPATION., WALKING UPDOWN STAIRS*. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACK INJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOB HAS TAKEN TOLL ON EES BODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. TX PROVIDER DR. NICHOLAS DIRIG.( HIP) ORTHO PH NUMBER 775-783-6190** DR. BETZ NEVADA OCCUPATIONAL HEALTH CENTER. 775-887-5030** PH NUMBER MRI EE ADVISED IS RECEVIING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. JEANETTE IS WC REP. FUP WITH DR MENDOZA 5/29/19 FOR BACK AT TAHOE FRACTRUE & ORTHOPEDIC** RECOMMENED BACK INJECTIONS AND BURN NERVE ENDINGS BUT NEEDS WC APPROVAL*****OTHER CONDITIONS, HEP C, RX FOR HEP C, 3 WEEKS TO GO NO AFFECTING EES HEALTH. EE FUP WITH PCP. DR. HALASKA DAYTON, NV CARSON TAHOE PHYSICAN CLINICS. WIDOW. OTHER INCOME WC BENEFITS, NO OTHER EMPLOYMENT. ADVISED EE WILLMAIL FORMS TO EE TO BE COMPLETED AND RETURNED. ADVISED EE WILL RECEIVE MEDICAL RECORDS AND UPON RECEIPT FOR REVIEW. ADVISED EE WILL RECEIVE 60% OF BME WITH WC OFFSET. ACTION: 5/30/19 PLACED EE ON NP FOR LTD FORMS WITH WC FORMS AND MEDICAL DATED 1/1/19- CURRENT FROM DAY BETZ () DIRG () HALASKA () MENDOZA () REFER TO PS UPON RECEIPT OF WC PAYMENT () WC FILE () NP DUE DATE 7/10/19** CLAIM PENDING ER ELIGIBILITY INFORMATION**

**ote**

Claim/Event/Leave: 9007521
NoteSubject : Initial EE Interview
Other Subject : CALLED EE
Text: [05/30/2019 - SPROUS, TRACEY]COMPLETED INITIAL CALL WITH EE. DOB          LWD 12 /31/2018 EE GOT HURT ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUEE EE TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACK TO THE BOAT AND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18.** JD CHIEF ENGINEER ** EE WORKS OFFSHORE** MED OCCUPATION., WALKING UPDOWN STAIRS*. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TOHAVE RIGHT HIP REPLACEMENT. BACK INJECTION FOR LOWER BACK. TX TWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOB HAS TAKEN TOLL ON EES BODY OVER THE EES. WC IS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. TX PROVIDER DR. NICHOLAS DIRIG.( HIP) ORTHO PH NUMBER 775-783-6190** DR. BETZ NEVADA OCCUPATIONAL HEALTH CENTER. 775-887-5030** PH NUMBER MRI EE ADVISED IS RECEVIING WC PAYMENTS AND ADVISED EE WILL BE AN OFFSET TO OUR BENEFIT. JEANETTE IS WC REP. FUP WITH DR MENDOZA 5/29/19 FOR BACK AT TAHOE FRACTRUE & ORTHOPEDIC** RECOMMENED BACK INJECTIONS AND BURN NERVE ENDINGS BUT NEEDS WC APPROVAL*****OTHER CONDITIONS, HEP C, RX FOR HEP C, 3 WEEKS TO GO NO AFFECTING EES HEALTH. EE FUP WITH PCP. DR. HALASKA DAYTON, NV CARSON TAHOE PHYSICAN CLINICS. WIDOW. OTHER INCOME WC BENEFITS, NO OTHER EMPLOYMENT. ADVISED EE WILL MAIL FORMS TO EE TO BE COMPLETED AND RETURNED. ADVISED EE WILL RECEIVE MEDICAL RECORDS AND UPON RECEIPT FOR REVIEW. ADVISED EE WILL RECEIVE 60% OF BME WITH WC OFFSET. THANKED EE FOR TIME AND CALL CONCLUDED

**Lincoln/Wofford 0151**

~~90% OF BME WITH WO OFFSET. THANKED EE FOR TIME AND CALL CONCLUDED.~~

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : LTR to ER
Other Subject : DOH/LTD
Text: [05/30/2019 - SPROUS, TRACEY]EMAILED ER TO CONFIRM EES DOH AND LTD COVERAGE TO
ARODRIGUE@CROSBYTUGS.COM; TCROSBY@CROSBYTUGS.COM

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Other
Other Subject : ELGIBILITY
Text: [05/29/2019 - SPROUS, TRACEY]LTD CLASS 1 FOR ALL EES-NON TAXABLE ACCOUNT PER LTD POLICY.

**C**          **ote**

Claim/Event/Leave: 9007521
NoteSubject : Initial Entry
Other Subject : CLAIM CREATION
Text: [05/28/2019 - LEACH, TERRI]MANUAL CLAIM CREATED PER EMAILED DOCUMENTS[05/28/2019 - LEACH, TERRI]CLAIM
LEFT IN PROCESS, PLEASE VERIFY ELIGIBLITY

**Lincoln/Wofford 0152**

**ote Report**

| Report | Clear | Print | Help |
|--------|-------|-------|------|

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

Claim

**Claim  ve t eave  m er** 6147438        **ommo atio  m er** [        ]        Primary Sort Order        Sec

**ote t pe**        [        ]

- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

---

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : Other
Other Subject :
Text: [01/10/2019 - EDMAN, LAUREN]REVIEW COMPLETED BY MGR 1. RECOMMENDATION FOR DENIAL DUE TO W/C EXCLUSION IS APPROPRIATE.

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : Action Plan
Other Subject : DENIED
Text: [01/10/2019 - RAMOS, NICOLE]DCM RECOMMENDS DENIAL OF CLAIM PER ER EE STATING IS WORK RELATED THEREFORE NOT ELIG FOR STD SENT FOR M1 REVIEW

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : Other
Other Subject : EM FROM ER
Text: [01/10/2019 - RAMOS, NICOLE]HE IS NOW STATING IT WAS A WORK RELATED INCIDENT. HE WON T BE ELIGIBLE FOR STD. THANK YOU, ASHLEY RODRIGUE CROSBY TUGS, L.L.C. BENEFITS ADMINISTRATOR PHONE: (985)632-7575 FAX: (985) 632-7572 EMAIL: ARODRIGUE@CROSBYTUGS.COM

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : LTR to ER
Other Subject :
Text: [01/09/2019 - RAMOS, NICOLE]GOOD MORNING, I AM FOLLOWING UP ON THE BELOW REQUEST FOR THE ELIGIBILITY STATEMENT. THANK YOU

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : Notice/Proof Review
Other Subject : DUE 2/20/19
Text: [01/07/2019 - RAMOS, NICOLE]EE PLACED ON N&P DAY 7 1/13/19 DAY 21 1/27/19 DAY 45 02/20/19

**C        ote**
Claim/Event/Leave: 6147438
NoteSubject : Action Plan
Other Subject : PENDING
Text: [01/07/2019 - RAMOS, NICOLE]CLAIM PENDING MEDICAL RECORDS FROM AP AND ELIG. EE PLACED ON N&P DCM WILL CONT TO F/U FOR MED

**ote**
Claim/Event/Leave: 6147438
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [01/07/2019 - RAMOS, NICOLE]EE RTC TO FOR II VERIFIED DOB, ADD, PHN AP AND EMAIL ON FILE LDW 12/31/18 DOD 1/1/19 INJURED HIMSELF PULLING A BOEI UP WHEN WAVE CAME CRASHING IN WHILE ON THE BOAT AND HAS PAIN SHOOTING DOWN BACK. EE STILL WAITING TO HAVEMRI DONE EE WENT TO ER ON FRIDAY 1/04/18 BUT WAS TOLD THEY COULDN T DO THE MRI WAS ONLY GIVEN ANTI- INFLAME AND PAIN MEDS. EE SEEN BY A WALK-IN CLINIC DATE OF INJURY ON 1/29/19. PER EE HAS NOT BEEN SEEN BY A PROVIDER SINCE. DCM ADVISED WILL NEED MEDFROM WALKIN CLINIC SO WILL SEND EE AUTH TO BE COMPLETED VIA MAIL TO SEND BACK TO DCM ASAP. EE WILL ALSO REQ MED FROM WALK IN CLINIC TO HAVE SENT TO DCM. DCM ADVISED EE WILL NEED ONGOING TX NOTES FROM A PROVIDER AS CLAIM WILL NOT

**Lincoln/Wofford 0153**

BE ABLE TO CONTINUE IF EE IS NOT RCVING TX. ENCOURAGED EE TO WORK ON GETTING IN WITH A PROVIDER ASAP. EE U/S NFQ CALL ENDED

ote

Claim/Event/Leave: 6147438
NoteSubject : Called EE
Other Subject : II ATTEMPT
Text: [01/04/2019 - RAMOS, NICOLE]DCM CALL TO EE FOR II LVM FOR RTC

C ote

Claim/Event/Leave: 6147438
NoteSubject : Initial Entry
Other Subject :
Text: [01/03/2019 - CHASE, AMANDA]CLAIM LEFT IN PROCESS, IF DOH IS MISSING DO NOT ASSIGN BENEFITS...USED DEFAULT HIRE DATE

C ote

Claim/Event/Leave: 6147438
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: RTW UNKNOWN TYARBROUGH

C ote

Claim/Event/Leave: 6147438
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: BACK PAIN

**Lincoln/Wofford 0154**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

May 26, 2023

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX  603-334-0401</u>

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Sherri Vance, Claims Specialist, Appeals**
PO Box 2578
Omaha NE 68172-9688

> Re:     **Claimant: Wayne Wofford**
> **Long Term Disability (LTD) Benefits**
> **Crosby Tugs, LLC**
> **Claim #: 9007521**

Dear Ms. Vance,

We are in receipt of your April 19, 2023, letter regarding the above referenced claim file being emailed to support@jpricemcnamara.com. Your email was not received by our office. We are able to receive files no larger than 25MB in attachments by email. If the emailed claim file is larger than 25MB, please provide a copy of the file by share link or mail.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
Law Offices of J. Price McNamara

JPM/eej

**Lincoln/Wofford 0155**

# ▼ FILEVINE

# Fax Confirmation

**To:** (603) 334-0401

**From:** (225) 201-8313

**Doc:** Fax_Wofford - Ltr to Lincoln Re LTD Post Appeal CF Not Received - 05-26-23_2023-05-26-1430-PDT.pdf

**Pages:** 1

**Sent:** May 26, 2023 2:31 PM PDT

**Rec'd:** May 26, 2023 2:32 PM PDT

Lincoln/Wofford 0156

From: LFGNotifications@LFG.com
Sent: Friday, June 2, 2023 4:13:59 PM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford
Attachments: 4o00wwnwcyx1opnnevaz_15392973.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0157**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 2, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

We are writing to acknowledge our receipt of your correspondence dated May 26, 2023 wherein you indicated that your office did not receive the file copy that was previously emailed to your office. You requested that the file copy be resent to your office.

Per your request for relevant claim documentation, the following information will be re-sent separately via secure OneDrive email to support@jpricemcnamara.com:

- A complete copy of our claim files
- A copy of the Crosby Tugs, LLC's Group Disability Short Term Disability Policy, Long Term Disability Policy, and the Group Life Insurance Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

As requested, a full and complete copy of Mr. Wofford's disability claim file will be sent under a separate cover. Included in the file copy will be a copy of the Crosby Tugs, LLC's Policy applicable to his Short Term Disability (STD), Long Term Disability (LTD), and Life Waiver of Premium (WOP) claims. This documentation constitutes all information that was received and reviewed in our evaluation of Mr. Wofford's claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence; all emails;

**Lincoln/Wofford 0158**

correspondence of every kind relating to the claim; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CVs of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln National Life Insurance Company (Lincoln); medical reports and/or record reviews completed by or at the request of Lincoln National Life Insurance Company (Lincoln); copies of curriculum vitaes for any reviewing physicians; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0401

**Lincoln/Wofford 0159**



**LAW OFFICES**

OF

**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 26, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-334-0401**

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Sherri Vance, Claims Specialist, Appeals**
PO Box 2578
Omaha NE 68172-9688

> Re:   **Claimant: Wayne Wofford**
> **Long Term Disability (LTD) Benefits**
> **Crosby Tugs, LLC**
> **Claim #: 9007521**

Dear Ms. Vance,

We are in receipt of your April 19, 2023, letter regarding the above referenced claim file being emailed to support@jpricemcnamara.com. Your email was not received by our office. We are able to receive files no larger than 25MB in attachments by email. If the emailed claim file is larger than 25MB, please provide a copy of the file by share link or mail.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Wofford 0160**

# MOSHE LEWIS

*MD|MBA|MPH*
*FOUNDER AND CEO OF GOLDEN GATE INSTITUTE FOR INTEGRATIVE MEDICINE*
*12+ YEARS AS A SUCCESSFUL BAY AREA PHYSICIAN*
*ACCOMPLISHED AUTHOR, PHYSICIAN & MOTIVATIONAL SPEAKER*

## OCCUPATIONAL EXPERIENCE
### CEO, GOLDEN GATE INSTITUTE FOR INTEGRATIVE MEDICINE

*Chief, Physical Medicine + Rehab, Sports Medicine California Pacific Medical Center Department of Orthopedics, San Francisco, CA:*
*2/2006 to Present*
- *Performed requested consultations and evaluations on the skilled nursing floor and inpatient rehabilitation unit.*
- *Coordinated care for timely discharge and timely return to work where clinically indicated to decrease length of stay.*
- *Pioneered accredited seminars and systematic team conferences.*
- *Annual Credentialing of Providers, attending Medical Staff meetings, implemented Quality initiatives to minimize Osteoporosis, Falls, Pressure Ulcers and Polypharmacy.*
- *Financial review of clinical productivity, expenses, and budgets.*
- *Completed out-patient evaluations, injections and treatment plans.*

*Sports Medicine Physician – California Pacific Medical Center, San Francisco, CA: 7/5/2005 to 2/2006*

*Telemedicine Provider and Consultant 3/2008 to present*
- *Worked with start up to nationally recognized leaders in the field of telemedicine to decrease delays in access to care from rural Georgia to Colorado including global US travelers to China, Europe and Australia*

*Medical Director, Triad Healthcare 1/2012 to 3/2014*
- *Case Management for provider utilization of services to minimize excessive expenditures in imaging and interventional procedures*
- *Increased company profitability and protocols for lucrative sale to MedSolutions and then to Evicor*

*Pain Management Specialist, Spine Care Medical, Daly City, CA:*
*4/2007 to 6/2012.*
- *Excelled in pain management services for injured workers, improving paperwork flow and decreasing administrative costs by improving return to work rates*
- *Provided electromyography and non-operative pain management for sports injuries and musculoskeletal pain.*
- *Implemented treatment, detoxification and rehabilitation of orthopedic injuries and numerous chronic pain and neurological disorders.*

**Lincoln/Wofford 0161**

*Resident Physician, Tufts Medical Center, Boston, MA:*
*7/1/2002 to 6/30/2005*
- *Served as Chief Resident.*
- *Intensive residency training with primary interests in physiatry also known as physical medicine and rehabilitation.*
- *Assisted patients w/ examination, follow-ups, diagnostics, prescription management, etc.*

*VP of Operations, NASA Patient Safety Initiative, Mountain View, CA:*
*5/2001 to 9/2001.*
- *Spearheaded an interagency project between NASA and the Veterans Heath Administration to transfer shared learning from aviation safety to hospital risk management.*
- *Introduced patient safety initiatives into 152 VA hospitals throughout the United States*
- *Developed lecture series, e-risk assessments and facility training schedules to maximize patient safety.*

*Director of Risk Management, Kaiser Permanente East Bay, Oakland, CA:*
*1/1999 to 1/2001*
- *Matured the risk management department to coincide with the corporate medico-legal division.*
- *Evaluated confidential medical incidents cited within Kaiser's largest East Bay facility to minimize liability payments*
- *Revised hospital policies and procedures to reflect changes in federal healthcare legislation including OSHA, NCQA and JCAHO.*
- *Engineered a lecture series on incident reports for 1200 trainees of patient safety and risk reduction.*
- *Provided risk management consultation to private and non-profit organizations including College of Emergency Physicians.*

*Interim Manager of Quality Outcomes, Kaiser Permanente East Bay, Oakland, CA*
*7/1998 to 12/1998.*
- *Accountable for the overall function of the Quality Outcomes sector*
- *Enhanced the utilization review process and infection control.*
- *Conducted monthly audits of peer review and made quarterly reports to Medical Executive Committee.*

## EDUCATION, TRAINING, AND CERTIFICATIONS
*Education + Training.*
- *Chief Resident, Department of Physical Medicine, Tufts New England Medical Center: 2004-2005.*
- *Resident, Department of Physical Medicine, Tufts New England Medical Center: 2002 to 2004.*
- *Master of Business Administration, Finance, University of Phoenix: 1999 to 2001.*
- *Post Graduate Year in Otolaryngology, King-Drew Medical Center, Los Angeles: 1997 to 1998.*

**Lincoln/Wofford 0162**

- *Surgery Internship Training Program, Mount Sinai-NYU Hospital, New York: 1996 to 1997.*
- *Doctor of Medicine, Mount Sinai School of Medicine: 1992 to 1996.*
- *Master of Public Health, New York University: 1990 to 1992.*
- *Post- Baccauleareate Studies, Harvard Univeristy: Summer 1990*
- *Bachelor of Science, Cornell University, Biology + Society Major: 1986 to 1990.*

*Certifications.*
- *CA Medical License: Valid through June 2018.*
- *CA DEA License: Valid through March 2020.*
- *American Board of Physical Medicine and Rehabilitation Certification: Valid through December 2026.*
- *Qualified Medical Examiner: Valid through December 2018.*
- *Expert Reviewer, Medical Board of California: 2009 to 2012.*
- *Basic Cardiac Life Support: Valid through January 2018.*

## ADVISORY BOARD MEMBER EXPERIENCE
- *Ameritox: (Strategic Planning Meetings and Promotional Seminars)*
- *Mitsui Chemicals , Kyoto, Japan*
- *Voiceplate, Los Angeles, CAlifornia*
- *HealthTap (Founding Member), Palo Alto, California*
- *Pfizer (Speaker Bureau)*
- *Genentech (Consultant)*
- *Corax Cyber Security*
- *The Doctors Company, Napa California*
- *American Bone Health, Oakland, California*

## SPECIAL RECOGNITIONS
- *Founding Knowledge Editor Award, 2016.*
- *101 Fluential Men of the Bay Area: 2007.*
- *Teacher of the Year Award: 2005.*
- *National Medical Fellowships: 1996.*

## PRESENTATION + MEDIA EXPERIENCE
- *Over 1000 hours of formal lecturing at countless hospital organizations across the United States.*
- *Functional topics included telemedicine, medical errors, new advances in pain management.*
- *Group setting keynotes in medico-legal strategies, toxicology screening and fibromyalgia.*
- *Presented on multiple sclerosis (grand rounds), nutrition, arthritis, and osteoporosis.*
- *Consecutive appearances on numerous TV and radio outlets such as KRON, KTVU, ABC-TV, + KCBS*

## RESEARCH EXPERIENCE
- *Intrathecal Baclofen Pump Safety Trial (Prometra): 2014 to 2015.*

**Lincoln/Wofford 0163**

- *Compounding Medication Trial for Pain Efficacy with Ketamine (PEAK): 2011 to 2012.*
- *National Institutes of Neurological Disorders and Stroke Chronic Migraine Treatment Trial: 2009 to 2010.*
- *National Institutes of Neurological Disorders and Stroke Genetics Repository Study: 2008 to 2009.*
- *Phase IV Study: Hyaluronic Acid Injection for Shoulder Arthritis: 2007 to 2009.*
- *Prospective Measurement of Pulsed Electrical Stimulation in Treatment of Knee Osteoarthritis: 2005 to 2007.*
- *Bone Morphogenic Protein Analysis in Patients following Cervical Fusion: 2005 to 2006.*
- *Management of Pressure Ulcers in the Spinal Cord Injury Patient utilizing Telemedicine: 2003 to 2004.*
- *Medical Errors in Healthcare: Perceptions of Attending Physicians, Residents and Nurses: 1999 to 2000.*
- *A Comparison the HIV Viral Load in Patients Treated with Saquinavir Alone and in Combination with Ketoconazole: 1997 to 1998.*
- *Prospective Measurement of Immunoglobulins and IgG Subclasses in a General Medical Clinic and an Allergy/asthma Clinic in East Harlem: 1995 to1996.*
- *Surgical Resection Margins, Histological Tumor Grade and Subtype, and Treatment Modality were Reexamined with Regard to Effect on Outcome of Osteosarcoma of the Jaw: 1995 to 1996.*
- *Evaluation of a Generalizable Model for Improving Recognition of Previously Completed Advance Directives and for Promoting Appointment of Health Care Proxies in Hospitalized Patients: 1994 to 1995.*
- *3-D CT Imaging of the Aorta after Type A Dissection Repair: 1992 to 1993.*

## PUBLICATIONS

- *Lewis M, Ali N. Understanding Pain: An Introduction for Patients and Caregivers. Lanham, MD: Rowman + Littlefield; 2015. Print book.*
- *Lewis M, Naraghi F, Wolfer L. "BMP-2 Dose Correlates with Increased Postoperative Edema and Swallowing Complications after Cervical Fusion." Spine. 2006. 6(5S): 7(S).*
- *Lewis M, Miyashiro M. "Immunoglobulin and IgG Subclass Levels." Mt Sinai J Med 1998. 65(2): 139-145.*
- *Lewis M, Perl A, Som PM. "Osteogenic Sarcoma of the Jaw". Arch Oto HNS 1997.123(2):169-174.*
- *Lewis M, Meier D, Fuss BR, et al. "Marked Improvement in the completion of Health Care Proxies." Arch Intern Med 1996.156(11): 1227-1232.*
- *Ergin, MA, et al. "Significance of distal false lumen after type A dissection repair." Ann Thorac Surg. 1994 Apr, 57(4):8204;discussion 825.*
- *Lewis M. "Hip pain is no longer restricted to elderly." San Francisco Chronicle. March 2015. Web article.*
- *Lewis M. "Cold winters can be perilous to your regular workout routine." San Francisco Chronicle. January 2015. Web article.*
- *Lewis M. "Celebrity life can take toll on mental, physical health." San Francisco Chronicle. August 2014. Web article.*

**Lincoln/Wofford 0164**

- *Lewis M. "Weekend-only workouts bring set of risks." San Francisco Chronicle. July 2013. Web article.*
- *Lewis M. "Steps can be taken to ease back pain linked to aging." San Francisco Chronicle. July 2013. Web article.*
- *Lewis M. "Chronic pain calls for custom treatment." San Francisco Chronicle. May 2013. Web article.*

## *AFFILIATIONS*

- *California Society of PMR, CME Planning Committee 2014 Present*
- *Executive Advisory Board for the Center for Healthcare Research: 2015 to Present.*
- *Physicians Advisory Board, The Doctors Company: 2012-2015.*
- *Volunteer Clinical Faculty Alumni, University of California: 2009 to Present.*
- *Member, North American Spine Society: 2009 to 2012.*
- *Member, American Association of Neurology and Electrodiagnostic Medicine: 2007 to 2010.*
- *Member, American Society of Addiction Medicine, 2017 to present*
- *Diplomat: American Board of Physical Medicine and Rehabilitation: 2006 to Present.*
- *Adjunct Professor: Touro University College of Osteopathic Medicine: 2009 to Present.*
- *Adjunct Professor: Des Moines University 2016 to Present*
- *Externship Sponsor: Cornell University: 1990 to Present*

## *ACTIVE MEDICAL LICENSES*

*California, Colorado, Illinois, Ohio, Texas, Connecticut, Georgia and Florida*

**Lincoln/Wofford 0165**



## JORDAN KLEIN, MD

## Contact

 **Address**
2306 Forest Lane
Harrisburg, PA 17112

 **Mobile**
717-712-3617

 **Email**
JordanKlein@pmedicalrehab.com

## Post Graduate Training

University of Miami, Physical Medicine & Rehabilitation:
2013-Present

Miami, Florida

Pinnacle Health, Internal Medicine Internship: 2012-2013

Harrisburg, Pennsylvania

## Professional Affiliations

- PA Medical Society
- AAPMR

## Accomplishments

- Electronic Health Records: CERNER,
- CPRS, EPIC
  National Registry of Certified
- Medical
- Examiners BLS
  Fluent in English, Spanish

- 2017 Phsysician of the Year nomination- Geisinger Holy Spirit

# EDUCATION

| | |
|---|---|
| Sackler School of Medicine \| Tel Aviv, Israel | 2008 – 2012 |

Doctor of Medicine, May 2012
Honors, Internal Medicine Clerkship

| | |
|---|---|
| Emory University\| Atlanta, GA | 2003 – 2007 |

Bachelor of Arts, Chemistry
Dean's List

# RECENT WORK/RESEARCH

| | |
|---|---|
| My Home Doctor | 2014 – 2016 |

- Concierge physician delivering personalized medical care to South Florida patients

| | |
|---|---|
| International Research Experience in the Sciences | 2007 |

- One of four students chosen to receive a grant to do research in an international lab

Poster Presentations

- Klein J, Navarro P, Ference T. Multiple Sclerosis Masquerading as Chronic Low Back Pain: A Case Report. AAPM&R Annual Assembly San Diego, California November 13-16,
- 2014.
  Klein J, Esposito A, Ference T. Unusual Presentation of Amyotrophic Lateral Sclerosis (ALS) in a Patient with History of Post-Poliomyelitis Syndrome: A Case Report. AAPM&R
- Annual Assembly San Diego, California November 13-16, 2014.
  Klein J, Gober J, Ference T. Hybrid crutch/walker for Mobility of a Patient with Severe Juvenile Rheumatoid Arthritis: A Case Report. AAPM&R Annual Assembly San
- Diego, California November 13-16, 2014.
  Schnitzer, O, Klein, J and Ference, T. Serotonin Syndrome Masked By Fibromyalgia: A

# LEADERSHIP/ VOLUNTEER EXPERIENCE

| | |
|---|---|
| Medical Director- University of Pittsburgh Medical Center Carlisle Rehab | 2019- Present |
| Associate Medical Director- Encompass Health of Mechanicsburg | 2019- Present |
| Medical Marijuana Physician Work Group- Representative for the State of Pennsylvania | 2019- Present |
| Opioid Disaster Declaration- State of Pennsylvania, first physician to present on opioid management with medical marijuana, October 18, 2019 | 2019 |
| Central PA IDAY- Presenter discussing work considerations with Marijuana Thursday May 9, 2019 | 2019 |

| | |
|---|---|
| Big Brother Big Sister | 2001 – 2016 |

- Make weekly visits to elementary schools in order to build a positive relationship with the students
- Founded chapters in Harrisburg and continued to volunteer in Atlanta and Miami

| | |
|---|---|
| Students for Organ Donation | 2005 – 2009 |

- Educate the public about organ donation through various events: Started Tel Aviv University wide bone marrow drive and Organ Donor Awareness Week

| | |
|---|---|
| Save a Child's Heart : (www.saveachildsheart.org) | 2008 – 2012 |

- Volunteer and help raise money for an organization which houses and pays for underprivileged children from all over the world to undergo heart surgery free of charge

| | |
|---|---|
| Josh Klein Bikkur Cholim: (www.joshkleinbcs.org) | 2001 – Present |

- Visit patients in the hospital dressed as Jinx the clown

| | |
|---|---|
| Steve & Barry's | 2007 – 2008 |

- Real Estate Executive for Pennsylvania and New Jersey; new store

**Lincoln/Wofford 0166**

# Jonathon Markovitz M.D.

May 29, 2020

## Education

| | | |
|---|---|---|
| Residency: | University of Iowa Hospitals and Clinics | 07/1982-07/1985 |
| Neurology Residency | | |
| Internship: | Tucson Hospitals Medical Education Program | 07/1981-07/1989 |
| A Flexible Residency | | |
| Medical School: | University of Arizona | 08/1977-05/1981 |
| | Degree: M.D | |
| College: | Claremont's Men's College | 08/1973-06/1977 |
| Degree: BA in Biology Cum Laude | | |

## Professional Work Experience

HonorHealth Neurology                                                08/2019 to present

Phoenix Neurological Associates                               08/2016 to 08/2019
General Adult Neurologist

Liberty Mutual Insurance / Lincoln Financial Group       07/2016 to present
Independent Neurology Consultant

Cigna Healthcare of Arizona                                         07/1985-07/9016
General Adult Neurologist
Section Head, Department of Neurology                        07/1987-07/2016

- Recruited and lead the Neurology Department of Cigna Medical Group
- Member of the Tenure Committee
- Chairman of the plan wide medical records committee
- Member of the Cigna plan wide quality assurance committee

## Teaching Experience

Banner Good Samaritan Hospital, Family Practice Residency       05/1985-07/2017
Neurology rotation teacher

## Licensure

Diplomate of the National Board of Medical Examiners #350980       07/1982-present

**Lincoln/Wofford 0167**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: April 19, 2023 | |
| To: J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE. 2B<br>BATON ROUGE LA 70809 | |
| Attn: J. Price McNamara | |
| Fax: (225) 201-8313 | |
| From: Sherri Vance<br>Claims Specialist, Appeals<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0168**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 19, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE, LA 70809

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

We are writing to acknowledge our receipt of your correspondence dated April 17, 2023.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to support@jpricemcnamara.com:

- A complete copy of our claim files
- A copy of the Crosby Tugs, LLC's Group Disability Short Term Disability Policy, Long Term Disability Policy, and the Group Life Insurance Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

As requested, a full and complete copy of Mr. Wofford's disability claim file will be sent under a separate cover.  Included in the file copy will be a copy of the Crosby Tugs, LLC's Policy applicable to his Short Term Disability (STD), Long Term Disability (LTD), and Life Waiver of Premium (WOP) claims.  This documentation constitutes all information that was received and reviewed in our evaluation of Mr. Wofford's claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence; all emails; correspondence of every kind relating to the claim; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports

**Lincoln/Wofford 0169**

regarding the claimant's occupation or any occupation; CVs of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln National Life Insurance Company (Lincoln); medical reports and/or record reviews completed by or at the request of Lincoln National Life Insurance Company (Lincoln); copies of curriculum vitaes for any reviewing physicians; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file.

We have enclosed the Curriculum Vitae for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0401

**Lincoln/Wofford 0170**



**LAW OFFICES**
——— OF ———
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

April 17, 2023

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX  603-334-0401</u>

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Sherri Vance, Claims Specialist, Appeals**
PO Box 2578
Omaha NE 68172-9688

> Re:     **Claimant: Wayne Wofford**
>           **Long Term Disability (LTD) Benefits**
>           **Crosby Tugs, LLC**
>           **Claim #: 9007521**

> **REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
> **& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Vance,

I represent **Wayne Wofford in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.   All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2.   All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3.   The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

**Lincoln/Wofford 0171**

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

\*\*Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Wofford 0172**

**U.S. Department of Labor**  Employee Benefits Security Administration
Washington, D.C. 20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

PAGE 3/5 * RCVD AT 4/17/2023 11:16:58 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):01-42

**Lincoln/Wofford 0173**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination ... any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

**Lincoln/Wofford 0174**

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

**Lincoln/Wofford 0175**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: March 1, 2023 | |
| To: | J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE. 2B<br>BATON ROUGE LA 70809 |
| Attn: | J. Price McNamara |
| Fax: | (225) 201-8313 |
| From: | Sherri Vance<br>Claims Specialist, Appeals<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): 12 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0176**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 1, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE, LA 70809


RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

We are writing to acknowledge our receipt of your correspondence dated February 24, 2022.

In your letter you requested to appeal the denial determination on Mr. Wofford's LTD claim. Kindly note, that in our letter dated August 4, 2022 we advised your office that Mr. Wofford had exhausted his appeal rights under the policy.

Mr. Wofford's claim was denied on October 1, 2021 and he was advised of his right to appeal the decision under the Employee Retirement Income Security Act (ERISA) guidelines. Mr. Wofford appealed the denial decision in a letter received by our office on February 28, 2022.

Our office conducted a full and fair review of the appeal, and a determination was rendered on May 25, 2022 (a copy of the determination letter is enclosed) to uphold the denial of LTD benefits.

In the May 25, 2022 letter, Mr. Wofford was provided with specific details regarding the determination to deny benefits, the medical reviews conducted on his file, the appeal uphold determination, and applicable policy language (including the Legal Proceedings language).

The appeal determination letter stated:

> *The Crosby Tugs, Incorporated's Long Term Disability Policy contains the below provision:*

**Lincoln/Wofford 0177**

*Legal Proceedings*
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than one year after the time Proof of claim is required.*

*If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is June 23, 2023.*

Mr. Wofford was afforded an opportunity to appeal the denial of his LTD claim and to submit additional documentation to support his claim. Lincoln has reviewed this appeal and rendered our final determination on Mr. Wofford's claim. Mr. Wofford has exhausted his administrative remedies under ERISA. Therefore, your request to appeal the denial determination is declined. Your letter and the additional documents have been placed in Mr. Wofford's claim file and no further action will be taken. Mr. Wofford has already exhausted his administrative remedies under ERISA and his claim remains closed, and no further action will be taken by Lincoln.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0401

Attachments:   9007521-DENY-FREEFORM-05.24.2022

**Lincoln/Wofford 0178**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0179**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

May 25, 2022

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln), a Lincoln Financial Group company, is responsible for managing claims for Long Term Disability (LTD) Benefits under Crosby Tugs, Incorporated's Long Term Disability Policy. We are writing in regard to your appeal request for Long Term Disability (LTD) Benefits under the Policy.

We reviewed your appeal request for Long Term Disability (LTD) benefits and maintained the decision to deny benefits beyond September 30, 2021.

**Initial Claim Decision**

Your last day at work occurred on December 31, 2018, and you stopped working when you were injured at work resulting in reports of back pain. The medical information in the file indicted that you have been diagnosed with low back pain, lumbar radiculopathy, lumbar spinal stenosis, left foot drop, and bilateral hip osteoarthritis.

The date of disability was January 1, 2019, and after satisfying the 180-day elimination period benefits began on June 30, 2019. The policy issued to Crosby Tugs, Incorporated has a 24-month own occupation period which was exhausted on June 30, 2021. The LTD benefits were approved from June 30, 2019 thru September 30, 2021. To receive benefits beyond September 30, 2021 you must be disabled from your own occupation, or any occupation as defined in the policy. Benefits beyond September 30, 2021 were denied as the evaluation concluded you were no longer disabled as defined by the policy.

On May 31, 2021, a medical review was completed by Dr. Jonathon Markovitz who is an independent physician Board Certified in Neurology.

Dr. Markovitz's review concluded that your primary diagnosis was lumbar radiculopathy. Your comorbid diagnoses were noted to be lumbar spondylosis, hepatitis C, hip osteoarthritis, and a prior

total right hip replacement.

Dr. Markovitz's review noted in part:

> *The claimant's medical records as of the neurosurgical notes dated April 29, 2021 describe the claimant being status post February 24, 2021 neurosurgery. This neurosurgery included L4-5 discectomy, decompression, and transpedicular decompression. Following the surgery, the claimant is reportedly clearly improved, with decreased weakness, improve sensation, as well as decreased pain. Reassessment in August 2021 to allow time for recovery from the neurosurgical procedure would be appropriate. Until then the claimant remains unreliable to perform work-related activity.*

Following the review completed by Dr. Markovitz updated medical records were requested from your treating provider. The additional medical records were referred back to Dr. Markovitz for review in a report dated September 18, 2021.

Dr. Markovitz's addendum review noted in part:

> *My prior report dated May 31, 2021 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On August 30, 2021 there is a note from Dr. Michael Song the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of August 30, 2021.*
>
> *The initial consultation from Dr. Song dated February 4, 2021 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The claimant underwent February 24, 2021 left L4-5 discectomy and decompressive surgery. As of April 29, 2021 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well status post his surgery. As of a Dr. Song note dated May 31, 2021 the claimant was reported to be doing well status his post surgery.*
>
> *The claimant's medical records available for review fail to support ongoing neurological impairment leading to restrictions and limitations after August 30, 2021.*

The basis for the decision was outlined in a letter dated October 1, 2021. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information:

> *In your request for review please include the following documentation:*
>
> *Any additional medical information from all medical provider(s) you have seen for your condition(s) for the period of January 1, 2019 through present to include, but is not limited to office notes, current treatment plans, clinical notes, consultation reports, diagnostic tests and results and physical evaluations).*

**Lincoln/Wofford 0181**

*You should also provide any additional information that you feel will support your claim.*

## Appeal

On February 28, 2022, we received a letter from you appealing the denial determination wherein you indicated that you felt the denial was incorrect in stating that you did not have any restrictions and limitations. You reported that you were unable to return to work and that you struggle in performing daily activities. In your letter you indicated that additional information would be submitted by Dr. Michael Song.

In support of your client's claim, you submitted the following information:
- Restrictions Form completed by Dr. Michael Song dated April 5, 2022

## Appeal Evaluation

To provide a full and fair review of your appeal a review was completed by Dr. Moshe Lewis who is an independent physician Board Certified in Physical Medicine and Rehabilitation with Expertise in Hand and Upper Extremities, to clarify the severity of your condition and to determine if your current impairments would preclude you from full-time employment.

The information in the file indicated that you initially stopped working when you were hit by a large wave while on a boat at work. Following this you reported back pain along with hip pain. The medical in the file has noted that you have a history of low back pain. You underwent a right total knee replacement on June 24, 2019. You were initially treated conservatively for your back pain with medications, injections, and an ablation without success. You underwent a left L4-5 discectomy and decompression on February 24, 2021. You also treated with physical therapy and injections for your hip pain.

On March 11, 2021, you were seen by Dr. Michael Song for a post operative follow up. The examination showed that your gait was stable and tandem, and your strength was normal bilaterally. You were noted to have foot drop and post procedural pain; however, you were doing much better overall. There was still some weakness noted in you left foot. Dr. Song noted that your examination findings were much improved from the visits prior to your surgery.

On April 29, 2021, you were seen for a follow up with Dr. Song. At this visit you reported low back pain with some tingling and weakness; however, you were noted to have drastically improved.

A Restrictions Form completed by Dr. Michael Song dated August 30, 2021, indicated that you would not have any restrictions or limitations. Dr. Song also indicated that your last office visit with his office was April 29, 2021.

A Restrictions Form completed by Dr. Michael Song dated April 5, 2022 indicated that you were to follow up as needed and that your last office visit was April 29, 2021. Dr. Song indicated that you were capable of performing sedentary work activities due to leg weakness and a bad back.

Dr. Lewis' review concluded that your primary diagnosis was low back pain.

**Lincoln/Wofford 0182**

During the course of the review Dr. Lewis completed a teleconference with Dr. Song on April 20, 2022 who indicated that you had not been seen by his office in one year; therefore, he declined to comment on your functionality.

Dr. Lewis' review noted in part:

> *From a physical medicine and rehabilitations perspective, from 9/30/2021 and forward there are no outlined functional limitations and/or medically appropriate restrictions.*

> *There are no updated examination records available for review from 9/30/2021 and forward. The last available physical examination was dated 04/29/21. At that visit the claimant was 2 months post-op. In the restrictions form completed by Dr. Song on 04/05/22, it was noted this was the last time the claimant was treated. Per my discussion with Dr. Songs' office the claimant was not seen during the period under review.*

Dr. Lewis also noted:

> *There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.*

To afford your claim every consideration, on April 29, 2022, we sent you a copy of the April 28, 2022 independent physician's review completed by Dr. Moshe Lewis who is an independent physician Board Certified in Physical Medicine and Rehabilitation with Expertise in Hand and Upper Extremities, to review and provide any comments you wished to have considered. We asked than any additional information you wished for us to consider be returned to us no later than May 20, 2022, at which time we would proceed with making a determination on your appeal. To date, we have not received any additional information from you or your treating providers.

The medical information in the file indicated that you initially stopped working due to a work injury. You underwent a right total hip replacement and later underwent an L4-5 microdiscectomy and decompression on February 24, 2021. The last office visit in the file from any provider is dated April 29, 2021, which is over one year ago. The last office visit was two months post your lumbar surgery and you were noted to have a significant improvement in the examination findings. You reported ongoing pain; however, you had normal gait, station, and strength. Dr. Song provided a Restrictions Form dated April 5, 2022, indicating that you would only have the ability to perform sedentary work activities; however, in a teleconference he indicated that he had not seen you for one year; therefore, he declined to comment on any functional impairments that you may or may not have.

In your appeal letter you reported ongoing functional impairments and indicated that you are unable to return to work. However, there is no indication that you have pursued ongoing treatment for any self-reported impairments, and there is no clinical evidence in the file that would demonstrate the extent of any self-reported impairments. While you may continue to report ongoing symptoms associated with your condition there needs to be clinical evidence that would support this, and the policy indicates that you must be under the care and treatment of a physician due to your condition.

**Lincoln/Wofford 0183**

There is no evidence in the claim file that you have been seen by any treating provider for over one year. In a telephone conversation with you on March 9, 2022, you also advised that you had not seen any treating providers since April 29, 2021. Please understand that in order to be eligible for LTD benefits under the policy you must be under active treatment and care with a medical professional. There also, must be clinical evidence to support any self reported impairments. Since there is no medical in the file beyond April 2021 and you have not treated with any medical profession beyond that point there is insufficient clinical evidence that would support any ongoing impairments.

As such, the medical records in the file failed to provide clinical evidence that would support ongoing restrictions and limitations that would prevent you from performing your own occupation or any occupation. Therefore, based on the appeal review findings we maintain that the additional information does not offer sufficient medical evidence to support functional impairments from your own occupation or any alternate occupation, and that you no longer meet Crosby Tugs, Incorporated's Long Term Disability Policy's definition of disability beyond September 30, 2021.

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in their file would support that they are unable to perform the material and substantial duties of your own occupation or any occupation beyond September 30, 2021. We are not required to ensure the availability of your own occupation, any alternative occupations, or that you to active employment with Crosby Tugs, Incorporated in the same or different position.

We are aware that you are receiving other income benefits, such as Social Security Disability Income (SSDI). Our records indicate you were awarded on March 23, 2022 with an entitlement date of October 1, 2019. However, please understand our group policy and review process is independent from that of the Social Security Administration (SSA). In our appeal acknowledgement letter sent to you on March 9, 2022 we gave you the option of providing a copy of the Social Security file for our consideration. We did not receive any additional information pertaining to the SSDI award. Although benefits have been approved for SSDI, this decision was based on the SSA's plan provisions and may have been awarded due to SSA guidelines such as your approaching retirement age. Lincoln does not have similar rules. The claim decision made under the Lincoln Financial Group policy was based upon information we have obtained from you, and your treating medical professionals and the results of any internal and/or independent reviews of your claim.

## Conclusion

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may have continued to experience some symptoms associated with your condition beyond September 30, 2021. However, the information does not contain exam findings, diagnostic test results or other forms of medical documentation supporting your symptoms and impairments remained of such severity, that they resulted in restrictions or limitations rendering you unable to perform the duties of your own occupations or any occupation after that date.

Having carefully considered all of the information submitted in support of your claim, our position remains that proof of your continued disability in accordance with the Policy provisions after September 30, 2021 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions. No internal

**Lincoln/Wofford 0184**

rules, guidelines, protocols, standards, or other similar criteria were relied upon in rendering the claim determination.

## Policy Provisions

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

> *"Disability"* or *"Disabled"*, *with respect to Long Term Disability, means:*
>
> > i.  *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> >
> > ii.  *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"Own Occupation"*, *with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*
>
> *"Material and Substantial Duties"*, *with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> *"Any Occupation"* *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*
>
> *"Regular Attendance"* *means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.*
>
> *"Treatment"* *means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.*
>
> *Discontinuation of the Long Term Disability Benefit*
>
> *The Monthly Benefit will cease on the earliest of:*
>
> 1.  *the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
>
> 2.  *the date the Covered Person fails to cooperate in the administration of the claim.*

**Lincoln/Wofford 0185**

*Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

3. *the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Crosby Tugs, Incorporated's Long Term Disability Policy contains the below provision:

*Legal Proceedings*
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than one year after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is June 23, 2023.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln National Life Insurance Company (Lincoln) rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in Crosby Tugs, Incorporated's Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

**Lincoln/Wofford 0186**

如果您需要翻译与语言帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowoł nínízingo saad hosinilįį' dóó ná'ookąąh nííní'ąago naaltsoos níníłtsoozígíí hazho'ó bik'idi'deeshłįįł nínízingo doo bąąh ílinigóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

Lincoln/Wofford 0187



**LAW OFFICES**

—— OF ——

**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

February 24, 2023

**SENT VIA CERTIFIED MAIL**
**AND FAX 603-422-0119**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Sherri Vance, Appeals Claims Specialist**
PO Box 2578
Omaha NE 68172-9688

> **Re:  Claimant: Wayne Wofford**
> **Claim Number: 9007521**
> **Crosby Tugs, LLC**
> **Long Term Disability (LTD) Benefits**

Dear Ms. Vance,

    **I represent Wayne Wofford in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

    My client, Wayne Wofford, hereby appeals Lincoln's (alternatively called "the Plan" herein) May 25, 2022 termination or denial of his short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with his appeal for disability benefits, Claimant provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

    All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavits of Wayne Wofford (11/10/22 to 02/13/23) (001).
2. Affidavit of Jacob Wofford (02/15/23) (004).
3. Affidavit of Summer Lindsey (02/15/23) (005).
4. Dr. Kellie Donahue Note and Recommended Restrictions Form (12/30/22) (006).
5. Dr. Kellie Donahue Medical Records (12/30/22) (011).

### THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS

    The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were

**Lincoln/Wofford 0188**

intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

## STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
>> FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.
>
> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to

> the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record. *See, e.g., Wildbur,* 974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega,* at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.,* 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega,* stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services,* 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.,* 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.,* 966 F.2d 1011, 1014 (5th Cir.1992)).
>
>> **FN5. Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega,* 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.,* 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.,* at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**Lincoln/Wofford 0191**

## THE EVIDENCE IN THIS CASE OVERWHELMINGLY
## SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from his own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of his medical condition is corroborated many times over by his own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'" *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Finally, *Rekstad v. U.S. Ban 6 Corp*, 451 F.3d 1114 (10th Cir. 2006), *McDonald v. Western-Southern LifeInsur. Co.*, 347 F.3d 161 (6th Cir. 2003) and *DiPietro v. Prudential Insurance Company of America*, 2004 U.S. Dist. LEXIS 5004 (N.D. III. 3/26/2004) **all value third-party observations as evidence of disability**, such as those of the Claimant's wife and others close to him having relevant knowledge. But the Plan here disregarded it all, contrary to prevailing law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and <u>evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony.</u> The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, <u>but neither may an administrator</u>**

**arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.*, at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.*, at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

## BAD FAITH

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of
> a judge in a purely adversarial proceeding, where the parties bear almost all of
> the responsibility for compiling the record, and the judge bears little or no

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).

[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

> responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> *   *   *
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood*, 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.III. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.III. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

## COURT REVIEW

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

## PAYMENT INSTRUCTIONS

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

PARISH/COUNTY OF _Lyon_

STATE OF _Nevada_

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## WAYNE WOFFORD

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My date of birth is

3. I am currently single and my own sole financial support.

4. Prior to becoming disabled from working, my employer was Crosby Tugs, LLC since 2007 and my job title or position when I became disabled was Chief Engineer.

5. My last date of work for my employer upon becoming disabled was December 31, 2018.

6. As of my last date of work, my gross annual salary before taxes was $174,099.

7. I received long-term disability benefits in the amount of $7,850.00 from June 2019 to September 2021. Benefits were then terminated.

8. The United States Social Security Administration declared me totally disabled from any gainful employment, and I am currently under that status with the Social Security Administration.

9. This information is all true and based upon personal knowledge.

_____
**WAYNE WOFFORD**

State of Nevada
County of Lyon
Sworn to and subscribed
before me this _13_ day
of _February_, 20_23_

_____
NOTARY PUBLIC
Notary/Bar No.: _22-6778-12_
My Commission Expires _10-10-2026_



Ambre Maehler
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 22-6778-12
My Appt. Expires October 10, 2026

Wofford - Appeal 02/24/23 - 001

**Lincoln/Wofford 0196**

**COUNTY OF** _____

**STATE OF NEVADA**

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

## WAYNE WOFFORD

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement.

3. My pain is severe. I can sit for no more than 1 to 2 hours in a day, needing to change positions constantly due to severe back pain. I can stand or walk for no more than 1 to 2 hours combined in a day because of severe pain. The remainder of the time I have to lie down from the pain, and must lie down several times per day.

4. For the 4 hours combined that I can sit, stand and walk, I have to alternate between sitting and standing to help ease the pain, but at any given time I could be hit with severe pain, be unable to move, and need to lie down to relieve pain.

5. I was told by Crosby Tugg that I am no longer allowed to work on a boat because I could become paralyzed if I fell from the constant movement of the boat.

6. If I exceed my limitations as described above, the pain can last from a few minutes to days at a time depending on the activity.

7. My girlfriend assists me with putting on my socks and shoes because the movements I would have to use to do so cause me pain.

8. Attached to this Affidavit as Exhibit 1 is an accurate and recent photograph of me.

9. Pain causes me to sleep poorly on most nights, leaving me very fatigued during the day.

Wofford - Appeal 02/24/23 - 002

**Lincoln/Wofford 0197**

10. This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time to complete it.

_____
WAYNE WOFFORD

Sworn to and subscribed before me this 10th day of November, 2022.

_____
NOTARY PUBLIC
Notary/Bar No.: 21-5979-16
My Commission Expires Mar. 10, 2025

HEATHER MARIE FAIRCLOTH
NOTARY PUBLIC
STATE OF NEVADA
APPT No. 21-5979-16
MY APPT EXPIRES MARCH 10, 2025

Wofford - Appeal 02/24/23 - 003

**Lincoln/Wofford 0198**

PARISH/COUNTY OF _Lyon_
STATE OF _Nevada_

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

### JACOB WOFFORD

who after being duly sworn, did depose and state the following:

1. I am Wayne Wofford's son.

2. I observe him and converse with him regularly.

3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of his Affidavit is true and is consistent with my observations of him.

5. The above is true and based upon personal knowledge.

_____
JACOB WOFFORD

Sworn to and subscribed
before me this _15th_ day
of _February_, 20_23_.

_____
NOTARY PUBLIC
Notary/Bar No.: _14-15001-12_
My Commission Expires _10-01-2026_

ANDREA S. PETTAY
Notary Public - State of Nevada
Appointment No. 14-15001-12
My Appointment Expires 10-01-2026

Wofford - Appeal 02/24/23 - 004

**Lincoln/Wofford 0199**

PARISH/COUNTY OF  Lyon

STATE OF  Nevada

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### SUMMER LINDSEY

who after being duly sworn, did depose and state the following:

1.   I am Wayne Wofford's girlfriend.

2.   I observe him and converse with him regularly.

3.   I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.

4.   The entirety of his Affidavit is true and is consistent with my observations of him.

5.   The above is true and based upon personal knowledge.

SUMMER LINDSEY

Sworn to and subscribed
before me this  15  day
of February , 2023.

NOTARY/PUBLIC
Notary/Bar No.:  22-5870-12
My Commission Expires  September 9, 2026



JENNIFER LOKEY
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 22-5870-12 - Expires September 9, 2026

Wofford - Appeal 02/24/23 - 005

**Lincoln/Wofford 0200**

**NOTE**

RE:    Patient: Wayne Wofford
       Date of Birth:

To whom it may concern:

   This is to document that I am the above patient's treating physician, and as such, I am familiar with his overall medical condition and his medication regimen.

   I have reviewed the attached Affidavit of this patient. The statements that he makes in his Affidavit regarding his physical condition, pain components, limitations due to pain, and the effects of his pain and condition are credible, consistent with and expected given his overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

   His complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents him from working in any occupation, even sedentary.

   He has difficulty getting comfortable and has severe pain in his back.

   Due to his physical condition, it is not reasonable to expect him to sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force himself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate his condition and pain.

   Due to his pain, he will not function well mentally and will experience clouded thinking, slow reaction time and fatigue. Thus, he cannot reasonably be expected to accurately and adequately perform mental tasks.

   Other effects of his medical condition include disturbed sleeping patterns due to chronic pain and fatigue.

   His abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

   It is my opinion that he is disabled from any type of gainful employment.

   If any further information is needed on his behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

_____ _____
PHYSICIAN SIGNATURE              DATE

_____
PHYSICIAN PRINTED NAME

Wofford - Appeal 02/24/23 - 006

**Lincoln/Wofford 0201**

## PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: _Wayne Wofford_ S.S.#:_____

Physician's Name: _Kellie Donahue MD_   DOB

<u>IMPORTANT</u>:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work five days a week, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

**\*\*PLEASE ANSWER THE FOLLOWING QUESTIONS ASSUMING THAT YOUR PATIENT'S WORK DAY WOULD BE FOR NINE CONTINUOUS HOURS, INCLUDING A ONE HOUR LUNCH BREAK WHICH WOULD NOT PERMIT THE PATIENT TO LIE DOWN.**

I.     The patient can walk up to:

_____(1)__2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to walk?
_____neuropathy  foot drop   OA Left hip_____
_____OA lumbar spine_____
_____spn ar stenosis_____

II.    The patient can stand up to:

_____(1)__2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to stand?
_____foot drop Right   spinal stenosis_____
_____lumbar radiculopain   protrudance_____
_____weakness of Right_____

III.   The patient can sit up to:

_____(1)__2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to sit?
_____Neuropathic pain_____
_____

Wofford - Appeal 02/24/23 - 007

**Lincoln/Wofford 0202**

IV. The patient should not be expected to be present for more than ___3-6___ total hours per day of the nine hour work day described above on a sustained and regular basis in any combination of sitting, standing or walking.

V. Is the patient's medical condition expected to cause absences from work?

____✓____Yes

_____No

VI. If the above question is answered "Yes", please estimate the number of such absences per month. ___>3___

VII. In a given day, the patient can lift/carry:

**Occasionally** (meaning for as much as 1/3 of the day) a maximum of:

_____ less than 10 pounds  ∅ more than once daily
_____ 11-20 pounds
_____ 21-50 pounds
_____ over 50 pounds

**Frequently** (meaning for as much as 2/3 of the day) a maximum of:  None .
_____ less than 10 pounds
_____ 11-20 pounds
_____ 21-50 pounds
_____ over 50 pounds

What medical conditions limit the patient's ability to lift/carry?

R 500/540 cm/cm Left

neuropathy, muscle atrophy R quad (R) hamstrings foot drop (R) (L) radicular pain (R) leg OA (L) hip

Wofford - Appeal 02/24/23 - 008

VIII.     Can the patient use hands for repetitive:

Simple grasping and handling?          ✓ Yes          ____ No

Pushing and pulling?          ____ Yes          ✓ No

Fine manipulation and fingering?          ✓ Yes          ____ No

What medical conditions limit the patient's ability to use hands? _concern of transferring whole load to lumbar spine_

IX.     Can the patient use feet for repetitive movements as in operating foot controls?

____ ✓ Yes     _not sustained >30 min_

____ No

What medical conditions limit the patient's ability to use feet? _____
_foot drop_
_(L) hip arthritis_
_Radicular pain_

X.     The patient is able to:

| | Frequently | Occasionally | Never |
|---|---|---|---|
| Bend | | | ✓ Never |
| Kneel | | | ✓ Never |
| Squat | | | ✓ Never |
| Crawl | | | ✓ Never |
| Climb stairs | | ✓ Occasionally | Never |
| Climb ladders | | | ✓ Never |
| Reach above shoulder level | | ✓ Occasionally | Never |
| Work from heights | | | ✓ Never |
| Drive or operate machinery | | ✓ Occasionally | Never |

Wofford - Appeal 02/24/23 - 009

**Lincoln/Wofford 0204**

What medical conditions limit the patient's ability to engage in these activities?

*foot drop*
*(1) leg muscle atrophy & weakness*
*(2) hip arthritis*
*Radicular pain (R) leg*
*neuropathy*

XI.   Should the patient avoid engaging in any activity that causes severe pain?

_✓_ Yes

_____ No

<u>Additional Restrictions or Comments</u>:

_____     _12.30.22_
     Signature                              Date

Wofford - Appeal 02/24/23 - 010

Lincoln/Wofford 0205



# NEVADA
## HEALTH CENTERS

Wayne Wofford

6372

## PATIENT PLAN FOR 12/30/2022

Patient: **Wayne Wofford**
Date of Birth:
Date: 12/30/2022 11:00 AM
Visit Type: Office Visit
Rendering provider: Kellie M Donahue
Location: Sierra Nevada Health Center
Location phone number: (775)887-5140

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

**Future Appointment:**

**Patient Pharmacy:**
Primary Pharmacy
No Pharmacy On File

Wofford, Wayne    000000571463    12/30/2022 11:00 AM Page: 1/3

Wofford - Appeal 02/24/23 - 011

**Lincoln/Wofford 0206**

.Primary Care Provider: PCP, Sierra

TODAY'S VISIT
REASON(S) FOR VISIT
new patient.

**Completed Orders (This Visit)**

| Order | Side | Region | Interpretation | Result |
|---|---|---|---|---|
| Dietary management education, guidance, and counseling | | | | |

**Assessment/Plan**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Foot drop, right (M21.371). |
| 2. | Assessment | Neuropathic pain (M79.2). |
| 3. | Assessment | Lumbar radicular pain (M54.16). |
| 4. | Assessment | Health care maintenance (Z00.00). |
| 5. | Assessment | Colon cancer screening (Z12.11). |
| 6. | Assessment | Poor balance (R26.89). |
| 7. | Assessment | Prostate cancer screening (Z12.5). |
| 8. | Assessment | Urge incontinence (N39.41). |
| 9. | Assessment | Weakness of right hip (R29.898). |
| 10. | Assessment | Body mass index (BMI) 26.0-26.9, adult (Z68.26). |
| | Patient Plan | forms completed |
| | | f/up 3 months |
| | | requsting records from your surgeon |
| | | referrral to physical therapy and PMR. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling. |
| 11. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | 2022-2023 Influenza virus vaccine, injectable, quadrivalent Status: Administered. |

Wofford - Appeal 02/24/23 - 012

**Lincoln/Wofford 0207**

## VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI | Pulse Ox | BSA |
|---|---|---|---|---|---|---|---|---|---|
| 129/86 | 85 | 18 | 98.40 | 71.00 | 187.00 | | 26.08 | 96 | 2.06 |

## IMMUNIZATIONS ADMINISTERED THIS VISIT

| Immunization | Completed | Route | Site |
|---|---|---|---|
| 2022-2023 Influenza virus vaccine, injectable, quadrivalent | 12/30/2022 12:06:56 PM | Intramuscular | Left Deltoid |

## INSTRUCTIONS FOR PATIENT
Dietary management education, guidance, and counseling

## OTHER HEALTH INFORMATION

## ALLERGIES

| Medication Name | Ingredient | Reaction (Severity) | Comment |
|---|---|---|---|
| | PENICILLINS | Rash | |

## DEMOGRAPHICS
Sex: Male
Race: Declined to specify
Ethnicity: Declined to specify
Preferred Language: English

Sincerely,

## Provider
Donahue, Kellie M 12/30/2022 12:13 PM

Wofford, Wayne   000000571463          12/30/2022 11:00 AM Page: 3/3

Wofford - Appeal 02/24/23 - 013

**Lincoln/Wofford 0208**


# ▽ FILEVINE

## Fax Confirmation

**To:** (603) 422-0119         **From:** (225) 201-8313

**Doc:** Fax_Wofford - Ltr to Lincoln Re LTD Appeal - 02-24-23_2023-02-24-0927-PST.pdf      **Pages:** 21

**Sent:** February 24, 2023 9:27 AM PST      **Rec'd:** February 24, 2023 9:33 AM PST

**Lincoln/Wofford 0209**



**LAW OFFICES**
········· OF ·········
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

February 24, 2023

**SENT VIA CERTIFIED MAIL**
**AND FAX 603-422-0119**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Sherri Vance, Appeals Claims Specialist**
PO Box 2578
Omaha NE 68172-9688

> **Re:** **Claimant: Wayne Wofford**
> **Claim Number: 9007521**
> **Crosby Tugs, LLC**
> **Long Term Disability (LTD) Benefits**

Dear Ms. Vance,

    **I represent Wayne Wofford in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

    My client, Wayne Wofford, hereby appeals Lincoln's (alternatively called "the Plan" herein) May 25, 2022 termination or denial of his short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with his appeal for disability benefits, Claimant provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

    All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavits of Wayne Wofford (11/10/22 to 02/13/23) (001).
2. Affidavit of Jacob Wofford (02/15/23) (004).
3. Affidavit of Summer Lindsey (02/15/23) (005).
4. Dr. Kellie Donahue Note and Recommended Restrictions Form (12/30/22) (006).
5. Dr. Kellie Donahue Medical Records (12/30/22) (011).

**THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS**

    The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were

**Lincoln/Wofford 0210**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 2

intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

## STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

PAGE 2/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

**Lincoln/Wofford 0211**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 3

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.

>> FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to

PAGE 3/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

**Lincoln/Wofford 0212**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 4

> the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record.** *See, e.g., Wildbur,* **974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega,* at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.,* 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega,* stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services,* 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.,* 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.,* 966 F.2d 1011, 1014 (5th Cir.1992)).

>> FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega,* 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.,* 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.,* at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**Lincoln/Wofford 0213**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 5

## THE EVIDENCE IN THIS CASE OVERWHELMINGLY
## SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from his own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of his medical condition is corroborated many times over by his own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

**"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'"** *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, **"Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B-J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Finally, *Rekstad v. U.S. Ban 6 Corp*, 451 F.3d 1114 (10th Cir. 2006), *McDonald v. Western-Southern LifeInsur. Co.*, 347 F.3d 161 (6th Cir. 2003) and *DiPietro v. Prudential Insurance Company of America*, 2004 U.S. Dist. LEXIS 5004 (N.D. III. 3/26/2004) **all value third-party observations as evidence of disability**, such as those of the Claimant's wife and others close to him having relevant knowledge. But the Plan here disregarded it all, contrary to prevailing law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and <u>evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony.</u> The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, <u>but neither may an administrator</u>**

**Lincoln/Wofford 0214**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 6

**arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.,* 491 F.3d 246, 250 (5th Cir.2007)..[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn,* 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.,* at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.,* at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America,* 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette.* The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.,* 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.,* 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.,* 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

## BAD FAITH

In *Gaither v. Aetna Life Ins. Co.,* 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company,* 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).
[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund,* 609 F.3d 133, 139 (2d Cir. 2010).

**Lincoln/Wofford 0215**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 7

responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim. The authority just cited suggests that Aetna has the wrong model.

\*  \*  \*

While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood*, 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. *"Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.III. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.III. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

PAGE 7/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

**Lincoln/Wofford 0216**

Claimant: <u>Wayne Wofford</u>
Claim Number: 9007521
February 24, 2023 | 8

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

## COURT REVIEW

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

## <u>PAYMENT INSTRUCTIONS</u>

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Wofford 0217**

PARISH/COUNTY OF Lyon
STATE OF Nevada

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**WAYNE WOFFORD**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My date of birth is

3. I am currently single and my own sole financial support.

4. Prior to becoming disabled from working, my employer was Crosby Tugs, LLC since 2007 and my job title or position when I became disabled was Chief Engineer.

5. My last date of work for my employer upon becoming disabled was December 31, 2018.

6. As of my last date of work, my gross annual salary before taxes was $174,099.

7. I received long-term disability benefits in the amount of $7,850.00 from June 2019 to September 2021. Benefits were then terminated.

8. The United States Social Security Administration declared me totally disabled from any gainful employment, and I am currently under that status with the Social Security Administration.

9. This information is all true and based upon personal knowledge.



_____
WAYNE WOFFORD

State of Nevada
County of Lyon
Sworn to and subscribed
before me this 13 day
of February, 2023

_____
NOTARY PUBLIC
Notary/Bar No.: 22-6778-12
My Commission Expires 10-10-2026

Ambre Maehler
NOTARY PUBLIC
STATE OF NEVADA
Appl. No. 22-6778-12
My Appl. Expires October 10, 2026

Wofford - Appeal 02/24/23 - 001

PAGE 9/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

**Lincoln/Wofford 0218**

COUNTY OF _____

STATE OF NEVADA

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### WAYNE WOFFORD

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement.

3. My pain is severe. I can sit for no more than 1 to 2 hours in a day, needing to change positions constantly due to severe back pain. I can stand or walk for no more than 1 to 2 hours combined in a day because of severe pain. The remainder of the time I have to lie down from the pain, and must lie down several times per day.

4. For the 4 hours combined that I can sit, stand and walk, I have to alternate between sitting and standing to help ease the pain, but at any given time I could be hit with severe pain, be unable to move, and need to lie down to relieve pain.

5. I was told by Crosby Tugg that I am no longer allowed to work on a boat because I could become paralyzed if I fell from the constant movement of the boat.

6. If I exceed my limitations as described above, the pain can last from a few minutes to days at a time depending on the activity.

7. My girlfriend assists me with putting on my socks and shoes because the movements I would have to use to do so cause me pain.

8. Attached to this Affidavit as Exhibit 1 is an accurate and recent photograph of me.

9. Pain causes me to sleep poorly on most nights, leaving me very fatigued during the day.

Wofford - Appeal 02/24/23 - 002

**Lincoln/Wofford 0219**

10.  This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time to complete it.

_____
WAYNE WOFFORD

Sworn to and subscribed before me this 10th day of November, 2022.

_____
NOTARY PUBLIC
Notary/Bar No.: 21-5979-16
My Commission Expires Mar. 10, 2025

HEATHER MARIE FAIRCLOTH
NOTARY PUBLIC
STATE OF NEVADA
APPT No. 21-5979-16
MY APPT EXPIRES MARCH 10, 2025

Wofford - Appeal 02/24/23 - 003

**Lincoln/Wofford 0220**

PARISH/COUNTY OF _Lyon_

STATE OF _Nevada_

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### JACOB WOFFORD

who after being duly sworn, did depose and state the following:

1. I am Wayne Wofford's son.

2. I observe him and converse with him regularly.

3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of his Affidavit is true and is consistent with my observations of him.

5. The above is true and based upon personal knowledge.

_____
JACOB WOFFORD

Sworn to and subscribed
before me this _15th_ day
of _February_, 20_23_.

_____
NOTARY PUBLIC
Notary/Bar No.: _14-15001-12_
My Commission Expires _10-01-2026_

ANDREA S. PETTAY
Notary Public - State of Nevada
Appointment No. 14-15001-12
My Appointment Expires 10-01-2026

Wofford - Appeal 02/24/23 - 004

**Lincoln/Wofford 0221**

PARISH/COUNTY OF Lyon

STATE OF Nevada

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

### SUMMER LINDSEY

who after being duly sworn, did depose and state the following:

1. I am Wayne Wofford's girlfriend.

2. I observe him and converse with him regularly.

3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of his Affidavit is true and is consistent with my observations of him.

5. The above is true and based upon personal knowledge.

SUMMER LINDSEY

Sworn to and subscribed
before me this 15 day
of February, 2023.

NOTARY PUBLIC
Notary/Bar No.: 22-5870-12
My Commission Expires September 9, 2026



JENNIFER LOKEY
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 22-5870-12 - Expires September 9, 2026

Wofford - Appeal 02/24/23 - 005

**Lincoln/Wofford 0222**

**NOTE**

RE: Patient: Wayne Wofford
Date of Birth: 01/19/1961

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with his overall medical condition and his medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that he makes in his Affidavit regarding his physical condition, pain components, limitations due to pain, and the effects of his pain and condition are credible, consistent with and expected given his overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

His complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents him from working in any occupation, even sedentary.

He has difficulty getting comfortable and has severe pain in his back.

Due to his physical condition, it is not reasonable to expect him to sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force himself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate his condition and pain.

Due to his pain, he will not function well mentally and will experience clouded thinking, slow reaction time and fatigue. Thus, he cannot reasonably be expected to accurately and adequately perform mental tasks.

Other effects of his medical condition include disturbed sleeping patterns due to chronic pain and fatigue.

His abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that he is disabled from any type of gainful employment.

If any further information is needed on his behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

_____  12.30.22
PHYSICIAN SIGNATURE                 DATE

_____
PHYSICIAN PRINTED NAME
                        12.30.22

Wofford - Appeal 02/24/23 - 006

PAGE 14/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

**Lincoln/Wofford 0223**

## PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: _Wayne Wofford_ S.S.#: _____

Physician's Name: _Keille Donahue MD_     DOB

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work five days a week, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

**PLEASE ANSWER THE FOLLOWING QUESTIONS ASSUMING THAT YOUR PATIENT'S WORK DAY WOULD BE FOR NINE CONTINUOUS HOURS, INCLUDING A ONE HOUR LUNCH BREAK WHICH WOULD NOT PERMIT THE PATIENT TO LIE DOWN.**

I.    The patient can walk up to:

_____ (1) 2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to walk?
_Neuropathy, foot drop, OA Left hip_
_OA lumbar spine_
_spm al stenosis_

II.   The patient can stand up to:

_____ (1) 2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to stand?
_foot drop Right spinal stenosis_
_lumbar radicular pain, prominence_
_weakness R lt_

III.  The patient can sit up to:

_____ (1) 2___3___4___5___6___7___8___9 hours

What medical conditions limit the patient's ability to sit?
_Neuropathic pain_

Wofford - Appeal 02/24/23 - 007

PAGE 15/21 * RCVD AT 2/24/2023 12:27:41 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:6034220119 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):05-58

Lincoln/Wofford 0224

IV. The patient should not be expected to be present for more than _3-6_ total hours per day of the nine hour work day described above on a sustained and regular basis in any combination of sitting, standing or walking.

V. Is the patient's medical condition expected to cause absences from work?

_____✓ Yes

_____ No

VI. If the above question is answered "Yes", please estimate the number of such absences per month. _>3_

VII. In a given day, the patient can lift/carry:

**Occasionally** (meaning for as much as 1/3 of the day) a maximum of:

_____ less than 10 pounds  ∅ more than once daily
_____ 11-20 pounds
_____ 21-50 pounds
_____ over 50 pounds

**Frequently** (meaning for as much as 2/3 of the day) a maximum of: None.
_____ less than 10 pounds
_____ 11-20 pounds
_____ 21-50 pounds
_____ over 50 pounds

What medical conditions limit the patient's ability to lift/carry?
_neuropathy_
_muscle atrophy R quad (R) hamstring_
_foot drop_
_radicular pain (R) leg_
_OA (L) hip_

R 500/540 cm/min Left

Wofford - Appeal 02/24/23 - 008

VIII.    Can the patient use hands for repetitive:

Simple grasping and handling?        ✓ Yes        ____ No

Pushing and pulling?                 ____ Yes      ✓ No

Fine manipulation and fingering?     ✓ Yes         ____ No

What medical conditions limit the patient's ability to use hands? _concern of paresthesia/limb load to lumbal spine_

IX.    Can the patient use feet for repetitive movements as in operating foot controls?

✓ Yes    not sustained >30 min

____ No

What medical conditions limit the patient's ability to use feet? _foot drop_
_① hip arthritis_
_Radicular pain_

X.    The patient is able to:

| | | | |
|---|---|---|---|
| Bend | ____ Frequently | ____ Occasionally | ✓ Never |
| Kneel | ____ Frequently | ____ Occasionally | ✓ Never |
| Squat | ____ Frequently | ____ Occasionally | ✓ Never |
| Crawl | ____ Frequently | ____ Occasionally | ✓ Never |
| Climb stairs | ____ Frequently | ✓ Occasionally | ____ Never |
| Climb ladders | ____ Frequently | ____ Occasionally | ✓ Never |
| Reach above shoulder level | ____ Frequently | ✓ Occasionally | ____ Never |
| Work from heights | ____ Frequently | ____ Occasionally | ✓ Never |
| Drive or operate machinery | ____ Frequently | ✓ Occasionally | ____ Never |

Wofford - Appeal 02/24/23 - 009

**Lincoln/Wofford 0226**

What medical conditions limit the patient's ability to engage in these activities?

*[handwritten]* foot drop

① leg muscle atrophy & weakness

② h/o arthritis

Radicular pain Ⓡ leg

neuropathy

XI.   Should the patient avoid engaging in any activity that causes severe pain?

_✓_ Yes

_____ No

<u>Additional Restrictions or Comments:</u>

_____

*[signature]*
_____
Signature

12·30·22
_____
Date

Wofford - Appeal 02/24/23 - 010

Lincoln/Wofford 0227



Wayne Wofford
1358 Grassland

## PATIENT PLAN FOR 12/30/2022

Patient: **Wayne Wofford**

Date of Birth:

Date: 12/30/2022 11:00 AM

Visit Type: Office Visit

Rendering provider: Kellie M Donahue

Location: Sierra Nevada Health Center

Location phone number: (775)887-5140

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

**Future Appointment:**

**Patient Pharmacy:**
Primary Pharmacy
No Pharmacy On File

Wofford, Wayne    000000571463          12/30/2022 11:00 AM Page: 1/3

Wofford - Appeal 02/24/23 - 011

**Lincoln/Wofford 0228**

Primary Care Provider: PCP, Sierra

TODAY'S VISIT
REASON(S) FOR VISIT
new patient.

**Completed Orders (This Visit)**

| Order | Side | Region | Interpretation | Result |
|---|---|---|---|---|
| Dietary management education, guidance, and counseling | | | | |

**Assessment/Plan**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Foot drop, right (M21.371). |
| 2. | Assessment | Neuropathic pain (M79.2). |
| 3. | Assessment | Lumbar radicular pain (M54.16). |
| 4. | Assessment | Health care maintenance (Z00.00). |
| 5. | Assessment | Colon cancer screening (Z12.11). |
| 6. | Assessment | Poor balance (R26.89). |
| 7. | Assessment | Prostate cancer screening (Z12.5). |
| 8. | Assessment | Urge incontinence (N39.41). |
| 9. | Assessment | Weakness of right hip (R29.898). |
| 10. | Assessment | Body mass index (BMI) 26.0-26.9, adult (Z68.26). |
|  | Patient Plan | forms completed<br>f/up 3 months<br>requsting records from your surgeon<br>referrral to physical therapy and PMR. |
|  | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling. |
| 11. | Other Orders | Orders not associated to today's assessments: |
|  | Plan Orders | 2022-2023 Influenza virus vaccine, injectable, quadrivalent Status: Administered. |

Wofford, Wayne   000000571463          12/30/2022 11:00 AM Page: 2/3

Wofford - Appeal 02/24/23 - 012

**Lincoln/Wofford 0229**

## VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI | Pulse Ox | BSA |
|---|---|---|---|---|---|---|---|---|---|
| 129/86 | 85 | 18 | 98.40 | 71.00 | 187.00 | | 26.08 | 96 | 2.06 |

## IMMUNIZATIONS ADMINISTERED THIS VISIT

| Immunization | Completed | Route | Site |
|---|---|---|---|
| 2022-2023 Influenza virus vaccine, injectable, quadrivalent | 12/30/2022 12:06:56 PM | Intramuscular | Left Deltoid |

## INSTRUCTIONS FOR PATIENT
Dietary management education, guidance, and counseling

## OTHER HEALTH INFORMATION

## ALLERGIES

| Medication Name | Ingredient | Reaction (Severity) | Comment |
|---|---|---|---|
| | PENICILLINS | Rash | |

## DEMOGRAPHICS
Sex: Male
Race: Declined to specify
Ethnicity: Declined to specify
Preferred Language: English

Sincerely,

## Provider
Donahue, Kellie M 12/30/2022 12:13 PM

Wofford, Wayne   000000571463         12/30/2022 11:00 AM Page: 3/3

Wofford - Appeal 02/24/23 - 013

# Jonathon Markovitz M.D.

May 29, 2020

## Education

| | | |
|---|---|---|
| Residency: | University of Iowa Hospitals and Clinics | 07/1982-07/1985 |

Neurology Residency

| | | |
|---|---|---|
| Internship: | Tucson Hospitals Medical Education Program | 07/1981-07/1989 |

A Flexible Residency

| | | |
|---|---|---|
| Medical School: | University of Arizona | 08/1977-05/1981 |

Degree: M.D

| | | |
|---|---|---|
| College: | Claremont's Men's College | 08/1973-06/1977 |

Degree: BA in Biology Cum Laude

## Professional Work Experience

HonorHealth Neurology                                  08/2019 to present

Phoenix Neurological Associates                    08/2016 to 08/2019
General Adult Neurologist

Liberty Mutual Insurance / Lincoln Financial Group     07/2016 to present
Independent Neurology Consultant

Cigna Healthcare of Arizona                            07/1985-07/9016
General Adult Neurologist
Section Head, Department of Neurology                  07/1987-07/2016

- Recruited and lead the Neurology Department of Cigna Medical Group
- Member of the Tenure Committee
- Chairman of the plan wide medical records committee
- Member of the Cigna plan wide quality assurance committee

## Teaching Experience

Banner Good Samaritan Hospital, Family Practice Residency     05/1985-07/2017
Neurology rotation teacher

## Licensure

Diplomate of the National Board of Medical Examiners #350980     07/1982-present



## JORDAN KLEIN, MD

## Contact

 **Address**
2306 Forest Lane
Harrisburg, PA 17112

 **Mobile**
717-712-3617

**Email**
JordanKlein@pmedicalrehab.com

## Post Graduate Training

University of Miami, Physical Medicine & Rehabilitation:
2013-Present

Miami, Florida

Pinnacle Health, Internal Medicine Internship: 2012-2013

Harrisburg, Pennsylvania

## Professional Affiliations

- PA Medical Society
- AAPMR

## Accomplishments

- Electronic Health Records: CERNER,
- CPRS, EPIC
  National Registry of Certified
- Medical
- Examiners BLS
  Fluent in English, Spanish

- 2017 Phsysician of the Year nomination- Geisinger Holy Spirit

# EDUCATION

Sackler School of Medicine | Tel Aviv, Israel     2008 – 2012
Doctor of Medicine, May 2012
Honors, Internal Medicine Clerkship

Emory University| Atlanta, GA     2003 – 2007
Bachelor of Arts, Chemistry
Dean's List

# RECENT WORK/RESEARCH

My Home Doctor     2014 – 2016
- Concierge physician delivering personalized medical care to South Florida patients

International Research Experience in the Sciences     2007
- One of four students chosen to receive a grant to do research in an international lab

Poster Presentations
- Klein J, Navarro P, Ference T. Multiple Sclerosis Masquerading as Chronic Low Back Pain: A Case Report. AAPM&R Annual Assembly San Diego, California November 13-16,
- 2014.
  Klein J, Esposito A, Ference T. Unusual Presentation of Amyotrophic Lateral Sclerosis (ALS) in a Patient with History of Post-Poliomyelitis Syndrome: A Case Report. AAPM&R
- Annual Assembly San Diego, California November 13-16, 2014.
  Klein J, Gober J, Ference T. Hybrid crutch/walker for Mobility of a Patient with Severe Juvenile Rheumatoid Arthritis: A Case Report. AAPM&R Annual Assembly San
- Diego, California November 13-16, 2014.
  Schnitzer, O, Klein, J and Ference, T. Serotonin Syndrome Masked By Fibromyalgia: A

# LEADERSHIP/ VOLUNTEER EXPERIENCE

Medical Director- University of Pittsburgh Medical Center Carlisle Rehab     2019- Present

Associate Medical Director- Encompass Health of Mechanicsburg     2019- Present

Medical Marijuana Physician Work Group- Representative for the State of Pennsylvania     2019- Present

Opioid Disaster Declaration- State of Pennsylvania, first physician to present on opioid management with medical marijuana, October 18, 2019     2019

Central PA IDAY- Presenter discussing work considerations with Marijuana Thursday May 9, 2019     2019

Big Brother Big Sister     2001 – 2016
- Make weekly visits to elementary schools in order to build a positive relationship with the students
- Founded chapters in Harrisburg and continued to volunteer in Atlanta and Miami

Students for Organ Donation     2005 – 2009
- Educate the public about organ donation through various events: Started Tel Aviv University wide bone marrow drive and Organ Donor Awareness Week

Save a Child's Heart : (www.saveachildsheart.org)     2008 – 2012
- Volunteer and help raise money for an organization which houses and pays for underprivileged children from all over the world to undergo heart surgery free of charge

Josh Klein Bikkur Cholim: (www.joshkleinbcs.org)     2001 – Present
- Visit patients in the hospital dressed as Jinx the clown

Steve & Barry's     2007 – 2008
- Real Estate Executive for Pennsylvania and New Jersey; new store

**Lincoln/Wofford 0232**

# MOSHE LEWIS

*MD|MBA|MPH*
*FOUNDER AND CEO OF GOLDEN GATE INSTITUTE FOR INTEGRATIVE MEDICINE*
*12+ YEARS AS A SUCCESSFUL BAY AREA PHYSICIAN*
*ACCOMPLISHED AUTHOR, PHYSICIAN & MOTIVATIONAL SPEAKER*

## OCCUPATIONAL EXPERIENCE
### CEO, GOLDEN GATE INSTITUTE FOR INTEGRATIVE MEDICINE

*Chief, Physical Medicine + Rehab, Sports Medicine California Pacific Medical Center Department of Orthopedics, San Francisco, CA:*
*2/2006 to Present*
- *Performed requested consultations and evaluations on the skilled nursing floor and inpatient rehabilitation unit.*
- *Coordinated care for timely discharge and timely return to work where clinically indicated to decrease length of stay.*
- *Pioneered accredited seminars and systematic team conferences.*
- *Annual Credentialing of Providers, attending Medical Staff meetings, implemented Quality initiatives to minimize Osteoporosis, Falls, Pressure Ulcers and Polypharmacy.*
- *Financial review of clinical productivity, expenses, and budgets.*
- *Completed out-patient evaluations, injections and treatment plans.*

*Sports Medicine Physician – California Pacific Medical Center, San Francisco, CA: 7/5/2005 to 2/2006*

*Telemedicine Provider and Consultant 3/2008 to present*
- *Worked with start up to nationally recognized leaders in the field of telemedicine to decrease delays in access to care from rural Georgia to Colorado including global US travelers to China, Europe and Australia*

*Medical Director, Triad Healthcare 1/2012 to 3/2014*
- *Case Management for provider utilization of services to minimize excessive expenditures in imaging and interventional procedures*
- *Increased company profitability and protocols for lucrative sale to MedSolutions and then to Evicor*

*Pain Management Specialist, Spine Care Medical, Daly City, CA:*
*4/2007 to 6/2012.*
- *Excelled in pain management services for injured workers, improving paperwork flow and decreasing administrative costs by improving return to work rates*
- *Provided electromyography and non-operative pain management for sports injuries and musculoskeletal pain.*
- *Implemented treatment, detoxification and rehabilitation of orthopedic injuries and numerous chronic pain and neurological disorders.*

**Lincoln/Wofford 0233**

*Resident Physician, Tufts Medical Center, Boston, MA:*
*7/1/2002 to 6/30/2005*
- *Served as Chief Resident.*
- *Intensive residency training with primary interests in physiatry also known as physical medicine and rehabilitation.*
- *Assisted patients w/ examination, follow-ups, diagnostics, prescription management, etc.*

*VP of Operations, NASA Patient Safety Initiative, Mountain View, CA:*
*5/2001 to 9/2001.*
- *Spearheaded an interagency project between NASA and the Veterans Heath Administration to transfer shared learning from aviation safety to hospital risk management.*
- *Introduced patient safety initiatives into 152 VA hospitals throughout the United States*
- *Developed lecture series, e-risk assessments and facility training schedules to maximize patient safety.*

*Director of Risk Management, Kaiser Permanente East Bay, Oakland, CA:*
*1/1999 to 1/2001*
- *Matured the risk management department to coincide with the corporate medico-legal division.*
- *Evaluated confidential medical incidents cited within Kaiser's largest East Bay facility to minimize liability payments*
- *Revised hospital policies and procedures to reflect changes in federal healthcare legislation including OSHA, NCQA and JCAHO.*
- *Engineered a lecture series on incident reports for 1200 trainees of patient safety and risk reduction.*
- *Provided risk management consultation to private and non-profit organizations including College of Emergency Physicians.*

*Interim Manager of Quality Outcomes, Kaiser Permanente East Bay, Oakland, CA*
*7/1998 to 12/1998.*
- *Accountable for the overall function of the Quality Outcomes sector*
- *Enhanced the utilization review process and infection control.*
- *Conducted monthly audits of peer review and made quarterly reports to Medical Executive Committee.*

## EDUCATION, TRAINING, AND CERTIFICATIONS
*Education + Training.*
- *Chief Resident, Department of Physical Medicine, Tufts New England Medical Center: 2004-2005.*
- *Resident, Department of Physical Medicine, Tufts New England Medical Center: 2002 to 2004.*
- *Master of Business Administration, Finance, University of Phoenix: 1999 to 2001.*
- *Post Graduate Year in Otolaryngology, King-Drew Medical Center, Los Angeles: 1997 to 1998.*

**Lincoln/Wofford 0234**

- *Surgery Internship Training Program, Mount Sinai-NYU Hospital, New York: 1996 to 1997.*
- *Doctor of Medicine, Mount Sinai School of Medicine: 1992 to 1996.*
- *Master of Public Health, New York University: 1990 to 1992.*
- *Post- Baccauleareate Studies, Harvard Univeristy: Summer 1990*
- *Bachelor of Science, Cornell University, Biology + Society Major: 1986 to 1990.*

*Certifications.*
- *CA Medical License: Valid through June 2018.*
- *CA DEA License: Valid through March 2020.*
- *American Board of Physical Medicine and Rehabilitation Certification: Valid through December 2026.*
- *Qualified Medical Examiner: Valid through December 2018.*
- *Expert Reviewer, Medical Board of California: 2009 to 2012.*
- *Basic Cardiac Life Support: Valid through January 2018.*

## *ADVISORY BOARD MEMBER EXPERIENCE*
- *Ameritox: (Strategic Planning Meetings and Promotional Seminars)*
- *Mitsui Chemicals , Kyoto, Japan*
- *Voiceplate, Los Angeles, CAlifornia*
- *HealthTap (Founding Member), Palo Alto, California*
- *Pfizer (Speaker Bureau)*
- *Genentech (Consultant)*
- *Corax Cyber Security*
- *The Doctors Company, Napa California*
- *American Bone Health, Oakland, California*

## *SPECIAL RECOGNITIONS*
- *Founding Knowledge Editor Award, 2016.*
- *101 Fluential Men of the Bay Area: 2007.*
- *Teacher of the Year Award: 2005.*
- *National Medical Fellowships: 1996.*

## *PRESENTATION + MEDIA EXPERIENCE*
- *Over 1000 hours of formal lecturing at countless hospital organizations across the United States.*
- *Functional topics included telemedicine, medical errors, new advances in pain management.*
- *Group setting keynotes in medico-legal strategies, toxicology screening and fibromyalgia.*
- *Presented on multiple sclerosis (grand rounds), nutrition, arthritis, and osteoporosis.*
- *Consecutive appearances on numerous TV and radio outlets such as KRON, KTVU, ABC-TV, + KCBS*

## *RESEARCH EXPERIENCE*
- *Intrathecal Baclofen Pump Safety Trial (Prometra): 2014 to 2015.*

**Lincoln/Wofford 0235**

- *Compounding Medication Trial for Pain Efficacy with Ketamine (PEAK): 2011 to 2012.*
- *National Institutes of Neurological Disorders and Stroke Chronic Migraine Treatment Trial: 2009 to 2010.*
- *National Institutes of Neurological Disorders and Stroke Genetics Repository Study: 2008 to 2009.*
- *Phase IV Study: Hyaluronic Acid Injection for Shoulder Arthritis: 2007 to 2009.*
- *Prospective Measurement of Pulsed Electrical Stimulation in Treatment of Knee Osteoarthritis: 2005 to 2007.*
- *Bone Morphogenic Protein Analysis in Patients following Cervical Fusion: 2005 to 2006.*
- *Management of Pressure Ulcers in the Spinal Cord Injury Patient utilizing Telemedicine: 2003 to 2004.*
- *Medical Errors in Healthcare: Perceptions of Attending Physicians, Residents and Nurses: 1999 to 2000.*
- *A Comparison the HIV Viral Load in Patients Treated with Saquinavir Alone and in Combination with Ketoconazole: 1997 to 1998.*
- *Prospective Measurement of Immunoglobulins and IgG Subclasses in a General Medical Clinic and an Allergy/asthma Clinic in East Harlem: 1995 to1996.*
- *Surgical Resection Margins, Histological Tumor Grade and Subtype, and Treatment Modality were Reexamined with Regard to Effect on Outcome of Osteosarcoma of the Jaw: 1995 to 1996.*
- *Evaluation of a Generalizable Model for Improving Recognition of Previously Completed Advance Directives and for Promoting Appointment of Health Care Proxies in Hospitalized Patients: 1994 to 1995.*
- *3-D CT Imaging of the Aorta after Type A Dissection Repair: 1992 to 1993.*

## PUBLICATIONS

- *Lewis M, Ali N. Understanding Pain: An Introduction for Patients and Caregivers. Lanham, MD: Rowman + Littlefield; 2015. Print book.*
- *Lewis M, Naraghi F, Wolfer L. "BMP-2 Dose Correlates with Increased Postoperative Edema and Swallowing Complications after Cervical Fusion." Spine. 2006. 6(5S): 7(S).*
- *Lewis M, Miyashiro M. "Immunoglobulin and IgG Subclass Levels." Mt Sinai J Med 1998. 65(2): 139-145.*
- *Lewis M, Perl A, Som PM. "Osteogenic Sarcoma of the Jaw". Arch Oto HNS 1997.123(2):169-174.*
- *Lewis M, Meier D, Fuss BR, et al. "Marked Improvement in the completion of Health Care Proxies." Arch Intern Med 1996.156(11): 1227-1232.*
- *Ergin, MA, et al. "Significance of distal false lumen after type A dissection repair." Ann Thorac Surg. 1994 Apr, 57(4):8204;discussion 825.*
- *Lewis M. "Hip pain is no longer restricted to elderly." San Francisco Chronicle. March 2015. Web article.*
- *Lewis M. "Cold winters can be perilous to your regular workout routine." San Francisco Chronicle. January 2015. Web article.*
- *Lewis M. "Celebrity life can take toll on mental, physical health." San Francisco Chronicle. August 2014. Web article.*

**Lincoln/Wofford 0236**

- *Lewis M. "Weekend-only workouts bring set of risks." San Francisco Chronicle. July 2013. Web article.*
- *Lewis M. "Steps can be taken to ease back pain linked to aging." San Francisco Chronicle. July 2013. Web article.*
- *Lewis M. "Chronic pain calls for custom treatment." San Francisco Chronicle. May 2013. Web article.*

## *AFFILIATIONS*

- *California Society of PMR, CME Planning Committee 2014 Present*
- *Executive Advisory Board for the Center for Healthcare Research: 2015 to Present.*
- *Physicians Advisory Board, The Doctors Company: 2012-2015.*
- *Volunteer Clinical Faculty Alumni, University of California: 2009 to Present.*
- *Member, North American Spine Society: 2009 to 2012.*
- *Member, American Association of Neurology and Electrodiagnostic Medicine: 2007 to 2010.*
- *Member, American Society of Addiction Medicine, 2017 to present*
- *Diplomat: American Board of Physical Medicine and Rehabilitation: 2006 to Present.*
- *Adjunct Professor: Touro University College of Osteopathic Medicine: 2009 to Present.*
- *Adjunct Professor: Des Moines University 2016 to Present*
- *Externship Sponsor: Cornell University: 1990 to Present*

## *ACTIVE MEDICAL LICENSES*

*California, Colorado, Illinois, Ohio, Texas, Connecticut, Georgia and Florida*

**Lincoln/Wofford 0237**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: August 4, 2022 | |
| To: | J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE. 2B<br>BATON ROUGE LA 70809 |
| Attn: | J. Price McNamara |
| Fax: | (225) 201-8313 |
| From: | Sherri Vance<br>Claims Specialist, Appeals<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0238**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

August 4, 2022

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE, LA 70809

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

We are writing to acknowledge our receipt of your correspondence dated August 1, 2022.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to support@jpricemcnamara.com:

- A complete copy of our claim files
- A copy of the Crosby Tugs, LLC's Group Disability LTD Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

As requested, a full and complete copy of Mr. Wofford's disability claim file will be sent under a separate cover.  Included in the file copy will be a copy of the Crosby Tugs, LLC's Policy applicable to her Long Term Disability (LTD) claim.  This documentation constitutes all information that was received and reviewed in our evaluation of Mr. Wofford's claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence; all emails; correspondence of every kind relating to the claim; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; documentation of any payments made by

**Lincoln/Wofford 0239**

Lincoln National Life Insurance Company (Lincoln); medical reports and/or record reviews completed by or at the request of Lincoln National Life Insurance Company (Lincoln); copies of curriculum vitaes for any reviewing physicians; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file.

Your request for copies of other Plan documents such as the Summary Plan Description, plan instruments, etc., must be properly directed by you to the Plan Administrator. Please contact Crosby Tugs, LLC directly to obtain copies of any Summary Plan Descriptions and documents.

Kindly note, Mr. Wofford's claim was denied on October 1, 2021 and he was advised of his right to appeal the decision under the Employee Retirement Income Security Act (ERISA) guidelines. Mr. Wofford appealed the denial decision in a letter received by our office on February 28, 2022.

Our office conducted a full and fair review of the appeal, and a determination was rendered on May 25, 2022 (included in the copy of his claim file) to uphold the denial of LTD benefits.

In the May 25, 2022 letter, Mr. Wofford was provided with specific details regarding the determination to deny benefits, the medical reviews conducted on his file, the appeal uphold determination, and applicable policy language (including the Legal Proceedings language).

The appeal determination letter stated:

> *The Crosby Tugs, Incorporated's Long Term Disability Policy contains the below provision:*
>
> ***Legal Proceedings***
> *A claimant or the claimant's authorized representative cannot start any legal action:*
> *1. until 60 days after Proof of claim has been given; or*
> *2. more than one year after the time Proof of claim is required.*
>
> *If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is June 23, 2023.*

Mr. Wofford was afforded an opportunity to appeal the denial of his LTD claim and to submit additional documentation to support his claim. Lincoln has reviewed this appeal and rendered our final determination on Mr. Wofford's claim. Mr. Wofford has exhausted his administrative remedies under ERISA. Therefore, your request to withdraw the appeal and to submit an appeal at a later date is declined. Mr. Wofford has already exhausted is administrative remedies under ERISA and his claim remains closed, and no further action will be taken by Lincoln.

**Lincoln/Wofford 0240**

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0401

**Lincoln/Wofford 0241**



## LAW OFFICES
#### OF
## J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

August 01, 2022

SENT VIA CERTIFIED MAIL
& FAX 603-334-0401

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Sherri Vance, Claims Specialist, Appeals**
PO Box 2578
Omaha NE 68172-9688

> Re: Claimant: Wayne Wofford
> Long Term Disability (LTD) Benefits
> Crosby Tugs, LLC
> Claim #: 9007521

### APPEAL WITHDRAW AND REQUEST FOR COPY OF
### ADMINISTRATIVE RECORD AND ALL RELEVANT PLAN DOCUMENTS

Dear Ms. Vance,

**My client, Wayne Wofford, hereby temporarily withdraws our administrative appeal for denial of long-term, short-term, and/or waiver of premium benefits. Additional information will be provided within the legal deadline established under the current COVID extension guidelines**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, and any and all policies of insurance covering the plan.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

**Lincoln/Wofford 0242**

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.  Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5.  A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**Law Offices of J. Price McNamara**

JPM/cec
Enclosure

Lincoln/Wofford 0243

**U.S. Department of Labor**    Employee Benefits Security Administration
Washington, D.C. 20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Wofford 0244**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

**Lincoln/Wofford 0245**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

**Lincoln/Wofford 0246**

# OVERPAYMENT REFERRAL (Collection Agency and Closed File Administration)

**Instructions:** **Written approval from the ASO customer is required prior to referral completion. All overpayments and all applicable claim note(s) must be entered into SystemOne prior to submitting this referral.**

**Referral Type:**

- [✓] **Collection Agency**
- [✓] **Closed Claim (Operations Analysis)**

**The ASO customer must know that a Collection Agency recovery fee of 25 - 30% of the total overpayment collected will be incurred by the ASO customer.**

**All closed claims with outstanding WC or Subrogation liens should be referred to the Subrogation Unit.**

| | |
|---|---|
| Today's Date: | **6/10/2022** |
| Case Managers Name | **Katrina Charleston** |
| Office #: | **0096** |
| Phone: | **(888) 437-7611** |
| Extension: | **16657** |

Claim Number(s): **9007521**

Reason(s) For Overpayment:
- [✓] Social Security
- [ ] Pension
- [ ] RTW
- [ ] Partial Disability
- [ ] Stat Benefits
- [ ] WC

**Document Location**
- [✓] Document List
- [✓] Correspondence
- [ ] Paper File

| | |
|---|---|
| Total SystemOne Overpayment Due Amount: | **$67,344.00** |
| Total ASO or RBO Takeover Overpayment: | |
| **Less Attorney Fees** | **$0.00** |
| Total Overpayment to be Collected: | **$67,344.00** |
| Date Overpayment Incurred: | **3/28/2022** |
| Date Overpayment Communication Sent to Claimant — Letter 1: | **3/28/2022** |
| Letter 2: | **4/25/2022** |
| Future Benefit Reduction Recovery Amount (if any): | |

Weekly [ ]  Bi-weekly [ ]  Monthly [✓]

| | |
|---|---|
| Date of next payment: | **N/A** |
| Date of last claimant phone contact (or attempt): | **6/6/2022** |
| Claim Closure Date (if applicable): | **10/1/2021** |
| Claim Closure Reason (if applicable): | **NOAO** |
| Is Claim Closure in Appeal? (if applicable): | [ ] Yes  [✓] No |

**DEBTOR**

| | |
|---|---|
| Claimant Name: | **WAYNE WOFFORD** |
| Claimant Social Security Number: | |
| Claimant Telephone Number: | |
| Claimant Address: Street 1 | |
| Street 2 | |
| City, St, Zip | |

| | |
|---|---|
| Customer Name: | **CROSBY TUGS, LLC** |
| Product Type (STAT, STD, LTD): | **LTD** |
| Funding Type (ASO w/checks or Fully Insured: | **FI** |

***Comments (if any)*** **Overpayment balance: $67344.00**

---

*For Operations Analysis Use Only*

| | |
|---|---|
| *Collection Agency Assigned:* | *Record #* |
| *Date of Referral:* | *File Recommendation/Notes:* |
| *Referred by:* | |
| *Date of Closure:* | |

DIS OPS ANAL-OP MGT 1 (7/99)

**Lincoln/Wofford 0247**

**From:** submit@reliablers.com
**Sent:** Fri, 29 Apr 2022 09:03:51 -0400
**To:** VendorReferrals
**Cc:** Vance, Sherri R.
**Subject:** RRS - ATTN: Sherri Vance RRS#75524 Claim #9007521 (Client Notification)
**Attachments:** Invoice_75524-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The invoice for claim #9007521 / RRS #75524,  is attached.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com✉ or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone:  561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Wofford 0257**



# INVOICE

**Reliable Review Services**

**Invoice Number: 75524-1**

**4/28/2022 2:45 PM CDT**

Claimant: Wayne Wofford
Client Claim#: 9007521
RRS Claim#: 75524-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 2.75 | 210 | $0.00 | 0 | 577.50 |
| | | | **Total Due:** | **$577.50** | |

**Reviewer Details**

**Reviewer**

Moshe Lewis  - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:**  26-1114252

**Lincoln/Wofford 0258**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD


**Lincoln/Wofford 0259**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 30, 2022

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Crosby Tugs, Incorporated's Group Disability Policy.  We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim.  The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached the independent Board Certified physician's review, which is new or additional evidence in connection with your appeal.  You may review these and provide a response to us, which we will consider in making our decision on your appeal.  If we do not receive your response within 21 days of the date of this letter or May 20, 2022, we will proceed with making a determination on your appeal.

Submit your response to:

Lincoln National Life Insurance Company (Lincoln)
Attn: Group Benefits Disability Claims/Sherri Vance
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax No.: (603) 422-7909
E-mail Disabilitydocuments@LFG.com

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by May 20, 2022, we will render a determination based on the information contained in your file.

**Lincoln/Wofford 0260**

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

Attachments: 9007521-MEDICAL-CP/PEER REVIEW-04.28.2022

**Lincoln/Wofford 0261**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**



Reliable Review Services

# Fax:

**To:** Dr. Michael Song

**Fax:** 775-323-6118

**Re:** Wayne Wofford

**From:** Reliable RS

**Date:** April 28, 2022

**RRS ID:** 75524

pg. 1

**Lincoln/Wofford 0262**



Reliable Review Services

Please remit response to:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Date: April 28, 2022
Dr. Michael Song
Fax: 775-323-6118

Re: Wayne Wofford   DOB:
Claim #: 9007521
RRS Case#: 75524

Dear Dr. Michael Song,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Wayne Wofford's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

Sincerely,

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Wayne Wofford's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (5/12/2022).

Claimant Name: Wayne Wofford                                                                 RRS ID: 75524

**Lincoln/Wofford 0263**



Print:  _____
      Dr. Michael Song


Sign:  _____      Date:_____
      Dr. Michael Song

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**



Date:             4/28/2022
To:               Sherri Vance
                  LINCOLN FINANCIAL GROUP
Re:               RRS ID: 75524

Claimant:         Wayne Wofford
Claim #:          9007521
Line of Business: Disability
Review Type:      LTD
Review Level:     Initial

### Physical Medicine & Rehabilitation Advisory Report

### Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The office visit note by Michael Song, MD dated 02/04/21 notes the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling/weakness. He had previously seen Dr. Mendaza and was told that there is nothing that can be done to help his pain and symptoms and therefore, he is considering transfer of care. The claimant states that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirigin 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen orthopedics for his left hip recently. He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that lying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on the bike. On examination, tandem gait is steady. Unable to walk

**Lincoln/Wofford 0265**


Reliable Review Services

on heels without difficulty. Able to walk on toes without difficulty. Iliac crest heights appear grossly symmetrical on standing. There is no midline spine and paraspinal tenderness. The left psoas, quadriceps, and gastrocnemius is 4/5, the left tibialis anterior is 4-/5 and extensor hallucis longus (EHL) on the left is 4-/5.The right is overall 5/5. No foot drop. Sensation intact to light touch sharp L2-S1 bilaterally diminished in the left L4. Positive FABER test. Electromyogram (EMG) results revealed that the findings are consistent with acute on chronic left L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation. MRI of the lumbar spine dated 11/05/20 showed redemonstration of multilevel spondylosis from L1-2 through L5-S1. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a new small extruded disc component projecting laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral access. This is in close proximity to the left L4 root proximal to exiting foramen and may have some contribution to the claimant's reported symptoms. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left L3-4 abutting the far lateral foraminal segment of the left L3 root. No other significant stenosis or left-sided neural impingement is demonstrated. X-ray of the lumbar spine dated 11/04/20 showed mild lumbar spondylosis, no acute lumbar spine compression fractures and no instability. He is assessed with lumbar disc displacement, lumbar disc degeneration, lumbar radiculopathy, spinal stenosis and left foot drop. The patient has left leg sciatica and left foot drop and left L4-5 disc herniation with rostral extrusion and an EMG that shows acute on chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4-5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral transpedicular decompression.

The Operative Note by Michael Song, MD dated 02/24/21 notes the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. The preoperative and postoperative diagnosis was left L4-5 stenosis with rostral disc herniation up against the L4 pedicle. The left L4 and left L5 nerve roots were perfectly decompressed. Perfect hemostasis was achieved and neuromonitoring signals were stable.

The office visit note by Michael Callahan, PA dated 03/11/21 noted the claimant presents for a 2 week post-operative visit. On examination, gait is tandem and stable. Incision looks great and heals well. The motor strength is bilaterally overall 5/5. The deep tendon reflexes (DTR) are 2+. The claimant is assessed with lumbar disc degeneration, lumbar radiculopathy, spinal stenosis of the lumbar region, lumbar disc displacement, left foot drop, and post procedural pain. Overall the claimant is doing much better. He still has weakness in the left foot. However, it is much better than prior visits. He went from 4-- to 4++. Recommending confirming the home exercise program (HEP) and it is not recommended that he use a brace.

The office visit note by Michael Song, MD dated 04/29/21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

**Lincoln/Wofford 0266**



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

Clinical Review Memo by Jonathon Markovitz, MD dated 09/18/21 stated the prior report dated 05/31/21 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On 08/30/21 there is a note from Dr. Michael Song, the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of 08/30/21. The initial consultation from Dr. Song dated 02/04/21 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The patient underwent February 24, 2021 left L4-5 discectomy and decompression surgery. As of 04/29/21 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well post his surgery. As of Dr. Song's note dated 05/31/21 the claimant was reported to be doing well post surgery. The medical records available for review failed to support ongoing neurological impairment leading to restrictions and limitations after 08/30/21.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing/walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and may lift up to 10 lbs. and no bending and twisting. The claimant has leg weakness and a bad back. This form notes the claimant was last treated on 04/29/21.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 4/20/2022 12:30 PM PDT | Jollie, office staff | See discussion below. |

## Discussion Summary:

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

## Questions and Reviewer's Response

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)

Lincoln/Wofford 0267


Reliable Review Services

The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

2. Please provide a review of the medical findings. Please state your findings upon review of the medical information.

The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/30/2021 and forward.

a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

From a physical medicine and rehabilitations perspective, from 9/30/2021 and forward there are no outlined functional limitations and/or medically appropriate restrictions.

There are no updated examination records available for review from 9/30/2021 and forward. The last available physical examination was dated 04/29/21. At that visit the claimant was 2 months post-op. In the restrictions form completed by Dr. Song on 04/05/22, it was noted this was the last time the claimant was treated. Per my discussion with Dr. Songs' office the claimant was not seen during the period under review.

4. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

Lincoln/Wofford 0268



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

5. Please contact the attending physician to clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is: • Name: Dr. Michael Song • Phone Number: 775- 323-6100 • Fax Number: 775-323-6118

Please see provider contact above.

## Assessment/Rationale

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The claimant reported that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over.

On 02/24/21 the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. His post-operative visits were unremarkable. The last office visits note provided for review on 21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

**Lincoln/Wofford 0269**



A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470

**Lincoln/Wofford 0270**



Reliable Review Services

TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/18/2022 | Peer Review | Client |
| 06/07/2019 | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019, 07/06/2021 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 10/01/2020 | Authorization For Release Of Medical Records | Claimant |
| Undated | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019 | Claimant Information Form | Claimant |
| Undated | Training - Education Experience Form ( TEE) | Not Signed |
| 06/07/2019 | Information Form | Claimant |
| 06/07/2019, 10/15/2020 | Activities Questionnaire | Claimant |
| 07/06/2021 | Claimant Information Form | Claimant |
| Undated | Claimant Information Form | Not Signed |
| Undated | Training - Education Experience Form ( TEE) | Claimant |
| 04/03/2019 | Corespondence | Christopher Cenac, MD., FACS |
| 08/17/2011 | Job Description | Employer |
| 10/03/2019 | Nursing Memorandum | Client |
| 02/03/2021 | Peer Review | Jordan Klein, MD |
| 02/03/2021 | Correspondence | Exam Coordinators Network |
| 05/31/2021 | ICP Memo | Jonathon Markovitz, MD |
| 09/18/2021 | Clinical Review Memo | Jonathon Markovitz, MD |
| 11/06/2020, 02/23/2021, | Progress Notes | Alyssa Nishihira, PA -C |
| 11/04/2020 | CR XR Lumbar Spine 4 Or More Views | Earl Jay Landrito |
| 11/04/2020 | MR MRI I Spine WO IV Cont | Change Health Care |
| 04/05/2022 | Restrictions Form | Michael Song , MD |
| 02/04/2021, 04/29/2021 | Progress Note | Michael Song, MD |
| 03/11/2021 | Progress Notes | Michael Callahan, PA |
| 02/03/2021 | New Patient EMG Note | Bruce Mullen , MD |
| 02/03/2021 | Electrodiagnostic Results | Spinecare And Rehabilitation |
| 02/24/2021 | Operative Reports | Michael Song, MD |
| 01/27/2021 | CT L Spine WO Contrast | Carson Tahoe Health |
| 02/15/2019 | Office Procedure : Bil Hip | Tahoe Fracture And Orthopedic Medical Clinic , |

Claimant Name: Wayne Wofford                                                                 RRS ID: 75524

**Lincoln/Wofford 0271**



Reliable Review Services

| | Intra- Articular INJ | INC |
|---|---|---|
| 05/03/2019 | Office Visit : Re Bil Hips | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/27/2019, 07/09/2019, 08/15/2019 | Office Visit | Nicholas Dirig, DO |
| 02/08/2019 | Office Visit : New est PT: Bil Hips | Nicholas Dirig, DO |
| 01/22/2019 | GXR Hip W/ Pelvis Bilat 2 Views | Carson Tahoe Regional Medical Center |
| 01/21/2019, 03/06/2019 | Progress Notes | Gerard Halaska, MD |
| Undated | Patient Summary | Not Signed |
| 01/25/2019 | Cumulative Report | Gerald Halaska, MD |
| 02/08/2019, 02/27/2019, 06/13/2019, 07/09/2019, 08/15/2019 | Return To Work | Nicholas Dirig |
| 07/01/2019 | Initial Evaluation | L Richard Stephenson , RPT |
| 05/30/2019, 06/03/2019, 06/18/2019 | Lab Request | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/08/2019, 06/03/2019 | Physician Orders | Nicholas Dirig |
| 05/07/2019 | Surgery Packet | Nicholas Dirig |
| 02/11/2019, 02/28/2019, 04/23/2019 | Phone Note | Francisco Angulo |
| 02/08/2019, 02/27/2019 | Medication Update | Nicholas Dirig |
| 05/30/2019 | Normal Variant Of ECG | Not Signed |
| 06/20/2019 | Lab Urinalysis | Carson Tahoe Regional Med Center |
| 06/04/2019 | Diagnostic Services Report | Carson Tahoe Regional Medical Center |
| 08/30/2021 | Restrictions Form | Michael Song |
| 04/02/2019 | Progress Notes | Christopher Cenac, Sr ., MD ., LLC |
| 01/12/2018 | Doctors Note | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 04/02/2018 | New Patient Information For Appointment | Not Signed |
| 04/02/2019 | Authorization For Use Or Disclosure Of Health Information | Claimant |
| 09/13/2019 | Certification Letter | Christopher Cenac, SR., MD., LLC |
| 09/19/2019 | Office Visit : RE Lumbar | Marco Mendoza |
| 05/29/2019, 09/19/2019 | Return To Work | Marco Mendoza |
| 08/30/2019 | Office Procedure : Bil L 3, 4,5 RFA | Jennifer Mendoza, MD |
| 06/28/2019 | Office Procedure : Bil L3,4,5 MBB 1st | Jennifer Mendoza, MD |
| 05/29/2019 | Office Visit : NP / Back R Hip | Marco Mendoza |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 02/08/2021 | Occupational Analysis | Jason Miller, ED . M , CRC |
| Undated | Occupational Requirements | Not Signed |

**Lincoln/Wofford 0272**



Reliable Review Services

| 02/04/2021 | Occupational Analysis | Maryann Tran |
|---|---|---|
| 02/04/2021 | Occupational Analysis | Maryann Tran |
| 03/04/2022 | Claim Coversheet Report | Client |

**Lincoln/Wofford 0273**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, April 29, 2022 10:53:48 AM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | f9ygajxjyuuays3fohsh_12661016.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 29, 2022

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Crosby Tugs, Incorporated's Group Disability Policy.  We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim.  The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached the independent Board Certified physician's review, which is new or additional evidence in connection with your appeal.  You may review these and provide a response to us, which we will consider in making our decision on your appeal.  If we do not receive your response within 21 days of the date of this letter or May 20, 2022, we will proceed with making a determination on your appeal.

Submit your response to:

Lincoln National Life Insurance Company (Lincoln)
Attn: Group Benefits Disability Claims/Sherri Vance
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax No.: (603) 422-7909
E-mail Disabilitydocuments@LFG.com

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by May 20, 2022, we will render a determination based on the information contained in your file.

**Lincoln/Wofford 0275**

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

Attachments:   9007521-MEDICAL-CP/PEER REVIEW-04.28.2022

**Lincoln/Wofford 0276**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**



Reliable Review Services

# Fax:

**To:** Dr. Michael Song

**Fax:** 775-323-6118

**Re:** Wayne Wofford

**From:** Reliable RS

**Date:** April 28, 2022

**RRS ID:** 75524

pg. 1

**Lincoln/Wofford 0277**



Please remit response to:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Date: April 28, 2022
Dr. Michael Song
Fax: 775-323-6118

Re: Wayne Wofford   DOB:
Claim #: 9007521
RRS Case#: 75524

Dear Dr. Michael Song,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Wayne Wofford's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

Discussion Summary:

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

Sincerely,

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Wayne Wofford's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (5/12/2022).

Claimant Name: Wayne Wofford                                                                 RRS ID: 75524

**Lincoln/Wofford 0278**



Print: _____
      Dr. Michael Song


Sign: _____       Date:_____
      Dr. Michael Song

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Claimant Name: Wayne Wofford           RRS ID: 75524

**Lincoln/Wofford 0279**



Reliable Review Services

| | |
|---|---|
| Date: | 4/28/2022 |
| To: | Sherri Vance |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 75524 |

| | |
|---|---|
| Claimant: | Wayne Wofford |
| Claim #: | 9007521 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

### Physical Medicine & Rehabilitation Advisory Report

### Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The office visit note by Michael Song, MD dated 02/04/21 notes the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling/weakness. He had previously seen Dr. Mendaza and was told that there is nothing that can be done to help his pain and symptoms and therefore, he is considering transfer of care. The claimant states that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirigin 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen orthopedics for his left hip recently. He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that lying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on the bike. On examination, tandem gait is steady. Unable to walk

**Lincoln/Wofford 0280**


on heels without difficulty. Able to walk on toes without difficulty. Iliac crest heights appear grossly symmetrical on standing. There is no midline spine and paraspinal tenderness. The left psoas, quadriceps, and gastrocnemius is 4/5, the left tibialis anterior is 4-/5 and extensor hallucis longus (EHL) on the left is 4-/5.The right is overall 5/5. No foot drop. Sensation intact to light touch sharp L2-S1 bilaterally diminished in the left L4. Positive FABER test. Electromyogram (EMG) results revealed that the findings are consistent with acute on chronic left L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation. MRI of the lumbar spine dated 11/05/20 showed redemonstration of multilevel spondylosis from L1-2 through L5-S1. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a new small extruded disc component projecting laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral access. This is in close proximity to the left L4 root proximal to exiting foramen and may have some contribution to the claimant's reported symptoms. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left L3-4 abutting the far lateral foraminal segment of the left L3 root. No other significant stenosis or left-sided neural impingement is demonstrated. X-ray of the lumbar spine dated 11/04/20 showed mild lumbar spondylosis, no acute lumbar spine compression fractures and no instability. He is assessed with lumbar disc displacement, lumbar disc degeneration, lumbar radiculopathy, spinal stenosis and left foot drop. The patient has left leg sciatica and left foot drop and left L4-5 disc herniation with rostral extrusion and an EMG that shows acute on chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4-5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral transpedicular decompression.

The Operative Note by Michael Song, MD dated 02/24/21 notes the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. The preoperative and postoperative diagnosis was left L4-5 stenosis with rostral disc herniation up against the L4 pedicle. The left L4 and left L5 nerve roots were perfectly decompressed. Perfect hemostasis was achieved and neuromonitoring signals were stable.

The office visit note by Michael Callahan, PA dated 03/11/21 noted the claimant presents for a 2 week post-operative visit. On examination, gait is tandem and stable. Incision looks great and heals well. The motor strength is bilaterally overall 5/5. The deep tendon reflexes (DTR) are 2+. The claimant is assessed with lumbar disc degeneration, lumbar radiculopathy, spinal stenosis of the lumbar region, lumbar disc displacement, left foot drop, and post procedural pain. Overall the claimant is doing much better. He still has weakness in the left foot. However, it is much better than prior visits. He went from 4-- to 4++. Recommending confirming the home exercise program (HEP) and it is not recommended that he use a brace.

The office visit note by Michael Song, MD dated 04/29/21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

**Lincoln/Wofford 0281**



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

Clinical Review Memo by Jonathon Markovitz, MD dated 09/18/21 stated the prior report dated 05/31/21 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On 08/30/21 there is a note from Dr. Michael Song, the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of 08/30/21. The initial consultation from Dr. Song dated 02/04/21 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The patient underwent February 24, 2021 left L4-5 discectomy and decompression surgery. As of 04/29/21 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well post his surgery. As of Dr. Song's note dated 05/31/21 the claimant was reported to be doing well post surgery. The medical records available for review failed to support ongoing neurological impairment leading to restrictions and limitations after 08/30/21.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing/walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and may lift up to 10 lbs. and no bending and twisting. The claimant has leg weakness and a bad back. This form notes the claimant was last treated on 04/29/21.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 4/20/2022 12:30 PM PDT | Jollie, office staff | See discussion below. |

## Discussion Summary:

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

## Questions and Reviewer's Response

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)

Lincoln/Wofford 0282



Reliable Review Services

The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

2. Please provide a review of the medical findings. Please state your findings upon review of the medical information.

The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/30/2021 and forward.

a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

From a physical medicine and rehabilitations perspective, from 9/30/2021 and forward there are no outlined functional limitations and/or medically appropriate restrictions.

There are no updated examination records available for review from 9/30/2021 and forward. The last available physical examination was dated 04/29/21. At that visit the claimant was 2 months post-op. In the restrictions form completed by Dr. Song on 04/05/22, it was noted this was the last time the claimant was treated. Per my discussion with Dr. Songs' office the claimant was not seen during the period under review.

4. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

**Lincoln/Wofford 0283**



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

5. Please contact the attending physician to clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is: • Name: Dr. Michael Song • Phone Number: 775- 323-6100 • Fax Number: 775-323-6118

Please see provider contact above.

## Assessment/Rationale

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The claimant reported that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over.

On 02/24/21 the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. His post-operative visits were unremarkable. The last office visits note provided for review on 21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

**Lincoln/Wofford 0284**



**RRS**

Reliable Review Services

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470

**Lincoln/Wofford 0285**



TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/18/2022 | Peer Review | Client |
| 06/07/2019 | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019, 07/06/2021 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 10/01/2020 | Authorization For Release Of Medical Records | Claimant |
| Undated | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019 | Claimant Information Form | Claimant |
| Undated | Training - Education Experience Form ( TEE) | Not Signed |
| 06/07/2019 | Information Form | Claimant |
| 06/07/2019, 10/15/2020 | Activities Questionnaire | Claimant |
| 07/06/2021 | Claimant Information Form | Claimant |
| Undated | Claimant Information Form | Not Signed |
| Undated | Training - Education Experience Form ( TEE) | Claimant |
| 04/03/2019 | Corespondence | Christopher Cenac, MD., FACS |
| 08/17/2011 | Job Description | Employer |
| 10/03/2019 | Nursing Memorandum | Client |
| 02/03/2021 | Peer Review | Jordan Klein, MD |
| 02/03/2021 | Correspondence | Exam Coordinators Network |
| 05/31/2021 | ICP Memo | Jonathon Markovitz, MD |
| 09/18/2021 | Clinical Review Memo | Jonathon Markovitz, MD |
| 11/06/2020, 02/23/2021, | Progress Notes | Alyssa Nishihira, PA -C |
| 11/04/2020 | CR XR Lumbar Spine 4 Or More Views | Earl Jay Landrito |
| 11/04/2020 | MR MRI I Spine WO IV Cont | Change Health Care |
| 04/05/2022 | Restrictions Form | Michael Song , MD |
| 02/04/2021, 04/29/2021 | Progress Note | Michael Song, MD |
| 03/11/2021 | Progress Notes | Michael Callahan, PA |
| 02/03/2021 | New Patient EMG Note | Bruce Mullen , MD |
| 02/03/2021 | Electrodiagnostic Results | Spinecare And Rehabilitation |
| 02/24/2021 | Operative Reports | Michael Song, MD |
| 01/27/2021 | CT L Spine WO Contrast | Carson Tahoe Health |
| 02/15/2019 | Office Procedure : Bil Hip | Tahoe Fracture And Orthopedic Medical Clinic , |

Claimant Name: Wayne Wofford                                                          RRS ID: 75524

**Lincoln/Wofford 0286**



| | Intra- Articular INJ | INC |
|---|---|---|
| 05/03/2019 | Office Visit : Re Bil Hips | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/27/2019, 07/09/2019, 08/15/2019 | Office Visit | Nicholas Dirig, DO |
| 02/08/2019 | Office Visit : New est PT: Bil Hips | Nicholas Dirig, DO |
| 01/22/2019 | GXR Hip W/ Pelvis Bilat 2 Views | Carson Tahoe Regional Medical Center |
| 01/21/2019, 03/06/2019 | Progress Notes | Gerard Halaska, MD |
| Undated | Patient Summary | Not Signed |
| 01/25/2019 | Cumulative Report | Gerald Halaska, MD |
| 02/08/2019, 02/27/2019, 06/13/2019, 07/09/2019, 08/15/2019 | Return To Work | Nicholas Dirig |
| 07/01/2019 | Initial Evaluation | L Richard Stephenson , RPT |
| 05/30/2019, 06/03/2019, 06/18/2019 | Lab Request | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/08/2019, 06/03/2019 | Physician Orders | Nicholas Dirig |
| 05/07/2019 | Surgery Packet | Nicholas Dirig |
| 02/11/2019, 02/28/2019, 04/23/2019 | Phone Note | Francisco Angulo |
| 02/08/2019, 02/27/2019 | Medication Update | Nicholas Dirig |
| 05/30/2019 | Normal Variant Of ECG | Not Signed |
| 06/20/2019 | Lab Urinalysis | Carson Tahoe Regional Med Center |
| 06/04/2019 | Diagnostic Services Report | Carson Tahoe Regional Medical Center |
| 08/30/2021 | Restrictions Form | Michael Song |
| 04/02/2019 | Progress Notes | Christopher Cenac, Sr ., MD ., LLC |
| 01/12/2018 | Doctors Note | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 04/02/2018 | New Patient Information For Appointment | Not Signed |
| 04/02/2019 | Authorization For Use Or Disclosure Of Health Information | Claimant |
| 09/13/2019 | Certification Letter | Christopher Cenac, SR., MD., LLC |
| 09/19/2019 | Office Visit : RE Lumbar | Marco Mendoza |
| 05/29/2019, 09/19/2019 | Return To Work | Marco Mendoza |
| 08/30/2019 | Office Procedure : Bil L 3, 4,5 RFA | Jennifer Mendoza, MD |
| 06/28/2019 | Office Procedure : Bil L3,4,5 MBB 1st | Jennifer Mendoza, MD |
| 05/29/2019 | Office Visit : NP / Back R Hip | Marco Mendoza |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 02/08/2021 | Occupational Analysis | Jason Miller, ED . M , CRC |
| Undated | Occupational Requirements | Not Signed |

Claimant Name: Wayne Wofford

**Lincoln/Wofford 0287**



| 02/04/2021 | Occupational Analysis | Maryann Tran |
| 02/04/2021 | Occupational Analysis | Maryann Tran |
| 03/04/2022 | Claim Coversheet Report | Client |

**Lincoln/Wofford 0288**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**



# Fax :

**To**: Dr. Michael Song                           **From:** Reliable RS

**Fax:** 775-323-6118                              **Date:** April 28, 2022

**Re:** Wayne Wofford                             **RRS ID:** 75524

pg. 1

**Lincoln/Wofford 0289**



Please remit response to:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Date: April 28, 2022
Dr. Michael Song
Fax: 775-323-6118

Re: Wayne Wofford   DOB:
Claim #: 9007521
RRS Case#: 75524

Dear Dr. Michael Song,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Wayne Wofford's condition(s) is invaluable in providing us with an understanding of his current condition(s).  We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

Sincerely,

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Wayne Wofford's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (5/12/2022).

Claimant Name: Wayne Wofford                                                                RRS ID: 75524

**Lincoln/Wofford 0290**



Print: _____
     Dr. Michael Song


Sign: _____      Date:_____
     Dr. Michael Song

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**



Reliable Review Services

Claimant:                Wayne Wofford

Claim #:                 9007521

Line of Business:        Disability

Review Type:             LTD

Review Level:            Initial

**Physical Medicine & Rehabilitation Advisory Report**

**Clinical History**

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The office visit note by Michael Song, MD dated 02/04/21 notes the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling/weakness. He had previously seen Dr. Mendaza and was told that there is nothing that can be done to help his pain and symptoms and therefore, he is considering transfer of care. The claimant states that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirigin 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen orthopedics for his left hip recently. He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that lying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on the bike. On examination, tandem gait is steady. Unable to walk

**Lincoln/Wofford 0292**



on heels without difficulty. Able to walk on toes without difficulty. Iliac crest heights appear grossly symmetrical on standing. There is no midline spine and paraspinal tenderness. The left psoas, quadriceps, and gastrocnemius is 4/5, the left tibialis anterior is 4-/5 and extensor hallucis longus (EHL) on the left is 4-/5.The right is overall 5/5. No foot drop. Sensation intact to light touch sharp L2-S1 bilaterally diminished in the left L4. Positive FABER test. Electromyogram (EMG) results revealed that the findings are consistent with acute on chronic left L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation. MRI of the lumbar spine dated 11/05/20 showed redemonstration of multilevel spondylosis from L1-2 through L5-S1. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a new small extruded disc component projecting laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral access. This is in close proximity to the left L4 root proximal to exiting foramen and may have some contribution to the claimant's reported symptoms. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left L3-4 abutting the far lateral foraminal segment of the left L3 root. No other significant stenosis or left-sided neural impingement is demonstrated. X-ray of the lumbar spine dated 11/04/20 showed mild lumbar spondylosis, no acute lumbar spine compression fractures and no instability. He is assessed with lumbar disc displacement, lumbar disc degeneration, lumbar radiculopathy, spinal stenosis and left foot drop. The patient has left leg sciatica and left foot drop and left L4-5 disc herniation with rostral extrusion and an EMG that shows acute on chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4-5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral transpedicular decompression.

The Operative Note by Michael Song, MD dated 02/24/21 notes the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. The preoperative and postoperative diagnosis was left L4-5 stenosis with rostral disc herniation up against the L4 pedicle. The left L4 and left L5 nerve roots were perfectly decompressed. Perfect hemostasis was achieved and neuromonitoring signals were stable.

The office visit note by Michael Callahan, PA dated 03/11/21 noted the claimant presents for a 2 week post-operative visit. On examination, gait is tandem and stable. Incision looks great and heals well. The motor strength is bilaterally overall 5/5. The deep tendon reflexes (DTR) are 2+. The claimant is assessed with lumbar disc degeneration, lumbar radiculopathy, spinal stenosis of the lumbar region, lumbar disc displacement, left foot drop, and post procedural pain. Overall the claimant is doing much better. He still has weakness in the left foot. However, it is much better than prior visits. He went from 4-- to 4++. Recommending confirming the home exercise program (HEP) and it is not recommended that he use a brace.

The office visit note by Michael Song, MD dated 04/29/21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

**Lincoln/Wofford 0293**



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

Clinical Review Memo by Jonathon Markovitz, MD dated 09/18/21 stated the prior report dated 05/31/21 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On 08/30/21 there is a note from Dr. Michael Song, the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of 08/30/21. The initial consultation from Dr. Song dated 02/04/21 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The patient underwent February 24, 2021 left L4-5 discectomy and decompression surgery. As of 04/29/21 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well post his surgery. As of Dr. Song's note dated 05/31/21 the claimant was reported to be doing well post surgery. The medical records available for review failed to support ongoing neurological impairment leading to restrictions and limitations after 08/30/21.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing/walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and may lift up to 10 lbs. and no bending and twisting. The claimant has leg weakness and a bad back. This form notes the claimant was last treated on 04/29/21.

### Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
| --- | --- | --- |
| 4/20/2022 12:30 PM PDT | Jollie, office staff | See discussion below. |

### Discussion Summary:

On 4/20/22, I contacted the office of Dr. Michael Song and explained the reason for the call and requested to speak with Dr. Song. Jollie spoke on behalf of Dr. Song and informed the claimant has not been seen since last year (not during the period under review) and therefore Dr. Song declines peer-to-peer discussion.

### Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**

**Lincoln/Wofford 0294**



The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

**2. Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

The primary impairing diagnosis is low back pain (M54.5).

On 4/29/21, the claimant has complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. He underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left on 2/24/21. There are no updated office visits provided for review beyond this date.

**3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/30/2021 and forward.**

**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

**b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

From a physical medicine and rehabilitations perspective, from 9/30/2021 and forward there are no outlined functional limitations and/or medically appropriate restrictions.

There are no updated examination records available for review from 9/30/2021 and forward.  The last available physical examination was dated 04/29/21. At that visit the claimant was 2 months post-op. In the restrictions form completed by Dr. Song on 04/05/22, it was noted this was the last time the claimant was treated. Per my discussion with Dr. Songs' office the claimant was not seen during the period under review.

**4. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

**Lincoln/Wofford 0295**



A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

**5. Please contact the attending physician to clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is: • Name: Dr. Michael Song • Phone Number: 775- 323-6100 • Fax Number: 775-323-6118**

Please see provider contact above.

## Assessment/Rationale

This review is from a physical medicine and rehabilitation perspective. The claimant is a 61-year-old male who has a reported date of disability of 01/01/19. The claimant has a reported diagnosis of low back pain. The period under review is from 09/30/21 and forward.

The claimant reported that he was initially injured while at work on 12/29/18 when he was working as a Merchant Marine and was beaten when a big wave came and knocked him over.

On 02/24/21 the claimant underwent a lumbar decompressive minimally invasive, left lumbar 4 to 5 microdiscectomy and left lumbar 4 transpedicular decompression on the left. His post-operative visits were unremarkable. The last office visits note provided for review on 21 noted the claimant presents with complaints of low back pain radiating to the left leg and left leg numbness/tingling and weakness. The claimant still has occasional sciatica but overall he has drastically improved. The claimant is here for a 2 month follow up for left sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

A Restrictions Form by Michael Song, MD dated 08/30/21 stated the claimant has no restrictions at this time.

**Lincoln/Wofford 0296**



Reliable Review Services

A Restrictions Form by Michael Song, MD dated 04/05/22 stated the claimant is placed on sedentary work status which means lifting / carrying up to 10 lbs. occasionally, sitting over 50% of the time and standing / walking occasionally was recommended. Sit for 10-15 minutes, stand for 1 hour, walk for 10-15 minutes and no bending and twisting. It was noted the claimant has leg weakness and a bad back. The last date treated was 04/29/21.

There are no physical examination provided for review beyond the last documented exam by Dr. Song on 04/29/21. From 09/30/21 and forward, there are no updated records available for review. As such no restrictions or limitations are supported from 09/30/21 onward given the lack of physical examinations, diagnostic studies and current plan of care.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470

**Lincoln/Wofford 0297**



Reliable Review Services

TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/18/2022 | Peer Review | Client |
| 06/07/2019 | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019, 07/06/2021 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 10/01/2020 | Authorization For Release Of Medical Records | Claimant |
| Undated | Authorization For The Release Of Information Including Protected | Claimant |
| 06/07/2019 | Claimant Information Form | Claimant |
| Undated | Training - Education Experience Form ( TEE) | Not Signed |
| 06/07/2019 | Information Form | Claimant |
| 06/07/2019, 10/15/2020 | Activities Questionnaire | Claimant |
| 07/06/2021 | Claimant Information Form | Claimant |
| Undated | Claimant Information Form | Not Signed |
| Undated | Training - Education Experience Form ( TEE) | Claimant |
| 04/03/2019 | Corespondence | Christopher Cenac, MD., FACS |
| 08/17/2011 | Job Description | Employer |
| 10/03/2019 | Nursing Memorandum | Client |
| 02/03/2021 | Peer Review | Jordan Klein, MD |
| 02/03/2021 | Correspondence | Exam Coordinators Network |
| 05/31/2021 | ICP Memo | Jonathon Markovitz, MD |
| 09/18/2021 | Clinical Review Memo | Jonathon Markovitz, MD |
| 11/06/2020, 02/23/2021, | Progress Notes | Alyssa Nishihira, PA -C |
| 11/04/2020 | CR XR Lumbar Spine 4 Or More Views | Earl Jay Landrito |
| 11/04/2020 | MR MRI l Spine WO IV Cont | Change Health Care |
| 04/05/2022 | Restrictions Form | Michael Song , MD |
| 02/04/2021, 04/29/2021 | Progress Note | Michael Song, MD |
| 03/11/2021 | Progress Notes | Michael Callahan, PA |
| 02/03/2021 | New Patient EMG Note | Bruce Mullen , MD |
| 02/03/2021 | Electrodiagnostic Results | Spinecare And Rehabilitation |
| 02/24/2021 | Operative Reports | Michael Song, MD |
| 01/27/2021 | CT L Spine WO Contrast | Carson Tahoe Health |
| 02/15/2019 | Office Procedure : Bil Hip | Tahoe Fracture And Orthopedic Medical Clinic , |

Claimant Name: Wayne Wofford

RRS ID: 75524

**Lincoln/Wofford 0298**



| | Intra- Articular INJ | INC |
|---|---|---|
| 05/03/2019 | Office Visit : Re Bil Hips | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/27/2019, 07/09/2019, 08/15/2019 | Office Visit | Nicholas Dirig, DO |
| 02/08/2019 | Office Visit : New est PT: Bil Hips | Nicholas Dirig, DO |
| 01/22/2019 | GXR Hip W/ Pelvis Bilat 2 Views | Carson Tahoe Regional Medical Center |
| 01/21/2019, 03/06/2019 | Progress Notes | Gerard Halaska, MD |
| Undated | Patient Summary | Not Signed |
| 01/25/2019 | Cumulative Report | Gerald Halaska, MD |
| 02/08/2019, 02/27/2019, 06/13/2019, 07/09/2019, 08/15/2019 | Return To Work | Nicholas Dirig |
| 07/01/2019 | Initial Evaluation | L Richard Stephenson , RPT |
| 05/30/2019, 06/03/2019, 06/18/2019 | Lab Request | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 02/08/2019, 06/03/2019 | Physician Orders | Nicholas Dirig |
| 05/07/2019 | Surgery Packet | Nicholas Dirig |
| 02/11/2019, 02/28/2019, 04/23/2019 | Phone Note | Francisco Angulo |
| 02/08/2019, 02/27/2019 | Medication Update | Nicholas Dirig |
| 05/30/2019 | Normal Variant Of ECG | Not Signed |
| 06/20/2019 | Lab Urinalysis | Carson Tahoe Regional Med Center |
| 06/04/2019 | Diagnostic Services Report | Carson Tahoe Regional Medical Center |
| 08/30/2021 | Restrictions Form | Michael Song |
| 04/02/2019 | Progress Notes | Christopher Cenac, Sr ., MD ., LLC |
| 01/12/2018 | Doctors Note | Tahoe Fracture And Orthopedic Medical Clinic , INC |
| 04/02/2018 | New Patient Information For Appointment | Not Signed |
| 04/02/2019 | Authorization For Use Or Disclosure Of Health Information | Claimant |
| 09/13/2019 | Certification Letter | Christopher Cenac, SR., MD., LLC |
| 09/19/2019 | Office Visit : RE Lumbar | Marco Mendoza |
| 05/29/2019, 09/19/2019 | Return To Work | Marco Mendoza |
| 08/30/2019 | Office Procedure : Bil L 3, 4,5 RFA | Jennifer Mendoza, MD |
| 06/28/2019 | Office Procedure : Bil L3,4,5 MBB 1st | Jennifer Mendoza, MD |
| 05/29/2019 | Office Visit : NP / Back R Hip | Marco Mendoza |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 09/19/2020 | Emergency Room Note | Sean Kump, PA-C |
| 02/08/2021 | Occupational Analysis | Jason Miller, ED . M , CRC |
| Undated | Occupational Requirements | Not Signed |

**Lincoln/Wofford 0299**



| 02/04/2021 | Occupational Analysis | Maryann Tran |
|---|---|---|
| 02/04/2021 | Occupational Analysis | Maryann Tran |
| 03/04/2022 | Claim Coversheet Report | Client |

**Lincoln/Wofford 0300**

**From:** submit@reliablers.com
**Sent:** Thu, 28 Apr 2022 15:49:06 -0400
**To:** VendorReferrals
**Cc:** Vance, Sherri R.
**Subject:** RRS - ATTN: Sherri Vance RRS#75524 Claim #9007521 (Client Notification)
**Attachments:** Report_RRS3_75524-1_v1.pdf, Report_RRS3__FaxSheetR01P01_75524-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim **#9007521 / RRS #75524,** is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com✉ or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone:  561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 26, 2022

Mr. Wayne Wofford

RE:  Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

We previously wrote to you regarding the overpayment on your Long-Term Disability Claim.  As of this date we have not received a full refund.

A total of $67,344.00 is still outstanding. You must return the full refund within 10 days of this letter or contact our office before May 9, 2022, to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $67,344.00, payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-3804 or the form can be emailed to me at katrina.charleston@LFG.com.  If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Lincoln/Wofford 0303**

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by May 9, 2022, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katrina Charleston
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16657
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth

# The Lincoln National Life Insurance Company
## Group Protection Disability Claims
PO Box 2578
Omaha, NE  68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 9007521

I _____ authorize The Lincoln National Life Insurance Company to debit my
　　　　(full name)

account at the financial institution listed below for _____ on or after _____.
　　　　　　　　　　　　　　　　　　　　　　　　(amount)　　　　　　(date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address _____　　Phone# _____

City, State, Zip _____　　Email _____

Account Type: ☐ Checking　　☐ Savings

Financial Institution Name　_____

Financial Institution Address　_____

Routing Number　_____

Account Number　_____

SIGNATURE _____　　DATE _____

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Wofford 0305**

# Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Crosby Tugs, Inc. | Wayne Wofford | 9007521 |

| Report Date: | | | |
|---|---|---|---|
| Referred By: | Sherri Vance | Claimant DOB: | |
| Referral Date: | 04/11/2022 | Job Title: | Chief vessel engineer |
| Due Date: | 04/25/2022 | Medical/ Surgical Condition: | Low back pain, lumbar radiculopathy, lumbar spinal stenosis, left foot drop, bilateral hip Osteoarthritis |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | TCMS Special Circumstance | LDW: | 01/01/2019 |
| | | DOD: | 12/31/2018 |
| Physical Demands: | | BBD: | 06/30/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

## Referral Questions
There are no core questions.

## Additional Questions

Other 1.        Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) 2.        Please provide a review of the medical findings. Please state your findings upon review of the medical information. 3.        Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/30/2021 and forward. a.        For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply. b.        Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.   4.       Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain. 5.        Please contact the attending physician to clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is: •        Name:  Dr. Michael Song        •        Phone Number:  775-323-6100                •        Fax Number:  775-323-6118

Other prior reviewers:  Dr. Jonathon Markovitz (neurology), Dr. Jordan Klein (PM&R)

**Other Comments**
Other Comments - None


**Analysis of Medical Documentation and Support for Responses to Referral Questions:**


**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**


**Electronically Signed:**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD




**Lincoln/Wofford 0308**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-0119

April 9, 2022

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, Incorporated's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On April 6, 2022 we received a Restrictions Form completed by Dr. Michael Song on April 5, 2022, and copies of medical records from Dr. Michael Song dated March 11, 2021 and April 29, 2021. We understand this is all of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review.

We anticipate a response from the medical review no later than May 8, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 9, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

**Lincoln/Wofford 0309**

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

**Lincoln/Wofford 0310**

| From: | LFGNotifications@LFG.com |
| Sent: | Friday, April 8, 2022 9:09:02 AM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | uwbilvn5kaaofgfjs4mh_12528703.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0311**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-0119

April 8, 2022

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, Incorporated's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On April 6, 2022 we received a Restrictions Form completed by Dr. Michael Song on April 5, 2022, and copies of medical records from Dr. Michael Song dated March 11, 2021 and April 29, 2021. We understand this is all of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review.

We anticipate a response from the medical review no later than May 8, 2022.  If there is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of your appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated March 9, 2022, you were advised that since our appeal review was suspended for you to submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

**Lincoln/Wofford 0312**

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

**Lincoln/Wofford 0313**

775-323-6118

# F A X   S H E E T

| | |
|---|---|
| Date: | Apr-06-2022 04:35:52 |
| To: | Lincoln Financial Group |
| Subject: | Patient Document |
| Fax Number: | 16035590310 |
| To Company: | |
| From Name: | Garman,Shianne |
| From Company: | Advanced Neurosurgery |
| From Facility: | Advanced Neurosurgery |
| Support Contact: | |
| Number of Page(s): | 12 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Wofford 0314



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 25, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 30, 2021 through present.

- Completion of the Enclosed Forms:

   X   Restrictions Form
   X   Medical Records dated 4/29/21-present.

We ask that you provide this information by September 8, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of

1 of 2

Lincoln/Wofford 0315

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: Restrictions Form
9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.13.2021

Lincoln/Wofford 0316

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

# Restrictions Form

**Return To:** Tracey Sprous

| Wayne Wofford | | 9007521 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

## To be completed by physician:

1. DATE FIRST TREATED — 10|6|2020
   DATE LAST TREATED — 4|29|2021
   NEXT OFFICE VISIT — PRN        DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☒ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Sit for 10-15min, stand for 1hour, walk for 10-15mins
   may lift 10lbs; No bending or twisting

4. RESTRICTIONS IMPOSED FROM _____ TO 12|31|2022.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____
   Patient has leg weakness + a bad back

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 11|6|2020 ___ TO 4|29|2021 .

**Lincoln/Wofford 0317**

| Michael Song MD | MD, Neurosurgery | Z04088419 |
|---|---|---|
| Provider's Name (Please Print) | Degree _AND_ Area of Specialty | Social Security or Tax ID Number |
| 10791 Double R Blvd Reno NV 89521 | 7753236100 | 7759967316 |
| Street Address | Telephone Number | Fax Number |
| Reno NV 89521 | | 4/5/2022 |
| City, State & Zip Code | Signature | Date |

Lincoln/Wofford 0318

# Lincoln
## Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Wayne Wofford_

Name of legal representative, if applicable (print) _Young Firm_     Relationship _My Attorney_

Signature of claimant or legal representative _Wayne Wofford_     Date: _7/6/2121_

Date of Birth: __     Claim Number: _9007521_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Lincoln/Wofford 0319

WOFFORD, Wayne DOB:       (61 yo M) Acc No. 31213 DOS: 04/29/2021



Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

04/29/2021                   Progress Note: Michael H Song, MD.

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
Post Op:
    Surgery Left L4-5 MD with Left L4 TP 2/24/21.
History of Present Illness:
    The patient is a 60-year-old male presenting for a postoperative visit. He complains of low back pain radiating to left leg, left leg numbness, tingling, and weakness. Patient still has occasional sciatica but overall he has dramatically improved. The patient is here for a 2-month follow-up for left-sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

**Vital Signs**
BMI 26.50, Height 71, Weight 190.

**Examination**
General:
    Neurological Exam:

General appearance: NAD, pleasant
    HEENT: normocephalic
    Neck: supple
    Musculoskeletal: Gait is tandem, stable.
    Incision: Looks great, healing well, clean, dry and intact without erythema,
induration, drainage, or open areas.
    Neurological:
    Awake, Alert, Oriented x 4.
    Motor strength:
    Iliopsoas 5/5 right, 5/5 left.
    Quadriceps 5/5 right, 5/5 left.
    Tibialis Anterior 5/5 right, 4+/5 left.
    Hamstrings 5/5 right, 5/5 left
    Extensor hallucis longus 5/5 right, 5/5 left
    Gastrocnemius, soleus 5/5 right, 5/5 left

Progress Note: Michael H Song, MD.     04/29/2021

1/6

**Lincoln/Wofford 0320**

WOFFORD, Wayne **DOB:** (61 yo M) **Acc No. 31213 DOS:** 04/29/2021



Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs Right 2+ patellar, Achilles'
Left2+ patellar, Achilles'

General appearance: NAD, pleasant
HEENT: normocephalic
Neck: supple
Musculoskeletal: Gait is stable.
Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
Neurological:
Awake, Alert, Oriented x 4.
Decreased pin prick in the left L5 distribution.
Motor strength:
Iliopsoas: 5/5 right, 5/5 left.
Quadriceps: 5/5 right, 5/5 left.
Tibialis Anterior: 5/5 right, 5/5 left.
Hamstrings: 5/5 right, 5/5 left
Extensor hallucis longus: 5/5 right, 4+/5 left
Gastrocnemius, soleus: 5/5 right, 5/5 left
Dorsiflexion: 4/5,left
Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs
RIGHT: 2+ patellar, Achilles'
LEFT: 2+ patellar, Achilles'.

Assessments
1. Other intervertebral disc degeneration, lumbar region - M51.36 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
4. Other intervertebral disc displacement, lumbar region - M51.26
5. Foot drop, left foot - M21.372
6. Other acute postprocedural pain - G89.18

M 51.26
Overall, the patient is doing much better. He still has some weakness in the left foot. However, it is much better than I first saw him. He went from 4-- to 4++. I would recommend continuing the home exercise program. I do not feel that he needs a brace.

Treatment
**1. Others**
Notes:

Case d/w Dr. Song. The patient agrees with the treatment plan and all

Progress Note: Michael H Song, MD. 04/29/2021

2/3

**Lincoln/Wofford 0321**

WOFFORD, Wayne DOB:       (61 yo M) Acc No. 31213 DOS: 04/29/2021



questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.

Scribe Attestation:

The patient and family/friends if present were appraised of the use of a scribe through remote viewing and all parties consented to conducting the visit in this manner. Documentation assistance provided Moshor a Alam Khan, scribing for Dr. Michael Song H, on 04/29/2021.

Provider attestation:

I, Dr. Michael Song H, personally performed the services described in this documentation, and it is both accurate and complete..

Procedure Codes

99024 POSTOP FOLLOW-UP VISIT



Electronically signed by Michael Song , M.D. on 04/06/2022 at 04:29 PM PDT

Sign off status: Pending

Advanced Neurosurgery
10791 Double R Blvd.
Reno, NV 89521
Tel: 775-323-6100
Fax: 775-323-6118

Progress Note: Michael H Song, MD.   04/29/2021

3/5

Lincoln/Wofford 0322

WOFFORD, Wayne DOB:         (61 yo M) Acc No. 31213 DOS: 03/11/2021



# Advanced Neurosurgery

Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

03/11/2021                                     Appointment Provider: Michael Callahan, PA

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
Post Op:
   Surgery Left L4-5 MD with Left L4 TP 2/24/21.
General:
   This patient presents for a two week post operative visit status post lumbar laminectomy/decompression.
   The patient states that since surgery low back pain and lower extremity pain, numbness, and tingling have improved.
   The patient states that there is no worsened pain, numbness, tingling, or weakness in the lower extremities. The patient denies low back pain, lower extremity pain, SOB, chest pain, worsened pain/numbness/tingling, weakness or fevers, wound drainage or erythema. Patient is ambulatory, voiding without difficulty, and pain is well controlled on current medication.

**Vital Signs**
BMI **26.50**, Height **5 ft 11 in**, Weight **190**.

**Examination**
General:
   Neurological Exam:

General appearance: NAD, pleasant
   HEENT: normocephalic
   Neck: supple
   Musculoskeletal: Gait is tandem, stable.
   Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
   Neurological:
   Awake, Alert, Oriented x 4.
   Motor strength:
   Iliopsoas 5/5 right, 5/5 left.
   Quadriceps 5/5 right, 5/5 left.
   Tibialis Anterior 5/5 right, 4+/5 left.

Progress Note: Michael Callahan, PA 03/11/2021

Lincoln/Wofford 0323

WOFFORD, Wayne DOB:          (61 yo M) **Acc No.** 31213 **DOS:** 03/11/2021



Hamstrings 5/5 right, 5/5 left
Extensor hallucis longus 5/5 right, 5/5 left
Gastrocnemius, soleus 5/5 right, 5/5 left
Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs Right 2+ patellar, Achilles'
Left 2+ patellar, Achilles'

.

## Assessments
1. Other intervertebral disc degeneration, lumbar region - M51.36 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
4. Other intervertebral disc displacement, lumbar region - M51.26
5. Foot drop, left foot - M21.372
6. Other acute postprocedural pain - G89.18

The above patient comes in today for a two week post-op evaluation. The patient is overall doing very well. There are no new complaints or neurologic deficits.
At this time, I recommend the patient return to clinic in 4 weeks. Same activity restrictions remain including no bending, lifting limited 10 pounds, twisting.
Continue ambulating 4-5 times daily with good posture.
Daily over-the-counter stool softeners while on narcotic medication were recommended.
OK to drive if not taking muscle relaxers or narcotics.
DEA reviewed and prescriptions refilled as appropriate.
The patient will return to clinic in 4 weeks.

## Treatment
**1. Other acute postprocedural pain**
Start acetaminophen-oxycodone tablet, 325 mg-10 mg, 1 tab(s), orally, every 6 hours prn pain, Unable to E-scribe, Hardship Exemption form filed with NV State Medical Association Board, 15 days, 60, Refills 0

**2. Others**
Notes:
Case d/w Dr. Song. The patient agrees with the treatment plan and all questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.

.

## Procedure Codes
99024 POSTOP FOLLOW-UP VISIT

Progress Note: Michael Callahan, PA  03/11/2021

(Note redemoted by eClinicalWorks EMR/PM Software from eClinicalWorks.com)

5/6

**Lincoln/Wofford 0324**

WOFFORD, Wayne DOB:                    (61 yo M) Acc No. 31213 DOS: 03/11/2021



Appointment Provider: Michael Callahan, PA

Electronically signed by Michael zzzCallahan , PA on
04/06/2022 at 04:49 PM PDT
Sign off status: Pending

Advanced Neurosurgery
10791 Double R Blvd.
Reno, NV 89521
Tel: 775-323-8100
Fax: 775-323-8118

Progress Note: Michael Callahan, PA   03/11/2021

Lincoln/Wofford 0325

| Overpayment Calculation | | | | |
|---|---|---|---|---|
| Originally Paid | *10/1/2019* | *through* | *9/30/2021* | $182,038.80 |
| Less: Should have Paid | *10/1/2019* | *through* | *9/30/2021* | $114,694.80 |
| | | | | |
| Overpayment Due | | | | $67,344.00 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| | | | | |
| **Amount Due** | | | | **$67,344.00** |

## Calculation Worksheet

**Claimant Name:** Wayne Wofford

**Customer: CROSBY TUGS, LLC**

**Claim Number (s): 9007521**

| Overpayment Amount: | $ 67,344.00 |
|---|---|
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 10/1/2019 | From Date | 10/1/2019 |
| Thru Date | 9/30/2021 | Thru Date | 9/30/2021 |
| Total | $182,038.80 | Total | $114,694.80 |

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| Tax Aging: | $0.00 |
|---|---|

*if not recovered by year end amt will be added to balance

* (-) indicates an underpayment

### ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 9007521 | 100080277 | 0 | 10/1/2019 | 10/31/2019 | 10/25/2019 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 100277943 | 0 | 11/1/2019 | 11/30/2019 | 11/25/2019 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 100480740 | 0 | 12/1/2019 | 12/31/2019 | 12/25/2019 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 100686418 | 0 | 1/1/2020 | 1/31/2020 | 1/27/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 100871232 | 0 | 2/1/2020 | 2/29/2020 | 2/24/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 101074670 | 0 | 3/1/2020 | 3/31/2020 | 3/25/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 101279274 | 0 | 4/1/2020 | 4/30/2020 | 4/24/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 101469619 | 0 | 5/1/2020 | 5/31/2020 | 5/25/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 101661138 | 0 | 6/1/2020 | 6/30/2020 | 6/24/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 101871904 | 0 | 7/1/2020 | 7/31/2020 | 7/27/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 102083499 | 0 | 8/1/2020 | 8/31/2020 | 8/25/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 102298472 | 0 | 9/1/2020 | 9/30/2020 | 9/24/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 102528451 | 0 | 10/1/2020 | 10/31/2020 | 10/26/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 102746461 | 0 | 11/1/2020 | 11/30/2020 | 11/24/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 102971483 | 0 | 12/1/2020 | 12/31/2020 | 12/25/2020 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 103177929 | 0 | 1/1/2021 | 1/31/2021 | 1/25/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 103379121 | 0 | 2/1/2021 | 2/28/2021 | 2/22/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 103608886 | 0 | 3/1/2021 | 3/31/2021 | 3/25/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 103837916 | 0 | 4/1/2021 | 4/30/2021 | 4/26/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 104062176 | 0 | 5/1/2021 | 5/31/2021 | 5/25/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 104287747 | 0 | 6/1/2021 | 6/30/2021 | 6/24/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 104519062 | 0 | 7/1/2021 | 7/31/2021 | 7/26/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 104758360 | 0 | 8/1/2021 | 8/31/2021 | 8/25/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| 9007521 | 105011714 | 0 | 9/1/2021 | 9/30/2021 | 9/24/2021 | $ 8,704.95 | $ 1,120.00 | $ 7,584.95 | $ - | $ 7,584.95 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $182,038.80 | | $0.00 | | $182,038.80 |

### SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Workers' Comp | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9007521 | 100080277 | 0 | 10/1/2019 | 10/31/2019 | 10/25/2019 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 100277943 | 0 | 11/1/2019 | 11/30/2019 | 11/25/2019 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 100480740 | 0 | 12/1/2019 | 12/31/2019 | 12/25/2019 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 100686418 | 0 | 1/1/2020 | 1/31/2020 | 1/27/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 100871232 | 0 | 2/1/2020 | 2/29/2020 | 2/24/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 101074670 | 0 | 3/1/2020 | 3/31/2020 | 3/25/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 101279274 | 0 | 4/1/2020 | 4/30/2020 | 4/24/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 101469619 | 0 | 5/1/2020 | 5/31/2020 | 5/25/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 101661138 | 0 | 6/1/2020 | 6/30/2020 | 6/24/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 101871904 | 0 | 7/1/2020 | 7/31/2020 | 7/27/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 102083499 | 0 | 8/1/2020 | 8/31/2020 | 8/25/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 102298472 | 0 | 9/1/2020 | 9/30/2020 | 9/24/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 102528451 | 0 | 10/1/2020 | 10/31/2020 | 10/26/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 102746461 | 0 | 11/1/2020 | 11/30/2020 | 11/24/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 102971483 | 0 | 12/1/2020 | 12/31/2020 | 12/25/2020 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 103177929 | 0 | 1/1/2021 | 1/31/2021 | 1/25/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 103379121 | 0 | 2/1/2021 | 2/28/2021 | 2/22/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 103608886 | 0 | 3/1/2021 | 3/31/2021 | 3/25/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 103837916 | 0 | 4/1/2021 | 4/30/2021 | 4/26/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 104062176 | 0 | 5/1/2021 | 5/31/2021 | 5/25/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 104287747 | 0 | 6/1/2021 | 6/30/2021 | 6/24/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 104519062 | 0 | 7/1/2021 | 7/31/2021 | 7/26/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 104758360 | 0 | 8/1/2021 | 8/31/2021 | 8/25/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| 9007521 | 105011714 | 0 | 9/1/2021 | 9/30/2021 | 9/24/2021 | $ 8,704.95 | $2,806.00 | $1,120.00 | $0.00 | $ 4,778.95 | $ - | $ 4,778.95 | $ 2,806.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $208,918.80 | $67,344.00 | $26,880.00 | $0.00 | $114,694.80 | $0.00 | $114,694.80 | $67,344.00 |

**Lincoln/Wofford 0327**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

March 29, 2022

Mr. Wayne Wofford

RE:  Long Term Disability (LTD) Benefits
     Crosby Tugs, LLC
     Claim #: 9007521

Dear Mr. Wayne Wofford:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of October 1, 2019. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period October 1, 2019 through September 30, 2021 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

Total Overpayment Amount:  $67,344.00

The Lincoln National Life Insurance Company will work with IBI  regarding the collection of this overpayment.  You will be contacted by a representative from IBI  regarding repayment of this overpayment.

If payment is not received by April 18, 2022, under the terms of your Policy The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

**Lincoln/Wofford 0329**

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jessica Keegan
Recovery Specialist II, Recalc & Recovery
On Behalf Of: Katrina Charleston
Phone No.: (888) 437-7611 Ext. 16657
Secure Fax No.: (603) 334-3804

Attachments:   9007521-RECOVERY/REPAYMENT-CORRESPONDENCE-03.28.2022

**Lincoln/Wofford 0330**

| Overpayment Calculation | | | | |
|---|---|---|---|---|
| Originally Paid | 10/1/2019 | through | 9/30/2021 | $182,038.80 |
| Less: Should have Paid | 10/1/2019 | through | 9/30/2021 | $114,694.80 |
| | | | | |
| Overpayment Due | | | | $67,344.00 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| | | | | |
| **Amount Due** | | | | **$67,344.00** |

**From:**emily@ibionline.com
**Sent:**Wed, 23 Mar 2022 11:38:10 -0500
**To:**Claims_SSVA
**Subject:**Wayne Wofford Award Summary 9007521
**Attachments:**Wayne Wofford Award Summary.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

# Emily Garrison

Phone: 1-800-535-6575 (Ext. 209)
emily@ibionline.com
Integrated Benefits, Inc.
PO Box 7200
Jefferson City, MO 65102

THE COMMUNICATIONS IN THIS MESSAGE ARE PRIVILEGED AND CONFIDENTIAL AND ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE.

IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE CONTACT ME IMMEDIATELY

**Lincoln/Wofford 0332**

# Lincoln Life NOA Cover sheet



Integrated Benefits, Inc.

_____

**Date:** **03/23/2022**

**NOA**

Claim#: 9007521

Claimant Name: Wayne Wofford

EFT: Y

Dependents: 0

Dependent Name & DOB:

Award Level: Reconsideration

Date of Entitlement: October 2019

Past Due Benefit Amount: $68,704.00

Past Due Benefits Time Period: October 2019 through September 2021

DOE for Medicare Part A:

DOE for Medical Part B:

**Payment History**

Initial Entitlement Amount: $2,806.00

COLA: $2,851.00

COLA: $2,888.00

STAT/WC offset? If Benefit reduction – what is full benefit amt:

**Fee's**

Atty Fee withheld:

Agreed Fee Amt:

Excess Fees in Escrow:

**Additional Comments:** The award letter states the backpay is through October 2021, however the calculations show the backpay is only through September 2021. Also, the entitlement date is October 2019, due to the claim being filed October 2020. SSA can only back pay up to a year prior to the filing date.

sra/ m12  M5

## Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Award

206444   LFG/PHX   Western Program
Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: October 24, 2021
BNC#: 21M1637C06035-A

WAYNE C. WOFFORD      ✓

6372

We are writing to let you know that you are entitled to monthly
disability benefits from Social Security beginning October 2019.

Your representative has informed us that a third party is paying
your representative's fee.  Under our rules, we do not need to
authorize your representative's fee when a third party will pay
the fee and neither you nor your auxiliary beneficiaries, if
any, are liable for paying any fees and expenses.

If you or any other individual is paying your representative s
fee, we mustfirst authorize that fee before your representative
charges or collects it.

### Your Benefits

The following chart shows your benefit amount(s) before any
deductions or rounding.  The amount you actually receive may
differ from your full benefit amount.  When we figure how much
to pay you, we must deduct certain amounts, such as Medicare
premiums and worker's compensation offset.  We must also round
down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| October 2019 | $ 2,806.20 | Entitlement began |
| December 2019 | $ 2,851.00 | Cost of living adjustment |
| December 2020 | $ 2,888.00 | Cost of living adjustment |

### What We Will Pay

We pay Social Security benefits for a given month in the next
month.  For example, we pay Social Security benefits for March
in April.

SEE NEXT PAGE

**Lincoln/Wofford 0334**

21M1637C06035-A                                         Page 2

- Your first check is for $68,703.50.

- This is the money you are due through October 2021.

- After that, you will receive $2,739.00 on or about the
  third Wednesday of each month.

- The day of the month you receive your payments depends on
  your date of birth.

**The Date You Became Disabled**

We found that you became disabled under our rules on
December 31, 2018.

**Information About Medicare**

You are entitled to hospital and medical insurance under
Medicare beginning October 2021.

We charge a monthly premium for your medical insurance.  The
rates are shown below:

| Beginning Date | Amount |
|---|---|
| October 2021 | $ 148.50 |

We are taking medical insurance premiums due through
November 2021 out of the check you will receive around
November 17, 2021.  These premiums total $297.00.  We will
deduct medical insurance premiums 1 month in advance.

**Medicare Prescription Drug Plan Enrollment**

Now that you are eligible for Medicare, you can enroll in a
Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and
when you can enroll, visit www.medicare.gov or call
1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048).  Medicare
also can tell you about agencies in your area that can help you
choose your prescription drug coverage.

If you have limited income and resources, we encourage you to
apply for the extra help that is available to assist with
Medicare prescription drug costs.  The extra help can pay the
monthly premiums, annual deductibles and prescription co-
payments.  To learn more or apply, please visit
www.socialsecurity.gov, call 1-800-772-1213 (TTY
1-800-325-0778) or visit the nearest Social Security office.

SEE NEXT PAGE

**Lincoln/Wofford 0335**

21M1637C06035-A                                   Page 3

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at
this time. In the future, if you think you might qualify for
another benefit from us, you will need to apply again.

## Your Responsibilities

The decisions we made on your claim are based on information
you gave us. If this information changes, it could affect your
benefits. For this reason, it is important that you report
changes to us right away. We have enclosed a pamphlet, "What
You Need To Know When You Get Social Security Disability
Benefits". It will tell you what must be reported and how to
report. Be sure to read the parts of the pamphlet which
explain what to do if you go to work or if your health
improves.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to
appeal. We will review your case and look at any new facts you
have. A person who did not make the first decision will decide
your case. We will review the parts of the decision that you
think are wrong and correct any mistakes. We may also review
the parts of our decision that you think are right. We will
make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.
  We assume you received this letter 5 days after the date on
  it unless you show us that you did not receive it within
  the 5-day period.

- You must have a good reason if you wait more than 60 days
  to ask for an appeal.

- You can file an appeal with any Social Security office.
  You must ask for an appeal in writing. Please use our
  "Request for Reconsideration" form, SSA-561-U2. You may go
  to our website at www.socialsecurity.gov/online/ to find
  the form. You can also call, write, or visit us to request
  the form. If you need help to fill out the form, we can
  help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help
you. There are groups that can help you find a representative
or give you free legal services if you qualify. There also are
representatives who do not charge unless you win your appeal.
Your local Social Security office has a list of groups that can
help you with your appeal.

SEE NEXT PAGE

**Lincoln/Wofford 0336**

21M1637C06035-A                                          Page 4

If you get someone to help you, you should let us know. If you
hire someone, we must approve the fee before he or she can
collect it. And if you hire a representative who is eligible
for direct pay, we will withhold up to 25 percent of any past
due benefits to pay toward the fee.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector
General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-800-772-1213. We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778. You can also write or visit any Social
Security office. The office that serves your area is located
at:

                    SOCIAL SECURITY
                    1170 HARVARD WAY
                    RENO,NV 89502

If you do call or visit an office, please have this letter with
you. It will help us answer your questions. Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

Enclosure(s):
        SSA Pub No 05-10153

**Lincoln/Wofford 0337**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-0119

March 10, 2022

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Crosby Tugs, Incorporated's Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on February 28, 2022.

In a telephone conversation on March 9, 2022, you reported that you would be sending additional medical information from Dr. Song.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

Submit information to:

Lincoln National Life Insurance Company (Lincoln)
Attn: Group Benefits Disability Claims/Sherri Vance
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax No.: (603) 422-7909
E-mail Disabilitydocuments@LFG.com

If we do not hear from you and do not receive additional information by April 8, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we

**Lincoln/Wofford 0339**

are exercising our right to take such an extension under the Crosby Tugs, Incorporated's Group Disability Policy.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

In addition, as part of our review of your appeal, you may also submit information associated with the Social Security Disability Award for our consideration, which may include a copy of the Administrative Law Judge's Favorable Decision letter or a complete copy of the administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

I will be your dedicated Appeal Consultant.  If you have any questions regarding the status of the appeal, you may contact me at 1-800-423-2765 extension 7970 during the hours of 7:30am to 3:30pm CST or by email at Sherri.Vance@LFG.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

**Lincoln/Wofford 0340**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, March 9, 2022 3:45:22 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | iggzxux4befvbgaxdo64_12332230.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0341**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-0119

March 9, 2022

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Crosby Tugs, Incorporated's Group Disability Policy.  We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on February 28, 2022.

In a telephone conversation on March 9, 2022, you reported that you would be sending additional medical information from Dr. Song.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter.  Please contact us should you need additional time.

Submit information to:

Lincoln National Life Insurance Company (Lincoln)
Attn: Group Benefits Disability Claims/Sherri Vance
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax No.: (603) 422-7909
E-mail Disabilitydocuments@LFG.com

If we do not hear from you and do not receive additional information by April 8, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we

**Lincoln/Wofford 0342**

are exercising our right to take such an extension under the Crosby Tugs, Incorporated's Group Disability Policy.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

In addition, as part of our review of your appeal, you may also submit information associated with the Social Security Disability Award for our consideration, which may include a copy of the Administrative Law Judge's Favorable Decision letter or a complete copy of the administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

I will be your dedicated Appeal Consultant.  If you have any questions regarding the status of the appeal, you may contact me at 1-800-423-2765 extension 7970 during the hours of 7:00am to 3:30pm CST or by email at Sherri.Vance@LFG.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 422-7909

**Lincoln/Wofford 0343**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913          Manager: BROWN, MALLORY          Case Mgr: SPROUS, TRACEY

Claimant Name: WAYNE    WOFFORD          Claim #: 9007521

Occupation (Job Title): CHIEF ENGINEER          Date Sent: 3/3/2022

Diagnosis: M54.5 Low back pain,

Date of Disability: 1/1/2019          Date Benefits Began: 6/30/2019

Maximum Duration: 1/18/2028          Paid Through: 9/30/2021

Date of Denial or (DB451): 10/1/2021          Date Appeal Received: 3/3/2022

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CROSBY TUGS, LLC

Product: LTD          Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.          FAX No.

Account Specific or Unique Contract Issues / Additional Info:

APPEAL REFERRAL

February 20, 2022

Wayne C. Wofford

Attention: Appeal Review Unit
Disability and life claims
PO Box 2578
Omaha, NE 68172-9688

RE: Lincoln Life Assurance Company of Boston
Crosby Tugs, LLC
Claim#: 9007521
Employee long term retirement income security Assurance (ERISA) Act of 1974

Dear Claims Examiner, Specialist, review department,
It's my understanding that my claim has been denied. I am sending this letter in an attempt to appeal that decision.
I believe the cause of denial of benefits is due to an error of paper received stating that I was, "able to return to work with no restrictions". That is a incorrect diagnosis. I haven't even been able to return to a normal home life and struggle every day just to put my socks and shoes on.
Doctor Song has provided your office with the correct information with regards to my medical condition and his medical diagnosis of my condition. This letter from doctor Songs office should support my statement and help to reinstate my benefits.
I thank you for your time and compassion in your review of my claim

Sincerely,
Wayne C. Wofford

**Lincoln/Wofford 0345**

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 1 Oct 2021 16:19:18 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 1/1/2019. The claim has been approved through 9/30/2021. As of 10/1/2021 this claim is closed. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0346**

| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 1 Oct 2021 16:19:18 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/1/2019.  The claim has been approved through 9/30/2021.  As of 10/1/2021 this claim is closed.  The case manager for this claim is Tracey Sprous.  The claim number is 9007521.

If you have further questions, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0347**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0348**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 1, 2021

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for disability benefits and have determined that benefits are not payable beyond  September 30, 2021.

Crosby Tugs, LLC's Group Disability Policy requires that to receive benefits you must meet the following definition of disability:

"Disability" or "Disabled", with respect to Long Term Disability, means:
i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation

*"Any Occupation"* means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.

You have been receiving Long Term Disability benefits for your disability since June 30, 2019 In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of any occupation

Medical Review

**Lincoln/Wofford 0349**

Our review of your claim was based on your diagnoses of lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement. We received the following medical information:

- ECG, on 05/30/2019; Kinsey Pillsbury, M.D./ Diagnostic Radiology, extending from 01/11/2019 to 06/04/2019;
- Earl Jay Landrito, M.D./ Diagnostic Radiology, on 11/04/2020;
- Gary Turner, M.D./ Radiology, on 11/04/2020;
- Unknown Provider, extending from 01/12/2018 to 04/02/2018;
- Gerard Halaska, M.D./ Internal Medicine, extending from 01/21/2019 to 03/06/2019;
- Nicholas Dirig, M.D./ Orthopedic, extending from 02/08/2019 to 08/15/2019;
- Francisco Angulo, M.D./ Physical Medicine & Rehabilitation, extending from 02/11/2019 to 04/23/2019;
- Jennifer Mendoza, M.D./ Pain Management, extending from 02/15/2019 to 08/30/2019;
- Christopher Cenac, M.D. / Orthopedic Surgery, on 04/02/2019;
- Marco Mendoza, M.D./ Orthopedic, extending from 05/29/2019 to 09/19/2019;
- Tahoe Fracture & Orthopedic Medical Clinic, extending from 05/07/2019 to 07/02/2019;
- Carson Tahoe Regional Medical Center, extending from 01/22/2019 to 06/20/2019;
- High Desert Therapist Dayton, on 07/01/2019;
- Sean Kump, PA-C, on 09/19/2020;
- Alyssa Nishihira, PA, on 11/06/2020.
- Michael Song, MD/Neurosurgeon 11/6/2020-4/29/21

Neurology Medical Review

To clarify the severity of your diagnosis for lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement we referred your file to a Consulting Physician, board certified in Neurology for an independent review of the medical records noted above. The results of the medical review dated May 31, 2021 and September 18, 2021 is summarized as follows:

Your medical records as of April 29, 2021 describes you being status post February 24, 2021 neurosurgery. This neurosurgery included L4-5 discectomy, decompression, and transpedicular decompression. Following the surgery, you were reportedly clearly improved, with decreased weakness, improved sensation, as well as decreased pain. Reassessment in August 2021 to allow time for recovery from the neurosurgical procedure was appropriate.

An updated review with the consulting physician board certified in Neurology was completed on September 18, 2021, however this review did not support any ongoing restrictions and limitations beyond August 2021. . You were recommended to have time following your February 2021 surgery for recovery from your symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On August 30, 2021 there is a note from Dr. Michael Song your treating surgeon. That note is a form for restrictions and limitations that describes no restrictions or limitations as of August 30, 2021.

As of April 29, 2021 you were described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was you were

**Lincoln/Wofford 0350**

doing well status post your surgery. As of a Dr. Song note dated May 31, 2021 you were reported to be doing well status your post -surgery.

Your medical records available for review fail to support ongoing neurological impairment leading to restrictions and limitations after August 30, 2021.

<u>Claim Determination</u>

We agree that through August 30, 2021, you were unable to perform any occupation due to recovering from neurosurgery on February 24, 2021. However, as of August 30, 2021, your treating provider writes that you no longer have restrictions or limitations. The medical records reviewed support this conclusion. Based on the medical and vocational information contained in your file, you will not be eligible for benefits beyond the date we have completed our review, September 30, 2021. Therefore, your claim will be paid through September 30, 2021 and closed October 1, 2021. No further benefits will be payable.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional medical information from all medical provider(s) you have seen for your condition(s) for the period of January 1, 2019 through present to include, but is not limited to office notes, current treatment plans, clinical notes, consultation reports, diagnostic tests and results and physical evaluations);

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date

**Lincoln/Wofford 0351**

your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.


Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0352**

**From:**LTDClaims
**Sent:**Mon, 27 Sep 2021 22:46:54 +0000
**To:**WAYNOWOFFORD@YAHOO.COM
**Subject:**LTD POLICY
**Attachments:**9007521-EMPLOYER-EMPLOYERELIGIBILITYINFO-09.24.2021.pdf

Hi Wayne,

Here is a copy of the LTD Policy.

Thank you,



**Tracey Sprous**
LTD Technical Specialist 1
Group Protection
Lincoln Financial Group
P.O.Box 2578
Omaha, NE  68172-9688

800.320.7585 ext 79122
603.599.0310. Fax

Tracey.Sprous@lfg.com
LincolnFinancial.com

Follow us on:

   



Need to check your claim status?
MyLincolnPortal.com is available 24/7
Access your info today

**Lincoln/Wofford 0353**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: September 21, 2021 | |
| To: | DR MICHAEL SONG<br>1470 MEDICAL PARKWAY STE 240<br>CARSON CITY NV 89703 |
| Attn: | Dr. Michael Song |
| Fax: | (775) 323-6118 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0354**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 21, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claims Administrator for the above named patient. A Neurology medical review as performed on September 20, 2021 to help us determine eligibility for disability benefits. The results of this assessment showed the following:

Please see attached report.

Please review the enclosed report by Dr. Jonathon Markovit  sign below and provide any comments you wish to have considered by September 29, 2021. If we do not receive a response by this date, we will make our determination based on the medical data contained in our file.

If you disagree with Dr. Markovit  s  findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

Please mark next to the appropriate statement and sign:

1) _____ I agree with the findings of the review. OR

2) _____ I have supplied additional information/comments to highlight where I do not agree with the findings of the review.

_____ _____

**Lincoln/Wofford 0355**

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.13.2021
9007521-MEDICAL-CP/PEER REVIEW-09.18.2021

**Lincoln/Wofford 0356**


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Wayne Wofford___

Name of legal representative, if applicable (print) ___Young Firm___                Relationship ___My Attorney___

Signature of claimant or legal representative ___Wayne Wofford___                Date: ___7/6/2121___

Date of Birth: ___                ___ Claim Number: ___9007521___

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CROSBY TUGS, LLC | WAYNE WOFFORD | 9007521 |

| Report Date: | 09/18/2021 | | |
|---|---|---|---|
| Referred By: | Tracey Sprous | Claimant DOB: | |
| Referral Date: | 09/08/2021 | Job Title: | CHIEF ENGINEER |
| Due Date: | 09/17/2021 | Medical/ Surgical Condition: | Low back pain |
| Referral Type: | Addendum | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 12/31/2018 |
| | | DOD: | 01/01/2019 |
| Physical Demands: | | BBD: | 06/30/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

**Comments:**

Does review of the updated medical documentation from Dr. Song change your prior assessment? If so, please detail how and why it alters your assessment, providing information supporting your opinion. (EE has no current insurance so no additional tx since 4/9/21) Dr. Song would not complete restriction form.

My prior report dated May 31, 2021 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On August 30, 2021 there is a note from Dr. Michael Song the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of August 30, 2021.

The initial consultation from Dr. Song dated February 4, 2021 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The claimant underwent February 24, 2021 left L4-5 discectomy and decompressive surgery. As of April 29, 2021 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well status post his surgery. As of a Dr. Song note dated May 31, 2021 the claimant was reported to be doing well status his post surgery.

The claimant's medical records available for review fail to support ongoing neurological impairment leading to restrictions and limitations after August 30, 2021.

**Lincoln/Wofford 0358**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

See above.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Dr. Song R + L note dated 08/30/2021**

**Electronically Signed:**

**Dr. Jonathon Markovitz MD**

**Board certified in Neurology**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CROSBY TUGS, LLC | WAYNE WOFFORD | 9007521 |

| | | | |
|---|---|---|---|
| **Report Date:** | 09/18/2021 | | |
| **Referred By:** | Tracey Sprous | **Claimant DOB:** | |
| **Referral Date:** | 09/08/2021 | **Job Title:** | CHIEF ENGINEER |
| **Due Date:** | 09/17/2021 | **Medical/ Surgical Condition:** | Low back pain |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 12/31/2018 |
| | | **DOD:** | 01/01/2019 |
| **Physical Demands:** | | **BBD:** | 06/30/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Comments:**

Does review of the updated medical documentation from Dr. Song change your prior assessment? If so, please detail how and why it alters your assessment, providing information supporting your opinion. (EE has no current insurance so no additional tx since 4/9/21) Dr. Song would not complete restriction form.

My prior report dated May 31, 2021 was reviewed. The claimant was recommended to have time following his February 2021 surgery for recovery from his symptoms related to low back pain and left sciatica. The plan was to reassess in August 2021. On August 30, 2021 there is a note from Dr. Michael Song the claimant's treating surgeon. That note is a form of for restrictions and limitations that describes no restrictions or limitations as of August 30, 2021.

The initial consultation from Dr. Song dated February 4, 2021 described the claimant having low back pain, left sciatica with left foot drop, and evidence on electrophysiological testing of a left L5 radiculopathy. The plan was to undergo surgery. The claimant underwent February 24, 2021 left L4-5 discectomy and decompressive surgery. As of April 29, 2021 the claimant was described as dramatically improved, with mild residual left tibialis anterior weakness, and mild left L5 distribution decreased sensation. The impression was the claimant was doing well status post his surgery. As of a Dr. Song note dated May 31, 2021 the claimant was reported to be doing well status his post surgery.

The claimant's medical records available for review fail to support ongoing neurological impairment leading to restrictions and limitations after August 30, 2021.

**Lincoln/Wofford 0360**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

See above.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Dr. Song R + L note dated 08/30/2021**

**Electronically Signed:**

**Dr. Jonathon Markovitz MD**

**Board certified in Neurology**

**From:**ecn-no-reply@ecnime.com
**Sent:**3 Sep 2021 17:28:46 +0000
**To:**Swanson, Jeanie
**Subject:**New Referral Claim #9007521 Wofford , Wayne

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

A new referral was received for the above referenced claimant. Our office is in the process of scheduling this service.

Thank you,
ECN
6111 Broken Sound Parkway, NW
Suite 207
Boca Raton, FL 33487

# F A X S H E E T

| | |
|---|---|
| Date: | Aug-31-2021 12:49:09 |
| To: | Lincoln Financial Group |
| Subject: | Patient Document |
| Fax Number: | 16035590310 |
| To Company: | |
| From Name: | Garman,Shianne |
| From Company: | Advanced Neurosurgery |
| From Facility: | Advanced Neurosurgery |
| Support Contact: | |
| Number of Page(s): | 23 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

PAGE 1/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0363**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 25, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521
      Claimant: Wayne Wofford
      Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 30, 2021 through present.

- Completion of the Enclosed Forms:

   _X_  Restrictions Form
   _X_  Medical Records dated 4/29/21-present.

We ask that you provide this information by September 8, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of

1 of 2

Lincoln/Wofford 0364

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Restrictions Form
                     9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.13.2021

Lincoln/Wofford 0365



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Wayne Wolford___

Name of legal representative, if applicable (print) __Young Erin__    Relationship __My Attorney__

Signature of claimant or legal representative _____    Date: __7/6/2121__

Date of Birth: _____    _____  Claim Number: __9007521__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Lincoln/Wofford 0366



**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## Restrictions Form

Return To: Tracey Sprous

| Wayne Wofford | | 9007521 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — 11/06/2020
   DATE LAST TREATED — 04/29/2021
   NEXT OFFICE VISIT — PRN
   
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | FREQUENTLY Up to 40 Minutes / Hour Up to 5 ⅓ Hours / Day | CONSTANTLY Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   See attachment

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____
   No restriction

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See attachment

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 11/06/2020 TO 04/29/2021.

Lincoln/Wofford 0367

| Michael Song | Neurosurgery | 204 08 8419 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 1719 Double R. Blvd | (775) 223-6100 | (775) 223-6118 |
| Street Address | Telephone Number | Fax Number |
| Reno, NV 89521 | | 08/30/2021 |
| City, State & Zip Code | Signature | Date |

**Lincoln/Wofford 0368**

WOFFORD, Wayne DOB:       (60 yo M) **Acc No. 31213 DOS: 04/29/2021**



# Advanced Neurosurgery

**Wofford, Wayne**
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

04/29/2021                      **Progress Note: Michael H Song, MD.**

### Current Medications
Taking
- acetaminophen-oxycodone 325 mg-10 mg tablet 1 tab(s) orally every 6 hours prn pain, Unable to E-scribe, Hardship Exemption form filed with NV State Medical Association Board
- Norco
Medication List reviewed and reconciled with the patient

### Past Medical History
Alcoholism.
High blood pressure.

### Surgical History
right hip replacement 2019
Left L4-5 MD with Left L4 TP 2/24/21

### Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

### Social History
no Caffeine.

### Review of Systems
ROS General: Denies weight change, loss of appetite, fever, or night sweats.
Cardiology/Pulmonology: Denies chest pain, palpitations, syncope, shortness of breath, or difficulty breathing.
GI: Denies nausea, vomiting, constipation, difficulty swallowing, or hoarseness of voice.
neurology: Denies dizziness, lightheadedness, double vision or

### Reason for Appointment
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

### History of Present Illness
Post Op:
Surgery Left L4-5 MD with Left L4 TP 2/24/21.
History of Present Illness:
The patient is a 60-year-old male presenting for a postoperative visit. He complains of low back pain radiating to left leg, left leg numbness, tingling, and weakness. Patient still has occasional sciatica but overall he has dramatically improved. The patient is here for a 2-month follow-up for left-sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

### Vital Signs
BMI 26.50, Height 71, Weight 190.

### Examination
General:
Neurological Exam:

General appearance: NAD, pleasant
HEENT: normocephalic
Neck: supple
Musculoskelatal: Gait is tandem, stable.
Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
Neurological:
Awake, Alert, Oriented x 4.
Motor strength:
Iliopsoas 5/5 right, 5/5 left.
Quadriceps 5/5 right, 5/5 left.
Tibialis Anterior 5/5 right, 4+/5 left.
Hamstrings 5/5 right, 5/5 left

---

Progress Note: Michael H Song, MD. 04/29/2021

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

PAGE 7/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX    * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0369**

**WOFFORD, Wayne DOB:**      **(60 yo M) Acc No. 31213 DOS: 04/29/2021**

seizures.
Denies HA or positional HA.
Denies saddle anesthesia, urinary
retention or loss of bowel or bladder.
Denies new pain, numbness,
weakness.

Extensor hallucis longus 5/5 right, 5/5 left

Gastrocnemius, soleus 5/5 right, 5/5 left

Sensation:

RLE: Inctact to light touch throughout.

LLE: Intact to light touch throughout

DTRs Right 2+ patellar, Achilles'

Left2+ patellar, Achilles'

General appearance: NAD, pleasant
HEENT: normocephalic
Neck: supple
Musculoskeletal: Gait is stable.
Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
Neurological:
Awake, Alert, Oriented x 4.
Decreased pin prick in the left L5 distribution.
Motor strength:
Iliopsoas: 5/5 right, 5/5 left.
Quadriceps: 5/5 right, 5/5 left.
Tibialis Anterior: 5/5 right, 5/5 left.
Hamstrings: 5/5 right, 5/5 left
Extensor hallucis longus: 5/5 right, 4+/5 left
Gastrocnemius, soleus: 5/5 right, 5/5 left
Dorsiflexion: 4/5,left
Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs
RIGHT: 2+ patellar, Achilles'
LEFT: 2+ patellar, Achilles'.

## Assessments

1. Other intervertebral disc degeneration, lumbar region - M51.36 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
4. Other intervertebral disc displacement, lumbar region - M51.26
5. Foot drop, left foot - M21.372
6. Other acute postprocedural pain - G89.18

M 51.26
Overall, the patient is doing much better. He still has some weakness in the left foot. However, it is much better than I first saw him. He went from 4-- to 4++. I would recommend continuing the home exercise program. I do not feel that he needs a brace.

## Treatment

Progress Note: Michael H Song, MD. 04/29/2021

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

PAGE 8/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0370

**WOFFORD, Wayne DOB:**          **(60 yo M) Acc No. 31213 DOS: 04/29/2021**

**1. Others**
Notes:


Case d/w Dr. Song. The patient agrees with the treatment plan and all questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.
Scribe Attestation:
The patient and family/friends if present were appraised of the use of a scribe through remote viewing and all parties consented to conducting the visit in this manner. Documentation assistance provided Moshor a Alam Khan, scribing for Dr. Michael Song H, on 04/29/2021.

Provider attestation:
I, Dr. Michael Song H, personally performed the services described in this documentation, and it is both accurate and complete..


**Procedure Codes**
99024 POSTOP FOLLOW-UP VISIT



**Electronically signed by Michael Song , M.D. on 08/26/2021 at 12:49 PM PDT**

**Sign off status: Pending**

---

Advanced Neurosurgery
10791 Double R
Reno, NV 89521
Tel: 775-323-6100
Fax: 775-323-6118

---

Progress Note: Michael H Song, MD.   04/29/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PAGE 9/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0371**

WOFFORD, Wayne DOB:     (60 yo M) Acc No. 31213 DOS: 03/11/2021



# Advanced Neurosurgery

## Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

03/11/2021        Appointment Provider: Michael Callahan, PA

## Current Medications
Taking
- Norco

Medication List reviewed and reconciled with the patient

## Past Medical History
Alcoholism.
High blood pressure.

## Surgical History
right hip replacement 2019
Left L4-5 MD with Left L4 TP 2/24/21

## Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

## Social History
no Caffeine.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
ROS General: Denies weight change, loss of appetite, fever, or night sweats.
Cardiology/Pulmonology: Denies chest pain, palpitations, syncope, shortness of breath, or difficulty breathing.
GI: Denies nausea, vomiting, constipation, difficulty swallowing, or hoarseness of voice.
neurology: Denies dizziness,

## Reason for Appointment
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

## History of Present Illness
Post Op:
    Surgery Left L4-5 MD with Left L4 TP 2/24/21.
General:
    This patient presents for a two week post operative visit status post lumbar laminectomy/decompression.
    The patient states that since surgery low back pain and lower extremity pain, numbness, and tingling have improved.
    The patient states that there is no worsened pain, numbness, tingling, or weakness in the lower extremities. The patient denies low back pain, lower extremity pain, SOB, chest pain, worsened pain/numbness/tingling, weakness or fevers, wound drainage or erythema. Patient is ambulatory, voiding without difficulty, and pain is well controlled on current medication.

## Vital Signs
BMI 26.50, Height 5 ft 11 in, Weight 190.

## Examination
General:
    Neurological Exam:

General appearance: NAD, pleasant
    HEENT: normocephalic
    Neck: supple
    Musculoskelatal: Gait is tandem, stable.
    Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
    Neurological:
    Awake, Alert, Oriented x 4.
    Motor strength:
    Iliopsoas 5/5 right, 5/5 left.

Progress Note: Michael Callahan, PA    03/11/2021

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

PAGE 10/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX    * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0372

**WOFFORD, Wayne DOB:**      **(60 yo M) Acc No. 31213 DOS: 03/11/2021**

lightheadedness, double vision or seizures.
Denies HA or positional HA.
Denies saddle anesthesia, urinary retention or loss of bowel or bladder.
Denies new pain, numbness, weakness.

Quadriceps 5/5 right, 5/5 left.
Tibialis Anterior 5/5 right, 4+/5 left.
Hamstrings 5/5 right, 5/5 left
Extensor hallucis longus 5/5 right, 5/5 left
Gastrocnemius, soleus 5/5 right, 5/5 left
Sensation:
RLE: Inctact to light touch throughout.
LLE: Intact to light touch throughout
DTRs Right 2+ patellar, Achilles'
Left 2+ patellar, Achilles'

.

### Assessments
1. Other intervertebral disc degeneration, lumbar region - M51.36 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
4. Other intervertebral disc displacement, lumbar region - M51.26
5. Foot drop, left foot - M21.372
6. Other acute postprocedural pain - G89.18

The above patient comes in today for a two week post-op evaluation. The patient is overall doing very well. There are no new complaints or neurologic deficits.
At this time, I recommend the patient return to clinic in 4 weeks.
Same activity restrictions remain including no bending, lifting limited 10 pounds, twisting.
Continue ambulating 4-5 times daily with good posture.
Daily over-the-counter stool softeners while on narcotic medication were recommended.
OK to drive if not taking muscle relaxers or narcotics.
DEA reviewed and prescriptions refilled as appropriate.
The patient will return to clinic in 4 weeks.

### Treatment
**1. Other acute postprocedural pain**
Start acetaminophen-oxycodone tablet, 325 mg-10 mg, 1 tab(s), orally, every 6 hours prn pain, Unable to E-scribe, Hardship Exemption form filed with NV State Medical Association Board, 15 days, 60, Refills 0

**2. Others**
Notes:
Case d/w Dr. Song. The patient agrees with the treatment plan and all questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.

.

---

**Progress Note: Michael Callahan, PA 03/11/2021**

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

**Lincoln/Wofford 0373**

WOFFORD, Wayne DOB:  (60 yo M) Acc No. 31213 DOS: 03/11/2021

**Procedure Codes**
99024 POSTOP FOLLOW-UP VISIT

**Appointment Provider: Michael Callahan, PA**

**Electronically signed by Michael zzzCallahan , PA on
08/26/2021 at 12:50 PM PDT**
**Sign off status: Pending**

Advanced Neurosurgery
10791 Double R
Reno, NV 89521
Tel: 775-323-6100
Fax: 775-323-6118

Progress Note: Michael Callahan, PA  03/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

PAGE 12/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0374

WOFFORD, Wayne DOB:     (60 yo M) **Acc No. 31213 DOS: 02/04/2021**



**Wofford, Wayne**
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

02/04/2021                              Progress Notes: Michael H Song, MD.

### Current Medications
None

### Past Medical History
Alcoholism.
High blood pressure.

### Surgical History
right hip replacement 2019

### Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

### Social History
no Caffeine.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
History of Present Illness:
    Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen ortho for his left hip recently.
    He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.
Spinal Treatment:
    10/16/19 caudal ESI with Dr. Goode
    12/23/2020 L3-4, L4-5 TF ESI Randall Goode, MD.
Physical Therapy, Anti-inflammatories, Massage:

PAGE 13/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0375

WOFFORD, Wayne DOB:                    (60 yo M) **Acc No. 31213 DOS:** 02/04/2021

**Vital Signs**
BMI 26.50, Height 71, Weight 190.

**Examination**
General:
    Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive device
Tandem gait is steady
    Unable to walk on heels without difficulty
    Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on standing

LUMBAR:
    No midline spine tenderness
    No paraspinal tenderness
    Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
    Negative Trendelenburg
    No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally diminished left L4
++ FABER
Negative SLR, CSLR
. Imaging Studies
**2/4/21 EMG Dr. Mullen**

Results: Nerve conduction studies were performed using superficial electrodes of the bilateral lower extremities. There was no evidence for conduction delays, conduction block or decreased amplitudes of the potentials recorded. Both motor and sensory studies were performed. (for specific nerves tested)

An EMG analysis was performed utilizing monopolar needles in the bilateral lower limbs. This study was abnormal. Patient had an acute denervation findings with positive sharp waves throughout the proximal

---

Progress Note: Michael H Song, MD.   02/04/2021

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions...   8/26/2021

PAGE 14/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX      * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0376**

WOFFORD, Wayne **DOB:**          (60 yo M) **Acc No.** 31213 **DOS:** 02/04/2021

and distal he innervated L5 musculature. There were a few large polyphasic motor unit next potentials but most of the nerve damage is fairly recent (within the past three months.) The patient also had polyphasic motor unit action potentials and the left L4 innovated muscle groups but no evidence for denervation.

**Discussion:**

The patients findings are consistent with acute on chronic eft L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation.

**11/5/20 MRI L spine @ CTH**
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.
Segmental analysis:
L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable.
There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3
root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal
annular fissuring associated with circumferential bulge of the annulus combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater than
10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild

---

**Progress Note: Michael H Song, MD.** 02/04/2021

PAGE 15/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0377**

**WOFFORD, Wayne DOB:** (60 yo M) **Acc No.** 31213 **DOS:** 02/04/2021

left lateral recess narrowing. This is in close proximity to the descending left L4 root but does not actually appear to compress the nerve root. L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of
the annulus associated with mildly enlarged bony facets results in no significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a new
small extruded disc component projecting posterior laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral recess. This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the patient's reported
symptoms.
3. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left at L3-4 abutting the far
lateral foraminal segment of the left L3 root. No other site of significant stenosis or left-sided neural impingement is demonstrated.
**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring
although the disc spaces are maintained. No dynamic instability on flexion and
extension views. Posterior elements appear intact. Aortoiliac atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

.

**Assessments**
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)
2. Other intervertebral disc degeneration, lumbar region - M51.36
3. Radiculopathy, lumbar region - M54.16
4. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
5. Foot drop, left foot - M21.372

Patient has left leg sciatica and left foot drop and a left L4,5 disc herniation with rostral extrusion and an EMG that shows acute on

---

Progress Note: Michael H Song, MD. 02/04/2021

PAGE 16/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0378

**WOFFORD, Wayne DOB:**        **(60 yo M) Acc No. 31213 DOS: 02/04/2021**

chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4,5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral component.
Risks, benefits, options discussed.
Will schedule left L4,5 microdiscectomy and a left L4 transpedicular decompression.
Patient wants to proceed.

**Electronically signed by Michael Song , M.D. on 08/26/2021 at 12:50 PM PDT**

**Sign off status: Pending**

---

**Advanced Neurosurgery**
**10791 Double R**
**Reno, NV 89521**
**Tel: 775-323-6100**
**Fax: 775-323-6118**

---

**Progress Note: Michael H Song, MD.** 02/04/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lincoln/Wofford 0379**

WOFFORD, Wayne DOB:       (60 yo M) **Acc No. 31213 DOS: 11/06/2020**



## Wofford, Wayne
59 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

11/06/2020          **Appointment Provider: Alyssa Nishihira, PA**

### Current Medications
None

### Past Medical History
Alcoholism.
High blood pressure.

### Surgical History
right hip replacement 2019

### Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

### Social History
no Caffeine.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General:
no Weight change. no Loss of appetite. no Fever. no Fatigue. no Night sweats.
Pain:
Low back pain Yes.
Cardiology:
no Chest pain. no Palpitations. no Leg swelling. no Dizziness. no Shortness of breath.
ENT/respiratory:
no Cold. no Hearing loss. no Change in voice. no Sore throat. no Ringing in ears. no Drooling. no Dizziness. no Shortness of breath. no Difficulty swallowing. no Sinus problems. no wheezing.
Gastroenterology:

### Reason for Appointment
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

### History of Present Illness
Physical Therapy, Anti-inflammatories, Massage:
10/16/19 caudal ESI with Dr. Goode
Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen ortho for his left hip recently.

He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.

### Vital Signs
BMI 26.50, Height 5 ft 11 in, Weight 190.

Progress Note: Alyssa Nishihira, PA    11/06/2020

PAGE 18/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0380

**WOFFORD, Wayne DOB:**        **(60 yo M) Acc No. 31213 DOS: 11/06/2020**

no Nausea. no Heartburn.
no Vomiting. no Difficulty
swallowing. no Abdominal pain.
no Diarrhea. no Constipation.
no Blood in stool.
Hematology:
no Blood transfusion. no Easy
bruising.
Neurology:
no Headache. no Tingling
numbness. no Seizure.
no Dizziness. no Memory problems.
no Tremors.

**Examination**

General:
Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive device
Tandem gait is steady
       Unable to walk on heels without difficulty
       Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on standing

LUMBAR:
       No midline spine tenderness
       No paraspinal tenderness
       Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
       Negative Trendelenburg
       No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally diminished left L4
++ FABER
Negative SLR, CSLR
. Imaging Studies
11/5/20 MRI L spine @ CTH
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing
endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.
Segmental analysis:

Progress Note: Alyssa Nishihira, PA    11/06/2020

PAGE 19/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX    * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0381**

WOFFORD, Wayne DOB:        (60 yo M) Acc No. 31213 DOS: 11/06/2020

L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3
root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal
annular fissuring associated with circumferential bulge of the annulus combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater than
10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild
left lateral recess narrowing. This is in close proximity to the descending left L4 root but does not actually appear to compress the nerve root.
L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of
the annulus associated with mildly enlarged bony facets results in no significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a new
small extruded disc component projecting posterior laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral recess. This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the patient's reported
symptoms.
3.Spondylosis at the remaining lumbar levels has remained stable.This includes lateral component of disc bulging to the left at L3-4 abutting the far
lateral foraminal segment of the left L3 root.No other site of significant stenosis or left-sided neural impingement is demonstrated.

Progress Note: Alyssa Nishihira, PA   11/06/2020

https://nvsongapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions... 8/26/2021

PAGE 20/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX   * ANI:17753236118 * DURATION (mm-ss):12-50

Lincoln/Wofford 0382

WOFFORD, Wayne DOB:                (60 yo M) **Acc No. 31213 DOS: 11/06/2020**

**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring
although the disc spaces are maintained. No dynamic instability on flexion and
extension views. Posterior elements appear intact. Aortoiliac atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

**Assessments**
1. Other intervertebral disc degeneration, lumbar region - M51.36
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061

It was a pleasure to see Wayne in clinic today. He is a very pleasant 59-year-old male here today for a neurosurgical evaluation.
He states his symptoms date back to a work-related injury in 2018. He states that he has an open work comp claim but all of his treatment is being done under his health insurance. With regard to his left lower extremity complaints, I think partially his symptoms are related to his left hip and I would recommend ortho evaluation for this as there is severe joint space narrowing of the left hip seen on the AP lumbar x-rays. Furthermore, I also recommend EMG of the bilateral lower extremities to assess for any acute radiculopathy. The patient's MRI demonstrates a disc herniation at L4-L5 as well as at L3-L4. The patient does appear symptomatic in the L3, L4, and L5 distributions. He does have weakness with dorsiflexion. I would like to order a CT as well as the disc at L4-L5 appears that it may be partially calcified. At this point, the patient would like to consider surgery. However, for symptomatic relief, we would recommend left L4-L5 and L3-L4 transforaminal epidural steroid injections. At this point, the patient is in agreement with the treatment plan. He would like to come back in 6-8 weeks.
Alyssa Nishihira, PA-C
AN/jld.

**Treatment**
**1. Other intervertebral disc degeneration, lumbar region**
    IMAGING: CT lumbar spine w/o contrast
Referral To:Dr. Jay Betz
        Reason:ASAP EMG BLE

Referral To:Randall Goode
        Reason:Left L3-4, L4-5 TF ESI

---

Progress Note: Alyssa Nishihira, PA    11/06/2020

**Lincoln/Wofford 0383**

WOFFORD, Wayne DOB: (60 yo M) **Acc No.** 31213 **DOS:** 11/06/2020

Referral To:Bruce Mullen
    Reason:EMG BLE

**2. Radiculopathy, lumbar region**
Referral To:Dr. Jay Betz
    Reason:ASAP EMG BLE

Referral To:Randall Goode
    Reason:Left L3-4, L4-5 TF ESI

Referral To:Bruce Mullen
    Reason:EMG BLE

**3. Spinal stenosis, lumbar region without neurogenic claudication**
Referral To:Dr. Jay Betz
    Reason:ASAP EMG BLE

Referral To:Randall Goode
    Reason:Left L3-4, L4-5 TF ESI

Referral To:Bruce Mullen
    Reason:EMG BLE

**4. Others**
Referral To:. Tahoe Fracture
    Reason:Left Hip eval/treat (w/ Dr. Dirig)

**Appointment Provider: Alyssa Nishihira, PA**



**Electronically signed by Alyssa zzzNishihira , PA-C on 08/26/2021 at 12:50 PM PDT**
**Sign off status: Pending**

---

Progress Note: Alyssa Nishihira, PA   11/06/2020

Lincoln/Wofford 0384

WOFFORD, Wayne **DOB:**          (60 yo M) **Acc No. 31213 DOS: 11/06/2020**

**Advanced Neurosurgery**
**10791 Double R**
**Reno, NV 89521**
**Tel: 775-323-6100**
**Fax: 775-323-6118**

---

**Progress Note: Alyssa Nishihira, PA   11/06/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PAGE 23/23 * RCVD AT 8/31/2021 4:08:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6035590310 * CSID:FAX     * ANI:17753236118 * DURATION (mm-ss):12-50

**Lincoln/Wofford 0385**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: August 25, 2021 | |
| To: | DR MICHAEL SONG<br>1470 MEDICAL PARKWAY STE 240<br>CARSON CITY NV 89703 |
| Attn: | RESTRICTIONS FORM AND MEDICAL RECORDS |
| Fax: | (775) 323-6118 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0386**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 25, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from April 30, 2021 through present.

> Completion of the Enclosed Forms:

X   Restrictions Form
X   Medical Records dated 4/29/21-present.

We ask that you provide this information by September 8, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of

**Lincoln/Wofford 0387**

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Restrictions Form
               9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.13.2021

**Lincoln/Wofford 0388**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

# Restrictions Form

**Return To:** Tracey Sprous

| Wayne Wofford | | 9007521 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** — **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***

   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

**Lincoln/Wofford 0389**

<table>
<tr><td>Provider's Name (Please Print)</td><td>Degree <u>AND</u> Area of Specialty</td><td>Social Security or Tax ID Number</td></tr>
<tr><td>Street Address</td><td>Telephone Number</td><td>Fax Number</td></tr>
<tr><td>City, State & Zip Code</td><td>Signature</td><td>Date</td></tr>
</table>

 **Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    * Job duties, earnings, personnel records and other work related information and federal and state tax returns.

    * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _W_____ Wofford_____

Name of legal representative, if applicable (print) _Young Firm_____   Relationship _My Attorney_

Signature of claimant or legal representative _Ryan Wofford_____   Date: _7/6/2121_

Date of Birth: __   _____ Claim Number: _9007521_

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020

**Lincoln/Wofford 0391**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. WAYNE WOFFORD

**Lincoln/Wofford 0392**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 26, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 25, 2021, we requested medical records  from Dr. Song .     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 29, 2021 through present  from Dr. Song and Restrictions Form

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 8, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 7, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 7, 2021 as required under the terms of the Policy.

**Lincoln/Wofford 0393**

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0394**

# Billing Statement:



**Invoice Date: 07/02/2021**  **Invoice #: 714454-2157**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2021 and Jun 30 2021**

**LIBMTI**                                                                 **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7697335<br>9007521 | WOFFORD, WAYNE<br>ADVANCED NEUROSURGERY | Canceled | 03/24/21<br>M Harris | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

                                                              **Total Amount Due:**          **$ 5.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**                                       **Tax ID: 95-2843455**

**Lincoln/Wofford 0395**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC                    DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12                    Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Yes                    Certificate Program completed: Yes

Associates Degree: _____    College: number of years: _____

Bachelor's Degree: BA /BS Major: _____    Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): Chief Engineers license

Are you currently attending any classes: ☐ Y ☒ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: Basic & Advanced Firefighting

Primary language spoken: English                    Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work  Mechanic, Some Electrical, Plumbing

Did you serve in the Armed Forces? ☒ Y ☑ N    From: _____    To: _____

Branch of Service: _____                    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Crosby Tugs LLC ___ Department: Tugboats ___ From: 4/1/07 To: 12/29/17
   Job Title(s): Chief Engineer
   Supervisory Experience ☑ Y ☐ N                        & Maint
   Tasks/Duties/Physical Requirements (please be specific): Performed Mechanical, Electrical
   Hydraulic Systems Aboard Vessel, Including Tking On Fuel, Water & Groceries

2. Company: Boxhard Transportation Department: ___ From: 1/15/03 To: 3/10/07
   Job Title(s): Chief Engineer
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): Performed Mechanical & Maintaining All Systems
   Aboard Vessel, Including Tking On Fuel, Water, Groceries

A Lincoln Financial Group Company                                    1

**Lincoln/Wofford 0396**

In addition, in the other income section it states rent but is unclear.

On June 3, 2021, we received correspondence from employer to advise you are not receiving a pension but a workers comp settlement for your work injury.

We are needing further clarification along with proof to determine the additional other income you are receiving would be an offset to the LTD Benefits as follows:

- Workers Compensation Settlement ( other than your weekly benefit)
- Medical Lawsuit Against Your Provider
- Pension/Retirement Benefit of $230.52
- Other Income for Rent

X Waiting For Final Compensation Settlement For Injuries That occurred

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide On Vessel proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 17, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 16, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 16, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: Training Education Experience

3 of 3

Lincoln/Wofford 0397

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics | ☐ | ☐ |
| Internet | ☒ | ☐ | Software | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: *Wayne Wofford* PHONE NO: (775) 400 8740

A Lincoln Financial Group Company 2

**Lincoln/Wofford 0398**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, July 14, 2021 1:56:59 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | wqw8borq4ithaymskd8b_10832804.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0399**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 14, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please complete the enclosed Training & Education Experience Form and return to our office no later than July 16, 2021.

You may email form back to LTDClaims@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT OTHER-07.02.2021

**Lincoln/Wofford 0400**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0401**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 3, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 17, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-06.03.2021

1  of  1

**Lincoln/Wofford 0402**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. WAYNE WOFFORD

**Lincoln/Wofford 0403**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 4, 2021

Mr. Wayne Wofford

RE: Long Term Disability (LTD) Benefits
     Crosby Tugs, LLC
     Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

Please complete the forms indicated below and return them to our office by July 2, 2021:

     __X__ Training Education Experience
     __X__ Other

Crosby Tugs, LLC's Group Disability Policy defines other income as follows:

Other Income Benefits and Other Income Earnings
Other Income Benefits means:

1. The amount for which the Covered Person is eligible under:

a. Workers' or Workmen's Compensation Laws;
b. Occupational Disease Law;
c. Title 46, United States Code Section 688 (The Jones Act);
d. any work loss provision in mandatory "No-Fault" auto insurance;
e. Railroad Retirement Act;
f. any governmental compulsory benefit act or law; or
g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:

**Lincoln/Wofford 0404**

a. any other group insurance plan of the Sponsor;
b. any governmental retirement system as a result of his employment with the Sponsor ; or
c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Lincoln will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and

b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

a. the Covered Person receives or is eligible to receive; and
b. his spouse, child or children receives or are eligible to receive because of his Disability; or
c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

Other Income Earnings means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Lincoln pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

On August 26, 2020, we spoke with you and is unclear if your attorney filed a lawsuit against your physician for medical issue.

On November 13, 2019, we received your Claimant Supplementary Form which noted you were receiving a pension/retirement of $230.52.

**Lincoln/Wofford 0405**

In addition, in the other income section it states rent but is unclear.

On June 3, 2021, we received correspondence from employer to advise you are not receiving a pension but a workers comp settlement for your work injury.

We are needing further clarification along with proof to determine the additional other income you are receiving would be an offset to the LTD Benefits as follows:

- Workers Compensation Settlement ( other than your weekly benefit)
- Medical Lawsuit Against Your Provider
- Pension/Retirement Benefit of $230.52
- Other Income for Rent

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 17, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 16, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 16, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Training Education Experience

**Lincoln/Wofford 0406**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC                    DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____     Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes:  ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N     From: _____ To: _____

Branch of Service: _____     Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y     ☐ N
    Tasks/Duties/Physical Requirements (please be specific): _____

    _____

2.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y     ☐ N
    Tasks/Duties (please be specific): _____

    _____

**Lincoln/Wofford 0407**

3. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s):  _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific):  _____

   _____

4. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s):  _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific):  _____

   _____

5. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s):  _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific):  _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: _____ PHONE NO: (    ) _____

**Lincoln/Wofford 0408**

# CLAIMANT INFORMATION FORM

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Wayne Wofford | |
| **CLAIM NO:** 9007521 | |
| **EMPLOYER/SPONSOR:** Crosby Tugs, LLC | **DATE OF BIRTH:** |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from <u>01/01/2021</u> to <u>present.</u> . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Dr. Song
Specialty: Neuro Surgeon
Address: 1470 Medical Pkwy #240
Carson City, NV 89703
Telephone No. :(775) 333 6100 Fax No. :(   )

Name:
Specialty:
Address:
Telephone No. :(   ) Fax No. :(   )

Name: Northern Nevada Surgery Center
Specialty: Neuro Surgery
Address: 5411 Kietzke Ln, Reno NV, 0
89511
Telephone No. :(775) 954 0600 Fax No. :(   )

Name:
Specialty:
Address:
Telephone No. :(   ) Fax No. :(   )

## MEDICAL INSURANCE CARRIER(S):

Name: Blue Cross & Blue Shield of Louisiana
Specialty: Only Carrier
Address:
Telephone No. : 225 295 3307 Fax No. :(   )

Name:
Specialty:
Address:
Telephone No. :(   ) Fax No. :(   )

## PHARMACY(S):

Name: Smiths
Specialty: Grocery Store & Pharmacy
Address: 2200 US-50 E Dayton NV. 89403
Telephone No. :(775) 246 0242 Fax No. :(   )

Name:
Specialty:
Address:
Telephone No. :(   ) Fax No. :(   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0409**

00000175 LFPX1SD1 00002065

SIGNATURE: _Wayne Wofford_ DATE: _1/6/21_

Lincoln/Wofford 0410

# ACTIVITIES QUESTIONNAIRE

**∩ Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                        DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Crosby Tugs, LLC

---

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _2 HR AT A TIME_ stand _2 TO 3 AT A TIME_ walk _3 AT A TIME_

How many hours a day do you:

sit _3 TO 4_        stand _2 TO 4 HR_    walk _1 TO 4 HR_

Do you take a nap during the day?

Yes _✓_                No _____

If Yes, for how long? _2 HR_        At what time of the day? _Between 12 + 2_

How many hours a day do you spend in bed? _6 TO 8_

Do you require any assistive devices such as a: _NOT Yet_

cane _____    walker _____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car? _2 TO 3 HR Before Stoping + walking stretching_

Do you hold a valid driver's license?

Yes _✗_                No _✓_

If No, please explain: _Waiting for New One Did Apply On Line_

If Yes, how long are you able to drive a car? _2 to 3 HR AT A Time_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_Phone E-Mail_

Do you have children?

Yes _✓_    No _____    If Yes, what are their dates of birth _____ · / ___ / _ / _

Do you need help caring for your children?

Yes _____    No _✓_

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No _✓_        If Yes, please explain _____

How many times a day do you leave the house during the week? _1 To 3 Time_

On the weekends? _Same_

How often do you run errands? _IF Feeling OK When Needed_

Please describe what errands you most commonly run: _Groceries_

---

**Lincoln/Wofford 0411**


How often do you get outdoors? _If Feeling OK 1 To 4 Time_

Are you left or right hand dominant? Left _✓_ Right _____

Are you able to work in your garden? Yes _✓ Not for lg_ No _____

Are you able to work on your house? Yes _✓_ " " ' No _____

Are you able to wash your car? Yes _✓_ ' " ' No _____

How much time is spent daily on your home computer?
_✓_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_✓_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_✓_ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos Other: _Use Cell Phone To Pay Bill_

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _✓_ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily

activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me | Yes |
| Carrying groceries into the house | me | Yes |
| Cooking meals | me | Yes |
| Cleaning after meals | me | Yes |
| Cleaning bathrooms | me | Yes |
| Vacuuming | me | Yes |
| Doing the laundry | me | Yes |
| Opening and responding to mail | me | Yes |
| Managing your finances | me | Yes |
| Balancing your checkbook | me | Yes |
| Bathing yourself | me | Yes |
| Styling your own hair | me | No |
| Getting dressed | me | Yes |
| Going up and down stairs | N/A No stairs | No |

Note: Pain can Come At Anytime Any Wrong Move Bending Twisting Can Sometime Cause Severe Pain That Can Last For Weeks

Have you been confined to a hospital within the last 12 months? Yes _____ No _✓_

If Yes, please provide reason and hospital contact Information: _____

_____

_____



How often do you travel or take vacation? _No Never_

Where do you go?  How do you get there (transportation method)? _____

---

Are you able to pursue your hobbies?               Yes __✓__    No _____

If Yes, please describe _I'm Able To Some_

Do you participate in an exercise program?         Yes __✓__    No _____

If Yes, please describe _I Do my Own Kind of exercise within Depending on how much Pain I'm In_

Do you do any Volunteer work?                      Yes _____   No __✓__

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                         Yes _____   No __✓__

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

_Sometime I'm Feeling Good I Start To Do Something Then Bend Down Get Hitt By Severe Pain have To lay Down, Sometime I can Go For A Few Days Think I'm Getting Better Than BAM Hits me Again My Quality of Life Sucks  Note! The Company luwyer Told me I would Never work again my body is To Damaged and I'm a Liability!_

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_Wake Up Every 3 HRS To Feed Baby During Night If Nothing Try To Clean If Not In Pain Do Errands If Needed, Groceries Etc. If Not In To Much Pain_

---

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_308 Jacob Wofford_

---

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Wayne Wofford_          Date: _7/6/21_

Signature: _Wayne Wofford_



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 7, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under
Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of
additional information.

You are currently receiving benefits based on your inability to perform the material and substantial
duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As
your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are
currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by May 5, 2021:

        __X__   Activities Questionnaire Form
        __X__   Authorization - Medical
        __X__   Claimant Information Form
        __X__   Claimant Supplementary Statement
        __X__   Authorization
        __X__   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide
proof of disability within a required timeframe. Your cooperation in providing the requested
information is essential to our claim investigation as we are unable to evaluate your eligibility for
benefits without it. We ask that you provide us with this information no later than June 19, 2021 as
required under the terms of the Policy.

**Lincoln/Wofford 0414**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

**Lincoln/Wofford 0415**

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

| EMPLOYEE/CLAIMANT NAME: Wayne Wofford | | CLAIM #: 9007521 |
|---|---|---|
| EMPLOYER: Crosby Tugs, LLC | | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) Wofford Wayne C | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State | Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) *Same* | Marital Status *Single* |
|---|---|---|

| Spouse's Full Name and Date of Birth *Deceased* | Number of Children *3* | Dates of Birth of Children / / / |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name *Troth Wofford*  Relationship to you? *Son*  Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. *No*

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. *No*

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? *No*

Do you hold a professional license? If yes, for what purpose? *Yes  Chief Engineers license*

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. *No*

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. *Jones Firm Lafayette from my injury Sue 886 6827*

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. *No*

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☑ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ 230.52 wk | 5/28/19 | | 4/1/19 |
| ☑ | ☐ | Workers' Compensation | $ 1120 mo | 1/1/19 | | 1/1/19 |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) *Rent* | 630.~ | *3 years? current* | NA | N/A |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: *Crosby Tugs*

DATE: *7/6/21*  EMPLOYEE'S SIGNATURE: *Wayne Wofford*

DP 409

**Lincoln/Wofford 0416**

00002 07/13/2021 01039670 003 017



**Lincoln/Wofford 0417**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  ____W̲ʳₐₚₙ̲ₑ W̲ₒ̲ffₒᵣ̲____

Name of legal representative, if applicable (print) __Young Firm__   Relationship __My Attorney__

Signature of claimant or legal representative _____   Date: __7/6/2121__

Date of Birth: __   _____ Claim Number: __9007521__

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020

**Lincoln/Wofford 0418**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0419**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 3, 2021

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 17, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-06.03.2021

**Lincoln/Wofford 0420**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. WAYNE WOFFORD

**Lincoln/Wofford 0421**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 4, 2021

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

Please complete the forms indicated below and return them to our office by July 2, 2021:

    __X__  Training Education Experience
    __X__  Other

Crosby Tugs, LLC's Group Disability Policy defines other income as follows:

Other Income Benefits and Other Income Earnings
Other Income Benefits means:

1. The amount for which the Covered Person is eligible under:

a. Workers' or Workmen's Compensation Laws;
b. Occupational Disease Law;
c. Title 46, United States Code Section 688 (The Jones Act);
d. any work loss provision in mandatory "No-Fault" auto insurance;
e. Railroad Retirement Act;
f. any governmental compulsory benefit act or law; or
g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:

**Lincoln/Wofford 0422**

a. any other group insurance plan of the Sponsor;
b. any governmental retirement system as a result of his employment with the Sponsor ; or
c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Lincoln will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and

b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

a. the Covered Person receives or is eligible to receive; and
b. his spouse, child or children receives or are eligible to receive because of his Disability; or
c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

Other Income Earnings means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Lincoln pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

On August 26, 2020, we spoke with you and is unclear if your attorney filed a lawsuit against your physician for medical issue.

On November 13, 2019, we received your Claimant Supplementary Form which noted you were receiving a pension/retirement of $230.52.

**Lincoln/Wofford 0423**

In addition, in the other income section it states rent but is unclear.

On June 3, 2021, we received correspondence from employer to advise you are not receiving a pension but a workers comp settlement for your work injury.

We are needing further clarification along with proof to determine the additional other income you are receiving would be an offset to the LTD Benefits as follows:

- Workers Compensation Settlement ( other than your weekly benefit)
- Medical Lawsuit Against Your Provider
- Pension/Retirement Benefit of $230.52
- Other Income for Rent

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 17, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 16, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 16, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Training Education Experience

**Lincoln/Wofford 0424**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC                      DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed:_____

Associates Degree: _____ College: number of years:_____

Bachelor's Degree: BA /BS Major:_____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken:_____ Other language(s) spoken fluently:_____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N     From:_____   To: _____

Branch of Service: _____     Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific):_____

   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

   _____

**Lincoln/Wofford 0425**

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|                        | Home | Work |                             | Home | Work |
|------------------------|------|------|-----------------------------|------|------|
| Email                  | ☐    | ☐    | Graphics Software           | ☐    | ☐    |
| Internet               | ☐    | ☐    |                             |      |      |
| Word Processing (MS Word) | ☐ | ☐    | Installation/Repair Hardware | ☐   | ☐    |
| Spread Sheet (MS Excel) | ☐   | ☐    | Installation/Repair Programming | ☐ | ☐  |
| Database               | ☐    | ☐    | Project Management          | ☐    | ☐    |
| Photo Software         | ☐    | ☐    | Other: _____           |      |      |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: _____ PHONE NO: ( ) _____

**Lincoln/Wofford 0426**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD

**Lincoln/Wofford 0427**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 4, 2021

Mr. Wayne Wofford

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

Please complete the forms indicated below and return them to our office by July 2, 2021:

      <u>X</u>   Training Education Experience
      <u>X</u>   Other

Crosby Tugs, LLC's Group Disability Policy defines other income as follows:

Other Income Benefits and Other Income Earnings
Other Income Benefits means:

1. The amount for which the Covered Person is eligible under:

a. Workers' or Workmen's Compensation Laws;
b. Occupational Disease Law;
c. Title 46, United States Code Section 688 (The Jones Act);
d. any work loss provision in mandatory "No-Fault" auto insurance;
e. Railroad Retirement Act;
f. any governmental compulsory benefit act or law; or
g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:

**Lincoln/Wofford 0428**

a. any other group insurance plan of the Sponsor;
b. any governmental retirement system as a result of his employment with the Sponsor ; or
c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Lincoln will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and

b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

a. the Covered Person receives or is eligible to receive; and
b. his spouse, child or children receives or are eligible to receive because of his Disability; or
c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

Other Income Earnings means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Lincoln pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

On August 26, 2020, we spoke with you and is unclear if your attorney filed a lawsuit against your physician for medical issue.

On November 13, 2019, we received your Claimant Supplementary Form which noted you were receiving a pension/retirement of $230.52.

In addition, in the other income section it states rent but is unclear.

On June 3, 2021, we received correspondence from employer to advise you are not receiving a pension but a workers comp settlement for your work injury.

We are needing further clarification along with proof to determine the additional other income you are receiving would be an offset to the LTD Benefits as follows:

- Workers Compensation Settlement ( other than your weekly benefit)
- Medical Lawsuit Against Your Provider
- Pension/Retirement Benefit of $230.52
- Other Income for Rent

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 17, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 16, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 16, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Training Education Experience

**Lincoln/Wofford 0430**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC        DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____        Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____  Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N  From: _____  To: _____

Branch of Service: _____  Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

---

**SIGNATURE:** _____ **PHONE NO: (    )** _____

---

**From:** Tara Crosby <tcrosby@crosbytugs.com>
**Sent:** Thu, 3 Jun 2021 16:17:52 +0000
**To:** Sprous, Tracey
**Subject:** RE: WAYNE WOFFORD 9007521 retirement/pension


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

He does not have pension but he did receive a settlement for what he claims is a  work related injury.

---

**From:** Sprous, Tracey <Tracey.Sprous@lfg.com>
**Sent:** Wednesday, June 2, 2021 3:40 PM
**To:** Tara Crosby <tcrosby@crosbytugs.com>
**Subject:** FW: WAYNE WOFFORD 9007521 retirement/pension

Good Afternoon,

Please see below email to answer questions regarding Mr. Wofford's pension.

Thank you,




**Tracey Sprous**
LTD Technical Specialist 1
Group Protection
Lincoln Financial Group
P.O.Box 2578
Omaha, NE  68172-9688

800.320.7585 ext 79122
603.599.0310. Fax

Tracey.Sprous@lfg.com
LincolnFinancial.com

Follow us on:

  



---

**From:** Sprous, Tracey
**Sent:** Friday, May 21, 2021 3:59 PM

**Lincoln/Wofford 0433**

**To:** tcrosby@crosbytugs.com
**Subject:** WAYNE WOFFORD 9007521 retirement/pension

Good Afternoon,

Could you please provide the answers below to the following questions regarding Mr. Wofford's pension/retirement benefit of $230.52?

- Is the current payment of retirement benefits a mandatory withdrawal through SPONSOR to prior to normal retirement age as defined in your plan?

  _____

Please note that if this retirement is mandatory and the above employee was not given the option to defer payment of these funds to a later date, then these funds would not affect his or her Long Term Disability benefit. If you answered YES to the previous question, you don't have to answer the remaining questions. Simply sign and return the questionnaire to us.

- Is the plan wholly funded by the claimant's contributions?
  _____
- Did your company fund any part of the retirement account? _____
- If so, what percentage or amount was employer funded? _____
- Was the money immediately rolled into an IRA? _____
- Finally, please provide the payment details of this benefit below:
  - What date did the payment of retirement benefits commence? _____
  - What is the monthly benefit amount? _____
  - If the claimant received a lump sum in lieu of, or in addition to, a monthly benefit then what was the total lump sum amount? _____

Thank you,



**Tracey Sprous**
LTD Technical Specialist 1
Group Protection
Lincoln Financial Group
P.O.Box 2578
Omaha, NE  68172-9688

800.320.7585 ext 79122
603.599.0310. Fax

Tracey.Sprous@lfg.com
LincolnFinancial.com

Follow us on:

  



Partnering to help you lead
Find employee benefits resources to fit your business needs

VISIT LINCOLN LEADS HUB

**Lincoln/Wofford 0434**

‐

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole
use of the intended recipient(s) and may contain confidential or proprietary information. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, immediately contact the sender by reply e-mail and destroy all copies of the original
message.

**Lincoln/Wofford 0435**

| **From:** | DoNotReply@lfg.com |
| **Sent:** | Thu, 3 Jun 2021 16:15:36 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 1/1/2019. This claim is approved through 1/18/2028. This indicates an extension of benefits. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0436**

| **From:** | DoNotReply@lfg.com |
| **Sent:** | Thu, 3 Jun 2021 16:15:36 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 1/1/2019. This claim is approved through 1/18/2028. This indicates an extension of benefits. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0437**

**From:**Sprous, Tracey
**Sent:**Wed, 2 Jun 2021 20:40:03 +0000
**To:**'tcrosby@crosbytugs.com'
**Subject:**FW: WAYNE WOFFORD 9007521 retirement/pension


Good Afternoon,

Please see below email to answer questions regarding Mr. Wofford's pension.

Thank you,




**Tracey Sprous**
LTD Technical Specialist 1
Group Protection
Lincoln Financial Group
P.O.Box 2578
Omaha, NE  68172-9688

800.320.7585 ext 79122
603.599.0310. Fax

Tracey.Sprous@lfg.com
LincolnFinancial.com

Follow us on:





---

**From:** Sprous, Tracey
**Sent:** Friday, May 21, 2021 3:59 PM
**To:** tcrosby@crosbytugs.com
**Subject:** WAYNE WOFFORD 9007521 retirement/pension

Good Afternoon,

Could you please provide the answers below to the following questions regarding Mr. Wofford's pension/retirement benefit of $230.52?

**Lincoln/Wofford 0438**

- Is the current payment of retirement benefits a mandatory withdrawal through SPONSOR to prior to normal retirement age as defined in your plan?

  _____

Please note that if this retirement is mandatory and the above employee was not given the option to defer payment of these funds to a later date, then these funds would not affect his or her Long Term Disability benefit. If you answered YES to the previous question, you don't have to answer the remaining questions. Simply sign and return the questionnaire to us.

- Is the plan wholly funded by the claimant's contributions? _____
- Did your company fund any part of the retirement account? _____
- If so, what percentage or amount was employer funded? _____
- Was the money immediately rolled into an IRA? _____
- Finally, please provide the payment details of this benefit below:
  - What date did the payment of retirement benefits commence? _____
  - What is the monthly benefit amount? _____
  - If the claimant received a lump sum in lieu of, or in addition to, a monthly benefit then what was the total lump sum amount? _____

Thank you,



**Tracey Sprous**
LTD Technical Specialist 1
Group Protection
Lincoln Financial Group
P.O.Box 2578
Omaha, NE  68172-9688

800.320.7585 ext 79122
603.599.0310. Fax

Tracey.Sprous@lfg.com
LincolnFinancial.com

Follow us on:





Partnering to help you lead
Find employee benefits resources to fit your business needs
VISIT LINCOLN LEADS HUB

**Lincoln/Wofford 0439**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD

**Lincoln/Wofford 0440**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 3, 2021

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in
reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your
own occupation as a(n) Chief Engineer .

The definition of disability states that for the first 24 months, disability will be evaluated based upon
your inability to perform the material and substantial duties of your own occupation as a Chief
Engineer .

After 24 months, disability will be evaluated based upon your inability to perform the material and
substantial duties of your own or any other occupation for which you are or become reasonably
fitted for by training, education or experience. Based on this change in the definition of disability
and the medical and vocational information in your claim file, we have determined that you have
qualified for continued benefits.

Benefit payment will continue to be provided as long as you have met all contractual provisions,
including the definition of disability under the new  any occupation  standard. Your claim will be
evaluated periodically to establish ongoing eligibility for benefits.  Please note that approval at this
time does not guarantee payments through the maximum benefit duration.

If your benefit is overpaid, Lincoln Life Assurance Company of Boston has the right to recover the
amount overpaid in full.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0441**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0442**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CROSBY TUGS, LLC | WAYNE WOFFORD | 9007521 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tracey Sprous | **Claimant DOB:** | |
| **Referral Date:** | 05/21/2021 | **Job Title:** | CHIEF ENGINEER |
| **Due Date:** | 06/05/2021 | **Medical/ Surgical Condition:** | Low back pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 12/31/2018 |
| **Report Date:** | 05/31/2021 | **DOD:** | 01/01/2019 |
| **Physical Demands:** | | **BBD:** | 06/30/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

**The claimant's medical records support the primary impairing diagnosis of lumbar radiculopathy M54.16.**

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

**The claimant's medical records support comorbid conditions to include lumbar spondylosis, hepatitis C, hip osteoarthritis, and a prior right total hip replacement.**

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 1/1/2021 to present, and comment on the expected duration.

The claimant's medical records as of the neurosurgical notes dated April 29, 2021 describe the claimant being status post February 24, 2021 neurosurgery. This neurosurgery included L4-5 discectomy, decompression, and transpedicular decompression. Following the surgery, the claimant is reportedly clearly improved, with decreased weakness, improve sensation, as well as decreased pain. Reassessment in August 2021 to allow time for recovery from the neurosurgical procedure would be appropriate. Until then the claimant remains unreliable to perform work-related activity.

a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

N/A.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)?

The claimant received extensive trials of conservative management of his chronic low back pain and left sciatica. Eventually in February 2021 after seeing neurosurgery, the claimant underwent neurosurgical decompression for lumbar radiculopathy. This is consistent with current standard of care given the lumbosacral spine MRI findings and the EMG findings.

 Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

**No.**

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

**No.**

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: DR. MICHAEL SONG    Phone Number: 1 (775) 323 6100 ex -----      Fax Number: 1-775-323-6118**
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

**N/A.**

**Records reviewed:**

**The PMR consulting physician report by Dr. Klein dated February 3, 2021 was reviewed. At that time the claimant had chronic low back pain with left sciatic symptoms. Diagnoses leading to impairment included lumbar degenerative disc disease, chronic low back pain, hip osteoarthritis, and a prior right hip replacement. Restrictions and limitations through PMR were supported.**

**Orthopedic notes from Dr. Dirig from February 8, 2019 through June 9, 2019 describe the claimant undergoing a right total hip replacement and being noted to have hepatitis C. The claimant reportedly made a good recovery from his total hip replacement.**

Orthopedic notes from Dr. Jennifer Mendoza and Marco Mendoza dated from February 15, 2019 through September 19, 2019 describe the claimant as having lumbar spondylosis, low back pain, and lumbar degenerative disc disease, which was felt to be nonsurgical. It was treated with physical therapy and epidural steroid injections. The claimant underwent radiofrequency ablations from L3 to L5.

ER notes from September 19, 2020 describe the claimant being evaluated for worsening of low back pain and left sciatica. He was noted to be status post right total hip replacement. The claimant has had low back pain with sciatic symptoms intermittently dating back to 2009. Pain was worse with bending, or flexion and extension of the left hip. The claimant was treated with a Medrol Dosepak, and he was referred to neurosurgery.

Neurosurgical records by PA Callahan, PA Nishihira and Dr. Song were available for review from November 6, 2020 through April 29, 2021. The claimant was seen for low back pain with left sciatica presenting with left leg weakness. The left leg was diffusely weak and and an EMG showed evidence of L5 greater than L4 abnormalities. Nerve conductions were normal. MRIs showed evidence of changes compatible with the lumbar radiculopathy presentation. On February 24, 2021 after failing conservative management, the claimant underwent neurosurgical L4-5 decompressive discectomy and L4 transpedicular decompression. As of April 29, 2021, the claimant was described as dramatically improved with mild residual weakness of the left EHL. Reflexes and sensation had returned to normal, and the wound appeared to be healing well. The plan was to continue home exercises, and reassess upon follow-up.

Primary care notes from Dr. Gerard Halaska from January through March 2019, describe the claimant having received Injections by orthopedics for osteoarthritis of the hips, right worse than left. G.I. evaluations for hepatitis C were ordered and the claimant was noted to have had modestly elevated liver function tests, and a prior history of alcohol consumption.

An orthopedic report by Dr. Christopher Cenac dated April 3, 2019 describes the claimant as being a chief engineer on a supply/tugboat who experienced an injury in a boating accident when he was struck by a wave and hit a buoy. He has been unable to work since. The claimant has been treated by physical therapy and has had MRIs done of the lumbosacral spine. He was diagnosed with significant lumbar degenerative disc disease and osteoarthritis of the hips. He was deemed unreliable returned to work as a chief engineer on the boat given his chronic medical findings.

Electronically signed

Dr. Jonathon Markovitz MD

Board certified in Neurology

# F A X   S H E E T

| | |
|---|---|
| Date: | May-20-2021 02:45:59 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 16035590310 |
| To Company: | |
| From Name: | Garman,Shayla |
| From Company: | Advanced Neurosurgery |
| From Facility: | Advanced Neurosurgery |
| Support Contact: | |
| Number of Page(s): | 39 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Lincoln/Wofford 0446



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 13, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 7, 2020 through present.

We ask that you provide this information by May 27, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me using the information below.

1 of 2

Lincoln/Wofford 0447

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2020

2 of 2

Lincoln/Wofford 0448



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)     Wayne Wofford

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: __ _____ Claim Number: __9007521__

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0449**

WOFFORD, Wayne DOB:　　　(60 yo M) Acc No. 31213 DOS: 04/29/2021



# Advanced Neurosurgery

**Wofford, Wayne**
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

04/29/2021　　　　　　　　Progress Note: Michael H Song, MD.

## Current Medications
Taking
- acetaminophen-oxycodone 325 mg-10 mg tablet 1 tab(s) orally every 6 hours prn pain, Unable to E-scribe, Hardship Exemption form filed with NV State Medical Association Board
- Norco
Medication List reviewed and reconciled with the patient

## Past Medical History
Alcoholism.
High blood pressure.

## Surgical History
right hip replacement 2019
Left L4-5 MD with Left L4 TP 2/24/21

## Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

## Social History
no Caffeine.

## Review of Systems
ROS General: Denies weight change, loss of appetite, fever, or night sweats.
Cardiology/Pulmonology: Denies chest pain, palpitations, syncope, shortness of breath, or difficulty breathing.
GI: Denies nausea, vomiting, constipation, difficulty swallowing, or hoarseness of voice.
neurology: Denies dizziness, lightheadedness, double vision or

## Reason for Appointment
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

## History of Present Illness
Post Op:
　Surgery Left L4-5 MD with Left L4 TP 2/24/21.
History of Present Illness:
　The patient is a 60-year-old male presenting for a postoperative visit. He complains of low back pain radiating to left leg, left leg numbness, tingling, and weakness. Patient still has occasional sciatica but overall he has dramatically improved. The patient is here for a 2-month follow-up for left-sided decompression at L4-L5 and L4 transpedicular for an EMG that shows an active denervation.

## Vital Signs
BMI 26.50, Height 71, Weight 190.

## Examination
General:
　Neurological Exam:

General appearance: NAD, pleasant
　HEENT: normocephalic
　Neck: supple
　Musculoskeletal: Gait is tandem, stable.
　Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
　Neurological:
　Awake, Alert, Oriented x 4.
　Motor strength:
　Iliopsoas 5/5 right, 5/5 left.
　Quadriceps 5/5 right, 5/5 left.
　Tibialis Anterior 3/5 right, 4+/5 left.
　Hamstrings 5/5 right, 5/5 left

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 5/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX　　* ANI:17753236118 * DURATION (mm-ss):38-48

**Lincoln/Wofford 0450**

WOFFORD, Wayne DOB:     (60 yo M) Acc No. 31213 DOS: 04/29/2021

seizures.
Denies HA or positional HA.
Denies saddle anesthesia, urinary
attention or loss of bowel or bladder.
Denies new pain, numbness,
weakness.

Extensor hallucis longus 5/5 right, 5/5 left
Gastrocnemius, soleus 5/5 right, 5/5 left
Sensation:
RLE: Inctact to light touch throughout.
LLE: Intact to light touch throughout
DTRs Right 2+ patellar, Achilles'
Left 2+ patellar, Achilles'

General appearance: NAD, pleasant
HEENT: normocephalic
Neck: supple
Musculoskeletal: Gait is stable.
Incision: Looks great, healing well, clean, dry and intact without
erythema, induration, drainage, or open areas.
Neurological:
Awake, Alert, Oriented x 4.
Decreased pin prick in the left L5 distribution.
Motor strength:
Iliopsoas: 5/5 right, 5/5 left.
Quadriceps: 5/5 right, 5/5 left.
Tibialis Anterior: 5/5 right, 5/5 left.
Hamstrings: 5/5 right, 5/5 left
Extensor hallucis longus: 5/5 right, 4+/5 left
Gastrocnemius, soleus: 5/5 right, 5/5 left
Dorsiflexion: 4/5, left
Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs
RIGHT: 2+ patellar, Achilles'
LEFT: 2+ patellar, Achilles'.

Assessments
1. Other intervertebral disc degeneration, lumbar region - M51.36
(Primary)
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication -
M48.061
4. Other intervertebral disc displacement, lumbar region - M51.26
5. Foot drop, left foot - M21.372
6. Other acute postprocedural pain - G89.18

M 51.26
Overall, the patient is doing much better. He still has some weakness
in the left foot. However, it is much better than I first saw him. He
went from 4- to 4++. I would recommend continuing the home
exercise program. I do not feel that he needs a brace.

Treatment

Progress Note: Michael H Song, MD. 04/29/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 6/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX * ANI:17753236118 * DURATION (mm-ss):38-48

Lincoln/Wofford 0451

WOFFORD, Wayne DOB:  (60 yo M) Acc No. 31213 DOS: 04/29/2021

**1. Others**
Notes:

Case d/w Dr. Song. The patient agrees with the treatment plan and all questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.
Scribe Attestation:
The patient and family/friends if present were appraised of the use of a scribe through remote viewing and all parties consented to conducting the visit in this manner. Documentation assistance provided Moshera Alam Khan, scribing for Dr. Michael Song H, on 04/29/2021.

Provider attestation:
I, Dr. Michael Song H, personally performed the services described in this documentation, and it is both accurate and complete..

Procedure Codes
99024 POSTOP FOLLOW-UP VISIT

Electronically signed by Michael Song , M.D. on 05/20/2021 at 02:43 PM PDT

Sign off status: Pending

---

Advanced Neurosurgery
10900 Professional Circle
Suite 101
Reno, NV 89521
Tel: 775-323-5100
Fax: 775-323-5118

Progress Note: Michael H Song, MD.  04/29/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PAGE 7/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX  * ANI:17753236118 * DURATION (mm-ss):38-48

Lincoln/Wofford 0452

WOFFORD, Wayne DOB:      (60 yo M) Acc No. 31213 DOS: 03/11/2021

# Advanced Neurosurgery

Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

03/11/2021      Appointment Provider: Michael Callahan, PA

**Current Medications**
Taking
* Norco
Medication List reviewed and reconciled with the patient

**Past Medical History**
Alcoholism.
High blood pressure.

**Surgical History**
right hip replacement 2019
Left L4-5 MD with Left L4 TP 2/24/21

**Family History**
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

**Social History**
no Caffeine.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
ROS General: Denies weight change, loss of appetite, fever, or night sweats.
Cardiology/Pulmonology: Denies chest pain, palpitations, syncope, shortness of breath, or difficulty breathing.
GI: Denies nausea, vomiting, constipation, difficulty swallowing, or hoarseness of voice.
neurology: Denies dizziness,

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
Post Op:
     Surgery Left L4-5 MD with Left L4 TP 2/24/21.
General:
     This patient presents for a two week post operative visit status post lumbar laminectomy/decompression.
     The patient states that since surgery lowback pain and lower extremity pain, numbness, and tingling have improved.
     The patient states that there is no worsened pain, numbness, tingling, or weakness in the lower extremities. The patient denies low back pain, lower extremity pain, SOB, chest pain, worsened pain/numbness/tingling, weakness or fevers, wound drainage or erythema. Patient is ambulatory, voiding without difficulty, and pain is well controlled on current medication.

**Vital Signs**
BMI 26.50, Height 5 ft 11 in, Weight 190.

**Examination**
General:
     Neurological Exam:

General appearance: NAD, pleasant
     HEENT: normocephalic
     Neck: supple
     Musculoskelatal: Gait is tandem, stable.
     Incision: Looks great, healing well, clean, dry and intact without erythema, induration, drainage, or open areas.
     Neurological:
     Awake, Alert, Oriented x 4.
     Motor strength:
     Iliopsoas 5/5 right, 5/5 left.

Progress Note: Michael Callahan, PA 03/11/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Lincoln/Wofford 0453**

WOFFORD, Wayne DOB:  (60 yo M) Acc No. 31213 DOS: 03/11/2021

lightheadedness, double vision or seizures.
Denies HA or positional HA.
Denies saddle anesthesia, urinary retention or loss of bowel or bladder.
Denies new pain, numbness, weakness.

Quadriceps 5/5 right, 5/5 left.
Tibialis Anterior 5/5 right, 4+/5 left.
Hamstrings 5/5 right, 5/5 left
Extensor hallucis longus 5/5 right, 5/5 left
Gastrocnemius, soleus 5/5 right, 5/5 left
Sensation:
RLE: Intact to light touch throughout.
LLE: Intact to light touch throughout
DTRs Right 2+ patellar, Achilles'
Left 2 + patellar, Achilles'

## Assessments
1. Other intervertebral disc degeneration, lumbar region – M51.36 (Primary)
2. Radiculopathy, lumbar region – M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication – M48.061
4. Other intervertebral disc displacement, lumbar region – M51.26
5. Foot drop, left foot – M21.372
6. Other acute postprocedural pain – G89.18

The above patient comes in today for a two week post-op evaluation. The patient is overall doing very well. There are no new complaints or neurologic deficits.
At this time, I recommend the patient return to clinic in 4 weeks.
Same activity restrictions remain including no bending, lifting limited 10 pounds, twisting.
Continue ambulating 4-5 times daily with good posture.
Daily over-the-counter stool softeners while on narcotic medication were recommended.
OK to drive if not taking muscle relaxers or narcotics.
DEA reviewed and prescriptions refilled as appropriate.
The patient will return to clinic in 4 weeks.

## Treatment
**1. Other acute postprocedural pain**
Start acetaminophen-oxycodone tablet, 325 mg-10 mg, 1 tab(s), orally, every 6 hours prn pain, Unable to E-scribe, Hardship Exemption form filed with NV State Medical Association Board, 15 days, 60, Refills 0

**2. Others**
Notes:
Case d/w Dr. Song. The patient agrees with the treatment plan and all questions were answered and agrees to call the office if symptoms worsen, change, or new symptoms arise. Thank you for allowing me to participate in the care of this patient.

Progress Note: Michael Callahan, PA  03/11/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 9/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX  * ANI:17753236118 * DURATION (mm-ss):38-48

Lincoln/Wofford 0454

WOFFORD, Wayne DOB:     (60 yo M) Acc No. 31213 DOS: 03/11/2021

**Procedure Codes**
**99024 POSTOP FOLLOW-UP VISIT**

Appointment Provider: Michael Callahan, PA

Electronically signed by Michael Callahan , PA on
05/20/2021 at 02:43 PM PDT

Sign off status: Pending

Advanced Neurosurgery
10509 Professional Circle
Suite 101
Reno, NV 89521
Tel: 775-323-6100
Fax: 775-323-6118

Progress Note: Michael Callahan, PA   03/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Wofford 0455

WOFFORD, Wayne DOB:      (60 yo M) Acc No. 31213 DOS: 02/23/2021

# Advanced Neurosurgery

Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

02/23/2021            Appointment Provider: Alyssa Nishihira, PA

## Current Medications
None

## Past Medical History
Alcoholism.
High blood pressure.

## Surgical History
right hip replacement 2019

## Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

## Social History
no Caffeine.

## Review of Systems
General: Denies weight change, loss of appetite, fever, or night sweats.
Cardiology/Pulmonology: Denies chest pain, shortness of breath, or difficulty breathing.
GI: Denies nausea, vomiting, constipation.
Neurology: Denies HA or positional HA.
Denies saddle anesthesia, urinary retention or loss of bowel or bladder.
Denies new pain, numbness, weakness.

## Reason for Appointment
1. Patient was seen and examined in pre-op. History and physical exam are current; no changes needed
2. Low back pain radiating to left leg
3. Left leg numbness/tingling/weakness

## History of Present Illness
History of Present Illness:
    Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen or tho for his left hip recently.
    He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.
Spinal Treatment:

Lincoln/Wofford 0456

WOFFORD, Wayne DOB:                    (60 yo M) Acc No. 31213 DOS: 02/23/2021

10/16/19 caudal ESI with Dr. Goode
12/23/2020 L3-4, L4-5 TF ESI Randall Goode, MD.

**Vital Signs**
BMI 26.50, Height 5 ft 11 in, Weight 190.

**Examination**
General:
    Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive
device
Tandem gait is steady
        Unable to walk on heels without difficulty
        Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on
standing

LUMBAR:
        No midline spine tenderness
        No paraspinal tenderness
        Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
        Negative Trendelenburg
        No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar
and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally
diminished left L4
↔ FABER
Negative SLR, CSLR
. Imaging Studies
1/4/21 EMG Dr. Mullen

Results: Nerve conduction studies were performed using superficial
electrodes of the bilateral lower extremities. There was no evidence for
conduction delays, conduction block or decreased amplitudes of the
potentials recorded. Both motor and sensory studies were performed. (for
specific nerves tested)

Progress Note: Alyssa Nishibira, PA   02/23/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0457

WOFFORD, Wayne DOB:                    (60 yo M) Acc No. 31213 DOS: 02/23/2021

An EMG analysis was performed utilizing monopolar needles in the bilateral lower limbs. This study was abnormal. Patient had an acute denervation findings with positive sharp waves throughout the proximal and distal he innervated L5 musculature. There were a few large polyphasic motor unit next potentials but most of the nerve damage is fairly recent (within the past three months.) The patient also had polyphasic motor unit action potentials and the left L4 innovated muscle groups but no evidence for denervation.

**Discussion:**

The patients findings are consistent with acute on chronic eft L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation.

**11/5/20 MRI L spine @ CTH**
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.
Segmental analysis:
L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable.
There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3
root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal
annular fissuring associated with circumferential bulge of the annulus combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater than

PAGE 13/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX      * ANI:17753236118 * DURATION (mm-ss):38-48

Lincoln/Wofford 0458

WOFFORD, Wayne DOB:          (60 yo M) Acc No. 31213 DOS: 02/23/2021

10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild
left lateral recess narrowing. This is in close proximity to the descending left L4 root but does not actually appear to compress the nerve root.
L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of
the annulus associated with mildly enlarged bony facets results in no significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a new
small extruded disc component projecting posterior laterally to the left with cephalad migration contributing to cause mild stenosis of the supra articular left lateral recess. This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the patient's reported
symptoms.
3. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left at L3-4 abutting the far
lateral foraminal segment of the left L3 root. No other site of significant stenosis or left-sided neural impingement is demonstrated.
**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring
although the disc spaces are maintained. No dynamic instability on flexion and
extension views. Posterior elements appear intact. Aortoiliac atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

Assessments
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Other intervertebral disc degeneration, lumbar region - M51.36
4. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
5. Foot drop, left foot - M21.372

Progress Note: Alyssa Nishihira, PA  02/23/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0459

WOFFORD, Wayne DOB:            (60 yo M) Acc No. 31213 DOS: 02/23/2021

### 6. PREOP EXAM UNSPCF - V72.84

Patient has left leg sciatica and left foot drop and a left L4,5 disc herniation with rostral extrusion and an EMG that shows acute on chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4,5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral component.
Risks, benefits, options discussed.
Will schedule left L4,5 microdiscectomy and a left L4 transpedicular decompression.
Patient wants to proceed.

### Treatment
### 1. PREOP EXAM UNSPCF
Notes: Thank you so much for allowing me to participate in this patient's care. We discussed any questions they had. I discussed the benefits of the procedure, the procedure itself, pre-operative care, postoperative care, hospital care, and the risks within my scope of practice. The risks include, but are not limited to infection, bleeding, CSF leak, death, coma, paralysis, incontinence, adjacent level disease, risk of needing another operation, blood transfusion, weakness, and reoperation. The patient wants to proceed with the proposed procedure. I also asked the patient to present a complete and detailed list of all current medications. I instructed him not to take any plavix, Coumadin, heparin, aspirin, NSAIDs 10 days prior to surgery, unless directed otherwise. I also recommened making an appointment with their primary care physician to get medical clearance for the procedure. I also told the patient that they will need to have a blood test, EKG, and CXR within 3 weeks of surgery. I also urged them to visit the web site, www.advancedneurosurgery.net, for additional information regarding the procedure, as well as, preoperative and post operative instructions. I encouraged them to call with any questions or concerns, and that our surgery scheduler will be contacting them soon with further instructions..

Follow Up
2 Weeks following surgery

Appointment Provider: Alyssa Nishihira, PA

Electronically signed by Alyssa xzzNishihira , PA-C on 05/20/2021 at 02:43 PM PDT

Sign off status: Pending

---

Lincoln/Wofford 0460

WOFFORD, Wayne DOB:                    (60 yo M) Acc No. 31213 DOS: 02/23/2021

Advanced Neurosurgery
10509 Professional Circle
Suite 101
Reno, NV 89521
Tel: 775-323-6000
Fax: 775-323-6118

Progress Note: Alyssa Nishihira, PA   02/23/2021
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0461

WOFFORD, Wayne DOB:        (60 yo M) Acc No. 31213 DOS: 02/04/2021

# Advanced Neurosurgery

**Wofford, Wayne**
60 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

02/04/2021                           Progress Notes: Michael H Song, MD.

**Current Medications**
None

**Past Medical History**
Alcoholism.
High blood pressure.

**Surgical History**
right hip replacement 2019

**Family History**
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

**Social History**
no Caffeine.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
History of Present Illness:
   Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen or tho for his left hip recently.
   He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.
Spinal Treatment:
   10/16/19 caudal ESI with Dr. Goode
   12/23/2020 L3-4, L4-5 TF ESI Randall Goode, M D.

**Lincoln/Wofford 0462**

WOFFORD, Wayne DOB: (60 yo M) Acc No. 31213 DOS: 02/04/2021

**Vital Signs**
BMI 26.50, Height 71, Weight 190.

**Examination**
General:
   Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive device
Tandem gait is steady
      Unable to walk on heels without difficulty
      Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on standing

LUMBAR:
      No midline spine tenderness
      No paraspinal tenderness
      Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
      Negative Trendelenburg
      No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally diminished left L4
++ FABER
Negative SLR, CSLR
. Imaging Studies
2/4/21 EMG Dr. Mullen

**Results:** Nerve conduction studies were performed using superficial electrodes of the bilateral lower extremities. There was no evidence for conduction delays, conduction block or decreased amplitudes of the potentials recorded. Both motor and sensory studies were performed. (For specific nerves tested)

An EMG analysis was performed utilizing monopolar needles in the bilateral lower limbs. This study was abnormal. Patient had an acute denervation findings with positive sharp waves throughout the proximal

Lincoln/Wofford 0463

WOFFORD, Wayne DOB:      (60 yo M) Acc No. 31213 DOS: 02/04/2021

and distal he innervated L5 musculature. There were a few large polyphasic motor unit next potentials but most of the nerve damage is fairly recent (within the past three months.) The patient also had polyphasic motor unit action potentials and the left L4 innovated muscle groups but no evidence for denervation.

**Discussion:**

The patients findings are consistent with acute on chronic off L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation.

**11/5/20 MRI L spine @ CTH**
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.
Segmental analysis:
L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable.
There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3
root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal
annular fissuring associated with circumferential bulge of the annulus combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater than
10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild

Progress Note: Michael H Song, MD. 02/04/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 19/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX  * ANI:17753236118 * DURATION (mm-ss):38-48

**Lincoln/Wofford 0464**

WOFFORD, Wayne DOB:        (60 yo M) Acc No. 31213 DOS: 02/04/2021

left lateral recess narrowing. This is in close proximity to the descending
left L4 root but does not actually appear to compress the nerve root.
L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of
the annulus associated with mildly enlarged bony facets results in no
significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1,
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5
causing bilateral lateral recess and foraminal narrowing abutting the descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a new
small extruded disc component projecting posterior laterally to the left with
cephalad migration contributing to cause mild stenosis of the supra articular
left lateral recess. This is in close proximity to the left L4 root proximal to
its exiting foramen and may have some contribution to the patient's reported
symptoms.
3. Spondylosis at the remaining lumbar levels has remained stable. This
includes lateral component of disc bulging to the left at L3-4 abutting the far
lateral foraminal segment of the left L3 root. No other site of significant
stenosis or left-sided neural impingement is demonstrated.
**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring
although the disc spaces are maintained. No dynamic instability on flexion and
extension views. Posterior elements appear intact. Aortoiliac atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

Assessments
1. Other intervertebral disc displacement, lumbar region - M51.26 (Primary)
2. Other intervertebral disc degeneration, lumbar region - M51.36
3. Radiculopathy, lumbar region - M54.16
4. Spinal stenosis, lumbar region without neurogenic claudication - M48.061
5. Foot drop, left foot - M21.372

Patient has left leg sciatica and left foot drop and a left L4,5 disc
herniation with rostral extrusion and an EMG that shows acute on

Progress Note: Michael H Song, MD.    02/04/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0465

WOFFORD, Wayne DOB:            (60 yo M) Acc No. 31213 DOS: 02/04/2021

chronic left L5 radiculopathy with denervation and left L4 radiculopathy. He needs a left L4,5 microdiscectomy and a left L4 transpedicular decompression to treat the rostral component. Risks, benefits, options discussed.
Will schedule left L4,5 microdiscectomy and a left L4 transpedicular decompression.
Patient wants to proceed.

Electronically signed by Michael Song , M.D. on 05/20/2021 at 02:43 PM PDT

Sign off status: Pending

Advanced Neurosurgery
10909 Professional Circle
Suite 101
Reno, NV 80521
Tel: 775-323-6400
Fax: 775-323-6418

Progress Note: Michael H Song, MD.   02/04/2021
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 21/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX      * ANI:17753236118 * DURATION (mm-ss):38-48

**Lincoln/Wofford 0466**

WOFFORD, Wayne DOB:          (60 yo M) Acc No. 31213 DOS: 11/06/2020

# Advanced Neurosurgery

Wofford, Wayne
60 Y old Male, DOB:
Account Number: 31213

Home
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

11/06/2020                          Appointment Provider: Alyssa Nishihira, PA

**Current Medications**
None

**Past Medical History**
Alcoholism.
High blood pressure.

**Surgical History**
right hip replacement 2019

**Family History**
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, diagnosed with Cancer
4 brother(s).

**Social History**
no Caffeine.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General:
  no Weight change. no Loss of appetite. no Fever. no Fatigue. no Night sweats.
Pain:
  Low back pain Yes.
Cardiology:
  no Chest pain. no Palpitations. no Leg swelling. no Dizziness. no Shortness of breath.
ENT/respiratory:
  no Cold. no Hearing loss. no Change in voice. no Sore throat. no Ringing in ears. no Drooling. no Dizziness. no Shortness of breath. no Difficulty swallowing. no Sinus problems. no wheezing.
Gastroenterology:

**Reason for Appointment**
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

**History of Present Illness**
Physical Therapy, Anti-inflammatories, Massage:
    10/16/19 caudal ESI with Dr. Goode
    Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen or the for his left hip recently.
    He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.

**Vital Signs**
BMI 26.50, Height 5 ft 11 in, Weight 190.

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Lincoln/Wofford 0467**

WOFFORD, Wayne DOB:            (60 yo M) Acc No. 31213 DOS: 11/06/2020

no Nausea. no Heartburn. no Vomiting. no Difficulty swallowing. no Abdominal pain. no Diarrhea. no Constipation. no Blood in stool.

Hematology:
no Blood transfusion. no Easy bruising.

Neurology:
no Headache. no Tingling numbness. no Seizure. no Dizziness. no Memory problems. no Tremors.

Examination
General:
Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive device
Tandem gait is steady
Unable to walk on heels without difficulty
Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on standing

LUMBAR:
No midline spine tenderness
No paraspinal tenderness
Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
Negative Trendelenburg
No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally diminished left L4
++ FABER
Negative SLR, CSLR
. Imaging Studies
11/5/20 MRI L spine @ CTH
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.
Segmental analysis:

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0468

WOFFORD, Wayne DOB:              (60 yo M) Acc No. 31213 DOS: 11/06/2020

L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable.
There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior
elements are unremarkable. There is no significant stenosis or neural
impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc
bulging lateralized to the left effaces the thecal sac at. Posterior elements
are mildly enlarged. This results in mild left sided foraminal narrowing,
contacting but not compressing the far lateral foraminal segment of the left
L3
root. There is no significant canal, lateral recess or right foraminal
stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing,
dorsal
annular fissuring associated with circumferential bulge of the annulus
combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral
recess and caudal foraminal narrowing abutting the descending bilateral L5
roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater
than
10 mm. There is a new small extruded disc herniation projecting posterior
laterally to the left migrating upward behind the L4 vertebral body causing
mild
left lateral recess narrowing. This is in close proximity to the descending
left L4 root but does not actually appear to compress the nerve root.
L5-S1: Mild-to-moderate disc desiccation with minimal circumferential
bulge of
the annulus associated with mildly enlarged bony facets results in no
significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5
causing bilateral lateral recess and foraminal narrowing abutting the
descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a
new
small extruded disc component projecting posterior laterally to the left with
cephalad migration contributing to cause mild stenosis of the supra articular
left lateral recess. This is in close proximity to the left L4 root proximal to
its exiting foramen and may have some contribution to the patient's
reported
symptoms.
3. Spondylosis at the remaining lumbar levels has remained stable. This
includes lateral component of disc bulging to the left at L3-4 abutting the
far
lateral foraminal segment of the left L3 root. No other site of significant
stenosis or left-sided neural impingement is demonstrated.

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0469

WOFFORD, Wayne DOB:                    (60 yo M) Acc No. 31213 DOS: 11/06/2020

**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring
although the disc spaces are maintained. No dynamic instability on flexion and
extension views. Posterior elements appear intact. Aortoiliac atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

Assessments
1. Other intervertebral disc degeneration, lumbar region - M51.36
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication - M48.061

It was a pleasure to see Wayne in clinic today. He is a very pleasant
59-year-old male here today for a neurosurgical evaluation.
He states his symptoms date back to a work-related injury in 2018.
He states that he has an open work comp claim but all of his
treatment is being done under his health insurance. With regard to
his left lower extremity complaints, I think partially his symptoms
are related to his left hip and I would recommend ortho evaluation
for this as there is severe joint space narrowing of the left hip seen on
the AP lumbar x-rays. Furthermore, I also recommend EMG of the
bilateral lower extremities to assess for any acute radiculopathy. The
patient's MRI demonstrates a disc herniation at L4-L5 as well as at
L3-L4. The patient does appear symptomatic in the L3, L4, and L5
distributions. He does have weakness with dorsiflexion. I would like
to order a CT as well as the disc at L4-L5 appears that it may be
partially calcified. At this point, the patient would like to consider
surgery. However, for symptomatic relief, we would recommend left
L4-L5 and L3-L4 transforaminal epidural steroid injections. At this
point, the patient is in agreement with the treatment plan. He would
like to come back in 6-8 weeks.
Alyssa Nishihira, PA-C
AN/jld.

Treatment
**1. Other intervertebral disc degeneration, lumbar region**
     IMAGING: CT lumbar spine w/o contrast
Referral To: Dr. Jay Betz
          Reason: ASAP EMG BLE

Referral To: Randall Goode
          Reason: Left L3-4, L4-5 TF ESI

Progress Note: Alyssa Nishihira, PA    11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0470

WOFFORD, Wayne DOB:          (60 yo M) Acc No. 31213 DOS: 11/06/2020

Referral To:Bruce Mullen
        Reason:EMG BLE

**2. Radiculopathy, lumbar region**
Referral To:Dr. Jay Betz
        Reason:ASAP EMG BLE

Referral To:Randall Goode
        Reason:Left L3-4, L4-5 TF ESI

Referral To:Bruce Mullen
        Reason:EMG BLE

**3. Spinal stenosis, lumbar region without neurogenic claudication**
Referral To:Dr. Jay Betz
        Reason:ASAP EMG BLE

Referral To:Randall Goode
        Reason:Left L3-4, L4-5 TF ESI

Referral To:Bruce Mullen
        Reason:EMG BLE

**4. Others**
Referral To:. Tahoe Fracture
        Reason:Left Hip eval/treat (w/ Dr. Dirig)

Appointment Provider: Alyssa Nishihira, PA

Electronically signed by Alyssa zzzNishihira , PA-C on 05/20/2021 at 02:43 PM PDT

Sign off status: Pending

Advanced Neurosurgery
10509 Professional Circle
Suite 101
Reno, NV 89511
Tel: 775-323-6400
Fax: 775-323-6418

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0471

02/04/2021 12:21 7758838987 SPINE CARE PAGE 01/05

## Spine Care and Rehabilitation 755 N. Roop St, 112, Carson City, NV      New Patient EMG Note
89701-9107

## WAYNE WOFFORD
MRN :

Birthday : 1961-01-19

Phone :

Visited on: 2021 Feb 03 15:20 (Age at visit: 60 years)      Electronically signed by: BRUCE MULLEN, MD on 2021-02-04 11:17 AM

| | |
|---|---|
| **Identification** | The patient is a 60 year old male referred over by Alyssa Nishihira for an EMG of the bilateral lower extremities |
| **Chief Complaint** | 1. Low back pain with left leg pain. |
| **History of Present Illness** | The patient initially injured his lower back in December 2018 when a large wave knocked him over. He said persistent low back pain with intermittent the left lower extremity pain and numbness. He also has a history of hip osteoarthritis and underwent a total hip replacement on the right side it may eventually require a hip replacement on the left side.

The patient was seen by Dr. good he underwent a trial of caudal epidural injection with no temporary or long-term benefit.

The patient had an MRI scan of the lumbar spine November 2020. This demonstrated mild desiccation and dorsal annular fissuring between L1/L2, L2/L3, and L3/4. At L4/5 he had moderate degenerative disc disease this is also present at L5/S1 AP diameter at that level was 10 mm.

He is here today for electro diagnostic studies of the bilateral lower limbs to assess the extent of his radiculopathy. |
| **Medications** | No known medications |
| **Allergies** | penicillin ( ) |
| **ROS** | Constitutional: (-)fever, (-)night sweats, (-)chills
Musculoskeletal: (+)muscle pain, (+)back pain, (+)tender points
Psychiatric: (-)suicidal ideation, (-)hopelessness, (-)worthlessness |
| **Physical Exam** | GEN: NAD
NECK: supple, NT, FROM
RESP: lungs clear to auscultation bilaterally, no rales, wheezes or rhonchi, nonlabored breathing, no use of accessory of muscles of respiration
CV: RRR, no m/r/g
GI: +BS, nontender to palpation, no masses, no HSM
DERM: skin warm and dry
EXT: no cyanosis/clubbing/edema
NEURO: AO x 3
PSYCH: judgment/insight intact, NL mood/affect |
| **Mental/Functional** | The patient's speech was normal, sharing conversation with normal laryngeal efforts. Appropriate mood and affect were seen on exam. Thought processes were logical, relevant, and thoughts were completed normally. Thought content was normal. Thought content was normal with no psychotic or suicidal thoughts. The patient's judgement was realistic with normal insight into their present condition. Mental status included: correct time, place, person orientation, normal recent and remote memory, normal attention span |

Printed on: 2021 Feb 04 11:19      Page 1 of 2
Note created using Kareo

Lincoln/Wofford 0472

## Spine Care and Rehabilitation 755 N. Roop St. #12, Carson City, NV 89701-9107

## New Patient EMG Note

## WAYNE WOFFORD
MRN :

Birthday :         Phone :

Visited on: 2021 Feb 03 1520 (Age at visit: 60 years)     Electronically signed by: BRUCE MULLEN, MD on 2021-02-04 11:17 AM
and concentration ability. Language skills included the ability to correctly name objects.
Fund of knowledge included normal awareness of current and past events.

| | |
|---|---|
| **Electrodiagnostic / Nerve Conduction Results** | Nerve conduction studies were performed using superficial electrodes of the bilateral lower extremities. The was no evidence for conduction delays , conduction block, or decreased amplitudes of the potentials recorded. Both motor and sensory studies were performed. (for specific nerves tested see attached data report) |
| | An EMG analysis was performed utilizing monopolar needles in the bilateral lower limbs. This study was abnormal. Patient had acute denervation findings with positive sharp waves throughout the proximal and distal he innervated L5 musculature. There were a few large polyphasic motor unit next potentials but most of the nerve damage is fairly recent (within the past three months.) The patient also had polyphasic motor unit action potentials and the left L4 innovated muscle groups but no evidence for denervation. |
| **Discussion** | The patient is findings are consistent with acute on chronic left L5 radiculopathy with ongoing denervation. He also has findings for reinnervation in the left L4 musculature but no active denervation. |
| **Impression** | Lumbar radiculopathy (disorder) (M54.16/724.4) Radiculopathy, lumbar region modified 3 Feb. 2021 |
| **Recommendations** | The patient will follow-up with Dr. Song's office. I am worried about the significant left ankle dorsiflexion weakness with his ongoing denervation. |

**Lincoln/Wofford 0473**

02/04/2021  12:21  7758610907                    SPINE CARE                          PAGE  03/05



2/3/2023  4:14:16 PM

# SPINECARE AND REHABILITATION
### BRUCE E. MULLEN, M.D.
### 755 North Roop St., Suite 112
### (775) 883-7938   Fax (775)883-0907

**Patient:** Wofford, Wayne                    **Physician:** Mullen

**ID#:**  WOFFORD_WAYNE_21020

**Sex:** Male                                  **Ref Phys:** Nishihira

---

**Patient History Left leg pain and weakness.**

## ELECTRODIAGNOSTIC RESULTS

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Pws | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | PeroneusLong | Sup Br Peron | L5-S1 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | LatGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | MedGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | Ext Dig Long | Dp Br Peron | L5-S1 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | BicepsFemS | Sciatic | L5-S1 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 1+ | Nml | Nml | |
| Left | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 1+ | Nml | Nml | |
| Left | GluteusMax | InfGluteal | L5-S2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | GluteusMed | SupGluteal | L4-S1 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | L5 Parasp | Rami | L5 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Right | PeroneusLong | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | LatGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | MedGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Ext Dig Long | Dp Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | BicepsFemS | Sciatic | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | GluteusMed | SupGluteal | L4-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | L5 Parasp | Rami | L5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 6.17 | <6.0 | 9.49 | >3.0 | 4.06 | Knee-Ankle | 10.86 | 40 | 36.85 | >41.0 |
| Knee | | 17.03 | | 6.63 | | 4.22 | | | | | |
| **Right Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 6.56 | <6.0 | 12.12 | >3.0 | 3.44 | Knee-Ankle | 8.91 | 40 | 44.89 | >41.0 |
| Knee | | 15.47 | | 7.17 | | 5.11 | | | | | |
| **Left Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 4.30 | <5.5 | 2.89 | >2.5 | 8.36 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 4.14 | <5.5 | 4.16 | >2.5 | 11.07 | | | | | |

**Lincoln/Wofford 0474**

02/04/2021 12:21 7758630987 SPINE CARE PAGE 04/05

**Patient:** Wofford, Wayne     **Test Date:** 2/3/2021     p. 2

**Left Femoral (Rect Fem)**

Alngt.  2.89  2.81  )2.97

**Right Femoral (Rect Fem)**

Alngt.  3.91  3.62  14.06

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|----------------|--------------|---------------|--------------|--------------|-----------|-----------|----------------|
| **Left Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | | 5.59 | <4.0 | 14.83 | >75.0 | 14 cm-Lat Mall | 5.59 | | | |
| **Right Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | | 3.44 | <4.0 | 6.91 | >75.0 | 14 cm-Lat Mall | 3.44 | | | |

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (µV) |
|----|-----------|-----------|------------|----------|
| **Right Tibial H (Gastroc)** | | | | |
| | 36.90 | 0.00 | 36.90 | |
| **Left Tibial H (Gastroc)** | | | | |
| | 37.70 | 0.00 | 37.70 | |

## WAVEFORMS



Lincoln/Wofford 0475

Patient:   Wofford, Wayne          Test Date:   2/3/2021              p.  3



**Summary of Findings:** 1.  **Normal NCS of the lower limbs.  No evidence for compression neuropathy or peripheral neuropathy or Charcot Marie tooth dz.**

2.  Abnormal EMG study with acute deinnervation in the left L5 innervated muscles both proximally and distally.  Also note there is evidence for slight polyphasics in the left L4 innervated muscles c/w mild chronic Left L4 radiculopathy with reinnervation.

**Conclusions:  1.  Acute on chronic left L5 radiculopathy with active deinnervation with minimal reinnervation .**

2.  **Chronic >3 mths  Left L4 radiculopathy with reinnervation but no active deinnervation.**

Lincoln/Wofford 0476

Operative Reports

\* Final Report \*

WOFFORD, WAYNE C - NNM712755

| | |
|---|---|
| Result type: | Operative Reports |
| Result date: | February 24, 2021 13:04 PST |
| Result status: | Auth (Verified) |
| Result title: | Post Operative Note |
| Performed by: | Song MD, Michael on February 24, 2021 13:07 PST |
| Verified by: | Song MD, Michael on February 24, 2021 13:07 PST |
| Encounter info: | NNM0000051367282, NNM Center, Day Surgery, 2/24/2021 - 2/24/2021 |

# \* Final Report \*

**Indication for Surgery**
Left leg pain, weakness, tingling and numbness

**Preoperative Diagnosis**
Left L4-5 stenosis with rostral disc herniation up against the L4 pedicle

**Postoperative Diagnosis**
Same as preop

**Operation**
Lumbar Decompression Minimally Invasive, LEFT LUMBAR 4 TO 5 MICRODISCECTOMY AND LEFT LUMBAR 4 TRANSPEDICULAR DECOMPRESSION, Left

**Surgeon(s)**
Song MD, Michael (Surgeon)

**Assistant**
Nishihira, Alyssa PAC (Physician Assistant)

**Anesthesia Type and Anesthesiologist**
General

**Estimated Blood Loss**
Minimal

**Urine Output**
No Foley placed

**Findings**
Severe stenosis and broad-based partially calcified reft-sided L4-5 disc herniation with softer rostral disc herniation extending to the left L4 pedicle in the left L4 nerve root with significant ligamentum flavum hypertrophy up against the L4 nerve root posteriorly, stable SSEPs and EMGs, remote monitoring by NMA

**Specimen(s)**
None

**Complications**
None

**Technique**
Wayne Wofford is a 60-year-old male who presents with severe left L4 radiculopathy. He failed conservative treatment. Apparently Dr. Mendoza did not feel that there was anything surgical. The patient sought me for second opinion. Clearly the patient had evidence of L4 and L5 radiculopathy and L4 and L5 findings on his MRI. Surgery was recommended. Risks benefits options were discussed. The patient signed written informed consent. The patient was brought to the operating room and placed under general anesthesia. Needle electrodes were placed for baseline neuro monitoring signals. The patient was turned prone atop a radiolucent OSI table and all pressure points were padded. The back was shaved prepped and draped in the usual sterile fashion. Local anesthetic is eventrated the skin. A midline skin incision was centered over L4-5. The thoracolumbar fascia was incised. Intraoperative fluoroscopy demonstrated correct level. I used an AMA drill bit to create a hemilaminectomy on the left at L3-4 and a hemilaminectomy on the left at L4-5. I remove the entirety of the left side of the L4 lamina and I visualize

Printed by: Drum, Sherrece
Printed on: 3/11/2021 11:16 PST

Page 1 of 2

**Lincoln/Wofford 0477**

Operative Reports

WOFFORD, WAYNE C - NNM712755

* Final Report *

ligamentum flavum. A Kerrison 2 and Kerrison 3 punch was used to relieve severe stenosis and lateral recess stenosis over L4-5. The calcified disc herniation was appreciated and did not seem that removal of it or osteophytectomy was required at this point. I explored the thecal sac rostrally along the lateral border on the left. Further free fragment of disc herniation was appreciated traveling up along the lateral margin of the thecal sac and to the underside of the L4 nerve root. Fragments of disc herniation were removed. The left L4 and left L5 nerve roots were perfectly decompressed. Perfect hemostasis was achieved neuro monitoring signals were stable. The wound will be closed in anatomic layers and a sterile dressing will be applied.

**Signature Line**
Electronically Signed By: Song, Michael MD
On: 02.24.2021 13:07 PST

**Completed Action List:**
* Perform by Song MD, Michael on February 24, 2021 13:07 PST
* Sign by Song MD, Michael on February 24, 2021 13:07 PST
* VERIFY by Song MD, Michael on February 24, 2021 13:07 PST

Printed by: Drum, Sherrece
Printed on: 3/11/2021 11:16 PST

Page 2 of 2

**Lincoln/Wofford 0478**



**CHANGE**
**HEALTHCARE**

Patient Name: Wofford, Wayne C
DOB:
ID: 22036076(CTH (Epic))
Study Date: 04-Nov-2020 16:56

---

**Final Report**
**CR XR LUMBAR SPINE 4 OR MORE VIEWS**

EXAM: Lumbar spine radiographs, 5 views.

HISTORY: LOW BACK PAIN

COMPARISON: Lumbar spine MRI from January 19, 2019

FINDINGS: Vertebral body heights and alignment are maintained. No acute compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring although the disc spaces are maintained. No dynamic instability on flexion and extension views. Posterior elements appear intact. Aortoiliac atherosclerosis. Right hip arthroplasty in good alignment. Severe left hip degeneration.


IMPRESSION:


Mild lumbar spondylosis.

No acute lumbar spine compression fractures.

No instability.

Electronically Signed by: Earl Jay Landrito 11/4/2020 6:25 PM

**Signed by: Landrito, Earl Jay   Signed on: 04-Nov-2020 18:25**

Lincoln/Wofford 0479


**CHANGE**
**HEALTHCARE**

Patient Name: Wofford, Wayne C
DOB:
ID: 22036076(CTH (Epic))
Study Date: 04-Nov-2020 17:10

---

### Final Report
### MR MRI L SPINE WO IV CONT

EXAM: Lumbar spine MR without contrast.

TECHNIQUE: Multiplanar, multisequence MR images of the lumbar spine were performed in a routine fashion. No contrast was administered.

HISTORY: 59-year-old man experiencing lower back and posterior hip pain occasionally radiating down the left leg to the foot with associated weakness.

COMPARISON: MRI of the lumbar spine without contrast on January 19, 2019.

FINDINGS:

The spinal alignment remains normal. The vertebral bodies are intact without compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous endplate marrow signal alteration.

Distal spinal cord demonstrates normal morphology and signal. The conus is unremarkable and terminates at a normal level.

Paraspinal soft tissues are unremarkable.

Segmental analysis:

L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential disc bulging effaces the thecal sac at. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.

L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.

L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3 root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.

L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal annular fissuring associated with circumferential bulge of the annulus combines with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots and the exiting L4 roots. AP thecal sac diameter remains slightly greater than 10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild left lateral recess narrowing. This is in close proximity to the descending left L4 root but does not actually appear to compress the nerve root.

L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of the annulus associated with mildly enlarged bony facets results in no significant stenosis or neural impingement, unchanged.

IMPRESSION:

1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.

2. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a new small extruded disc component projecting posterior laterally to the left with

**Lincoln/Wofford 0480**

cephalad migration contributing to cause mild stenosis of the supra articular left lateral recess.  This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the patient's reported symptoms.

3.  Spondylosis at the remaining lumbar levels has remained stable.  This includes lateral component of disc bulging to the left at L3-4 abutting the far lateral foraminal segment of the left L3 root.  No other site of significant stenosis or left-sided neural impingement is demonstrated.

Electronically Signed by: Gary Turner 11/4/2020 6:37 PM

_____

**Signed by: Turner, Gary E   Signed on: 04-Nov-2020 18:37**

PAGE 36/39 * RCVD AT 5/20/2021 5:58:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6035590310 * CSID:FAX        * ANI:17753236118 * DURATION (mm-ss):38-48

**Lincoln/Wofford 0481**

# CT L SPINE WO CONT

## Wofford, Wayne C

MRN: 22036076, Gender Identity: Male,            (60 yrs), Outpatient
Accession #: 1237 1539


## CARSON TAHOE
HEALTH

## Final Result

EXAM: CT lumbar spine without contrast.

TECHNIQUE: Routine noncontrast axial CT images of
the lumbar spine were
performed. Coronal and sagittal reformations were
provided. An adaptive
iterative reconstruction technique was utilized for
dose reduction.

HISTORY: Low back pain

COMPARISON: MRI lumbar spine November 4, 2020

FINDINGS: Scattered small osteophytes and Schmorl's
nodes. Vertebral body
heights and alignment are maintained. Disc heights
are preserved. No lumbar
spine fracture is noted. The posterior elements
appear intact. Distal spinal
cord is unremarkable. Paraspinal soft tissues are
unremarkable.

Segmental analysis:
T12-L1: Disc height preserved.

L1-L2: Mildly degenerative disc with a 3 mm
posterior disc bulge and mild facet
arthropathy. This results in mild spinal canal and
mild bilateral neural
foraminal narrowing that is not significantly
changed.

L2-L3: Disc height preserved. No spinal canal or
neural foraminal narrowing.

L3-L4: Disc height preserved. No spinal canal or
neural foraminal narrowing.

L4-L5: Mildly degenerative disc with a 2 mm
posterior disc bulge and mild facet
arthropathy. This results in mild spinal canal and
mild bilateral neural
foraminal narrowing that is not significantly
changed.

L5-S1: Mildly degenerative disks. No spinal canal
or neural foraminal narrowing.

IMPRESSION:

## Appointment Info

Exam Date
1/27/2021

Department
Carson Tahoe Sierra Surgery Radiology
775-445-8000
1400 Medical Parkway
Carson City NV 89703

## Diagnosis
Other intervertebral disc degeneration,
lumbar region

## Providers
Requesting Provider
Alyssa Nishihira, PA-C
775-323-6100
775-323-6118
10509 PROFESSIONAL CIR STE 101
RENO NV 89521

**Lincoln/Wofford 0482**

1. Mild degenerative changes of the lumbar spine,
as described, without
significant change from November 2020 comparison.
Worst at L4-5 where there is
mild spinal canal and mild bilateral neural
foraminal narrowing.
2. No acute fracture or subluxation of the lumbar
spine.

Electronically Signed by: Farres Ahmed, MD
1/27/2021 2:31 PM

        Signed by Farres Nitam Ahmed, MD on 1/27/2021 2:31 PM

Printed by WOOD, SHANIA [124217]

**Lincoln/Wofford 0483**

# NNM- Northern Nevada Medical Center

**Diagnostic Imaging Report**
2375 E. Prater Way
Sparks, NV 89434-

| | |
|---|---|
| Patient: WOFFORD, WAYNE C | ACCT#: NNM0000051367282 |
| Accession #: 04-XR-21-003583 | DOB: Sex: Male |
| Physician: Song MD, Michael | Visit Type: Day Surgery |
| MRN: NNM712755 | Location: NNM DSU; DSU; 15 |

---

*Imaging*

---

PROCEDURE             EXAM DATE/TIME
XR Spine 1 View Lumbar      2/24/2021 13:14 PST

Exam: Intraoperative fluoroscopy.

HISTORY: Back pain.

FINDINGS: Intraoperative fluoroscopy was utilized by the surgeon to perform surgical intervention on the lumbar spine. Fluoroscopy time is 5.1 seconds. Total dose is 2.7 mGy.

IMPRESSION: Intraoperative fluoroscopy utilized by surgeon.

***** *Final* *****

| | | |
|---|---|---|
| *Dictated by:*   Goldberg, Eric MD | *Dictated DT/TM:*   02/24/2021 1:35 pm | |
| *Transcribed By:*   EGTranscribed by:* | *EG* | *Transcribed DT/TM:* 02/24/21 13:35:59 |
| *Electronically Signed by:* Goldberg, Eric MD | *Signed DT/TM:*   02/24/2021 1:36 pm | |

Report ID: 588261615                            Page 1 of 1

**Lincoln/Wofford 0484**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: May 13, 2021 | |
| To: | DR MICHAEL SONG<br>1470 MEDICAL PARKWAY STE 240<br>CARSON CITY NV 89703 |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 323-6118 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0485**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 13, 2021

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from November 7, 2020 through present.

We ask that you provide this information by May 27, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me using the information below.

**Lincoln/Wofford 0486**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2020

**Lincoln/Wofford 0487**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## <u>AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION</u>

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    ᴜᴛᴌᴩᴖᴇ Wofford

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _ _____ Claim Number: __9007521__

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0488**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD

**Lincoln/Wofford 0489**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 14, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by June 19, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-04.14.2021

**Lincoln/Wofford 0490**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. WAYNE WOFFORD

**Lincoln/Wofford 0491**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 15, 2021

Mr. Wayne Wofford

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 03/24/2021 , we requested medical records from Dr. Michael Song .    This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

  • Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 3, 2020 through present from Dr. Michael Song

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by May 4, 2021:

     X   Attached LTD Forms

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 28, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

1  of 2

**Lincoln/Wofford 0492**

June 27, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 27, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-04.06.2021

**Lincoln/Wofford 0493**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0494**



Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 7, 2021

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by May 5, 2021:

        X   Activities Questionnaire Form
        X   Authorization - Medical
        X   Claimant Information Form
        X   Claimant Supplementary Statement
        X   Authorization
        X   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 19, 2021 as required under the terms of the Policy.

**Lincoln/Wofford 0495**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

Lincoln/Wofford 0496



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                                    DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Crosby Tugs, LLC

---

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

**Lincoln/Wofford 0497**

 

How often do you get outdoors? _____

Are you left or right hand dominant?   Left _____   Right _____

Are you able to work in your garden?   Yes _____   No _____

Are you able to work on your house?   Yes _____   No _____

Are you able to wash your car?   Yes _____   No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily

activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Wofford 0498**

 

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                       Yes _____        No _____

If Yes:

how many hours per day? _____

how many hours per week?_____

for whom? _____

Are you working for wages?                          Yes _____        No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Wofford 0499**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative _____ Date: _____

Date of Birth: __              _____ Claim Number:  __9007521___

### A copy of this authorization will be considered as valid as the original.

**Lincoln/Wofford 0500**

# CLAIMANT INFORMATION FORM

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Wayne Wofford | |
| CLAIM NO: 9007521 | |
| EMPLOYER/SPONSOR: Crosby Tugs, LLC | DATE OF BIRTH: |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0501**

**SIGNATURE:** _____ **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford      **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC      **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name      Relationship to you?      Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Wofford 0503**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: __ _____ Claim Number: __9007521____

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0504**



INTEGRATED BENEFITS, INC.

5/7/2021

Re: Mr. Wayne Wofford
Lincoln Financial Group Claim Number: 9007521

Good Afternoon:

IBI received the attached denial. After correspondence with Mr. Wofford, a request for Reconsideration has been filed on his behalf. As soon as a decision is received, we will contact Lincoln Financial Group.

Thank you for allowing IBI to assist with Mr. Wofford's claim.

If you have any questions, please call IBI at (800) 535-6575.

Integrated Benefits Inc.

Social Security Administration

# Retirement, Survivors, and Disability Insurance

**Notice of Disapproved claim**

Date: 04/23/2021
Claim Number: 930146

WAYNE C WOFFORD

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Personalized Disability Explanation.

**About the Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.

- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

**How the Appeal Works**

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Form **SSA-L443** (11-2016) uf

**Lincoln/Wofford 0506**

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 "Appointment of Representative." Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (888) 808-5481 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

RENO NV
SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 89502 - 2107

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

## *Social Security Administration*

cc: INTEGRATED BENEFITS INC

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

Form **SSA-L443** (11-2016) uf

**Lincoln/Wofford 0507**

# Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

<u>Disabled Worker</u>

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial gainful activity (explained below), and

- last, or be expected to last, for at least 12 months in a row, or result in death.

<u>Childhood Disability</u>

You must be age 18 or older and your health problems must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,

- keep you from doing any kind of substantial gainful activity (explained below), and

- last, or be expected to last, for at least 12 months in a row, or result in death.

<u>Disabled Widow, Widower or Surviving Divorced Spouse</u>

You must be at least age 50, and your health problems must:

- Keep you from doing any kind of substantial gainful activity (explained below),

- last, or be expected to last, for at least 12 months in a row, or result in death, and

- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,

- the month your Social Security benefits as a parent ended, **or**

- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

## Information About Substantial Gainful Activity

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January , we will find that your work is substantial gainful activity if your gross earnings average over $1,310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,190. This amount changes each year.

Your work may be different from before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

## Personalized Disability Explanation

We used the following medical and non-medical reports to decide your claim:
ADVANCED NEUROSURGERY received on 03/23/2021
HIGH DESERT THERAPIST received on 03/17/2021
TAHOE FRACTURE & ORTHOPEDIC received on 03/11/2021
University of Utah Health Care received on 01/27/2021

We were unable to obtain additional medical and non-medical reports from the following:
NEVADA OCCUPATIONAL HLTH CNTR
CARSON TAHOE MEDICAL GROUP

You said you were unable to work as of 12/31/2018 because of Low back pain; left hip replacement; right hip replacement needed.

Under the law, the applicant is responsible for furnishing evidence to support the claim. Although you have been requested to furnish additional evidence, you have not done so. Therefore, a determination has been made based on the evidence in file. This evidence does not show that you are disabled.

**Lincoln/Wofford 0509**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD




**Lincoln/Wofford 0510**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 15, 2021

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 03/24/2021 , we requested medical records from Dr. Michael Song .     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

        Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 3, 2020 through present from Dr. Michael Song

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by May 4, 2021:

        _X_   Attached LTD Forms

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 28, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

**Lincoln/Wofford 0511**

June 27, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 27, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-04.06.2021

**Lincoln/Wofford 0512**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. WAYNE WOFFORD

**Lincoln/Wofford 0513**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 7, 2021

Mr. Wayne Wofford

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by May 5, 2021:

- __X__   Activities Questionnaire Form
- __X__   Authorization - Medical
- __X__   Claimant Information Form
- __X__   Claimant Supplementary Statement
- __X__   Authorization
- __X__   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 19, 2021 as required under the terms of the Policy.

**Lincoln/Wofford 0514**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  Activities Questionnaire Form
              Authorization - Medical
              Claimant Information Form
              Claimant Supplementary Statement
              Authorization

**Lincoln/Wofford 0515**

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

---

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _____ stand _____ walk _____

How many hours a day do you:

sit _____ stand _____ walk _____

Do you take a nap during the day?

Yes_____ No _____

If Yes, for how long? _____ At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____ walker_____ crutches _____ wheelchair _____ other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____ No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

Yes_____ No _____ If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____ No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____ No _____ If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

**Lincoln/Wofford 0516**





How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?          Yes _____     No _____

Are you able to wash your car?          Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Wofford 0517**

 Lincoln Financial Group®

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                    Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?             Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                            Yes _____        No _____

If Yes:

　　　how many hours per day? _____

　　　how many hours per week? _____

　　　for whom? _____

Are you working for wages?                                Yes _____        No _____

If Yes, please provide employer's name   _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Wofford 0518**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____


Signature of claimant or legal representative _____ Date: _____

Date of Birth: \_\_         _____ Claim Number:  __9007521____

### A copy of this authorization will be considered as valid as the original.

**Lincoln/Wofford 0519**

# CLAIMANT INFORMATION FORM

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

---

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from <u>01/01/2021</u> to <u>present.</u> . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____     Name: _____

Specialty: _____     Specialty: _____

Address: _____     Address: _____

_____     _____

Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0520**

**SIGNATURE:** _____ **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford     **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC     **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name     Relationship to you?     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____     **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Wofford 0522**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____  Date: _____

Date of Birth: __  _____  Claim Number: ___9007521___

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0523**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD


**Lincoln/Wofford 0524**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 10, 2021

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0525**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. WAYNE WOFFORD

**Lincoln/Wofford 0526**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

April 7, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation.  As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021.  We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by May 5, 2021:

        X   Activities Questionnaire Form
        X   Authorization - Medical
        X   Claimant Information Form
        X   Claimant Supplementary Statement
        X   Authorization
        X   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it.  We ask that you provide us with this information no later than June 19, 2021 as required under the terms of the Policy.

**Lincoln/Wofford 0527**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information.  In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  Activities Questionnaire Form
              Authorization - Medical
              Claimant Information Form
              Claimant Supplementary Statement
              Authorization

**Lincoln/Wofford 0528**

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521          DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

 sit _____     stand _____     walk _____

How many hours a day do you:

 sit _____     stand _____     walk _____

Do you take a nap during the day?

 Yes_____     No _____

 If Yes, for how long? _____     At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

 cane _____     walker_____     crutches _____     wheelchair _____     other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

 Yes_____     No _____

 If No, please explain: _____

 If Yes, how long are you able to drive a car?_____

 **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

 Yes_____     No _____     If Yes, what are their dates of birth _____

  Do you need help caring for your children?

 Yes _____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

 Yes_____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week? _____

 On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Wofford 0529**



How often do you get outdoors? _____

Are you left or right hand dominant?     Left _____     Right _____

Are you able to work in your garden?     Yes _____     No _____

Are you able to work on your house?     Yes _____     No _____

Are you able to wash your car?     Yes _____     No _____

How much time is spent daily on your home computer?

_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?

_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?   Yes _____   No _____

If Yes, please provide reason and hospital contact Information: _____

 

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?          Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?          Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____          Date: _____

Signature: _____

**Lincoln/Wofford 0531**

 Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

  \* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  \* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
  \* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: ___9007521___

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

**Lincoln/Wofford 0532**

# CLAIMANT INFORMATION FORM



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0533**

**SIGNATURE:** _____ **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford     **CLAIM #:** 9007521
**EMPLOYER:** Crosby Tugs, LLC     **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                              Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**          **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/Wofford 0535**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: ___9007521___

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0536**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


MR. WAYNE WOFFORD

**Lincoln/Wofford 0537**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

March 10, 2021

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Mercedes Harris
Case Manager
Phone No.: (800) 320-7585 Ext. 79344
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0538**



# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Wayne Wofford |
| **Claim Number:** | 9007521 |
| **Claims Case Manager:** | Tracey Sprous |
| **Employer:** | Crosby Tugs, LLC |
| **Date of Report:** | 02/08/21 |

An Occupational Analysis was completed to compare the job title Engineer/Unlicensed Engineer/QMED/Oiler to the occupation in the national economy, of Stationary Engineer performed at the medium level of physical demand.

## RESOURCES / DOCUMENTATION UTILIZED:

- Job Description
- Dictionary of Occupational Titles (DOT) – 950.382-026
- Occupational Information Network (O*NET) – 51-8021.00
- Economic Research Institute (ERI) – 950.382-026

## RESTRICTIONS / LIMITATIONS:

I have been asked to base this review on the claimant's restrictions and limitations per a Physiatry Peer Review completed by Jordan Klein, MD on 02/03/21. They include:

> "Sitting: up to 30 minutes at a time, up to 4 hours per day
> Standing: up to 20 minutes at a time, up to 2 hours per day
> Walking: up to 20 minutes at a time, up to 2 hours per day
> Lifting: Occasionally up to 10 lbs. BUE
> Carrying: Occasionally up to 10 lbs. BUE
> Pushing: Occasionally up to 10 lbs. BUE
> Pulling: Occasionally up to 10 lbs. BUE
> Stooping: Occasionally
> Kneeling: Occasionally
> Crouching: Occasionally
> Crawling: Never
> Climbing stairs: Occasionally
> Climbing ladders: Never
> Reaching: Occasionally overhead; unrestricted desk and waist levels BUE
> Using lower extremity for foot controls: occasionally BLE
> Fine manipulation: unrestricted
> Simple and firm grasping: unrestricted"

## JOB / OCCUPATION COMPARISON:

Job Duties:
The Engineer/Unlicensed Engineer/QMED/Oiler is responsible for operating and maintaining the engine room and other mechanical systems and equipment aboard the vessel to which he/she has been assigned and its tow.

Job Physical Demands: Heavy
A person must be able to occasionally lift 51-100 pounds, frequently lift 26-50 pounds and constantly lift 11-25 pounds.

Occupational Duties:
Operates and maintains stationary engines and mechanical equipment, such as steam engines, air compressors, generators, motors, turbines, and steam boilers, to provide utilities, such as light, heat, or power, for buildings and industrial processes:  Reads meters and gauges or automatic recording devices at specified intervals to verify operating conditions.  Records data, such as temperature of equipment, hours of operation, fuel consumed, temperature or pressure, water levels, analysis of flue gases, voltage load, and generator balance.  Adjusts manual controls or overrides automatic controls to bring equipment into recommended or prescribed operating ranges, switch to backup equipment or systems, or to shut down equipment.  Visually inspects equipment at periodic intervals to detect malfunctions or need for repair, adjustment, or lubrication.  Maintains equipment by tightening fittings, repacking bearings, replacing packing glands, gaskets, valves, recorders, and gauges, and cleaning or replacing burners or other components, using handtools and power tools.  May be required to hold license issued by state or municipality, restricting equipment operated to specified types and sizes.  May oil and lubricate equipment [OILER (any industry) 950.685-014].  May perform water titration tests and pour chemical additives, such as water softener, into treatment tank to prevent scale buildup and to clean boiler lines.  May record operation and maintenance actions taken during shift in operators logbook.  May specialize in equipment designed for industrial processes and be designated Acid-Concentration-Plant-Equipment Engineer (any industry); Air-Compressor-Station Engineer (any industry); Diesel-Engine Operator, Stationary (any industry); Water-Pumping-Station Engineer (any industry). Alternate Titles:  Maintenance Engineer; Operating Engineer; Power-Plant Operator; Watch Engineer

Occupational Physical Demands: Medium
- Frequent lifting/carrying/pushing/pulling up to 25 lbs., handling, and near acuity
- Occasional reaching (in all planes)*, lifting/carrying/pushing/pulling up to 50 lbs., sitting*, standing*, walking*, climbing, stooping, crouching, fingering, and hearing
- No crawling

* per ERI

## SUMMARY:
The physical demand level of the job is heavier than the physical demand level of the occupation. In the national economy, the occupation requires medium work, whereas the job requires heavy work. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

2

**Lincoln/Wofford 0540**

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Jason E. Miller, Ed.M., CRC, F/ABVE
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Senior Vocational Case Manager
Group Protection
Lincoln Financial Group

3

**950.382-026 Stationary Engineer**
Operates and maintains stationary engines and mechanical equipment, such as steam engines, air compressors, generators, motors, turbines, and steam boilers, to provide utilities, such as light, heat, or power, for buildings and industrial processes: Reads meters and gauges or automatic recording devices at specified intervals to verify operating conditions. Records data, such as temperature of equipment, hours of operation, fuel consumed, temperature or pressure, water levels, analysis of flue gases, voltage load, and generator balance. Adjusts manual controls or overrides automatic controls to bring equipment into recommended or prescribed operating ranges, switch to backup equipment or systems, or to shut down equipment. Visually inspects equipment at periodic intervals to detect malfunctions or need for repair, adjustment, or lubrication. Maintains equipment by tightening fittings, repacking bearings, replacing packing glands, gaskets, valves, recorders, and gauges, and cleaning or replacing burners or other components, using handtools and power tools. May be required to hold license issued by state or municipality, restricting equipment operated to specified types and sizes. May oil and lubricate equipment [OILER (any industry) 950.685-014]. May perform water titration tests and pour chemical additives, such as water softener, into treatment tank to prevent scale buildup and to clean boiler lines. May record operation and maintenance actions taken during shift in operators logbook. May specialize in equipment designed for industrial processes and be designated Acid-Concentration-Plant-Equipment Engineer (any industry); Air-Compressor-Station Engineer (any industry); Diesel-Engine Operator, Stationary (any industry); Water-Pumping-Station Engineer (any industry).
Alternate Titles: Maintenance Engineer; Operating Engineer; Power-Plant Operator; Watch Engineer

DLU: 1988

**OCCUPATIONAL REQUIREMENTS**

**Title:** Stationary Engineer                                                                 **DOT Code:** 950.382-026
**Industry:** Any Industry
**Specific Vocational Preparation:**      Level 7 (2 to 4 years)
**General Educational Development:**    Reasoning Grades 9-12
                                                                  Mathematics Grades 9-12
                                                                  Language Grades 7-8

**Strength:** Medium                                  Lifting, Carrying, Pushing, Pulling 20 - 50 Lbs. occasionally,
                                                                  10 - 25 Lbs. frequently or up to 10 Lbs. constantly.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Loud |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Occasionally |
| Crouching | Occasionally | Wet and/or Humid | Occasionally |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Frequently |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Never | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Making judgments and decisions.                        **Data:** 3 Compiling
                                   Attaining precise set limits, tolerances, and standards.   **People:** 8 Taking Instructions
                                   Performing a variety of duties.                        **Things:** 2 Operating-Controlling

**Lincoln/Wofford 0542**

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | Not Included |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Lincoln/Wofford 0543**

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION  (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S          ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:    Maryann Tran                    DATE:        Thursday, February 4, 2021

## CLAIM BACKGROUND

---

Claimant Name:    WAYNE WOFFORD          Claim Number:        9007521

☐ STD    ☑ FULLY INSURED          ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☑ YES  ☐ NO

Employer:  CROSBY TUGS, LLC

Change In DEF. Date:        06/30/2021

Pre-Disability Earnings:    $14,508.25  /  M        Claim Service Type:      ADOP
                                         (mode)

---

**Document Locations**

☑ Document List      ☑ Correspondence      ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

PLEASE CONDUCT OA WITH PMR REVIEW RLS FROM ECN DATED 2/3/21

---

DP 512

**Lincoln/Wofford 0544**

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: Wofford, Wayne
EXAMINER: Jordan Klein, MD
ECN #: 167018-1
CLAIM #: 9007521
DATE OF LOSS:   01/01/2019
DATE OF SERVICE:  2/3/2021

### Peer Review

This is a peer review regarding Wofford, Wayne.  On behalf of ECN, I reviewed medical records from 01/12/2018 through 11/04/2020 including: ECG, on 05/30/2019; Kinsey Pillsbury, M.D./ Diagnostic Radiology, extending from 01/11/2019 to 06/04/2019; Earl Jay Landrito, M.D./ Diagnostic Radiology, on 11/04/2020; Gary Turner, M.D./ Radiology, on 11/04/2020; Unknown Provider, extending from 01/12/2018 to 04/02/2018; Gerard Halaska, M.D./ Internal Medicine, extending from 01/21/2019 to 03/06/2019; Nicholas Dirig, M.D./ Orthopedic, extending from 02/08/2019 to 08/15/2019; Francisco Angulo, M.D./ Physical Medicine & Rehabilitation, extending from 02/11/2019 to 04/23/2019; Jennifer Mendoza, M.D./ Pain Management, extending from 02/15/2019 to 08/30/2019; Christopher Cenac, M.D. / Orthopedic Surgery, on 04/02/2019; Marco Mendoza, M.D./ Orthopedic, extending from 05/29/2019 to 09/19/2019; Tahoe Fracture & Orthopedic Medical Clinic, extending from 05/07/2019 to 07/02/2019; Carson Tahoe Regional Medical Center, extending from 01/22/2019 to 06/20/2019; High Desert Therapist Dayton, on 07/01/2019; Sean Kump, PA-C, on 09/19/2020; Alyssa Nishihira, PA, on 11/06/2020.

The claimant is a 60-year-old male with a medical history significant for low back pain/lumbago, lumbar DDD, and degenerative joint disease.

1/22/19 X-ray of the bilateral hip/pelvis, moderate to advanced degenerative changes of the hips bilaterally, right greater than left.

2/8/19 Nicholas Dirig, M.D., the claimant is seen for evaluation of bilateral hips. He has pain in both of his groins that radiates down to his thighs, towards his knees. The pain has been ongoing for at least two years or so and has been slowly getting worse, but it sounds like on 12/29/18, he was working on his ocean-going tugboat when a large wave came over and hit him, knocking him over. Since then, his pain has been significantly increased on the right more so than the left hip. Examination of his bilateral lower extremities reveals that he has sensation intact to light touch from L3 through S1. He has +2/4 dorsalis pedis and posterior tibial pulse with brisk capillary refills. He has active ankle dorsiflexion and plantar flexion. His knee exams are normal and benign. He has limited arch of motion of both hips. He has internal rotation of maybe 5 to 10 degrees and external rotation of about 20 degrees or so of both hips.

He has some mild pain throughout and at the extremes in particular, this seems to reproduce his symptoms. He has a little bit difficulty with hip flexion because of the pain as well.

2/15/19 Jennifer Mendoza, M.D., the claimant underwent bilateral hip joint injection.

2/27/19 Nicholas Dirig, M.D., the claimant has osteoarthritis. He states that the injections have helped significantly. He has almost no pain on the left side and he has much improved pain on the right side. On exam, both hips have improved symptoms with ROM. He has limited motion because of his arthritic changes, but much less pain with motion. The right side is more symptomatic than the left. He walks with almost a normal gait.

4/3/19 Christopher Cenac, M.D., the claimant reports two incidents. He states that on 1/12/18, he was unloading groceries, and he began to have stiffness in his low back. He began referred pain into his right anterior thigh. He related a prior history of a lumbar injury and nerve pains involving the left leg several years in the past. He reports on 12/29/18 a large wave washed over the boat flipping him over the anchor and causing him to hit a buoy covered with rubber coating. This incident aggravated his pre-existing low back and leg symptoms. He complains of bilateral hip pain, right worse than left with referred pain to the top of his thighs. On exam, he has normal reflexes in both UE and LE. He has full motion in the cervical and lumbosacral spine without complaints. He walks without a limp. He can heel and toe walk without difficulty. He has 50% loss of internal and external rotation on the right hip and 40% loss on the left. He has complaints of discomfort on the right with full internal rotation. he has 60 degrees of abduction on the left and 45 degrees on the right with discomfort noted. X-ray of the cervical spine revealed mild degenerative changes at C5-6 and C6-7 with slight loss of disc space height. The thoracic studies confirm an increased thoracic kyphosis with anterior wedging at T4, T5, and T6. Lumbar x-ray shows slight loss of disc space height and anterior osteophytes at L2-3. The examination of both hips confirms advanced degenerative arthrosis bilaterally with bone-on-bone pathology.

5/3/19 Nicholas Dirig, M.D., the claimant is seen for bilateral right worse than left hip pain. He would like to consider hip replacement surgery. On exam, his right hip has decreased ROM. He has about 10 to 15 degrees of external rotation. He walks with an antalgic gait. Any pain particularly at the extremes reproduces his groin and hip pain.

6/28/19 Jennifer Mendoza, M.D., the claimant underwent bilateral L3, L4 medial branch and L5 primary dorsal ramus block.

7/9/19 Nicholas Dirig, M.D., the claimant is 2-week s/p right total hip arthroplasty. He is doing excellent. He has minimal discomfort, he has just some residual ecchymosis around the hip and the leg. On exam, he has some residual swelling and ecchymosis. His leg lengths appear equal, his right may be a touch longer than his left. He is walking with a normal gait. His abductors, adductors, and hip flexors are strong.

2

**Lincoln/Wofford 0546**

8/15/19 Nicholas Dirig, M.D., the claimant is seen for work-related injury right hip follow-up. He is s/p right total hip arthroplasty on 6/24/19. He reports improving right hip pain. Associated symptoms include improving stiffness. He reports worsening lumbar back and persistent intermittent left hip pain. On exam, left hip internal rotation is full of some pain; right hip ROM is full; strength is 5/5.

8/30/19 Jennifer Mendoza, M.D., the claimant underwent bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation.

9/19/19 Marco Mendoza, M.D., the claimant reports no improvement after the RFA. He continues to have low back pain. On exam, he has 5/5 strength, he has pain with extension. the claimant may return to light duty status; no lifting anything greater than 20 lbs.

9/19/20 Sean Kump, PA-C, the claimant is seen for chronic left-sided sciatica and right hip replacement. He notes that the pain is exacerbated with bending at his waist or flexion/extension of his left hip. On exam, he walks with minimal difficulty, he has full active passive ROM of the hip/knee/ankles without any noted difficulty or pain. His left upper buttock is tender to palpation with reproduction of symptoms noted with palpation of this area. DTRs are intact in the knees bilaterally, strong hallux strength bilaterally. He is able to stand on tiptoes without difficulty. He has 5/5 strength throughout normal sensation to light touch.

11/4/20 X-ray of the lumbar spine, mild lumbar spondylosis.

11/4/20 MRI of the lumbar spine, multilevel spondylosis from L1-2 through L5-S1; disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a small, extruded disc component projecting posterior laterally to the left with cephalad migration contributing to cause mild stenosis of the supra-articular left lateral recess. This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the claimant's symptoms. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left at L3-4 abutting the far lateral foraminal segment of the left L3 root.

11/6/20 Alyssa Nishihira, PA, the claimant is seen for low back pain radiating to the left leg and left leg numbness/tingling/weakness. He states that he was initially injured while at work on 12/29/18 when he was working on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left LE pain. He has a history of previous right hip repair in 2019 and states that this solved the majority of his right LE complaints. He complains of low back pain and pain into the left hip and buttock as well as the entire left LE, particularly at the anterior and lateral aspects. Lumbar exam shows 4/5 strength left psoas, left quadriceps, left gastrocnemius, 4-/5 left tibialis anterior and left EHL; he has diminished sensation left L4.

3

The claimant would like to consider surgery; however, for symptomatic relief, he was recommended with left L4-5 and L3-4 transforaminal epidural steroid injections.

**DIAGNOSES:**

Low back pain

**CALL ATTEMPTS:**

1-22-21, 09:27:52, call to Dr. Song, left a message at Advanced Neurosurgery on Dr. Song's Medical assistant's voicemail.

1-25-21, 09:23:19, call to Dr. Song, left an additional message at Advanced Neurosurgery on Dr. Song's medical assistant's voicemail.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Low back pain- M54.5
Other intervertebral disc degeneration, lumbar region- M51.36
Bilateral primary osteoarthritis of hip- M16.0
Presence of right artificial hip joint- Z96.641
Wedge compression deformity- S22.000A

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

N/A

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 1/1/2021 to ongoing, and comment on the expected duration.

The medical records reflect that the claimant is a 60-year-old male with a medical history significant for low back pain w/ lumbar DDD, thoracolumbar kyphosis w/ wedge deformities at multiple levels.

There is an x-ray study of the bilateral hips dated 1/22/19 revealing moderate to advanced degenerative changes of the hips bilaterally, right greater than left. On 2/8/19, Dr. Dirig saw the claimant for evaluation of bilateral hips. He has pain in both of his groins that radiates down to his thighs and towards his knees.

**Lincoln/Wofford 0548**

The pain has been ongoing for at least two years or so and has been slowly getting worse, but it sounds like on 12/29/18, he was working on his ocean-going tugboat when a large wave came over and hit him, knocking him over. Since then, his pain has been significantly increased on the right more so than the left hip. Examination of his bilateral lower extremities reveals that he has sensation intact to light touch from L3 through S1. He has +2/4 dorsalis pedis and posterior tibial pulse with brisk capillary refills. He has active ankle dorsiflexion and plantar flexion. His knee exams are normal and benign. He has limited arch of motion of both hips. He has internal rotation of maybe 5 to 10 degrees and external rotation of about 20 degrees or so of both hips. He has some mild pain throughout and at the extremes in particular, this seems to reproduce his symptoms. He has a little bit difficulty with hip flexion because of the pain as well. On 2/15/19, the claimant underwent bilateral hip joint injection.

Dr. Dirig noted on 2/27/19, that the claimant has osteoarthritis. He states that the injections have helped significantly. He has almost no pain on the left side and he has much improved pain on the right side. On exam, both hips have improved symptoms with ROM. He has limited motion because of his arthritic changes, but much less pain with motion. The right side is more symptomatic than the left. He walks with almost a normal gait.

Moreover, on 4/3/19, Dr. Cenac noted that the claimant reports two incidents. He states that on 1/12/18, he was unloading groceries, and he began to have stiffness in his low back. He began referred pain into his right anterior thigh. He related a prior history of a lumbar injury and nerve pains involving the left leg several years in the past.

He reports on 12/29/18 a large wave washed over the boat flipping him over the anchor and causing him to hit a buoy covered with rubber coating. This incident aggravated his pre-existing low back and leg symptoms. He complains of bilateral hip pain, right worse than left with referred pain to the top of his thighs. On exam, he has normal reflexes in both UE and LE. He has full motion in the cervical and lumbosacral spine without complaints. He walks without a limp. He can heel and toe walk without difficulty. He has 50% loss of internal and external rotation on the right hip and 40% loss on the left. He has complaints of discomfort on the right with full internal rotation. he has 60 degrees of abduction on the left and 45 degrees on the right with discomfort noted. X-ray of the cervical spine revealed mild degenerative changes at C5-6 and C6-7 with slight loss of disc space height. The thoracic studies confirm an increased thoracic kyphosis with anterior wedging at T4, T5, and T6. Lumbar x-ray shows slight loss of disc space height and anterior osteophytes at L2-3. The examination of both hips confirms advanced degenerative arthrosis bilaterally with bone-on-bone pathology.

On 5/3/19, the claimant was seen by Dr. Dirig for bilateral right worse than left hip pain. He would like to consider hip replacement surgery. On exam, his right hip has decreased ROM. He has about 10 to 15 degrees of external rotation. He walks with an antalgic gait. Any pain particularly at the extremes reproduces his groin and hip pain. On 6/28/19, the claimant underwent bilateral L3, L4 medial branch and L5 primary dorsal ramus block.

**Lincoln/Wofford 0549**

On 7/9/19, Dr. Dirig noted that the claimant is 2-week s/p right total hip arthroplasty. He is doing excellent. He has minimal discomfort, he has just some residual ecchymosis around the hip and the leg. On exam, he has some residual swelling and ecchymosis. His leg lengths appear equal, his right may be a touch longer than his left. He is walking with a normal gait. His abductors, adductors, and hip flexors are strong.

On 8/15/19, the claimant was again seen by Dr. Dirig for work-related injury right hip follow-up. He is s/p right total hip arthroplasty on 6/24/19. He reports improving right hip pain. Associated symptoms include improving stiffness. He reports worsening lumbar back and persistent intermittent left hip pain. On exam, left hip internal rotation is full of some pain; right hip ROM is full; strength is 5/5. On 8/30/19, the claimant underwent bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation. On 9/19/19, Dr. Mendoza noted that the claimant reports no improvement after the RFA. He continues to have low back pain. On exam, he has 5/5 strength, he has pain with extension. the claimant may return to light duty status; no lifting anything greater than 20 lbs.

On 9/19/20, PA-C. Sean Kump saw the claimant for chronic left-sided sciatica and right hip replacement. He notes that the pain is exacerbated with bending at his waist or flexion/extension of his left hip. On exam, he walks with minimal difficulty, he has full active passive ROM of the hip/knee/ankles without any noted difficulty or pain. His left upper buttock is tender to palpation with reproduction of symptoms noted with palpation of this area. DTRs are intact in the knees bilaterally, strong hallux strength bilaterally. He is able to stand on tiptoes without difficulty. He has 5/5 strength throughout normal sensation to light touch.

An x-ray study of the lumbar spine dated 11/4/20 revealed mild lumbar spondylosis. An MRI study of the lumbar spine dated 11/4/20 revealed multilevel spondylosis from L1-2 through L5-S1; disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a small, extruded disc component projecting posterior laterally to the left with cephalad migration contributing to cause mild stenosis of the supra-articular left lateral recess. This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the claimant's symptoms. Spondylosis at the remaining lumbar levels has remained stable. This includes lateral component of disc bulging to the left at L3-4 abutting the far lateral foraminal segment of the left L3 root.

Most recently, on 11/6/20, PA. Alyssa Nishihira saw the claimant for low back pain radiating to the left leg, left leg numbness/tingling, and weakness. He states that he was initially injured while at work on 12/29/18 when he was working on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left LE pain. He has a history of previous right hip repair in 2019 and states that this solved the majority of his right LE complaints.

6

**Lincoln/Wofford 0550**

He complains of low back pain and pain into the left hip and buttock as well as the entire left LE, particularly at the anterior and lateral aspects. Lumbar exam shows 4/5 strength left psoas, left quadriceps, left gastrocnemius, 4-/5 left tibialis anterior and left EHL; he has diminished sensation left L4. The claimant would like to consider surgery; however, for symptomatic relief, he was recommended with left L4-5 and L3-4 transforaminal epidural steroid injections. In conclusion, the claimant has a medical history significant for bilateral hip osteoarthritis which he is s/p right total hip arthroplasty on 6/24/19, he also suffers from chronic low back pain with left-sided sciatica along with limited ROM and decreased sensation due to lumbar disc disease and multi-level wedge deformities over the thoracolumbar spine and therefore, restrictions are medically indicated below.

Sitting: up to 30 minutes at a time, up to 4 hours per day
Standing: up to 20 minutes at a time, up to 2 hours per day
Walking: up to 20 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE
Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; unrestricted desk and waist levels BUE
Using lower extremity for foot controls: occasionally BLE
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted

The recommended restrictions above are indicated from 1/1/21 forward with re-assessment on or around 6/1/21.

a.  **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

4.  **Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The treatment provided is consistent with the standard of care for the apparent level of severity of the conditions. The claimant is compliant with treatment that meets the standard of care.

**Lincoln/Wofford 0551**

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts, child or elder care issues, or legal issues)?**

No, there are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

8



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network  A division of Genex Services, LLC     E-mail: info@ecnime.com   •   Web: www.ecnime.com

Claimant Name: Wayne Wofford
Claim Number: 9007521
Case Number: 167018-1

"I, Jordan A Klein, MD, am a physician duly licensed to practice medicine in the State of PA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/3/2021

_____
Signature of Physician                                                  Date
Medical/Professional License # MD457687

**Lincoln/Wofford 0553**

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** Hollis, Tanasha <Tanasha.Hollis@genexservices.com>
**Sent:** Wed, 3 Feb 2021 17:53:09 +0000
**To:** VendorReferrals
**Subject:** W. Wofford CL 9007521
**Attachments:** Peer Review.pdf, Invoice.pdf

Good Afternoon,

Attached please find the Peer Review and Invoice for the above referenced claimant.

Please advise if we can further assist you with this file.

Thanks for the referral,


**Tanasha Hollis**
*MetLife Quality Assurance Specialist*
Exam Coordinators Network, a division of Genex Services
**T**: 561-948-6272
**F**: 561-886-6562

***Please note my new email address: tanasha.hollis@genexservices.com**


**Access our portal at: View My Cases**


All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to

**Lincoln/Wofford 0554**

comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)



Exam Coordinators Network · A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnims.com   Web: www.ecnims.com

**Invoice:**   **BOCA 100787**

**Date**   **2/3/2021**

*Bill To:*

**Jeanie Swanson**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

| | |
|---|---|
| **Claim #** | 9007521 |
| **Date of Loss:** | 1/1/2019 |
| **ECN #** | 167018-1 |
| **Account #** | |

**Claimant**   Wayne Wofford

| Date | Description | Amount |
|---|---|---|
| 1/21/2021 | Peer Review - Long Term Disability: Service<br>Provider: Jordan A Klein, MD<br>Specialty: Physical Medicine & Rehab | $660.00 |

|  | |
|---|---|
| **SubTotal** | $660.00 |
| **Final Invoice Total** | $660.00 |

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Lincoln/Wofford 0556**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Thu, 14 Jan 2021 16:06:57 +0000
**To:**Swanson, Jeanie
**Subject:**Urgent: Send Medicals to Peer Review Claim 9007521

Your referral for claim number 9007521 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: Exam Coordinators – ECN
- Email records to: legacy@ecnime.com

**Lincoln/Wofford 0557**

**From:**Swanson, Jeanie
**Sent:**Thu, 14 Jan 2021 16:15:52 +0000
**To:**Lincoln IT Support
**Bcc:**Swanson, Jeanie
**Subject:**RE: Urgent: Send Medicals to Peer Review Claim 9007521
**Attachments:**File Copy Request 9007521 Wayne Wofford.docx


Hi Team,

Please copy and send file to legacy@ecnime.com.

Thank you.



| Jeanie Swanson | 800.320.7585 ext. | Follow us on: |
| LTD Technical Specialist I | 41627 | LincolnFinancial.com |
| Claims | 603.334.3532 Fax | |
| Lincoln Financial Group | |     |
| P.O Box 2578 | LincolnFinancial.com | |
| Omaha N. E. 68172-9688 | | |

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


**From:** Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:** Thursday, January 14, 2021 9:07 AM
**To:** Swanson, Jeanie <Jeanie.Swanson@lfg.com>
**Subject:** Urgent: Send Medicals to Peer Review Claim 9007521


Your referral for claim number 9007521 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: Exam Coordinators – ECN
- Email records to: legacy@ecnime.com


**Lincoln/Wofford 0558**

# F A X  S H E E T

| | |
|---|---|
| Date: | Dec-31-2020 11:13:15 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 16035590310 |
| To Company: | |
| From Name: | Garman,Shayla |
| From Company: | Advanced Neurosurgery |
| From Facility: | Advanced Neurosurgery |
| Support Contact: | |
| Number of Page(s): | 7 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

PAGE 1/7 * RCVD AT 12/31/2020 5:38:23 PM [Eastern Standard Time] * SVR:VA1PWFAX301/2 * DNIS:6035590310 * CSID:FAX    * ANI:17753236118 * DURATION (mm-ss):04-18

Lincoln/Wofford 0559



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

December 31, 2020

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521
      Claimant: Wayne Wofford
      Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through present.

We ask that you provide this information by January 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me using the information below.

1 of 2

**Lincoln/Wofford 0560**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: 9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2020

**Lincoln/Wofford 0561**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   ̲W̲o̲f̲f̲o̲r̲d̲ ̲W̲o̲f̲f̲o̲r̲d̲ ̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲

Name of legal representative, if applicable (print) ̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲  Relationship ̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲

Signature of claimant or legal representative ̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲  Date: ̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲

Date of Birth: ̲_̲_̲ ̲_̲_̲_̲_̲_̲_̲  Claim Number: ̲_̲_̲9007521̲_̲_̲_̲

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln/Wofford 0562

**Patient Portfolio**



Patient Name: Wofford, Wayne C
DOB:
ID: 22036076(CTH (Epic))
Study Date: 04-Nov-2020 16:56

**Final Report**
**CR XR LUMBAR SPINE 4 OR MORE VIEWS**

EXAM: Lumbar spine radiographs, 5 views.

HISTORY: LOW BACK PAIN

COMPARISON: Lumbar spine MRI from January 19, 2019

FINDINGS: Vertebral body heights and alignment are maintained. No acute compression fracture deformity is noted. L1-L2 and L2-L3 endplate spurring although the disc spaces are maintained. No dynamic instability on flexion and extension views. Posterior elements appear intact. Aortoiliac atherosclerosis. Right hip arthroplasty in good alignment. Severe left hip degeneration.

IMPRESSION:

Mild lumbar spondylosis.

No acute lumbar spine compression fractures.

No instability.

Electronically Signed by: Earl Jay Landrito 11/4/2020 6:25 PM

**Signed by: Landrito, Earl Jay   Signed on: 04-Nov-2020 18:25**

**Lincoln/Wofford 0563**

**Patient Portfolio**                                                                                     **Page 1 of 2**


**CH∆NGE**
HEALTHCARE

---

## Final Report
### *MR MRI L SPINE WO IV CONT*

EXAM: Lumbar spine MR without contrast.

TECHNIQUE: Multiplanar, multisequence MR images of the lumbar spine were performed in a routine fashion. No contrast was administered.

HISTORY: 59-year-old man experiencing lower back and posterior hip pain occasionally radiating down the left leg to the foot with associated weakness.

COMPARISON: MRI of the lumbar spine without contrast on January 19, 2019.

FINDINGS:

The spinal alignment remains normal. The vertebral bodies are intact without compression fracture. Small bone spurs are projecting from the opposing endplates associated with minimal reactive subchondral mixed fatty and edematous endplate marrow signal alteration.

Distal spinal cord demonstrates normal morphology and signal. The conus is unremarkable and terminates at a normal level.

Paraspinal soft tissues are unremarkable.

Segmental analysis:

L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential disc bulging effaces the thecal sac at. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.

L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior elements are unremarkable. There is no significant stenosis or neural impingement, unchanged.

L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc bulging lateralized to the left effaces the thecal sac at. Posterior elements are mildly enlarged. This results in mild left sided foraminal narrowing, contacting but not compressing the far lateral foraminal segment of the left L3 root. There is no significant canal, lateral recess or right foraminal stenosis, unchanged.

L4-L5: Moderate degenerative disc desiccation and disc space narrowing, dorsal annular fissuring associated with circumferential bulge of the annulus combines with enlarged ligamentum flavum and bony facets to cause bilateral lateral recess and caudal foraminal narrowing abutting the descending bilateral L5 roots and the exiting L4 roots. AP thecal sac diameter remains slightly greater than 10 mm. There is a new small extruded disc herniation projecting posterior laterally to the left migrating upward behind the L4 vertebral body causing mild left lateral recess narrowing. This is in close proximity to the descending left L4 root but does not actually appear to compress the nerve root.

L5-S1: Mild-to-moderate disc desiccation with minimal circumferential bulge of the annulus associated with mildly enlarged bony facets results in no significant stenosis or neural impingement, unchanged.


IMPRESSION:


1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.

2. Redemonstration of disc bulging and enlarged posterior elements at L4-5 causing bilateral lateral recess and foraminal narrowing abutting the descending bilateral L5 roots and the foraminal segments of the L4 roots. There is a new small extruded disc component projecting posterior laterally to the left with

Lincoln/Wofford 0564

cephalad migration contributing to cause mild stenosis of the supra articular left lateral recess.  This is in close proximity to the left L4 root proximal to its exiting foramen and may have some contribution to the patient's reported symptoms.

3.  Spondylosis at the remaining lumbar levels has remained stable.  This includes lateral component of disc bulging to the left at L3-4 abutting the far lateral foraminal segment of the left L3 root.  No other site of significant stenosis or left-sided neural impingement is demonstrated.

Electronically Signed by: Gary Turner 11/4/2020 6:37 PM

---

**Signed by: Turner, Gary E   Signed on: 04-Nov-2020 18:37**

PAGE 7/7 * RCVD AT 12/31/2020 5:38:23 PM [Eastern Standard Time] * SVR:VA1PWFAX301/2 * DNIS:6035590310 * CSID:FAX      * ANI:17753236118 * DURATION (mm-ss):04-18

**Lincoln/Wofford 0565**

# F A X   S H E E T

| | |
|---|---|
| Date: | Dec-31-2020 11:12:45 |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 16035590310 |
| To Company: | |
| From Name: | Garman,Shayla |
| From Company: | Advanced Neurosurgery |
| From Facility: | Advanced Neurosurgery |
| Support Contact: | |
| Number of Page(s): | 9 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

PAGE 1/9 * RCVD AT 12/31/2020 5:30:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/3 * DNIS:6035590310 * CSID:FAX      * ANI:7753236118 * DURATION (mm-ss):08-14

Lincoln/Wofford 0566



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

December 31, 2020

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •  Office treatment notes, test results, prescription histories, and treatment plans from
      October 1, 2020 through present.

We ask that you provide this information by January 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me using the information below.

1  of 2

**Lincoln/Wofford 0567**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:  9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2020

2 of 2

**Lincoln/Wofford 0568**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Wayne Wofford_____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: __ _____ Claim Number: __9007521___

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0569**

WOFFORD, Wayne DOB:              (59 yo M) Acc No, 31213 DOS: 11/06/2020



# Advanced Neurosurgery

Wofford, Wayne
59 Y old Male, DOB:
Account Number: 31213

Home:
Guarantor: Wofford, Wayne
Referring: Referral Self
Appointment Facility: Advanced Neurosurgery

11/06/2020                          Appointment Provider: Alyssa Nishihira, PA

## Current Medications
None

## Past Medical History
Alcoholism.
High blood pressure.

## Surgical History
right hip replacement 2019

## Family History
Father: deceased 84 yrs, diagnosed with Cancer
Mother: deceased 70 yrs, Cancer
4 brother(s).

## Social History
no Caffeine.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
General:
no Weight change. no Loss of appetite. no Fever. no Fatigue. no Night sweats.
Pain:
Low back pain Yes.
Cardiology:
no Chest pain. no Palpitations. no Leg swelling. no Dizziness. no Shortness of breath.
ENT/respiratory:
no Cold. no Hearing loss. no Change in voice. no Sore throat. no Ringing in ears. no Drooling. no Dizziness. no Shortness of breath. no Difficulty swallowing.

### Reason for Appointment
1. Low back pain radiating to left leg
2. Left leg numbness/tingling/weakness

### History of Present Illness
Physical Therapy, Anti-inflammatories, Massage:
10/16/19 caudal ESI with Dr. Goode
   Wayne Wofford is a very pleasant 59-year-old male who comes in today for initial neurosurgical evaluation. He had previously seen Dr. Mendoza and was told that there is nothing than can be done to help his pain and symptoms and therefore, he is considering transfer of care. The patient states that he was initially injured while at work on December 29, 2018 when he was working as a Merchant Marine on a boat when a big wave came and knocked him over. Since that time, he has had back pain and left lower extremity pain. He has a history of a previous right hip repair by Dr. Dirig in 2019 and states that this solved the majority of his right lower extremity complaints. He was told at some point, he is going to have to have a left hip replacement as well. He has not seen or the for his left hip recently.
   He has tried physical therapy. He has also undergone a caudal epidural steroid injection with Dr. Goode and states that this did not help him. He complains of low back pain and pain into the left hip and buttock as well as the entire left lower extremity, particularly at the anterior and lateral aspects but he states that the pain can occur randomly in multiple different areas without any obvious trigger or alleviating factors. He states that this is affecting his work and that he is not able to work because of the pain that he has. He has not worked in two years and he states that his work will not allow him to come back while he is still in pain. He states that his left foot also feels numb, tingly and burning at points. He states that laying down helps the pain. Otherwise, he cannot think of anything that makes it better. Unfortunately, he cannot think of provocative factors and therefore cannot predict the pain. He is currently not taking any medications for his pain at this time. He denies any bowel or bladder incontinence, saddle anesthesia or foot drop but states that his left leg was giving out on him.

### Vital Signs

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 5/9 * RCVD AT 12/31/2020 5:30:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/3 * DNIS:6035590310 * CSID:FAX      * ANI:7753236118 * DURATION (mm-ss):08-14

Lincoln/Wofford 0570

WOFFORD, Wayne DOB:      (59 yo M) Acc No. 31213 DOS: 11/06/2020

no Sinus problems. no wheezing.
Gastroenterology:
no Nausea. no Heartburn.
no Vomiting. no Difficulty
swallowing. no Abdominal pain.
no Diarrhea. no Constipation.
no Blood in stool.
Hematology:
no Blood transfusion. no Easy
bruising.
Neurology:
no Headache. no Tingling
numbness. no Seizure.
no Dizziness. no Memory problems.
no Tremors.

BMI 26.50, Height 5 ft 11 in, Weight 190.

Examination
General:
Neurological Exam:
Well developed, well nourished, no apparent distress
Normal respiratory effort on room air
No difficulty with gait, ambulates without use of assistive device
Tandem gait is steady
Unable to walk on heels without difficulty
Able to walk on toes without difficulty
Iliac crest heights appear grossly symmetrical on standing

LUMBAR:
No midline spine tenderness
No paraspinal tenderness
Psoas Left 4/5, Right 5/5
Quadriceps Left 4/5, Right 5/5
Hamstrings Left 5/5, Right 5/5
Tibialis Anterior Left 4-/5, Right 5/5
EHL Left 4-/5, Right 5/5
Gastrocnemius Left 4/5, Right 5/5
No foot drop
Negative Trendelenburg
No lower extremity muscle atrophy observed
DTR 2+ patellar and achilles right, Loss of left patellar and Achilles
Sensation intact to light touch, sharp L2-S1 bilaterally diminished left L4
++ FABER
Negative SLR, CSLR
. Imaging Studies
**11/5/20 MRI L spine @ CTH**
FINDINGS:
The spinal alignment remains normal. The vertebral bodies are intact without
compression fracture. Small bone spurs are projecting from the opposing
endplates associated with minimal reactive subchondral mixed fatty and edematous
endplate marrow signal alteration.
Distal spinal cord demonstrates normal morphology and signal. The conus is
unremarkable and terminates at a normal level.
Paraspinal soft tissues are unremarkable.

Progress Note: Alyssa Nishihira, PA    11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PAGE 6/9 * RCVD AT 12/31/2020 5:30:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/3 * DNIS:6035590310 * CSID:FAX    * ANI:7753236118 * DURATION (mm-ss):08-14

Lincoln/Wofford 0571

WOFFORD, Wayne DOB: . . (59 yo M) Acc No. 31213 DOS: 11/06/2020

Segmental analysis:
L1-L2: Mild disc desiccation, dorsal annular fissuring with mild circumferential
disc bulging effaces the thecal sac at. Posterior elements are unremarkable.
There is no significant stenosis or neural impingement, unchanged.
L2-L3: Mild disc desiccation and circumferential disc bulging. Posterior
elements are unremarkable. There is no significant stenosis or neural
impingement, unchanged.
L3-L4: Mild disc desiccation, dorsal annular fissuring associated with disc
bulging lateralized to the left effaces the thecal sac at. Posterior elements
are mildly enlarged. This results in mild left sided foraminal narrowing,
contacting but not compressing the far lateral foraminal segment of the left
L3
root. There is no significant canal, lateral recess or right foraminal
stenosis, unchanged.
L4-L5: Moderate degenerative disc desiccation and disc space narrowing,
dorsal
annular fissuring associated with circumferential bulge of the annulus
combines
with enlarged ligamentum flavum and bony facets to cause bilateral lateral
recess and caudal foraminal narrowing abutting the descending bilateral L5
roots
and the exiting L4 roots. AP thecal sac diameter remains slightly greater
than
10 mm. There is a new small extruded disc herniation projecting posterior
laterally to the left migrating upward behind the L4 vertebral body causing
mild
left lateral recess narrowing. This is in close proximity to the descending
left L4 root but does not actually appear to compress the nerve root.
L5-S1: Mild-to-moderate disc desiccation with minimal circumferential
bulge of
the annulus associated with mildly enlarged bony facets results in no
significant stenosis or neural impingement, unchanged.
IMPRESSION:
1. Redemonstration of multilevel spondylosis from L1-2 through L5-S1.
2. Redemonstration of disc bulging and enlarged posterior elements at L4-5
causing bilateral lateral recess and foraminal narrowing abutting the
descending
bilateral L5 roots and the foraminal segments of the L4 roots. There is a
new
small extruded disc component projecting posterior laterally to the left with
cephalad migration contributing to cause mild stenosis of the supra articular
left lateral recess. This is in close proximity to the left L4 root proximal to
its exiting foramen and may have some contribution to the patient's
reported
symptoms.
3. Spondylosis at the remaining lumbar levels has remained stable. This
includes lateral component of disc bulging to the left at L3-4 abutting the
far
lateral foraminal segment of the left L3 root. No other site of significant

Progress Note: Alyssa Nishihira, PA 11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lincoln/Wofford 0572

WOFFORD, Wayne DOB:     (59 yo M) Acc No. 31213 DOS: 11/06/2020

stenosis or left-sided neural impingement is demonstrated.
**11/4/20 XR L spine @ CTH**
FINDINGS: Vertebral body heights and alignment are maintained. No
acute
compression fracture deformity is noted. L1-L2 and L2-L3 endplate
spurring
although the disc spaces are maintained. No dynamic instability on flexion
and
extension views. Posterior elements appear intact. Aortoiliac
atherosclerosis.
Right hip arthroplasty in good alignment. Severe left hip degeneration.
IMPRESSION:
Mild lumbar spondylosis.
No acute lumbar spine compression fractures.
No instability.

**Assessments**
1. Other intervertebral disc degeneration, lumbar region - M51.36
2. Radiculopathy, lumbar region - M54.16
3. Spinal stenosis, lumbar region without neurogenic claudication -
M48.061

It was a pleasure to see Wayne in clinic today. He is a very pleasant
59-year-old male here today for a neurosurgical evaluation.
He states his symptoms date back to a work-related injury in 2018.
He states that he has an open work comp claim but all of his
treatment is being done under his health insurance. With regard to
his left lower extremity complaints, I think partially his symptoms
are related to his left hip and I would recommend ortho evaluation
for this as there is severe joint space narrowing of the left hip seen on
the AP lumbar x-rays. Furthermore, I also recommend EMG of the
bilateral lower extremities to assess for any acute radiculopathy. The
patient's MRI demonstrates a disc herniation at L4-L5 as well as at
L3-L4. The patient does appear symptomatic in the L3, L4, and L5
distributions. He does have weakness with dorsiflexion. I would like
to order a CT as well as the disc at L4-L5 appears that it may be
partially calcified. At this point, the patient would like to consider
surgery. However, for symptomatic relief, we would recommend left
L4-L5 and L3-L4 transforaminal epidural steroid injections. At this
point, the patient is in agreement with the treatment plan. He would
like to come back in 6-8 weeks.
Alyssa Nishihira, PA-C
AN/jld.

**Treatment**
**1. Other intervertebral disc degeneration, lumbar region**
    IMAGING: CT lumbar spine w/o contrast
Referral To: Dr. Jay Betz
        Reason: ASAP EMG BLE

**Lincoln/Wofford 0573**

WOFFORD, Wayne DOB:              (59 yo M) Acc No. 31213 DOS: 11/06/2020

Referral To:Randall Goode
      Reason:Left L3-4, L4-5 TF ESI

**2. Radiculopathy, lumbar region**
Referral To:Dr. Jay Betz
      Reason:ASAP EMG BLE

Referral To:Randall Goode
      Reason:Left L3-4, L4-5 TF ESI

**3. Spinal stenosis, lumbar region without neurogenic claudication**
Referral To:Dr. Jay Betz
      Reason:ASAP EMG BLE

Referral To:Randall Goode
      Reason:Left L3-4, L4-5 TF ESI

**4. Others**
Referral To:. Tahoe Fracture
      Reason:Left Hip eval/treat (w/ Dr. Dirig)

Appointment Provider: Alyssa Nishihira, PA

Electronically signed by Alyssa Nishihira, PA-C on
12/31/2020 at 11:11 AM PST

Sign off status: Pending

---

Advanced Neurosurgery
10509 Professional Circle
Suite 101
Reno, NV 89521
Tel: 775-323-6400
Fax: 775-323-6118

Progress Note: Alyssa Nishihira, PA   11/06/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Lincoln/Wofford 0574**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: December 31, 2020 | |
| To: | DR MICHAEL SONG<br>1470 MEDICAL PARKWAY STE 240<br>CARSON CITY NV 89703 |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 323-6118 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0575**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

December 31, 2020

Dr. Michael H. Song
1470 MEDICAL PARKWAY STE 240
CARSON CITY, NV 89703

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Michael Song:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through present.

We ask that you provide this information by January 14, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me using the information below.

**Lincoln/Wofford 0576**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.02.2020

**Lincoln/Wofford 0577**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Wtlyne Wofford_____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative  _____ Date: _____

Date of Birth: __  _____ Claim Number:  __9007521____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0578**

# FAX

| Date: | 12/31/2020 |
|---|---|

| Pages including cover sheet: | 12 |
|---|---|

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Phone** | *(603) 559-0310* |

| **From:** | Quest HIMS Fax |
|---|---|
| | Quest Records |
| | 16 Bronze Pointe |
| | Swansea |
| | IL          62226 |
| | |
| **Phone** | (800) 304-1665 * 301 |
| **Fax Phone** | 18775708002 |

## NOTE:

ATTN: TRACEY SPROUS

RE: 9007521 -- WOFFORD

**Lincoln/Wofford 0579**

RRS Medical, LLC
600 N Jackson, Ste 104
Media, PA 19063



**RRS**
MEDICAL

# Invoice

| Date | Invoice # |
|---|---|
| 11/19/2020 | 71014577 |
| RRS Medical ID No. | 71014577 |

PAID

Lincoln Financial Group:KY, London:7209
PO Box 7209
London, KY 40742-

Please Remit Payment to: RRS Medical, LLC,
600 N Jackson, Ste 104, Media, PA 19063

Federal Tax ID:   36-4896553
Phone #:   484-468-1299
E-mail:   info@rrsmedical.com

| Terms: | Net15 |
|---|---|

| Pt. Name: | Wayne Wofford |
|---|---|
| Reference ID: | 9007521 |

Facility Name:      RRS - Media:Carson Tahoe Health

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Processing Fee (Nevada) | $0.00 | $0.00 |
| 10 | Per Page Fee - Nevada | $0.60 | $6.00 |
| 10 | Mail/Delivery Fee | $1.67 | $1.67 |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| 0 | **Records will be delivered upon receipt of payment** | $0.00 | $0.00 |

Pay Online at:  http://www.rrsmedical.com/

| | Total | $7.67 |
|---|---|---|

Thank you very much!  We really appreciate your
business.  Please send payment within 15 days.

Thanks!

**Balance Due**
(For This Request/Invoice)

$0.00

With the nature of the requested records and the physician's
requirement to act on all requests submitted, there will be a
cancellation fee equal the State's processing fee should you choose to
cancel this request for any reason.

\*\* Credit Card payments are accepted. Please pay
online at http://www.QuestHIMS.com \*\*

\*\*\* Failure to provide payment within 21 days of the date of this invoice will place
you in a pre-bill category, as allowed by the State.

Want to view your records online? Sign up at
http://www.rrsmedical.com and use password:
2ugkboRm

Number of Pages:      10

**Lincoln/Wofford 0580**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

---

Date:  October 13, 2020

To:  CARSON TAHOE REGIONAL HEALTH
CARSON TAHOE CONTINUING CARE HOSPITAL

Attn:  MEDICAL RECORDS

Fax:  (775) 888-3206

From:  Tracey Sprous
Claim Specialist
Phone No.: Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Total Pages
(Including Cover):    4

RE:

Claim #:    9007521
Claimant:    Wayne Wofford

Crosby Tugs, LLC

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0581**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 13, 2020

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital

RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Carson Tahoe Regional Health:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 19, 2020 through present.

We ask that you provide this information by October 27, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 0582**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:　9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.12.2020

2 of 2

**Lincoln/Wofford 0583**

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospit.
Post Office Box 2168
Carson City, Nevada
89702-2168
775/445-8000

**CARSON TAHOE**  **AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
——— H E A L T H ———  (Please Print)

I, ___Whme Wbford___
      Patient Name at Time of Treatment                          Date of Birth

Authorize: ☒ Carson Tahoe Health  or  ☒ Other_____

To disclose the following information to:  ___Lincolin Financial (Long Term Disability___
Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of:  ☑ Physician/Hospital  ☑ Personal Use  ☑ Insurance  ☑ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐ Department is open Monday – Friday, 8:00 am – 4:30 pm

For care provided on: ___9/19/20___ to ___9/19/20___
                        Date                        Date

I would like the following information released: (Only the items marked will be released)

☑ Discharge Summary          ☑ X-Ray Reports
☑ History & Physical         ☑ X-Ray Films (Only available in Imaging Department)
☑ Consultation(s)            ☑ EKG/ECG Reports
☑ Operative Reports          ☑ Lab Reports
☑ Pathology Reports          ☑ Emergency Reports
☑ Other - Specifically _____

I specifically authorize the release of information for the following treatments or procedures that are included in these records. (You must initial those items requested, or they will not be released with the above record.)

_____ Drug/Alcohol Abuse Treatment
_____ Psychiatric and Mental Illness Treatment
_____ Psychotherapy Notes
_____ Human Immunodeficiency Virus (HIV) Antibody Test Results
_____ Other - Specifically _____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to: Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting in my PHI no longer being protected by HIPAA regulations.

Date to expire: (if this authorization is to remain in effect longer than 90 days)_____

Date ___10/1/20___          Signature of Patient _____

Witness _____     Signature of Legal Representative _____

Reason Patient Unable to Sign _____  Relationship _____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585                                          P.O. BOX 2168
FAX # 775-888-3206                                         CARSON CITY, NV 89702

**Medical Records Use Only:**  Completed Date _____  Initials _____  Charge _____  Check ID _____
Records were:  Mailed _____  Faxed _____  Electronically Sent _____  Hand Carried By Patient _____
Form DTROI  Rev. (01/8/18)

Release of Information Office
Fax # 775-884-5460
Phone # 775-445-8585

**Lincoln/Wofford 0584**

MRN:020374920
VISIT ID:2026300152
PATIENT NAME:WAYNE C WOFFORD
PATIENT DOB:(

Emergency Room Note (MModal)

DATE OF SERVICE:
09/19/2020

MODE OF ARRIVAL:
Personal vehicle

CHIEF COMPLAINT:
Left leg pain/worsening sciatica x2 weeks

HISTORY OF PRESENT ILLNESS:
This is a 59-year-old male with history of chronic left-sided sciatica and right hip replacement who presents to the emergency department today for the above-mentioned complaint. Patient states since 2009 he has had intermittent episodes of left-sided sciatica. Patient notes that this episode is similar to his prior episodes however not as severe as he still has full range of motion and getting out the car he developed pain of his left buttock/lower extremity. Patient notes that this pain radiates down throughout his entire left lower extremity. Patient feels diffuse left leg pain at this time and notes that this is exactly similar to his prior episodes of sciatica. Denies any lower extremity edema, left calf pain or tenderness, any popliteal pain, history of DVT/PE/coagulopathy, any trauma to his lower extremity. Denies any chest pain, shortness of breath, nausea vomiting, fever, chills, headache, dizziness, blurry vision, cough, hemoptysis, further complaints. Patient notes the pain is exacerbated with bending at his waist or flexion/extension of his left hip. He further notes pain with palpation of his left buttock. He notes it is alleviated with rest. He has not been taking any NSAIDs or further medication for this pain at home. Patient states that he was seen at an ER 2 weeks prior in NM as well as his primary care physician last week who both note that this is likely sciatica. He denies receiving any medications other than aspirin for this pain. Patient denies any bowel or bladder incontinence, urinary tension, saddle anesthesia, numbness or paresthesias or weakness of the lower extremities.

PAST MEDICAL/SURGICAL HISTORY:
Chronic left-sided sciatica, right hip replacement

CURRENT MEDICATIONS:
Reviewed

ALLERGIES:
Penicillin

SOCIAL HISTORY:
Denies tobacco use, occasional alcohol use, denies further drug use

REVIEW OF SYSTEMS:

CONFIDENTIAL INFORMATION *COPY* This document is for ACCT# 2026300152. Printed by Jennifer Dunlap

PAGE 7/12 * RCVD AT 12/31/2020 1:48:35 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6035590310 * CSID: * ANI:18775708002 * DURATION (mm-ss):06-20

**Lincoln/Wofford 0585**

MRN:020374920
VISIT ID:2026300152
PATIENT NAME:WAYNE C WOFFORD
PATIENT DOB:(

Emergency Room Note (MModal)

10-Point review of systems negative unless otherwise stated in HPI.

PHYSICAL EXAM:
Vital Signs:  Temperature 37° C tympanic heart rate 85 respirations 16 blood pressure 151/99 SpO2 97% on room air

General:  nontoxic in no acute distress
Head:  Normocephalic atraumatic
ENT:  PERRLA EOMI sclerae anicteric noninjected oral mucosa moist oropharynx clear
Neck:  Supple no stridor or adenopathy no nuchal rigidity no JVP elevation
Lungs: Clear to auscultation bilaterally
Cardiovascular: regular rate and rhythm no obvious murmurs rubs or gallops cap refill less than 2 sec symmetric radial pulses no pedal edema
Abdomen: good bowel sounds soft abdomen nontender nondistended negative Murphy's no McBurney's no peritonitis
Back: no midline tenderness to palpation or step-offs normal range of motion
Skin: intact warm dry no obvious rashes
Extremities:  Patient is witnessed to be ambulatory in the emergency depart with minimal difficulty.  Patient has full active passive range of motion of the hip/knee/ankles without any noted difficulty or pain, left upper buttock is tender to palpation with reproduction of symptoms noted with palpation of this area, there is no obvious rashes/ecchymosis/erythema of this area, DTRs are intact in the knees bilaterally, strong hallux strength bilaterally, sensation is intact and equal bilaterally of the lower extremities, patient is able stand on tiptoes without difficulty, strong DP and PT pulses bilaterally, negative Homans sign bilaterally, compartments are non tense throughout.  Able to fully range all remaining extremities without pain, no gross abnormalities
Neuro:  Alert oriented to person place time and situation GCS 15 symmetric face has 5/5 strength throughout normal sensation to light touch throughout no limb ataxia
Psych: Calm

DIAGNOSTIC STUDIES:
None, patient refuses ultrasound

EMERGENCY ROOM COURSE (MDM):
This is a 59 year male presents to the emergency department today with complaint of acute on chronic left-sided sciatica x2 weeks.  Patient appears well, nontoxic in no acute distress.  Exam is nonfocal and pertinent for left buttock tenderness to palpation with reproduction of symptoms of this area.  At this time I do have extremely high suspicion for acute on chronic left-sided sciatica. Patient presents without cord compression red flags and I do have extremely low suspicion for this.  I further have extremely low suspicion for

CONFIDENTIAL INFORMATION *COPY* This document is for ACCT# 2026300152.  Printed by Jennifer Dunlap

**Lincoln/Wofford 0586**

MRN:020374920
VISIT ID:2026300152
PATIENT NAME:WAYNE C WOFFORD
PATIENT DOB:(

Emergency Room Note (MModal)

diskitis, central disc herniation, epidural abscess, cancer, AAA, dissection, further infection, further emergent etiologies of the patient's complaint. As the patient does note a recent long car ride, DVT is within the differential. The patient is currently refusing ultrasound of his left lower extremity. The patient states that he would only like to receive the medication prescriptions and leave as soon as possible. Patient states he has family matters to attend to and is refusing all diagnostic studies. I did thoroughly explained to the patient that I cannot exclude emergent etiologies of his complaint without further diagnostic studies and again the patient refuses all diagnostic studies. The patient is A/O x3 and there is no evidence of intoxication on my exam. At this time I will be discharging the patient home with Medrol Dosepak as well as pain medication to take for breakthrough pain. I further provide the patient with a referral to neuro surgery and the patient states he has his own orthopedic surgeon for follow-up. Patient is instructed to follow up with both as soon as possible. Strict return precautions were given to the patient. The patient notes he drove to the ER, will provide him with only steroids while here in the ER. He is to fill his pain prescription medication upon discharge with sedation warnings given. The patient is aware of his elevated blood pressure which Hewill follow up with his primary care physician regarding.

FINAL DIAGNOSIS:
1. Suspected acute on chronic left-sided sciatica
2. Elevated blood pressure

DISPOSITION:
 Patient received strict return precautions. Patient verbalizes understanding of strict return precautions as well as need for follow up. Questions answered. Patient is happy with plan of care.

PMP checked, sedation warnings given.

CONFIDENTIAL INFORMATION *COPY* This document is for ACCT# 2026300152. Printed by Jennifer Dunlap
PAGE 9/12 * RCVD AT 12/31/2020 1:48:35 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6035590310 * CSID: * ANI:18775708002 * DURATION (mm-ss):06-20

**Lincoln/Wofford 0587**

MRN:020374920
VISIT ID:2026300152
PATIENT NAME:WAYNE C WOFFORD
PATIENT DOB:(

Emergency Room Note (MModal)

Voice Recognition Disclaimer:
· Voice Recognition DisclaimerThis document may have been created using voice recognition software. The software does have a chance of producing errors of grammar and possibly content. I have made every reasonable attempt to find and correct any obvious errors.


Electronic Signatures:
Kump, Sean N (PA-C)   (Signed Sep-19-2020 20:53)
Authored: Dictation Free Text, Disclaimer


Last Updated: Sep-19-2020 20:53 by Kump, Sean N (PA-C)

**Lincoln/Wofford 0588**

# CARSON TAHOE REGIONAL HEALTHCARE

## Patient Information

**Patient Name:** WOFFORD, WAYNE C
**Medical Record #:** 020374920
**Date Of Birth:**
**Patient Address:**

**Account Number:** 2026300152
**Sex:** Male
**SSN:**

**Home Phone:**
**Employer:**

**Work Phone:**

## Encounter Information

**Patient Type:** ER - EMERGENCY ROOM
**Admit Date:** 09/19/2020 16:00
**Location Room/Bcd:**
**Admit Physician:**

**Discharge Date:** 09/19/2020 18:26
**Admitting Dx:** LF LEG PAIN
**Attend Physician:** Sean N Kump

## Guarantor Information

**Name:** WOFFORD, WAYNE C
**Address:**

**Relationship:** Self

**Home Phone:**
**Employer:** CROSBY TUGS

**Work Phone:**
**Address:**

## Emergency Contact

**Name:** WOFFORD, JACOB
**Address:**

**Relationship:** Son
**Phone:**

**Name:** NONE, NONE
**Address:**

**Relationship:** W
**Phone:**

## Insurance Information

**Insurance Name:** BCBS HMO NV
**Policy #:** XUP200938487
**Group Name:** CROSBY TUGS, LLC

**Group #:** 78981ERC
**Insured Name:** WOFFORD WAYNE

**Insurance Name:** 700905
**Policy #:** XUP200938487
**Group Name:** CROSBY TUGS, LLC

**Group #:** 78981ERC
**Insured Name:** WOFFORD WAYNE

CONFIDENTIAL INFORMATION *COPY* This document is for ACCT# 2026300152. Printed by Jennifer Dunlap

**Lincoln/Wofford 0589**

# ChartMaxx

## Electronic Patient Record System

Print Job Number : 1034532

User Name : Jennifer Dunlap

Print Date : 11/19/2020 10:15

Subject : Chart Print of ACCT # LONGITUDINAL; MR # 020374920
(Selected Documents)

Number of documents : 2

Number of copies : 1

**Lincoln/Wofford 0590**

RRS Medical, LLC
600 N Jackson, Ste 104
Media, PA 19063



# Invoice

| Date | Invoice # |
|---|---|
| 11/19/2020 | 71014577 |
| RRS Medical ID No. | 71014577 |

PAID

Lincoln Financial Group:KY, London:7209
PO Box 7209
London, KY 40742-

Please Remit Payment to: RRS Medical, LLC,
600 N Jackson, Ste 104, Media, PA 19063

Federal Tax ID: 36-4896553
Phone #: 484-468-1299
E-mail: info@rrsmedical.com

| Terms: | Net15 |
|---|---|

| Pt. Name: | Wayne Wofford |
|---|---|
| Reference ID: | 9007521 |

Facility Name: RRS - Media:Carson Tahoe Health

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Processing Fee (Nevada) | $0.00 | $0.00 |
| 10 | Per Page Fee - Nevada | $0.60 | $6.00 |
| 10 | Mail/Delivery Fee | $1.67 | $1.67 |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| 0 | **Records will be delivered upon receipt of payment** | $0.00 | $0.00 |
| | Pay Online at: http://www.rrsmedical.com/ | **Total** | $7.67 |

Thank you very much! We really appreciate your
business. Please send payment within 15 days.

Thanks!

**Balance Due**
(For This Request/Invoice)          $0.00

With the nature of the requested records and the physician's
requirement to act on all requests submitted, there will be a
cancellation fee equal the State's processing fee should you choose to
cancel this request for any reason.

*** Failure to provide payment within 21 days of the date of this invoice will place
you in a pre-bill category, as allowed by the State.

** Credit Card payments are accepted. Please pay
online at http://www.QuestHIMS.com **

Want to view your records online? Sign up at
http://www.rrsmedical.com and use password:
cilctm9e

Number of Pages:          10

**Lincoln/Wofford 0591**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | October 13, 2020 |
| To: | CARSON TAHOE REGIONAL HEALTH <br> CARSON TAHOE CONTINUING CARE HOSPITAL |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 888-3206 |
| From: | Tracey Sprous <br> Claim Specialist <br> Phone No.: Phone No.: (800) 320-7585 <br> Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | |
| Claim #: | 9007521 |
| Claimant: | Wayne Wofford |
| | Crosby Tugs, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0592**

RRS Medical, LLC
600 N Jackson, Ste 104
Media, PA 19063



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/19/2020 | 71014577 |
| RRS Medical ID No. | 71014577 |

Please Remit Payment to: RRS Medical, LLC,
600 N Jackson, Ste 104, Media, PA 19063

Federal Tax ID: 36-4896553
Phone #: 484-468-1299
E-mail: info@rrsmedical.com

Lincoln Financial Group:KY, London:7209
PO Box 7209
London, KY 40742-

| Terms: | Net15 |
|--------|-------|

| Pt. Name: | Wayne Wofford |
|-----------|---------------|
| Reference ID: | 9007521 |

Facility Name: RRS - Media:Carson Tahoe Health

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Processing Fee (Nevada) | $0.00 | $0.00 |
| 10 | Per Page Fee - Nevada | $0.60 | $6.00 |
| 10 | Mail/Delivery Fee | $1.67 | $1.67 |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| 0 | **Records will be delivered upon receipt of payment** | $0.00 | $0.00 |
| | Pay Online at: http://www.rrsmedical.com/ | **Total** | $7.67 |

Thank you very much! We really appreciate your business. Please send payment within 15 days.

Thanks!

**Balance Due**
(For This Request/Invoice)

With the nature of the requested records and the physician's requirement to act on all requests submitted, there will be a cancellation fee equal the State's processing fee should you choose to cancel this request for any reason.

*** Failure to provide payment within 21 days of the date of this invoice will place you in a pre-bill category, as allowed by the State.

** Credit Card payments are accepted. Please pay online at http://www.QuestHIMS.com **

Want to view your records online? Sign up at http://www.rrsmedical.com and use password: enh7nmak

Number of Pages: 10

**Lincoln/Wofford 0593**



**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 13, 2020

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Carson Tahoe Regional Health:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 19, 2020 through present.

We ask that you provide this information by October 27, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 0594**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.12.2020

Lincoln/Wofford 0595



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | October 13, 2020 |
| To: | CARSON TAHOE REGIONAL HEALTH<br>CARSON TAHOE CONTINUING CARE HOSPITAL |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 888-3206 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | |

Claim #: 9007521
Claimant: Wayne Wofford

Crosby Tugs, LLC

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0596**

**CARSON TAHOE**
—— HEALTH ——

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
(Please Print)

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospc
Post Office Box 2158
Carson City, Nevada
89702-2158
775/445-8000

I, _Wayne Wofford_____                    _____
      Patient Name at Time of Treatment                                                          Date of Birth

Authorize: ☒ Carson Tahoe Health   or   ☒ Other_____

To disclose the following information to:
_Lincolin Financial (Long Term Disability_____
Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of: ☑ Physician/Hospital ☑ Personal Use ☑ Insurance ☑ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐ Department is open Monday – Friday, 8:00 am – 4:30 pm

For care provided on: ___9/19/20____ to ___9/19/20____
                      Date                             Date

I would like the following information released: (Only the items marked will be released)

☑ Discharge Summary      ☑ X-Ray Reports
☑ History & Physical      ☑ X-Ray Films (Only available in Imaging Department)
☑ Consultation(s)      ☑ EKG/ECG Reports
☑ Operative Reports      ☑ Lab Reports
☑ Pathology Reports      ☑ Emergency Reports
☑ Other - Specifically_____

I specifically authorize the release of information for the following treatments or procedures that are included in these records. (You must **initial** those items requested, or they will not be released with the above record.)

_WW_ Drug/Alcohol Abuse Treatment
_WW_ Psychiatric and Mental Illness Treatment
_WW_ Psychotherapy Notes
_WW_ Human Immunodeficiency Virus (HIV) Antibody Test Results
_WW_ Other - Specifically_____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to: Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting in my PHI no longer being protected by HIPAA regulations.

Date to expire: (if this authorization is to remain in effect longer than 90 days)_____

Date ___10/1/20_____      Signature of Patient _Wayne Wofford_____

Witness_____      Signature of Legal Representative_____

Reason Patient Unable to Sign_____      Relationship_____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585
FAX # 775-888-3206

P.O. BOX 2158
CARSON CITY, NV 89702

**Medical Records Use Only:**   Completed Date_____ Initials_____ Charge_____ Check ID_____
Records were: Mailed_____ Faxed_____ Electronically Sent_____ Hand Carried By Patient_____
Form DTRO1 Rev. (01/8/18)

**Release of Information Office**
Fax # 775-884-5460
Phone # 775-445-8585

**Lincoln/Wofford 0597**

RRS Medical, LLC
600 N Jackson, Ste 104
Media, PA 19063


**RRS**
MEDICAL⊕

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/10/2020 | 71002247 |

| RRS Medical ID No. | 71002247 |
|---|---|

Please Remit Payment to: RRS Medical, LLC,
600 N Jackson, Ste 104, Media, PA 19063

Federal Tax ID: 36-4896553
Phone #: 484-468-1299
E-mail: info@rrsmedical.com

Lincoln Life Assurance Company:KY (7209)
**
PO Box 7209
London, KY 40742-7209

| Terms: | Net15 |
|---|---|

| Pt. Name: | Wayne Wofford |
|---|---|
| Reference ID: | 9007521 |

Facility Name:    RRS - Media:Carson Tahoe Health

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Processing Fee (Nevada) | $0.00 | $0.00 |
| 13 | Per Page Fee - Nevada | $0.60 | $7.80 |
| 13 | Mail/Delivery Fee | $1.91 | $1.91 |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| 0 | **Records will be delivered upon receipt of payment** | $0.00 | $0.00 |

Pay Online at: http://www.rrsmedical.com/

| | Total | $9.71 |
|---|---|---|

Thank you very much! We really appreciate your
business. Please send payment within 15 days.

Thanks!

**Balance Due**
(For This Request/Invoice)

With the nature of the requested records and the physician's
requirement to act on all requests submitted, there will be a
cancellation fee equal the State's processing fee should you choose to
cancel this request for any reason.

** Credit Card payments are accepted. Please pay
online at http://www.QuestHIMS.com **

*** Failure to provide payment within 21 days of the date of this invoice will place
you in a pre-bill category, as allowed by the State.

Want to view your records online? Sign up at
http://www.rrsmedical.com and use password:
pmZJCMjq

Number of Pages:    13

**Lincoln/Wofford 0598**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Wayne Wofford

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  Wayne Wofford

Date of Birth: _____  Claim Number: 9007521  Date: 6/7/19

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0599**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s):  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Wayne Wofford_____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Wayne Wofford_____

Date of Birth: __   _____  Claim Number: _9007521_  Date: _6/7/19_____

A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0600**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 24, 2020

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Carson Tahoe Regional Health:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 19, 2020 through present.

We ask that you provide this information by October 8, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

Lincoln/Wofford 0601

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: 9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0602**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | September 24, 2020 |
| To: | CARSON TAHOE REGIONAL HEALTH<br>CARSON TAHOE CONTINUING CARE HOSPITAL |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 888-3206 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | |
| Claim #: | 9007521 |
| Claimant: | Wayne Wofford |
| | Crosby Tugs, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0603**



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** | Wayne Wofford |
| **CLAIM NO:** 9007521 | |
| **EMPLOYER/SPONSOR:** Crosby Tugs, LLC | **DATE OF BIRTH:** |

### TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from **01/01/2020** to present.. *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Western Arizona Res, ohal Medical Center
Specialty: Emergoincy Visit, CS
Address: 2735 Silver Creek Rd
Bullhead City, AZ 86442
Telephone No.: (928) 763 0245 Fax No.: ( )

6/6/20
Name: Carson Tahoe Regional Medical Center
Specialty: Emergency Visit
Address: 1600 Medical Pkwy Carson City
NV 89703
Telephone No.: (775) 945 8000 Fax No.: ( )

Name: Carson Tahoe Regional Medical Center
Specialty: Emergency Visit
Address: 1600 Medical Pkwy Carson City
NV 89703
Telephone No.: (775) 945 8000 Fax No.: ( )

Name: Carson Tahoe Medical Group
Specialty: Family Doc Dr Howey
Address: 901 Med Center Drive Suite 203
Dayton, NV 89403
Telephone No.: (775) 445 7630 Fax No.: ( )

### MEDICAL INSURANCE CARRIER(S):

Name: Blue Cross Blue Shield
Specialty: Insurance (Health)
Address: LA.

Telephone No.: (800) 363 9150 Fax No.: ( )

Name: ___
Specialty: ___
Address: ___

Telephone No.: ( ) Fax No.: ( )

### PHARMACY(S):

Name: Smiths
Specialty: ___
Address: 2200 US Hwy 50 E Dayton, NV

Telephone No.: (775) 246 0920 Fax No.: ( )

Name: ___
Specialty: ___
Address: ___

Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0604**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return to:  Tracey Sprous

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Wayne Wofford | **CLAIM #:** 9007521 |
| **EMPLOYER:** Crosby Tugs, LLC | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle In t.) Wofford C. Wayne | Social Security # | |
|---|---|---|
| Street Address | City | State N  Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |
| Spouse's Full Name and Date of Birth | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Jacob Wofford     Relationship to you?  Son     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.  NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax Identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?  Yes  Chief Engineer  Offshore Work (Ships, Tug Boats)

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.  Yes  SSI

Identify other income you are receiving or for which you have applied.  You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages/ Income/ Money/ Unemployment | $ ₵ | | | |
| | ✓ | Social Security (disability or retirement) | $ ₵ | | | |
| | ✓ | Social Security (for your spouse/dependents) | $ ₵ | | | |
| | ✓ | Short Term Disability or  State Disability | $ 230.52 | Aplit 1 year | until Death | Apra 1 year |
| ✓ | | Pension or Retirement benefits (lump sum/ongoing) | $ 230.52 | Apra 1 year | Until Death | 1/1 |
| ✓ | | Workers' Compensation | $ 1,120 | A 1/15/19 | ? | 1/1/19 |
| | ✓ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ✓ | | Other income/money/benefit (describe) Rent | 695.00 | Aprx. 2 year | N/O | N/A |

If my claim is overpaid, I understand and agree that  Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate.  The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive  Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:**  Wayne Wofford

**DATE:**  10/15/20     **EMPLOYEE'S SIGNATURE:**  *Wayne Wofford*

DP 409

**Lincoln/Wofford 0605**