# ACTIVITIES QUESTIONNAIRE



**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:   AT A TIME
sit **2 TO 4 HR**   stand **About Same**   walk **1 HR**

How many hours a day do you:
sit **4 TO 6 HR**   stand **4 TO 6**   walk **3 TO 5**

Do you take a nap during the day?
Yes **✓**   No _____

If Yes, for how long? **2 TO 3 HR**   At what time of the day? **12 TO 3 (NOT EVERY DAY)**

How many hours a day do you spend in bed? **A 14 HR SOMETIMES MORE**

Do you require any assistive devices such as a:
cane **✓**   walker _____   crutches _____   wheelchair _____   other _____

How long are you able to sit in a car? **2 TO 4 HRS**

Do you hold a valid driver's license?
Yes **✓**   No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? **2 TO 4 HOURS At a Time (must stop and stretch)**
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
**Phone**

Do you have children?
Yes **✓**   No _____   If Yes, what are their dates of birth

Do you need help caring for your children?
Yes _____   No **✓**

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes _____   No **✓**   If Yes, please explain _____

How many times a day do you leave the house during the week? **Every Day**
On the weekends? **2 TO 3 TIM**

How often do you run errands? **When They Need To be Done (if feeling ok)**

Please describe what errands you most commonly run: **Grocery Shopping**

EXHIBIT

3, part 2

**Lincoln/Wofford 0606**

 **Lincoln** Financial Group®




How often do you get outdoors? *IP Possible Everyday*

Are you left or right hand dominant?   Left ✓   Right _____

Are you able to work in your garden?   Yes *Very Short Periods*   No _____

Are you able to work on your house?   Yes *" " "*   No _____

Are you able to wash your car?   Yes *" " "*   No _____

How much time is spent daily on your home computer?
✓ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None ✓ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: *No home Computer Smart Phone*

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes ____✓__ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself | |
| Carrying groceries into the house | " | |
| Cooking meals | " | |
| Cleaning after meals | " | |
| Cleaning bathrooms | " | |
| Vacuuming | " | |
| Doing the laundry | " | |
| Opening and responding to mail | " | |
| Managing your finances | " | |
| Balancing your checkbook | " | |
| Bathing yourself | " | |
| Styling your own hair | " | |
| Getting dressed | " | |
| Going up and down stairs | " *I can perform All these Duties for Very Short periods of time!* | |

Have you been confined to a hospital within the last 12 months?  Yes _____   No ____✓__

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Wofford 0607**

 **Lincoln** Financial Group®

How often do you travel or take vacation? _Never_

Where do you go? How do you get there (transportation method)? _____

Are you able to pursue your hobbies? Yes ✓ No _____
If Yes, please describe _For Short Periods_

Do you participate in an exercise program? Yes ✓ No _____
If Yes, please describe _Walking, Stretching_

Do you do any Volunteer work? Yes _____ No ✓

If Yes:
  how many hours per day? _____
  how many hours per week? _____
  for whom? _____

Are you working for wages? Yes _____ No ✓

If Yes, please provide employer's name _____

Describe in your own words, what prevents you from engaging in **any gainful employment.**
_I can't stay In Any Position for very long because its to_
_Pain ful_

Please describe your daily routine: (If more space is needed, please use the back of this form)
_wake up drink coffee will walk around Blocks with Dog (Blue) watch TV_
_For about a hour check Mail Take Nap Getup go to Casino play for_
_a little while 5ot Dinner there go home watch New go to Bed_
_( How Long I Are Anything Depends On How Much Pain_
_I'm En )_

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
_Jacob Wofford_

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Wayne Wofford_   Date: _10/15/20_
Signature: _Wayne Wofford_

**Lincoln/Wofford 0608**

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 29, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by November 9, 2020:

        X   Activities Questionnaire Form
        X   Authorization - Medical
        X   Claimant Information Form
        X   Claimant Supplementary Statement
        X   Authorization
        X   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 9, 2020 as required under the terms of the Policy.

**Lincoln/Wofford 0609**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

Lincoln/Wofford 0610


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I** understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I** understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I** understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _Wayne Wofford_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: _9007521_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0611**



INTEGRATED BENEFITS, INC.

10/28/2020

Re: Mr. Wayne Wofford
Lincoln Financial Group Claim Number: 9007521

Good Afternoon:

Mr. Wofford has returned appointment forms and IBI has submitted an Initial Claim application on his behalf. We will work with Social Security on the development of the claim and notify Lincoln Financial Group when a decision is made.

Thank you for allowing IBI to assist with Mr. Wofford's claim.

If you have any questions, please call IBI at (800) 535-6575.

Integrated Benefits Inc.

P.O. Box 7200 • 203 Alameda Dr. • Jefferson City, MO 65102 • 877) 245-4456 • FAX (866) 717-6023

**Lincoln/Wofford 0612**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD


**Lincoln/Wofford 0613**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 15, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please refer to our enclosed prior letter dated August 26, 2020 which advised you benefits would discontinue if we did not receive office treatment notes, test results, operative reports, prescription histories, and treatment plans from office treatment notes, test results, operative reports, prescription histories, and treatment from January 1, 2020 through present from your providers.

On August 31, 2020, we received correspondence from Dr. Mendoza to advise you were last seen on August 13, 2019.

On September 24, 2020, you advised you were seen at Carson Tahoe Regional Health on September 19, 2020 in the emergency room.

On September 24,2020, we faxed a medical records request to Carson Tahoe Regional Health dated September 19, 2020 for a copy of your emergency visit.

On October 13, 2020, we received a copy of your completed medical authorization for Carson Tahoe Regional Health and faxed a medical records request to Carson Tahoe Regional Health.

To date, we have not received a copy of your emergency room visit dated September 19, 2020 from Carson Tahoe Regional Health.

This documentation is necessary to assess your continued eligibility for benefits.

If you do not submit the requested information by November 14, 2020 your claim will reviewed based upon the medical records received on file. Please encourage your physician to submit the

**Lincoln/Wofford 0614**

information we previously requested.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-08.26.2020

**Lincoln/Wofford 0615**

| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 26, 2020 2:47:33 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | 8f7fk2jutmy11zpajvpp_8920503.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0616**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Mr. Wayne Wofford

RE:  Long Term Disability (LTD) Benefits
Crosby Tugs, LLC
Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 26, 2020, we requested an update from you regarding the providers you have seen from January 1, 2020 through the present.You said you might have seen Dr. Mendoza. We called Dr. Mendoza's office and they said you were last seen in October 2019 This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from your provider(s)

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Policy States:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

**Lincoln/Wofford 0617**

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*8. the date the Covered Person is no longer Disabled according to this policy;*

*9. the end of the Maximum Benefit Period; or*

*10. the date the Covered Person dies.*

**"Appropriate Available Treatment"** *means care or services which are:*

*1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;*

*2. accessible within the Covered Person's geographical region;*

*3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;*

*4. in accordance with generally accepted medical standards of practice.*

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 9, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 8, 2020, 30 days from the date of suspension, your claim will be closed.

**Lincoln/Wofford 0618**

We ask that you provide us with this information no later than November 8, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0619**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 15, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by November 9, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.28.2020

1  of  1

**Lincoln/Wofford 0621**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WAYNE WOFFORD

**Lincoln/Wofford 0622**


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 29, 2020

Mr. Wayne Wofford

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by November 9, 2020:

    X   Activities Questionnaire Form
    X   Authorization - Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Authorization
    X   Other

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 9, 2020 as required under the terms of the Policy.

**Lincoln/Wofford 0623**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

**Lincoln/Wofford 0624**

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                                          DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

---

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____   walker_____   crutches _____   wheelchair _____   other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

    Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

**Lincoln/Wofford 0625**



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____          Right _____

Are you able to work in your garden?          Yes _____          No _____

Are you able to work on your house?          Yes _____          No _____

Are you able to wash your car?          Yes _____          No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Wofford 0626**




How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

| | | | |
|---|---|---|---|

Are you able to pursue your hobbies?                    Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?              Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                          Yes _____        No _____

If Yes:

      how many hours per day? _____

      how many hours per week?_____

      for whom? _____

Are you working for wages?                             Yes _____        No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Wofford 0627**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: __ _____ Claim Number: ___9007521____

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020

**Lincoln/Wofford 0628**

# CLAIMANT INFORMATION FORM

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____        Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____        Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____        Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____        Name: _____
Specialty: _____        Specialty: _____
Address: _____        Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____        Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0629**

**SIGNATURE:** _____ **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford     **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC     **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |
|---|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name     Relationship to you?     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____ **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Wofford 0631**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: __ _____ Claim Number: __9007521____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0632**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: October 13, 2020 | |
| To: | CARSON TAHOE REGIONAL HEALTH<br>CARSON TAHOE CONTINUING CARE HOSPITAL |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 888-3206 |
| From: | Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0633**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

October 13, 2020

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Carson Tahoe Regional Health:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from September 19, 2020 through present.

We ask that you provide this information by October 27, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0634**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: 9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.12.2020

**Lincoln/Wofford 0635**

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital
Post Office Box 2168
Carson City, Nevada
89702-2168
775/445-8000

**CARSON TAHOE**
——— H E A L T H ———

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
(Please Print)

I, __Wayne Wofford__

Patient Name at Time of Treatment | Date of Birth

Authorize: ☒ Carson Tahoe Health or ☒ Other_____

To disclose the following information to:
__Lincoln Financial (Long Term Disability__

Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of: ☒ Physician/Hospital ☒ Personal Use ☒ Insurance ☒ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐ Department is open Monday – Friday, 8:00 am – 4:30 pm

For care provided on: __9/19/20__ to __9/19/20__
Date                                         Date

I would like the following information released: (Only the items marked will be released)

☒ Discharge Summary            ☒ X-Ray Reports
☒ History & Physical           ☒ X-Ray Films (Only available in Imaging Department)
☒ Consultation(s)              ☒ EKG/ECG Reports
☒ Operative Reports            ☒ Lab Reports
☒ Pathology Reports            ☒ Emergency Reports
☒ Other - Specifically _____

I specifically authorize the release of information for the following treatments or procedures that are included in these records. (You must initial those items requested, or they will not be released with the above record.)

_WLW_ Drug/Alcohol Abuse Treatment
_LWW_ Psychiatric and Mental Illness Treatment
_WWW_ Psychotherapy Notes
_WW_ Human Immunodeficiency Virus (HIV) Antibody Test Results
_LWW_ Other - Specifically_____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to: Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting in my PHI no longer being protected by HIPAA regulations.

**Date to expire: (if this authorization is to remain in effect longer than 90 days)_____**

Date __10/1/20__                    Signature of Patient __Wayne Wofford__

Witness _____             Signature of Legal Representative _____

Reason Patient Unable to Sign _____    Relationship_____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585                                        P.O. BOX 2168
FAX # 775-888-3206                                          CARSON CITY, NV 89702

**Medical Records Use Only:** Completed Date_____ Initials_____ Charge_____ Check ID_____
Records were: Mailed_____ Faxed_____ Electronically Sent_____ Hand Carried By Patient_____

Form DTROI Rev. (01/8/18)

Release of Information Office
Fax # 775-884-5460
Phone # 775-445-8585

Lincoln/Wofford 0636

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital
Post Office Box 2168
Carson City, Nevada
89702-2168
775/445-6000

## CARSON TAHOE HEALTH

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
### (Please Print)

I, Wayne Wofford _____ , _____ Date of Birth
Patient Name at Time of Treatment

Authorize: ☒ Carson Tahoe Health  or  ☒ Other_____

To disclose the following information to:
Lincoln Financial (Long Term Disability) _____
Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of:  ☑ Physician/Hospital  ☐ Personal Use  ☑ Insurance  ☑ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐ Department is open Monday – Friday, 6:00 am – 4:30 pm

For care provided on: ____9/19/20____ to ____9/19/20____
                          Date                    Date

I would like the following information released: (Only the items marked will be released)

☑ Discharge Summary          ☑ X-Ray Reports
☑ History & Physical          ☑ X-Ray Films (Only available in Imaging Department)
☑ Consultation(s)             ☑ EKG/ECG Reports
☑ Operative Reports           ☑ Lab Reports
☑ Pathology Reports           ☑ Emergency Reports
☑ Other - Specifically_____

I specifically authorize the release of information for the following treatments or procedures that are included in these records. (You must **initial** those items requested, or they will not be released with the above record.)

___ Drug/Alcohol Abuse Treatment
___ Psychiatric and Mental Illness Treatment
___ Psychotherapy Notes
___ Human Immunodeficiency Virus (HIV) Antibody Test Results
___ Other - Specifically_____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to: Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting in my PHI no longer being protected by HIPAA regulations.

Date to expire: (If this authorization is to remain in effect longer than 90 days)_____

Date ___10/1/20___                    Signature of Patient _Wayne Wofford_____

Witness _____        Signature of Legal Representative _____

Reason Patient Unable to Sign _____   Relationship _____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585                                    P.O. BOX 2168
FAX # 775-888-3206                                     CARSON CITY, NV 89712

**Medical Records Use Only:**  Completed Date _____  Initials _____  Charge _____  Check ID _____
Records were:  Mailed _____  Faxed _____  Electronically Sent _____  Hand Carried By Patient _____
Form DTROI Rev. (01/8/18)

### Release of Information Office
### Fax # 775-884-5460
### Phone # 775-445-8585



**Lincoln/Wofford 0637**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 0638**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 29, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on June 30, 2019, the change in definition will occur on June 30, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by November 9, 2020:

|   |   |
|---|---|
| X | Activities Questionnaire Form |
| X | Authorization - Medical |
| X | Claimant Information Form |
| X | Claimant Supplementary Statement |
| X | Authorization |
| X | Other |

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 9, 2020 as required under the terms of the Policy.

**Lincoln/Wofford 0639**

Please be advised that we are unable to evaluate eligibility for continued benefits without this information.  In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   Activities Questionnaire Form
               Authorization - Medical
               Claimant Information Form
               Claimant Supplementary Statement
               Authorization

**Lincoln/Wofford 0640**

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521          DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

    sit _____ stand _____ walk _____

How many hours a day do you:

    sit _____ stand _____ walk _____

Do you take a nap during the day?

    Yes_____ No _____

    If Yes, for how long? _____ At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____ walker_____ crutches _____ wheelchair _____ other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____ No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

    Yes_____ No _____ If Yes, what are their dates of birth _____

        Do you need help caring for your children?

    Yes _____ No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____ No _____ If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Wofford 0641**




How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____          Right _____

Are you able to work in your garden?          Yes _____          No _____

Are you able to work on your house?          Yes _____          No _____

Are you able to wash your car?          Yes _____          No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to underlined independently conduct routine daily activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
| --- | --- | --- |
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Wofford 0642**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____
_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                    Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____     Date: _____

Signature: _____

**Lincoln/Wofford 0643**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: __9007521__

### A copy of this authorization will be considered as valid as the original.

**Lincoln/Wofford 0644**

# CLAIMANT INFORMATION FORM



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Wofford 0645**

**SIGNATURE:** _____ **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford    **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name     Relationship to you?     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**      **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/Wofford 0647**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: __9007521__

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Wofford 0648**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD



**Lincoln/Wofford 0649**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 25, 2020

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy

Please complete the enclosed Carson Tahoe Medical Release of Information Form and return to our office.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-MEDICAL-CORRESPONDENCE-09.24.2020

**Lincoln/Wofford 0650**

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital
Post Office Box 2168
Carson City, Nevada
89702-2168
775/445-8000

# CARSON TAHOE
------ H E A L T H ------

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
## (Please Print)

I, _____ , _____
Patient Name at Time of Treatment | Date of Birth

Authorize: ☐ Carson Tahoe Health  or  ☐ Other_____

To disclose the following information to:

_____
Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of:  ☐ Physician/Hospital   ☐ Personal Use   ☐ Insurance   ☐ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐ Department is open Monday – Friday, 8:00 am – 4:30 pm

**For care provided on:** _____ to _____
Date | Date

I would like the following information released: **(Only the items marked will be released)**

☐ Discharge Summary        ☐ X-Ray Reports
☐ History & Physical        ☐ X-Ray Films (Only available in Imaging Department)
☐ Consultation(s)            ☐ EKG/ECG Reports
☐ Operative Reports          ☐ Lab Reports
☐ Pathology Reports          ☐ Emergency Reports
☐ Other - Specifically _____

I specifically authorize the release of information for the following treatments or procedures that are included in these records. **(You must <u>initial</u> those items requested, or they will not be released with the above record.)**

_____ Drug/Alcohol Abuse Treatment
_____ Psychiatric and Mental Illness Treatment
_____ Psychotherapy Notes
_____ Human Immunodeficiency Virus (HIV) Antibody Test Results
_____ Other - Specifically _____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to: Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting in my PHI no longer being protected by HIPAA regulations.

**Date to expire: (if this authorization is to remain in effect longer than 90 days)**_____

Date _____  Signature of Patient _____

Witness _____  Signature of Legal Representative _____

Reason Patient Unable to Sign _____  Relationship _____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585                                             P.O. BOX 2168
FAX # 775-888-3206                                              CARSON CITY, NV 89702

**Medical Records Use Only:**   Completed Date _____   Initials _____   Charge _____   Check ID_____
Records were:   Mailed_____   Faxed_____   Electronically Sent_____   Hand Carried By Patient _____

Form DTROI  Rev. (01/8/18)



Release of Information Office
Fax # 775-884-5460
Phone # 775-445-8585

**Lincoln/Wofford 0651**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: September 24, 2020 | |
| To: CARSON TAHOE REGIONAL HEALTH<br>CARSON TAHOE CONTINUING CARE HOSPITAL | |
| Attn: MEDICAL RECORDS | |
| Fax: (775) 888-3206 | |
| From: Tracey Sprous<br>Claim Specialist<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0652**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 24, 2020

Carson Tahoe Regional Health
Carson Tahoe Continuing Care Hospital

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521
      Claimant: Wayne Wofford
      Claimant D.O.B.:

Dear Carson Tahoe Regional Health:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from September 19, 2020 through present.

We ask that you provide this information by October 8, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0653**

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0654**

5P186190144



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Whayne Wofford

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Whayne Wofford_

Date of Birth: __  _____  Claim Number: __9007521__  Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0655**


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Wayne Wofford_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Wayne Wofford_

Date of Birth: __ _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0656**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD

**Lincoln/Wofford 0657**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 25, 2020

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you .  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by November 8, 2020.

Also, we  requested office visit notes, treatment notes, inpatient treatment notes, diagnostic tests and results, operation reports, therapy notes, from all treating providers for the time period of September 19, 2020  through the present from Carson Tahoe Regional Health on September 24, 2020.

This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-08.26.2020

**Lincoln/Wofford 0658**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 26, 2020 2:47:33 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | 8f7fk2jutmy11zpajvpp_8920503.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0659**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 26, 2020, we requested an update from you regarding the providers you have seen from January 1, 2020 through the present.You said you might have seen Dr. Mendoza. We called Dr. Mendoza's office and they said you were last seen in October 2019 This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from your provider(s)

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Policy States:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*

**Lincoln/Wofford 0660**

*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*

*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*

*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*

*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*

*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*

*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*

*8. the date the Covered Person is no longer Disabled according to this policy;*

*9. the end of the Maximum Benefit Period; or*

*10. the date the Covered Person dies.*

*"Appropriate Available Treatment" means care or services which are:*

*1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;*

*2. accessible within the Covered Person's geographical region;*

*3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;*

*4. in accordance with generally accepted medical standards of practice.*

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 9, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 8, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 8, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0662**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585 x79122
Fax No.: (603) 334-3532

### Social Security Assistance Program Vendor  Referral

Vendor: IBI

| | |
|---|---|
| Claim #: | 9007521 |
| Employer Name: | CROSBY TUGS, LLC |
| Claimant Name: | WAYNE  WOFFORD |
| Claimant SSN: | |
| Claimant Address: | |
| Claimant DOB: | |
| Claimant DOD: | 12/31/2018 |
| Claimant Tel. #: | |
| City: | |
| Marital Status: | D |
| State: | |
| Diagnosis: | Low back pain |

Spouse DOB:

Number of Children < 19:

Funding:  FI:  YES  ASO:  NO

SS Offset:  Primary:  NO  Family:  NO

Level Of Last SS Denial:  None

Claim Status:  AP

Date of Last Denial:

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | YES | Voc/Rehab Review: | NO |
| TE&E: | YES | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | YES |

Document Locations

- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

INITIAL APP

Services Requested By:  Tracey Sprous

Date:  Thursday, September 24, 2020

**Lincoln/Wofford 0663**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 0664**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 25, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits.  These advantages are outlined in the attachment, and include:

        Increased Social Security Retirement benefits
        Cost of Living Adjustment (COLA) increases
        Expedited Medicare coverage
        Dependent and Spousal benefits
        Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Integrated Benefits Inc. 800-535-6575, a Social Security claimant representative.  Integrated Benefits Inc. 800-535-6575 specializes in preparing Social Security Disability claims and, when necessary, representing claimants.  They have a 90% success rate in obtaining awards.  Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.  If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits.  This will be explained to you in greater detail upon accepting representation by Integrated Benefits Inc.

**Lincoln/Wofford 0665**

800-535-6575.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Crosby Tugs, LLC's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, November 7, 2020, and complete and return the enclosed forms. A return envelope has been provided for your convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

Attachments: Advantages of Social Security Disability Benefits Form

**Lincoln/Wofford 0666**

# Advantages of Social Security Disability Benefits

### Increased Disability Benefits

Though you and your dependents  initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not.  Therefore you would maximi e your combined benefits because they would increase each year.

### Increased Retirement Benefits

For any period within a year that you are not paying into Social Security (FICA) out of your earnings,  eros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were  eros, they will be excluded from the calculation of future benefits.  As a result, the amount of your eventual Social Security Retirement Benefit could be ***substantially higher***.

### Cost of Living Adjustment (COLA) Raises

SSA will provide you and any eligible dependents an increase annually.  These increases will not affect your Long Term Disability benefits.

### Tax Free Income

The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.

### Medicare Coverage

After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits.  This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.

Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.

Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.

### COBRA Extension

If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.

### Return To Work Incentives

Social Security will provide you opportunities to Return To Work while still paying you disability benefits.

**Lincoln/Wofford 0667**

**CARSON TAHOE**
— H E A L T H —

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
**(Please Print)**

Post Office Box 2168
Carson City, Nevada
89702-2168
775/445-8000

I,_____ , _____
      Patient Name at Time of Treatment                                    Date of Birth

Authorize:  ☐ Carson Tahoe Health  or  ☐ Other_____

To disclose the following information to:

_____
Name of Person or Organization / Address / Fax and Phone Numbers

For the purpose of:  ☐ Physician/Hospital   ☐ Personal Use   ☐ Insurance   ☐ Attorney

☐ Other_____

If copies will be picked up at hospital, please check here ☐  Department is open Monday – Friday, 8:00 am – 4:30 pm

**For care provided on:** _____ to _____
                                              Date                                                              Date

I would like the following information released: **(Only the items marked will be released)**

☐ Discharge Summary          ☐ X-Ray Reports
☐ History & Physical          ☐ X-Ray Films (Only available in Imaging Department)
☐ Consultation(s)              ☐ EKG/ECG Reports
☐ Operative Reports            ☐ Lab Reports
☐ Pathology Reports            ☐ Emergency Reports
☐ Other - Specifically _____

I specifically authorize the release of information for the following treatments or procedures that are included in these
records. **(You must <u>initial</u> those items requested, or they will not be released with the above record.)**

_____ Drug/Alcohol Abuse Treatment
_____ Psychiatric and Mental Illness Treatment
_____ Psychotherapy Notes
_____ Human Immunodeficiency Virus (HIV) Antibody Test Results
_____ Other - Specifically _____

I understand this consent will expire in 90 days from the date signed, unless specified in writing that I would like it extended. I
understand this authorization may be revoked at any time, except to the extent that action has been taken in reliance upon it. I
understand that the revocation must be made in writing, and addressed to the Medical Record Custodian and delivered or mailed to:
Medical Record Department, PO Box 2168, Carson City, NV 89702-2168. I understand that the parties in receipt of these records may
re-disclose my PHI (Protected Health Information) to persons or entities that are not subject to the HIPAA Privacy Regulations, resulting
in my PHI no longer being protected by HIPAA regulations.

**Date to expire: (if this authorization is to remain in effect longer than 90 days)**_____

Date _____   Signature of Patient _____

Witness _____   Signature of Legal Representative _____

Reason Patient Unable to Sign _____   Relationship _____

45 CFR 164.508 (c)(2)(ii) The covered entity may not condition treatment, payment, enrollment or eligibility for
benefits on whether the individual signs the authorization.
**"DUE TO CONFIDENTIALITY, WE ONLY FAX UNDER HIPAA GUIDELINES"**
HEALTH INFORMATION MANAGEMENT

PHONE # 775-445-8585                                                                                    P.O. BOX 2168
FAX # 775-888-3206____ ____ ____ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ CARSON CITY, NV 89702
**<u>Medical Records Use Only:</u>**     Completed Date _____   Initials _____   Charge _____   Check ID_____
Records were:   Mailed_____   Faxed_____   Electronically Sent_____   Hand Carried By Patient _____

Form DTROI   Rev. (01/8/18)

**Lincoln/Wofford 0668**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD

**Lincoln/Wofford 0669**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

September 22, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Tracey Sprous has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Claim Specialist
Phone No.: (800) 320-7585 Ext. 79122
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0670**



**Tahoe Fracture**
*Orthopedic & Spine*

*From your Hands to your Feet, we've got your Back*

**Physicians**
Keith Card, DPM
Peter Costa, MD
Jeffrey Cummings, MD
Nicholas Dirig, DO
Michael Edmunds, MD
Michael Fry, MD
Randall Goode, MD
PJ Fry III, MD
Donald Huene, MD
David Jones, MD
Marco Mendoza, MD
Rueben Nair, MD
James Sobiek, MD
James Sullivan, MD
Robin Tomita, MD

**Mid levels**
Emma Bacharach, PA-C
Candace Camelon, APRN
Mallory Cushner APRN
Jeromy Dyer, PAC
Ashten Howard, PA-C
Shelby Real, PA-C
Kelly Roetman, APRN
Evan Rowley, PA-C
Pamela Smith, PA-C
Mallory Cushner, APRN
Stephanie Tonn, PA-C

To:        Michelle Sargent
Fax Number:   6034220119
Voice Number:

From:       Jennifer Pasquinelli
Fax Number:
Voice Number:
Date:        August 28, 2020

Subject:      Wayne Wofford dob:
Total Pages:   4

Memo:  Michelle,

Unfortunately, there are no records for the time frame you are seeking. This patient was last seen by Dr. Jennifer Mendoza on 8/30/2019.

Thank you,
JP
Medical Records
Tahoe Fracture and Orthopedics Clinic
775/783-6190 ext 7118

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Carson City Office
973 Mica Drive, Suite 201
Carson City, NV 89706
(775) 783-6190 | (775) 783-6191 FAX

South Reno Office
18653 Wedge Parkway, Suite 120
Reno, NV 89512
(775) 783-6190 (775) 783-6191 FAX

**Lincoln/Wofford 0671**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 26, 2020 |
| To: | DR JENNIFER MENDOZA<br>TAHOE FRACTURE |
| Attn: | Medical Records |
| Fax: | (775) 783-6191 |
| From: | Michelle Sargent<br>LTD Claims Specialist II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

08/26/2020   12:07PM (GMT-07:00)

PAGE 2/4 * RCVD AT 8/28/2020 12:03:47 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6034220119 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):01-21

**Lincoln/Wofford 0672**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Dr. Jennifer Mendoza
Tahoe Fracture

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2019 through present

We ask that you provide this information by September 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

08/26/2020    12:07PM (GMT-07:00)

PAGE 3/4 * RCVD AT 8/28/2020 12:03:47 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6034220119 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):01-21

**Lincoln/Wofford 0673**

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

2 of 2

08/26/2020   12:07PM (GMT-07:00)

PAGE 4/4 * RCVD AT 8/28/2020 12:03:47 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6034220119 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):01-21

Lincoln/Wofford 0674



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: August 26, 2020 | |
| To: DR JENNIFER MENDOZA<br>TAHOE FRACTURE | |
| Attn: Medical Records | |
| Fax: (775) 783-6191 | |
| From: Michelle Sargent<br>LTD Claims Specialist II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0675**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Dr. Jennifer Mendoza
Tahoe Fracture

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2019 through present

We ask that you provide this information by September 4, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0676**

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0677**


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   ꞮꞮλιηηε Wbfford

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative   _Whyne Wofford_

Date of Birth: __   _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0678**


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _Wayne Wofford_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative    _Wayne Wofford_

Date of Birth: __     _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0679**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 26, 2020 2:47:33 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | 8f7fk2jutmy11zpajvpp_8920503.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0680**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 26, 2020, we requested an update from you regarding the providers you have seen from January 1, 2020 through the present. You said you might have seen Dr. Mendoza. We called Dr. Mendoza's office and they said you were last seen in October 2019 This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from your provider(s)

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Policy States:

### *Discontinuation of the Long Term Disability Benefit*

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

**Lincoln/Wofford 0681**

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

**"*Appropriate Available Treatment*"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;

2. accessible within the Covered Person's geographical region;

3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;

4. in accordance with generally accepted medical standards of practice.

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 9, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 8, 2020, 30 days from the date of suspension, your claim will be closed.

**Lincoln/Wofford 0682**

We ask that you provide us with this information no later than November 8, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0683**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, August 26, 2020 2:10:19 PM |
| To: | WAYNOWOFFORD@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| Attachments: | xrs5wphk2czbain9j9m3_8920015.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0684**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 26, 2020

Mr. Wayne Wofford


RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Per our conversation, attached is the Authorization form we discussed.

You may fax the completed form to (603) 422-0119 or email it to disabilitydocuments@lfg.com. If you email it please put your LTD claim number in the subject line.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   Authorization to Speak with Third Party

**Lincoln/Wofford 0685**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## Authori ation to Speak with Family Member/Alternate Contact

EMPLOYEE NAME: Wayne Wofford     CLAIM NO: 9007521

CUSTOMER NAME: Crosby Tugs, LLC

RETURN TO: MichelleSargent

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,_____ hereby give permission to _____ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

Wayne Wofford
_____
Claimant Name

_____
Date of Birth

_____
Claimant Signature

_____
Date

9007521
_____
Claim Number

**Lincoln/Wofford 0686**

Social Security Online

# Benefit Calculators

Benefit Calculators

 **Quick Calculator** **Benefit Estimates**
May 11, 2020

## Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $2,110 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $3,082 for the rest of your life. So by waiting until age 67, you can then receive $972 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

### Information you submitted

| Date of birth: | |
| --- | --- |
| Current earnings: | **$174,099.00** |
| Benefit in **year-2020** dollars | |

Note: For your benefit calculation, we limited your earnings to the $137,700.00 taxable maximum for 2020.

### Retirement Benefit Estimates

| Retirement age | Monthly benefit amount [1] |
| --- | --- |
| 62 and 1 month in 2023 | $2,110.00 |
| 67 in 2028 | $3,082.00 |
| 70 in 2031 | $3,875.00 |

[1] Assumes no future increases in prices or earnings

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

## Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
| --- | --- |
| You | $2,972.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
| --- | --- |
| Your child | $2,229.00 |
| Your spouse caring for your child | $2,229.00 |
| Your spouse at normal retirement age | $2,972.00 |
| Family maximum | $5,202.40 |

Privacy Policy | Website Policies & Other Important Information | Site Map

**Lincoln/Wofford 0687**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 0688**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

May 12, 2020

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits.  These advantages are outlined in the attachment, and include:

        Increased Social Security Retirement benefits
        Cost of Living Adjustment (COLA) increases
        Expedited Medicare coverage
        Dependent and Spousal benefits
        Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Integrated Benefits Inc., a Social Security claimant representative.  Integrated Benefits Inc. specializes in preparing Social Security Disability claims and, when necessary, representing claimants.  They have a 90% success rate in obtaining awards.  Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.  If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits.  This will be explained to you in greater detail upon accepting representation by Integrated Benefits Inc..

**Lincoln/Wofford 0689**

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Crosby Tugs, LLC's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, June 24, 2020.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Michelle Sargent
LTD Claims Specialist II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   IBI Social Security FAQ

**Lincoln/Wofford 0690**



**Social Security Disability Insurance – Important Facts & Frequently Asked Questions**

1. What is Social Security Disability Insurance?
   Social Security provides an insurance benefit to workers who have been diagnosed with a medical condition and are unable to work.

2. What are the benefits of SSDI?
   There are many benefits of an SSDI award including Medicare coverage, monetary benefits for qualifying family members, cost of living increases and a frozen earnings record to protect Social Security retirement benefits.

3. Should you apply for SSDI?
   Are you still working?
   Is your condition severe enough to keep you from working 12 months or medically meet a listing?
   Are you able to perform past work or any other type of work?

4. How can IBI assist?
   Integrated Benefits has provided dedicated Social Security disability representation since 1986 to individuals across the country. Our experienced team will assist throughout the process at no out of pocket expense. Our staff works directly with your insurer to provide documentation and help integrate your benefits once the Social Security claim is awarded.

5. How long will SSA take to make a decision?
   Since Social Security has strict rules and guidelines for eligibility, there are also many steps to filing and appealing. Depending on the level of decision, the process could take a few months for an initial claim to a few years for a Hearing or Appeals Council review.

6. What if Social Security denies the claim?
   Social Security considers several factors when determining a claim and if denied, you have the right to contest the decision. IBI works to ensure the paperwork and required information are submitted timely for appealing.

7. Since LTD benefits have been approved, is SSDI guaranteed?
   An approved Long-term disability claim does not guarantee an award for SSDI as the rules of disability are not the same for the private insurance and Federal program.

8. Once the SSDI claim is awarded, how are benefits calculated?
   The average 2019 Social Security benefit is $1,234 and is calculated based on history of earnings and could be reduced by other government or public disability benefits as well as Worker's Compensation.

Contact Us
Toll-Free        (800) 535-6575
Fax              (573) 893-7706
Monday-Friday 7:00 am to 5:00 pm (CST)

Mailing Address
Integrated Benefits, Inc
PO Box 7200
Jefferson City, MO  65109

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD


**Lincoln/Wofford 0692**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

March 4, 2020

Mr. Wayne Wofford


RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits.  These advantages are outlined in the attachment, and include:

      Increased Social Security Retirement benefits
      Cost of Living Adjustment (COLA) increases
      Expedited Medicare coverage
      Dependent and Spousal benefits
      Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of IBI 877-812-3240, a Social Security claimant representative.  IBI 877-812-3240 specializes in preparing Social Security Disability claims and, when necessary, representing claimants.  They have a 90% success rate in obtaining awards.  Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.  If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits.  This will be explained to you in greater detail upon accepting representation by IBI 877-812-3240.

**Lincoln/Wofford 0693**

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Crosby Tugs, LLC's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, April 16, 2020, and complete and return the enclosed forms. A return envelope has been provided for your convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Jeanie Swanson
LTD Specialist II
On Behalf Of: Michelle Sargent
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   SS Reimbursement Agreement
                Advantages of Social Security Disability Benefits Form

**Lincoln/Wofford 0694**



**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

**Claimant:** Wayne Wofford      Date of Birth: _____

**Employer:** Crosby Tugs, LLC      Policy/Plan Sponsor No. 09 - 467044 _____

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

    1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
    2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
    3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
    4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
    5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
    6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

    1) I do not sign and return this form to Liberty Life within 45 days of receipt.
    2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Wofford 0695**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.

- **Increased Retirement Benefits**
  - For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be _substantially higher_.

- **Cost of Living Adjustment (COLA) Raises**
  - SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.

- **Tax Free Income**
  - The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.

- **Medicare Coverage**
  - After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.
  - Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.
  - Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.

- **COBRA Extension**
  - If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.

- **Return To Work Incentives**
  - Social Security will provide you opportunities to Return To Work while still paying you disability benefits.

**Lincoln/Wofford 0696**

# Billing Statement:

 ReleasePoint

**Invoice Date: 11/13/2019**    **Invoice #: 710723-1613**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Oct 1 2019 and Oct 31 2019**

**LIBMTC**                                          **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5655323<br>9007521 | WOFFORD, WAYNE<br>TAHOE FRACTURE & ORTHOPEDICS | Complete | 08/31/19 | 8.00 | 0.00 | 0.00 | 0.00<br>66 | **8.00** |
| 5655322<br>9007521 | WOFFORD, WAYNE<br>TAHOE FRACTURE & ORTHOPEDICS | Complete | 10/01/19 | 8.00 | 0.00 | 0.00 | 0.00<br>23 | **8.00** |
| 5655321<br>9007521 | WOFFORD, WAYNE<br>Cenac, Dr. Christopher | Complete | 09/17/19 | 8.00 | 50.00 | 0.00 | 0.00<br>25 | **58.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **74.00**

**Tax ID: 95-2843455**

**Lincoln/Wofford 0697**



LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON   KY   40742-7209

230639
Sep 20 2019 11:23 PM
wayne wofford

NV109
Oct 04 2019 8:09 PM



19

## CONFIDENTIAL - MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Lincoln/Wofford 0698**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 15, 2019

Dr. Nicholas Dirig
973 MICA DRIVE
STE 201
CARSON CITY, NV 89705

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521
      Claimant: Wayne Wofford
      Claimant D.O.B.:

Dear Dr. Nicholas Dirig:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

-   Office treatment notes, test results, prescription histories, and treatment plans from June 12, 2019 through present.

We ask that you provide this information by July 29, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 0699**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s):  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Wayne Wofford

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Wayne Wofford* ✓

Date of Birth: _____  Claim Number: 9007521  Date: 6/7/19 ✓

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0701**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)     _Wayne Wofford_____

Name of legal representative, if applicable (print)  _____  Relationship _____

Signature of claimant or legal representative   _Wayne Wofford_____

Date of Birth: __     _____  Claim Number: _9007521___  Date: _6/7/19_____  _____

**A copy of this authorization will be considered as valid as the original**

07/15/2019  3:37PM (GMT-07:00)

**Lincoln/Wofford 0702**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 20, 2019*
Page 1
Office Visit

_____

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

_____


**07/09/2019 - Office Visit: 1 Post Op R Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:**  07/09/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up visit.  He is two weeks out from a right total hip arthroplasty.  He is doing excellent.  He has minimal discomfort, just some residual ecchymosis around the hip and leg.  He was taking aspirin initially, but then stopped it as he is on medication that he is finishing up for hepatitis C treatment.  He will plan to restart the aspirin after this, but seeing that he is very active and ambulatory without any ambulatory aids already, I think he is at low risk for DVTs, but the patient was warned of the signs and symptoms of them.  He has no other complaints and he is very happy with the outcome so far.

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  He has some mild residual swelling and ecchymosis, nothing out of the ordinary.  His leg lengths appear about equal, his right may be a touch longer than his left now but nothing that is symptomatic for him.  He is walking with a normal gait today in the clinic.  He has a painless arc of motion.  His abductors, adductors and hip flexors are strong.  His wound is healing well.  There is no erythema, induration or other signs of infection.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman two weeks out from a right total hip arthroplasty.  He is doing excellent.

PLAN:
The patient was reminded to start his aspirin as soon as he is cleared from his hepatitis C physician for DVT prophylaxis.  In the meantime, he will remain being as active as he can.  He will continue on with physical therapy.  He will continue with his posterior hip dislocation precautions as well.  He no longer needs a dressing over his wound.  He can continue showering but no soaking.

This is a Workmen's Comp case and at this point we will keep the patient off of work for now as it is unsafe for him to return to work at this point.  I will re-evaluate him in a month.  We will take radiographs of his right hip at that time and discuss ongoing care.  Additionally, he does have left hip osteoarthritis and pain, which is currently doing well with the previous intra-articular corticosteroid injection.  We will re-evaluate this at his next visit as well and decide if we need to proceed on with a left hip replacement at this point or not.

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

**Lincoln/Wofford 0703**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 20, 2019*
Page 2
Office Visit

_____

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

_____

Nicholas J. Dirig, D.O.
NJD: hmp/smu

**Electronically signed by NICHOLAS J DIRIG on 07/12/2019 at 8:49 AM**

_____



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 20, 2019*
Page 1
Return to Work

---

**Wayne Wofford**

Male  58 Years Old  DOB:                    Patient ID: 255382          Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

# Doctors Note

Diagnosis: **Lumbar spondylosis (ICD-721.3) (ICD10-M47.816)**

## Status

**Comments:** Patient will need care for after surgery, will need assistants with daily life activities for about 2 months. Surgery is scheduled for 6/24/19. If any questions please give us a call at 775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:47 AM**

---

**Lincoln/Wofford 0705**

7/3/19gb

**High Desert Therapists, Dayton**
5 Pinecone Rd, Suite 100
Dayton, NV  89403-6309

Phone: (775) 246-7742
Fax: (775) 246-7559

Initial Evaluation for Wayne Wofford
DOB:
Case: R Hip
Therapist: L. Richard Stephenson, RPT

Visit Date: 07/01/19
Diagnosis: Pain in right hip
Presence of right artificial hip joint

Referred by: Nicholas Dirig
Phone: (775) 783-6190
Fax: (775) 783-6191

## Subjective

### Onset
**Date of Onset:** 6-24-19, **Description:** Right THA.

### Pain Rating

| | |
|---|---|
| **Verbal Pain Rating at Present** | 3 - Slight Pain (1 - 3) |
| **Verbal Pain Rating at Best** | 2 - Slight Pain (1 - 3) |
| **Verbal Pain Rating at Worst** | 4 - Moderate Pain (4 - 6) |

### General Health Questions
**Other Health Problems:** Pt. reports he has Hep. C.
### Vocational
**Current Status:** Unable to work.
### Functional Deficits
**Primary Functional Limitation:** Patient is unable to perform functional activities/ADLs without right hip pain.

## Objective

### Gait
**Abnormality:** Antalgic R. LE. **Stairs:** Leads with affected extremity when descending. Leads with unaffected extremity when ascending.

| | Result | Note |
|---|---|---|
| **Hip Active ROM** | | |
| **Hip Abduction AROM** | 30 degrees | |
| **Hip Extension AROM** | 0 degrees | |
| **Hip Flexion AROM** | 95 degrees | |
| **Hip Passive ROM** | | |
| **Hip Abduction PROM** | 35 degrees | |
| **Hip Extension PROM** | 0 degrees | |
| **Hip Flexion PROM** | 100 degrees | |
| **Hip Muscle Testing** | | |
| **Gluteus Maximus Strength** | 4 /5 | |
| **Gluteus Medius Strength** | 4 /5 | |
| **Iliopsoas Strength** | 4 /5 | |
| **Piriformis Strength** | 4- /5 | |

07/03/2019  2:53PM (GMT-07:00)
**Lincoln/Wofford 0706**

**Palpation: Tenderness**
    **Palpation:** Lateral/posterior hip.

**Goals**

| Item | Current | Goal | By Date |
|------|---------|------|---------|
| 1: Primary Functional Limitation | Patient is unable to perform functional activities/ADLs without right hip pain. | Able to perform functional activities/ADLs without right hip pain. | 8/14/19 |

**Assessment**

**Assessment**
    **Rehabilitation Potential:** Good. **Impression:** Right hip pain, weakness with loss of ROM/function post THA.

**Plan**

**Plan of Care**
    **Frequency:** Three times weekly. **Duration:** Six weeks. **Home Exercises:** Ex./ROM. **Treatment Procedures:** Manual Stretching. Supervised Therapeutic Exercises. Gait Training. **Treatment Progression:** Progress to more active home exercise program after symptoms subside.

---

Thank you for the opportunity of working with Wayne.

As always, please feel free to call us at (775) 246-7742 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by:

L. Richard Stephenson, RPT
07/02/19 1:39 pm
License: NV PT0698    CA PT5977

07/01/19
Page 2 of 2

Initial Evaluation for Wayne Wofford
DOB:

07/03/2019  2:53PM (GMT-07:00)

**Lincoln/Wofford 0707**

# FAX

### To:
Company:
Fax: 7836191
Phone:

### From: **SunriseLabVisualReport@donotreply.com**
Fax:
Phone:
E-mail: SunriseLabVisualReport@donotreply.com

---

### NOTES:

Laboratory Report:  144070/ Encounter :3264836

---

**Date and time of transmission:** Thursday, June 20, 2019 5:17:14 PM
**Number of pages including this cover sheet:** 04

**Lincoln/Wofford 0708**

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
| --- | --- | --- | --- | --- |

# Carson Tahoe Regional Med Center

CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Chemistry**
Patient:

Phone:775-445-8550                    Fax:775-445-8538                    Page:    1

Room / Bed:                    /

**WOFFORD, WAYNE C**

Physician:

**DIRIG,NICHOLAS**

| | | | |
|---|---|---|---|
| D.O.B.: | 58 YRS | **Accession** | **0003264836** |
| Sex: | **M**  Male | **Account No.:** | **1917100704** |
| Ward: | O/P | | |
| **Status:** **Final Report** | | **Contract Code:** | |

MRN#:    **020374920**

Collected:    6/20/2019 @  4:06 PM
Received:    6/20/2019 @  4:07 PM
First Reported:    6/20/2019 @  5:14 PM

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | | |
| Sodium | **132** | L | mmol/L | 136 - 144 | |
| Potassium | 3.7 | | mmol/L | 3.6 - 5.1 | |
| Chloride | **100** | L | mmol/L | 101 - 111 | |
| Total CO2 | 25 | | mmol/L | 22 - 32 | |
| Anion Gap | 7 | | mmol/L | 2 - 11 | |
| Calcium, Total | 8.9 | | mg/dl | 8.7 - 10.3 | |
| Glucose | 86 | | mg/dl | 60 - 99 | |
| BUN | 9 | | mg/dl | 8 - 20 | |
| Creatinine | 0.90 | | mg/dl | 0.80 - 1.40 | |
| Total Protein | 6.9 | | g/dl | 6.4 - 8.2 | |
| Albumin | 3.9 | | g/dl | 3.5 - 4.8 | |
| Alkaline Phos | 58 | | IU/L | 38 - 126 | |
| ALT | 34 | | IU/L | 17 - 63 | |
| AST | 33 | | IU/L | 15 - 41 | |
| Bilirubin, Total | 1.1 | | mg/dl | 0.4 - 2.0 | |
| Bilirubin, Direct | 0.2 | | mg/dl | 0.0 - 0.3 | |
| Bilirubin, Indirect | 0.9 | | mg/dl | 0.0 - 1.5 | |
| Globulins, Total | 3.0 | | g/dl | 2.6 - 3.1 | |
| A/G Ratio | 1.30 | | Ratio | 1.00 - 2.20 | |
| GFR | 87 | | ml/min/1.7 | > 60 | |

Estimated GFR derived from the MDRD Study equation can be
used in patients who are in the hospital.  However, it is
important to pay attention to potential inaccuracies due
to the non-steady state of serum creatinine, co-
morbidities that cause malnutrition, and the use of
medications that interfere with the measurement of serum
creatinine.

The estimated GFR is only accurate for patients greater
than 18 years of age.

Medical Directors

| Elizabeth A Jack, MD - CTRMC | | Susan A. Doberneck, MD - CTSMC | | Mark R. Wolz, MD - MMCL | |
|---|---|---|---|---|---|
| Date Printed: | 6/20/2019    5:14 PM | PH-Panic High | H  - Abnormal High | A  -Abnormal | **Continue** |
| Completed Between: 6/20/2019  -  6/20/2019 | | PL-Panic Low | L  - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

06/20/2019    5:18PM (GMT-07:00)

**Lincoln/Wofford 0710**

# Carson Tahoe Regional Med Center

CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| Coagulation | Phone:775-445-8550 | Fax:775-445-8538 | | Page: 2 |
|---|---|---|---|---|

Patient:

## WOFFORD, WAYNE C

| | | Room / Bed: / | Physician: |
|---|---|---|---|

| D.O.B.: 58 YRS | Accession | 0003264836 | MRN#: | 020374920 | DIRIG,NICHOLAS |
|---|---|---|---|---|---|

Sex: **M** Male

Account No.: **1917100704**

Ward: O/P

Contract Code:

Collected: 6/20/2019 @ 4:06 PM
Received: 6/20/2019 @ 4:07 PM
First Reported: 6/20/2019 @ 5:14 PM

Status: **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|
| **Prothrombin Time** | | | | |
| Prothrombin Time | 13.9 | Seconds | 11.7 - 14.4 | |
| INR | 1.1 | | 0.9 - 1.1 | |

The INR (International Normalized Ratio) is used only for patients using stable oral anticoagulant therapy, and does not contribute to the diagnosis or management of other coagulation disorders. The recommended therapeutic range for standard therapy is 2.0 - 3.0.

Higher level anticoagulation requires a range of 2.5 - 3.5

Medical Directors

| Elizabeth A Jack, MD - CTRMC | | Susan A. Doberneck, MD - CTSMC | | Mark R. Wolz, MD - MMCL | |
|---|---|---|---|---|---|
| Date Printed: 6/20/2019 5:14 PM | PH-Panic High | H - Abnormal High | A -Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL-Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

06/20/2019   5:18PM   (GMT-07:00)

**Lincoln/Wofford 0711**

# FAX

**To:**

Company:

Fax: 7836191

Phone:

**From: SunriseLabVisualReport@donotreply.com**

Fax:

Phone:

E-mail: SunriseLabVisualReport@donotreply.com

---

## NOTES:

Laboratory Report:  144070/ Encounter :1265272

---

**Date and time of transmission:** Thursday, June 20, 2019 4:52:04 PM
**Number of pages including this cover sheet:** 03

**Lincoln/Wofford 0712**

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|---|---|---|---|---|

# Carson Tahoe Regional Med Center

CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| | | | |
|---|---|---|---|
| Urinalysis | Phone:775-445-8550 | Fax:775-445-8538 | Page:   1 |
| Patient: | Room / Bed:          / | | Physician: |
| **WOFFORD, WAYNE C** | **Accession**   0001265272   **MRN#:**   **020374920** | | **DIRIG,NICHOLAS** |
| D.O.B.:          58 YRS | **Account No.:**   1917100704 | | |
| Sex:   **M**   Male | **Contract Code:** | Collected:   6/20/2019 @  4:06 PM | |
| Ward:   O/P | | Received:   6/20/2019 @  4:07 PM | |
| **Status:  Final Report** | | First Reported:   6/20/2019 @  4:50 PM | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Urinalysis** | | | | | |
| Color | YELLOW | | | Yellow | |
| Character | CLEAR | | | Clear | |
| PH | 7.0 | | | 5.0-8.0 | |
| Specific Gravity | 1.021 | | | 1.015-1.025 | |
| Glucose | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |
| Ketone | NEGATIVE | | | Negative | |
| Blood, Urine | NEGATIVE | | | Negative | |
| Protein | **TRACE** | A | | Negative | |
| Urobilinogen | 2.0 | | | 0.2-1.0 | |
| Nitrite | NEGATIVE | | | Negative | |
| Leukocyte Esterase | NEGATIVE | | | Negative | |
| **Epithelial Cells** | **NEGATIVE** | | | | |
| Hyaline Casts | NEGATIVE | | | | |
| WBC | 0-2 | | /HPF | 0-2 | |
| RBC | 0-2 | | /HPF | 0-2 | |
| Bacteria | NEGATIVE | | | Negative | |
| Culture Indicated | Not Indicated | | | | |

Medical Directors

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|
| Date Printed:      6/20/2019      4:50 PM | PH-Panic High      H  - Abnormal High | A  -Abnormal      *** Final Page *** |
| Completed Between: 6/20/2019  -  6/20/2019 | PL-Panic Low      L  - Abnormal Low | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | CMAXX_ACCT|1917100704|   CMAXX_DATE|06/20/2019| |

06/20/2019   4:53PM  (GMT-07:00)

**Lincoln/Wofford 0714**

# fax confidential



Ch 6-18-19

To: **Carrie**
Company: Tahoe Fx
Fax Number: +1(775)783-6905

From: **Blanchard, Joanna**
Title:
Fax Number: 7758875040
Office Number: 7758875030

Pages: 2
Date/Time: Tuesday, June 18, 2019
Subject: EKG/Cardio

Notes:

06/18/2019 10:59AM (GMT-07:00)

**Lincoln/Wofford 0715**

ID: 9B01    Name: WOFFORD, WAYNE    5/30/2019 1:55:18 AM    sinus rhythm

DOB: (58 yr)    Comments:     low QRS voltage in extremity leads

Weight: 190 lb    P/PR: 114/184 ms    Normal variant of ECG

Height: 5 ft 11 in

BMI: 26.5    QRS: 94 ms

Gender: Male    QT/QTc: 424/454 ms    Unconfirmed Report

Race:    P/QRS/T Axis: 71/-10/57 deg

BP:    Heart Rate: 69 BPM



Version 2.5.0



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: October 3, 2019 | |
| To: DR JENNIFER MENDOZA<br>TAHOE FRACTURE | |
| Attn: Medical Records | |
| Fax: (775) 783-6191 | |
| From: Michelle Sargent<br>LTD Claims Examiner II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 | |
| Total Pages<br>(Including Cover): 7 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibir un Endoso que debe adjuntarse a su p liza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0717**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 3, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2019 through the present, including the office visit note from the upcoming October 17, 2019 office visit
Restrictions Form - Please complete at the October 17, 2017 office visit

Completion of the Enclosed Forms:

  X   Restrictions Form
  __  Other

We ask that you provide this information by October 22, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

**Lincoln/Wofford 0718**

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   Restrictions Form
               9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0719**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## Restrictions Form

**Return To:** Michelle Sargent

| Wayne Wofford | | 9007521 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** — **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

**Lincoln/Wofford 0720**

|                                   |                                   |                                     |
|-----------------------------------|-----------------------------------|-------------------------------------|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address**                | **Telephone Number**              | **Fax Number**                      |
| **City, State & Zip Code**        | **Signature**                     | **Date**                            |

**Lincoln/Wofford 0721**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Wayne Wofford

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative   _Wayne Wofford_

Date of Birth: __   _____ Claim Number: __9007521__ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0722**


# Lincoln
## Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)     _Wayne Wofford_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Wayne Wofford_

Date of Birth: __ _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0723**



Date: **October 3, 2019**

Subject: **Nursing Memorandum**

Claim#: 9007521

Claimant: Wofford, Wayne

Clinical Assessment: Clinical Assessment: Medicals reviewed indicate that EE has a chronic hx from 8/20914 forward of chronic neck and lower back pain (LBP) for which he has undergone previous MRI's and EMG's that support degenerative changes and radiculopathy. In December 2018 while at work on the boat he was struck by a wave and slammed into an object striking is lower back/hip area.

Dr. Betz (Ortho WC) notes EE is seen for eval of back and bilateral hip pain. MD opines EE has chronic lower back pain (LBP), multilevel degenerative disc dx (DDD) of the lumbar spine with facet arthropathy, bilateral L2-3 radiculopathy and bilateral hip osteoarthritis (OA). He is limited to no lifting, pushing, pulling greater than 10 lbs and not qualified for sea duty. Referred to Dr. Dictrich (orthosurg) for eval.

Dr. Dirig (Orthosurg) notes that EE has lumbar back pain and neck pain and will been seen by Dr. Mendoza (orthosurg) for this. 5/7/19 Dr. Dirig notes EE is seen in preop eval for pending right total hip replacement (THA) for severe osteoarthritis right hip (M25). He will require upon discharge a wheeled walker, cane and Ice machine.

5/29/19 Dr. Mendoza (Orthosurg) notes chronic back pain secondary to work related incident that occurred on 12/29/18. MRI showed multilevel arthritis without fracture and mild lateral stenosis at L4-5. Medial branch block C4-5 and L4-S1 bilateral. MD opines EE has chronic back pain and lumbar spondylosis with lumbar facet arthropathy. Non-operative treatment is recommended and he recommends a medial branch block and if improvement then will consider RFA (burning of the never to stop the pain). MD recommends OOW until completion of injections.

6/13/19 Dr. Dirig notes EE is released to RTW as of 6/13/19 with dx of lumbar spondylosis (M47). He will require care following his THA scheduled on 6/24/19 for approximately 2 months.

On 6/24/19 EE underwent a right THA under Dr. Dirig and tolerated it well and on 6/28/19 he underwent a lumbar medial branch block and with initial 100% relief noted.

7/1/19 RPT Richard Stephenson PT, Hx of Hep C, unable to work will attend PT 3x/week for 6 weeks and be reevaluated approx. 8/12/19.

8/15/19 Dr. Dirig notes he reports based on his right hip he is doing well with improving ROM and stiffness and pain. However in relation to his lumbar pain and left hip pain these are worsening. He is status post lumbar injection for the lumbar pain and is waiting for his f/u. On exam there is a height discrepancy right longer than left. Based on exam MD is recommending he remain OOW at this time and continue therapy. He is to avoid lifting, carrying heavy objects, crawling and squatting and f/u in 4 weeks.

8/30/19 Dr. Mendoza notes EE is seen for a procedure of lumbar facet joint pain and injection at bilateral L3, L4 medical branch and an L5 RFA (burning of the nerve to prevent pain).

9/19/19 Dr. Mendoza notes EE is seen in f/u injections and notes no improvement from the RFA and that he continues with LBP predominantly after any prolonged sitting, pain is improved with walking. No radiating to lower extremities. MD notes that he is recommending conservative management only as his symptoms and MRI do not support any surgical intervention at this time. He has been given an order for ESI but if this does not work there is nothing from a surgical standpoint MD is able to do. MD recommends PT for core strengthening but EE has refused. f/u 4 weeks and he is able to RTW light duty with no lifting, greater than 20lbs and no sitting greater than 45 minutes at a time.

Based on his chronic neck, back and hip pain, surgery, recovery, PT and injections it is reasonable to support r&ls of no walking, standing, or sitting greater than occasionally, no lifting, pushing, pulling or carrying, no bending squatting or climbing or kneeling and these would be supported from 1/1/19-6/23/19 to allow for evaluation and initation of treatment. R&ls of less than sedentary capacity would be supported from 6/24/19 at least through 9/19/19 at which time r&ls of light duty with no lifting, greater than 20lbs and no sitting greater than 45 minutes at a time with no squatting, kneeling, climbing, or repetitive bending at the waist would be supported at least through f/u with Dr. Mendoza approx. 10/19/19 from a lower back pain standpoint. R&ls of less than sedentary capacity would continue to be supported from 8/15/19 at least through f/u with Dr. Dirig to determine if surgery for a left THA will be scheduled. NDC will upgrade to CM and place a call to Dr. Dirig's office to discuss f/u and possible left hip replacement surgery. Discuss with CCM.

Christine O, RN

Nurse Disability Consultant, Lincoln Financial Group

**Lincoln/Wofford 0726**

⊕ ReleasePoint

# Medical Record Overview

**Date:** October 1, 2019

**Patient Name:** WOFFORD, WAYNE

**Records From:** TAHOE FRACTURE

**RP ID:** 5655322

**Client ID:** 9007521

,
(775) 392-6380

**Source:** LIBMTC

**Request Scope:** From January 1, 2019 to Present

**Chart Range:** 02/15/2019 - 09/19/2019

**Req By:**
M Sargent
Michelle.Sargent@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 15 2019 | Sep 19 2019 | 18 | 2 |
| Other Records | | | 5 | 20 |
| **Total Page Count:** | | | 23 | |

**Notes From QC:**

**Lincoln/Wofford 0727**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201　Carson City, NV 89705
Phone: 7757836190　Fax: 7757836191

*September 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male　58 Years Old　DOB:　　　　　　　Patient ID: 255382　　Ins: BCBS NV Bluecard * Grp:
78981ERC

**09/19/2019 - Office Visit: RE:Lumbar**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

wayne returns for f/u. he report no improvement after the RFA. He continues to have low back pain predominantly after any prolonged sitting. the pain improved after walking. he has no radiating leg pain or numbness

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CLINDAMYCIN HCL 300 MG ORAL CAPSULE (CLINDAMYCIN HCL) 3 By Mouth 1hr prior to dental procedure; Route: ORAL
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Lincoln/Wofford 0728**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue    .
**Eyes:** Complains of eye irritation    .
**ENT:** Complains of .        .
**Cardiovascular:** Complains of .        .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness    .
**Skin:** Complains of suspicious lesions    .
**Neurologic:** Complains of numbness    .
**Psychiatric:** Complains of anxiety    .
**Endocrine:** Complains of .        .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .        .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**

**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)



**Tahoe Fracture and Orthopedic Medical Clinic**          *September 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    Page 3
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                 Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

## GENERAL
no acute distress

## BACK
**Palpation:** no tenderness
**Skin:** within normal limits
**ROM:** pain with extension

| Strength | Right | Left | | | |
|---|---|---|---|---|---|
| **Hip Flexors** | 5/5 | 5/5 | | | |
| Extensors | 5/5 | 5/5 | | | |
| **Dorsi Flexors** | 5/5 | 5/5 | | | |
| Plantar Flexors | 5/5 | 5/5 | | | |
| Ankle Eversion | 5/5 | **EHL** | 5/5 | 5/5 | |

1. lumbar spondylosis
2. chronic back pain
3. lumbar DDD

I recommend conservative management. we discussed that based on his symptoms and the MRI, I do not feel there would be any benefit from a surgical intervention. we did discuss physical therapy for core strengthing but he deferred.  I gave him an order for an epidural but if he has no relief from this there is really nothing more i can offer. Follow-up in 4 weeks for repeat clinical exam. from a spine standpoint, he may work on light duty with a 20lbs lifting restriction and no sitting >45 min at at time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 09/19/2019 at 12:23 PM**

---

**Lincoln/Wofford 0730**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**09/19/2019 - Return to Work**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

## Doctors Note

Diagnosis: **Lumbar spondylosis (ICD-721.3) (ICD10-M47.816)**

**Status**
Employee may return to Light Duty status.

Restrictions: No lifting anything greater than 20 lbs.
**Comments:** If you have any questions please give us a call @7757836190

**Electronically signed by MARCO MENDOZA on 09/19/2019 at 12:23 PM**

---



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Office Procedure

---

## Wayne Wofford

Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**08/30/2019 - Office Procedure: Bil L3,4,5 RFA**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Radiofrequency Ablation

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation, under fluoroscopy

Anesthesia:
anxiolysis

Indications:
Using models and diagrams, I described the technique of lumbar medial branch radiofrequency ablation. Risks including, but not limited to, bleeding, infection, and nerve damage were discussed.  All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy. The patient has had positive results from an appropriate medial branch block in the past.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain

**Lincoln/Wofford 0732**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 2
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was

**Lincoln/Wofford 0733**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 3
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

advanced to the junction of the left L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

**Electronically signed by JENNIFER MENDOZA MD on 08/30/2019 at 12:03 PM**

---

**Lincoln/Wofford 0734**

*e sed*

## PROCEDURE RECORD

Date: 8/30/19    Pt ID: 255382    Patient Name: Wofford, Wayne.

Procedure: Bilateral L3,4,5 RFA.

Bloodthinners: X_____    DM    Pacemaker    Dialysis    Chemo    Pregnancy

Allergies: _____PCN._____    Iodine/Contrast   Latex   Steroid   Adhesive   Lidocaine

☒ IV: 25 ga LH None    Meds Used: 1% lido

☒ Patient Identified

☒ Surgical Pause, Consent Read

☐ Allergies Confirmed

---

Pre-Procedure Vitals:  B/P: X    HR: 78    SPO2: 97    Pain Score: 8.

| Time: 136 | | Total |
|---|---|---|
| Oxygen (L/min) | | |
| Midazolam (mg) | 100 | |
| Fentanyl (mcg) | | |
| Ancef (gm) | | |

Sats % 95

| | Discharge Criteria | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two exterms. | 1 |
| | No Movement | 0 |
| Total: | | 10. |

Discharge Vitals: B/P: 146/93  HR: 77    SPO2: 94    Pain Score: X

☒ No Complications

☒ Discharge criteria score of 10 met

☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: 2:06    Date: 8/30/19    Physician Signature: _____



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382    Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/28/2019 - Office Procedure: Bil L3,4,5 MBB 1st**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Medial Branch Block

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus block

Anesthesia:
local

Indications:
Using models and diagrams, I described the technique of lumbar medial branch blocks. Risks including, but not limited to, bleeding, infection, headache, and nerve damage were discussed. All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of

**Lincoln/Wofford 0736**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 2
Office Procedure

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

the right L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The patient tolerated the procedure well and without complication. The patient was observed for approximately 20 minutes and discharged home in satisfactory condition with appropriate discharge instructions.

Fluoroscopy time:
12 secs

**Electronically signed by JENNIFER MENDOZA MD on 06/28/2019 at 9:40 AM**

**Lincoln/Wofford 0737**

⊘ sed

# PROCEDURE RECORD

Date: 6-28-19    Pt ID: 255382    Patient Name: Wofford, wayne

Procedure: Bil L4, 5  mBB 1st.

Bloodthinners: ASA.—81        · DM    Pacemaker    Dialysis    Chemo    Pregnancy

Allergies: PCN.        Iodine/Contrast  Latex  Steroid  Adhesive  Lidocaine

☐ IV:_____ga_____ None
☒ Patient Identified        Meds Used: .5 %0 marcane
☒ Surgical Pause, Consent Read
☒ Allergies Confirmed

Pre-Procedure Vitals: B/P: 127/88  HR: 98  SPO2: 96  Pain Score: 7

| Time: 927 | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | | | | | | | | | | | | | | | | | |
| Midazolam (mg) | | | | | | | | | | | | | | | | | |
| Fentanyl (mcg) | | | | | | | | | | | | | | | | | |
| Ancef (gm) | | | | | | | | | | | | | | | | | |

| Discharge Criteria | | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two exterms. | 1 |
| | No Movement | 0 |
| Total: | | 10 |

Sats % 93

Discharge Vitals: B/P: 127/85 HR: 84 ·SPO2: 97· Pain Score: 0

☒ No Complications
☒ Discharge criteria score of 10 met
☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: 9:40 Date: 6/28/19 Physician Signature: _____



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Office Visit

---

## Wayne Wofford

Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/29/2019 - Office Visit: NP/Back R Hip**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

58 year old male referred by Dr. Dirig for evaluation of chronic back pain. patient sustained a work related injury working on a boat in the ocean. he reports that a large waves cause him to lose his balance and struck the railing of boat. since that he has had persistent back pain. he denies any significant radiating pain down the leg. He did have at MRI at CTH which showed multilevel spondylosis without any fracture. there is some mild lateral recess stenosis at L4-5. he is scheduled to have a THA with Dr. Dirig in the near future.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

## ALLERGIES
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

## MEDICATIONS
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Lincoln/Wofford 0739**



**Tahoe Fracture and Orthopedic Medical Clinic**                *September 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705                                Page 2
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                   Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

\* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .      .
**Cardiovascular:** Complains of .      .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .      .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .      .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 **(Overweight)**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
*Page 3*
*Office Visit*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

## GENERAL
no acute distress

## HEENT
**Head:** normocephalic **Eyes:** within normal limits **Ears:** within normal limits

## NECK
**General:** Supple        **Skin:** atraumatic

## BACK
**Palpation:** tenderness present over spinous process, tenderness over paraspinous muscles
**Gait:** normal
**ROM:** pain with extension

## CHEST
Chest: nonlabored respirations.

## ABDOMEN
**Inspection:** within normal limits

| Legs | Right | Left |
|---|---|---|
| **Straight Leg Raise:** | Negative to 90 | Negative to 90 |

**Pulses**

| ROM | Right | Left |
|---|---|---|
| **Pain with ROM:** | Present | Present |

**Sensation**
Right: Intact to light touch
Left: Intact to light touch

| Strength | Right | Left | | | |
|---|---|---|---|---|---|
| **Hip Flexors** | 5/5 | 5/5 | | | |
| Extensors | 5/5 | 5/5 | | | |
| **Dorsi Flexors** | 5/5 | 5/5 | | | |
| Plantar Flexors | 5/5 | 5/5 | | | |
| Ankle Eversion | 5/5 | **EHL** | | 5/5 | 5/5 |

**Lincoln/Wofford 0741**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 4
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

1. chronic back pain
2. lumbar spondylosis
3. lumbar facet arthropathy

I recommend nonoperative management. he does have spondylotic changes and facet arthropathy. he does try and exercise on a regular basis so i do not believe any formal PT would help at this point. I gave him an order for lumbar MBB. if he feels improvement then i would recommend proceeding with an RFA. Follow-up 2 weeks after the injection. he has no radicular symptoms at this time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 05/30/2019 at 6:35 PM**

---

**Lincoln/Wofford 0742**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Return to Work

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/29/2019 - Return to Work**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

### Review
Restrictions are: Temporary

### Status

**Comments:** Patient is to stay off work until completion of injections. If any questions please contact us at
775-783-6190.

**Electronically signed by MARCO MENDOZA on 07/01/2019 at 3:39 PM**

**Lincoln/Wofford 0743**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 30, 2019*
Page 1
Office Procedure

---

## Wayne Wofford

Male  58 Years Old  DOB:        Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/15/2019 - Office Procedure: Bil Hip Intra-articular INJ**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Hip Joint Injection

Operation:

bilateral Hip joint injection, under fluoroscopy

Anesthesia:

local

Indications: Using models and diagrams, I described the technique of hip joint steroid injections. Risks. including, but not limited to, bleeding, infection, and nerve damage were discuss.. All questions were answered. The patient understands these risks and elects to proceed.

Procedure in Detail:

After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the supine position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the hip was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion. Under fluoroscopic guidance, the hip joint was visualized.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced toward the lateral aspect of the right hip joint. After negative aspiration, 3mL of contrast dye was injected, showing spread throughout joint and capsule. There was no evidence of intravascular injection. After negative aspiration, 40 mgs of triamcinolone mixed with 5mL of 1% plain lidocaine was injected incrementally.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced toward the lateral aspect of the left hip joint. After negative aspiration, 3mL of contrast dye was injected, showing spread throughout joint and capsule. There was no evidence of intravascular injection. After negative aspiration, 40 mgs of triamcinolone mixed with 5mL of 1% plain lidocaine was injected incrementally.

**Lincoln/Wofford 0744**



**Tahoe Fracture and Orthopedic Medical Clinic**          *September 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705          *Page 2*
Phone: 7757836190  Fax: 7757836191          Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

The patient tolerated the procedure well and without complication. T. patient was observed for approximately 20 minutes and discharged home in satisfactory condition with the appropriate discharge instructions.

Fluoroscopy time:

8 secs

**Electronically signed by JENNIFER MENDOZA MD on 02/15/2019 at 10:50 AM**

---

**Lincoln/Wofford 0745**

**Physicians**
Keith Card, DPM
Peter Costa, MD
Jeffrey Cummings, MD
Nicholas Dirig, DO
Michael Edmunds, MD
David Eisenhauer, DO
Michael Fry, MD
Randall Goode, MD
PJ Fry III, MD
David Jones, MD
Marco Mendoza, MD
Roger Rogalski, MD
James Sullivan, MD
Robin Tomita, MD
Joseph Walls, MD
David Watson, MD

**Mid levels**
Joseph Benton, APRN
Candace Camelon, APRN
Jeromy Dyer, PAC
Maeve Lyons, PAC
Daniel McCoy, APRN
Kelly Roetman, APRN
Pamela Smith, PA-C
Mallory Cushner, APRN
Stephanie Tonn, PA-C

To:
Fax Number:   2138844921
Voice Number:

From:        Jennifer Pasquinelli
Fax Number:
Voice Number:
Date:        September 30, 2019

Subject:     Wayne Wofford dob:
Total Pages:  23

Memo:

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

| Carson City Office | Gardnerville Office |
|---|---|
| 973 Mica Drive, Suite 201 | 1520 Virginia Ranch Road, Suite 101B |
| Carson City, NV 89706 | Gardnerville, NV 89410 |
| (775) 783-6190 \| (775) 783-6191 FAX | (775) 782-2442 \| (775) 783-6199 FAX |

**Lincoln/Wofford 0746**

# CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. **Mendoza** . to perform the following: **Bilateral L 4, 5 medial Branch Block, under Fluroscopy.**

I (WE) understand the above procedure description as it has been presented to me _____ (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary _____ (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_____          6/28/2017
Patient Signature                                        Date

_____          _____
Responsible Party (if other than patient)          Date


Patient ID: **255382**    Patient Name: **Wofford, Wayne.** _____

# DISCHARGE INSTRUCTION SHEET – PAIN

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ Doctor's card given

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive          ■ Difficulty breathing

■ Persistent nausea/vomiting                 ■ Persistent headache

■ Unrelieved pain                            ■ Redness, swelling around incision

■ Temperature of 100° or higher

■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours.

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above.

| | | 6/28/19 |
|---|---|---|
| Patient Name | Patient Signature | Date\Time |

| | | |
|---|---|---|
| Driver's Name | Driver's Signature | Date\Time |

**Lincoln/Wofford 0748**

# CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. mendoza, to perform the following:

Bilateral L3,4,5 Radiofrequency Ablation under fluroscopy.

I (WE) understand the above procedure description as it has been presented to me WW (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary. WW (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_____     8/30/10
Patient Signature                           Date

_____     _____
Responsible Party (if other than patient)     Date

Patient ID: 255382.   Patient Name: Wofford, Wayne.

**Lincoln/Wofford 0749**

# DISCHARGE INSTRUCTION SHEET – RADIOFREQUENCY ABLATION

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## ADVISEMENT

☐ May ice area for a few days and then switch to heat if needed

☐ It may feel like a sunburn type feeling around the injection site for a week or so

☐ The first few weeks will be tender/sore around the injection sites

☐ It may take 3-6 weeks to feel relief from the procedure

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive          ■ Difficulty breathing

■ Persistent nausea/vomiting                    ■ Persistent headache

■ Unrelieved pain                                        ■ Redness, swelling around incision

■ Temperature of 100° or higher

■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office **Jake 775-783-6143** or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours.

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above.

_____          _____          _____
Patient Name                                   Patient Signature                          Date\Time

_____

# Quality Assurance Report

## Request Information

Report Date:    October 1, 2019                    **RP ID: 5655322**

Patient Name:   WOFFORD, WAYNE

Provider Name: TAHOE FRACTURE & ORTHOPEDICS

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:
   Please provide all medical records for the timeframe -
   Seen by:TAHOE FRACTURE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD

**Lincoln/Wofford 0752**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 28, 2019

Mr. Wayne Wofford

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

We have received medical records from Dr. Cenac and Dr. Dirig. We sent Tahoe Fracture payment for medical records, but have not received them. Please follow up with their office and encourage them to send us the requested information.

Please note we will proceed with a review of the information in your file around October 11, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

Attachments:   9007521-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-08.29.2019

**Lincoln/Wofford 0753**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WAYNE WOFFORD

**Lincoln/Wofford 0754**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 29, 2019

Mr. Wayne Wofford

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 28, 2019, we requested medical records from Dr. Dirig, Dr. Cenac and Tahoe Fracture. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2019 through the present from Dr. Dirig, Dr. Cenac and Tahoe Fracture

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 11, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 10, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 10, 2019 as required under

Lincoln/Wofford 0755

the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0756**

# ⊚ sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: TRACEY SPROUS
LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209
6035590310

Wednesday, September 25, 2019

**Patient Name : wayne wofford**

**Invoice Number : 230639**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To Expedite Handling or to contact us, please visit the Customer Support page on our website:

hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

**Lincoln/Wofford 0757**

# ♡ sharecare

| | |
|---|---|
| Invoice Number: | 230639 |
| Date: | 9/24/2019 |
| Tax ID: | 90-0998358 |

Bill To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Send Medical Records To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| wayne wofford | 9007521 | Medical | 18 |

| Provider: |
|---|
| Tahoe Fracture & Orthopedic Medical Clinic, Inc. 973 Mica Dr Ste 201 Carson City, NV 89705-7258 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-50000 | 18 | $0.60 | $10.80 |
| | | Sub-Total: | $10.80 |
| | | Delivery Fee: | $1.18 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $11.98 |

Pay Online at https://myplatform.hds.sharecare.com//hds/#!/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | LIBERTY-7209 |
| Patient Name: | wayne wofford |
| Invoice Number: | 230639 |
| Payment Terms: | Net 0 |
| Balance Due: | $11.98 |

**Lincoln/Wofford 0758**

# Medical Record Overview

**Date:** September 17, 2019

**Patient Name:** WOFFORD, WAYNE

**Records From:** Cenac, Dr. Christopher
210 New Orleans Blvd
Houma, LA 70364
(985) 868-7020

**RP ID:** 5655321

**Client ID:** 9007521

**Source:** LIBMTC

**Req By:**
M Sargent
Michelle.Sargent@lfg.com

**Request Scope:** From January 1, 2019 to Present

**Chart Range:** 04/02/2019 - 04/02/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 2 2019 | Apr 2 2019 | 6 | 2 |
| Consultations | Apr 2 2019 | Apr 2 2019 | 3 | 8 |
| Other Records | | | 14 | 11 |
| Request Corr. | | | 2 | 25 |

**Total Page Count:** 25

**Notes From QC:**

Scanned in the best quality possible

**Lincoln/Wofford 0759**

## CHRISTOPHER E. CENAC, SR., M.D., LLC

PLEASE PRINT CLEARLY                                                         Date: 4-2-19

Patient's Name: Wayne _____ C _____ Wofford _____ Social Security: _____
                First _____ M. _____ Last

Address: _____ Street _____ City _____ State _____ Zip _____ Date of Birth _____

Home Phone: _____ Cell _____ Sex: ___Male✓ ___Female  Age: 58

Employer: Crosby Tugs LLC _____ Address 17771 Hwy 3235 Galliano, LA Phone: ~~985-460-8140~~
                                                                              985 632 7575

Occupation: Chief Engineer _____ How Long? 35 years Supervisor: _____

Married? ___Yes ✓No  Spouse's Name: _____ Employer: _____

Nearest relative not living with you: Billy Wofton _____ Phone: _____

Landlord: _____ Phone: _____

If patient is a minor
Parent/Guardian: _____ Address: _____ Phone: _____

Employer: _____ Address: _____ Phone: _____

Do you have medical insurance coverage? ✓Yes ___No  ~~Insurance Co.~~ _____
                                                                      Policy/Group number
Is accident work related? ✓Yes ___No  Type of accident: Wave Washed me into  Date of injury: Dec. 2018
                                                                                              a Buoy
WHAT HURTS? Lower back — Both hips — _____ Referred by: _____
            (Example: arm, knee, back)

Indicate if any of the following
exists in your immediate family:                    Indicate if YOU have any of
(parent, sibling, grandparent)                      the following:

_✓_Diabetes          _✓_Cancer              ___Known heart disease        ___Chest pain
___Allergies         ___Obesity             _✓_Joint pain/swelling        _✓_Limping
___Arthritis         ___Heart disease       _✓_Pain in legs               _✓_Back pain
_✓_High blood pressure                      ___Muscle soreness            ___Bone deformity
                                            _✓_Numbness in extremities
Details: _____

Inherited diseases in your family: _____

Previous surgeries, illness and injuries: 2 Injection at doctors office -

I attest the above information to be accurate: Wayne Wofford
                                               Patient/Guardian Signature

---

**For Office Use Only**                    **DO NOT WRITE IN THIS SPACE**

Bill To: Joseph E Lee, III _____          Verified by: Miles Clements Atty

Address: 365 Canal St. # 200 _____        Insured/Claim #: _____

City, State, Zip: New Orleans, LA 70130   Phone #: 504-566-1311

FAX 504-568-9130

NAME: Wayne Wofford

DOI: 1/12/18 ; 12/29/18

DATE: 4/2/19

wave

Robby Lefort
Safety - Crosby
Tugs

(Onset of pain in legs 2014)

C-T-L-up Pelvin/R/L

58 y/o / 70 in / 190 lb / single / 2 children 27 ? 21 / 1982 - supply boats /

1995 Tug / Chief Engineer

* December 29 2018 - 4 hrs - found drove back sat

Pt has been employed by Crosby Tugs for 12 yrs as a Chief
Engineer. On 1/12/18 Pt was cutting on a shackle when a large
wave washed over the boat, flipping him over & causing him to
hit a buoy. Pt twisted & hit the buoy with his low back.
Agg ongoing leg pain in legs for 4 years - LSS to knees.
Incident Report filed. Pt went to doctor in Galliano - went back
to boat. Pt flew home to Nevada. Pt has not returned to work.
benefits - maintenance -

c/o Neck - Ø

Low Back Ø age related difficulty - past pains -

Bilateral - Hips - R worse than left - pain on top of thighs -

pain moved around, Pt had injections which was a relief

last injection 2 months ago   ↑ BLE

Lincoln/Wofford 0761

PG 2

Prior - 2014 - onset of pain - 2015 - Dr. Fry - Dr. c-L-sp OOO -

1/12/2018 - Pt passenger in company truck. They drove

from Brownsville, Tx to Fourchon, La & he had severe

pain in his legs - He was seen at EMS - in Houma, La

on 1/15/2018 - X-rays - L-sp - 3V - Dx - L-sp strain - Released

RTW - See

Complete Occupational Health Services - Galliano, La - exam, RTW

Dr. Jay Bely - exam, ~~MRI~~ ~~Brain~~ ~~sp~~ + sp - 1/19/19 ~~Fry~~ - Repeat

7 ~~Dr. 1st scans~~ 11/08/19, 11/10/19, 2/04/19 -

Dr. Nicholas Dirig - exam - Recommended inj both hips -

Flexeril 10 mg Mobic 15 mg Norco 10/325 Arthotec -

Tahoe Fracture Clinic for inj - Mica Street - 1 inj each hip

3/6/2019

last seen - end of October - Recommend RTW & see him

again in 2 months. Still on anti inflammatory no pain pills

8/10 - 4/10

No other health issues

PCP

Pt went to Dr. Halarha in Dayton, NV - Family Practice - is the

one who figured out it was his hip - X-rays - then he took

them to Dirig - then he had injections.

PG3

Wayne Wofford

- Per Pt - object of this visit is to RTW -

Grip (R) 115 x2
(L) 115 Δ x2

Ref: Joshua Lee III

[illegible handwritten clinical notes]

0

Tahoe Fracture
2016 Dr Fry + Lodge mds
MRI L5S
$\frac{x}{x}$ visit x2 → RTW (job)

Dr Erojo (- Neurolog... Carson City, Nevada
with Bra... - CS
$\frac{x}{x}$ visit x2 → RTW (job)

12/8

Some SE

1/12/18 - see report ⊢ LBP & leg to Knees -
Ibuprofen

**Lincoln/Wofford 0764**

Progress Notes

# NEW PATIENT INFORMATION FOR APPOINTMENT

4-2-19
8:10

PO
3-1-19
9:27

**Patient Name :** Wayne Wofford

**D. O. B. :** 1-19-61

**S. S. # :** _____

**Patient Phone # :** _____

Crosby Jugo

**Guarantor of Bill :** Miles Clement Atty -

**Address :** 1100 Poydras St. #3700

off # 504-599-8000

N.O, LA 70163

Cell #

**Guarantor Phone # ( )** 504-400-5691 **Fax # : ( )** 504-599-8104

**Name of Person Verifying Bill and Title :** _____

_____

**Claim #** _____ **File #** _____

**Type of Accident** · Personal (Worker's Comp.) Auto

(Attorney) Liability Longshoreman's Jones Act.

**Date of Accident :** 1-18 & Dec. 18

**Exam what body part :** Hips / lower back

**Lincoln/Wofford 0765**

April 3, 2019

Joseph E. Lee III
365 Canal Street
Suite 2000
New Orleans, LA 70130

Re:    Wayne Wofford

Dear Mr. Lee:

Wayne Wofford was seen in consultation 04/02/2019. He is 58 years of age, 5'10" tall and weighs 190 pounds. He is single and the father of two children, ages 27 and 21. He is a widower. He has a long history of employment offshore in the marine industry as a Chief Engineer on supply boats and tug boats.

The patient related two incidents. He stated that on 01/12/2018, he was unloading groceries in Brownsville, Texas. He drove from Brownsville, Texas to Fourchon and during the course of the trip, he began to have stiffness in his low back. Over the weekend, he began to have referred pain into his right anterior thigh. He was seen at OMS locally 01/15/2018. He related a prior history of a lumbar injury and nerve palsy involving the left leg several years in the past. He had an MRI and rehabilitation and physical therapy after that incident. He did not have any injections. He gave a history of chronic pain that comes and goes. His examination was unremarkable. Lumbar X-ray studies confirmed advanced spondylosis, and he was allowed to return to work, regular duty and to return on an as needed basis.

He stated that on 12/29/2018 he was on the back deck of a vessel cutting on a shackle when a large wave washed over the boat flipping him over the anchor and causing him to hit a buoy covered with rubber coating. He twisted and hit the buoy with his low back. This incident aggravated his pre-existing low back and leg symptoms. An incident report was filed. He was seen in Galiano, Louisiana and went back to the boat. He did not return offshore and instead flew back home to Nevada. He has not returned to work. He is receiving maintenance benefits.

The patient related today that he has no neck pain and he does have persistent back pain which is identical to the pre-incident level of symptoms. He complains of bilateral hip pain, right worse than left with referred pain to the top of his thighs. He

**Lincoln/Wofford 0766**

Wayne Wofford – Page 2
04/03/2019

related that two months ago he had an injection in both hips with significant relief of symptoms.

Since the last incident he has been evaluated by Dr. Gerard Halaska, Dr. Jay Betz, Dr. Nicholas Dirig. He related that on 02/27/2019, he was released by Dr. Dirig to return to work without restrictions.

The patient is here for a return to work examination.

Grip strength testing is symmetrical with Dynamometer. Examination of the cervical and lumbosacral spines was completed. The patient has normal reflexes in both upper and lower extremities. He has no deficits to pin prick or light touch in the arms, hands, legs or feet. He has full motion in the cervical and lumbosacral spines without subjective complaints identified. Long toe extensor function is equal, symmetrical and 5/5. Quadriceps function is 5/5 bilaterally. Straight leg raise examination is negative to 90° seated x 2. He walks without a limp. No assistive device is utilized. He can heel and toe walk without difficulty. There is no muscle spasm identified in the axial spine. He has no point tenderness in the axial spine. He has no sciatic notch tenderness. His pelvis is level.

Examination of both hips is accomplished. Patient has 50% loss of internal and external rotation on the right and 40% loss on the left. He has complaints of discomfort on the right with full internal rotation. He has 60° of abduction on the left and 45° on the right with discomfort noted. There is no tenderness over the greater trochanter.

X-ray examinations of the cervical, thoracic and lumbar spines and pelvis and hips were completed.

The cervical study confirmed mild degenerative changes at C5-6 and C6-7 with slight loss of disc space height. The thoracic studies confirm an increased thoracic kyphosis with anterior wedging at T4, T5 and T6. Lumbar studies confirm slight loss of disc space height and anterior osteophytes at L2-3. The examination of both hips confirms advanced degenerative arthrosis bilaterally with bone on bone pathology identified. All findings predate both incidents.

The following responses to questions are submitted.

1. *Did the symptoms of low back pain and bilateral hip pain result from alleged incidents on 01/12/2018 and/or 12/29/2018? Are his complaints related to degenerative or other conditions that pre-dated this incident?*

**Lincoln/Wofford 0767**

Wayne Wofford – Page 3
04/03/2019

**Response:** This patient may have had a temporary aggravation of previous conditions in the lumbar spine and both hips causally related to both incidents. The patient returned to work following the 01/12/2018 incident without limitations. The patient has recovered from the 12/29/2018 incident and has been released to return to work by his treating physicians as of 02/27/2019, regular duty. The temporary aggravation related to both incidents has resolved.

2. *In your opinion, given his current symptoms and prognosis is Mr. Wofford able to return to his position as chief engineer with Crosby Tugs?*

**Response:** In my opinion, this patient is not a candidate to return to his position as Chief Engineer with Crosby Tugs.

3. *Has Mr. Wofford reached a point of maximum medical improvement, such that any further treatment would be purely palliative in nature and not curative?*

**Response:** The patient has reached MMI as discussed in number one above. He is not a candidate for any further evaluation or treatment causally related to either incident, 01/12/2018 or 12/29/2018. Any further treatment would palliative in nature.

4. *What future restriction or disability do you anticipate for Mr. Wofford, if any?*

**Response:** Mr. Wofford has pre-existing progressive degenerative spondylosis in the lumbar spine and pre-existing progressive degenerative osteoarthritis in both hips. Irrespective of either incident, more probable than not, he will require treatment in the future as he ages. Any future restrictions or disability will be related to the pre-existing conditions and not the incidents of 01/12/2018 and/or 12/29/2018.

Sincerely,

CHRISTOPHER E. CENAC M.D., F.A.C.S.

CEC/EH08
dictated, final not read

**Lincoln/Wofford 0768**



Lincoln/Wofford 0769

## EXPERT WITNESS AFFIRMATION STATEMENT

As a member of the medical profession and a Fellow or Member of the American Academy of Orthopaedic Surgeons/American Association of Orthopaedic Surgeons (AAOS), I affirm my duty, when giving evidence of testifying as an expert witness, to do so solely in accordance with the merits of the case. Furthermore, I declare that I will uphold the following professional principals in providing expert evidence or expert witness testimony:

1. I will always be truthful.
2. I will conduct a thorough, fair and impartial review of the facts and the medical care provided, not excluding any relevant information.
3. I will provide evidence or testify only on matters in which I have relevant clinical experience and knowledge in the areas of medicine that are the subject of the proceeding.
4. I will evaluate the medical care provided in light of the generally accepted standards, neither condemning performance that falls within generally accepted practice standards nor endorsing or condoning performance that falls below these standards.
5. I will evaluate the medical care provided in light of generally accepted standards that prevailed at the time of the occurrence.
6. I will state where my opinion honestly varies from generally accepted standards.
7. I will provide evidence or testimony that is complete, objective, scientifically based and helpful to a just resolution of the proceeding.
8. I will make a clear distinction between a departure from accepted practice standards and an untoward outcome, making every effort to determine whether there is a causal relationship between the alleged substandard practice and the medical outcome.
9. I will submit my testimony to scrutiny, if requested, by professional organizations, hospitals, peer review bodies and state medical and/or licensing boards, as appropriate.
10. I will not accept compensation that is contingent upon the outcome of the litigation.

CHRISTOPHER E. CENAC, M.D., F.A.C.S

AAOS Membership #: 00012176
American Board of Orthopaedic Surgery
Certification date: September 8, 1978

**Lincoln/Wofford 0770**

<u>CURRICULUM VITAE</u>

CHRISTOPHER EVERETTE CENAC, SR., M.D.,F.A.C.S.
Orthopedic Surgeon

<u>OFFICE ADDRESS</u>:

210 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-7020

<u>HOME ADDRESS</u>:

3661 Bayou Black Drive
Houma, Louisiana 70360

<u>DATE OF BIRTH</u>:

January 19, 1947
Naval Air Station Memphis
Millington, Tennessee

<u>EDUCATION</u>:

| | |
|---|---|
| 1967 | Louisiana State University, Baton Rouge, Louisiana<br>Undergraduate |
| 1971 | Louisiana State University, New Orleans, Louisiana<br>Doctor of Medicine Degree |
| 1971-72 | Charity Hospital, New Orleans, Louisiana<br>Internship |
| 1972 to 1976 | Charity Hospital, New Orleans, Louisiana<br>Residency Training, LSU Division |
| 1975 to 1976 | Charity Hospital, New Orleans, Louisiana<br>Chief Resident - Orthopedic Surgery<br>LSU Division |
| 1978 | Board Certified by the American Board of Orthopedic Surgeons |

**Lincoln/Wofford 0771**

Page -2-
Curriculum Vitae
Christopher Everette Cenac, Sr., M.D.,F.A.C.S.


## SOCIETIES AND FELLOWSHIPS:

American Board of Orthopedic Surgery
American College of Surgeons
American Academy of Orthopedic Surgeons
Louisiana Orthopedic Association
International College of Surgeons
Terrebonne Parish Medical Society
Senior Physicians Section Louisiana State Medical Society


## HISTORY:

I entered private practice in Houma, Louisiana in August of 1976. My practice is limited to orthopedic surgery. I am a member of the staff at Terrebonne General Medical Center, Physicians Medical Center and Leonard Chabert Medical Center in Houma, Louisiana. I was Coroner of Terrebonne Parish from 1980-1984. I was Chief of Staff at Terrebonne General Medical Center in 1998.

I have qualified in both federal and state courts as an expert in orthopedic surgery in Louisiana, Texas, Mississippi, Tennessee, North Carolina, Alabama and Florida. I am an approved examiner for the Texas Worker's Compensation Board, the Disability Determination Service and the Social Security Administration.

I served three terms, eleven years, 2002-2013, on the Judicial Campaign Oversight Committee appointed by the Louisiana Supreme Court.

I am an appointed senior member of the Medical-Legal Interprofessional Committee of the Louisiana State Medical Society and the Louisiana State Bar Association. As a member of the Committee I was co-author of several papers including Subpoenas to Physicians: The Obligations and Consequences, Medical Review Panel Process, and The Physician as Witness.

I represent the medical community on the Kids' Chance of Louisiana Committee, a scholarship program administered by the Louisiana Bar Foundation.

**Lincoln/Wofford 0772**

Other Records

Page -3-
Curriculum Vitae
Christopher E. Cenac, Sr., M.D.,F.A.C.S.


As an expert in the field of orthopedic surgery I have presented testimony representing both plaintiff and defense issues in national class action litigation. I am a co-author of the Inter-Professional Code which was adopted by the Louisiana State Bar Association and Louisiana State Medical Society in 1994. I have served as a panel member at the annual Louisiana State Bar Association meeting for several years. As a Key man from the State of Louisiana, I have represented the American Academy of Orthopedic Surgery on national issues involving the practice of orthopedic surgery.


I was instrumental in establishing the Phillip L. Cenac, M.D. Professorship of Medical Ethics at Louisiana State University School of Medicine. I participate in the education of young physicians on Medical Ethics at the Louisiana State University School of Medicine. I have presented a discussion of Orthopedic Impairments at the 24th Annual National Educational Conference of the Association of Administrative Law Judges 10/27/2015.


I have participated as a panelist in CLE courses, "Professionalism and Ethics", at Tulane University and Loyola University Law Schools and Medicare issues at the LAMMICO annual meeting.


I am the author of *Eyes of an Eagle, Jean-Pierre Cenac: An Illustrated History of Early Houma-Terrebonne*, the selected book of the Louisiana Bicentennial Commission, 2012 and *Livestock Brands & Marks: An Unexpected Bayou Country History 1822-1946 Pioneer Families Terrebonne Parish, Louisiana*, which was named the Louisiana Endowment for the Humanities Book of the Year, 2014, and *Hard Scrabble to Hallelujah, Legacies of Terrebonne Parish, Louisiana*, an *America's Third Coast* Series book published by University Press of Mississippi 2016, which was awarded the Louisiana Endowment for the Humanities Book of the Year, 2017.


**Lincoln/Wofford 0773**

## Christopher E. Cenac, Sr., M.D.

I hereby authorize payment directly to CHRISTOPHER E. CENAC, SR., M.D., LLC a medical practice, for the surgical and/or medical benefits, if any, otherwise payable to me under the terms of my insurance.

I hereby authorize any physician, hospital or medical facility to provide all information on my medical history and treatment to CHRISTOPHER E. CENAC, SR. ,M.D., LLC, a medical practice.

I understand that I may revoke this authorization at any time by notifying CHRISTOPHER E. CENAC, SR., M.D., LLC in writing.

I understand that I may refuse to sign this authorization and that my refusal to sign in no way affects my treatment, payment, and/or enrollment in a health plan or eligibility for benefits.

I hereby authorize CHRISTOPHER E. CENAC, SR., M.D., LLC a medical practice, to charge my account with interest at the rate of eighteen percent (18%) per annum on any amounts over 30 days past due from the previous month.

If it becomes necessary to turn this account over to an outside collection agency, I will be responsible for any collection fees as well as all court costs and attorney's fees incurred.

I hereby authorize photocopies of this form to be as valid as the original.

## ATTORNEY REPRESENTATION:

In the event you have or will obtain an attorney on your behalf for your injury, please be advised that the CHRISTOPHER E. CENAC, SR., M.D., LLC cannot accept payment for your services UPON SETTLEMENT OF YOUR CASE. Payment in full would be expected from you upon completion of each visit.

EXCEPTION: Your attorney must give this office written notification, prior to your exam, that he or she will be responsible and will remit full payment on your behalf upon receipt of our invoice/statement at his office.

I AFFIRM THAT I HAVE READ AND UNDERSTAND THAT AFORESAID POLICY AND WILL COMPLY ACCORDINGLY.

Date: 4-2-19    Patient/Guarantor signature: _Wayne Wofford_

# Notice of Privacy Practices Acknowledgement

I understand that, under the Health Insurance Portability & Accountability Act of 1996 (HIPAA), I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to:

- o Conduct, plan and direct my treatment and follow-up among the multiple healthcare providers who may be involved in that treatment directly and indirectly
- o Obtain payment from third-party payers
- o Conduct normal healthcare operations such as quality assessments and physician certifications

I acknowledge that I have received your Notice of Privacy Practices containing a more complete description of the uses and disclosures of my health information. I understand that this organization has the right to change its Notice of Privacy Practices from time to time and that I may contact this organization at any time at the address above to obtain a current copy of the Notice of Privacy Practices.

I understand that I may request in writing that you restrict how my private information is used or disclosed to carry out treatment, payment or health care operations. I also understand you are not required to agree to my requested restrictions, but if you do agree then you are bound to abide by such restrictions.

Patient Name: _____

Relationship to Patient: _____

Signature: _____

Date: _____

---

Office Use Only

I attempted to obtain the patient's signature in acknowledgement on this Notice of Privacy Practices Acknowledgement; but was unable to do so as documented below:

| Date | Initials | Reason |
|------|----------|--------|
|      |          |        |

© Copyright 2011 Agent 77

January 2011

**Lincoln/Wofford 0775**

*Please Send Pt. here for Examination*

**CHRISTOPHER E. CENAC, SR., M.D., LLC**
210 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-7020
(985) 872-6869 - Fax

AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION

Patient Name: **Wayne C Wofford**

I hereby authorize the use and disclosure of individually identifiable health information relating to me, which is called "protected health information" under a federal health privacy law, as described below:

Specific Description of Information to be Used or Disclosed:

ALL MEDICALS

Person or Class of Persons to Whom the Used or Disclosed May be Made:

Dr. Christopher E. Cenac, Sr.

The protected health information will be used and/or disclosed for the following purposes:

Evaluation and treatment of patient

** I understand that if the person or entity that receives this information is not a health plan or heath care provider by federal privacy regulations, the released information may be re-disclosed by the recipient and may no longer be protected by federal and state laws.

** I understand that I may revoke this authorization at any time by notifying Dr. Christopher E. Cenac, Sr. in writing. However, if I choose to do so, I understand that my revocation will not affect any actions taken by Dr. Christopher E. Cenac, Sr. before receiving my revocation.

** In understand that I may refuse to sign this authorization and that my refusal to sign in no way affects my treatment, payment, enrollment in a health plan, or eligibility for benefits.

This authorization expires at the earlier of _12 mths_ or the date the following event occurs: _____. (describe event or write "not applicable").

Print name of patient **Wayne Wofford**          Date: **4-2-19**

Signature of patient: **Wayne Wofford**          DOB: _____

                                              SS: _____

FOR PERSONAL REPRESENTATIVE OF PATIENT (IF APPLICABLE)

Name of representative: _____          Date: _____

Signature: _____          Relationship: _____

**Lincoln/Wofford 0776**

*Ree: 4-1-19*

## PHELPS DUNBAR LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

JOSEPH E. "JOSH" LEE III
Counsel
(504) 584-9251
josh.lee@phelps.com

March 28, 2019

**_Via UPS_**
Dr. Christopher E. Cenac, Sr., M.D.
Christopher E. Cenac, Sr., M.D., LLC
201 New Orleans Blvd.
Houma, LA 70364

      Re:    Wayne C. Wofford

Dear Dr. Cenac:

      Enclosed please find medical records and an incident report regarding Wayne Wofford for your review and consultation in preparation for your examination and report. In your report, in addition to describing the history taken, your clinic examination, diagnosis, and prognosis, we would like you to opine on the following questions: *12/24/18*

1. In your opinion, did the symptoms of lower back pain and bilateral hip pain result from the alleged incidents on January 12, 2018 and/or in December 2018? Are his complaints related to degenerative or other conditions that predated this accident?

2. In your opinion, given his current symptoms and prognosis is Mr. Wofford able to return to his position as chief engineer with Crosby Tugs?

3. Has Mr. Wofford reached the point of maximum medical improvement, such that any further treatment would be purely palliative in nature and not curative?

4. What future restrictions or disability to you anticipate for Mr. Wofford, if any?

      Mr. Wofford's evaluation is scheduled for April 2, 2019 at 8:00 a.m. If you need any additional information please do not hesitate to contact me.

                Cordially yours,

                Joseph E. "Josh" Lee III

JEL/as
Enclosures

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com


*Lynette no show*

**Lincoln/Wofford 0777**



**FRILOT** | LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Miles P. Clements**
(504) 599-8004 Phone
(504) 599-8104 Fax
mclements@frilot.com

March 1, 2019

Christopher E. Cenac, Sr., M.D., LLC
210 New Orleans Blvd.
Houma, LA 70364

Re: Wofford, Wayne – Jones Act Claim; D/O/I: 1/12/18 .
Frilot File: 874-190005

Dear Dr. Cenac:

As requested in your "evaluation requirements" fax received today, enclosed herewith please find my firm check in the amount of $2,000, being the prepayment for your initial examination of Plaintiff, Wayne Wofford, and report.

We agree to the terms of your engagement as set forth in your evaluation requirements fax and look forward to working with you on this matter.

With kind regards, I am

Very truly yours,

*Miles*

Miles P. Clements

New address)

MPC/lfl
Enclosure

Phelps Dunbar
365 Canal St
# 2000
New Orleans, LA
70130
P- 504-566-1311
F. 504-568-9130

For Frilot use this check

**Lincoln/Wofford 0778**

CHRISTOPHER E.CENAC,SR., M.D., LLC
CHRISTOPHER E. CENAC, SR., M.D., F.A.C.S.
ORTHOPEDIC SURGERY
210 NEW ORLEANS BLVD.
HOUMA, LA 70364
PHONE# 985-868-7020
FAX# 985-872-6869

## FACSIMILE COVER SHEET

Date: 3-1-19        To: Miles Clements, Abbey

From: Peggy        Fax # 504-599-8104

# of pages including cover sheet 3

Comments: Appt for Wayne Wofford

April 2, 2019 @ 8:00 Am.

Attached are our requirements

___X___ YES - THIS FAX CONTAINS PROTECTED HEALTH INFORMATION
Therefore, upon receipt of requested documents you must sign below and fax this cover sheet back to the sending facility.

RECEIVED BY:_____

_____ NO - THIS FAX DOES NOT CONTAIN PROTECTED HEALTH INFORMATION

**CONFIDENTIALITY NOTICE:** The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please contact us immediately by fax or the phone number on this cover sheet and destroy all copies of the original message.

**Lincoln/Wofford 0779**

**CHRISTOPHER E. CENAC, SR., M.D., LLC**
**210 NEW ORLEANS BLVD.**
**HOUMA, LA 70364**
**985-868-7020**

## EVALUATION REQUIREMENTS

1.   $2,000.00   Prepayment (Initial examination, report)

2.   $500.00   No show fee will be charged if patient fails to appear or if the appointment is cancelled within 7 days of the appt. If prior to 7 days we will mail check back to the appropriate office or Insurance Company.

3.   $150.00   Will be charged for review of any film or disc per set.

4.   $   Extra fee for review of medical records, price will vary due to size of records, this will be determined at the time of appointment.

5.   $   X-rays taken in office will be an extra fee.

6.   **A letter of guarantee that any charges over the $2,000.00 will be paid with 30 days of receipt of the bill. The letter of guarantee and prepayment of $2,000.00, with any and all medical records no later than 2 weeks prior to appointment. We reserve the right to cancel appointment if letter, prepayment and records are not received.**

## DEPOSITION

1.   $2,000.00   Prepayment for first hour (Regular Depo.). We will mail a bill if it should go over.

2.   $2,500.00   Prepayment for first hour (Video Depo.). We will mail a bill if it should go over.

3.   **Notice of Deposition, must be sent with prepayment no later than 2 weeks prior to date of deposition.**

4.   $500.00   Cancellation or Postponing Deposition. If cancelled less than 10 days prior to deposition fee will apply. If cancelled 10 days prior to deposition, payment will be returned.

5.   We are not responsible for any cancellation of a deposition if the doctor is subpoenaed to appear in court.

## MALPRACTICE CASE:
1.   $4,000.00   Initial review - oral and/or written response.
2.   $750.00   Per hour additional time

## TRIAL TESTIMONY
Varies according to location - generally $ 2,000.00 per hour.
Trial preparation and travel time will be an additional fee.

**Lincoln/Wofford 0780**

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Christopher E. Cenac Sr

**2** Business name/disregarded entity name, if different from above

Christopher E. Cenac, Sr. M.D. LLC

**Print or type. See Specific Instructions on page 3.**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ **S**

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

210 New Orleans Blvd.

Requester's name and address (optional)

**6** City, state, and ZIP code

Houma, LA 70364

**7** List account number(s) here (optional)

---

**Part I — Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number

2 6 - 1 3 2 6 1 7 9

---

**Part II — Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ | *[signature]* | Date ▶ Jan. 2, 2019 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X          Form **W-9** (Rev. 10-2018)

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/01/2019 10:54
NAME  : CHRISTOPHER CENAC MD
FAX   : 9858726869
TEL   : 9858687020
SER.# : BROC1J264691
```

```
DATE,TIME            03/01  10:51
FAX NO./NAME         5045998104
DURATION             00:02:10
PAGE(S)              03
RESULT               OK
MODE                 FINE
                     ECM
```

**Lincoln/Wofford 0782**

FAX - 603-559-0310

**Lincoln**
Financial Group *bad 3 pages*

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Cenac, Dr. Christopher
210 New Orleans Blvd
ATTN: MEDICAL RECORDS
Houma, LA 70364

Date:    Aug 29, 2019
**Re: Long Term Disability Benefits**
Claim#  9007521        5655321
Claimant:  WOFFORD, WAYNE
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key:  204826

Dear  OPT 8,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From January 1, 2019 to Present
Please provide medical records from the time frame requested. -
Seen By: Cenac, Dr. Christopher

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number                    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Alter Paul Paulete
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:



## CHRISTOPHER E. CENAC, SR.,M.D., LLC
## CHRISTOPHER E. CENAC, SR., M.D.
## ORTHOPAEDIC SPINE SURGEON
### 210 NEW ORLEANS BLVD.
### HOUMA, LA 70364

TELEPHONE ( 985) 868-7020
FAX: (985) 872-6869

## CERTIFICATION LETTER

Date : _Sept. 13, 2019_

To : _Lincoln Financial_

Patient Name : _Wayne Wofford_

Patient D.O.B.: _____

Patient S. S. # : _____

This is to certify that the enclosed copies, requested by written authorization, are true, correct and complete to date.

Sincerely,

_[signature]_

# Quality Assurance Report

## Request Information

Report Date: September 17, 2019       **RP ID: 5655321**

Patient Name: WOFFORD, WAYNE

Provider Name: Cenac, Dr. Christopher

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:
    Please provide medical records from the time frame
    requested. - Seen By: Cenac, Dr. Christopher

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
    Scanned in the best quality possible

Chart Reviewed By: CPACI

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 14, 2019

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston now a Lincoln Financial Group Company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have determined that your date of disability was January 1, 2019 and your LTD benefits began on June 30, 2019.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $8,704.95. You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that receipt of benefits at this time does not guarantee payments through the maximum benefit duration.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0787**

| | |
|---|---|
| **From:** | LFGNotifications@LFG.com |
| **Sent:** | Friday, September 13, 2019 12:33:53 PM |
| **To:** | WAYNOWOFFORD@YAHOO.COM; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Crosby Tugs, LLC Claim No. 9007521 Wayne Wofford |
| **Attachments:** | e7e91c575e506adb075f7d3fc2838bd5df992eb1d8d71493_7146878.pdf; |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Wofford 0788**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 13, 2019

Mr. Wayne Wofford


RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston now a Lincoln Financial Group Company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have determined that your date of disability was January 1, 2019 and your LTD benefits began on June 30, 2019.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $8,704.95. You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that receipt of benefits at this time does not guarantee payments through the maximum benefit duration.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0789**

# Medical Record Overview

**Date:**   August 31, 2019

**Patient Name:**   WOFFORD, WAYNE

**Records From:**   DR. NICHOLAS DIRIG
973 MICA DRIVE, STE 201
CARSON CITY, NV  89705
(775) 783-6190

**Request Scope:**   From January 1, 2019 to Present

**Chart Range:**   02/08/2019 - 08/15/2019

**RP ID:** 5655323

**Client ID:** 9007521

**Source:** LIBMTC

**Req By:**
M Sargent
Michelle.Sargent@lfg.com

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Feb 8 2019 | Aug 15 2019 | 50 | 2 |
| EKG/Cardiology | May 30 2019 | May 30 2019 | 1 | 52 |
| Labs/Diagnostics | Jun 4 2019 | Jun 20 2019 | 4 | 53 |
| Other Records |  |  | 10 | 57 |
| Request Corr. |  |  | 1 | 67 |

**Total Page Count:**      66

**Notes From QC:**

**Lincoln/Wofford 0790**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**08/15/2019 - Office Visit: RE Rt Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

**Work Status:**

**Follow Up**

Appointment Date: 8/15/2019

------------------------------------------------------------------
CHIEF CONCERN
------------------------------------------------------------------

This is a 58 year-old male here today for work-injury related right hip
follow-up 7 weeks status post right total hip arthroplasty performed on
6/24/2019. At the time of injury, the patient was working at Crosby Tuggs.

------------------------------------------------------------------
HISTORY OF PRESENT ILLNESS
------------------------------------------------------------------

He was last seen on 7/9/2019, at which time the treatment plan included the
following:
>> Aspirin for DVT prophylaxis
>> Physical therapy
>> Continue postoperative precautions
>> Obtain x-rays at next visit

Today, the patient reports improving right hip pain. Associated symptoms
include improving stiffness. His treatments thus far include in-home
stretches and physical therapy with improvement.

Additionally, the patient reports worsening lumbar back and persistent

**Lincoln/Wofford 0791**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705                              Page 2
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

## Wayne Wofford
Male  58 Years Old  DOB:                 Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

intermittent left hip pain. The patient had an epidural injection for the
lumbar spine but is unsure of how much relief he received from that
injection. He is currently waiting for a follow-up epidural injection.

The available records and medical history forms obtained in preparation for
the visit were reviewed. A 12-point review of systems has been scanned into
the patient record and relevant findings incorporated into the history of
present illness.

```
-------------------------------------------------------------------
PHYSICAL EXAM
-------------------------------------------------------------------

RIGHT HIP EXAM
    Inspection: Right leg slightly longer than the left in the seated
position

    Range of Motion:
        Internal rotation: Full
        External rotation: Full

    Strength:
        Abductors: 5/5
        Adductors: 5/5

LEFT HIP EXAM

    Range of Motion:
        Internal rotation: Full with some pain
        External rotation: Full

    Strength:
        Adductors: 5/5
        Abductors: 5/5

-------------------------------------------------------------------
ASSESSMENT and PLAN
-------------------------------------------------------------------
```

This 58 year-old male patient is progressing appropriately 7 weeks status
post RIGHT TOTAL HIP ARTHROPLASTY performed on 6/24/2019 in the context of:

BILATERAL HIP OSTEOARTHRITIS



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 3
Office Visit

---

## Wayne Wofford

Male  58 Years Old  DOB:           Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

For the bilateral hips, the condition and the possible treatment options as
well as the relative risks were discussed. The treatment plan at this time
includes the following:
>> Work status updated: Remain off work, will continue therapy
>> Activity modification: Avoid lifting/carrying heavy objects, crawling,
and squatting
>> Physical therapy
>> Discontinue postoperative precautions

FOLLOW-UP: 4 weeks

All of the patient's questions were answered. He demonstrated understanding
of his diagnosis and treatment plan and wishes to proceed with the
recommendations as discussed.

```
-----------------------------------------------------------------
WORKER'S COMPENSATION
-----------------------------------------------------------------
```
Claim Number: 93014
Appointment Date: 8/15/2019
Date of Injury (DOI): 12/29/2018
Employer: Crosby Tuggs

In accordance with Labor Code Section 4628, the examination of this
individual took place on the date indicated. I obtained the history and
performed the examination stated herein in full. The opinions and
conclusions of this report are solely those of this physician. The medical
records were personally reviewed by me. I declare under penalty of perjury
that I have not violated Labor Code Section 139.3 and have not offered,
delivered, received or accepted any rebate, dividend, discount, or other
consideration, whether in the form of money or otherwise, as compensation or
inducement for any referred examination or evaluation.

This note was generated for Dr. Nick Dirig using the Robin virtual scribe
service.

---

**Lincoln/Wofford 0793**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**08/15/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

This injury is occupational.

Diagnosis: **Hx of hip replacement, right (ICD-V43.64) (ICD10-Z96.641)**

## Status

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 08/15/2019 at 2:58 PM**

---

**Lincoln/Wofford 0794**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                 Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**07/09/2019 - Office Visit: 1 Post Op R Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 07/09/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up visit.  He is two weeks out from a right total hip arthroplasty.  He is doing excellent.  He has minimal discomfort, just some residual ecchymosis around the hip and leg.  He was taking aspirin initially, but then stopped it as he is on medication that he is finishing up for hepatitis C treatment.  He will plan to restart the aspirin after this, but seeing that he is very active and ambulatory without any ambulatory aids already, I think he is at low risk for DVTs, but the patient was warned of the signs and symptoms of them.  He has no other complaints and he is very happy with the outcome so far.

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  He has some mild residual swelling and ecchymosis, nothing out of the ordinary.  His leg lengths appear about equal, his right may be a touch longer than his left now but nothing that is symptomatic for him.  He is walking with a normal gait today in the clinic.  He has a painless arc of motion.  His abductors, adductors and hip flexors are strong.  His wound is healing well. There is no erythema, induration or other signs of infection.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman two weeks out from a right total hip arthroplasty.  He is doing excellent.

PLAN:
The patient was reminded to start his aspirin as soon as he is cleared from his hepatitis C physician for DVT prophylaxis.  In the meantime, he will remain being as active as he can.  He will continue on with physical therapy.  He will continue with his posterior hip dislocation precautions as well.  He no longer needs a dressing over his wound.  He can continue showering but no soaking.

This is a Workmen's Comp case and at this point we will keep the patient off of work for now as it is unsafe for him to return to work at this point.  I will re-evaluate him in a month.  We will take radiographs of his right hip at that time and discuss ongoing care.  Additionally, he does have left hip osteoarthritis and pain, which is currently doing well with the previous intra-articular corticosteroid injection.  We will re-evaluate this at his next visit as well and decide if we need to proceed on with a left hip replacement at this point or not.

**Lincoln/Wofford 0795**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu

**Electronically signed by NICHOLAS J DIRIG on 07/12/2019 at 8:49 AM**

**Lincoln/Wofford 0796**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705          Page 1
Phone: 7757836190  Fax: 7757836191          Return to Work

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**07/09/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Status

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 07/09/2019 at 7:11 PM**

**Lincoln/Wofford 0797**

## High Desert Therapists, Dayton
5 Pinecone Rd, Suite 100
Dayton, NV 89403-6309

Phone: (775) 246-7742
Fax: (775) 246-7559

Initial Evaluation for Wayne Wofford
DOB:
Case: R Hip
Therapist: L. Richard Stephenson, RPT

Referred by: Nicholas Dirig
Phone: (775) 783-6190
Fax: (775) 783-6191

Visit Date: 07/01/19
Diagnosis: Pain in right hip
Presence of right artificial hip joint

### Subjective

**Onset**

**Date of Onset:** 6-24-19. **Description:** Right THA.

**Pain Rating**

| | |
|---|---|
| **Verbal Pain Rating at Present** | 3 - Slight Pain (1 - 3) |
| **Verbal Pain Rating at Best** | 2 - Slight Pain (1 - 3) |
| **Verbal Pain Rating at Worst** | 4 - Moderate Pain (4 - 6) |

**General Health Questions**

**Other Health Problems:** Pt. reports he has Hep. C.

**Vocational**

**Current Status:** Unable to work.

**Functional Deficits**

**Primary Functional Limitation:** Patient is unable to perform functional activities/ADLs without right hip pain.

### Objective

**Gait**

**Abnormality:** Antalgic R. LE. **Stairs:** Leads with affected extremity when descending. Leads with unaffected extremity when ascending.

| | Result | Note |
|---|---|---|
| **Hip Active ROM** | | |
| Hip Abduction AROM | 30 degrees | |
| Hip Extension AROM | 0 degrees | |
| Hip Flexion AROM | 95 degrees | |
| **Hip Passive ROM** | | |
| Hip Abduction PROM | 35 degrees | |
| Hip Extension PROM | 0 degrees | |
| Hip Flexion PROM | 100 degrees | |
| **Hip Muscle Testing** | | |
| Gluteus Maximus Strength | 4 /5 | |
| Gluteus Medius Strength | 4 /5 | |
| Iliopsoas Strength | 4 /5 | |
| Piriformis Strength | 4- /5 | |

Initial Evaluation for Wayne Wofford
DOB:

**Lincoln/Wofford 0798**

**Palpation: Tenderness**
    **Palpation:** Lateral/posterior hip.

## Goals

| Item | Current | Goal | By Date |
|---|---|---|---|
| 1: Primary Functional Limitation | Patient is unable to perform functional activities/ADLs without right hip pain. | Able to perform functional activities/ADLs without right hip pain. | 8/14/19 |

## Assessment

**Assessment**
    **Rehabilitation Potential;** Good. **Impression;** Right hip pain, weakness with loss of ROM/function post THA.

## Plan

**Plan of Care**
    **Frequency:** Three times weekly. **Duration:** Six weeks. **Home Exercises:** Ex./ROM. **Treatment Procedures:** Manual Stretching. Supervised Therapeutic Exercises. Gait Training. **Treatment Progression:** Progress to more active home exercise program after symptoms subside.

Thank you for the opportunity of working with Wayne.

As always, please feel free to call us at (775) 246-7742 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by:

L. Richard Stephenson, RPT
07/02/19 1:39 pm
License: NV PT0698    CA PT5977

07/01/19                                                    Initial Evaluation for Wayne Wofford
Page 2 of 2                                                 DOB:



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Labs

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/18/2019 - Labs: Lab Request**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**PHYSICIAN LAB ORDERS:**

**PATIENT NAME: Wayne Wofford          DOB:**

Complete Metabolic Panel [Q10231X,L322000]
INR [LAB-INR]
Urinalysis [L003038, Q86702A]

**Diagnosis:**
Z01.810   Pre-Op Cardiovascular Exam, Z01.811   Pre-Op Respiratory Exam, Z01.812   Pre-Op Lab
Exam, Z01.818   Pre-Op Exam, Other

**Signature:** _____   **Date: 06/18/2019**

**FAX RESULTS TO:**

**Electronically signed by NICHOLAS J DIRIG on 06/21/2019 at 3:39 PM**

**Lincoln/Wofford 0800**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/17/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 06/14/2019 1:00 PM, Victoria Stroud wrote:
thanks, I will let WC know

---- 06/14/2019 10:22 AM, Carrie Haskell wrote:
Pt is a hip, do not believ we send it in for HIPS. Let me know if wrong. Still need walker and cane placed
in DME section of packet

---- 06/14/2019 9:52 AM, Victoria Stroud wrote:
Okay. =) Let me know when it's ready and I will submit for it.

---- 06/13/2019 10:39 AM, Carrie Haskell wrote:
I will do this asap

---- 06/10/2019 12:51 PM, Victoria Stroud wrote:
Hey Love, I do not see an order in. Is it going to be put in the packet?

---- 06/06/2019 2:21 PM, Carrie Haskell wrote:
Ok I will do so,

---- 06/06/2019 1:52 PM, Victoria Stroud wrote:
If NJD thinks he will need one. JRC and MRE usually have one ordered and put in the DME section of
the sx packet and I request it with the surgery

---- 06/06/2019 1:38 PM, Carrie Haskell wrote:
Should I order a ice machine for this pt.
------------------------------

**Electronically signed by Carrie Haskell on 06/17/2019 at 12:43 PM**

---

**Lincoln/Wofford 0801**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Return to Work

---

## Wayne Wofford

Male  58 Years Old  DOB:                       Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/13/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

# Doctors Note

Diagnosis: **Lumbar spondylosis (ICD-721.3) (ICD10-M47.816)**

## Status

**Comments:** Patient will need care for after surgery, will need assistants with daily life activities for about 2 months. Surgery is scheduled for 6/24/19. If any questions please give us a call at 775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:47 AM**

---

**Lincoln/Wofford 0802**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


**06/13/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/30/2019 8:42 AM, Victoria Stroud wrote:
PT is approved for his sx
------------------------------


**Electronically signed by Carrie Haskell on 06/13/2019 at 10:30 AM**

---

**Lincoln/Wofford 0803**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705          Page 1
Phone: 7757836190  Fax: 7757836191          Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


**06/13/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

--Called patient to come in to pick up a note at the front desk.

-- Converted from flag ----
---- 06/12/2019 4:48 PM, Amy Orozco wrote:
Pt is scheduled to have sx 6/24?

---- 06/12/2019 4:41 PM, Brooke Bean wrote:
NJD,
Patient called and needs a letter stating he will need care after his surgery for his wife to come here from
out of country after his surgery. he would like a call back at 775 400 8740
------------------------------

**Electronically signed by Francisco Angulo on 06/13/2019 at 11:51 AM**

---

**Lincoln/Wofford 0804**



**Tahoe Fracture and Orthopedic Medical Clinic**                    *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                                           Page 1
Phone: 7757836190  Fax: 7757836191                                               Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


**06/13/2019 - Phone Note**
**Provider: Amy Orozco**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

LVM- asking what he would like said on the letter.

---- 06/13/2019 2:40 PM, Dawn Hamlin wrote:
NJD
Pt needs letter to state date of his surgery (7/1/19) - please call him @ 775-400-8740. (Trying to get his
wife here from Mexico to take care of him postop & says letter needs to "sound more formal").
-----------------------------

**Electronically signed by Amy Orozco on 06/13/2019 at 3:59 PM**

---

**Lincoln/Wofford 0805**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/13/2019 - Phone Note**
**Provider: Amy Orozco**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** Patient called back, stating that his note needs to have a sx date. He will call tomorrow with a fax # to his attorney.

**Clinical Lists Changes**

**Electronically signed by Amy Orozco on 06/13/2019 at 4:36 PM**

---

**Lincoln/Wofford 0806**



**Tahoe Fracture and Orthopedic Medical Clinic**                    *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    *Page 1*
Phone: 7757836190  Fax: 7757836191                    *Phone Note*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/14/2019 - Phone Note**
**Provider: Gretchen Bonner**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 06/14/2019 9:37 AM, Dawn Hamlin wrote:
NJD
Sx date is 6/24/19. Fax # for atty is 956-284-0518, Michell Murillo.
Pls call pt @ 775-400-8740.
------------------------------
done and faxed to attorney

**Electronically signed by Gretchen Bonner on 06/14/2019 at 11:23 AM**

---

**Lincoln/Wofford 0807**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705                      Page 1
Phone: 7757836190  Fax: 7757836191                              Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


**06/04/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/31/2019 1:03 PM, Gretchen Bonner wrote:


---- 05/31/2019 10:14 AM, MARCO MENDOZA wrote:
my assumption is the hip is priority unless dirig disagrees

---- 05/30/2019 10:33 AM, Gretchen Bonner wrote:


---- 05/30/2019 10:16 AM, Lindsay Bowyer wrote:
NJD/MCM

Hello, this patients adjuster wants to know if the hip arhtroplasty will take precedent over the injections for
the back that MCM ordered?
Please let me know. Thank you.
----------------------------

**Electronically signed by Lindsay Bowyer on 06/04/2019 at 9:50 AM**

---

**Lincoln/Wofford 0808**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Labs

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/03/2019 - Labs: Lab Request**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## PHYSICIAN LAB ORDERS:

---

**PATIENT NAME:  Wayne Wofford          DOB:** _             ._

X-Ray, Chest, PA & Lateral [CPT-71020]

**Diagnosis:**
Z01.810   Pre-Op Cardiovascular Exam, Z01.811    Pre-Op Respiratory Exam, Z01.812    Pre-Op Lab
Exam, Z01.818    Pre-Op Exam, Other

**Signature:** _____  **Date: 06/03/2019**

**FAX RESULTS TO:**
  FAX to 775-783-6905

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:48 AM**

---



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                        Page 1
Phone: 7757836190  Fax: 7757836191                      Physician Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:                  Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/03/2019 - Physician Orders**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Clinical Lists Changes**

**Orders:**
Added new Test order of PT Eval (97164) - Signed
Added new Test order of PT THR 3x6 (97163) - Signed

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:45 AM**

---

**Lincoln/Wofford 0810**



**Tahoe Fracture and Orthopedic Medical Clinic**  *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705  Page 1
Phone: 7757836190  Fax: 7757836191  Labs

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC


**06/03/2019 - Labs: Lab Request**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**PHYSICIAN LAB ORDERS:**

---

**PATIENT NAME:  Wayne Wofford**          **DOB:** _          _

Type and Screen [LAB-TS]



TO BE DONE 24-48 prior to Surgery


**Diagnosis:**
Z01.810   Pre-Op Cardiovascular Exam, Z01.811   Pre-Op Respiratory Exam, Z01.812   Pre-Op Lab
Exam, Z01.818   Pre-Op Exam, Other

**Signature:** _____     **Date: 06/03/2019**

**FAX RESULTS TO:**
  PLease send results to Pre-Op


**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:48 AM**

---

**Lincoln/Wofford 0811**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Labs

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/30/2019 - Labs: Lab Request**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## PHYSICIAN LAB ORDERS:

**PATIENT NAME:  Wayne Wofford          DOB:** _            .

CBC with Differential [Q6399x,L005009]
Urinalysis [L003038, Q86702A]
Electrocardiogram [CPT-93000]
Complete Metabolic Panel [Q10231X,L322000]
INR [LAB-INR]
X-Ray, Chest, PA & Lateral [CPT-71020]
Type and Screen [LAB-TS]

## Diagnosis:
Z01.810   Pre-Op Cardiovascular Exam, Z01.811   Pre-Op Respiratory Exam, Z01.812   Pre-Op Lab
Exam, Z01.818   Pre-Op Exam, Other
R79.1

**Signature:** _____   **Date: 05/30/2019**

**FAX RESULTS TO:**
   Please fax result to Dr. Dirig attn: Carrie 775-783-6905

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:48 AM**

**Lincoln/Wofford 0812**



**Tahoe Fracture and Orthopedic Medical Clinic**        *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    Page 1
Phone: 7757836190  Fax: 7757836191                          Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:               Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/30/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** Sent Lab request over to Neveda Occ, where he is going tomorrow for surgical clearance
Faxed to 775-887-5040

**Clinical Lists Changes**

**Electronically signed by Carrie Haskell on 05/30/2019 at 2:54 PM**

---

**Lincoln/Wofford 0813**



**Tahoe Fracture and Orthopedic Medical Clinic**      *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    Page 1
Phone: 7757836190  Fax: 7757836191                           Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC


**05/07/2019 - Phone Note**
**Provider: Kelly Chan**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/07/2019 8:50 AM, Kelly Chan wrote:
lmom to call back and schedule

---- 05/06/2019 9:50 PM, Maria Peregrina wrote:
Per NJD, please schedule with MCM for evaluation of back pain. NAR.

---- 05/06/2019 8:42 PM, Maria Peregrina wrote:


---- 05/03/2019 5:29 PM, Francisco Angulo wrote:
The following orders have been entered for this patient and placed on Admin Hold:

Type:          Test                 Code:  Referral
Description:   Internal Physician Referral
Order Date:    05/03/2019     Authorized By:  NICHOLAS J DIRIG
Order #:       669721-1
Clinical Notes:  Referral for back pain

**Under private insurance
-----------------------------

**Electronically signed by Kelly Chan on 05/07/2019 at 2:22 PM**

---

**Lincoln/Wofford 0814**



**Tahoe Fracture and Orthopedic Medical Clinic**        *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705        *Page 1*
Phone: 7757836190   Fax: 7757836191        *Surgery Orders*

---

## Wayne Wofford

Male  58 Years Old  DOB:         Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/07/2019 - Surgery Orders: Surgery Packet**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## PROCEDURE INFORMATION:

Surgeon: **NICHOLAS J DIRIG**   Location: **Carson Tahoe Regional Medical Center**
Surgery Date: **06/24/2019**   Surgery Time:**TBD**   Surgery Length: **1.5**
Admit Type: **Inpatient**   Assist: **Deb Coti RNFA**

**Initiate pre-surgical anesthesia protocol**

Consent for: **Right total hip arthroplasty**
Procedure(s): **Right total hip arthroplasty**
CPT Code(s): **27130**
Diagnosis: **(ICD10-M25.551)-Hip joint pain; right, (ICD10-M16.11)-Osteoarthritis; hip; right**

Equipment:
**Z BIOMET G7 CUPS ECHO STEM, VITE CUP CERAMIC BALL**

Surgery Coordinator:
**Carrie Haskell**
**Surgery Care Coordinator for Dr. Dirig, Dr. Cepela and Jeromy Dyer PA-C**
**775-392-4488 Phone**
**775-783-6905 (fax)**

## Chart
**Allergies:**

- PENICILLIN G SODIUM

**Medications:**

- ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.
- NORCO 10-325 MG ORAL TABLET 1 By Mouth q 6 hours as needed for pain
- NORCO 10-325 MG ORAL TABLET
- MOBIC 15 MG ORAL TABLET 1po q daily
- CYCLOBENZAPRINE HCL 10 MG ORAL TABLET 1 POQ 8 HRS PRN spasm

**Lincoln/Wofford 0815**



**Tahoe Fracture and Orthopedic Medical Clinic**                    *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                              Page 2
Phone: 7757836190  Fax: 7757836191                              Surgery Orders

---

## Wayne Wofford
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

### Vital Signs
Ht (in.): **70**   Wt (lbs.): **190**   BMI: **27.26**   P:**86**   BP: **132 / 72** mm Hg

Other/Comments:
THIS IS A WORKERS COMP

### Demographics
Patient Name: **Wayne Wofford**          Chart #:**255382**
Address:
DOB:                 Sex: **Male**   SSN:                Cell Phone:

**Primary Insurance**
**Secondary Insurance**

**Work Comp**
**148779-B hips 12/19/18 WC**   Claim #:**93014**   DOI: **12/29/2018**

### Pre-Op Orders
**Anesthesia:**
Initiate pre-surgical anesthesia protocol
General
Spinal

**IV/Antibiotics/Medications:**
Vancomycin 1gm IV once in pre-op
Other: Clindamycin 900mg

**Prep Other:**
NPO

### Pre-Op Labs
CBC with Differential, Complete Metabolic Panel, Electrocardiogram, INR, Urine Analysis, X-Ray, Chest,
PA & Lateral

### DME

**Lincoln/Wofford 0816**



**Tahoe Fracture and Orthopedic Medical Clinic**                *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                           Page 3
Phone: 7757836190  Fax: 7757836191                              Surgery Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:                 Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

E0143 Wheeled walker, OTHER

**Discharge:**
Other: **Will need 2 week post op with Dr. Dirig**
**Wheeled walker**
**Cane**
**ICe Machine**

**Signature:**_____

**Electronically signed by NICHOLAS J DIRIG on 07/16/2019 at 5:32 PM**

---



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Office Visit

---

## Wayne Wofford

Male  58 Years Old  DOB:          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/03/2019 - Office Visit: Re: Bil Hips**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 05/03/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up exam for his bilateral right worse than left hip pain.  He has osteoarthritis.  He had wanted to keep working on an ocean-going tugboat.  With that in mind, I recommended that he not have surgery.  He had some intra-articular corticosteroid injections which helped this pain some.  He was apparently evaluated by his employer's physician who based on the patient's exam and radiographs did not allow him to return to work.  He is back to for a follow up exam.  At this point, he is to the point where his hip pain is now more bothersome for him.  He would like to consider hip replacement surgery and he is willing to not go back to work particularly for his right hip.

**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Lincoln/Wofford 0818**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                        Page 2
Phone: 7757836190  Fax: 7757836191                             Office Visit

---

## Wayne Wofford
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

\* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

### Family History - reviewed
Heart Disease

### Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

### Review of Systems
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .     .
**Cardiovascular:** Complains of .     .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .     .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .     .

### Vital Signs:
Ht (in.): **70**  Wt (lbs.): **190**
### Tobacco Use:
**Former smoker**   Last quit attempt: **02/01/2015**

### Body:
**BMI:** 27.36 (**Overweight**)

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  His skin is intact without lesions.  Clinically, his leg lengths are equal.  His

**Lincoln/Wofford 0819**



**Tahoe Fracture and Orthopedic Medical Clinic**  
973 Mica Drive Ste. 201  Carson City, NV 89705  
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*  
Page 3  
Office Visit

---

**Wayne Wofford**  
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:  
78981ERC

right hip has decreased range of motion.  He has minimal if any internal rotation and adduction.  He has about 10 to 15 degrees of external rotation.  Any pain particularly at the extremes reproduces his groin and hip pain.  He walks with an antalgic gait.  His abductors, adductors and hip flexors are strong.  He has no tenderness over the trochanteric bursa region.

ASSESSMENT:  
Wayne Wofford is a 58-year-old gentleman with bilateral right worse than left hip pain.  He has osteoarthritis that is interfering with his activities of daily living and quality of life and at this point it is affecting his ability to work.  His symptoms have been present since an injury when a wave crashed overboard on the ocean-going tug that he was on and have not resolved with conservative measures.

PLAN:  
I discussed with the patient the treatment options.  At this point, the only thing he has not tried would be surgery with a right total hip arthroplasty.  Again, his right hip is much more symptomatic than his left currently.  We again went over in exhaustive detail that I do not think that he will be safe to return to his current job working on an ocean-going tugboat after his hip replacement surgery as I think it will be too physically demanding and put him at risk for injuring himself or dislocating his hip with the unsteady season the work that he has to do.  With that in mind, hip replacement will basically enforce the patient to change careers.  Additionally, we discussed at length that hip replacements are designed to improve his pain and function.  They are not designed to do sporting activities and they certainly do not last forever and he will likely need a redo operation at least once in his lifetime.  Again, after extensive discussion, the patient voiced understanding.  We then went over the risks of right hip replacement which include but are not limited to bleeding, infection, damage to any surrounding nerves, vessels or other structures, continued pain, possible need for further surgery, fracture, instability, dislocation, stiffness, limp, leg length inequality, component loosening, breaking or wearing out over time, deep venous thrombosis, pulmonary embolism and reaction to anesthesia including possible heart attack, stroke or death.  The patient reported that he understood these risks and wishes to proceed with a right total hip arthroplasty.  He will be scheduled at his convenience.  We will plan to use vitamin E plastic and a ceramic head for a better bearing surface and he will be scheduled at his convenience.  He will need the preoperative labs and workup and I will see him back in the clinic about a week or so before his surgery or sooner should he have any issues.

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.  
NJD: hmp/smu  
**Work Status:**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                              Page 4
Phone: 7757836190  Fax: 7757836191                              Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**Follow Up**

**Electronically signed by NICHOLAS J DIRIG on 05/07/2019 at 5:54 PM**

**Lincoln/Wofford 0821**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Return to Work

**Wayne Wofford**
Male  58 Years Old  DOB:                   Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/03/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

## Status

**Comments:** Patient is to stay off work until further evaluation. If any questions please give us a call at 775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 05/03/2019 at 7:14 PM**

**Lincoln/Wofford 0822**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                     Page 1
Phone: 7757836190  Fax: 7757836191                    Physician Orders

**Wayne Wofford**
Male  58 Years Old  DOB:               Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/03/2019 - Physician Orders**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Clinical Lists Changes

**Orders:**
Added new Test order of Internal Physician Referral (Referral) - Signed

**Electronically signed by NICHOLAS J DIRIG on 05/03/2019 at 7:14 PM**

**Lincoln/Wofford 0823**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:
78981ERC

Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:

**04/23/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---Called patient I explained what Dr. dirig said, He said he wanted to schedule an appointment with him, got him scheduled for next friday at 4:15pm, Patient was okay with that.

- Converted from flag ----
---- 04/23/2019 4:11 PM, NICHOLAS J DIRIG wrote:
Please forward him and the other doctor he saw all of my notes that mention his bad hip arthritis and his likely need for hip replacements but his desire to continue to work on a boat. Clearly he didn;t listen to me...

---- 04/23/2019 4:04 PM, Francisco Angulo wrote:

---- 04/23/2019 3:45 PM, Kimberly Viles wrote:
NJD
pt called and is very upset. He said he was here to see Dr. Dirig and was told that his hips were not "bone on bone" and released him back to work. Pt flew back east to go back to work but had to see companies doctor who told him, "What kind of doctor is this Dr. Dirig, is he an idiot? Xrays show that your hips are bone on bone and you CAN NOT go back work, go back to Nevada". I listened to this man vent for 20 minutes reiterating his story and how upset he is, as he continually asked me what kind of doctors do we have here?  Pt needs to come back in ASAP to see Dr. Dirig and he has nothing anytime soon. Please follow up w/pt @            Pt is waiting for your call.  thank you!
--------------------------------

**Electronically signed by Francisco Angulo on 04/23/2019 at 6:37 PM**

**Lincoln/Wofford 0824**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/28/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 02/27/2019 6:18 PM, Francisco Angulo wrote:
Successful Transmission: ePrescribing Status Acknowledgement;
Dr Name: DIRIG, NICHOLAS J;
Pharmacy: Smith's (DN)*;
Medication: MOBIC 15 MG ORAL TABLET;
Instructions: 1po q daily;
Quantity: 30;
Entry Date: 2019-02-27;
Transaction ID: 999679-20190228021707326N2OHRegur0c;

-----------------------------

**Electronically signed by Francisco Angulo on 02/28/2019 at 9:56 AM**

---

**Lincoln/Wofford 0825**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                          Page 1
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

## Wayne Wofford
Male  58 Years Old  DOB:                  Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/27/2019 - Office Visit**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

02/27/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman who I saw previously with bilateral right worse than left hip pain. He has osteoarthritis which appeared to be exacerbated after an injury at work because of his line of work working on boat in the ocean multiple months at a time doing labor type of a job. We discussed when I saw him previously that although hip replacements would be an option for him, I do not think it would be safe for him to return to work with hip replacements. With that in mind, we tried intra-articular corticosteroid injection, which he had recently and is here today to discuss the results of. He states that the injections done about two weeks ago have helped significantly. He has almost no pain on the left side and he has much improved pain on the right side. His right-sided hip pain is really only present when he has rotational type movements, so he is able to consciously control those.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

## ALLERGIES
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

## MEDICATIONS
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN

**Lincoln/Wofford 0826**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 2
Office Visit

---

### Wayne Wofford
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as
needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

### Family History - reviewed
Heart Disease

### Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per
week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left.
Patient is not claustrophobic.

### Review of Systems
**General:** Complains of sweats, malaise, fatigue .
**Eyes:** Complains of eye irritation .
**ENT:** Complains of .   .
**Cardiovascular:** Complains of .   .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up
blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness .
**Skin:** Complains of suspicious lesions .
**Neurologic:** Complains of numbness .
**Psychiatric:** Complains of anxiety .
**Endocrine:** Complains of .   .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .   .

### Vital Signs:
Ht (in.): **70**  Wt (lbs.): **190**   P: **86**  BP: **132/ 72** mm Hg

### Tobacco Use:
**Former smoker**   Last quit attempt: **02/01/2015**

**Lincoln/Wofford 0827**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:           Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**Body:**
**BMI:** 27.36 (**Overweight**)

PHYSICAL EXAMINATION:
Examination of the patient's bilateral lower extremities reveals that he is neurovascularly intact distally. He has good pulse and brisk capillary refill. His compartments are soft and compressible. He has no wounds noted. Both hips have improved symptoms with range of motion. He does have limited motion because of his arthritic changes, but much less pain with motion today. Again, the right side is more symptomatic than the left. He walks with almost a normal gait today in the clinic.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral hip pain secondary to moderate-to-severe osteoarthritis. It has been chronic and ongoing, but it was exacerbated after injury at work on December 29, 2018, when a wave crashed overboard on his ocean-going tugboat where he works as a merchant marine, knocking him over. His symptoms have improved significantly with bilateral hip injections with corticosteroids more so on the left than the right.

PLAN:
At this point as his symptoms have improved significantly, they are not back to their baseline but they are much better. I think it is safe for him to return to his duties on the boat. I do think though that he would do better if he only worked for about two months at a time instead of five months at a time like he had been doing previously with a month off between stints on the boat. When he does return land side for his month off, we will repeat his corticosteroid injections on three-month interval as long as they give him enough relief of his pain. If his symptoms persist despite the injections, we will discuss total hip replacement if necessary, particularly on the right side. I did again discuss with him that I think given his line of work it would be a little leery of him returning to his normal duties after hip replacement for fear of injury or dislocation, but again we will discuss this if we have to depending on the results of his injections.

Finally, as far as the patient's future care is concerned, I do believe his injury at work certainly exacerbated his chronic arthritic hips but he likely would have needed care for this regardless. If he is able to resume his normal duties with the injections and conservative management, I think that would be an acceptable and appropriate outcome from a Workman's Compensation standpoint. If, however, he is unable to return to his previous level of function, he may require further treatment for this work related injury which may include hip replacement surgery.

I will see the patient back in the clinic when he returns to work after his next tour on board, and again we will schedule him for repeat injections in about three months as well.

The patient will continue his Mobic orally as well to help with any remaining symptoms in the meantime.

**Lincoln/Wofford 0828**



**Tahoe Fracture and Orthopedic Medical Clinic**                              *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                                            Page 4
Phone: 7757836190  Fax: 7757836191                                                   Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu

**Work Status:**

**Follow Up**

**Electronically signed by NICHOLAS J DIRIG on 03/01/2019 at 4:44 PM**

---

**Lincoln/Wofford 0829**



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705          Page 1
Phone: 7757836190  Fax: 7757836191          Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC


**02/27/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

## Work Status Form

## Status


**Comments:** Patient is able to return to work without restrictions for 2 months, then take one month off.



**Electronically signed by NICHOLAS J DIRIG on 02/27/2019 at 6:16 PM**

---



**Tahoe Fracture and Orthopedic Medical Clinic**          *August 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                        Page 1
Phone: 7757836190  Fax: 7757836191                        Clinical Lists Update

---

**Wayne Wofford**
Male  58 Years Old  DOB:                Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


**02/27/2019 - Clinical Lists Update: Medication Update**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

**Medications:**
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily  #30[Tablet] x 0
    Route:ORAL
    Entered by:      Francisco Angulo
    Authorized by:   NICHOLAS J DIRIG
    Electronically signed by:NICHOLAS J DIRIG on 02/27/2019
    Method used:    Electronically to
              Smith's (DN)* (retail)
              2200 Hwy 50 East
              Dayton, NV  89403
              Ph: (775) 246-0920
              Fax: (775) 246-3918
    Note to Pharmacy: Route: ORAL;
    RxID:   1866900430437460


**Electronically signed by NICHOLAS J DIRIG on 02/27/2019 at 6:16 PM**

---

**Lincoln/Wofford 0831**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:         Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/11/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 02/08/2019 6:39 PM, Francisco Angulo wrote:
Successful Transmission: ePrescribing Status Acknowledgement;
Dr Name: DIRIG, NICHOLAS J;
Pharmacy: Smith's (DN)*;
Medication: MOBIC 15 MG ORAL TABLET;
Instructions: 1po q daily;
Quantity: 30;
Entry Date: 2019-02-08;
Transaction ID: 999679-20190209023819037giyHp9YEPel;

-----------------------------

**Electronically signed by Francisco Angulo on 02/11/2019 at 9:05 AM**

**Lincoln/Wofford 0832**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
*Page 1*
*Phone Note*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/11/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 02/08/2019 6:39 PM, Francisco Angulo wrote:
Successful Transmission: ePrescribing Status Acknowledgement;
Dr Name: DIRIG, NICHOLAS J;
Pharmacy: Smith's (DN)*;
Medication: CYCLOBENZAPRINE HCL 10 MG ORAL TABLET;
Instructions: 1 POQ 8 HRS PRN spasm;
Quantity: 30;
Entry Date: 2019-02-08;
Transaction ID: 999679-20190209023819432xtJXP5TFLN0;

----------------------------

**Electronically signed by Francisco Angulo on 02/11/2019 at 9:33 AM**

---

**Lincoln/Wofford 0833**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190   Fax: 7757836191

*August 30, 2019*
Page 1
Office Visit

---

## Wayne Wofford

Male   58 Years Old   DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/08/2019 - Office Visit: New est Pt: Bil Hips**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 02/08/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman, here for evaluation of his bilateral hips. Related to his hips, he has pain in both of his groins that radiates down his thigh, towards his knees but never grows past his knees. The pain has been ongoing for at least two years or so and has been slowly getting worse, but it sounds like on December 29, 2018, he was working on his ocean-going tugboat as a merchant marine when a large wave came over the December and hit him, knocking him over. Since then, his pain has been significantly increased on the right more so than the left hips. He has tried over-the-counter medications without any improvement at all in his symptoms. The pain is to the point where he is unable to work, and it is affecting his activities of daily living and quality of life. He is here today to discuss further treatment options.

**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

**Medications and Allergies**
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN
spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL

**Lincoln/Wofford 0834**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 2
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:            Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC


NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as
needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per
week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left.
Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue .
**Eyes:** Complains of eye irritation .
**ENT:** Complains of .  .
**Cardiovascular:** Complains of .  .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up
blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness .
**Skin:** Complains of suspicious lesions .
**Neurologic:** Complains of numbness .
**Psychiatric:** Complains of anxiety .
**Endocrine:** Complains of .  .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .  .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**   P: **82**  BP: **134/ 74** mm Hg

**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 **(Overweight)**

PHYSICAL EXAMINATION:

**Lincoln/Wofford 0835**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

Examination of the patient's bilateral lower extremities reveals that he has sensation intact to light touch from L3 through S1.  He has +2/4 dorsalis pedis and posterior tibial pulse with brisk capillary refills.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantar flexion.  His skin is intact without lesions.  His knee exams are normal and benign.  As far as his hips are concerned, he has somewhat limited arch of motion of both hips.  He has internal rotation of maybe 5 to 10 degrees and external rotation of about 20 degrees or so of both hips.  He has some mild pain throughout and at the extremes in particular.  This seems to reproduce his symptoms.  His abductors, adductors, and hip flexors are all strong, although he does have a little bit difficulty with hip flexion because of the pain as well.  He has no significant tenderness over the trochanteric bursal regions bilaterally and no back or buttock tenderness.

IMAGING STUDIES:
Radiographs of the patient's bilateral hips were taken at Carson Tahoe previously and reviewed.  They show evidence of bilateral moderate-to-severe hip osteoarthritis.  The right is radiographically a little bit worse than the left.  He has subchondral sclerosis, osteophyte formation, and joint space narrowing of both hips.  No fractures, masses, or dislocations are appreciated.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral hip pain secondary to moderate-to-severe osteoarthritis.  This has been chronic and ongoing, but it seems to be exacerbated after a recent injury at work on December 29, 2018 when a wave crashed overboard on his ocean-going tug that he was working as a merchant marine, knocking him over.  The pain is affecting his activities of daily living and quality of life and is not allowing him to return to work.

PLAN:
I discussed with the patient the treatment options.  As his goal is to return to be in the merchant marine on the tugboat, working a labor-type job, I recommended that we try conservative measures with a powerful antiinflammatory and muscle relaxer, both of which we will call over to his pharmacy for Mobic and Flexeril.  Additionally, I think he would benefit from bilateral intraarticular injections of both hips with a corticosteroid.  We will send over a referral for these injections as well as well as approval through workmen's compensation.  I would like to see him back in the clinic about two weeks after the injections to see how they are working.  If his symptoms have improved to the point where he is safe and able to go back to work, we will allow him to return to work at that time.  Until then, I think it is unsafe for him to return to the work on the tugboat, and we will keep him off work.  If his symptoms do not improve with the injections and medications, we may have to consider total hip arthroplasties.  If that is the case, I discussed with the patient that I do not think it would be appropriate for history of him to return to his previous line of work where he is doing significant labor on an unstable platform and working on a boat where he does not have access to land for many months at a time.  The patient reluctantly understood this issue as well, but for the meantime, we will try conservative measures first.  Again, I will see him back in the clinic about two weeks after the injections for a repeat evaluation.  If he is doing well, we will try to release him back to work at that time.

**Lincoln/Wofford 0836**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 4
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                      Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

The patient understands and agrees with the above plan.  All of his questions were answered to his
satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD:sa/sb

cc:     Jay Betz, M.D., Workmen's Compensation Physician.
**Work Status:**

**Follow Up**

**cc:** betz md

**Electronically signed by NICHOLAS J DIRIG on 02/12/2019 at 1:09 PM**

---

**Lincoln/Wofford 0837**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/08/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Work Status Form

### Review
Restrictions are: Temporary

### Status

**Comments:** Patient is to stay off of work for now, will be re-evaluated after the injections.

**Electronically signed by NICHOLAS J DIRIG on 02/08/2019 at 6:39 PM**

---

**Lincoln/Wofford 0838**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Physician Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:            Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/08/2019 - Physician Orders**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Clinical Lists Changes**

**Problems:**
Added new problem of Arthritis, hips, bilateral (ICD-716.95) (ICD10-M16.0) - Signed
**Orders:**
Added new Test order of Large Joint Aspiration or Injection (eg. Shoulder, Hip, Knee) (20610) - Signed

**Electronically signed by NICHOLAS J DIRIG on 02/08/2019 at 6:40 PM**

---

**Lincoln/Wofford 0839**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190   Fax: 7757836191

*August 30, 2019*
Page 1
Clinical Lists Update

---

**Wayne Wofford**
Male   58 Years Old   DOB:            Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**02/08/2019 - Clinical Lists Update: Medication Update**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Medications:**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN
spasm   #30[Tablet] x 0
        Route:ORAL
        Entered by:     Francisco Angulo
        Authorized by:   NICHOLAS J DIRIG
        Electronically signed by:<UNSIGNED>
        Method used:    Electronically to
                   Smith's (DN)* (retail)
                   2200 Hwy 50 East
                   Dayton, NV  89403
                   Ph: (775) 246-0920
                   Fax: (775) 246-3918
        Note to Pharmacy: Route: ORAL;
        RxID:    1865263042517380
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily  #30[Tablet] x 0
        Route:ORAL
        Entered by:     Francisco Angulo
        Authorized by:   NICHOLAS J DIRIG
        Electronically signed by:<UNSIGNED>
        Method used:    Electronically to
                   Smith's (DN)* (retail)
                   2200 Hwy 50 East
                   Dayton, NV  89403
                   Ph: (775) 246-0920
                   Fax: (775) 246-3918
        Note to Pharmacy: Route: ORAL;
        RxID:    1865263042517280

**Electronically signed by NICHOLAS J DIRIG on 02/08/2019 at 6:38 PM**

---

**Lincoln/Wofford 0840**

ID:        0801          Name.      WOFFORD, WAYNE           5/30/2019  1:55:18 AM          sinus rhythm

DOB:              (58 yr)   Comments:                                                   low QRS voltage in extremity leads

Weight:  190 lb                                   P/PR:          114/184 ms                Normal variant of ECG

Height:  5 ft  11 in                              QRS:                94 ms

BMI:     26.5                                     QT/QTc:       424/454 ms

Gender:  Male                                     P/QRS/T Axis:  71/-10/57 deg

Race:                                             Heart Rate:        59 BPM

BP:

Unconfirmed Report



CONCENTRA          P.N.*6/15P          Version 2.5.0

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| | | | | | |
|---|---|---|---|---|---|
| Urinalysis | Phone:775-445-8550 | | Fax:775-445-8538 | | Page: 1 |
| Patient: | Room / Bed: / | | | Physician: | |
| **WOFFORD, WAYNE C** | **Accession** 0001265272 | MRN#: 020374920 | | **DIRIG,NICHOLAS** | |
| D.O.B.: 58 YRS | **Account No.:** 1917100704 | | | | |
| Sex: M Male | | Collected: 6/20/2019 @ 4:06 PM | | | |
| Ward: C/P | **Contract Code:** | Received: 6/20/2019 @ 4:07 PM | | | |
| **Status: Final Report** | | First Reported: 6/20/2019 @ 4:50 PM | | | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Urinalysis** | | | | | |
| Color | YELLOW | | | Yellow | |
| Character | CLEAR | | | Clear | |
| PH | 7.0 | | | 5.0-8.0 | |
| Specific Gravity | 1.021 | | | 1.015-1.025 | |
| Glucose | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |
| Ketone | NEGATIVE | | | Negative | |
| Blood, Urine | NEGATIVE | | | Negative | |
| Protein | **TRACE** | A | | Negative | |
| Urobilinogen | 2.0 | | | 0.2-1.0 | |
| Nitrite | NEGATIVE | | | Negative | |
| Leukocyte Esterase | NEGATIVE | | | Negative | |
| **Epithelial Cells** | **NEGATIVE** | | | | |
| Hyaline Casts | NEGATIVE | | | | |
| WBC | 0-2 | | /HPF | 0-2 | |
| RBC | 0-2 | | /HPF | 0-2 | |
| Bacteria | NEGATIVE | | | Negative | |
| Culture Indicated | Not Indicated | | | | |

Medical Directors

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|
| Date Printed: 6/20/2019 4:50 PM | PH- Panic High | H - Abnormal High | A -Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}

**Lincoln/Wofford 0842**

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Chemistry**
Patient:

Phone:775-445-8550          Fax:775-445-8538          Page: 1
Room / Bed:          /          Physician:

## WOFFORD, WAYNE C

| | | | | |
|---|---|---|---|---|
| Accession | 0003264836 | MRN#: | 020374920 | **DIRIG,NICHOLAS** |

D.O.B.:          58 YRS
Sex:   **M**   Male
Ward:   C/P

**Status:   Final Report**

Account No.:   **1917100704**
Contract Code:

Collected:   6/20/2019 @ 4:06 PM
Received:   6/20/2019 @ 4:07 PM
First Reported:   6/20/2019 @ 5:14 PM

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| *Comprehensive Metabolic Panel* | | | | | |
| Sodium | **132** | L | mmol/L | 136 - 144 | |
| Potassium | 3.7 | | mmol/L | 3.6 - 5.1 | |
| Chloride | **100** | L | mmol/L | 101 - 111 | |
| Total CO2 | 25 | | mmol/L | 22 - 32 | |
| Anion Gap | 7 | | mmol/L | 2 - 11 | |
| Calcium, Total | 8.9 | | mg/dl | 8.7 - 10.3 | |
| Glucose | 86 | | mg/dl | 60 - 99 | |
| BUN | 9 | | mg/dl | 8 - 20 | |
| Creatinine | 0.90 | | mg/dl | 0.80 - 1.40 | |
| Total Protein | 6.9 | | g/dl | 6.4 - 8.2 | |
| Albumin | 3.9 | | g/dl | 3.5 - 4.8 | |
| Alkaline Phos | 58 | | IU/L | 38 - 126 | |
| ALT | 34 | | IU/L | 17 - 63 | |
| AST | 33 | | IU/L | 15 - 41 | |
| Bilirubin, Total | 1.1 | | mg/dl | 0.4 - 2.0 | |
| Bilirubin, Direct | 0.2 | | mg/dl | 0.0 - 0.3 | |
| Bilirubin, Indirect | 0.9 | | mg/dl | 0.0 - 1.5 | |
| Globulins, Total | 3.0 | | g/dl | 2.6 - 3.1 | |
| A/G Ratio | 1.30 | | Ratio | 1.00 - 2.20 | |
| GFR | 87 | | ml/min/1.7 | > 60 | |

Estimated GFR derived from the MDRD Study equation can be used in patients who are in the hospital. However, it is important to pay attention to potential inaccuracies due to the non-steady state of serum creatinine, co-morbidities that cause malnutrition, and the use of medications that interfere with the measurement of serum creatinine.

The estimated GFR is only accurate for patients greater than 18 years of age.

**Medical Directors**

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Date Printed: | 6/20/2019   5:14 PM | PH- Panic High | H - Abnormal High | A - Abnormal | **Continue** |
| Completed Between: 6/20/2019 - 6/20/2019 | | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}
## Lincoln/Wofford 0843

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| Coagulation | Phone:775-445-8550 | | Fax:775-445-8538 | | | Page: | 2 |
|---|---|---|---|---|---|---|---|
| Patient: | Room / Bed: | / | | | Physician: | | |

**WOFFORD, WAYNE C**

| | | | | | | |
|---|---|---|---|---|---|---|
| D.O.B.: 58 YRS | Accession | 0003264836 | MRN#: | 020374920 | **DIRIG,NICHOLAS** | |
| Sex: M Male | Account No.: | 1917100704 | | | | |
| Ward: C/P | Contract Code: | | Collected: | 6/20/2019 @ 4:06 PM | | |
| | | | Received: | 6/20/2019 @ 4:07 PM | | |
| **Status:** **Final Report** | | | First Reported: | 6/20/2019 @ 5:14 PM | | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| ***Prothrombin Time*** | | | | | |
| Prothrombin Time | 13.9 | | Seconds | 11.7 - 14.4 | |
| INR | 1.1 | | | 0.9 - 1.1 | |

The INR (International Normalized Ratio) is used only for
patients using stable oral anticoagulant therapy, and does
not contribute to the diagnosis or management of other
coagulation disorders. The recommended therapeutic range
for standard therapy is 2.0 − 3.0.

Higher level anticoagulation requires a range of 2.5 − 3.5

Medical Directors

Elizabeth A Jack, MD - CTRMC          Susan A. Doberneck, MD - CTSMC          Mark R. Wolz, MD - MMCL

| Date Printed: | 6/20/2019 | 5:14 PM | PH- Panic High | H - Abnormal High | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|
| Completed Between: 6/20/2019 - 6/20/2019 | | | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM[LABDOC] | CMAXX_MRN[020374920] | | | | CMAXX_ACCT[1917100704] | CMAXX_DATE[06/20/2019] |

TAHOE FRACTURE CLINIC {SUBJEC}

# Lincoln/Wofford 0844



**CARSON TAHOE**
Regional Medical Center

PO Box 2168
Carson City, NV  89702-2168
775/882-1361

6/4/19 aoc

## DIAGNOSTIC SERVICES REPORT

| **Check-In #** | **Order #** | **Exam** | |
|---|---|---|---|
| 3406167 | H1771583 | OPI10080 | SXR CHEST 2 VIEW |
| | **ICD:** | | |

**TYPE OF EXAM:** SXR CHEST 2 VIEW          **DATE:**  06/04/2019 at 12:59
**INDICATION:**

FINAL

EXAM: Chest radiograph, 2 views.

HISTORY: ENCOUNTER FOR PREPROCEDURAL RESPIRATORY EXAM

COMPARISON: None available.

FINDINGS: The lungs are clear. There is no consolidation, edema, effusion or pneumothorax. The cardiac silhouette is within normal limits in size and unremarkable. Osseous structures and soft tissues are unremarkable.

IMPRESSION: No acute cardiopulmonary process.

Electronically Signed by: Edmund Pillsbury 6/4/2019 1:09 PM

---

**Electronically Signed By:**     PILLSBURY, EDMUND P

**FINAL**                                                                                 Page 1 of 1
**Patient Name**                         **MRN**                  **Account #**
WOFFORD, WAYNE C                         020374920               1915500633
**DOB**        **Age**   **Sex**   **Check-In**                  **Loc/Room**
               58        M         06/04/19  at 12:59   3406167
**Ordering Physician**                                   **Attending Physician**
DIRIG, NICHOLAS

775-783-6190

**DX:**

TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 0845**

Casron City NV, 89706

 **confidential**

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | XRay Report |

Notes:

Casron City NV, 89706

confidential

Ch 6-18-19

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | EKG/Cardio |

Notes:

06/18/2019  10:59AM (GMT-07:00)
TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 0847**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/18/2019 - Phone Note: Requested info**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** Called requesting Labs, EKG and Clearance for Sx from Dr. Betz.
Alajandro stated she would fax them right over

**Clinical Lists Changes**

**Electronically signed by Carrie Haskell on 06/18/2019 at 10:57 AM**

**Lincoln/Wofford 0848**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/19/2019 - Phone Note**
**Provider: Shannon Stiens**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Phone Note**
**Caller:** patient
**Responsible Provider:** Dr. Dirig

**Study Results**
 Surgery

**Comments:** Spoke to patient addtional labs needed will be done @ 8am Friday 06/21 for surgery.
Michelle at sierra is aware and will have order at fron desk for patient.

**Clinical Lists Changes**

**Electronically signed by Shannon Stiens on 06/19/2019 at 9:26 AM**

---

**Lincoln/Wofford 0849**



Other Records

# FAX

**To:**
Company:
Fax: 7836191
Phone:

**From: SunriseLabVisualReport@donotreply.com**
Fax:
Phone:
E-mail: SunriseLabVisualReport@donotreply.com

**NOTES:**

Laboratory Report: 1440701 Encounter: 12652272

**Date and time of transmission:** Thursday, June 20, 2019 4:52:04 PM
**Number of pages including this cover sheet:** 03

TAHOE FRACTURE CLINIC {SUBJEC}
Lincoln/Wofford 0850

0/24 jh

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|---|---|---|---|---|

**Other Records**

# FAX

## To:
Company:
Fax: 7836191
Phone:

## From: **SunriseLabVisualReport@donotreply.com**
Fax:
Phone:
E-mail: SunriseLabVisualReport@donotreply.com

---

## NOTES:

Laboratory Report: 144070/ Encounter :3264836

---

**Date and time of transmission:** Thursday, June 20, 2019 5:17:14 PM
**Number of pages including this cover sheet:** 04

**Other Records**

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|---|---|---|---|---|

TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 0853**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/20/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** WAyne called in to say he came back early. Advised him that he need to be done today

**Clinical Lists Changes**

**Electronically signed by Carrie Haskell on 06/20/2019 at 3:20 PM**

---



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*August 30, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**07/02/2019 - Phone Note**
**Provider: Gretchen Bonner**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 07/02/2019 10:17 AM, Victoria Stroud wrote:
thanks!

---- 07/02/2019 10:11 AM, Gretchen Bonner wrote:
done

---- 07/02/2019 10:04 AM, Victoria Stroud wrote:
you can put patient choice and wc can decide who they want to provide the services =)

---- 07/02/2019 9:07 AM, Gretchen Bonner wrote:
What facility?

---- 07/01/2019 3:53 PM, Victoria Stroud wrote:
NJD- WC called and they need a home health physical therapy order for this patient.
----------------------------

**Electronically signed by Gretchen Bonner on 07/02/2019 at 10:18 AM**

---

**Lincoln/Wofford 0855**

**Physicians**
**Keith Card, DPM**
**Peter Costa, MD**
**Jeffrey Cummings, MD**
**Nicholas Dirig, DO**
**Michael Edmunds, MD**
**David Eisenhauer, DO**
**Michael Fry, MD**
**Randall Goode, MD**
**PJ Fry III, MD**
**David Jones, MD**
**Marco Mendoza, MD**
**Roger Rogalski, MD**
**James Sullivan, MD**
**Robin Tomita, MD**
**Joseph Walls, MD**
**David Watson, MD**

**Mid levels**
**Joseph Benton, APRN**
**Candace Camelon, APRN**
**Jeromy Dyer, PAC**
**Maeve Lyons, PAC**
**Daniel McCoy, APRN**
**Kelly Roetman, APRN**
**Pamela Smith, PA-C**
**Mallory Cushner, APRN**
**Stephanie Tonn, PA-C**

To: Lincoln Financial Group
Fax Number: 2138844921
Voice Number:

From: Sarah Berg
Fax Number:
Voice Number:
Date: August 30, 2019

Subject: Wayne Wofford, DOB:
Total Pages: 69

Memo: Please see attached records you requested.

Thank you!

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Carson City Office
973 Mica Drive, Suite 201
Carson City, NV 89706
(775) 783-6190 | (775) 783-6191 FAX

Gardnerville Office
1520 Virginia Ranch Road, Suite 101B
Gardnerville, NV 89410
(775) 782-2442 | (775) 783-6199 FAX

**Lincoln/Wofford 0856**

# Quality Assurance Report

Report Date:   August 31, 2019                                   **RP ID:** 5655323

Patient Name:  WOFFORD, WAYNE

Provider Name: TAHOE FRACTURE & ORTHOPEDICS

**Quality Assurance Information**

Scope Requested: **From January 1, 2019 to Present**

Special Request:
   Please provide all medical records within the scope
   only - Seen by: DR. NICHOLAS DIRIG

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  CJCUE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD

**Lincoln/Wofford 0858**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 29, 2019

Mr. Wayne Wofford


RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 28, 2019, we requested medical records from Dr. Dirig, Dr. Cenac and Tahoe Fracture.  This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2019 through the present from Dr. Dirig, Dr. Cenac and Tahoe Fracture

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Crosby Tugs, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 11, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by November 10, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 10, 2019 as required under

the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michelle Sargent
LTD Claims Examiner II
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0860**

FAX - 603-559-0310

 Lincoln Financial Group fax 3 pages

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**Cenac, Dr. Christopher**
**210 New Orleans Blvd**
**ATTN: MEDICAL RECORDS**
**Houma, LA 70364**

Date:    Aug 29, 2019
**Re: Long Term Disability Benefits**
Claim#  9007521        5655321
Claimant:  WOFFORD, WAYNE
Claimant DOB:
  Provider Portal:  https://portal.releasepoint.com
            Access Key: 204826

Dear  OPT 8.

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
 **From January 1, 2019 to Present**
 Please provide medical records from the time frame requested. -
 Seen By: Cenac, Dr. Christopher

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number              or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Alter Paul Paulete
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:



**Lincoln/Wofford 0861**

**CHRISTOPHER E. CENAC, SR. , M.D.,LLC**
**CHRISTOPHER E. CENAC, SR.,M.D.,F.A.C.S**
**ORTHOPEDIC SURGERY**
**210 NEW ORLEANS BLVD.**
**HOUMA, LA 70364**
**985-868-7020**

**TAX ID # 26-1326179**

*We are Not Treating Doctor*

TO WHOM IT MAY CONCERN:

This office requires prepayment for a copy of any medical records that is requested by an attorney, insurance company and patient.

COST FOR MEDICAL RECORDS: _50 ⁰⁰_

COST FOR X-RAY COPIES: _____

COST FOR COPY OF BILLS: _____

TOTAL CHARGES: _50 ⁰⁰_

If any further information is needed please contact this office.

SINCERELY YOURS: _Peggy Dursey_

PATIENTS NAME: _Wayne Wofford_

PATIENTS SSN #: _____

PATIENTS D.O.B: _____

**PLEASE MAKE CHECK PAYABLE TO:**
**DR. CHRISTOPHER E. CENAC, SR., M.D. , LLC**

**Lincoln/Wofford 0862**

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Christopher E Cenac Sr

**2** Business name/disregarded entity name, if different from above

Christopher E. Cenac, Sr. M.D. LLC

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ __S__

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

210 New Orleans Blvd.

**6** City, state, and ZIP code

Houma, LA 70364

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| | | |-| | |-| | | | |

or

**Employer identification number**

2 6 - 1 3 2 6 1 7 9

---

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶   _____   Date ▶ Jan. 2, 2019

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X       Form **W-9** (Rev. 10-2018)

**Lincoln/Wofford 0863**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 0864**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 14, 2019

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Michelle Sargent has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tracey Sprous
Senior Claims Examiner
On Behalf Of: Michelle Sargent
Phone No.: (800) 320-7585 Ext. 41648
Secure Fax No.: (603) 422-0119

**Lincoln/Wofford 0865**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: August 7, 2019 | |
| To: RYAN KNAPP<br>QUICK IN LOANS | |
| Attn: Ryan Knapp | |
| Fax: (844) 850-2379 | |
| From: Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0866**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 7, 2019

Ryan Knapp
Quick In Loans

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford

Dear Ryan Knapp:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

Per our conversation with Mr. Wofford, he requested proof of Long Term Disability benefits be sent your attention.

Mr. Wofford's benefit calculation is as follows:

Gross Monthly Benefit = $8704.95    Monthly Work Compensation Offset of $1120.00 = Adjusted Gross Pay of $7584.95.  Long Term Disability have been approved from June 30, 2019 through June 29, 2021 as long as Mr. Wofford continues to meet the definition of disability.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0867**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: August 7, 2019 | |
| To: RYAN KNAPP<br>QUICK IN LOANS | |
| Attn: Ryan Knapp | |
| Fax: (844) 850-2379 | |
| From: Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    9007521<br>Claimant:   Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas   a pertenecer a The Lincoln National Life Insurance Company, una compa   a de Lincoln Financial Group. Durante la transici   n, es posible que reciba comunicados de ambas compa   as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0868**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

August 7, 2019

Ryan Knapp
Quick In Loans

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford

Dear Ryan Knapp:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy. We are writing in reference to Mr. Wofford's claim for LTD benefits under the Policy.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

"Disability" or "Disabled", with respect to Long Term Disability, means:

i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation

Per our conversation with Mr. Wofford, he requested proof of Long Term Disability benefits be sent your attention.

Mr. Wofford's benefit calculation is as follows:

Gross Monthly Benefit = $8704.95    Monthly Work Compensation Offset of $1120.00 = Adjusted Gross Pay of $7584.95.  Long Term Disability have been approved from June 30, 2019 through June 29, 2021 as long as Mr. Wofford continues to meet the definition of disability.

In addition, the claim will be reviewed prior to the change of definition date of June 29, 2021 to determine if Mr.Wofford would be capable of performing any occupation within the national

**Lincoln/Wofford 0869**

economy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0870**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Wed, 7 Aug 2019 16:13:24 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 1/1/2019. This claim is approved through 6/29/2021. This indicates an extension of benefits. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0871**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Wed, 7 Aug 2019 16:13:24 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 1/1/2019. This claim is approved through 6/29/2021. This indicates an extension of benefits. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0872**

<center>**Initial Payment Set up Worksheet**</center>

| | | | |
|---|---|---|---|
| **Claimant's Name** | Wayne Wofford | **DOB** | |
| **Customer** | Crosby Tugs LLC | | |
| **LTD Claim #** | 9007521 | **Work State:** LA | |
| **Associated Claims** | 6147438   Type STD | Type | |
| **Benefit End date of associated claims** | n/a | | |
| **Contractual EP** | Greater of end of STD or 180 days | | |
| **LTD Benefit begin date** | 6/30/2019 | **DOD** 1/1/2019 **AGE** 57 | |
| **Max Benefit date** | 1/18/2028 | >SSNRA to 67, not less than 5 years | |
| **Does policy include COLA provision** | No | | |

**Sources used to verify BME amount**

Earnings in doc list. Effective 12/16/18. $174,099 annual / 12 mos = $14,508.25

| | | | |
|---|---|---|---|
| **BME amount** | $14,508.25 | **Benefit percentage** | 60.00 |
| | | **Gross modal benefit** | $8,704.95 |
| **Benefit Begin date** | 6/30/2019 | | |
| **Approved thru date** | 6/29/2021 | 24 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| WCOF $1120 monthly | $1,120.00 |
| per CSS form in doc list | |

**Deductions entered**     **Effective:** _____   **Through** _____

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

| | | | | |
|---|---|---|---|---|
| **Tax Withholding** | **Federal** | n/a | **State** | n/a |

| | | | |
|---|---|---|---|
| **Completed by:** | Nancy Aubin | **Added to OneNote Y or N** | |
| | | not needed | |

<div align="right">

**Lincoln/Wofford 0873**

</div>

**n0000362**

| | |
|---|---|
| **From:** | Aubin, Nancy |
| **Sent:** | Wednesday, July 31, 2019 3:04:55 PM |
| **To:** | 'arodrigue@crosbytugs.com' |
| **Subject:** | 3rd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; Wayne Wofford 12-21-18.pdf |

Good afternoon Ashley,


I just left you a voicemail message as well.


Can you please provide the information per my below request? The payment is past due.


Please let me know if you have any questions.

Thank you,

Nancy



**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**



**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services


**Lincoln/Wofford 0874**

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Aubin, Nancy
**Sent:** Friday, July 19, 2019 2:10 PM
**To:** arodrigue@crosbytugs.com
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Hi Ashley,

Thanks so much for this information. Could you also please confirm the following:

!       Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

**I will be out of the office from 7/22 – 7/26/19. Can you please reply all with your response?**

Thank you,

**Lincoln/Wofford 0876**

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.co

**Lincoln/Wofford 0877**

m/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Ashley Rodrigue [mailto:arodrigue@crosbytugs.com]
**Sent:** Monday, July 15, 2019 5:01 PM
**To:** Aubin, Nancy <Nancy.Aubin@lfg.com>
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Lincoln/Wofford 0878**

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Michaela Guidry
**Sent:** Monday, July 15, 2019 3:52 PM
**To:** Ashley Rodrigue
**Subject:** RE: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521

See Wayne Wofford's attached paystub. He does not have overtime, as he is a boat employee.

Thank you,

Michaela

**From:** Ashley Rodrigue
**Sent:** Monday, July 15, 2019 3:23 PM
**To:** Michaela Guidry; Amy Guidry
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

**Lincoln/Wofford 0879**

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Aubin, Nancy [mailto:Nancy.Aubin@lfg.com]
**Sent:** Monday, July 15, 2019 2:53 PM
**To:** Ashley Rodrigue
**Subject:** 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good afternoon,

I am following up on my below request as I have not received a response.

Please let me know if you have any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services


**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820


888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**


https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Aubin, Nancy
**Sent:** Tuesday, July 02, 2019 12:33 PM
**To:** arodrigue@crosbytugs.com
**Subject:** LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Wayne Wofford, DOB

Please provide the following:

**Lincoln/Wofford 0882**

!       A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/1/19.

!       Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

!       Please confirm if the employee receives overtime.

                        If yes, please provide a report of all overtime 1/1/18 – 12/31/18

Please contact me with any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax



LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.yout
ube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.co
m/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently
completed an agreement with Lincoln Financial Group pursuant to which it has sold the
Liberty Life Assurance Company of Boston. The employee who sent this email is no
longer employed by Liberty Mutual or any of its affiliates, and instead is now an
employee of Lincoln Financial Group. In order to facilitate a smooth transition between
the entities and allow our customers the opportunity to update contact information, this
email is being delivered using a legacy Liberty Mutual email address and email system,

**Lincoln/Wofford 0884**

but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**Lincoln/Wofford 0885**

**n0000362**

| | |
|---|---|
| **From:** | Ashley Rodrigue |
| **Sent:** | Wednesday, July 31, 2019 3:13:13 PM |
| **To:** | Aubin, Nancy |
| **Subject:** | RE: 3rd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

They work 12 hour days. They are on a vessel. Technically they are at 'work' 24 hours every time they are on the boat.


Thanks,


**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com


**From:** Aubin, Nancy [mailto:Nancy.Aubin@lfg.com]
**Sent:** Wednesday, July 31, 2019 2:05 PM
**To:** Ashley Rodrigue
**Subject:** 3rd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High


Good afternoon Ashley,


I just left you a voicemail message as well.

**Lincoln/Wofford 0886**

Can you please provide the information per my below request? The payment is past due.

Please let me know if you have any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

**Lincoln/Wofford 0887**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**Lincoln/Wofford 0888**

**From:** Aubin, Nancy
**Sent:** Friday, July 19, 2019 2:10 PM
**To:** arodrigue@crosbytugs.com
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Hi Ashley,

Thanks so much for this information. Could you also please confirm the following:

!　　　Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

**I will be out of the office from 7/22 – 7/26/19. Can you please reply all with your response?**

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**

**Lincoln/Wofford 0889**

Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**Lincoln/Wofford 0890**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Ashley Rodrigue [mailto:arodrigue@crosbytugs.com]
**Sent:** Monday, July 15, 2019 5:01 PM
**To:** Aubin, Nancy <Nancy.Aubin@lfg.com>
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**Lincoln/Wofford 0891**

**From:** Michaela Guidry
**Sent:** Monday, July 15, 2019 3:52 PM
**To:** Ashley Rodrigue
**Subject:** RE: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521

See Wayne Wofford's attached paystub. He does not have overtime, as he is a boat employee.

Thank you,

Michaela

**From:** Ashley Rodrigue
**Sent:** Monday, July 15, 2019 3:23 PM
**To:** Michaela Guidry; Amy Guidry
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**Lincoln/Wofford 0892**

**From:** Aubin, Nancy [mailto:Nancy.Aubin@lfg.com]
**Sent:** Monday, July 15, 2019 2:53 PM
**To:** Ashley Rodrigue
**Subject:** 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good afternoon,

I am following up on my below request as I have not received a response.

Please let me know if you have any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

**Lincoln/Wofford 0893**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the

**Lincoln/Wofford 0894**

Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Aubin, Nancy
**Sent:** Tuesday, July 02, 2019 12:33 PM
**To:** arodrigue@crosbytugs.com
**Subject:** LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Wayne Wofford, DOB

Please provide the following:

!       A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/1/19.

!       Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

!       Please confirm if the employee receives overtime.

                If yes, please provide a report of all overtime 1/1/18 – 12/31/18

Please contact me with any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

**[LincolnFinancial.com](LincolnFinancial.com)**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

**Lincoln/Wofford 0897**

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | July 15, 2019 |
| To: | DR. NICHOLAS DIRIG<br>973 MICA DRIVE<br>STE 201<br>CARSON CITY NV 89705 |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 783-6191 |
| From: | Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #:    9007521<br>Claimant:   Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas   a pertenecer a The Lincoln National Life Insurance Company, una compa   a de Lincoln Financial Group. Durante la transici   n, es posible que reciba comunicados de ambas compa   as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0899**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 15, 2019

Dr. Nicholas Dirig
973 MICA DRIVE
STE 201
CARSON CITY, NV 89705

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Nicholas Dirig:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

    Office treatment notes, test results, prescription histories, and treatment plans from June 12, 2019 through present.

We ask that you provide this information by July 29, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0900**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0901**


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Wayne Wofford_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Wayne Wofford_

Date of Birth: __ _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0902**


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Wayne Wofford_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _Wayne Wofford_

Date of Birth: __ _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0903**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: July 15, 2019 | |
| To: DR JENNIFER MENDOZA<br>TAHOE FRACTURE | |
| Attn: MEDICAL RECORDS | |
| Fax: (775) 783-6191 | |
| From: Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0904**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

July 15, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:  Long Term Disability (LTD) Benefits
     Crosby Tugs, LLC
     Claim #: 9007521
     Claimant: Wayne Wofford
     Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 25, 2019 through present

We ask that you provide this information by July 29, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0905**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   9007521-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.05.2019

**Lincoln/Wofford 0906**

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Wayne Wofford

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative  _Wayne Wofford_

Date of Birth: _____ Claim Number: __9007521__ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0907**


## Lincoln
### Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _Wayne Wofford_

Name of legal representative, if applicable (print)  _____  Relationship  _____

Signature of claimant or legal representative   _Wayne Wofford_

Date of Birth: __   _____  Claim Number: _9007521_  Date: _6/7/19_

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0908**

**n0000362**

From: Aubin, Nancy
Sent: Monday, July 15, 2019 3:52:56 PM
To: 'arodrigue@crosbytugs.com'
Subject: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
Attachments: image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good afternoon,

I am following up on my below request as I have not received a response.

Please let me know if you have any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

**Lincoln/Wofford 0909**

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**



https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between

**Lincoln/Wofford 0910**

the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Aubin, Nancy
**Sent:** Tuesday, July 02, 2019 12:33 PM
**To:** arodrigue@crosbytugs.com
**Subject:** LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Wayne Wofford, DOB

Please provide the following:

!          A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/1/19.

!          Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

!          Please confirm if the employee receives overtime.

                    If yes, please provide a report of all overtime 1/1/18 – 12/31/18

Please contact me with any questions.

**Lincoln/Wofford 0911**

Thank you,

Nancy




**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**




**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services


**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820


888-437-7611 X16427

603-334-8658 Fax




LincolnFinancial.com

**Follow us on:**


**Lincoln/Wofford 0912**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**Lincoln/Wofford 0913**

**n0000362**

| | |
|---|---|
| **From:** | Ashley Rodrigue |
| **Sent:** | Monday, July 15, 2019 5:01:13 PM |
| **To:** | Aubin, Nancy |
| **Subject:** | FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; Wayne Wofford 12-21-18.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Michaela Guidry
**Sent:** Monday, July 15, 2019 3:52 PM
**To:** Ashley Rodrigue
**Subject:** RE: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521

See Wayne Wofford's attached paystub. He does not have overtime, as he is a boat employee.

Thank you,

Michaela

**Lincoln/Wofford 0914**

**From:** Ashley Rodrigue
**Sent:** Monday, July 15, 2019 3:23 PM
**To:** Michaela Guidry; Amy Guidry
**Subject:** FW: 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Aubin, Nancy [mailto:Nancy.Aubin@lfg.com]
**Sent:** Monday, July 15, 2019 2:53 PM
**To:** Ashley Rodrigue
**Subject:** 2nd Request LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

Good afternoon,

I am following up on my below request as I have not received a response.

**Lincoln/Wofford 0915**

Please let me know if you have any questions.


Thank you,

Nancy


**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**



**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services


**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820


888-437-7611 X16427

603-334-8658 Fax


LincolnFinancial.com


**Lincoln/Wofford 0916**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Aubin, Nancy
**Sent:** Tuesday, July 02, 2019 12:33 PM
**To:** arodrigue@crosbytugs.com
**Subject:** LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Importance:** High

**Lincoln/Wofford 0917**

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Wayne Wofford, DOB

Please provide the following:

!        A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/1/19.

!        Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

!        Please confirm if the employee receives overtime.

                    If yes, please provide a report of all overtime 1/1/18 – 12/31/18

Please contact me with any questions.

Thank you,

Nancy

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Lincoln/Wofford 0918**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services


**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820


888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**


https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/


**Lincoln/Wofford 0919**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**Lincoln/Wofford 0920**

Crosby Tugs, LLC
P O Box 279
Golden Meadow, LA 70357

South Lafourche Bank

| DATE | AMOUNT |
|---|---|
| 12/21/2018  $ | 5545.12 |

PAY  FIVE THOUSAND FIVE HUNDRED FORTY FIVE DOLLARS and 12 CENTS

TO THE
ORDER
OF   Wayne C. Wofford

| Bank Account Number | Deposit Amount |
|---|---|
| Bank Account #1 | 5545.12 |
| Bank Account #2 | |

## NON NEGOTIABLE

| 360 | | Wofford, W. C. | | | 12/16/2018 | |
|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | | PERIOD END | |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Vessel Pay | 14.000 | 8400.00 | 174099.00 | FEDERAL INCOME | 1553.64 | 32610.14 |
| | | | | FEDERAL MEDICAR | 118.53 | 2510.53 |
| | | | | LOUISIANA | 373.72 | 7641.93 |
| | | | | 401(k) Percent | 504.00 | 10681.44 |
| | | | | Dental Ins | 29.75 | 619.10 |
| | | | | Medical | 160.75 | 3394.50 |
| | | | | Short Term Dis | 29.54 | 620.34 |
| | | | | Long Term Dis | 49.77 | 1045.17 |
| | | | | Voluntary Life | 35.18 | 738.78 |

| 600.00 | 8400.00 | 2854.88 | 5545.12 | 178574.00 | 72298.46 | 106275.54 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

**Lincoln/Wofford 0921**

# DIRECT DEPOSIT APPLICATION

5P186190069


**Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC                          DATE OF BIRTH:

---

CHECK ONE: ☑ New    ☐ Change

YOUR TELEPHONE NUMBER:.

ADDRESS:

---

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

---

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☑ Checking   ☐ Savings    BANK NAME: Wells Fargo

9 DIGIT ABA ROUTING NUMBER:          |     BANK ADDRESS: 6 Pine Cone Rd. Ste 6

YOUR ACCOUNT NUMBER:   !         ___ CITY: Dayton  STATE: NV  ZIP: 89403

BANK PHONE: (775) 888-8600

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☑ NO

---

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _Wayne Wofford_          Date: 6/26/2019

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/Wofford 0922**



**WAYNE C WOFFORD**

**2481**

94-7074/3212 6860
6072200337

Pay to the
Order of

Date

$

Dollars

WELLS
FARGO

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For

⑈ 02481

**Lincoln/Wofford 0923**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return to: Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford          **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC          **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Wofford Wayne C | | | |
| Street Address | City | State | Zip Code |

| Telephone Number (include area cdde) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Single |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| | 2 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Jacob Wofford     Relationship to you? Son     Tel #. 1

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.     NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.     NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?     NO

Do you hold a professional license? If yes, for what purpose?     Yes  Chief Engineer  Offshore Work

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.     NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.     NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.     NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages/ Income/ Money/ Unemployment | $ | | | |
| | ✓ | Social Security (disability or retirement) | $ | | | |
| | ✓ | Social Security (for your spouse/dependents) | $ | | | |
| | ✓ | Short Term Disability or State Disability | $ | | | |
| | ✓ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ✓ | | Workers' Compensation | $ 1,120 | 1/13/19 | | I Didn't |
| | | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Wayne Wofford

**DATE:** 6/7/19          **EMPLOYEE'S SIGNATURE:** Wayne Wofford

DP 409

Lincoln/Wofford 0924

# CLAIMANT INFORMATION FORM



## Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Wayne Wofford | |
| **CLAIM NO:** 9007521 | |
| **EMPLOYER/SPONSOR:** Crosby Tugs, LLC | **DATE OF BIRTH:** |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Tahoe Fracture
Specialty: Back, hips
Address: Carson City NV.

Telephone No. : (775) 7836190 Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

## MEDICAL INSURANCE CARRIER(S):

Name: Blue Cross Blue Shield of Louisiana
Specialty:
Address: (Louisiana) Po Box 98029 Baton Rouge
LA. 70898
Telephone No. : (800) 3639130 Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

## PHARMACY(S):

Name: Smith
Specialty: Pharmacy
Address: Dayton, NV

Telephone No. : (775) 246 0920 Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Wayne Wofford     DATE: 6/7/19

**Lincoln/Wofford 0925**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford

**CLAIM NO:** 9007521

**EMPLOYER/SPONSOR:** Crosby Tugs, LLC          **DATE OF BIRTH:**

## Please fill out each section completely

### EDUCATIONAL BACKGROUND:          (If you have a resume, please attach)

Highest Grade Completed: _____          Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _Chief Engineer's_

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y ☑ N From: _____ To: _____

Branch of Service: _____ Specialty: _____

### WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Crosby Tugs_ Department: _Chief Engineer_ From: _5/10/07_ To: _Present_
   Job Title(s): _____
   Supervisory Experience ☑ Y ☐ N ,
   Tasks/Duties (please be specific): _Machinery, Electrical, Plumbing, maintenance of the Vessel, Tying up Barges to Derrick Barge_

2. Company: _Blackwind Transportation_ Department: _Engineer_ From: _8/2/03_ To: _5/1/07_
   Job Title(s): _Chief Engineer_
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): _Same As Above Except Tying up Barges_

**A Lincoln Financial Group Company**

**Lincoln/Wofford 0926**

5P186190145

# FAMILY INFORMATION QUESTIONNAIRE

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return to: Tracey Sprous

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Wayne Wofford | |
| CLAIM NO: 9007521 | |
| EMPLOYER/SPONSOR: Crosby Tugs, LLC | DATE OF BIRTH: |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?  Single ✓  Married ____  Divorced ____

If married, please indicate your spouse's name and date of birth. Name: _____ DOB: _____

Do you have children or dependents*?  Yes ✓  No ____

If yes, please provide additional details below, using additional space as needed.

\* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Nicholas Wofford | | | NO | |
| Sarah Wofford | | | NO | 2015 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?  Yes: _____ No: ✓

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _Wayne Wofford_  Date: _6/7/19_

**Lincoln/Wofford 0927**

5P186190145

# Workers' Compensation
# INFORMATION FORM


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Wayne Wofford | |
| **CLAIM NO:** 9007521 | |
| **EMPLOYER/SPONSOR:** Crosby Tugs, LLC | **DATE OF BIRTH:** |

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: 12/29/2018

2. Location of Injury (please provide complete address): Offshore (Gulf of Mexico)

3. Description of Injury/Sickness (please include copy of accident report): Big white hit me crushed me over Tow Wire and Into Buoy

4. Please provide the name of your Employer:

Company Name: Crosby Tugs

Address: 17711 LA-3235 Galliano, LA 70354

Supervisor Name: Bobby (Robert Harris) Telephone: (985) 665 8292
Todd Miller Tugboat Captain (601) 273 1445

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

Insurance Carrier: Blue Cross Blue Shield

Address: PO. Box 98029 Baton Rouge, LA 70898

Telephone: (800) 363 9150

Claim Representative: Jennet Phone 985 233 8472

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

Yes ☑   No ☐

If "Yes":   Weekly Benefit Amount $ 560.00 (Every Two Weeks)

Claim No.: 9007521

7. Are you using the services of an attorney?

Yes ☐   No ☑

If "Yes":   Name: _____

Address: _____

Telephone: ( )

SIGNATURE: *Wayne Wofford*   DATE: 6/7/19

DP 539D – Rev. 12/02

Lincoln/Wofford 0928


# Lincoln
## Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AGREEMENT CONCERNING BENEFITS

Return To:   Tracey Sprous

Plan No: 09 - 467044                                Claim Number: 9007521

Employer: Crosby Tugs, LLC                          Address

Claimant: Wayne Wofford

Date of Disability: 01/01/2019

In return for the advance payment of group disability benefits made to me by Crosby Tugs, LLC, which may be in excess of the amount due to me under the terms of Plan number 09 467044 I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Crosby Tugs, LLC.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Crosby Tugs, LLC, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Plan provisions.

4)    I understand that thereafter Crosby Tugs, LLC is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Plan in accordance with the terms of the Plan.

I understand that Crosby Tugs, LLC in reliance on the above statements and promises, has agreed to advance benefits to me.

_____
Claimant Name (please print)

_____
Address

_____
Signature

_____
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

**Lincoln/Wofford 0929**

# ACTIVITIES QUESTIONNAIRE


## Lincoln
### Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

*page 1 of 3*

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford

**CLAIM NO:** 9007521        **DATE OF BIRTH:** _____

**EMPLOYER/SPONSOR:** Crosby Tugs, LLC

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _2 to 3 hour_   stand _2 to 3 hours_   walk _2 to 3 hours_   *{It All depends when the pain comes}*

How many hours a day do you:

sit _2 to 3 hours_   stand _2 to 3 hours_   walk _2 to 3 hours_

Do you take a nap during the day?

Yes __✓__      No _____

If Yes, for how long? _2 to 3 hours_   At what time of the day? _1200 - 1500 pm_

How many hours a day do you spend in bed? _12_

Do you require any assistive devices such as a:

cane _____ walker _____ crutches _____ wheelchair _____ other _____

How long are you able to sit in a car? _An hour or so_

Do you hold a valid driver's license?

Yes __✓__      No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _An hour or so must stop and walk to stretch_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_Call them_

Do you have children?

Yes __✓__    No _____ If Yes, what are their dates of birth _11/22/91  8/3/97_

Do you need help caring for your children?

Yes _____ No __✓__

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____ No __✓__       If Yes, please explain _____

How many times a day do you leave the house during the week? _Depends if I need something_
On the weekends? _Same_

How often do you run errands? _if I need something and I'm not in pain at the time._

Please describe what errands you most commonly run: _Doctor appointments, food, etc._

Lincoln/Wofford 0930



How often do you get outdoors? ___Every day IF I can It depends how much pain I'm In___.

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left __✓__ | Right _____ |
| Are you able to work in your garden? | Yes __✓__ | No _____ |
| Are you able to work on your house? | Yes __✓__ | No _____ |
| Are you able to wash your car? | Yes __✓__ | No _____ |

How much time is spent daily on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos    Other: _use my Cell Phone_

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _none_

Do you have a working home copy machine/fax machine? _____ Yes __✓__ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself | |
| Carrying groceries into the house | '' | |
| Cooking meals | '' | |
| Cleaning after meals | '' | |
| Cleaning bathrooms | '' | |
| Vacuuming | '' | |
| Doing the laundry | '' | |
| Opening and responding to mail | '' | |
| Managing your finances | '' | |
| Balancing your checkbook | '' | |
| Bathing yourself | '' | |
| Styling your own hair | '' | |
| Getting dressed | '' | |
| Going up and down stairs | '' | |

Have you been confined to a hospital within the last 12 months? Yes _____ No __✓__

If Yes, please provide reason and hospital contact Information: _____


**Lincoln**
**Financial Group®**

How often do you travel or take vacation? _Once a year if That!_

Where do you go? How do you get there (transportation method)? _Visit family_

---

Are you able to pursue your hobbies? Yes _some_ No _____

If Yes, please describe _I can do some fishing off bank, cant do Not of things now, pain is to bad_

Do you participate in an exercise program? Yes _____ No _✓_

If Yes, please describe _____

Do you do any Volunteer work? Yes _____ No _✓_

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

Are you working for wages? Yes _____ No _✓_

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

_I'm in constant pain, I @ cant do anything for very long, I either have to sit, stand, or lay down to relieve the pain_

_Note I'm in pain right now Sitting down filling this out. have to Stop and get Up walk around to try and relieve pain, Then Start again._

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

_Wake up cup of coffee, check my Emails (with cell phone) Stretch, walk until pain starts. Eat lunch check bills do what needs to be done around the house until pain comes, I cant do anything for very long before Extreme nerve pain! my Life Sucks right now Just want to get Fixed And be pain free. I have my right hip replacement 7/1/19_

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Wayne Wofford_     Date: _6/7/19_

Signature: _Wayne Wofford_

**Lincoln/Wofford 0932**

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ι . , ί __ Work: _____

SIGNATURE: _Wayne Wofford_ PHONE NO: (775) 400 8740 _____

2

5P186190136



**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Wayne Wofford**                                                                 Date of Birth :

Employer: **Crosby Tugs, LLC**                                     Policy/Plan Sponsor No. **09 - 467044**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

   1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
   2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
   3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
   4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
   5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
   6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

   1) I do not sign and return this form to Liberty Life within 45 days of receipt.
   2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature)   *Wayne Wofford*

(Address)_____

(Date) _____

### *Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Wofford 0934**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| Name: Nicholas Wofford | Date of Birth: |
|---|---|
| Address: Unknown | |
| | |
| | |
| Telephone Number: None | |

| Name: Jacob Wofford | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES___ NO ✓          **DO YOU HAVE A TRUST?** YES___ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 6/27/2015          EMPLOYEE'S PRINTED NAME: Wayne Wofford

EMPLOYEE'S SIGNATURE: Wayne Wofford


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Wayne Wofford

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative   Wayne Wofford

Date of Birth: __   _____ Claim Number: 9007521   Date: 6/7/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0936**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Wayne Wofford_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Wayne Wofford_

Date of Birth: __ _____ Claim Number: _9007521_ Date: _6/7/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0937**

**n0000362**

_____

**From:**      Aubin, Nancy
**Sent:**      Tuesday, July 02, 2019 12:32:40 PM
**To:**      arodrigue@crosbytugs.com
**Subject:**      LTD Salary Verification - Wayne Wofford - LTD Claim 9007521
**Attachments:**      image001.png;   image002.png;   image003.png;   image004.png;   image005.png;
image006.png

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Wayne Wofford, DOB

Please provide the following:

!      A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/1/19.

!      Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

!      Please confirm if the employee receives overtime.

      If yes, please provide a report of all overtime 1/1/18 – 12/31/18

Please contact me with any questions.

Thank you,

Nancy

**Lincoln/Wofford 0938**

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Nancy J. Aubin**
Sr Svc Procr, Claims

Payment

Claims Support Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611 X16427

603-334-8658 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**Lincoln/Wofford 0939**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**Lincoln/Wofford 0940**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: June 25, 2019 | |
| To: DR JENNIFER MENDOZA TAHOE FRACTURE | |
| Attn: MEDICAL RECORDS | |
| Fax: (775) 783-6191 | |
| From: Tracey Sprous Senior Claims Examiner Phone No.: Phone No.: (800) 320-7585 Secure Fax No.: (603) 559-0310 | |
| Total Pages (Including Cover): 2 | |
| RE: Claim #: 9007521 Claimant: Wayne Wofford Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0941**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 25, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

    Office treatment notes, test results, prescription histories, and treatment plans from June 25, 2019 through present.

We ask that you provide this information by July 9, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0942**

**LAST APPOINTMENT WAS 2/15/19**

 **Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: June 25, 2019 | |
| To:   DR JENNIFER MENDOZA<br>TAHOE FRACTURE | |
| Attn:  MEDICAL RECORDS | |
| Fax:   (775) 783-6191 | |
| From:  Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 25, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 25, 2019 through present.

We ask that you provide this information by July 9, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

1 of 1

**Lincoln/Wofford 0944**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 18 Jun 2019 15:35:26 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/1/2019.  The claim has been approved through 6/28/2021.  The case manager for this claim is Tracey Sprous.  The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 18 Jun 2019 15:35:26 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 1/1/2019. The claim has been approved through 6/28/2021. The case manager for this claim is Tracey Sprous. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0946**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD

**Lincoln/Wofford 0947**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 17, 2019

Mr. Wayne Wofford

RE: Long Term Disability (LTD) Benefits
   Crosby Tugs, LLC
   Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

>"Disability" or "Disabled", with respect to Long Term Disability, means:
>
>i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
>ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupatio

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 1, 2019 and your benefits begin on June 30, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income.

**Lincoln/Wofford 0948**

These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

We ask that you complete the forms indicated below and return them to our office by July 17, 2019.

    X   Direct Deposit Application
    X   SS Reimbursement Agreement
    X   FAQ - The Advocator Group
    X   Advantages of Social Security Disability Benefits Form
    X   Survivor / Estate Information Form
    X   Other


We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   Direct Deposit Application
SS Reimbursement Agreement
FAQ - The Advocator Group
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form

**Lincoln/Wofford 0950**

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

**CHECK ONE:** ☐ **New**     ☐ **Change**

**YOUR TELEPHONE NUMBER:** (     )

**ADDRESS:** _____     CITY: _____     STATE: _____     ZIP: _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**     ☐ **Savings**        **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____        **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____        **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (     ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**     ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ **YES**     ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____          Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Wofford 0951**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.



**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Wayne Wofford**                                                                 Date of Birth: _____

Employer: **Crosby Tugs, LLC**                                      Policy/Plan Sponsor No. **09 - 467044**

A)  If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1)  I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2)  I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3)  I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4)  I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5)  If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6)  I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B)  Social Security benefits <u>will be estimated</u> if:

1)  I do not sign and return this form to Liberty Life within 45 days of receipt.
2)  I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Wofford 0953**

# Social Security Disability Insurance
Frequently Asked Questions



1. **What is Social Security Disability Insurance?**
   Social Security Disability Insurance (SSDI) is a federal program that provides disabled workers with benefits while they are unable to work because of medical impairments.

2. **Why should I file for Social Security Disability Insurance?**
   There are many benefits of receiving an SSDI award, including increased Social Security Retirement benefits, annual Cost of Living Adjustment (COLA) raises, and earlier access to Medicare coverage. In addition, you may be eligible to receive additional Dependent and/or Spousal benefits.

3. **How can The Advocator Group assist me?**
   The Advocator Group is a nationwide Social Security Disability Advocacy organization that has assisted over 60,000 claimants in receiving SSDI benefits. Lincoln Financial Group has partnered with The Advocator Group to provide claimants with the assistance of an experienced team of advocates throughout the SSDI application process.

4. **How much will it cost to have The Advocator Group help me?**
   There is no out of pocket expense to you for utilizing The Advocator Group's services. If your SSDI claim is awarded, the Social Security Administration will pay The Advocator Group a fee based on your past-due benefits amount, and Lincoln Financial Group will cover this fee on your behalf.

5. **I am receiving long-term disability (LTD) insurance benefits. Will I automatically qualify for SSDI benefits?**
   No, receipt of private LTD benefits does not automatically mean you are disabled under Social Security's rules. Likewise, if at some point your LTD benefits end, the fact that you no longer receive LTD benefits does not mean that you won't qualify for SSDI benefits.

6. **I am currently working part time. Should I still apply for benefits?**
   If you are currently working and earning more than $1,090 per month (in 2015), you generally will not be eligible for SSDI benefits and should not file an application at this time. If you are currently working and earning less than $1,090 per month, you may be eligible for benefits.

7. **How long will it take for SSA to process my application?**
   The process of applying for SSDI benefits can be quite long. If your claim is denied, there are several levels of appeal within the SSDI application process, including Reconsideration, a Hearing before an Administrative Law Judge, and in some cases, review by the Appeals Council. Depending on the level at which your claim is finally decided, the process can take anywhere from six months to more than three years.

8. **What if my SSDI claim is denied?**
   If you are denied, you have the right to appeal the decision. The Advocator Group will assist you throughout this process by ensuring that all paperwork and appeals are filed in a timely fashion to comply with the Social Security Administration's strict deadlines.

9. **If I am awarded SSDI, how will my benefits be calculated, i.e., How much will I get?**
   The average monthly SSDI benefit was about $1,146 in 2014. The amount of your monthly benefit is based on your lifetime average earnings covered by Social Security and is reduced if you receive other government benefits, such as worker's compensation or public disability benefits.

10. **How can I contact The Advocator Group?**

    **Call Toll-Free:** (877) 261-1947
    **Facsimile:** (877) 899-1329

    **Mailing Address:**
    The Advocator Group
    101 Edgewater Drive, Suite 260
    Wakefield, MA 01880

    **Hours of Operation:**
    Monday through Friday
    8:00 a.m. to 6:00 p.m. (E.S.T)

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**

- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be _substantially higher_.**

- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**

- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**

- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**

- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**

- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

**Lincoln/Wofford 0955**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                    **YOUR DOMESTIC PARTNER:**

| **Name:** | **Name:** |
|---|---|
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| **Name:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?   YES ____   NO ____**            **DO YOU HAVE A TRUST?   YES ____   NO ____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| **Name of Executor or Administrator:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** _____     **EMPLOYEE'S PRINTED NAME:** _____

**EMPLOYEE'S SIGNATURE:** _____

**Lincoln/Wofford 0956**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209



MR. WAYNE WOFFORD

**Lincoln/Wofford 0957**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

June 5, 2019

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by July 10, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   9007521-ACKNOWLEDGE-NEW CLAIM-05.30.2019

**Lincoln/Wofford 0958**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD

**Lincoln/Wofford 0959**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Mr. Wayne Wofford


RE:  Long Term Disability (LTD) Benefits
     Crosby Tugs, LLC
     Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

### *When Must Liberty be Notified of a Claim?*

*1. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*2. When written notice of claim is applicable and has been received by Liberty, you will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, you can send to Liberty written Proof of claim without waiting for the forms.*

### *When Must Liberty Receive Proof of Claim?*

*1. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

*2. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*3. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

**Lincoln/Wofford 0960**

*Liberty reserves the right to determine if your Proof of loss is satisfactory.*
To assist us with our review, please complete the following forms and return them to this office as soon as possible:

- Activities Questionnaire
- Agreement Concerning Benefits Form
- Authorization to Release Information
- Claimant Supplementary Statement
- Claimant Information form
- Family Information Form
- Training Education and Experience
- Copy of your Driver' License
- Copy of Worker's Compensation Payment
- Workers Compensation Information Form

All office treatment notes from January 1, 2019through present including summaries of office visits, a medication summary, diagnostic tests and results and any other objective medical information in order to support your claim for disability benefits from Dr. Jay Betz, Dr. Nicohlas Dirig, Dr. Gerard Halaska, Dr. Jennifer Mendoza

John Muir' Group Disability Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 45 days, as required under the terms of your Policy.

Although you have until July 10, 2019 under the terms of your Policy to submit this information, as well as any other documentation supporting your claim for disability benefits, we ask that you submit this information as well as all other supporting documentation as soon as possible and by 21 days from the date of this letter.

Please be advised until we have proof of disability and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period. In the absence of this information, we will make a claim determination based on the information in our file.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments:   Activities Questionnaire Form

**Lincoln/Wofford 0961**

Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Workers' Compensation Information Form
Authorization

**Lincoln/Wofford 0962**

# ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                                        DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Crosby Tugs, LLC

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____  stand _____  walk _____

How many hours a day do you:

sit _____  stand _____  walk _____

Do you take a nap during the day?

Yes_____  No  _____

If Yes, for how long? _____  At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane_____  walker_____  crutches _____  wheelchair _____  other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____  No  _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_____

Do you have children?

Yes_____  No _____  If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____  No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____  No _____        If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Wofford 0963**



How often do you get outdoors? _____

Are you left or right hand dominant?                          Left _____     Right _____

Are you able to work in your garden?                       Yes _____     No _____

Are you able to work on your house?                        Yes _____     No _____

Are you able to wash your car?                                  Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Wofford 0964**





How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                       Yes _____        No _____

If Yes:

     how many hours per day?  _____

     how many hours per week?_____

     for whom? _____

Are you working for wages?                          Yes _____        No _____

If Yes, please provide employer's name   _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____


**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____


Signature: _____

**Lincoln/Wofford 0965**

 **Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AGREEMENT CONCERNING BENEFITS

Return To:    Tracey Sprous

Plan No: 09 - 467044                         Claim Number: 9007521

Employer: Crosby Tugs, LLC                   Address

Claimant: Wayne Wofford

Date of Disability: 01/01/2019

In return for the advance payment of group disability benefits made to me by Crosby Tugs, LLC, which may be in excess of the amount due to me under the terms of Plan number 09 467044 I, for myself, my heirs, executors, administrators and assigns agree:

1)      That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)      If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Crosby Tugs, LLC.

3)      If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Crosby Tugs, LLC, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Plan provisions.

4)      I understand that thereafter Crosby Tugs, LLC is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Plan in accordance with the terms of the Plan.

I understand that Crosby Tugs, LLC in reliance on the above statements and promises, has agreed to advance benefits to me.

_____
Claimant Name (please print)

_____
Address

_____
Signature

_____
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

**Lincoln/Wofford 0966**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9007521____ Date: _____

<p align="center"><strong>A copy of this authorization will be considered as valid as the original.</strong></p>

pg. 1 Authorization-Standard-2018

**Lincoln/Wofford 0967**

# CLAIMANT INFORMATION FORM

**Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

### TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____          **DATE:** _____

**Lincoln/Wofford 0968**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford      **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC      **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name      Relationship to you?      Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ___ | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____      **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Wofford 0969**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?   Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

\* An eligible dependent may include:
- Biological child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren          - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your          that started before age 22          (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?   Yes: _____   No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

**Lincoln/Wofford 0970**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC       DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**       **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y ☐ N   From:_____ To: _____

Branch of Service: _____ Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y ☐ N

   Tasks/Duties (please be specific): _____

   _____

2. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y ☐ N

   Tasks/Duties (please be specific): _____

   _____

A Lincoln Financial Group Company

**Lincoln/Wofford 0971**

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ |  |  |  |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (    )** _____

2

# Workers' Compensation
# INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310



Return To: Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

---

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _____

2. Location of Injury (please provide complete address): _____

3. Description of Injury/Sickness (please include copy of accident report): _____

_____

4. Please provide the name of your Employer:

        Company Name: _____

        Address: _____

        Supervisor Name: _____ Telephone:  (____)_____

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

        Insurance Carrier: _____

        Address: _____

        Telephone:  (____)_____

        Claim Representative: _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

                      Yes ☐        No ☐

If "Yes":      Weekly Benefit Amount $ _____

              Claim No.: _____

7. Are you using the services of an attorney?

                      Yes ☐        No ☐

If "Yes":      Name: _____

              Address: _____

              Telephone:  (____)_____

SIGNATURE: ——————————————————————— DATE: ———————————————

DP 539D – Rev. 12/02

**Lincoln/Wofford 0973**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9007521__ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 0974**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 4 Jun 2019 16:31:55 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0975**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 4 Jun 2019 16:31:55 +0000 |
| **To:** | arodrigue@crosbytugs.com;tcrosby@crosbytugs.com |
| **Subject:** | Claim #9007521, WAYNE WOFFORD |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 9007521.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 320-7585.

**Lincoln/Wofford 0976**

# F  A  X  S  H  E  E  T

Date:               Jun-03-2019 04:21:59
To:                 MEDICAL RECORDS
Subject:            Patient Document
Fax Number:         603-559-0310
To Company:         LINCOLN FINANCIAL GROUP
From Name:          Gullett,Suzanne
From Company:       CTPC-Dayton
From Facility:      CTPC-Dayton
Support Contact:    775-445-7630
Number of Page(s):  13

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

**Lincoln/Wofford 0977**


## Lincoln
### Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: May 30, 2019 | |
| To:  DR GERARD HALASKA<br>CARSON TAHOE HEALTH | |
| Attn:  MEDICAL RECORDS | |
| Fax:  (775) 246-2014 | |
| From:  Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover):     3 | |
| RE:<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0978**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Gerard Halaska
Carson Tahoe Health

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Gerard Halaska:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

* Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 0979**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Lincoln/Wofford 0980



**CARSON TAHOE**
—— H E A L T H ——
Physician Clinics

**Wofford, Wayne C**
58 Y old Male, DOB:
Account Number: 55784

Home:
Guarantor: Wofford, Wayne C | Insurance: BCBS Bluecard
Claims Payer ID: 00265
Appointment Facility: CTPC-Dayton

---

03/06/2019                                    Progress Notes: Gerard Halaska, MD

## Current Medications
Taking
- Multivitamin 1 tab once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Anxiety.
Low back pain Work related.

## Surgical History
No Surgical History documented.

## Family History
Father: deceased 84 yrs, Healthy
Mother: deceased 78 yrs, Cancer, thyroid disease

## Social History
Smoking Are you a: former smoker, How long since you last smoked? 1-5 years. Alcohol Screening Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Two to four times a month (2 points), How many drinks did you have on a typical day when you were drinking in the past year?: 5 or 6 (2 points), How often did you have six or more drinks on one occasion in the past year?: Monthly (2 points), Points: 6, Interpretation: Positive. Marital Status: divorced. Recreational drug use: None. Occupation: Working.

## Allergies
penicillin

## Hospitalization/Major
## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
ROS:
Constitutional: Negative for, fevers, Positive for, fatigue.
Cardiac: Negative for, chest

## Reason for Appointment
1. 4 WEEK FOLLOW UP

## History of Present Illness
Constitutional:
58 yo now doing much better after having hip trochanteric injections by Dr. Dirig. Has been cleared to go back to work, likely next week. Xrays of hips show severe DJD of both hips. Not seeing Dr. Jones. Has not been able to schedule GI consult for his hep C and now likely cirrhosis. Complains mostly that he can't bench press as much as he used to. No abdominal pain or fullness. Still drinking beer.

## Vital Signs
O2 Sat 95 %, HR 101 /min, BP 150/80 mm Hg, Ht 70 in, Wt 191 lbs, BMI 27.40.

## Examination
General Examination:
General Appearance:  Well developed and well nourished in NAD. Alert and oriented x3.
Heart  regular rhythym, no murmurs.
Lungs:  clear to auscultation, no wheezes or crackles.
Abdomen:  Possible liver edge ands spleen tip felt, no fluid.

## Assessments
1. Hepatitis C antibody positive in blood - R76.8 (Primary)
2. History of heavy alcohol consumption - Z87.898
3. Fatigue, unspecified type - R53.83
4. Other cirrhosis of liver - K74.69

## Treatment
1. Other cirrhosis of liver
IMAGING: US abdomen-Complete

## Preventive Medicine
Counseling:  BP Management  LIFESTYLE RECOMMENDATION: Hypertension education, PRE-HYPERTENSIVE FOLLOW-UP PLAN: Patient follow-up planned and scheduled. BMI Counseling  Above Normal BMI Follow-up  Dietary needs education.

## Follow Up

---

Patient: Wofford, Wayne C   DOB:         Progress Note: Gerard Halaska, MD   03/06/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://rmcpvwecwa2:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   6/3/2019

Lincoln/Wofford 0981

pain/discomfort. Respiratory: Negative for, wheezing, cough.
Gastrointestinal: Negative for, abdominal pain.
Musculoskeletal: Positive for, joint pain.

see you when you return ·

**Electronically signed by Gerard Halaska , MD on 03/12/2019 at 12:50 PM PDT**

**Sign off status: Completed**

CTPC-Dayton
901 Medical Center Drive
Ste 203
Dayton, NV 894037458
Tel: 775-445-7630
Fax: 775-461-3082

Patient: Wofford, Wayne C  DOB:            Progress Note: Gerard Halaska, MD   03/06/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lincoln/Wofford 0982**



## CARSON TAHOE
—— H E A L T H ——
Physician Clinics

**Wofford, Wayne C**
58 Y old Male, DOB:
Account Number: 55784

Guarantor: Wofford, Wayne C
Home:
Insurance: BCBS Bluecard
Claims Payer ID: 00265
Appointment Facility: CTPC-Dayton

01/21/2019                          Progress Notes: Gerard Halaska, MD

### Current Medications
**Taking**
- Multivitamin 1 tab once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Anxiety.
Low back pain Work related.

### Surgical History
No Surgical History documented.

### Family History
Father: deceased 84 yrs, Healthy
Mother: deceased 78 yrs, Cancer, thyroid disease

### Social History
Smoking Are you a: former smoker, How long since you last smoked? 1-5 years. Alcohol Screening Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Two to four times a month (2 points), How many drinks did you have on a typical day when you were drinking in the past year?: 5 or 6 (2 points), How often did you have six or more drinks on one occasion in the past year?: Monthly (2 points), Points: 6, Interpretation: Positive. Marital Status: divorced.
Recreational drug use: None.
Occupation: Working.

### Allergies
penicillin

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
ROS:
Constitutional: Negative for, fevers, chills, fatigue. HEENT: Positive for, change in vision, Negative for,

### Reason for Appointment
1. Moved from 1/17/19

### History of Present Illness
Constitutional:
58 yo in to establish. Works on a tugboat as a mechanic on the gulf coast. About 2 years ago was thrown into a anchor, and since then has had recurrent back and esp thigh pain. Is being followed in Workman's comp by Dr. Betz, and has been referred to Dr. Jones for further treatment. Has severe abrupt back and esp thigh pain with certain movements but are unpredicatable. Has had MRIs from the brain to the sacrum, showing mild to moderate degenerative disk disease in the lower lumbar spine. Had hip xrays about 2 years ago showed severe OA of the right hip. Just had a NCV of the legs, but results are unknown. Further treatment to be determined by workman's comp.

58 yo who had a battery of blood tests in 2014, showing postive for both hep B and C. Deceased wife was told she had hepatitis C. He has been exposed to raw sewage in an industrial accident. LFTs were high in 2014 but admits to have been drinking heavily at that time. Now drinks 7-8 beer 2-3 times a week. No abdominal pain or distension. Had a colonscopy in Carson about 3 years ago that was normal.

No cardiac hx, chest pain or SOB. Stopped smoking 3 years ago. No urinary problems.

### Vital Signs
O2 Sat 95 %, HR 92 /min, BP 140/88 mm Hg, Ht 70 in, Wt 196 lbs, BMI 28.12.

### Examination
General Examination:
General Appearance: Well developed and well nourished in NAD. Alert and oriented x3.
HEENT Tympanic membranes are clear bilaterally, Conjunctiva clear.
Oral cavity: teeth in good repair, no lesions or inflammation.
Neck, Thyroid : no thyromegaly, no lymphadenopathy, no carotid bruits.
Heart regular rhythym, no murmurs.
Lungs: clear to auscultation, no wheezes or crackles. mildly diminished breath sounds.
Abdomen: soft, no organomegaly or masses. No fluid, liver not

Patient: Wofford, Wayne C  DOB:          Progress Note: Gerard Halaska, MD   01/21/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://rmcpvwecwa2:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   6/3/2019

**Lincoln/Wofford 0983**

change in hearing, sinus/nasal congestion. Cardiac: Denies, chest pain/discomfort, palpitations. · Respiratory: Negative for, wheezing, shortness of breath, cough. Gastrointestinal: Negative for, diarrhea, abdominal pain, nausea. Genitourinary: Denies, frequency, urgency. Integument: Denies, skin lesions. Musculoskeletal: Positive for, joint pain, muscle cramps. Neurologic: Positive for, unsteady gait, ·Weakness.

palpable.
    Neurologic exam: No lateralizing deficits. Alert and oriented x 3. Normal tandem gait.
    Skin: pink, warm and dry, no notable lesions.
    Peripheral pulses: Normal (2+) bilaterally PT pulses.
    Extremities Warm and dry, no edema.
    Musculoskeletal Knees: normal ROM, , Hips: decreased internal rotation, worse on the right side. Flexion of the hips.

## Assessments
1. Lumbar back pain - M54.5 (Primary)
2. Hepatitis C antibody positive in blood - R76.8
3. History of heavy alcohol consumption - Z87.898
4. Osteoarthritis of right hip, unspecified osteoarthritis type - M16.11
5. Fatigue, unspecified type - R53.83

## Treatment
**1. Lumbar back pain**
Notes:

Is being handled by workman's comp and it to see Dr. Jones.

**2. Hepatitis C antibody positive in blood**
    LAB: CMP14+eGFR
    LAB: Hepatitis B Core Ab W/Reflex
    LAB: CBC (H/H, RBC, INDICES, WBC, PLT)
    LAB: HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR
Notes: If hep C is still positive will refer to GI. Told to cut his alcohol consumption in half.
Referral To:Consultants GI   Gastroenterology
    Reason:58 yo who tested positive for hep C in 2014, possibly from exposure to wife with hep c. LFTs were in the 200s but bili was normal. Didn't return for followup or treatment. Now reestablishing, and hep C still positive, LFTs a little higher in the 200s, but bili up to 2.1. Former heavy drinker but denies drinking now.

**3. Osteoarthritis of right hip, unspecified osteoarthritis type**

    IMAGING: xray hips,bilateral
Notes: May need to see ortho if hips show severe OA.

**4. Fatigue, unspecified type**
    LAB: Testosterone Free & Total

**5. Others**
Notes: time 45 minutes.

**Preventive Medicine**

Counseling: BP Management  LIFESTYLE RECOMMENDATION: Hypertension education, PRE-HYPERTENSIVE FOLLOW-UP PLAN:

---

Patient: Wofford, Wayne C  DOB:        Progress Note: Gerard Halaska, MD   01/21/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://rmcpvwecwa2:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   6/3/2019

**Lincoln/Wofford 0984**

Patient follow-up planned and scheduled. BMI Counseling  Above Normal BMI Follow-up  Dietary needs education.

**Follow Up**
4 Weeks

**Electronically signed by Gerard Halaska , MD on 01/29/2019 at 09:50 AM PST**

**Sign off status: Completed**

---

CTPC-Dayton
901 Medical Center Drive
Ste 203
Dayton, NV 894037458
Tel: 775-445-7630
Fax: 775-461-3082

---

Patient: Wofford, Wayne C   DOB:          Progress Note: Gerard Halaska, MD   01/21/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lincoln/Wofford 0985**

Patient Summary for Wofford, Wayne C, 58 Y, male DOB:                                  Page 1 of 1

### Wofford, Wayne C
1358 Grassland

**DOB:**                    **Age:** 58 Y    **Sex:** male
**Home:**                                                    **Primary Insurance:**   BCBS Bluecard Claims
**Work:**                                                    **PCP:**  Gerard Halaska
**Cell:**                                                    **Account Number:**   55784
**Email:** waynowofford@yahoo.com

**Allergies :**   penicillin

**Medications**

| Name strength formulation, Sig: take route frequency |
|---|
| Taking Multivitamin , Sig: 1 tab once a day |

Lincoln/Wofford 0986

Jun 03, 2019 16:12 PM

**Carson Tahoe Physician's Clinic**
2874 North Carson, Carson City, NV-89706
775-683-9003

**Wofford, Wayne C, M,**

## CUMULATIVE REPORT

### Testosterone Free & Total

| | |
|---|---|
| COLLECTION DATE | 01/25/2019 |
| Order Date | 01/21/2019 |
| Result Date | 01/29/2019 |
| Ordering Physician | HALASKA, GERALD |
| Testosterone, LC-MS-MS | 784 (250-1100 ng/dL) |
| Testosterone, Free | 45.7 (35.0-155.0 pg/mL) |

### Automated Differential

| | |
|---|---|
| COLLECTION DATE | 01/22/2019 |
| Order Date | 01/22/2019 |
| Result Date | 01/22/2019 |
| Ordering Physician | HALASKA, GERALD |
| Basophil Absolute Count | 0.10 (0.00 - 0.30 x10^3/ul) |
| Basophils | 1.8 H (0.0 - 1.3 %) |
| Eosinophil Absolute Count | 0.40 (0.00 - 0.80 x10^3/ul) |
| Eosinophils | 8.6 H (0.0 - 6.6 %) |
| Lymphocyte Absolute Count | 1.20 (1.00 - 5.20 x10^3/ul) |
| Lymphocytes | 24.7 (10.8 - 44.4 %) |
| Monocyte Absolute Count | 0.50 (0.16 - 1.00 x10^3/ul) |
| Monocytes | 10.6 H (2.5 - 9.6 %) |
| Neutrophil Absolute Count | 2.60 (1.40 - 8.00 x10^3/ul) |
| Neutrophils | 54.4 (41.7 - 82.3 %) |

### Complete Blood Count

| | |
|---|---|
| COLLECTION DATE | 01/22/2019 |
| Order Date | 01/22/2019 |
| Result Date | 01/22/2019 |
| Ordering Physician | HALASKA, GERALD |
| Hematocrit | 43.4 (38.8 - 49.7 %) |
| Hemoglobin | 15.3 (13.0 - 16.7 g/dl) |
| MCH | 33.2 (28.0 - 33.8 pg) |
| MCHC | 35.3 (33.1 - 36.5 g/dL) |
| MCV | 94.2 (83.0 - 99.0 fl) |
| MPV | 8.5 (6.4 - 10.2 fl) |
| Platelet Count | 117 L (146 - 390 x10^3/uL) |
| RBC | 4.60 (4.50 - 5.70 x10^6/ul) |
| RDW | 13.3 (11.8 - 14.0 %) |
| | 4.8 |

Wofford, Wayne C, M, 01/19/1961

**Lincoln/Wofford 0987**

| COLLECTION DATE | 01/22/2019 |
| --- | --- |
| WBC | (3.7 - 10.6 x10^3/ul) |

## Comprehensive Metabolic Panel

| COLLECTION DATE | 01/22/2019 |
| --- | --- |
| Order Date | 01/22/2019 |
| Result Date | 01/22/2019 |
| Ordering Physician | HALASKA, GERALD |
| A/G Ratio | 1.10<br>(1.00 – 2.20 Ratio) |
| Albumin | 3.5<br>(3.5 - 4.8 g/dl) |
| Alk Phos | 112<br>(38 - 126 IU/L) |
| ALT | 221 H<br>(17 - 63 IU/L) |
| Anion Gap | 10<br>(2 - 11 mmol/L) |
| AST | 253 H<br>(15 - 41 IU/L) |
| Bilirubin, Direct | 0.7 H·<br>(0.0 - 0.3 mg/dl) |
| Bilirubin, Indirect | 1.4<br>(0.0 - 1.5 mg/dl) |
| Bilirubin, Total | 2.1 H<br>(0.4 - 2.0 mg/dl) |
| BUN | 12<br>(8 - 20 mg/dl) |
| Calcium, Total | 9.3<br>(8.7 - 10.3 mg/dl) |
| Chloride | 100 L<br>(101 - 111 mmol/L) |
| Creatinine · | 0.79 L<br>(0.80 - 1.40 mg/dl) |
| GFR | 101<br>(> 60 ml/min/1.7) |
| Globulins, Total | 3.3 H<br>(2.6 - 3.1 g/dl) |
| Glucose | 87<br>(60 – 99 mg/dl) |
| Potassium | 3.7<br>(3.6 - 5.1 mmol/L) |
| Sodium | 135 L<br>(136 - 144 mmol/L) |
| Total CO2 | 25<br>(22 - 32 mmol/L) |
| Total Protein | 6.8<br>(6.4 - 8.2 g/dl) |

## Hepatitis B Core Ab

| COLLECTION DATE | 01/22/2019 |
| --- | --- |
| Order Date | 01/22/2019 |
| Result Date | 01/23/2019 |
| Ordering Physician | HALASKA, GERALD |
| Hepatitis B Core Ab | Nonreactive<br>(Nonreactive ) |

Wofford, Wayne C, M, 01/19/1961


**CARSON TAHOE**
**Regional Medical Center**

PO Box 2168
Carson City, NV 89702-2168
775/882-1361

## DIAGNOSTIC SERVICES REPORT

| Check-In # | Order # | Exam | |
|---|---|---|---|
| 3332765 | H1735209 | OPI6761 | GXR HIP W/PELVIS BILAT 2 VWS 73521 |
| | ICD: | | |

**TYPE OF EXAM:** GXR HIP W/PELVIS BILAT 2 VWS 73521          **DATE:** 01/22/2019 at 11:28
**INDICATION:**

FINAL

EXAM: Bilateral hip radiographs with AP view of the pelvis, 2 views.

HISTORY: UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP, UNSPECIFIED
OSTEOARTHRITIS TYPE

COMPARISON: None available.

FINDINGS: No fracture or dislocation is noted. Proximal femurs are unremarkable.
There is severe axial joint space narrowing on the right and moderate to severe
joint space narrowing on the left. Bilateral femoral osteophytes. There is mild
sclerosis on either side of the joint bilaterally, right greater than left.
Sacrum and sacroiliac joints are unremarkable. No soft tissue abnormalities
noted.

IMPRESSION: Moderate to advanced degenerative changes of the hips bilaterally,
right greater than left.

Electronically Signed by: Kinsey Pillsbury 1/22/2019 1:18 PM

Electronically Signed By:     PILLSBURY, KINSEY R

**FINAL**                                                                 Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Patient Name | | | MRN | Account # | |
| WOFFORD, WAYNE C | | | 020374920 | 1902200479 | |
| DOB | Age | Sex | Check-In | Loc/Room | |
| | 58 | M | 01/22/19 at 11:28  3332765 | | |
| Ordering Physician | | | | Attending Physician | |
| HALASKA, GERARD | | | | | |

DAYTON, NV 89403
7754457630
DX:

**Lincoln/Wofford 0989**

# Crosby Tugs, LLC

## JOB DESCRIPTION

| Job Title: | Engineer/Unlicensed Engineer/QMED/Oiler | Department: | Vessel |
|---|---|---|---|
| Job Status: | Full-Time | FLSA Status: | Non-Exempt |
| Reports To: | Personnel Manager/Captain/Relief Captain | Revised: | August 17, 2011 |

### Summary

The Engineer/Unlicensed Engineer/QMED/Oiler is responsible for operating and maintaining the engine room and other mechanical systems and equipment aboard the vessel to which he/she has been assigned and its tow.

### Essential Duties and Responsibilities

Essential Duties and Responsibilities include the following.  Other duties may be assigned.

- Responsible for the safe and efficient operation of the vessel and its tow, including but not limited to compliance with flag state and classification society regulations.

- Responsible for the seaworthiness of the vessel.

- Responsible for the safety of the crew.

- Responsible for the protection of the environment.

- Responsible for operational and maintenance administration and paperwork.

- Responsible for cost control.

- Responsible for crew supervision and on the job training and other responsibilities that may be assigned by the Vessel Captain or the Lead Engineer or that you as the employee recognize as essential to your responsibility as the manager of the vessels mechanical systems.

### Qualifications

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

#### Education/Experience:

High school diploma or GED, or one to three months related experience and/or training, or equivalent combination of education and experience. Mariner's training school/institute to obtain USCG licenses and documentation.

#### Language Ability:

Ability to read and comprehend instructions, correspondence, and memos. Ability to write correspondence. Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization.

**Math Ability:**

Ability to add, subtract, multiply and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and draw and interpret bar graphs.

**Reasoning Ability:**

Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form. Ability to deal with problems involving several concrete variables in standardized situations.

**Certificates and Licenses:**

- ! Valid Driver's License
- ! TWIC Certification
- ! United States Employment Eligibility Verification
- ! Proper license by the USCG for the type, tonnage, route and service of vessel to which he/she will be assigned

## Supervisory Responsibilities

Assists in managing the crew working on his vessel. This position is responsible for the overall direction, coordination, and evaluation of these positions. Carries out supervisory responsibilities in accordance with the organization's policies and applicable laws.

## Work Environment

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently exposed to outdoor weather conditions; extreme heat and extreme cold. The employee will be exposed to wet or humid conditions and will work near moving mechanical parts. The employee may be exposed to fumes, airborne particles, and vibration. The employee may be exposed to toxic or caustic chemicals. The noise level in the work environment is usually loud. Must be able to work day and/or night shifts and must be able to work at elevated heights.

## Physical Demands

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Standing, walking, sitting, stooping, kneeling, crawling, balancing, climbing, hand dexterity, lifting, carrying, reaching and grasping.

The physical demand level for this position is heavy. A person must be able to **occasionally lift 51-100 pounds, frequently lift 26-50 pounds and constantly lift 11-25 pounds.**

| **Prepared By:** | Scott Theriot | **Date:** | August 17, 2011 |
|---|---|---|---|
| **Approved By:** | Tara Cheramie | **Date:** | August 17, 2011 |
| **Employee Signature:** | | **Date:** | |

**n0235808**

| | |
|---|---|
| **From:** | Ashley Rodrigue |
| **Sent:** | Monday, June 03, 2019 9:44:37 AM |
| **To:** | Sprous, Tracey |
| **Subject:** | RE: WAYNE WOFFORD 9007521 |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

He was hired on 03/15/2007. He has had LTD coverage since 04/01/2017. Do you need an LTD intake form for him?

Thanks,

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Sprous, Tracey [mailto:Tracey.Sprous@lfg.com]
**Sent:** Thursday, May 30, 2019 9:57 AM
**To:** Ashley Rodrigue; Tara Crosby
**Subject:** WAYNE WOFFORD 9007521

Good Morning,

Can you please confirm the date of hire for this employee as we do not have eligibility information for this employee in our system?   Also, I am assuming he has LTD

**Lincoln/Wofford 0992**

coverage. Is this correct?

Thank you,

**Tracey Sprous**

Senior Claims Examiner

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

Disabilitydocuments@lfg.com

800.320.7585 Office

X41452 Extension

603.559.0310 Fax

<u>LincolnFinancial.com</u>

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for

**Lincoln/Wofford 0993**

the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**Lincoln/Wofford 0994**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | May 30, 2019 |
| To: | DR. NICHOLAS DIRIG<br>973 MICA DRIVE<br>STE 201<br>CARSON CITY NV 89705 |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 783-6191 |
| From: | Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:     9007521<br>Claimant:   Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas   a pertenecer a The Lincoln National Life Insurance Company, una compa   a de Lincoln Financial Group. Durante la transici  n, es posible que reciba comunicados de ambas compa   as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0995**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Nicholas Dirig
973 MICA DRIVE
STE 201
CARSON CITY, NV 89705

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Nicholas Dirig:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0996**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 0997**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: May 30, 2019 | |
| To: DR GERARD HALASKA<br>CARSON TAHOE HEALTH | |
| Attn: MEDICAL RECORDS | |
| Fax: (775) 246-2014 | |
| From: Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas  a pertenecer a The Lincoln National Life Insurance Company, una compa  a de Lincoln Financial Group. Durante la transici  n, es posible que reciba comunicados de ambas compa  as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 0998**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Gerard Halaska
Carson Tahoe Health

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Gerard Halaska:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 0999**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 1000**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: May 30, 2019 | |
| To: DR JAY BETZ | |
| Attn: MEDICAL RECORDS | |
| Fax: (775) 887-5040 | |
| From: Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas  a pertenecer a The Lincoln National Life Insurance Company, una compa  a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1001**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Jay Betz

RE:    Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Jay Betz:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

        Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 1002**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 1003**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: May 30, 2019 | |
| To: | DR JENNIFER MENDOZA<br>TAHOE FRACTURE |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 783-6191 |
| From: | Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1004**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:     Long Term Disability (LTD) Benefits
        Crosby Tugs, LLC
        Claim #: 9007521
        Claimant: Wayne Wofford
        Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 1005**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

**Lincoln/Wofford 1006**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | May 30, 2019 |
| To: | DR. NICHOLAS DIRIG<br>973 MICA DRIVE<br>STE 201<br>CARSON CITY NV 89705 |
| Attn: | MEDICAL RECORDS |
| Fax: | (775) 783-6191 |
| From: | Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 9007521<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1007**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Nicholas Dirig
973 MICA DRIVE
STE 201
CARSON CITY, NV 89705

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521
       Claimant: Wayne Wofford
       Claimant D.O.B.:

Dear Dr. Nicholas Dirig:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 1008**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

05/30/2019  8:56AM (GMT-07:00)

**Lincoln/Wofford 1009**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/03/2019 - Office Visit: Re: Bil Hips**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 05/03/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up exam for his bilateral right worse than left hip pain.  He has osteoarthritis.  He had wanted to keep working on an ocean-going tugboat.  With that in mind, I recommended that he not have surgery.  He had some intra-articular corticosteroid injections which helped this pain some.  He was apparently evaluated by his employer's physician who based on the patient's exam and radiographs did not allow him to return to work.  He is back to for a follow up exam.  At this point, he is to the point where his hip pain is now more bothersome for him.  He would like to consider hip replacement surgery and he is willing to not go back to work particularly for his right hip.
**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

**Medications and Allergies**
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**        *May 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705                    Page 2
Phone: 7757836190  Fax: 7757836191                          Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .     .
**Cardiovascular:** Complains of .     .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .     .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .     .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  His skin is intact without lesions.  Clinically, his leg lengths are equal.  His

**Lincoln/Wofford 1011**



**Tahoe Fracture and Orthopedic Medical Clinic**    *May 30, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705    Page 3
Phone: 7757836190  Fax: 7757836191    Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:    Patient ID: 255382    Ins: BCBS NV Bluecard * Grp:
78981ERC

---

right hip has decreased range of motion.  He has minimal if any internal rotation and adduction.  He has about 10 to 15 degrees of external rotation.  Any pain particularly at the extremes reproduces his groin and hip pain.  He walks with an antalgic gait.  His abductors, adductors and hip flexors are strong.  He has no tenderness over the trochanteric bursa region.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral right worse than left hip pain.  He has osteoarthritis that is interfering with his activities of daily living and quality of life and at this point it is affecting his ability to work.  His symptoms have been present since an injury when a wave crashed overboard on the ocean-going tug that he was on and have not resolved with conservative measures.

PLAN:
I discussed with the patient the treatment options.  At this point, the only thing he has not tried would be surgery with a right total hip arthroplasty.  Again, his right hip is much more symptomatic than his left currently.  We again went over in exhaustive detail that I do not think that he will be safe to return to his current job working on an ocean-going tugboat after his hip replacement surgery as I think it will be too physically demanding and put him at risk for injuring himself or dislocating his hip with the unsteady season the work that he has to do.  With that in mind, hip replacement will basically enforce the patient to change careers.  Additionally, we discussed at length that hip replacements are designed to improve his pain and function.  They are not designed to do sporting activities and they certainly do not last forever and he will likely need a redo operation at least once in his lifetime.  Again, after extensive discussion, the patient voiced understanding.  We then went over the risks of right hip replacement which include but are not limited to bleeding, infection, damage to any surrounding nerves, vessels or other structures, continued pain, possible need for further surgery, fracture, instability, dislocation, stiffness, limp, leg length inequality, component loosening, breaking or wearing out over time, deep venous thrombosis, pulmonary embolism and reaction to anesthesia including possible heart attack, stroke or death.  The patient reported that he understood these risks and wishes to proceed with a right total hip arthroplasty.  He will be scheduled at his convenience.  We will plan to use vitamin E plastic and a ceramic head for a better bearing surface and he will be scheduled at his convenience.  He will need the preoperative labs and workup and I will see him back in the clinic about a week or so before his surgery or sooner should he have any issues.

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu
**Work Status:**

**Lincoln/Wofford 1012**



**Tahoe Fracture and Orthopedic Medical Clinic**     *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705     Page 4
Phone: 7757836190  Fax: 7757836191     Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:               Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**Follow Up**

**Electronically signed by NICHOLAS J DIRIG on 05/07/2019 at 5:54 PM**

---

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**02/27/2019 - Office Visit**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

02/27/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman who I saw previously with bilateral right worse than left hip
pain.  He has osteoarthritis which appeared to be exacerbated after an injury at work because of his line
of work working on boat in the ocean multiple months at a time doing labor type of a job.  We discussed
when I saw him previously that although hip replacements would be an option for him, I do not think it
would be safe for him to return to work with hip replacements.  With that in mind, we tried intra-articular
corticosteroid injection, which he had recently and is here today to discuss the results of.  He states that
the injections done about two weeks ago have helped significantly.  He has almost no pain on the left
side and he has much improved pain on the right side.  His right-sided hip pain is really only present
when he has rotational type movements, so he is able to consciously control those.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN

**Lincoln/Wofford 1014**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                      Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as
needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per
week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left.
Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue .
**Eyes:** Complains of eye irritation .
**ENT:** Complains of .   .
**Cardiovascular:** Complains of .   .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up
blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness .
**Skin:** Complains of suspicious lesions .
**Neurologic:** Complains of numbness .
**Psychiatric:** Complains of anxiety .
**Endocrine:** Complains of .   .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .   .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**   P: **86**  BP: **132/ 72** mm Hg

**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Lincoln/Wofford 1015**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:
78981ERC

Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:

---

**Body:**
**BMI:** 27.36 (**Overweight**)

PHYSICAL EXAMINATION:
Examination of the patient's bilateral lower extremities reveals that he is neurovascularly intact distally. He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has no wounds noted.  Both hips have improved symptoms with range of motion.  He does have limited motion because of his arthritic changes, but much less pain with motion today.  Again, the right side is more symptomatic than the left.  He walks with almost a normal gait today in the clinic.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral hip pain secondary to moderate-to-severe osteoarthritis.  It has been chronic and ongoing, but it was exacerbated after injury at work on December 29, 2018, when a wave crashed overboard on his ocean-going tugboat where he works as a merchant marine, knocking him over.  His symptoms have improved significantly with bilateral hip injections with corticosteroids more so on the left than the right.

PLAN:
At this point as his symptoms have improved significantly, they are not back to their baseline but they are much better.  I think it is safe for him to return to his duties on the boat.  I do think though that he would do better if he only worked for about two months at a time instead of five months at a time like he had been doing previously with a month off between stints on the boat.  When he does return land side for his month off, we will repeat his corticosteroid injections on three-month interval as long as they give him enough relief of his pain.  If his symptoms persist despite the injections, we will discuss total hip replacement if necessary, particularly on the right side.  I did again discuss with him that I think given his line of work it would be a little leery of him returning to his normal duties after hip replacement for fear of injury or dislocation, but again we will discuss this if we have to depending on the results of his injections.

Finally, as far as the patient's future care is concerned, I do believe his injury at work certainly exacerbated his chronic arthritic hips but he likely would have needed care for this regardless. If he is able to resume his normal duties with the injections and conservative management, I think that would be an acceptable and appropriate outcome from a Workman's Compensation standpoint. If, however, he is unable to return to his previous level of function, he may require further treatment for this work related injury which may include hip replacement surgery.

I will see the patient back in the clinic when he returns to work after his next tour on board, and again we will schedule him for repeat injections in about three months as well.

The patient will continue his Mobic orally as well to help with any remaining symptoms in the meantime.

**Lincoln/Wofford 1016**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 4
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu


**Work Status:**




**Follow Up**




**Electronically signed by NICHOLAS J DIRIG on 03/01/2019 at 4:44 PM**

---

**Lincoln/Wofford 1017**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*May 30, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                        Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**02/08/2019 - Office Visit: New est Pt: Bil Hips**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 02/08/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman, here for evaluation of his bilateral hips.  Related to his hips, he has pain in both of his groins that radiates down his thigh, towards his knees but never grows past his knees.  The pain has been ongoing for at least two years or so and has been slowly getting worse, but it sounds like on December 29, 2018, he was working on his ocean-going tugboat as a merchant marine when a large wave came over the December and hit him, knocking him over.  Since then, his pain has been significantly increased on the right more so than the left hips.  He has tried over-the-counter medications without any improvement at all in his symptoms.  The pain is to the point where he is unable to work, and it is affecting his activities of daily living and quality of life.  He is here today to discuss further treatment options.

**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

**Medications and Allergies**
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL

**Lincoln/Wofford 1018**



**Tahoe Fracture and Orthopedic Medical Clinic**    *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                  Page 2
Phone: 7757836190  Fax: 7757836191                      Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                  Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue .
**Eyes:** Complains of eye irritation .
**ENT:** Complains of .   .
**Cardiovascular:** Complains of .   .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness .
**Skin:** Complains of suspicious lesions .
**Neurologic:** Complains of numbness .
**Psychiatric:** Complains of anxiety .
**Endocrine:** Complains of .   .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .   .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**   P: **82**  BP: **134/ 74** mm Hg

**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 **(Overweight)**

PHYSICAL EXAMINATION:

**Lincoln/Wofford 1019**



**Tahoe Fracture and Orthopedic Medical Clinic**    *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705    Page 3
Phone: 7757836190  Fax: 7757836191    Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

Examination of the patient's bilateral lower extremities reveals that he has sensation intact to light touch from L3 through S1.  He has +2/4 dorsalis pedis and posterior tibial pulse with brisk capillary refills.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantar flexion.  His skin is intact without lesions.  His knee exams are normal and benign.  As far as his hips are concerned, he has somewhat limited arch of motion of both hips.  He has internal rotation of maybe 5 to 10 degrees and external rotation of about 20 degrees or so of both hips.  He has some mild pain throughout and at the extremes in particular.  This seems to reproduce his symptoms.  His abductors, adductors, and hip flexors are all strong, although he does have a little bit difficulty with hip flexion because of the pain as well.  He has no significant tenderness over the trochanteric bursal regions bilaterally and no back or buttock tenderness.

IMAGING STUDIES:
Radiographs of the patient's bilateral hips were taken at Carson Tahoe previously and reviewed.  They show evidence of bilateral moderate-to-severe hip osteoarthritis.  The right is radiographically a little bit worse than the left.  He has subchondral sclerosis, osteophyte formation, and joint space narrowing of both hips.  No fractures, masses, or dislocations are appreciated.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral hip pain secondary to moderate-to-severe osteoarthritis.  This has been chronic and ongoing, but it seems to be exacerbated after a recent injury at work on December 29, 2018 when a wave crashed overboard on his ocean-going tug that he was working as a merchant marine, knocking him over.  The pain is affecting his activities of daily living and quality of life and is not allowing him to return to work.

PLAN:
I discussed with the patient the treatment options.  As his goal is to return to be in the merchant marine on the tugboat, working a labor-type job, I recommended that we try conservative measures with a powerful antiinflammatory and muscle relaxer, both of which we will call over to his pharmacy for Mobic and Flexeril.  Additionally, I think he would benefit from bilateral intraarticular injections of both hips with a corticosteroid.  We will send over a referral for these injections as well as well as approval through workmen's compensation.  I would like to see him back in the clinic about two weeks after the injections to see how they are working.  If his symptoms have improved to the point where he is safe and able to go back to work, we will allow him to return to work at that time.  Until then, I think it is unsafe for him to return to the work on the tugboat, and we will keep him off work.  If his symptoms do not improve with the injections and medications, we may have to consider total hip arthroplasties.  If that is the case, I discussed with the patient that I do not think it would be appropriate for history of him to return to his previous line of work where he is doing significant labor on an unstable platform and working on a boat where he does not have access to land for many months at a time.  The patient reluctantly understood this issue as well, but for the meantime, we will try conservative measures first.  Again, I will see him back in the clinic about two weeks after the injections for a repeat evaluation.  If he is doing well, we will try to release him back to work at that time.

**Lincoln/Wofford 1020**



**Tahoe Fracture and Orthopedic Medical Clinic**          *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                        Page 4
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                  Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD:sa/sb

cc:     Jay Betz, M.D., Workmen's Compensation Physician.
**Work Status:**



**Follow Up**



**cc:** betz md



**Electronically signed by NICHOLAS J DIRIG on 02/12/2019 at 1:09 PM**

---

**Lincoln/Wofford 1021**

# F A X  S H E E T

Date:             Jan-24-2019 02:55:03
To:               Jones,David
Subject:          Re Wayne Wofford, add to his med records please
Fax Number:       775-783-6191
To Company:       Jones,David
From Name:        Gallagher,Robin
From Company:     CTPC-Dayton
From Facility:    CTPC-Dayton
Support Contact:  775-445-7630
Number of Page(s): 2

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

 **CARSON TAHOE Regional Medical Center**

PO Box 2168
Carson City, NV 89702-2168
775/882-1361

## DIAGNOSTIC SERVICES REPORT

| Check-In # | Order # | Exam | |
|---|---|---|---|
| 3332765 | H1735209 | OPI6761 | GXR HIP W/PELVIS BILAT 2 VWS 73521 |
| | **ICD:** | | |

**TYPE OF EXAM:** GXR HIP W/PELVIS BILAT 2 VWS 73521 **DATE:** 01/22/2019 at 11:28
**INDICATION:**

FINAL

EXAM: Bilateral hip radiographs with AP view of the pelvis, 2 views.

HISTORY: UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP, UNSPECIFIED
OSTEOARTHRITIS TYPE

COMPARISON: None available.

FINDINGS: No fracture or dislocation is noted. Proximal femurs are unremarkable.
There is severe axial joint space narrowing on the right and moderate to severe
joint space narrowing on the left. Bilateral femoral osteophytes. There is mild
sclerosis on either side of the joint bilaterally, right greater than left.
Sacrum and sacroiliac joints are unremarkable. No soft tissue abnormalities
noted.

IMPRESSION: Moderate to advanced degenerative changes of the hips bilaterally,
right greater than left.

Electronically Signed by: Kinsey Pillsbury 1/22/2019 1:18 PM

Electronically Signed By:    PILLSBURY, KINSEY R

| FINAL | | | | | Page 1 of 1 |
|---|---|---|---|---|---|
| **Patient Name** | | | **MRN** | **Account #** | |
| WOFFORD, WAYNE C | | | 020374920 | 1902200479 | |
| **DOB** **Age** | **Sex** | **Check-In** | | **Loc/Room** | |
| 58 | M | 01/22/19 at 11:28 | 3332765 | | |
| **Ordering Physician** | | | | **Attending Physician** | |
| HALASKA, GERARD | | | | | |

DAYTON, NV 89403
7754457630
**DX:**

01/24/2019  2:56PM (GMT-08:00)

**Lincoln/Wofford 1023**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| **Date:** May 30, 2019 | |
| **To:** DR JENNIFER MENDOZA<br>TAHOE FRACTURE | |
| **Attn:** MEDICAL RECORDS | |
| **Fax:** (775) 783-6191 | |
| **From:** Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0310 | |
| **Total Pages**<br>**(Including Cover):** 3 | |
| **RE:**<br><br>Claim #:    9007521<br>Claimant:  Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

05/30/2019   8:56AM (GMT-07:00)

**Lincoln/Wofford 1024**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Dr. Jennifer Mendoza
Tahoe Fracture

RE:   Long Term Disability (LTD) Benefits
      Crosby Tugs, LLC
      Claim #: 9007521
      Claimant: Wayne Wofford
      Claimant D.O.B.:

Dear Dr. Jennifer Mendoza:

We are the Disability Claim Administrator for your patient, Wayne Wofford.

To evaluate Mr. Wofford's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through present.

We ask that you provide this information by June 13, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Wofford allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Wofford's signature.

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Wofford 1025**

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

05/30/2019  8:56AM (GMT-07:00)

**Lincoln/Wofford 1026**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**          *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    Page 1
Phone: 7757836190  Fax: 7757836191                    Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                  Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**02/15/2019 - Office Procedure: Bil Hip Intra-articular INJ**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**


Hip Joint Injection

Operation:

bilateral Hip joint injection, under fluoroscopy

Anesthesia:

local

Indications: Using models and diagrams, I described the technique of hip joint steroid injections. Risks. including, but not limited to, bleeding, infection, and nerve damage were discuss.. All questions were answered. The patient understands these risks and elects to proceed.

Procedure in Detail:

After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the supine position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the hip was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion. Under fluoroscopic guidance, the hip joint was visualized.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced toward the lateral aspect of the right hip joint. After negative aspiration, 3mL of contrast dye was injected, showing spread throughout joint and capsule. There was no evidence of intravascular injection. After negative aspiration, 40 mgs of triamcinolone mixed with 5mL of 1% plain lidocaine was injected incrementally.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced toward the lateral aspect of the left hip joint. After negative aspiration, 3mL of contrast dye was injected, showing spread throughout joint and capsule. There was no evidence of intravascular injection. After negative aspiration, 40 mgs of triamcinolone mixed with 5mL of 1% plain lidocaine was injected incrementally.

**Lincoln/Wofford 1027**



**Tahoe Fracture and Orthopedic Medical Clinic** *May 30, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705 Page 2
Phone: 7757836190  Fax: 7757836191 Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

The patient tolerated the procedure well and without complication. T. patient was observed for approximately 20 minutes and discharged home in satisfactory condition with the appropriate discharge instructions.

Fluoroscopy time:

8 secs

**Electronically signed by JENNIFER MENDOZA MD on 02/15/2019 at 10:50 AM**

---

**Lincoln/Wofford 1028**

**n0235808**

| | |
|---|---|
| **From:** | Sprous, Tracey |
| **Sent:** | Thursday, May 30, 2019 10:57:24 AM |
| **To:** | arodrigue@crosbytugs.com;   tcrosby@crosbytugs.com |
| **Subject:** | WAYNE WOFFORD 9007521 |

Good Morning,

Can you please confirm the date of hire for this employee as we do not have eligibility information for this employee in our system?   Also, I am assuming he has LTD coverage. Is this correct?

Thank you,

**Tracey Sprous**

Senior Claims Examiner

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

Disabilitydocuments@lfg.com

800.320.7585 Office

X41452 Extension

603.559.0310 Fax

LincolnFinancial.com

Lincoln/Wofford 1030

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209


MR. WAYNE WOFFORD

**Lincoln/Wofford 1031**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

May 30, 2019

Mr. Wayne Wofford

RE:    Long Term Disability (LTD) Benefits
       Crosby Tugs, LLC
       Claim #: 9007521

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Crosby Tugs, LLC. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

### *When Must Liberty be Notified of a Claim?*

*1. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*2. When written notice of claim is applicable and has been received by Liberty, you will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, you can send to Liberty written Proof of claim without waiting for the forms.*

### *When Must Liberty Receive Proof of Claim?*

*1. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

*2. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*3. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

**Lincoln/Wofford 1032**

*Liberty reserves the right to determine if your Proof of loss is satisfactory.*
To assist us with our review, please complete the following forms and return them to this office as soon as possible:

- Activities Questionnaire
- Agreement Concerning Benefits Form
- Authorization to Release Information
- Claimant Supplementary Statement
- Claimant Information form
- Family Information Form
- Training Education and Experience
- Copy of your Driver' License
- Copy of Worker's Compensation Payment
- Workers Compensation Information Form

All office treatment notes from January 1, 2019through present including summaries of office visits, a medication summary, diagnostic tests and results and any other objective medical information in order to support your claim for disability benefits from Dr. Jay Betz, Dr. Nicohlas Dirig, Dr. Gerard Halaska, Dr. Jennifer Mendoza

John Muir' Group Disability Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 45 days, as required under the terms of your Policy.

Although you have until July 10, 2019 under the terms of your Policy to submit this information, as well as any other documentation supporting your claim for disability benefits, we ask that you submit this information as well as all other supporting documentation as soon as possible and by 21 days from the date of this letter.

Please be advised until we have proof of disability and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period. In the absence of this information, we will make a claim determination based on the information in our file.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (800) 320-7585 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: Activities Questionnaire Form

**Lincoln/Wofford 1033**

Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Workers' Compensation Information Form
Authorization

**Lincoln/Wofford 1034**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Crosby Tugs, LLC

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____     stand _____     walk _____

How many hours a day do you:

sit _____     stand _____     walk _____

Do you take a nap during the day?

Yes_____     No _____

If Yes, for how long? _____     At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane_____     walker_____     crutches_____     wheelchair _____     other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____     No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_____

Do you have children?

Yes_____     No _____     If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes_____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Wofford 1035**



How often do you get outdoors? _____

Are you left or right hand dominant?   Left _____   Right _____

Are you able to work in your garden?   Yes _____   No _____

Are you able to work on your house?   Yes _____   No _____

Are you able to wash your car?   Yes _____   No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.   Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to _independently_ conduct routine daily activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?  Yes _____   No _____

If Yes, please provide reason and hospital contact Information: _____

 

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____      No _____

If Yes, please describe _____

Do you participate in an exercise program?      Yes _____      No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____      No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                   Yes _____      No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____          Date: _____

Signature: _____

**Lincoln/Wofford 1037**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AGREEMENT CONCERNING BENEFITS

Return To:   Tracey Sprous

Plan No: 09 - 467044                    Claim Number: 9007521

Employer: Crosby Tugs, LLC            Address

Claimant: Wayne Wofford

Date of Disability: 01/01/2019

In return for the advance payment of group disability benefits made to me by Crosby Tugs, LLC, which may be in excess of the amount due to me under the terms of Plan number 09 467044  I, for myself, my heirs, executors, administrators and assigns agree:

1)      That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)      If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Crosby Tugs, LLC.

3)      If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Crosby Tugs, LLC, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Plan provisions.

4)      I understand that thereafter Crosby Tugs, LLC is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Plan in accordance with the terms of the Plan.

I understand that Crosby Tugs, LLC in reliance on the above statements and promises, has agreed to advance benefits to me.

_____
Claimant Name (please print)

_____
Address

_____
Signature

_____
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

**Lincoln/Wofford 1038**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9007521__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Wofford 1039**

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to present. . *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. : (___) _____ Fax No. :(___) _____          Telephone No. : (___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. : (___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____ **DATE:** _____

**Lincoln/Wofford 1040**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

---

**EMPLOYEE/CLAIMANT NAME:** Wayne Wofford    **CLAIM #:** 9007521

**EMPLOYER:** Crosby Tugs, LLC    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name    Relationship to you?    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**    **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/Wofford 1041**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____          DOB: _____

Do you have children or dependents*?   Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

**Lincoln/Wofford 1042**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____     Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From:_____   To:_____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company

**Lincoln/Wofford 1043**

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

### **Computer Utilization:**

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (   )** _____

**Lincoln/Wofford 1044**

# Workers' Compensation
# INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

---

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9007521

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

---

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _____

2. Location of Injury (please provide complete address): _____

3. Description of Injury/Sickness (please include copy of accident report): _____

_____

4. Please provide the name of your Employer:

     Company Name: _____

     Address: _____

     Supervisor Name: _____ Telephone: (____)_____

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

     Insurance Carrier: _____

     Address: _____

     Telephone: (____)_____

     Claim Representative: _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

     Yes ☐     No ☐

     If "Yes":     Weekly Benefit Amount $ _____

          Claim No.: _____

7. Are you using the services of an attorney?

     Yes ☐     No ☐

     If "Yes":     Name: _____

          Address: _____

          Telephone: (____)_____

SIGNATURE: _____ DATE: _____

DP 539D – Rev. 12/02

**Lincoln/Wofford 1045**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __9007521__ Date: _____

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Wofford 1046**

April 3, 2019

Joseph E. Lee III
365 Canal Street
Suite 2000
New Orleans, LA 70130

Re:   Wayne Wofford

Dear Mr. Lee:

Wayne Wofford was seen in consultation 04/02/2019. He is 58 years of age, 5'10" tall and weighs 190 pounds. He is single and the father of two children, ages 27 and 21. He is a widower. He has a long history of employment offshore in the marine industry as a Chief Engineer on supply boats and tug boats.

The patient related two incidents. He stated that on 01/12/2018, he was unloading groceries in Brownsville, Texas. He drove from Brownsville, Texas to Fourchon and during the course of the trip, he began to have stiffness in his low back. Over the weekend, he began to have referred pain into his right anterior thigh. He was seen at OMS locally 01/15/2018. He related a prior history of a lumbar injury and nerve palsy involving the left leg several years in the past. He had an MRI and rehabilitation and physical therapy after that incident. He did not have any injections. He gave a history of chronic pain that comes and goes. His examination was unremarkable. Lumbar X-ray studies confirmed advanced spondylosis, and he was allowed to return to work, regular duty and to return on an as needed basis.

He stated that on 12/29/2018 he was on the back deck of a vessel cutting on a shackle when a large wave washed over the boat flipping him over the anchor and causing him to hit a buoy covered with rubber coating. He twisted and hit the buoy with his low back. This incident aggravated his pre-existing low back and leg symptoms. An incident report was filed. He was seen in Galiano, Louisiana and went back to the boat. He did not return offshore and instead flew back home to Nevada. He has not returned to work. He is receiving maintenance benefits.

The patient related today that he has no neck pain and he does have persistent back pain which is identical to the pre-incident level of symptoms. He complains of bilateral hip pain, right worse than left with referred pain to the top of his thighs. He

**Lincoln/Wofford 1047**

Wayne Wofford – Page 2
04/03/2019

related that two months ago he had an injection in both hips with significant relief of symptoms.

Since the last incident he has been evaluated by Dr. Gerard Halaska, Dr. Jay Betz, Dr. Nicholas Dirig. He related that on 02/27/2019, he was released by Dr. Dirig to return to work without restrictions.

The patient is here for a return to work examination.

Grip strength testing is symmetrical with Dynamometer. Examination of the cervical and lumbosacral spines was completed. The patient has normal reflexes in both upper and lower extremities. He has no deficits to pin prick or light touch in the arms, hands, legs or feet. He has full motion in the cervical and lumbosacral spines without subjective complaints identified. Long toe extensor function is equal, symmetrical and 5/5. Quadriceps function is 5/5 bilaterally. Straight leg raise examination is negative to 90° seated x 2. He walks without a limp. No assistive device is utilized. He can heel and toe walk without difficulty. There is no muscle spasm identified in the axial spine. He has no point tenderness in the axial spine. He has no sciatic notch tenderness. His pelvis is level.

Examination of both hips is accomplished. Patient has 50% loss of internal and external rotation on the right and 40% loss on the left. He has complaints of discomfort on the right with full internal rotation. He has 60° of abduction on the left and 45° on the right with discomfort noted. There is no tenderness over the greater trochanter.

X-ray examinations of the cervical, thoracic and lumbar spines and pelvis and hips were completed.

The cervical study confirmed mild degenerative changes at C5-6 and C6-7 with slight loss of disc space height. The thoracic studies confirm an increased thoracic kyphosis with anterior wedging at T4, T5 and T6. Lumbar studies confirm slight loss of disc space height and anterior osteophytes at L2-3. The examination of both hips confirms advanced degenerative arthrosis bilaterally with bone on bone pathology identified. All findings predate both incidents.

The following responses to questions are submitted.

1. *Did the symptoms of low back pain and bilateral hip pain result from alleged incidents on 01/12/2018 and/or 12/29/2018? Are his complaints related to degenerative or other conditions that pre-dated this incident?*

**Lincoln/Wofford 1048**

**Response:** This patient may have had a temporary aggravation of previous conditions in the lumbar spine and both hips causally related to both incidents. The patient returned to work following the 01/12/2018 incident without limitations. The patient has recovered from the 12/29/2018 incident and has been released to return to work by his treating physicians as of 02/27/2019, regular duty. The temporary aggravation related to both incidents has resolved.

2. *In your opinion, given his current symptoms and prognosis is Mr. Wofford able to return to his position as chief engineer with Crosby Tugs?*

**Response:** In my opinion, this patient is not a candidate to return to his position as Chief Engineer with Crosby Tugs.

3. *Has Mr. Wofford reached a point of maximum medical improvement, such that any further treatment would be purely palliative in nature and not curative?*

**Response:** The patient has reached MMI as discussed in number one above. He is not a candidate for any further evaluation or treatment causally related to either incident, 01/12/2018 or 12/29/2018. Any further treatment would palliative in nature.

4. *What future restriction or disability do you anticipate for Mr. Wofford, if any?*

**Response:** Mr. Wofford has pre-existing progressive degenerative spondylosis in the lumbar spine and pre-existing progressive degenerative osteoarthritis in both hips. Irrespective of either incident, more probable than not, he will require treatment in the future as he ages. Any future restrictions or disability will be related to the pre-existing conditions and not the incidents of 01/12/2018 and/or 12/29/2018.

Sincerely,

CHRISTOPHER E. CENAC M.D., F.A.C.S.

CEC/EH08
dictated, final not read

**Lincoln/Wofford 1049**

**n0214981**

| | |
|---|---|
| **From:** | SCU |
| **Sent:** | Tuesday, May 28, 2019 5:10:25 PM |
| **To:** | Stewart, Maggie |
| **Subject:** | RE: Crosby Tugs - LTD Claim Creation |
| **Attachments:** | image002.png; image004.png; image005.png; image006.png; image007.png; image008.png; image009.png; image010.png; image011.png; image012.png; image013.png; image014.png; image015.png; image016.gif |

*Good Afternoon,*

*I have created LTD claim # 9007521 for the below request.*

*Thank you,*

*Terri Leach*

**Terri Leach**

Sr. Customer Info Rep

Claim Intake & Contact Center

Lincoln Financial Group

100 Liberty Way

Dover, NH   03820

603-970-8027   Office

**Lincoln/Wofford 1050**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Stewart, Maggie
**Sent:** Wednesday, May 22, 2019 1:00 PM
**To:** SCU <SCU@lfg.com>
**Subject:** Crosby Tugs - LTD Claim Creation

Hello,

Please create an LTD claim for this employee. He filed for STD several months ago but the claim was denied due to it being worker's comp. the employee is still out and would like to initiate LTD.

Thanks,

**Maggie Stewart, MBA**

Sr. Account Manager

Lincoln Financial Group

**Lincoln/Wofford 1051**

281-615-7150 Mobile

maggie.stewart@lfg.com

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Clayton Babcock [mailto:claytonb@babcockconsultinggroup.com]
**Sent:** Monday, May 20, 2019 3:50 PM
**To:** Stewart, Maggie <Maggie.Stewart@lfg.com>
**Subject:** FW: Wayne Wofford

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This message was sent securely using ZixCorp.

Maggie, Crosby has an employee that has had ongoing health considerations and seems to be currently unable to go back to work.   Can you please have an LTD claims payor take a look at the attached from one of his doctors and give me their thoughts on the likelihood of being granted Long Term Disability coverage given his condition?

Thanks,

Clay

**Lincoln/Wofford 1052**

**Clayton Babcock |** *President & CEO* **| Babcock Consulting Group**

Office: 504.315.4500 **|** Fax: 504.315.4510

5020 Utica Street **|** Metairie, LA  70006

claytonb@babcockconsultinggroup.com **|** www.babcockconsultinggroup.com

*Disclaimer:  Nothing we present should be interpreted as legal advice, tax advice or interpretation of employee benefit laws including, but not limited to the Patient Protection and Affordable Care Act, Health Care and Education Reconciliation Act, ERISA, COBRA, and HIPAA as we are not attorneys.   If you have any need for such advice or interpretation, you should seek that from your attorney.*

*Email Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). The message is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete the material from any computer.*

**From:** Ashley Rodrigue <arodrigue@crosbytugs.com>
**Sent:** Friday, May 17, 2019 11:25 AM

**Lincoln/Wofford 1053**

**To:** Clayton Babcock <claytonb@babcockconsultinggroup.com>
**Subject:** FW: Wayne Wofford

Clay,

Can you call me when you have some time to discuss this?

Thanks,

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Tara Crosby
**Sent:** Friday, May 17, 2019 11:18 AM
**To:** Ashley Rodrigue
**Subject:** FW: Wayne Wofford

**From:** Miles P. Clements (1247) [mailto:Miles.Clements@phelps.com]
**Sent:** Thursday, April 11, 2019 2:58 PM
**To:** Tara Crosby; Wade Savoy
**Cc:** Josh Lee (1251)

**Subject:** Wayne Wofford

Tara and Wade,

We have received Dr. Cenac's report. He does not feel Mr. Wofford is a candidate to return to his position as a Chief Engineer for Crosby Tugs. The report is attached.

Do you have some time today or tomorrow for a telephone conference to discuss? Let me know and we will set up a conference call. You pick the time.

Regards,

Miles

_____
**Miles P. Clements**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9247
Fax: 504-568-9130
Email: miles.clements@phelps.com

http://www.phelpsdunbar.com/

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message,

**Lincoln/Wofford 1055**

then delete the e-mail and any attachments from your system. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

----------------------------------------------------------------------
This message was secured by **ZixCorp**[R].

**Lincoln/Wofford 1056**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 1057**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 427-2124

January 11, 2019

Mr. Wayne Wofford

RE:    Short Term Disability (STD) Benefits
        Crosby Tugs, LLC
        Claim #: 6147438

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Crosby Tugs, LLC's Group Disability Plan.  We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

The Plan under which you are covered contains the following exclusion regarding Workers' Compensation:

> ***Disability Benefit Exclusions***
>
> ***A Weekly Benefit will not be payable if a Covered Person becomes Disabled due to:***
>
> ***1. Injury that arises out of or in the course of employment; or***
>
> ***2. Sickness when a benefit is payable under a Workers' Compensation Law, or any other act or law of like intent.***
>
> ***These exceptions will not apply to partners or proprietors who elect not to be covered under such law***s.

During a phone call on January 7, 2019, you advised that your condition was caused by work-related circumstances. Your employer also confirmed in an email this is caused by  work related circumstances and you are not eligible for Short Term Disability benefits

Because your condition resulted out of the course of your employment, we are unable to approve your claim.

**Lincoln/Wofford 1058**

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Proof of denial of a Worker' Compensation claim, all treatment notes, diagnostic test results and procedure reports from all other treating providers reflecting ongoing restrictions and limitations to preclude normal life and work related activity

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

**Lincoln/Wofford 1059**

Shá ata' hane'go shíká a'doowoł nínízingo saad hosínílį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Ramos
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41512
Secure Fax No.: (603) 427-2124

**n0304910**

| **From:** | Ashley Rodrigue |
| **Sent:** | Wednesday, January 09, 2019 11:34:52 AM |
| **To:** | Ramos, Nicole |
| **Subject:** | RE: New Disability Claim - 6147438 - WAYNE WOFFORD |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

*\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\**

He is now stating it was a work related incident. He won't be eligible for STD.

Thank you,

**Ashley Rodrigue**

Crosby Tugs, L.L.C.

Benefits Administrator

Phone: (985)632-7575

Fax: (985)632-7572

Email: arodrigue@crosbytugs.com

**From:** Ramos, Nicole [mailto:Nicole.Ramos@lfg.com]
**Sent:** Wednesday, January 09, 2019 10:37 AM
**To:** Ashley Rodrigue
**Subject:** RE: New Disability Claim - 6147438 - WAYNE WOFFORD

Good Morning,

**Lincoln/Wofford 1061**

I am following up on the below request for the eligibility statement.

Thank you

**Nicole Ramos Disability Case Manger**

Case Manager 1 Disability Claims

Lincoln Financial Group

P.O. Box 7209

Lincoln, KY 40742

800-320-7585 Office

41512 Extension

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** 0913SCU [mailto:0913SCU@LibertyMutual.com]

**Sent:** Thursday, January 03, 2019 7:12 AM
**To:** arodrigue@crosbytugs.com
**Cc:** Ramos, Nicole <Nicole.Ramos01@LibertyMutual.com>
**Subject:** New Disability Claim - 6147438 - WAYNE WOFFORD

Hello,

We have received an application for short term disability benefits as follows:

Employee: WAYNE WOFFORD

Reported last date worked: 12/31/2018

**Please do not respond back to this email address**.  It would be greatly appreciated if you would please complete the attached Employer's Statement form and return it via reply e-mail to the attention of the assigned case manager, Nicole Ramos at Nicole.Ramos@lfg.com, or by fax directed to 1-603-422-0119.

This claim cannot be processed and no determination will be made on behalf of the employee until we receive the requested information.  If you have any questions or if there is anything we can do to help you expedite this request, please feel free to contact us at (800) 320-7585.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

Notice of Confidentiality: **This E-mail and any of its attachments may contain

**Lincoln/Wofford 1063**

Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**Lincoln/Wofford 1064**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MR. WAYNE WOFFORD




**Lincoln/Wofford 1065**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 427-2124

January 8, 2019

Mr. Wayne Wofford

RE:    Short Term Disability (STD) Benefits
       Crosby Tugs, LLC
       Claim #: 6147438

Dear Mr. Wayne Wofford:

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Plan requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request that they provide our office with the following information:

      A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 29, 2018 through the present.

Crosby Tugs, LLC's STD Plan requires that you provide proof of disability in order to receive benefits. This proof must be provided by February 20, 2019. Without the information specified above, we will be unable to evaluate your claim eligibility and your disability benefits may be denied.

Crosby Tugs, LLC's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than February 20, 2019 as required under

**Lincoln/Wofford 1066**

the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Ramos
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41512
Secure Fax No.: (603) 427-2124

Attachments:   Authorization - Medical

**Lincoln/Wofford 1067**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 427-2124

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

 * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

 * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

 * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: _6147438_ Date: _____

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Wofford 1068**

**n0358612**

| | |
|---|---|
| **From:** | 0913SCU |
| **Sent:** | Thursday, January 03, 2019 9:11:37 AM |
| **To:** | 'arodrigue@crosbytugs.com' |
| **Cc:** | Ramos, Nicole |
| **Subject:** | New Disability Claim - 6147438 - WAYNE WOFFORD |
| **Attachments:** | Crosby Tugs Employer Statement.xls |

Hello,

We have received an application for short term disability benefits as follows:

Employee: WAYNE WOFFORD

Reported last date worked: 12/31/2018

**Please do not respond back to this email address**. It would be greatly appreciated if you would please complete the attached Employer's Statement form and return it via reply e-mail to the attention of the assigned case manager, Nicole Ramos at Nicole.Ramos@lfg.com, or by fax directed to 1-603-422-0119.

This claim cannot be processed and no determination will be made on behalf of the employee until we receive the requested information. If you have any questions or if there is anything we can do to help you expedite this request, please feel free to contact us at (800) 320-7585.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

**Lincoln/Wofford 1069**

**Life Claim Detail**

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc |

Add Life Claim Event   Add Life Waiver   Add Note   Check   Contact Info   Correspond   Doc List   Life Account Info   Note   Populate Waiver Data   SPELL Letters   Tasks

**Employee**

First Name WAYNE   MI

Last Name WOFFORD

SSN   DOB

**Customer**

Name CROSBY TUGS, LLC   ID 09 - 467044

Sub Name   Sub Code 0000

Loc Name CROSBY TUGS, LLC   Loc Code 00000000

---

\* **Life Claim Number** 9109433   Symbol SA   Numeral 01   Life Claim Sub 0000   Life Claim Loc 00000000   Prev Claim # 0

**Claimant**

\* Last Name WOFFORD   \* First Name WAYNE   MI   \* Relationship to Employee Employee

\* DOB   \* Gender Male   Marital Status Divorced

Address Line 1 1

Address Line 2

Address Line 3

City   State   Zip Code

Country UNITED STATES OF AMERICA   \* State of Residence NV

**Dependent**

FT Student Age 0   Disabled Child ☐

**Life Claim Events**

| Event Number | Event Type | Event Reason | Event Status | Analyst Name | |
|---|---|---|---|---|---|
| | | | | | |

**Life Waivers**

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---|---|---|---|---|---|---|---|
| 1 | Waiver of Premium | Denied | 01/01/2019 | 10/04/2019 | | No | KITTRIDGE, SANDRA |

**Life    ai  er Detail**

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen Life Waiver |

Add Vendor Pmt | Check | Correspond | Life Account Info | Linked Prov | Note | Tasks | Vendor Pmt

---

**Employee**

| First Name | WAYNE | MI | |
| Last Name | WOFFORD | | |
| SSN | | DOB | |

**Customer**

| Name | CROSBY TUGS, LLC | ID | 09 - 467044 |
| Sub Name | | Sub Code | 0000 |
| Loc Name | CROSBY TUGS, LLC | Loc Code | 00000000 |

---

| Life Claim Number | 9109433 | Waiver Number | 1 | Life Claim Sub | 0000 | Life Claim Loc | 00000000 | Submission | SYS1 |

**Employee Information**

| Class Code | | Census Validation | |
| * Takeover Indicator | | Annual Earnings $ | 12.00 |

**Waiver Information**

| Date Input | 07/03/2019 | Date Acknowledgement Letter Sent | 07/05/2019 | Received Date | 07/03/2019 |
| * Type | | * Status | | * Determination Date | 10/04/2019 |
| Close Date | | * Status Reason | | | |
| Reopen Date | | Reopen Reason | | | |
| Liberty LTD | ✓ | Disablity Claims Office | | | |
| Maintenance Indicator | | Benefit Reduction Schedule | | Waiver EP | |

**Disability Information**

| * Date of Disability | 01/01/2019 | Date Disability Reported | 07/01/2019 | Date Last Worked | 12/31/2018 |

**Diagnosis Information**

Description

| Code (1) | M54.5 | Low back pain |
| Code (2) | | |

**Coverage & Reserve Amounts**

| Basic Coverage Amount $ | 0.00 | Optional Coverage Amount $ | 0.00 |
| Basic Reserve Amount $ | 0.00 | Optional Reserve Amount $ | 0.00 |

**Lincoln/Wofford 1071**

**Case Manager**

| * | Assign To: | | |
|---|---|---|---|

N te e rt

| Report | Clear | Print | Help |

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

Claim

* Claim    e t Lea e Number  9109433                    mm ati  Number

N  te t  e

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**L    N  te**

Claim/Event/Leave: 9109433
NoteSubject : Action Plan
Other Subject : VENDOR PAYMENT
Text: [11/07/2019 - KITTRIDGE, SANDRA]ISSUED VENDOR PAYMENT IN THE AMOUNT OF $22.63 FOR RECORDS FROM DR. DIRIG, TAHOE CLINIC. *** THE VENDOR PAYMENT FOR CLAIM 9109433 HAS BEEN ADDED AND WILL BE PROCESSED IN THE NEXT BATCH CYCLE.

**L    N  te**

Claim/Event/Leave: 9109433
NoteSubject : Phone Call
Other Subject : DENIAL PCM - MSG
Text: [10/07/2019 - KITTRIDGE, SANDRA]CALL TO CLMT AT                    AND LMOM ADVISING OF COMLETED REVIEW ON WOP CLAIM AND DETERMINATION HAS BEEN MADE. ADVISED A LETTER WAS MAILED ON FRIDAY AND TO CALL IF HE HAS ANY QUESTIONS. PROVIDED DL AND CLAIM NO.

**L    N  te**

Claim/Event/Leave: 9109433
NoteSubject : Denied
Other Subject : NOT TD ANY OCC
Text: [10/04/2019 - KITTRIDGE, SANDRA]REC'D MDS REVIEWWHICH CONCLUDED CLMT IS CAPABLE OF WORKING AT A LIGHT CAPCITY WITH R&LS OF NO LIFTING GREATER THAN 20 LBS, AND NO SITTING FOR MORE THAN 45 MINUTES AT A TIME, NO SQUATTING, KNEELING, CLIMBING, OR REPETITIVE BENDING AT THE WAIST. BASED ON R&LS, IT IS REASONABLE THAT HE WOULD HAVE CAPACITY TO WORK IN AN ALTERNATIVE OCC. DENIED WOP FOR NOT TD ANY OCC WITH LETTER TO EE AND GENERIC DENIAL EMAIL TO ER.

**L    N  te**

Claim/Event/Leave: 9109433
NoteSubject : Other
Other Subject : OVN AND MDS SUMMARY
Text: [10/03/2019 - O'HARA, CHRISTINE]NDC RECEIVED THE UPDATED OVNS FROM AMANDA AN 8/30/19 DR. MENDOZA PREVIOUSLY REVIEWED PROCEDURE NOTE, 9/11/19 DR. DIRIG S F/U OVN THAT STATES EE IS 3 MONTHS STATUS POST RIGHT TOTAL HIP AND STATES ONGOING LEFT HIP PAIN FOR PAST 11 WEEKS. HE REPORTS HIS RIGHT HIP MOVEMENT IS BETTER BUT FEELS A LITTLE FOREIGN STILL. EXAM OF THE RIGHT HIP IS NOTED TO BE WITHIN NORMAL LIMITS WITH A WELL HEALED SCAR. MD NOTES HIS LEFT HIP EXAM IS ALSO NOTED TO BE NORMAL WITH PAINWITH ROM BUT STABLE. MD DISCUSSED TREATMENT OPTIONS FOR THE LEFT HIP OF A POSSIBLE LEFT TOTAL HIP REPLACEMENT AND LEFT HIP CORTISONE INJECTION AND MD NOTES IN THE EVENT HE FAILS CONSERVATIVE THERAPY OF THE LEFT HIP THEN SURGERY WILL BE DISCUSSED.MD NOTES FROM THE RIGHT HIP STANDPOINT HE HAS NO FURTHER RESTRICTIONS BUT RECOMMENDS AN INDEPENDENT FCE PRIOR TO RETURNING TO OCEAN-GOING TUG WORK HOWEVER ASIDE FROM NO BUNGEE-JUMPING AND SKYDIVING HE HAS NO RESTRICTIONS. BASED ON UPDATED OVNS FROM DR. DIRIG FROM 9/11/19 FORWARD NO R&LS WITH THE EXCEPTION OF NO BUNGEE-JUMPING OR SKYDIVING ARE IMPOSED AND HE IS ABLE TO DO ACTIVITY AS TOLERATED. HE DOES RECOMMEND AN FCE PRIOR TO RETURNING TO HIS CURRENT POSITION ON THE TUG-BOAT. UPDATED MEDICALS DO NOT ALTER PREVIOUS RECOMMENDED R&LS OF LIGHT DUTY WITH NO LIFTING, GREATER THAN 20LBS AND NO SITTING GREATER THAN 45 MINUTES AT A TIME WITH NO SQUATTING, KNEELING, CLIMBING, OR REPETITIVE BENDING AT THE WAIST WOULD BE SUPPORTED AT LEAST THROUGH 10/17/19 F/U WITH DR. MENDOZA. DISCUSS WITH LCS.

**L    N  te**

Claim/Event/Leave: 9109433
NoteSubject : Other
Other Subject : CM MDS ASSESSMENT
Text: [10/03/2019 - O'HARA, CHRISTINE]NDC PLACED A CALL TO DR. DIRIG S OFFICE TO CONFIRM DATE OF F/U WITH DR. DIRIG AND IF SURGERY FOR LEFT THA IS BEING SCHEDULED. NDC S/W AMANDA WHO CONFIRMED THAT EE HAS A F/U

Lincoln/Wofford 1073

WITH DR. MENDOZA ON 10/17/19 AND WAS SEEN IN F/U ON 9/11/19 WITH DR. DIRIG. NDC REQUESTED THE F/U OVN FROM DR. DIRIG BE FAXED TO NDC AND FAX NUMBER GIVEN. NDC THANKED AMANDA FOR HER ASSISTANCE AND THE CALL WAS ENDED. NDC WILL HOLD THE FILE UNTIL RECEIPT OF THE FAX.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Other
Other Subject : MDS REVIEW STATUS
Text: [10/03/2019 - KITTRIDGE, SANDRA]MDS REVIEW STILL NOT REC'D. REVIEWED LTD AND THEY HAVE ALSO SENT FOR AN MDS REVIEW ON 10/2. HOWEVER, MY INITIAL REQUEST FOR A WOP MDS REVIEW WAS ON 9/6/19. SENT ANOTHER F/U TO NCM TODAY.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Other
Other Subject : MDS REVIEW STATUS
Text: [09/26/2019 - KITTRIDGE, SANDRA]SENT F/U TO MDS FOR MDS REVIEW STATUS. OF NOTE, DR. CENAC'S OVNS WERE REC'D ON 9/17/19. CLMT HAD ADVISED IN OUR CONVERSATION OF 9/13 THAT HE WOULD LIKE THESE INCLUDED IN THE MEDICAL REVIEW.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Action Plan
Other Subject : 2ND ERISA EXTENSION
Text: [09/16/2019 - KITTRIDGE, SANDRA]SENT 2ND ERISA EXTENSION LETTER AS EE ADVISED ON 9/13 THAT HE WOULD LIKE TO HAVE DR. CENAC'S RECORDS INCLUDED. LCE WAS NOT ADVISED OF THIS IN ORIGINAL CONVERSATION. REVIEWED LTD AND THEY PAID AN INVOICE FOR THESE RECORDS FROM DR. CENAC ON 9/13. SENT 2ND EXTENSION LETTER TO CLMT ADVISING DECISION DUE BY 10/15.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Phone Call
Other Subject : WAYNE
Text: [09/13/2019 - KITTRIDGE, SANDRA]CALL TO CLMT AT                    AND ADVISED RECEIVED RECORDS AND MED REVIEW. HE INDICATED HE WOULD LIKE US TO HAVE THE RECORDS FROM DR CENAC. I ADVISED I WAS NOT ADVISED OF THIS AP. REVIEWED LTD AND THEY HAVE REQUESTED RECORDS FROM DR. CENAC AND PAID AN INVOICE FOR RECORDS TODAY. ADVISED HIM THAT I WILL REVIEW LTD IN A FEW WEEKS FOR THE RECORDS. EXPLAIN WOP IN DETAIL AGAIN AND DIFFERENCE IN DEF OF DISABILITY TDAO VS TDOO, EXPLAINED ONCE R&LS ARE DETERMINED, VOC REVIEW SEE IF CAPABLE OF ANY OTHER OCC (DEPENDING ON R&LS).. HE INDICATED HE IS IN SO MUCH PAIN EVERYDAY, NOT JUST HIS HIP BUT HIS BACK TOO. HE THAN EXPRESSED U/S, THANKED AND C/E.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : MDS Referral
Other Subject : MDS REVIEW
Text: [09/06/2019 - KITTRIDGE, SANDRA]REC'D UPDATED RECORDS THROUGH 8/30/19 FROM DR. DIRIG, ORTHOPEDICS AND RF WHICH NOTES TO CONTINUE PT AT THIS TIME, RTW IS PENDING IMPROVEMENT WITH R HIP AND POSSIBLE NEED FOR LEFT HIP REPLACEMENT. BILATERAL HIP OSTEOARTHRITIS AND NOW S/P R THA. REFERRING TO MDS FOR ASSISTANCE WITH R&LS, CAPACITY.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Phone Call
Other Subject : MSG TO CLMT
Text: [09/04/2019 - KITTRIDGE, SANDRA]REC'D CALL FROM CLMT RETURNING MY CALL BUT CALL DROPPED WHILE I WAS REVIEWING CLAIM. CALLED HIM BACK AND LMOM ADVISING WAS CALLING TO ADVISE WE DID NOT RECEIVE RECORDS FROM DR. DIRIG AND SENT A SECOND REQUEST ON 9/3.ADVISED DUE 9/18 AND TO CALL DR. DIRIG TO ENSURE THIS INFORMATION IS PROVIDED BY THE DUE DATE. PROVIDED DL AND CLAIM NO. FOR C/B.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Pended
Other Subject : CC & 2ND REQUEST
Text: [09/03/2019 - KITTRIDGE, SANDRA]CALL TO CLMT AT                    AND LMOM ADVISING CALLING RE: WOP ON LIFE INSURANCE, EXPLAINED IN DETAIL, AND ADVISED F/U ON OUR REQUEST FOR RECORDS THAT WAS SENT TO HIM AND DR DIRIG AND ADVISED WE HAVE NOT RECEIVED ANYTHING YET. ADVISED A F/U WAS SENT TO HIM AS WELL AS DR. DIRIG TODAY AND NOTED THIS INFORMATION IS DUE BY 9/18. ASKED THAT HE CALL DR. DIRIG TO ENSURE THIS INFORMATION IS PROVIDED TO US BY THE DUE DATE. PROVIDED DL AND CLAIM NO. FOR ANY QUESTIONS.

**L    N te**
Claim/Event/Leave: 9109433
NoteSubject : Action Plan
Other Subject : 1ST ERISA EXTENSION
Text: [08/17/2019 - KITTRIDGE, SANDRA]SENDING EXTENSION LETTER AS WE DO NOT HAVE CONFIRMATION FROM DR.

Lincoln/Wofford 1074

DIRIG OF HIS 6/24/2019 HIP SURGERY. REQUEST SENT TO DR. DIRIG ON 8/5/19.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Req'd Med Records/Forms
Other Subject : DR. DIRIG, ORTHO
Text: [08/05/2019 - KITTRIDGE, SANDRA]REVIEWED LTD. NO UPDATED RECORDS RECEIVED FROM DR. DIRIG, ORTHOPEDIC SURGEON. REQUESTED RECORDS FROM 5/4/19 AND RF WITH 30/45 DAY F/U'S.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Other
Other Subject : CLMT FORMS RECD
Text: [07/25/2019 - KITTRIDGE, SANDRA]REVIEWED LTD. CLMT FORMS HAVE BEEN REC'D. CSS, NO RETIREMENT. RECORDS STILL PENDING FROM DR. DIRIG IN LTD. WILL F/U AT 30 DAYS.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Action Plan
Other Subject : TEMPLATE
Text: [07/12/2019 - KITTRIDGE, SANDRA]SENT FIRST F/U FOR TEMPLATE TO ER.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Phone Call
Other Subject : INITIAL PCM
Text: [07/05/2019 - KITTRIDGE, SANDRA]REC'D C/B FROM CLMT. HE CONFIRMED THAT DR. DIRIG PERFORMED THE RIGHT HIP REPLACEMENT SURGERY ON 6/24, WILL NEED PT 3X A WEEK, ONCE READY, THEN PROBABLY LEFT HIP, AND THEN BACK (DIFFERENT AP). HE ADVISED HE COMPLETEDTHE CSS AND SENT BACK TO LTD WEEKS AGO. I ADVISED I WOULD REVIEW AGAIN AND WILL LET HIM KNOW IF I AM NOT ABLE TO LOCATE IT. HE INDICATED HE DID NOT GET A TE&E BUT HE CAN TELL ME RIGHT NOW HE HAS A HIGH SCHOOL DIPLOMA, NO COLLEGE, AND HAS BEEN A MERCHANT MARINE HIS ENTIRE CAREER SINCE 1982. I ADVISED I WOULD REQUEST UPDATED RECORDS FROM DR. DIRIG AND EXPLAINED WOP IN DETAIL. HE EXPRESSED U/S, AND MENTIONED THAT HIS ER SHOULD PAY THIS SINCE HE WAS HURT PRETTY BAD AND IT WAS AT WORK. I EXPLAINED WOP AGAIN AND NOTED IF DENIED AT ANY POINT, HE CAN ASK HIS EMPLOYER ABOUT THAT, AS WE ARE ONLY REVIEWING FOR WOP. HE EXPRESSED U/S, THANKED AND C/E.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Phone Call
Other Subject : INITIAL PCM - MSG
Text: [07/05/2019 - KITTRIDGE, SANDRA]CALL TO CLMT AT                    AND LMOM ADVISING OF WOP, EXPLAINED IN DETAIL AND ASKED FOR A C/B TO DISCUSS. ADVISED NEED TO CONFIRM IF SX HAPPENED ON 6/24, NAME OF PHYSICIAN, AND ADVISED A LETTER WAS MAILED TODAY EXPLAINING WOP. PROVIDED DL AND CLAIM NO FOR C/B.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Acknowledgment Sent
Other Subject : TEMPLATE
Text: [07/05/2019 - KITTRIDGE, SANDRA]REVIEWED LTD. 58 YOM CHIEF ENGINEER, CAPTAIN, WORKS OFFSHORE, MED OCC. WORK RELATED INJURY ON 12/29/18. EE WAS HIT BY A WAVE AND HIT BUOY. HE WAS TAKEN TO CLINIC WHEN EE CAME BACK IN TO PORT. EE WENT BACK TO THE BOATAND DID NOT GO OFF SHORE AND EE FLEW HOME ON MONDAY. EE WAS PAID THROUGH 12/31/18. EE HAS BEEN OUT OF WORK FOR LOWER BACK INJURY. BOTH HIPS ARE BONE ON BONE. NERVE PAIN. RIGHT LEG. EE TO HAVE RIGHT HIP REPLACEMENT. BACK INJECTION FOR LOWER BACK. TXTWO INJECTIONS IN BOTH HIPS. EE IS WAITING ON WC TO CONFIRM ONGOING TX PLAN. EE UNABLE TO KNEEL DOWN DUE TO HIPS AND RIGHT LEG. DANGEROUS FOR EE TO WORK. EE HAS TO JUMP ACROSS BARRAGES. EE ADVISED JOB HAS TAKEN TOLL ON EES BODY OVER THE YEARS. WCIS NOT COVERING BACK INJECTIONS ANYMORE. HIP INJECTIONS HELPED. THE RIGHT ONE IS HURTING BAD. TX PROVIDER DR. NICHOLAS DIRIG.( HIP) ORTHO PH NUMBER 775-783-6190** DR. BETZ NEVADA OCCUPATIONAL HEALTH CENTER. 775-887-5030. PH NUMBER MRI EE ADVISEDIS RECEVIING WC PAYMENTS. FUP WITH DR MENDOZA 5/29/19 FOR BACK AT TAHOE FRACTRUE & ORTHOPEDIC. RECOMMENED BACK INJECTIONS AND BURN NERVE ENDINGS BUT NEEDS WC APPROVAL. COMBORBIDS HEP C, RX FOR HEP C, 3 WEEKS TO GO NOT AFFECTING EES HEALTH. EE FUP WITH PCP. DR. HALASKA DAYTON, NV CARSON TAHOE PHYSICAN CLINICS. LOV 5/3/19 WITH DR. DIRIG ORTHO. RIGHT HIP DECREASED ROM, MINIMAL INTERNAL ROTATION AND ADDUCTION. 10 TO 15 DEGRESS OF EXTERNAL ROTATION. SX DISCUSSED AND CONFIRMED RIGHT HIP REPLACEMENT WILL BE COMPLETED ON 6/24/19 WITH DR.MENDOZA. LTD HAS REQUESTED 6/24/19 OP REPORT. CLMT FORMS HAVE NOT BEEN RECEIVED. SENT TEMPLATE TO ER AND ACK LETTER TO EE WITH REQUEST FOR TE&E AND CSS.

**L  N te**

Claim/Event/Leave: 9109433
NoteSubject : Initial Entry
Other Subject :
Text: [07/03/2019 - COOK, MARILYN]EOI CHECKED NO HITS.

**Lincoln/Wofford 1075**

Lincoln/Wofford 1076

```
ERROR: undefined
OFFENDING COMMAND: get

STACK:

/quit
-dictionary-
-mark-
```

## ⊙ sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111  |  hds.sharecare.com  |  800.560.3800  |  F: 858.430.4962

Attn:  SANDRA KITTRIDGE
       LIBERTY MUTUAL
       PO BOX 7212
       LONDON, KY 40742-7212
       6034271888

Wednesday, November 06, 2019

**Patient Name :  WAYNE WOFFORD**

**Invoice Number :  251786**

# PAST DUE REMINDER

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. Please be aware that the enclosed invoice is currently Past Due. Your prompt attention is requested. If you have already sent payment, please disregard this reminder.

To notify us of payment or inquire on the enclosed invoice, please visit our website:

hds.sharecare.com/customer-service-support/

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

**Lincoln/Wofford 1078**

# ♥ sharecare

| | |
|---|---|
| Invoice Number: | 251786 |
| Date: | 10/07/2019 |
| Tax ID: | 90-0998358 |

Bill To:

LIBERTY MUTUAL
PO BOX 7212
LONDON, KY 40742-7212

Send Medical Records To:

LIBERTY MUTUAL
PO BOX 7212
LONDON, KY 40742-7212

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| WAYNE WOFFORD | 9109433 | Medical | 35 |

| Provider: |
|---|
| Tahoe Fracture & Orthopedic Medical Clinic, Inc. 973 Mica Dr Ste 201 Carson City, NV 89705-7258 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages  1-50000 | 35 | $0.60 | $21.00 |

| | |
|---|---|
| Sub-Total: | $21.00 |
| Delivery Fee: | $1.63 |
| Tax: | $0.00 |
| Payment/Credits: | $0.00 |
| Balance Due: | $22.63 |

Pay Online at https://myplatform.hds.sharecare.com//hds/#!/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | LIBERTY-7212 |
| Patient Name: | WAYNE WOFFORD |
| Invoice Number: | 251786 |
| Payment Terms: | Net 30 |
| Balance Due: | $22.63 |

**Lincoln/Wofford 1079**

81289190011

## Lincoln
### Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

# Restrictions Form

Return To: Sandra Kittridge

| Wayne Wofford | | 9109433 |
|---|---|---|
| Employee / Claimant Name | Date of Birth | Claim Number |

**To be completed by physician**

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____       DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally; sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____

   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____ .

| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

08/05/2019   12:05PM (GMT-07:00



**Lincoln/Wofford 1080**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1883

August 5, 2019

Nicholas Dirig
Orthopedic Surgeon

RE:   Waiver of Premium Benefits-Group Life Insurance
      Policyholder: Crosby Tugs, LLC
      Policy #: SA3-890-467044-01
      Claim #: 9109433

Dear Nicholas Dirig:

The Waiver of Premium Benefit allows employees to continue their Group Life Insurance coverage while they are out on disability without payment of premiums provided they meet your Group Life Insurance Policy definition of *"total disability"* defined as:

*With respect to this provision, "Total Disability" or "Totally Disabled" means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision, "Material and Substantial Duties" means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision, "Any Occupation" means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to consider Mr. Wayne Wofford's (DOI          eligibility, we are requesting additional information. Please provide:

Medical information:
- Medical records from May 4, 2019, to the present, from your treating physician(s) – such as copies of office visit notes, medication lists, diagnostic tests, lab results, etc.
- Restrictions Form

Please provide this information no later than August 13, 2019.

If you have any questions regarding this matter, please contact me.

I of 2

08/05/2019   12:05PM (GMT-07:00



**Lincoln/Wofford 1081**

81289190011

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   Restrictions Form



Lincoln/Wofford 1082

81289190011

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

---

**Wayne Wofford**
Male  58 Years Old  DOB:                      Patient ID: 255382

---

**07/09/2019 - Office Visit: 1 Post Op R Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS: 07/09/19**

**HISTORY OF PRESENT ILLNESS:**
Wayne Wofford is a 58-year-old gentleman here for a follow up visit. He is two weeks out from a right total hip arthroplasty. He is doing excellent. He has minimal discomfort, just some residual ecchymosis around the hip and leg. He was taking aspirin initially, but then stopped it as he is on medication that he is finishing up for hepatitis C treatment. He will plan to restart the aspirin after this, but seeing that he is very active and ambulatory without any ambulatory aids already, I think he is at low risk for DVTs, but the patient was warned of the signs and symptoms of them. He has no other complaints and he is very happy with the outcome so far.

**PHYSICAL EXAMINATION:**
Examination of the patient's right lower extremity reveals that he is neurovascularly intact. He has good pulse and brisk capillary refill. His compartments are soft and compressible. He has active ankle dorsiflexion and plantarflexion. He has some mild residual swelling and ecchymosis, nothing out of the ordinary. His leg lengths appear about equal, his right may be a touch longer than his left now but nothing that is symptomatic for him. He is walking with a normal gait today in the clinic. He has a painless arc of motion. His abductors, adductors and hip flexors are strong. His wound is healing well. There is no erythema, induration or other signs of infection.

**ASSESSMENT:**
Wayne Wofford is a 58-year-old gentleman two weeks out from a right total hip arthroplasty. He is doing excellent.

**PLAN:**
The patient was reminded to start his aspirin as soon as he is cleared from his hepatitis C physician for DVT prophylaxis. In the meantime, he will remain being as active as he can. He will continue on with physical therapy. He will continue with his posterior hip dislocation precautions as well. He no longer needs a dressing over his wound. He can continue showering but no soaking.

This is a Workmen's Comp case and at this point we will keep the patient off of work for now as it is unsafe for him to return to work at this point. I will re-evaluate him in a month. We will take radiographs of his right hip at that time and discuss ongoing care. Additionally, he does have left hip osteoarthritis and pain, which is currently doing well with the previous intra-articular corticosteroid injection. We will re-evaluate this at his next visit as well and decide if we need to proceed on with a left hip replacement at this point or not.

The patient understands and agrees with the above plan. All of his questions were answered to his satisfaction. He was grateful for his care.



**Lincoln/Wofford 1083**

81289190011



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October  3, 2019*
*Page 2*
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

Nicholas J. Dirig, D.O.
NJD: hmp/smu

Electronically signed by NICHOLAS J DIRIG on 07/12/2019 at 8:49 AM

---

Lincoln/Wofford 1084



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757838190  Fax: 7757838191

*October 3, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

05/29/2019 - Office Visit: NP/Back R Hip
Provider: MARCO MENDOZA
Location of Care: Tahoe Fracture and Orthopedic Mica

58 year old male referred by Dr. Dirig for evaluation of chronic back pain. patient sustained a work related injury working on a boat in the ocean. he reports that a large waves cause him to lose his balance and struck the railing of boat. since that he has had persistent back pain. he denies any significant radiating pain down the leg. He did have at MRI at CTH which showed multilevel spondylosis without any fracture. there is some mild lateral recess stenosis at L4-5. he is scheduled to have a THA with Dr. Dirig in the near future.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
Patient has drug allergies.
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.



**Lincoln/Wofford 1085**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382

## Family History - reviewed
Heart Disease

## Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

## Review of Systems
General: Complains of sweats, malaise, fatigue  .
Eyes: Complains of eye irritation  .
ENT: Complains of .   .
Cardiovascular: Complains of .   .
Respiratory:  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
Gastrointestinal:  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
Genitourinary:  Patient denies urinary urgency, urinary frequency.
Musculoskeletal: Complains of joint pain, muscle cramps, back pain, muscle weakness  .
Skin: Complains of suspicious lesions  .
Neurologic: Complains of numbness  .
Psychiatric: Complains of anxiety  .
Endocrine: Complains of .   .
Heme/Lymphatic:  Patient denies fevers, abnormal bruising.
Allergic/Immunologic: Complains of .   .

**Vital Signs:**
Ht (in.): 70  Wt (lbs.): 190
**Tobacco Use:**
Former smoker  Last quit attempt: 02/01/2015

**Body:**
BMI: 27.36 (Overweight)

## GENERAL
no acute distress

## HEENT



**Lincoln/Wofford 1086**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

Head: normocephalic Eyes: within normal limits Ears: within normal limits

## NECK
General: Supple        Skin: atraumatic

## BACK
Palpation: tenderness present over spinous process, tenderness over paraspinous muscles
Gait: normal
ROM: pain with extension

## CHEST
Chest: nonlabored respirations.

## ABDOMEN
Inspection: within normal limits

| Legs | Right | Left |
|---|---|---|
| Straight Leg Raise: | Negative to 90 | Negative to 90 |

**Pulses**

| ROM | Right | Left |
|---|---|---|
| Pain with ROM: | Present | Present |

**Sensation**
Right: Intact to light touch
Left: Intact to light touch

| Strength | Right | Left | | | |
|---|---|---|---|---|---|
| Hip Flexors | 5/5 | 5/5 | | | |
| Extensors | 5/5 | 5/5 | | | |
| Dorsi Flexors | 5/5 | 5/5 | | | |
| Plantar Flexors | 5/5 | 5/5 | | | |
| Ankle Eversion | 5/5 | EHL | 5/5 | 5/5 | |

1. chronic back pain
2. lumbar spondylosis
3. lumbar facet arthropathy

I recommend nonoperative management. he does have spondylotic changes and facet arthropathy. he does try and exercise on a regular basis so I do not believe any formal PT would help at this point. I gave him an order for lumbar MBB. If he feels improvement then I would recommend proceeding with an RFA.





**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 4
Office Visit

**Wayne Wofford**
Male 58 Years Old  DOB:                    Patient ID: 255382

Follow-up 2 weeks after the injection. he has no radicular symptoms at this time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 05/30/2019 at 6:35 PM**

Lincoln/Wofford 1088


## CARSON TAHOE
### Regional Medical Center

PO Box 2168
Carson City, NV 89702-2168
775/882-1361

6/4/19 aoc

## DIAGNOSTIC SERVICES REPORT

| Check-in # | Order # | Exam | |
|---|---|---|---|
| 3406187 | H1771583 | OPI10080 | SXR CHEST 2 VIEW |
| | ICD: | | |

TYPE OF EXAM:  SXR CHEST 2 VIEW                    DATE:  06/04/2019 at 12:59
INDICATION:

FINAL

EXAM: Chest radiograph, 2 views.

HISTORY: ENCOUNTER FOR PREPROCEDURAL RESPIRATORY EXAM

COMPARISON: None available.

FINDINGS: The lungs are clear. There is no consolidation, edema, effusion or
pneumothorax. The cardiac silhouette is within normal limits in size and
unremarkable. Osseous structures and soft tissues are unremarkable.

IMPRESSION: No acute cardiopulmonary process.

Electronically Signed by: Edmund Pillsbury 6/4/2019 1:09 PM

Electronically Signed By:     PILLSBURY, EDMUND P

| FINAL | | | | | Page 1 of 1 |
|---|---|---|---|---|---|
| Patient Name | | | MRN | Account # | |
| WOFFORD, WAYNE C | | | 020374920 | 1915500833 | |
| DOB | Age | Sex | Check-in | Loc/Room | |
| 01/19/1961 | 58 | M | 06/04/19 at 12:59  3406187 | | |
| Ordering Physician | | | | Attending Physician | |
| DIRIG, NICHOLAS | | | | | |

775-783-6190

DX:

06/04/2019   1:13PM (GMT-07:00)



**Lincoln/Wofford 1089**

Casron City NV, 89706

# fax confidential

| | |
|---|---|
| To: | Carrie |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)763-6905 |
| | |
| From: | Blanchard, Joanna |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | XRay Report |

Notes:

06/18/2019  11:00AM (GMT-07:00



**Lincoln/Wofford 1090**

CH 8-18-19



**COMPLETE OCCUPATIONAL
HEALTH SERVICES**

Complete Occupational Health Services
13554 Hwy. 3235
Larose, LA 70373
Ph: (985) 693-8277
Fax: (985) 424-4101
Website: www.cohs.us.com

# *RADIOLOGY REPORT*

Patient Name:   WOFFORD, WAYNE C          Date of Study:   29-Dec-2018 06:34:26 PM

Patient Number: COHS-18356               Date of Birth:   !

Age: 57 years                            Ordering Physician:   DIAZ, MARISSA PA-C

## X-RAY LUMBAR SPINE 2 OR 3 VIEWS

History: Low-back pain post fall.

Findings:

Spondylosis is noted at L2-3 with vascular calcifications of the aorta.

Impression:

Spondylosis and atherosclerotic disease.

*[signature]*

Electronically Signed by LANDRY, BERNARD MD DR. at 1/8/2019 9:51:25 PM

Teleradiology services provided by:                    Bernard A. Landry, MD, LLC
Ph (504) 273-5169                           Address: 19 Killdeer St. New Orleans, LA 70124

06/18/2019  11:00AM (GMT-07:00



**Lincoln/Wofford 1091**

Casron City NV, 89706

# **fax** confidential

CH 6-18-19

To: **Carrie**
Company: **Tahoe Fx**
Fax Number: **+1(775)763-6905**

From: **Blanchard, Joanna**
Title:
Fax Number: **7758875040**
Office Number: **7758875030**

Pages: **2**
Date/Time: **Tuesday, June 18, 2019**
Subject: **Lab Results**

Notes:



**Lincoln/Wofford 1092**

 **Quest** Page 4 of 4   06/01/2019  07:24:52 AM          **Report Status: Final**

**WOFFORD, WAYNE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WOFFORD, WAYNE**<br><br>DOB:<br>Gender: M<br>Phone: NG<br>Patient ID: 9801 | Specimen: LV44595G<br>Requisition: 2557343<br><br>Collected: 05/31/2019 / 13.15 PDT<br>Received: 05/31/2019 / 23:45 PDT<br>Reported: 06/01/2019 / 03:29 PDT | Client #: 88020924    MAILS01<br>PANICARJ, MICHAEL R<br>NV OCCUPATIONAL HLTH CTR<br>3488 GONI RD STE 141<br>CARSON CITY, NV 89706-7970 |

AGE: SR    Fasting: U

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | QAW |
| GLUCOSE | 99 | | 65 99 mg/dl | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | | 1.34 H | 0.70-1.33 mg/dL | |
| For patients >49 years of age, the reference limit for Creatinine is approximately 11% higher for people identified as African American. | | | | |
| eGFR NON-AFR. AMERICAN | | 58 L | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 67 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 10 | | 6-22 (calc) | |
| SODIUM | 139 | | 135-145 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 20-32 mmol/L | |
| CALCIUM | 9.3 | | 8.6 10.3 mg/dl | |
| CBC (INCLUDES DIFF/PLT) | | | | OAW |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8 10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.41 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.1 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 41.9 | | 38.5-50.0 % | |
| MCV | 95.0 | | 80.0-100.0 fL | |
| MCH | | 34.2 H | 27.0-33.0 pg | |
| MCHC | 36.0 | | 32.0-36.0 g/dL | |
| RDW | 11.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 190 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1818 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1859 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 432 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 302 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 90 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.4 | | % | |
| LYMPHOCYTES | 41.3 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 6.7 | | % | |
| BASOPHILS | 2.0 | | % | |

**PERFORMING SITE:**
QAW  QUEST DIAGNOSTICS-LAS VEGAS  4230 BURNHAM AVE, LAS VEGAS NV 89119  len BARBARA CASTLE, M.D. 601 501 744 501 0229

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

06/18/2019  11:00AM (GMT-07:00



**Lincoln/Wofford 1093**

# fax confidential

Casron City NV, 89706

Ch 6-18-19

| | |
|---|---|
| To: | Carrie |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)753-6905 |
| | |
| From: | Blanchard, Joanna |
| Title: | |
| Fax Number: | 7758876040 |
| Office Number: | 7758876030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | EKG/Cardio |

Notes:

**06/18/2019   10:59AM (GMT-07:00**



**Lincoln/Wofford 1094**

ID.          9901                  Name:      WOFFORD, WAYNE          5/30/2019  1:53:18 AM          sinus rhythm
DOB:                  (56 yr)      Comments:                                                         low QRS voltage in extremity leads
Weight  190 lb                                                        P/PR:          114/184 ms      Normal variant of ECG
Height  5ft 11 in                                                    QRS:                 94 ms
BMI     28.5                                                         QT/QTc       424/434 ms                              Unconfirmed Report
Gender  Male                                                        P/QRS/T Axis  71/-10/57 deg
Race                                                                Heart Rate:          59 BPM
BP:



8128919001 1

Version 2.5.0

Casron City NV, 89706

# fax  confidential

CH 6-18-19

| | |
|---|---|
| To: | Carrie |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | Blanchard, Joanna |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 6 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | Patient Charting Note |

Notes:



**Lincoln/Wofford 1096**

Date: 06/18/2019      **Nevada Occupational Health & Injury Care**      Page: 1
## Patient Charting Note
Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up Injury Date: 12/19/2018 | Betz, Jay E. MD | |

**Subjective:**

**Chief Complaint**

Wayne is here for evaluation of back and hips

**History of Present Illness**

The patient is a 57 year old male, presenting for an established patient visit with the following condition(s):

Mr. Wofford follows up for low back and bilateral thigh pain worsened recently when he was knocked over by a large wave and struck a buoy on the deck of the ship in the Gulf of Mexico in mid December. He was seen in an emergency room in Louisiana where x-rays were apparently showed no acute abnormalities. He then return to Carson City where he lives seeking additional care and was initially seen about 3 weeks after the incident with persistent symptoms.

Of note is that he has a long history of chronic low back and neck pain and bilateral thigh pain with periodic shooting sensations in the legs above the knees which he relates to heavy work as a Merchant Marine. He has seen several providers in the past for these symptoms prior to the more recent aggravation. In August 2014 he was seen by Dr. Frugal, a neurologist, who recommended MRI of his brain and neck. Brain MRI was normal. Cervical spine MRI was remarkable for small disc bulges at C5-6 and C6-7 causing mild mass effect and bilateral neural foraminal narrowing left greater than right.

He was then seen by Dr. Michael Fry, orthopedic spinal specialist, in February 2015 for both cervical and lumbar pain. He noted the cervical MRI findings. He obtained lumbar x-rays which showed multilevel degenerative changes. After exam he concluded the patient had cervical & lumbar degenerative disc disease with cervical radiculopathy in the left arm and lumbar radiculopathy in the left leg. Physical therapy was recommended but not performed.

In followup Dr. Fry in January 2017. the patient's primary complaint was right anterior thigh and groin pain with intermittent low back pain. Hip X-rays showed osteoarthritis bilaterally but he was also concerned about possible L2-3 lumbar radiculopathy. A hip injection was recommended but not performed. Lumbar MRI showed multilevel degenerative changes and facet arthrosis without significant nerve root compression. It was felt that his leg symptoms were related to degenerative changes of his hip with a cam osteophyte on the right. Hip injection under fluoroscopy was again recommended but not performed. He was given pain medication

A thoracic MRI was then obtained in August of 2018 at the request of neurologist showing subtle compression deformities at T5 and T6 with 25% height loss consistent with old healed fractures or chronic Schmorl's nodes. Mild spondylosis without significant canal or foraminal stenosis was also noted. A finding consistent hemangioma of T8 vertebral body was also noted. Comparison to MRI from 2014 showed mild progression in spondylosis facet arthropathy and foraminal changes at C7-T1 with mild progression of facet arthropathy. Repeat cervical MRI on the same date again showed multilevel spondylosis facet arthropathy without herniation or cord impingement. Minimal degenerative anterolisthesis C7-T1 was noted with moderate left foraminal stenosis. Repeat brain MRI on the same date was again normal.

In follow-up at our facility last week, electrodiagnostics were recommended showing evidence of chronic bilateral L2-3 radiculopathy. Repeat lumbar MRI was ordered which is now been obtained.

Today Mr. Wofford states he is feeling about the same. Still has significant low back pain as well as shooting stabbing sensations in both thighs down to the knees. No pain below the knees. No significant weakness other than that associated with pain. He denies any bowel or bladder function problems but has had difficulties with erectile dysfunction recently. The sharp pains in both thigh often happens when he moves his hips at night.

06/18/2019    11:07AM (GMT-07:00



**Lincoln/Wofford 1097**

## Patient Charting Note

Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|-----------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up <br> Injury Date: 12/19/2018 | Betz, Jay E. MD | |

**Past Medical History**

ALLERGIES / ADVERSE REACTIONS: Penicillin

MEDICATIONS: Percocet 5/325 oral tablet. 325 mg-5 mg. given to him at the hospital for back pain

PROBLEMS: No known illnesses noted by patient.

PERSONAL HISTORY: voice box biopsy

FAMILY HISTORY: Unknown cancer

SOCIAL HISTORY: Patient currently uses alcohol.

WORK HISTORY: Chief engineer

**Review of Systems**

CONSTITUTIONAL: Denies change in appetite, fatigue, fever, weakness, weight gain or weight loss.

EYES: Wear glasses or contacts.

EARS, NOSE, MOUTH & THROAT: Denies bleeding gums, earaches, ear discharge, hay fever or seasonal allergies, hearing loss, hoarseness, nasal discharge or nosebleeds, sinus problems, sore throats, tinnitus or vertigo.

CARDIOVASCULAR: Denies chest pain or pressure, edema, excessive sweating, heart racing, palpitations, shortness of breath or history of heart murmur, hypertension, rheumatic fever or valve disease.

RESPIRATORY: Denies coughing, coughing up blood or phlegm, night sweats, shortness of breath, wheezing or history of asthma, pneumonia or tuberculosis.

GASTROINTESTINAL: Denies abdominal pain, blood in stools or black stools, change in bowel frequency or stool size, constipation, diarrhea, difficulty swallowing, food intolerance, heartburn, nausea, vomiting or need for antacids.

GENITOURINARY: Denies blood in urine, difficulties urinating, frequency of urination, incontinence, or history of kidney stones. No discharge from penis, testicular pain, lumps in testicles or scrotum, or problems with erection or ejaculation.

SKIN: Denies abnormal hair growth, bleeding, change in color or size of moles, easy bruising, itching, hair loss, rash, or history of skin cancer or severe sunburn.

NEUROLOGICAL: Denies blackouts, dysarthria, dizziness, double vision, fainting, headaches, loss of balance, coordination or sensation, motor weakness, paralysis, tingling, prickling, numbness or tremors.

PSYCHIATRIC: Denies anxiety, depression, difficulty remembering things or thinking, hallucinations, insomnia, irritability, panic, suicidal thought or history of psych hospitalizations or suicide attempts.

ENDOCRINE SYSTEM: Denies cold or heat intolerance, fatigue, neck swelling, polydipsia or polyuria.

HEMATOLOGIC / LYMPHATIC: Denies easy bleeding or bruising, history of anemia, or swollen lymph nodes.



**Lincoln/Wofford 1098**

**Nevada Occupational Health & Injury Care**
## Patient Charting Note
Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up Injury Date: 12/19/2018 | Betz, Jay E. MD | |

ALLERGIC / IMMUNOLOGIC: Denies rhinitis, hay fever, itchy eyes, urticaria, angioedema, or sensitivity to foods or drugs.

### Objective:

**Examination/Procedures**

Temperature: 98°F. Blood Pressure: 147/94. Pulse: 92. Respiration: 15. (Entered by Betz, Jay E. MD 2/01/2019 at 8:07AM ).

The patient is well-nourished and well-developed. He is in no distress. He has an antalgic gait.

Examination of his low back reveals no surgical scars or significant deformity. There is no deformity. He still has limited rotation and flexion secondary to pain in the region.

He has no significant tenderness around the hip joints but pain and popping with external rotation and flexion bilaterally.

Neurologically he has good strength of the foot and great toe dorsiflexors bilaterally. There is no atrophy of the musculature. He has normal sensation over all dermatomes. DTRs are symmetrical.

**Imaging/Test Results**

Lumbar spine MRI report from 2-1-17: Transitional type vertebral body at the lumbosacral junction consistent with a lumbar lies to S1 therefore the S1-2 disc space is fairly well formed. Numbering system as confirmed with plain film radiographs of the chest demonstrating 1212 formed appears of ribs and 6 and rib lumbar vertebral bodies. The places the iliac crest and distal aortic bifurcation at the L4-5 level. Multilevel spondylosis to include disc bulging, mild ligamentous and facet arthrosis at L2-3 eccentric to the right causing mild lateral recess stenosis, contacting but not compressing the descending L3 roots. The exiting L2 root does not appear compressed. There is no significant central spinal stenosis. Disc bulging at L3-4, broad-based small disc protrusions at L4-5 and L5-S1 associated with ligamentous and facet arthrosis are causing lateral recess and foraminal narrowing at each level. There is no neural impingement at L3-4 root. Changes are contacting but not compressing the descending bilateral L5 and exiting right L4 root at L4-5, bilateral descending S1 and exiting bilateral L5 roots at L5-S1. There is no central spinal stenosis at any lumbar level. Mild disc bulging and facet arthrosis at S1 to causing no stenosis or impingement.

Thoracic Spine MRI report 8-10-18: Normal spinal alignment without significant scoliosis, kyphosis or listhesis.
Subtle compression deformities within the superior endplates of T5 and T6 resulting in less than 25 percent height loss consistent with old healed fractures or chronic Schmorl's nodes. Mild spondylosis resulting in no significant canal or foraminal stenosis. Fatty signal characteristic of hemangioma demonstrated within the T8 vertebral body. Generalized heterogeneous marrow signal perhaps related to underlying osteopenia and/or mild anemia. Infiltrative tumor is less likely such as multiple myeloma or lymphoma but should be correlated clinically.

Cervical spine MRI report 8-10-18: 1. Multilevel spondylosis, facet arthropathy and primarily foraminal compromise
at multiple levels as above bilaterally. 2. No central herniation or cord impingement. 3. Degenerative minimal anterolisthesis at C7-T1. Lateral recess and foraminal disc protrusion with facet osteophyte creating mild lateral recess encroachment and moderate left foraminal stenosis.

Cervical Spine MRI report from 8-9-14: Small C5-6 and C6-7 disk bulges resulting in mild mass effect and



**Lincoln/Wofford 1099**

# Patient Charting Note
### Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

resulting in mild bilateral neural foraminal narrowing, left greater than right.
Note: This report agrees with the preliminary Quality Nighthawk interpretation.

Brain MRI report 8-10-18: Unremarkable brain MR exam. No acute intracranial findings or ischemia. No interval change.

Brain MRI report from 8-9-14: Normal MRI appearance of the brain.

EMG 1-10-2019: Possible chronic mild bilateral right greater than left L2-3 radiculopathies. Less likely femoral neuropathies or plexopathy.

MRI Results for Lumbar report 1/19/19: Mild degenerative changes of the lumbar spine, as described. Worst at L4-5 where a broad-based posterior disc bulge as well as mild facet arthropathy results in mild neural foraminal narrowing, moderate lateral recess narrowing, and mild spinal canal narrowing the exiting L5 nerve roots contact the protruded disc. Heterogeneous marrow signal is redemonstrated. Again this is a nonspecific finding and could be related to marrow reconversion. An infiltrative process such as a malignancy or multiple myeloma is also possible but less likely given chronicity.

## Assessment:

### Diagnosis

Chronic Low Back Pain
Multilevel DDD Of Lumbar Spine With Facet Arthrosis
EMG Confirmed Bilateral L2-3 Radiculopathy
Bilateral Hip OA

### Work Status

No lifting, pushing or pulling greater than 10 pounds. Not qualified for sea duty.
JH

## Plan:

### Orders

Ortho eval with Dr. Dietrich

### Discussion & Plan

As previously noted the patient's symptoms appear to be primarily related to his hip osteoarthritis. While he did have equivocal evidence of bilateral L2-3 radiculopathies on EMG, his lumbar MRI did not reveal any significant compression or lumbar pathology to explain that finding beyond degenerative change.

I spoke to Dr. Cummings, orthopedist, who recommended that the patient be evaluated by Dr. Deitrich who specializes in hip disease. I will make that referral now. Hopefully the patient can be evaluated next week.

As noted he also has been found on several occasions to have generalized heterogeneous marrow signal which may need further evaluation on a nonoccupational basis.

Pending that he will get started in physical therapy and should continue to avoid strenuous activities. He is not fit for sea duty.

Recheck in 10 days if not yet seen by Dr. Deitrich.



**Lincoln/Wofford 1100**

## Patient Charting Note

**Wayne C Wofford , DOB:**

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

Signature:          Date: 2/01/2019    12:14PM

**06/18/2019  11:07AM (GMT-07:00**



**Lincoln/Wofford 1101**

# FAX

## To:
**Company:**
**Fax:** 7836191
**Phone:**

## From: **SunriseLabVisualReport@donotreply.com**
**Fax:**
**Phone:**
**E-mail:** SunriseLabVisualReport@donotreply.com

## NOTES:

Laboratory Report:  144070/ Encounter :1265272

Date and time of transmission: Thursday, June 20, 2019 4:52:04 PM
Number of pages including this cover sheet: 03

**Lincoln/Wofford 1102**

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|------------|------|-----------|------------|-------------|



# Carson Tahoe Regional Med Center
### CLIA # 29D1048210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89700

**Urinalysis**
Patient:

## WOFFORD, WAYNE C

| | | |
|---|---|---|
| Phone:775-445-6550 | Fax:775-445-6538 | Page: 1 |
| Room / Bed: | / | Physician: |
| Accession | 0001265272  MRN#: 020374920 | DIRIG,NICHOLAS |

D O B:       56 YRS
Sex:    M    Male
Ward:  O/P

Account No.:  1917100704
Contract Code:

Collected:  6/20/2019 @ 4:06 PM
Received:   6/20/2019 @ 4:07 PM
First Reported:  6/20/2019 @ 4:50 PM

**Status:  Final Report**

| Test Name | Result | | | Units | Normal Range | Notes |
|---|---|---|---|---|---|---|
| **Urinalysis** | | | | | | |
| Color | YELLOW | | | | Yellow | |
| Character | CLEAR | | | | Clear | |
| PH | 7.0 | | | | 5.0-8.0 | |
| Specific Gravity | 1.021 | | | | 1.015-1.025 | |
| Glucose | NEGATIVE | | | | Negative | |
| Bilirubin | NEGATIVE | | | | Negative | |
| Ketone | NEGATIVE | | | | Negative | |
| Blood, Urine | NEGATIVE | | | | Negative | |
| Protein | TRACE | A | | | Negative | |
| Urobilinogen | 2.0 | | | | 0.2-1.0 | |
| Nitrite | NEGATIVE | | | | Negative | |
| Leukocyte Esterase | NEGATIVE | | | | Negative | |
| Epithelial Cells | NEGATIVE | | | | | |
| Hyaline Casts | NEGATIVE | | | | | |
| WBC | 0-2 | | | /HPF | 0-2 | |
| RBC | 0-2 | | | /HPF | 0-2 | |
| Bacteria | NEGATIVE | | | | Negative | |
| Culture Indicated | Not Indicated | | | | | |

**Medical Directors**

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTRMC | Mark R. Wotz, MD - MMCL |
|---|---|---|
| Date Printed:  6/20/2019  4:50 PM | PH- Panic High | H - Abnormal High | A -Abnormal | ** Final Page ** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |

06/20/2019   4:53PM  (GMT-07:00)



**Lincoln/Wofford 1104**

81289190011

# FAX

### To:
**Company:**
**Fax:** 7836191
**Phone:**

### From: SunriseLabVisualReport@donotreply.com
**Fax:**
**Phone:**
**E-mail:** SunriseLabVisualReport@donotreply.com

## NOTES:

Laboratory Report:  144070/ Encounter :3264836

Date and time of transmission: Thursday, June 20, 2019 5:17:14 PM
Number of pages including this cover sheet: 04

06/20/2019  5:18PM (GMT-07:00)



**Lincoln/Wofford 1105**

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|---|---|---|---|---|



8I289190011

# Carson Tahoe Regional Med Center

CLIA # 29D1048210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| Chemistry | | Phone:775-445-6550 | | Fax:775-445-6538 | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Patient: | | Room / Bed | / | | | Physician: | |
| **WOFFORD, WAYNE C** | | Accession | 0003284838 | MRN#: | 020374920 | DIRIG,NICHOLAS | |
| DOB: | 66 YRS | Account No.: | 1917100704 | | | | |
| Sex: | M   Male | Contract Code: | | Collected: | 6/20/2019 @ 4:06 PM | | |
| Ward: | O/P | | | Received: | 6/20/2019 @ 4:07 PM | | |
| Status: | **Final Report** | | | Fast Reported: | 6/20/2019 @ 5:14 PM | | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | | |
| Sodium | 132 | L | mmol/L | 138 - 144 | |
| Potassium | 3.7 | | mmol/L | 3.6 - 5.1 | |
| Chloride | 100 | L | mmol/L | 101 - 111 | |
| Total CO2 | 25 | | mmol/L | 22 - 32 | |
| Anion Gap | 7 | | mmol/L | 2 - 11 | |
| Calcium, Total | 8.9 | | mg/dl | 8.7 - 10.3 | |
| Glucose | 68 | | mg/dl | 60 - 99 | |
| BUN | 9 | | mg/dl | 8 - 20 | |
| Creatinine | 0.90 | | mg/dl | 0.60 - 1.40 | |
| Total Protein | 8.9 | | g/dl | 6.4 - 8.2 | |
| Albumin | 3.9 | | g/dl | 3.5 - 4.8 | |
| Alkaline Phos | 68 | | IU/L | 38 - 126 | |
| ALT | 34 | | IU/L | 17 - 63 | |
| AST | 33 | | IU/L | 15 - 41 | |
| Bilirubin, Total | 1.1 | | mg/dl | 0.4 - 2.0 | |
| Bilirubin, Direct | 0.2 | | mg/dl | 0.0 - 0.3 | |
| Bilirubin, Indirect | 0.9 | | mg/dl | 0.0 - 1.5 | |
| Globulins, Total | 3.0 | | g/dl | 2.6 - 3.1 | |
| A/G Ratio | 1.30 | | Ratio | 1.00 - 2.20 | |
| GFR | 87 | | ml/min/1.7 | > 60 | |

Estimated GFR derived from the MDRD Study equation can be
used in patients who are in the hospital. However, it is
important to pay attention to potential inaccuracies due
to the non-steady state of serum creatinine, co-
morbidities that cause malnutrition, and the use of
medications that interfere with the measurement of serum
creatinine.

The estimated GFR is only accurate for patients greater
than 18 years of age.

**Medical Directors**

Elizabeth A Jack, MD - CTRMC        Susan A. Dobernect, MD - CTSMC        Mark R. Wotz, MD - NNICL

| Date Printed: | 6/20/2019 | 5:14 PM | PH- Panic High | H - Abnormal High | A - Abnormal | **Continue** |
|---|---|---|---|---|---|---|
| Completed Between 6/20/2019 - 6/20/2019 | | | PL - Panic Low | L - Abnormal Low | | All Results Included |

06/20/2019   5:18PM (GMT-07:00)



**Lincoln/Wofford 1107**

# Carson Tahoe Regional Med Center
CLIA # 29D1048210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Coagulation**
**Patient:**

Phone:775-445-8550          Fax:775-445-8538                                                         Page    2
Room / Bed:            /
**WOFFORD, WAYNE C**    Accession    0003264836    MRN#:    020374920        Physician:
                                                                              **DIRIG, NICHOLAS**
**D O B:**        66 YRS    Account No.:    1917100704
**Sex:**  M    Male                            Collected:    6/20/2019 @ 4:06 PM
**Ward:**  O/P        **Contract Code:**    Received:    6/20/2019 @ 4:07 PM
**Status:** Final Report                        First Reported:    6/20/2019 @ 5:14 PM

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|
| *Prothrombin Time* | | | | |
| Prothrombin Time | 13.9 | Seconds | 11.7 - 14.4 | |
| INR | 1.1 | | 0.9 - 1.1 | |

The INR (International Normalized Ratio) is used only for
patients using stable oral anticoagulant therapy, and does
not contribute to the diagnosis or management of other
coagulation disorders. The recommended therapeutic range
for standard therapy is 2.0 – 3.0.
Higher level anticoagulation requires a range of 2.5 – 3.5

**Medical Directors**

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|
| Date Printed:    6/20/2019    5:14 PM | PH-Panic High    H - Abnormal High | A - Abnormal    *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL-Panic Low    L - Abnormal Low | All Results Included |

06/20/2019    5:18PM (GMT-07:00)



**Lincoln/Wofford 1108**

81289190011

⊘ sed

## PROCEDURE RECORD

Date: 6-28-19    Pt ID: 255882    Patient Name: Wofford, Wayne

Procedure: Bil L4,5 mBB Inf.

Bloodthinners: ASA-81    · DM    Pacemaker    Dialysis    Chemo    Pregnancy

Allergies: PCN.    Iodine/Contrast    Latex    Steroid    Adhesive    Lidocaine

☐ IV: _____ ga _____ (None)
☒ Patient Identified    Meds Used: .5% marcaine
☒ Surgical Pause, Consent Read
☒ Allergies Confirmed

---

Pre-Procedure Vitals:  B/P: 127/88  HR: 98  SPO2: 96  Pain Score: 7

| Discharge Criteria | | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two extrems. | 1 |
| | No Movement | 0 |
| Total: | | 10 |

Discharge Vitals:  B/P: 127/85  HR: 89  SPO2: 97  Pain Score: 0

☒ No Complications
☒ Discharge criteria score of 10 met
☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: 9:40  Date: 6/28/19  Physician Signature: _____

Lincoln/Wofford 1109

## CONSENT TO OPERATION OR OTHER PROCEDURE

**TO THE PATIENT:** You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. Mendoza , to perform the following:
Bilateral L 4, 5 medial Branch Block, under Fluroscopy.

I (WE) understand the above procedure description as it has been presented to me (patient Initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_____        6/28/2017
Patient's Signature                      Date

_____        _____
Responsible Party (if other than patient)        Date

Patient ID: 855382    Patient Name: Wofford, Wayne



**Lincoln/Wofford 1110**

# DISCHARGE INSTRUCTION SHEET – PAIN

You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medications

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ Doctor's card given

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive
■ Persistent nausea/vomiting
■ Unrelieved pain
■ Temperature of 100° or higher
■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

■ Difficulty breathing
■ Persistent headache
■ Redness, swelling around incision

SPECIAL INSTRUCTIONS: Call the office or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours.

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above

| Patient Name | Patient Signature | 6/28/19 Date\Time |

| Driver's Name | Driver's Signature | Date\Time |

**High Desert Therapists, Dayton**
5 Pinecone Rd, Suite 100
Dayton, NV 89403-6309

Phone: (775) 248-7742
Fax: (775) 248-7569

| | |
|---|---|
| **Initial Evaluation for Wayne Wofford** | **Visit Date: 07/01/19** |
| DOB: | Diagnosis: Pain in right hip |
| Case: R Hip | Presence of right artificial hip joint |
| Therapist: L. Richard Stephenson, RPT | |

Referred by: Nicholas Dirig
Phone: (775) 783-8180
Fax: (775) 783-6181

## Subjective

**Onset**
  Date of Onset: 6-24-19. Description: Right THA.

**Pain Rating**

| | | |
|---|---|---|
| Verbal Pain Rating at Present | 3 - Slight Pain (1 - 3) | |
| Verbal Pain Rating at Best | 2 - Slight Pain (1 - 3) | |
| Verbal Pain Rating at Worst | 4 - Moderate Pain (4 - 6) | |

**General Health Questions**
  Other Health Problems: Pt reports he has Hep. C.
**Vocational**
  Current Status: Unable to work.
**Functional Deficits**
  Primary Functional Limitation: Patient is unable to perform functional activities/ADLs without right hip pain.

## Objective

**Gait**
  Abnormality: Antalgic R. LE. Stairs: Leads with affected extremity when descending. Leads with unaffected extremity when ascending.

| | Result | Note |
|---|---|---|
| **Hip Active ROM** | | |
|   Hip Abduction AROM | 30 degrees | |
|   Hip Extension AROM | 0 degrees | |
|   Hip Flexion AROM | 95 degrees | |
| **Hip Passive ROM** | | |
|   Hip Abduction PROM | 35 degrees | |
|   Hip Extension PROM | 0 degrees | |
|   Hip Flexion PROM | 100 degrees | |
| **Hip Muscle Testing** | | |
|   Gluteus Maximus Strength | 4 /5 | |
|   Gluteus Medius Strength | 4 /5 | |
|   Iliopsoas Strength | 4 /5 | |
|   Piriformis Strength | 4- /5 | |

07/01/19
Page 1 of 2

Initial Evaluation for Wayne Wofford
DOB: 01/19/1961



**Lincoln/Wofford 1112**

**Palpation: Tenderness**
  Palpation: Lateral/posterior hip.

### Goals

| Item | Current | Goal | By Date |
|---|---|---|---|
| 1: Primary Functional Limitation | Patient is unable to perform functional activities/ADLs without right hip pain. | Able to perform functional activities/ADLs without right hip pain. | 8/14/19 |

### Assessment

**Assessment**
  Rehabilitation Potential: Good  Impression: Right hip pain, weakness with loss of ROM/function post THA.

### Plan

**Plan of Care**
  Frequency: Three times weekly. Duration: Six weeks. Home Exercises: Ex./ROM. Treatment Procedures: Manual Stretching. Supervised Therapeutic Exercises. Gait Training. Treatment Progression: Progress to more active home exercise program after symptoms subside.

Thank you for the opportunity of working with Wayne.

As always, please feel free to call us at (775) 246-7742 if you have any questions or concerns.

Respectfully yours,

Electronically signed by:

L. Richard Stephenson, RPT
07/02/19 1:39 pm
License: NV PT0638    CA PT5977

07/03/2019   2:53PM  (GMT-07:00)



**Lincoln/Wofford 1113**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| **Date:** August 5, 2019 | |
| **To:** NICHOLAS DIRIG<br>ORTHOPEDIC SURGEON | |
| **Attn:** Medical Records | |
| **Fax:** (775) 783-6191 | |
| **From:** Sandra Kittridge<br>Life Claims Examiner II, Emp<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 | |
| **Total Pages**<br>**(Including Cover):**   4 | |
| **RE:**<br><br>**Claim #:**   9109433<br>**Claimant:**   Wayne Wofford<br><br>Crosby Tugs, LLC | |

Welcome to Lincoln Financial Group.
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a
Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and
read all correspondence you receive about your benefits.
Thank you.

Bienvenido a Lincoln Financial Group.
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance
Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías.
Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout
thereof.

08/05/2019   12:05PM (GMT-07:00



**Lincoln/Wofford 1114**

# ⊙ sharecare

| | |
|---|---|
| Invoice Number: | 251786 |
| Date: | 10/07/2019 |
| Tax ID: | 90-0998358 |

**Bill To:**

LIBERTY MUTUAL
PO BOX 7212
LONDON, KY 40742-7212

**Send Medical Records To:**

LIBERTY MUTUAL
PO BOX 7212
LONDON, KY 40742-7212

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| WAYNE WOFFORD | | Medical | 35 |

| Provider: |
|---|
| Tahoe Fracture & Orthopedic Medical Clinic, Inc. 973 Mica Dr Ste 201 Carson City, NV 89705-7258 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-50000 | 35 | $0.60 | $21.00 |

| | |
|---|---|
| Sub-Total: | $21.00 |
| Delivery Fee: | $1.63 |
| Tax: | $0.00 |
| Payment/Credits: | $0.00 |
| Balance Due: | $22.63 |

Pay Online at https://myplatform.hds.sharecare.com/hds/#!/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | LIBERTY-7212 |
| Patient Name: | WAYNE WOFFORD |
| Invoice Number: | 251786 |
| Payment Terms: | Net 30 |
| Balance Due: | $22.63 |



**Lincoln/Wofford 1115**

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD

**Lincoln/Wofford 1116**



Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

October 4, 2019

Mr. Wayne Wofford

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Mr. Wayne Wofford:

We have completed a thorough review of your eligibility for the ***Waiver of Premium Benefit*** regarding your ***Group Life Insurance*** through ***Crosby Tugs, LLC.*** The Waiver of Premium is a benefit for you to continue your ***Group Life Insurance*** while you are out on disability provided you meet the ***Crosby Tugs, LLC Group Life Insurance*** definition of *"total disability"* defined as:

With respect to this provision, **"Total Disability"** or **"Totally Disabled"** means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.

With respect to this provision, **"Material and Substantial Duties"** means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.

With respect to this provision, **"Any Occupation"** means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

In order to determine if you meet the definition of totally disabled (as defined above) we conducted a review regarding your functional capacity and medical status for our files. We recently received medical records from your Long -Term Disability file (hereinafter LTD ) and your treating physicians in order to evaluate whether or not you meet the above definition of *total disability"*.

The Waiver of Premium Benefit will continue as long as you remain *totally disabled"* from *any occupation"*. Our review of your claim was based on the current restrictions and limitations due to your diagnoses of bilateral hip pain and back pain. In order to determine your current restrictions and limitations, we reviewed updated medical documentation from your providers.

**Lincoln/Wofford 1117**

Based on the current medical documentation available, you do not meet the definition of *"Total Disability"* for the Waiver of Premium benefit under your Group Life Insurance policy. This determination was based on the following information:

On October 3, 2019, your claim was referred to our Managed Disability Service Unit for review. The results of this review concluded that you are capable of working at a light capacity with restrictions and limitations of lifting up to 20 pounds, no sitting for more than 45 minutes at a time, no squatting, kneeling, climbing, or repetitive bending at the waist.

Based on the information provided above you do not meet the definition of *"Total Disability"* as required by the policy and your claim has been denied.

We are aware that your claim for LTD benefits is currently approved; however, the provisions in your employer's *Group Life Insurance* Policy differ from the provisions in the *Group Disability Insurance* Policy, and eligibility for LTD benefits does not determine entitlement to *Waiver of Premium* benefits.

You may have received correspondence regarding converting your life insurance. If you have been terminated and have not received information to convert or port your coverage, please contact your employer to discuss.

We regret our determination could not be more favorable; however we must abide by policy provisions.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Life Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from receipt of this letter and state the reasons you feel your claim should not have been denied. If Lincoln Financial Group does not receive your written request within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. In your request for review please include the following documentation:

All office treatment notes, test results, consultation reports, procedure notes, physical therapy

**Lincoln/Wofford 1118**

records or any other medical records from all treating providers (i.e., primary care physician, therapist, psychiatrist, psychologist, cardiologist, neurologist, pharmacy records, orthopedic physician) from September 20, 2019 to the present, medications prescribed and filled, and physician documentation of specific restrictions and limitations.

Please send any other information which you feel would support your claim. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request for review is received. If there are special circumstances requiring delay, you will be notified of the final decision no later than 90 days after your request for review is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol nínízingo saad hosínílı̨ı̨' dóó ná'ookąąh nííní'ą́ą́go naaltsoos nííníltsoozígíí hazho'ó bik'idi'deeshtı̨ı̨́ł nínízingo doo bą́ą́h ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

**Lincoln/Wofford 1120**

**Physicians**
**Keith Card, DPM**
**Peter Costa, MD**
**Jeffrey Cummings, MD**
**Nicholas Dirig, DO**
**Michael Edmunds, MD**
**David Eisenhauer, DO**
**Michael Fry, MD**
**Randall Goode, MD**
**PJ Fry III, MD**
**David Jones, MD**
**Marco Mendoza, MD**
**Roger Rogalski, MD**
**James Sullivan, MD**
**Robin Tomita, MD**
**Joseph Walls, MD**
**David Watson, MD**

**Mid levels**
**Joseph Benton, APRN**
**Candace Camelon, APRN**
**Jeromy Dyer, PAC**
**Maeve Lyons, PAC**
**Daniel McCoy, APRN**
**Kelly Roetman, APRN**
**Pamela Smith, PA-C**
**Mallory Cushner, APRN**
**Stephanie Tonn, PA-C**

To:
Fax Number:   6035591921
Voice Number:

From:        Amanda Peterson
Fax Number:
Voice Number:
Date:        October 3, 2019

Subject:
Total Pages:   14

Memo:

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Carson City Office
973 Mica Drive, Suite 201
Carson City, NV 89706
(775) 783-6190 | (775) 783-6191 FAX

Gardnerville Office
1520 Virginia Ranch Road, Suite 101B
Gardnerville, NV 89410
(775) 782-2442 | (775) 783-6199 FAX

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**    *October 3, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                Page 1
Phone: 7757836190  Fax: 7757836191                    Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                 Patient ID: 255382

---

**08/30/2019 - Office Procedure: Bil L3,4,5 RFA**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Radiofrequency Ablation

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation, under fluoroscopy

Anesthesia:
anxiolysis

Indications:
Using models and diagrams, I described the technique of lumbar medial branch radiofrequency ablation. Risks including, but not limited to, bleeding, infection, and nerve damage were discussed. All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy. The patient has had positive results from an appropriate medial branch block in the past.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain

**Lincoln/Wofford 1121**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 2
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382

---

lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left L4 superior articular process and the transverse process. AP and

**Lincoln/Wofford 1122**



**Tahoe Fracture and Orthopedic Medical Clinic**            *October 3, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                    Page 3
Phone: 7757836190  Fax: 7757836191                        Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                 Patient ID: 255382

---

lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.


**Electronically signed by JENNIFER MENDOZA MD on 08/30/2019 at 12:03 PM**

---

PAGE 4/14 * RCVD AT 10/3/2019 12:52:44 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6035591921 * CSID:775-783-6191 * ANI:7757836191 * DURATION (mm-ss):07-33

**Lincoln/Wofford 1123**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382

---

**09/11/2019 - Office Visit: RE Rt Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

Pt is 3 mo Po for Rt Total hip. Movement is better feels a little foreign still.

Appointment Date: 9/11/2019

------------------------------------------------------------------------------
--------------------------------------------------------
CHIEF CONCERN
------------------------------------------------------------------------------
--------------------------------------------------------

This is a 58 year-old male here today for right hip follow-up and left hip
pain 11 weeks status post right total hip arthroplasty performed on
6/24/2019. At the time of injury, the patient was working at Crosby Tuggs.

------------------------------------------------------------------------------
--------------------------------------------------------
HISTORY OF PRESENT ILLNESS
------------------------------------------------------------------------------
--------------------------------------------------------

He was last seen on 08/15/2019, at which time the treatment plan included
the following:
>> Work status updated: Remain off work, will continue therapy
>> Activity modification: Avoid lifting/carrying heavy objects, crawling,
and squatting
>> Physical therapy
>> Discontinue postoperative precautions

RIGHT HIP - Today, the patient reports improving right hip pain. Associated
symptoms include improving stiffness, lower back pain and lateral hip pain.
Of note, he denies difficulty squatting and difficulty walking. His symptoms
are exacerbated by prolonged sitting, and treatments thus far include in-
home stretches and physical therapy.

LEFT HIP - Today, the patient reports persistent left hip pain. His symptoms
are exacerbated by prolonged sitting.

Timeline (right hip):
- 6/24/2019: Right total arthroplasty performed

**Lincoln/Wofford 1124**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                           Patient ID: 255382

- 9/6/2019: Lumbar/ sacral radiofrequency ablations performed

The available records and medical history forms obtained in preparation for
the visit were reviewed. A 12-point review of systems has been scanned into
the patient record and relevant findings incorporated into the history of
present illness.

--------------------------------------------------------------------------------
--------------------------------------------------------
PHYSICAL EXAM
--------------------------------------------------------------------------------
--------------------------------------------------------

CONSTITUTIONAL: Well-nourished and well-developed
CARDIOVASCULAR: No appreciable peripheral edema
LYMPH: No palpable lymphadenopathy in the area of examination
INTEGUMENTARY: Skin is intact in area of examination
NEURO: Alert, oriented and no appreciable lack of coordination
PSYCHIATRIC: Cooperative during the exam with appropriate affect
GAIT AND STATION: Normal using nothing to assist with ambulation.

RIGHT HIP EXAM
    Inspection: Incision site intact and no signs of infection
    Neurovascular: Sensation intact to ligt touch distally and brisk
capillary refill

    Range of Motion:
        Internal rotation: Within normal limits
        External rotation: Within normal limits

    Strength:
        Hip abductors: 5/5
        Hip adductors: 5/5
        Hip flexors: 5/5

LEFT HIP EXAM
    Inspection: Skin intact, no gross deformity, and no rashes
    Neurovascular: Sensation intact to light touch distally and brisk
capillary refill

    Range of Motion:
        Internal rotation: Within normal limits
        External rotation: Within normal limits

    Stability:

**Lincoln/Wofford 1125**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 3
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

        Stable to exam

    Strength:
        Hip abductors: 5/5
        Hip adductors: 5/5
        Hip flexors: 5/5

```
------------------------------------------------------------------------------
--------------------------------------------------------
ASSESSMENT and PLAN
------------------------------------------------------------------------------
--------------------------------------------------------
```

This 58 year-old male patient is progressing well 11 weeks status post RIGHT
TOTAL HIP ARTHROPLASTY performed on 6/24/2019 in the context of:

1. BILATERAL HIP OSTEOARTHRITIS

2. SEVERE LEFT HIP OSTEOARTHRITIS

Mr. Wofford is doing very well after his right hip replacement, better than
I expected him to do. He does still have ongoing left hip osteoarthritis,
which is quite severe, however, is essentially asymptomatic. He also has
ongoing back issues, which he is undergoing treatment for as well. From his
right hip standpoint, I think he's essentially at maximum medical
improvement. I think he will continue to make some slight improvements for
the next 6-9 months particular in terms of comfort with his hip as well as
range of motion and strength. I do think that as time goes on he will have
occasional flare-ups and exacerbation probably once to twice a year
potentially. I do think it is appropriate for him to be seen under his
workman's comp insurance for this hip at least annually for screening exams
and radio graphs of the hip. And again as we did discuss before surgery, he
should be evaluated in the future for any wearing out or need for revision
of his hip replacement which may be as much as 2-3 decades down the line. As
far as work is concerned, I do think it is appropriate for him to have a
functional capacity evaluation with an independent provider to see if they
think he's appropriate to return to ocean-going tug work. From my
standpoint, again, he doesn't have restrictions, from that standpoint I
don't want him to do things like skydiving or bungee-jumping but otherwise,
he's fairly free to do activities as tolerated.

For the bilateral hips, the condition and the possible treatment options as
well as the relative risks were discussed. The treatment plan at this time
includes the following:
>> Increase activities as tolerated

**Lincoln/Wofford 1126**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 4
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

```
>> Continue antibiotics for dental prophylaxis
>> Clindamycin prescription refilled
>> Work note provided: No restrictions
>> Referral to Dr. Mendoza for spine evaluation

For the left hip as well, the condition and the possible treatment options
including left total hip arthroplasty and left hip cortisone injection as
well as the relative risks were discussed. Surgical treatment was discussed
in the event he fails conservative treatment.

FOLLOW-UP: 4-6 weeks or as needed

All of the patient's questions were answered. He demonstrated understanding
of his diagnosis and treatment plan and wishes to proceed with the
recommendations as discussed.

--------------------------------------------------------------------------
------------------------------------------------------
WORKER'S COMPENSATION
--------------------------------------------------------------------------
------------------------------------------------------
Claim Number: 93014
Appointment Date: 9/11/2019
Date of Injury (DOI): 12/29/2018
Employer: Crosby Tuggs

In accordance with Labor Code Section 4628, the examination of this
individual took place on the date indicated. I obtained the history and
performed the examination stated herein in full. The opinions and
conclusions of this report are solely those of this physician. The medical
records were personally reviewed by me. I declare under penalty of perjury
that I have not violated Labor Code Section 139.3 and have not offered,
delivered, received or accepted any rebate, dividend, discount, or other
consideration, whether in the form of money or otherwise, as compensation or
inducement for any referred examination or evaluation.

This note was generated for Dr. Nick Dirig using the Robin virtual scribe
service.
```

**Past Medical History - reviewed**

He does not have pacemaker.

**Lincoln/Wofford 1127**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 5
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

Total Hip Replacement Rt

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN
spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as
needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

## Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per
week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left.
Patient is not claustrophobic.

## Review of Systems

**Lincoln/Wofford 1128**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 6
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382

---

**General:** Complains of sweats, malaise, fatigue    .
**Eyes:** Complains of eye irritation    .
**ENT:** Complains of .        .
**Cardiovascular:** Complains of .        .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness    .
**Skin:** Complains of suspicious lesions    .
**Neurologic:** Complains of numbness    .
**Psychiatric:** Complains of anxiety    .
**Endocrine:** Complains of .        .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .        .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)

**Work Status:**

**Follow Up**

---

**Lincoln/Wofford 1129**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 7
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

---

PAGE 11/14 * RCVD AT 10/3/2019 12:52:44 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6035591921 * CSID:775-783-6191 * ANI:7757836191 * DURATION (mm-ss):07-33

**Lincoln/Wofford 1130**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 1
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                        Patient ID: 255382

---

**09/19/2019 - Office Visit: RE:Lumbar**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic North Carson**

wayne returns for f/u. he report no improvement after the RFA. He continues to have low back pain predominantly after any prolonged sitting. the pain improved after walking. he has no radiating leg pain or numbness

**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

**Medications and Allergies**
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CLINDAMYCIN HCL 300 MG ORAL CAPSULE (CLINDAMYCIN HCL) 3 By Mouth 1hr prior to dental procedure; Route: ORAL
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL
* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Lincoln/Wofford 1131**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382

## Family History - reviewed
Heart Disease

## Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

## Review of Systems
**General:** Complains of sweats, malaise, fatigue    .
**Eyes:** Complains of eye irritation    .
**ENT:** Complains of .        .
**Cardiovascular:** Complains of .        .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness    .
**Skin:** Complains of suspicious lesions    .
**Neurologic:** Complains of numbness    .
**Psychiatric:** Complains of anxiety    .
**Endocrine:** Complains of .        .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .        .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**

**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)

## GENERAL

**Lincoln/Wofford 1132**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*October 3, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                      Patient ID: 255382

---

no acute distress

## BACK
**Palpation:** no tenderness
**Skin:** within normal limits
**ROM:** pain with extension

| Strength | Right | Left | | | |
|---|---|---|---|---|---|
| **Hip Flexors** | 5/5 | 5/5 | | | |
| Extensors | 5/5 | 5/5 | | | |
| **Dorsi Flexors** | 5/5 | 5/5 | | | |
| Plantar Flexors | 5/5 | 5/5 | | | |
| Ankle Eversion | 5/5 | **EHL** | | 5/5 | 5/5 |

1. lumbar spondylosis
2. chronic back pain
3. lumbar DDD

I recommend conservative management. we discussed that based on his symptoms and the MRI, I do not feel there would be any benefit from a surgical intervention. we did discuss physical therapy for core strengthing but he deferred.  I gave him an order for an epidural but if he has no relief from this there is really nothing more i can offer. Follow-up in 4 weeks for repeat clinical exam. from a spine standpoint, he may work on light duty with a 20lbs lifting restriction and no sitting >45 min at at time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 09/19/2019 at 12:23 PM**

---

**Lincoln/Wofford 1133**



Date:        October 3, 2019

Subject:   Waiver of Premium Nursing Memorandum

Claim#:  9109433 –LIFE, LTD - 9007521

Claimant:  Wofford, Wayne

Clinical Assessment: Review of Life claim 9109433 and LTD claim 9007521.  Medicals reviewed indicate that EE has a chronic hx from 8/20914 forward of chronic neck and lower back pain (LBP) for which he has undergone previous MRI's and EMG's that support degenerative changes and radiculopathy.  In December 2018 while at work on the boat he was struck by a wave and slammed into an object striking is lower back/hip area.

Dr. Betz (Ortho WC) notes EE is seen for eval of back and bilateral hip pain.  MD opines EE has chronic lower back pain (LBP), multilevel degenerative disc dx (DDD) of the lumbar spine with facet arthropathy, bilateral L2-3 radiculopathy and bilateral hip osteoarthritis (OA).  He is limited to no lifting, pushing, pulling greater than 10 lbs and not qualified for sea duty.  Referred to Dr. Dictrich (orthosurg) for eval.

Dr. Dirig (Orthosurg) notes that EE has lumbar back pain and neck pain and will been seen by Dr. Mendoza (orthosurg) for this.  5/7/19 Dr. Dirig notes EE is seen in preop eval for pending right total hip replacement (THA) for severe osteoarthritis right hip (M25).  He will require upon discharge a wheeled walker, cane and Ice machine.

5/29/19 Dr. Mendoza (Orthosurg) notes chronic back pain secondary to work related incident that occurred on 12/29/18.  MRI showed multilevel arthritis without fracture and mild lateral stenosis at L4-5.  Medial branch block C4-5 and L4-S1 bilateral.  MD opines EE has chronic back pain and lumbar spondylosis with lumbar facet arthropathy.  Non-operative treatment is recommended and he recommends a medial branch block and if improvement then will consider RFA (burning of the never to stop the pain).  MD recommends OOW until completion of injections.

6/13/19 Dr. Dirig notes EE is released to RTW as of 6/13/19 with dx of lumbar spondylosis (M47).  He will require care following his THA scheduled on 6/24/19 for approximately 2 months.

On 6/24/19 EE underwent a right THA under Dr. Dirig and tolerated it well and on 6/28/19 he underwent a lumbar medial branch block and with initial 100% relief noted.

7/1/19 RPT Richard Stephenson PT, Hx of Hep C, unable to work will attend PT 3x/week for 6 weeks and be reevaluated approx. 8/12/19.

8/15/19 Dr. Dirig notes he reports based on his right hip he is doing well with improving ROM and stiffness and pain. However in relation to his lumbar pain and left hip pain these are worsening. He is status post lumbar injection for the lumbar pain and is waiting for his f/u. On exam there is a height discrepancy right longer than left. Based on exam MD is recommending he remain OOW at this time and continue therapy. He is to avoid lifting, carrying heavy objects, crawling and squatting and f/u in 4 weeks.

8/30/19 Dr. Mendoza notes EE is seen for a procedure of lumbar facet joint pain and injection at bilateral L3, L4 medical branch and an L5 RFA (burning of the nerve to prevent pain).

9/19/19 Dr. Mendoza notes EE is seen in f/u injections and notes no improvement from the RFA and that he continues with LBP predominantly after any prolonged sitting, pain is improved with walking. No radiating to lower extremities. MD notes that he is recommending conservative management only as his symptoms and MRI do not support any surgical intervention at this time. He has been given an order for ESI but if this does not work there is nothing from a surgical standpoint MD is able to do. MD recommends PT for core strengthening but EE has refused. f/u 4 weeks and he is able to RTW light duty with no lifting, greater than 20lbs and no sitting greater than 45 minutes at a time.

Based on his chronic neck, back and hip pain, surgery, recovery, PT and injections it is reasonable to support r&ls of no walking, standing, or sitting greater than occasionally, no lifting, pushing, pulling or carrying, no bending squatting or climbing or kneeling and these would be supported from 1/1/19-6/23/19 to allow for evaluation and initation of treatment. R&ls of less than sedentary capacity would be supported from 6/24/19 at least through 9/19/19 at which time r&ls of light duty with no lifting, greater than 20lbs and no sitting greater than 45 minutes at a time with no squatting, kneeling, climbing, or repetitive bending at the waist would be supported at least through f/u with Dr. Mendoza approx. 10/19/19 from a lower back pain standpoint. R&ls of less than sedentary capacity would continue to be supported from 8/15/19 at least through f/u with Dr. Dirig to determine if surgery for a left THA will be scheduled. NDC will upgrade to CM and place a call to Dr. Dirig's office to discuss f/u and possible left hip replacement surgery. Discuss with LCS.

Christine O, RN

Nurse Disability Consultant, Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD

**Lincoln/Wofford 1137**



Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 16, 2019

Mr. Wayne Wofford

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: Crosby Tugs, LLC
       Policy #: SA3-890-467044-01
       Claim #: 9109433

Dear Mr. Wayne Wofford:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Crosby Tugs, LLC Waiver of Premium, Group Life Insurance Policy.

We previously wrote to you on August 17, 2019, indicating that we required additional time to render a determination on your Waiver of Premium (hereinafter WOP) claim. Due to extenuating circumstances, we require an additional thirty days to render a full and fair determination on your claim for benefits under the Policy. Currently, we are awaiting medical records from Dr. Christopher Cenac. We expect to make a determination on your claim no later than October 15, 2019.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

If anything changes with this timeframe, we will notify you.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

**Lincoln/Wofford 1138**

TAHOE FRACTURE CLINIC {SUBJEC}

Lincoln/Wofford 1139

**Physicians**
Keith Card, DPM
Peter Costa, MD
Jeffrey Cummings, MD
Nicholas Dirig, DO
Michael Edmunds, MD
David Eisenhauer, DO
Michael Fry, MD
Randall Goode, MD
PJ Fry III, MD
David Jones, MD
Marco Mendoza, MD
Roger Rogalski, MD
James Sullivan, MD
Robin Tomita, MD
Joseph Walls, MD
David Watson, MD

**Mid levels**
Joseph Benton, APRN
Candace Camelon, APRN
Jeromy Dyer, PAC
Maeve Lyons, PAC
Daniel McCoy, APRN
Kelly Roetman, APRN
Pamela Smith, PA-C
Mallory Cushner, APRN
Stephanie Tonn, PA-C

To:      Lincoln Financial
Fax Number:  6034271888
Voice Number:

From:     Sarah Berg
Fax Number:
Voice Number:
Date:      September 10, 2019

Subject:    Wayne Wofford, DOB:
Total Pages:  72

Memo:  Please see attached records you requested.

       Thank you.

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Carson City Office
973 Mica Drive, Suite 201
Carson City, NV 89706
(775) 783-6190 | (775) 783-6191 FAX

Gardnerville Office
1520 Virginia Ranch Road, Suite 101B
Gardnerville, NV 89410
(775) 782-2442 | (775) 783-6199 FAX


**Lincoln**
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

**TAHOE FRACTURE & ORTHOPEDICS**
**973 MICA DR STE 201**
**ATTN: MEDICAL RECORDS**
**SOUTH CARSON CITY, NV 89705**

Sep 5, 2019
Re: Disability Benefits
Claim# 9007521          5655322
Claimant: WOFFORD, WAYNE
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: FOTH33

## REQUEST FOR STATUS

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **08/29/2019** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at:

☐ I am **EMAILING** records to charts@releasepoint.com    *PLEASE PUT RP ID IN SUBJECT LINE*
☒ I am **FAXING** records to: **603-427-1888**
☐ I am **MAILING** records on or before (date): _____ (See mailing address above)
☐ Records are being review, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,
Alter Paul Paulete
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No.:


5655322



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

## Restrictions Form

Return To: Sandra Kittridge

| Wayne Wofford | | 9109433 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — *2/8/19*    *M16,11, M16,12*
   DATE LAST TREATED — *8/15/19*    *296.641*
   NEXT OFFICE VISIT — *9/11/19*    DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____
   *Continue PT at this time. Will re-eval @ next visit. RTW pending improvement with (R) hip and possible need for Left hip replacement.*

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   *BL Hip OA and now s/p (R) THA*

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO    .

| *Nicholas J. Diriq* | *DO Orthopedic Sx* | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| *973 Mica Drive, Ste 201* | *775-783-6190* | *775-783-6191* |
| Street Address | Telephone Number | Fax Number |
| *Carson City, NV 89705* | *M* (signature) | *9/5/19* |
| City, State & Zip Code | Signature | Date |

09/03/2019  7:54AM (GMT-07:00)

**Lincoln/Wofford 1141**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/03/2019 - Office Visit: Re: Bil Hips**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:**  05/03/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up exam for his bilateral right worse than left hip pain.  He has osteoarthritis.  He had wanted to keep working on an ocean-going tugboat.  With that in mind, I recommended that he not have surgery.  He had some intra-articular corticosteroid injections which helped this pain some.  He was apparently evaluated by his employer's physician who based on the patient's exam and radiographs did not allow him to return to work.  He is back to for a follow up exam.  At this point, he is to the point where his hip pain is now more bothersome for him.  He would like to consider hip replacement surgery and he is willing to not go back to work particularly for his right hip.
**Past Medical History - reviewed**

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

**Surgical History - reviewed**
Voicebox growth removal

**Medications and Allergies**
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

**ALLERGIES**
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

**MEDICATIONS**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Lincoln/Wofford 1142**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

**Family History - reviewed**
Heart Disease

**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .    .
**Cardiovascular:** Complains of .    .
**Respiratory:** Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:** Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:** Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .    .
**Heme/Lymphatic:** Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .    .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**  Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  His skin is intact without lesions.  Clinically, his leg lengths are equal.  His

**Lincoln/Wofford 1143**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 3
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

right hip has decreased range of motion.  He has minimal if any internal rotation and adduction.  He has about 10 to 15 degrees of external rotation.  Any pain particularly at the extremes reproduces his groin and hip pain.  He walks with an antalgic gait.  His abductors, adductors and hip flexors are strong.  He has no tenderness over the trochanteric bursa region.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman with bilateral right worse than left hip pain.  He has osteoarthritis that is interfering with his activities of daily living and quality of life and at this point it is affecting his ability to work.  His symptoms have been present since an injury when a wave crashed overboard on the ocean-going tug that he was on and have not resolved with conservative measures.

PLAN:
I discussed with the patient the treatment options.  At this point, the only thing he has not tried would be surgery with a right total hip arthroplasty.  Again, his right hip is much more symptomatic than his left currently.  We again went over in exhaustive detail that I do not think that he will be safe to return to his current job working on an ocean-going tugboat after his hip replacement surgery as I think it will be too physically demanding and put him at risk for injuring himself or dislocating his hip with the unsteady season the work that he has to do.  With that in mind, hip replacement will basically enforce the patient to change careers.  Additionally, we discussed at length that hip replacements are designed to improve his pain and function.  They are not designed to do sporting activities and they certainly do not last forever and he will likely need a redo operation at least once in his lifetime.  Again, after extensive discussion, the patient voiced understanding.  We then went over the risks of right hip replacement which include but are not limited to bleeding, infection, damage to any surrounding nerves, vessels or other structures, continued pain, possible need for further surgery, fracture, instability, dislocation, stiffness, limp, leg length inequality, component loosening, breaking or wearing out over time, deep venous thrombosis, pulmonary embolism and reaction to anesthesia including possible heart attack, stroke or death.  The patient reported that he understood these risks and wishes to proceed with a right total hip arthroplasty.  He will be scheduled at his convenience.  We will plan to use vitamin E plastic and a ceramic head for a better bearing surface and he will be scheduled at his convenience.  He will need the preoperative labs and workup and I will see him back in the clinic about a week or so before his surgery or sooner should he have any issues.

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu
**Work Status:**

**Lincoln/Wofford 1144**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 4
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**Follow Up**

**Electronically signed by NICHOLAS J DIRIG on 05/07/2019 at 5:54 PM**

**Lincoln/Wofford 1145**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Return to Work

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/03/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

### Status

**Comments:** Patient is to stay off work until further evaluation. If any questions please give us a call at
775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 05/03/2019 at 7:14 PM**

**Lincoln/Wofford 1146**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/07/2019 - Phone Note**
**Provider: Kelly Chan**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/07/2019 8:50 AM, Kelly Chan wrote:
lmom to call back and schedule

---- 05/06/2019 9:50 PM, Maria Peregrina wrote:
Per NJD, please schedule with MCM for evaluation of back pain. NAR.

---- 05/06/2019 8:42 PM, Maria Peregrina wrote:


---- 05/03/2019 5:29 PM, Francisco Angulo wrote:
The following orders have been entered for this patient and placed on Admin Hold:

Type:          Test                    Code:  Referral
Description:    Internal Physician Referral
Order Date:    05/03/2019     Authorized By:  NICHOLAS J DIRIG
Order #:       669721-1
Clinical Notes:  Referral for back pain

**Under private insurance
-----------------------------

**Electronically signed by Kelly Chan on 05/07/2019 at 2:22 PM**

Patient Name **Wayne Wofford** Patient ID **255382** Date **5/29/19**

DX: Cervical Radiculopathy / Lumbar Radiculopathy / Spondylosis / Bursitis / Sacroilitis / Thoracic Pain

Other _____

Physical Therapy _____

Internal Referral _____

Outside Referral _____

Pain Management Referral -Goode/Sullivan/Mendoza _____

| Injections | | Blood Thinners Y / N _____ |
| --- | --- | --- |
| TPI | | Lumbar / Cervical / Thoracic |
| EPI Interlaminar | | Levels _____ Right / Left / Bilateral |
| Caudal Injection | | |
| SNRB Transforaminal (Lumbar Only) | | Levels _____ Right / Left / Bilateral |
| Medial Branch Block | | Levels C4,5, L5/51 Right / Left / Bilateral |
| Facet | | Levels _____ Right / Left / Bilateral |
| RFA | | Levels _____ Right / Left / Bilateral |
| SI (To be done with contrast under fluoroscopy) | | Right / Left / Bilateral |
| HIP | Bursa / Intra Articular | Right / Left / Bilateral |

Doctor: Sullivan / Goode / Mendoza/ Jones Group / 1st Available /Other Doctor_____ **SEDATION**

**EMG** Arms: Right / Left / Bilateral Legs: Right / Left / Bilateral

**MRI** Cervical/Lumbar/Thoracic W/WO CT Mylogram/Ct Scan Cervical /Thoracic/Lumbar

**Spine Study** (Input L/T/C MRI) Bone scan/ Dexa Scan

Location: Mica/CTRMC/CVMC/Ironwood/Barton _____

Claustrophobic Y / N Sedation IV / Valium / Anesthesia

**Tens Unit** _____

**Medications:**

Flexeril 10mg / 5mg (1 tab po every 8 hrs neck/back spasms) QTY: _____ Refill: _____

Zanaflex 2mg/4mg (1 Tab every 6 to 8 hours as needed for spasm) QTY: _____

Tramadol 50mg (1 tab po every 8 hrs neck/back pain ) QTY: _____

Mobic 7.5mg / 15 mg (1 tab po qd) QTY: _____

Medrol Dose Pack (Take as directed)

Voltaren Gel (Apply 1-2 grams) to affected area 3-4 times daily. Rub thoroughly)

Neurontin Taper

Other: _____ Pharmacy _____

Lincoln/Wofford 1148

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/29/2019 - Office Visit: NP/Back R Hip**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

58 year old male referred by Dr. Dirig for evaluation of chronic back pain. patient sustained a work related injury working on a boat in the ocean. he reports that a large waves cause him to lose his balance and struck the railing of boat. since that he has had persistent back pain. he denies any significant radiating pain down the leg. He did have at MRI at CTH which showed multilevel spondylosis without any fracture. there is some mild lateral recess stenosis at L4-5. he is scheduled to have a THA with Dr. Dirig in the near future.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

## ALLERGIES
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

## MEDICATIONS
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Lincoln/Wofford 1149**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**          *September 10, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                            Page 2
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.

## Family History - reviewed
Heart Disease

## Social History
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

## Review of Systems
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .       .
**Cardiovascular:** Complains of .       .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .       .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .       .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)

**Lincoln/Wofford 1150**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

## GENERAL
no acute distress

## HEENT
**Head:** normocephalic **Eyes:** within normal limits **Ears:** within normal limits

## NECK
**General:** Supple      **Skin:** atraumatic

## BACK
**Palpation:** tenderness present over spinous process, tenderness over paraspinous muscles
**Gait:** normal
**ROM:** pain with extension

## CHEST
Chest: nonlabored respirations.

## ABDOMEN
**Inspection:** within normal limits

| **Legs** | **Right** | **Left** |
|---|---|---|
| **Straight Leg Raise:** | Negative to 90 | Negative to 90 |

**Pulses**

| **ROM** | **Right** | **Left** |
|---|---|---|
| **Pain with ROM:** | Present | Present |

**Sensation**
Right: Intact to light touch
Left: Intact to light touch

| **Strength** | **Right** | **Left** | | |
|---|---|---|---|---|
| **Hip Flexors** | 5/5 | 5/5 | | |
| Extensors | 5/5 | 5/5 | | |
| **Dorsi Flexors** | 5/5 | 5/5 | | |
| Plantar Flexors | 5/5 | 5/5 | | |
| Ankle Eversion | 5/5 | **EHL** | 5/5 | 5/5 |

**Lincoln/Wofford 1151**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 4
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

1. chronic back pain
2. lumbar spondylosis
3. lumbar facet arthropathy

I recommend nonoperative management. he does have spondylotic changes and facet arthropathy. he does try and exercise on a regular basis so i do not believe any formal PT would help at this point. I gave him an order for lumbar MBB. if he feels improvement then i would recommend proceeding with an RFA. Follow-up 2 weeks after the injection. he has no radicular symptoms at this time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 05/30/2019 at 6:35 PM**

**Lincoln/Wofford 1152**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/29/2019 - Return to Work**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

### Review
Restrictions are: Temporary

### Status


**Comments:** Patient is to stay off work until completion of injections. If any questions please contact us at
775-783-6190.




**Electronically signed by MARCO MENDOZA on 07/01/2019 at 3:39 PM**

---

**Lincoln/Wofford 1153**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/30/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Phone Note**
**Caller:** other

**Comments:** Attempted to call pt adjuster, Jeanette. Lmom for her to call me back.

**Clinical Lists Changes**

**Electronically signed by Lindsay Bowyer on 05/30/2019 at 8:30 AM**

---

**Lincoln/Wofford 1154**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**05/30/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** Called pt and informed him that his back is now part of the claim and he should expect a call to get scheuled for surgery. Pt verbalized his understanding and thanked me.

**Clinical Lists Changes**

**Electronically signed by Lindsay Bowyer on 05/30/2019 at 9:14 AM**

**Lincoln/Wofford 1155**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
*Page 1*
*Phone Note*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/30/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** Sent Lab request over to Neveda Occ, where he is going tomorrow for surgical clearance
Faxed to 775-887-5040

**Clinical Lists Changes**

**Electronically signed by Carrie Haskell on 05/30/2019 at 2:54 PM**

---

**Lincoln/Wofford 1156**



## CARSON TAHOE
### Regional Medical Center

PO Box 2168
Carson City, NV  89702-2168
775/882-1361

6/4/19 aoc

## DIAGNOSTIC SERVICES REPORT

| Check-In # | Order # | Exam | |
|---|---|---|---|
| 3406167 | H1771583 | OPI10080 | SXR CHEST 2 VIEW |
| | ICD: | | |

**TYPE OF EXAM:**  SXR CHEST 2 VIEW                                        **DATE:**   06/04/2019  at 12:59
**INDICATION:**

<div align="center">FINAL</div>

EXAM: Chest radiograph, 2 views.

HISTORY: ENCOUNTER FOR PREPROCEDURAL RESPIRATORY EXAM

COMPARISON: None available.

FINDINGS: The lungs are clear. There is no consolidation, edema, effusion or pneumothorax. The cardiac silhouette is within normal limits in size and unremarkable. Osseous structures and soft tissues are unremarkable.

IMPRESSION: No acute cardiopulmonary process.

Electronically Signed by: Edmund Pillsbury 6/4/2019 1:09 PM

---

**Electronically Signed By:**     PILLSBURY, EDMUND P

**FINAL**                                                                                                Page 1 of 1

| **Patient Name** | | | | **MRN** | **Account #** |
|---|---|---|---|---|---|
| WOFFORD, WAYNE C | | | | 020374920 | 1915500633 |

| **DOB** | **Age** | **Sex** | **Check-In** | | **Loc/Room** |
|---|---|---|---|---|---|
| | 58 | M | 06/04/19  at 12:59 | 3406167 | |

**Ordering Physician**                                              **Attending Physician**
DIRIG, NICHOLAS

775-783-6190

**DX:**

TAHOE FRACTURE CLINIC (SUBJEC)
**Lincoln/Wofford 1157**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:                   Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/04/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/31/2019 1:03 PM, Gretchen Bonner wrote:


---- 05/31/2019 10:14 AM, MARCO MENDOZA wrote:
my assumption is the hip is priority unless dirig disagrees

---- 05/30/2019 10:33 AM, Gretchen Bonner wrote:


---- 05/30/2019 10:16 AM, Lindsay Bowyer wrote:
NJD/MCM

Hello, this patients adjuster wants to know if the hip arhtroplasty will take precedent over the injections for
the back that MCM ordered?
Please let me know. Thank you.
-----------------------------

**Electronically signed by Lindsay Bowyer on 06/04/2019 at 9:50 AM**

**Lincoln/Wofford 1158**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/05/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

Relayed message to adj(Jeannette). She informed me she would contact employer and see if it can be approved.
---- Converted from flag ----
---- 06/05/2019 10:39 AM, Amy Orozco wrote:
Spoke to MCM, he states that pt can have injection before the sx or wait after he has sx. It is really up to the pt what he wants to have done.

---- 06/05/2019 9:00 AM, Lindsay Bowyer wrote:
This pt is having surgery with NJD on 7/1. MCM ordered an injection for the back. Can you ask NJD if pt can have injection before surgery, or should he wait until after the surgery to have the injection? Pt adjuster is asking. Thank you.
----------------------------

**Electronically signed by Lindsay Bowyer on 06/05/2019 at 10:45 AM**

**Lincoln/Wofford 1159**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

Diagnosis: **Lumbar spondylosis (ICD-721.3) (ICD10-M47.816)**

## Status

**Comments:** Patient will need care for after surgery, will need assistants with daily life activities for about 2 months. Surgery is scheduled for 6/24/19. If any questions please give us a call at 775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:47 AM**

---

**Lincoln/Wofford 1160**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 05/30/2019 8:42 AM, Victoria Stroud wrote:
PT is approved for his sx
-----------------------------


**Electronically signed by Carrie Haskell on 06/13/2019 at 10:30 AM**

---

**Lincoln/Wofford 1161**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**06/13/2019 - Phone Note**
**Provider: Francisco Angulo**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

--Called patient to come in to pick up a note at the front desk.

-- Converted from flag ----
---- 06/12/2019 4:48 PM, Amy Orozco wrote:
Pt is scheduled to have sx 6/24?

---- 06/12/2019 4:41 PM, Brooke Bean wrote:
NJD,
Patient called and needs a letter stating he will need care after his surgery for his wife to come here from
out of country after his surgery. he would like a call back at 775 400 8740
-----------------------------

**Electronically signed by Francisco Angulo on 06/13/2019 at 11:51 AM**

**Lincoln/Wofford 1162**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
*Page 1*
*Phone Note*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Phone Note**
**Provider: Amy Orozco**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

LVM- asking what he would like said on the letter.

---- 06/13/2019 2:40 PM, Dawn Hamlin wrote:
NJD
Pt needs letter to state date of his surgery (7/1/19) - please call him @ 775-400-8740. (Trying to get his wife here from Mexico to take care of him postop & says letter needs to "sound more formal").
-----------------------------

**Electronically signed by Amy Orozco on 06/13/2019 at 3:59 PM**

---

PAGE 25/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

**Lincoln/Wofford 1163**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Phone Note**
**Provider: Amy Orozco**
**Location of Care: Tahoe Fracture and Orthopedic Mica**


**Comments:** Patient called back, stating that his note needs to have a sx date. He will call tomorrow with a fax # to his attorney.




**Clinical Lists Changes**


**Electronically signed by Amy Orozco on 06/13/2019 at 4:36 PM**

---

**Lincoln/Wofford 1164**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/14/2019 - Phone Note**
**Provider: Gretchen Bonner**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 06/14/2019 9:37 AM, Dawn Hamlin wrote:
NJD
Sx date is 6/24/19. Fax # for atty is 956-284-0518, Michell Murillo.
Pls call pt @ 775-400-8740.
-----------------------------
done and faxed to attorney


**Electronically signed by Gretchen Bonner on 06/14/2019 at 11:23 AM**

---

**Lincoln/Wofford 1165**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/17/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 06/14/2019 1:00 PM, Victoria Stroud wrote:
thanks, I will let WC know

---- 06/14/2019 10:22 AM, Carrie Haskell wrote:
Pt is a hip, do not believ we send it in for HIPS. Let me know if wrong. Still need walker and cane placed
in DME section of packet

---- 06/14/2019 9:52 AM, Victoria Stroud wrote:
Okay. =) Let me know when it's ready and I will submit for it.

---- 06/13/2019 10:39 AM, Carrie Haskell wrote:
I will do this asap

---- 06/10/2019 12:51 PM, Victoria Stroud wrote:
Hey Love, I do not see an order in. Is it going to be put in the packet?

---- 06/06/2019 2:21 PM, Carrie Haskell wrote:
Ok I will do so,

---- 06/06/2019 1:52 PM, Victoria Stroud wrote:
If NJD thinks he will need one. JRC and MRE usually have one ordered and put in the DME section of
the sx packet and I request it with the surgery

---- 06/06/2019 1:38 PM, Carrie Haskell wrote:
Should I order a ice machine for this pt.
-----------------------------

**Electronically signed by Carrie Haskell on 06/17/2019 at 12:43 PM**

---

**Lincoln/Wofford 1166**

PAGE 29/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:1775783619 * DURATION (mm-ss):30-09

Casron City NV, 89706

 **confidential**

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | XRay Report |

Notes:

PAGE 30/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034421888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-00
C 01/09/2019 8:11 AM CT          Complete Occupationa            → 17758675040

CH 6-18-19



**COMPLETE OCCUPATIONAL**
HEALTH SERVICES

Complete Occupational Health Services
13554 Hwy. 3235
Larose, LA 70373
Ph: (985) 693-8277
Fax: (985) 424-4101
Website: www.cohs.us.com

## *RADIOLOGY REPORT*

| | |
|---|---|
| Patient Name: **WOFFORD, WAYNE C** | Date of Study:  29-Dec-2018 06:34:26 PM |
| Patient Number: COHS-18356 | Date of Birth: |
| Age: 57 years | Ordering Physician:  DIAZ, MARISSA PA-C |

### X-RAY LUMBAR SPINE 2 OR 3 VIEWS

History: Low-back pain post fall.

Findings:

-

Spondylosis is noted at L2-3 with vascular calcifications of the aorta.

Impression:

Spondylosis and atherosclerotic disease.

*Blandry, MD*

Electronically Signed by LANDRY, BERNARD MD DR. at 1/8/2019 9:51:25 PM

Teleradiology services provided by:          Bernard A. Landry, MD, LLC
Ph: (504) 273-5169                  Address: 19 Killdeer St. New Orleans, LA 70124

06/18/2019   11:00AM (GMT-07:00)
TAHOE FRACTURE CLINIC (SUBPEC)
**Lincoln/Wofford 1168**

PAGE 31/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

Casron City NV, 89706

 **confidential**

CH 6-18-19

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | Lab Results |

Notes:

PAGE 32/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

 
**Report Status: Final**
**WOFFORD, WAYNE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WOFFORD, WAYNE**<br><br>**DOB:**    **AGE: 58**<br>Gender:   M    Fasting: U<br>Phone:   NG<br>Patient ID: 9801 | Specimen:   LV444595G<br>Requisition: 2557343<br><br>Collected:   05/31/2019 / 13:15 PDT<br>Received:   05/31/2019 / 23:45 PDT<br>Reported:   06/01/2019 / 03:29 PDT | Client #: 88820924    MAIL500<br>PANICARI, MICHAEL R<br>NV OCCUPATIONAL HLTH CTR<br>3488 GONI RD STE 141<br>CARSON CITY, NV 89706-7970 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | QAW |
| GLUCOSE | 99 | | 65-99 mg/dl | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | | 1.34 H | 0.70-1.33 mg/dL | |

For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African American.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | | 58 L | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 67 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 10 | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 20-32 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.3 mg/dL | |
| CBC (INCLUDES DIFF/PLT) | | | | QAW |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.41 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.1 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 41.9 | | 38.5-50.0 % | |
| MCV | 95.0 | | 80.0-100.0 fL | |
| MCH | | 34.2 H | 27.0-33.0 pg | |
| MCHC | 36.0 | | 32.0-36.0 g/dL | |
| RDW | 11.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 190 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1818 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1859 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 432 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 302 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 90 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.4 | | % | |
| LYMPHOCYTES | 41.3 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 6.7 | | % | |
| BASOPHILS | 2.0 | | % | |

**PERFORMING SITE:**

QAW   QUEST DIAGNOSTICS-LAS VEGAS 4230 BURNHAM AVE, LAS VEGAS, NV 89119-5306 Laboratory Director ELIZABETH D RULE, MD, CLIA 29D0652730

CLIENT SERVICES: 866.697.8378      SPECIMEN: LV444595G      PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

06/18/2019   11:00AM (GMT-07:00)
TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 1170**

Lincoln/Wofford 1171

PAGE 33/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

Casron City NV, 89706

# fax **confidential**



Ch 6-18-19

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 2 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | EKG/Cardio |

Notes:



ID: 9801
DOB: (58 yr)
Weight: 190 lb
Height: 5 ft 11 in
BMI: 26.5
Gender: Male
Race:
BP:

Name: WOFFORD, WAYNE
Comments:

5/30/2019 1:55:18 AM

P/PR: 114/184 ms
QRS: 94 ms
QT/QTc: 424/454 ms
P/QRS/T Axis: 71/-10/57 deg
Heart Rate: 69 BPM

sinus rhythm
low QRS voltage in extremity leads
Normal variant of ECG

Unconfirmed Report

06/18/2019 10:59AM (GMT-07:00)

PAGE 34/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775 700 6100

CONCENTRA

Version 2.5.0



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/18/2019 - Phone Note: Requested info**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**


**Comments:** Called requesting Labs, EKG and Clearance for Sx from Dr. Betz.
Alajandro stated she would fax them right over




**Clinical Lists Changes**


**Electronically signed by Carrie Haskell on 06/18/2019 at 10:57 AM**

---

**Lincoln/Wofford 1173**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/19/2019 - Phone Note**
**Provider: Shannon Stiens**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Phone Note**
**Caller:** patient
**Responsible Provider:** Dr. Dirig

**Study Results**
 Surgery

**Comments:** Spoke to patient addtional labs needed will be done @ 8am Friday 06/21 for surgery.
Michelle at sierra is aware and will have order at fron desk for patient.

**Clinical Lists Changes**

**Electronically signed by Shannon Stiens on 06/19/2019 at 9:26 AM**

---

**Lincoln/Wofford 1174**

PAGE 37/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:1775783619 * DURATION (mm-ss):30-09

# FAX

## To:
Company:
Fax: 7836191
Phone:

## From: **SunriseLabVisualReport@donotreply.com**
Fax:
Phone:
E-mail: SunriseLabVisualReport@donotreply.com

## NOTES:

Laboratory Report: 144070/ Encounter :1265272

**Date and time of transmission:** Thursday, June 20, 2019 4:52:04 PM
**Number of pages including this cover sheet:** 03

TAHOE FRACTURE CLINIC {SUBJEC}

## Lincoln/Wofford 1176

PAGE 38/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
|---|---|---|---|---|

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| | | | |
|---|---|---|---|
| Urinalysis | Phone:775-445-8550 | Fax:775-445-8538 | Page: 1 |
| Patient: | Room / Bed: / | | Physician: |
| **WOFFORD, WAYNE C** | **Accession** 0001265272 MRN#: 020374920 | | **DIRIG,NICHOLAS** |
| D.O.B.: 58 YRS | **Account No.:** 1917100704 | | |
| Sex: **M** Male | **Contract Code:** | Collected: 6/20/2019 @ 4:06 PM | |
| Ward: O/P | | Received: 6/20/2019 @ 4:07 PM | |
| **Status:** **Final Report** | | First Reported: 6/20/2019 @ 4:50 PM | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **_Urinalysis_** | | | | | |
| Color | YELLOW | | | Yellow | |
| Character | CLEAR | | | Clear | |
| PH | 7.0 | | | 5.0-8.0 | |
| Specific Gravity | 1.021 | | | 1.015-1.025 | |
| Glucose | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |
| Ketone | NEGATIVE | | | Negative | |
| Blood, Urine | NEGATIVE | | | Negative | |
| Protein | **TRACE** | A | | Negative | |
| Urobilinogen | 2.0 | | | 0.2-1.0 | |
| Nitrite | NEGATIVE | | | Negative | |
| Leukocyte Esterase | NEGATIVE | | | Negative | |
| **Epithelial Cells** | **NEGATIVE** | | | | |
| Hyaline Casts | NEGATIVE | | | | |
| WBC | 0-2 | | /HPF | 0-2 | |
| RBC | 0-2 | | /HPF | 0-2 | |
| Bacteria | NEGATIVE | | | Negative | |
| Culture Indicated | Not Indicated | | | | |

Medical Directors

| | | |
|---|---|---|
| **Elizabeth A Jack, MD - CTRMC** | **Susan A. Doberneck, MD - CTSMC** | **Mark R. Wolz, MD - MMCL** |

| | | | | | |
|---|---|---|---|---|---|
| Date Printed: 6/20/2019 4:50 PM | PH- Panic High | H - Abnormal High | A -Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}

**Lincoln/Wofford 1177**

PAGE 40/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:1775783639191 * DURATION (mm-ss):30-09

# FAX

### To:
Company:
Fax: 7836191
Phone:

### From: SunriseLabVisualReport@donotreply.com
Fax:
Phone:
E-mail: SunriseLabVisualReport@donotreply.com

___

## NOTES:

Laboratory Report: 144070/ Encounter :3264836

**Date and time of transmission:** Thursday, June 20, 2019 5:17:14 PM
**Number of pages including this cover sheet:** 04

TAHOE FRACTURE CLINIC {SUBJEC}

Lincoln/Wofford 1179

PAGE 41/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:60342721888 * CSID:775-783-6191 * ANI:1775783619] * DURATION (mm-ss):30-09

To view the reports, contact Lab Administrator for Latest Report Viewer Setup

Patient's test report pages

| Patient ID | Name | Accession | Order Date | Report Type |
| --- | --- | --- | --- | --- |

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Chemistry**
Patient:

**WOFFORD, WAYNE C**

| | | | | |
|---|---|---|---|---|
| Phone:775-445-8550 | | Fax:775-445-8538 | | Page: 1 |
| Room / Bed: | / | | Physician: | |
| Accession | 0003264836 | MRN#: 020374920 | DIRIG,NICHOLAS | |

D.O.B.: 58 YRS
Sex: **M** Male
Ward: O/P

Account No.: 1917100704

Contract Code:

Collected: 6/20/2019 @ 4:06 PM
Received: 6/20/2019 @ 4:07 PM
First Reported: 6/20/2019 @ 5:14 PM

**Status: Final Report**

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | | |
| Sodium | **132** | L | mmol/L | 136 - 144 | |
| Potassium | 3.7 | | mmol/L | 3.6 - 5.1 | |
| Chloride | **100** | L | mmol/L | 101 - 111 | |
| Total CO2 | 25 | | mmol/L | 22 - 32 | |
| Anion Gap | 7 | | mmol/L | 2 - 11 | |
| Calcium, Total | 8.9 | | mg/dl | 8.7 - 10.3 | |
| Glucose | 86 | | mg/dl | 60 - 99 | |
| BUN | 9 | | mg/dl | 8 - 20 | |
| Creatinine | 0.90 | | mg/dl | 0.80 - 1.40 | |
| Total Protein | 6.9 | | g/dl | 6.4 - 8.2 | |
| Albumin | 3.9 | | g/dl | 3.5 - 4.8 | |
| Alkaline Phos | 58 | | IU/L | 38 - 126 | |
| ALT | 34 | | IU/L | 17 - 63 | |
| AST | 33 | | IU/L | 15 - 41 | |
| Bilirubin, Total | 1.1 | | mg/dl | 0.4 - 2.0 | |
| Bilirubin, Direct | 0.2 | | mg/dl | 0.0 - 0.3 | |
| Bilirubin, Indirect | 0.9 | | mg/dl | 0.0 - 1.5 | |
| Globulins, Total | 3.0 | | g/dl | 2.6 - 3.1 | |
| A/G Ratio | 1.30 | | Ratio | 1.00 - 2.20 | |
| GFR | 87 | | ml/min/1.7 | > 60 | |

```
Estimated GFR derived from the MDRD Study equation can be
used in patients who are in the hospital.  However, it is
important to pay attention to potential inaccuracies due
to the non-steady state of serum creatinine, co-
morbidities that cause malnutrition, and the use of
medications that interfere with the measurement of serum
creatinine.

The estimated GFR is only accurate for patients greater
than 18 years of age.
```

Medical Directors

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Date Printed: | 6/20/2019 5:14 PM | PH- Panic High | H - Abnormal High | A -Abnormal | **Continue** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 1180**

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

| Coagulation | Phone:775-445-8550 | Fax:775-445-8538 | | Page: 2 |
|---|---|---|---|---|
| Patient: | Room / Bed: / | | Physician: | |

**WOFFORD, WAYNE C**

| D.O.B.: 58 YRS | Accession **0003264836** MRN#: **020374920** | **DIRIG,NICHOLAS** |
|---|---|---|
| Sex: **M** Male | Account No.: **1917100704** | |
| Ward: O/P | Contract Code: | Collected: 6/20/2019 @ 4:06 PM |
| | | Received: 6/20/2019 @ 4:07 PM |
| **Status: Final Report** | | First Reported: 6/20/2019 @ 5:14 PM |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|

### *Prothrombin Time*

| Prothrombin Time | 13.9 | | Seconds | 11.7 - 14.4 | |
|---|---|---|---|---|---|
| INR | 1.1 | | | 0.9 - 1.1 | |

The INR (International Normalized Ratio) is used only for patients using stable oral anticoagulant therapy, and does not contribute to the diagnosis or management of other coagulation disorders. The recommended therapeutic range for standard therapy is 2.0 - 3.0.

Higher level anticoagulation requires a range of 2.5 - 3.5

Medical Directors

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL |
|---|---|---|
| Date Printed: 6/20/2019 5:14 PM | PH- Panic High | H - Abnormal High | A - Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}

**Lincoln/Wofford 1181**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/20/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Comments:** WAyne called in to say he came back early. Advised him that he need to be done today

**Clinical Lists Changes**

**Electronically signed by Carrie Haskell on 06/20/2019 at 3:20 PM**

---

**Lincoln/Wofford 1182**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/28/2019 - Office Procedure: Bil L3,4,5 MBB 1st**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Medial Branch Block

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus block

Anesthesia:
local

Indications:
Using models and diagrams, I described the technique of lumbar medial branch blocks. Risks including, but not limited to, bleeding, infection, headache, and nerve damage were discussed. All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of

**Lincoln/Wofford 1183**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 2
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

the right L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The patient tolerated the procedure well and without complication. The patient was observed for approximately 20 minutes and discharged home in satisfactory condition with appropriate discharge instructions.

Fluoroscopy time:
12 secs

**Electronically signed by JENNIFER MENDOZA MD on 06/28/2019 at 9:40 AM**

---

**Lincoln/Wofford 1184**

⊘ sed

## PROCEDURE RECORD

Date: 6-28-19  Pt ID: 255382  Patient Name: wofford, wayne

Procedure: Bil L4, 5 mBB lt.

Bloodthinners: ASA.—81   · DM   Pacemaker   Dialysis   Chemo   Pregnancy

Allergies: PCN.   Iodine/Contrast   Latex   Steroid   Adhesive   Lidocaine

☐ IV:_____ga_____ (None)
☒ Patient Identified   Meds Used: .5 % Marcaine
☒ Surgical Pause, Consent Read
☒ Allergies Confirmed

---

Pre-Procedure Vitals:  B/P: 127/88   HR: 98   SPO2: 96   Pain Score: 7

| Time: | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | | | | | | | | | | | | | | | | | | | | | | |
| Midazolam (mg) | | | | | | | | | | | | | | | | | | | | | | |
| Fentanyl (mcg) | | | | | | | | | | | | | | | | | | | | | | |
| Ancef (gm) | | | | | | | | | | | | | | | | | | | | | | |

Sats %: 93

| | Discharge Criteria | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O2 | 1 |
| | <90% on O2 | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two exterms. | 1 |
| | No Movement | 0 |
| Total: | | 10 |

Discharge Vitals: B/P: 127/85 HR: 89 SPO2: 97 Pain Score: 0

☒ No Complications
☒ Discharge criteria score of 10 met
☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: 9:40  Date: 6/28/19  Physician Signature: _____

**Lincoln/Wofford 1185**

## CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. **Mendoza**____ , to perform the following:
**Bilateral[B] L 4, 5 medial Branch Block, under Fluroscopy.**

I (WE) understand the above procedure description as it has been presented to me ____ (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary. ____ (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_____      **6/28/2017**
Patient Signature                        Date

_____      _____
Responsible Party (if other than patient)       Date

Patient ID: **255382**     Patient Name: **Wofford, Wayne.** ____

**Lincoln/Wofford 1186**

# DISCHARGE INSTRUCTION SHEET – PAIN

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ Doctor's card given

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive       ■ Difficulty breathing

■ Persistent nausea/vomiting              ■ Persistent headache

■ Unrelieved pain                         ■ Redness, swelling around incision

■ Temperature of 100° or higher

■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours._____

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above

| Patient Name | Patient Signature | 6/28/19 Date\Time |

| Driver's Name | Driver's Signature | Date\Time |

**Lincoln/Wofford 1187**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/01/2019 - Phone Note**
**Provider: John Seelye**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

---- Converted from flag ----
spoke with patient he did say it was difficult due to him have a hip replacement recently in the week. but did say felt like after 4 hours he had 100% relief . will speak with JLM. and see if she would like to go forward
---- 06/28/2019 11:41 AM, John Seelye wrote:
mbb results
-----------------------------

**Electronically signed by John Seelye on 07/01/2019 at 9:15 AM**

---

**Lincoln/Wofford 1188**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/02/2019 - Phone Note**
**Provider: Gretchen Bonner**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 07/02/2019 10:17 AM, Victoria Stroud wrote:
thanks!

---- 07/02/2019 10:11 AM, Gretchen Bonner wrote:
done

---- 07/02/2019 10:04 AM, Victoria Stroud wrote:
you can put patient choice and wc can decide who they want to provide the services =)

---- 07/02/2019 9:07 AM, Gretchen Bonner wrote:
What facility?

---- 07/01/2019 3:53 PM, Victoria Stroud wrote:
NJD- WC called and they need a home health physical therapy order for this patient.
-----------------------------

**Electronically signed by Gretchen Bonner on 07/02/2019 at 10:18 AM**

---

PAGE 51/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

**Lincoln/Wofford 1189**

## High Desert Therapists, Dayton
5 Pinecone Rd, Suite 100
Dayton, NV  89403-6309

Phone: (775) 246-7742
Fax: (775) 246-7559

---

Initial Evaluation for Wayne Wofford
DOB:
Case: R Hip
Therapist: L. Richard Stephenson, RPT

Referred by: Nicholas Dirig
Phone: (775) 783-6190
Fax: (775) 783-6191

Visit Date: 07/01/19
Diagnosis: Pain in right hip
Presence of right artificial hip joint

## Subjective

**Onset**

**Date of Onset:** 6-24-19. **Description:** Right THA.

**Pain Rating**

| Verbal Pain Rating at Present | 3 - Slight Pain (1 - 3) |
| Verbal Pain Rating at Best | 2 - Slight Pain (1 - 3) |
| Verbal Pain Rating at Worst | 4 - Moderate Pain (4 - 6) |

**General Health Questions**

**Other Health Problems:** Pt. reports he has Hep. C.

**Vocational**

**Current Status:** Unable to work.

**Functional Deficits**

**Primary Functional Limitation:** Patient is unable to perform functional activities/ADLs without right hip pain.

## Objective

**Gait**

**Abnormality:** Antalgic R. LE. **Stairs:** Leads with affected extremity when descending. Leads with unaffected extremity when ascending.

| | Result | Note |
|---|---|---|
| **Hip Active ROM** | | |
| Hip Abduction AROM | 30 degrees | |
| Hip Extension AROM | 0 degrees | |
| Hip Flexion AROM | 95 degrees | |
| **Hip Passive ROM** | | |
| Hip Abduction PROM | 35 degrees | |
| Hip Extension PROM | 0 degrees | |
| Hip Flexion PROM | 100 degrees | |
| **Hip Muscle Testing** | | |
| Gluteus Maximus Strength | 4 /5 | |
| Gluteus Medius Strength | 4 /5 | |
| Iliopsoas Strength | 4 /5 | |
| Piriformis Strength | 4- /5 | |

07/01/19
Page 1 of 2

Initial Evaluation for Wayne Wofford
DOB:

**Lincoln/Wofford 1190**

**Palpation: Tenderness**

Palpation: Lateral/posterior hip.

### Goals

| Item | Current | Goal | By Date |
|---|---|---|---|
| 1: Primary Functional Limitation | Patient is unable to perform functional activities/ADLs without right hip pain. | Able to perform functional activities/ADLs without right hip pain. | 8/14/19 |

### Assessment

**Assessment**

Rehabilitation Potential: Good. Impression: Right hip pain, weakness with loss of ROM/function post THA.

### Plan

**Plan of Care**

Frequency: Three times weekly. Duration: Six weeks. Home Exercises: Ex./ROM. Treatment Procedures: Manual Stretching. Supervised Therapeutic Exercises. Gait Training. Treatment Progression: Progress to more active home exercise program after symptoms subside.

Thank you for the opportunity of working with Wayne.

As always, please feel free to call us at (775) 246-7742 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by:

L. Richard Stephenson, RPT
07/02/19 1:39 pm
License: NV PT0698    CA PT5977

07/01/19
Page 2 of 2

Initial Evaluation for Wayne Wofford
DOB:



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/08/2019 - Phone Note**
**Provider: Carrie Haskell**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

---- Converted from flag ----
---- 07/08/2019 2:06 PM, Lisa Smith wrote:
NJD please call pt at 775-400-8740 in regards to his post op appt
-----------------------------

**Electronically signed by Carrie Haskell on 07/08/2019 at 4:00 PM**

---

**Lincoln/Wofford 1192**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**          *September 10, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                              Page 1
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/09/2019 - Office Visit: 1 Post Op R Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 07/09/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up visit. He is two weeks out from a right total hip arthroplasty. He is doing excellent. He has minimal discomfort, just some residual ecchymosis around the hip and leg. He was taking aspirin initially, but then stopped it as he is on medication that he is finishing up for hepatitis C treatment. He will plan to restart the aspirin after this, but seeing that he is very active and ambulatory without any ambulatory aids already, I think he is at low risk for DVTs, but the patient was warned of the signs and symptoms of them. He has no other complaints and he is very happy with the outcome so far.

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact. He has good pulse and brisk capillary refill. His compartments are soft and compressible. He has active ankle dorsiflexion and plantarflexion. He has some mild residual swelling and ecchymosis, nothing out of the ordinary. His leg lengths appear about equal, his right may be a touch longer than his left now but nothing that is symptomatic for him. He is walking with a normal gait today in the clinic. He has a painless arc of motion. His abductors, adductors and hip flexors are strong. His wound is healing well. There is no erythema, induration or other signs of infection.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman two weeks out from a right total hip arthroplasty. He is doing excellent.

PLAN:
The patient was reminded to start his aspirin as soon as he is cleared from his hepatitis C physician for DVT prophylaxis. In the meantime, he will remain being as active as he can. He will continue on with physical therapy. He will continue with his posterior hip dislocation precautions as well. He no longer needs a dressing over his wound. He can continue showering but no soaking.

This is a Workmen's Comp case and at this point we will keep the patient off of work for now as it is unsafe for him to return to work at this point. I will re-evaluate him in a month. We will take radiographs of his right hip at that time and discuss ongoing care. Additionally, he does have left hip osteoarthritis and pain, which is currently doing well with the previous intra-articular corticosteroid injection. We will re-evaluate this at his next visit as well and decide if we need to proceed on with a left hip replacement at this point or not.

**Lincoln/Wofford 1193**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
*Page 2*
*Office Visit*

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu

**Electronically signed by NICHOLAS J DIRIG on 07/12/2019 at 8:49 AM**

---

**Lincoln/Wofford 1194**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:             Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/09/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Status**

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 07/09/2019 at 7:11 PM**

---

**Lincoln/Wofford 1195**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:          Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/11/2019 - Phone Note**
**Provider: John Seelye**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

---- Converted from flag ----
submitted 2nd mbb order.
---- 07/11/2019 9:20 AM, JENNIFER MENDOZA MD wrote:
I can do it whenever.  If he got good enough relief, his hip should only be getting better and easier to differentiate the 2 pains.  thanks!

---- 07/01/2019 9:18 AM, John Seelye wrote:
hello i called and spoke with patiet he just kept bringing up hip SX and stated he felt 4 hours of 100% relief. i was wondering if you wanted me to put in the second one have it after hes healed up with his hip?
-----------------------------

**Electronically signed by John Seelye on 07/11/2019 at 2:58 PM**

---

**Lincoln/Wofford 1196**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                   Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/14/2019 - Phone Note**
**Provider: John Seelye**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

---- Converted from flag ----
---- 08/14/2019 8:57 AM, Rosie Barajas wrote:
Ok thanks

---- 08/14/2019 7:46 AM, John Seelye wrote:
new order has been submitted and is now through WC

---- 08/13/2019 3:32 PM, Rosie Barajas wrote:
Lookslike injection orders were not placed as WC. Will you please look into this and fix if needed? Thank
you so much.

---- 08/13/2019 2:35 PM, Meagan Slater wrote:
JLM

pt just called and is followng up to see if his w/c injections has gotten straightened out yet
Thanks!
-----------------------------

**Electronically signed by John Seelye on 08/14/2019 at 9:05 AM**

---

**Lincoln/Wofford 1197**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**08/14/2019 - Phone Note**
**Provider: Meagan Slater**
**Location of Care: Tahoe Fracture and Orthopedic Mica**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

---- Converted from flag ----
---- 08/14/2019 9:21 AM, Victoria Stroud wrote:
No problem =)

---- 08/14/2019 9:09 AM, Meagan Slater wrote:
Okay thank you for the clarification :)

---- 08/14/2019 8:49 AM, Victoria Stroud wrote:
please send wc flags to Lindsay Bowyer =)

---- 08/13/2019 2:35 PM, Meagan Slater wrote:
JLM

pt just called and is followng up to see if his w/c injections has gotten straightened out yet
Thanks!
----------------------------

**Lincoln/Wofford 1198**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/14/2019 - Phone Note**
**Provider: Lindsay Bowyer**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

Attempted to call pt regarding this. I lmom for pt to call me back.
---- Converted from flag ----
---- 08/14/2019 9:09 AM, Meagan Slater wrote:
Okay thank you for the clarification :)

---- 08/14/2019 8:49 AM, Victoria Stroud wrote:
please send wc flags to Lindsay Bowyer =)

---- 08/13/2019 2:35 PM, Meagan Slater wrote:
JLM

pt just called and is followng up to see if his w/c injections has gotten straightened out yet
Thanks!
-----------------------------

**Electronically signed by Lindsay Bowyer on 08/14/2019 at 12:51 PM**

---

PAGE 61/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

**Lincoln/Wofford 1199**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

September 10, 2019
Page 1
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/15/2019 - Office Visit: RE Rt Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Work Status:**

**Follow Up**

Appointment Date: 8/15/2019

---------------------------------------------------------------------
CHIEF CONCERN
---------------------------------------------------------------------

This is a 58 year-old male here today for work-injury related right hip
follow-up 7 weeks status post right total hip arthroplasty performed on
6/24/2019. At the time of injury, the patient was working at Crosby Tuggs.

---------------------------------------------------------------------
HISTORY OF PRESENT ILLNESS
---------------------------------------------------------------------

He was last seen on 7/9/2019, at which time the treatment plan included the
following:
>> Aspirin for DVT prophylaxis
>> Physical therapy
>> Continue postoperative precautions
>> Obtain x-rays at next visit

Today, the patient reports improving right hip pain. Associated symptoms
include improving stiffness. His treatments thus far include in-home
stretches and physical therapy with improvement.

Additionally, the patient reports worsening lumbar back and persistent
intermittent left hip pain. The patient had an epidural injection for the

**Lincoln/Wofford 1200**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 2
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

lumbar spine but is unsure of how much relief he received from that
injection. He is currently waiting for a follow-up epidural injection.

The available records and medical history forms obtained in preparation for
the visit were reviewed. A 12-point review of systems has been scanned into
the patient record and relevant findings incorporated into the history of
present illness.

---------------------------------------------------------------------
PHYSICAL EXAM
---------------------------------------------------------------------

RIGHT HIP EXAM
    Inspection: Right leg slightly longer than the left in the seated
position

    Range of Motion:
        Internal rotation: Full
        External rotation: Full

    Strength:
        Abductors: 5/5
        Adductors: 5/5

LEFT HIP EXAM

    Range of Motion:
        Internal rotation: Full with some pain
        External rotation: Full

    Strength:
        Adductors: 5/5
        Abductors: 5/5

---------------------------------------------------------------------
ASSESSMENT and PLAN
---------------------------------------------------------------------

This 58 year-old male patient is progressing appropriately 7 weeks status
post RIGHT TOTAL HIP ARTHROPLASTY performed on 6/24/2019 in the context of:

BILATERAL HIP OSTEOARTHRITIS

For the bilateral hips, the condition and the possible treatment options as

**Lincoln/Wofford 1201**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 3
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                        Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

well as the relative risks were discussed. The treatment plan at this time
includes the following:
>> Work status updated: Remain off work, will continue therapy
>> Activity modification: Avoid lifting/carrying heavy objects, crawling,
and squatting
>> Physical therapy
>> Discontinue postoperative precautions

FOLLOW-UP: 4 weeks

All of the patient's questions were answered. He demonstrated understanding
of his diagnosis and treatment plan and wishes to proceed with the
recommendations as discussed.

--------------------------------------------------------------------
WORKER'S COMPENSATION
--------------------------------------------------------------------
Claim Number: 93014
Appointment Date: 8/15/2019
Date of Injury (DOI): 12/29/2018
Employer: Crosby Tuggs

In accordance with Labor Code Section 4628, the examination of this
individual took place on the date indicated. I obtained the history and
performed the examination stated herein in full. The opinions and
conclusions of this report are solely those of this physician. The medical
records were personally reviewed by me. I declare under penalty of perjury
that I have not violated Labor Code Section 139.3 and have not offered,
delivered, received or accepted any rebate, dividend, discount, or other
consideration, whether in the form of money or otherwise, as compensation or
inducement for any referred examination or evaluation.

This note was generated for Dr. Nick Dirig using the Robin virtual scribe
service.

**Electronically signed by NICHOLAS J DIRIG on 09/05/2019 at 9:34 AM**

**Lincoln/Wofford 1202**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/15/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

This injury is occupational.

Diagnosis: **Hx of hip replacement, right (ICD-V43.64) (ICD10-Z96.641)**

## Status

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 08/15/2019 at 2:58 PM**

---

**Lincoln/Wofford 1203**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Phone Note

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/26/2019 - Phone Note**
**Provider: Sara Lepe**
**Location of Care: Tahoe Fracture and Orthopedic Eagle Pain**

---- Converted from flag ----
---- 08/26/2019 2:49 PM, Alena Thurston wrote:
Spoke w patient appt 8/30. Thank you =)

---- 08/26/2019 2:22 PM, Sara Lepe wrote:
Pt is wanting to schedule his inj. :)

---- 08/26/2019 2:09 PM, Kelly Lohman wrote:
JLM
Pt called, he is still waiting for his inj appt?? No one has called him. He is in so much pain.Pls cb at 775-400-8740
----------------------------

**Electronically signed by Sara Lepe on 08/26/2019 at 2:50 PM**

---

**Lincoln/Wofford 1204**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**

*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 1
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:            Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/30/2019 - Office Procedure: Bil L3,4,5 RFA**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Radiofrequency Ablation

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation, under fluoroscopy

Anesthesia:
anxiolysis

Indications:
Using models and diagrams, I described the technique of lumbar medial branch radiofrequency ablation. Risks including, but not limited to, bleeding, infection, and nerve damage were discussed.  All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy. The patient has had positive results from an appropriate medial branch block in the past.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain

**Lincoln/Wofford 1205**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 2
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was

**Lincoln/Wofford 1206**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 10, 2019*
Page 3
Office Procedure

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

advanced to the junction of the left L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

**Electronically signed by JENNIFER MENDOZA MD on 08/30/2019 at 12:03 PM**

**Lincoln/Wofford 1207**

*⊖ sea*

## PROCEDURE RECORD

Date: **8/30/19**    Pt ID: **255382**    Patient Name: **Wofford, Wayne.**

Procedure: **Bilateral L3,4,5 RFA.**

Bloodthinners: **⊗**    DM    Pacemaker    Dialysis    Chemo    Pregnancy

Allergies: **PCN.**    Iodine/Contrast    Latex    Steroid    Adhesive    Lidocaine

☒ IV: **25** ga **LH** None

☒ Patient Identified    Meds Used: **1% Lido**

☒ Surgical Pause, Consent Read

☐ Allergies Confirmed

---

**Pre-Procedure Vitals:** B/P: **X**    HR: **78**    SPO2: **97**    Pain Score: **8.**

| Time: 1136 | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | | | | | | | | | | | | | | | | | | | |
| Midazolam (mg) | 2 | | | | | | | | | | | | | | | | | | |
| Fentanyl (mcg) | 100 | | | | | | | | | | | | | | | | | | |
| Ancef (gm) | | | | | | | | | | | | | | | | | | | |

| Discharge Criteria | | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two extrems. | 1 |
| | No Movement | 0 |
| Total: | | 10. |

**Discharge Vitals:** B/P: **146/93** HR: **77** SPO2: **94** Pain Score: _____

☒ No Complications

☒ Discharge criteria score of 10 met

☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: **2:05** Date: **8/30/19** Physician Signature: _____

PAGE 70/72 * RCVD AT 9/11/2019 2:18:55 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034271888 * CSID:775-783-6191 * ANI:17757836191 * DURATION (mm-ss):30-09

**Lincoln/Wofford 1208**

# CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. _mendoza,_____ to perform the following:
_Bilateral L3,4,5 Radiofrequency Ablation under fluroscopy._

I (WE) understand the above procedure description as it has been presented to me ww (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary. _WW_ (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_Wayne Wofford_                              _8/30/19_
Patient Signature                            Date

_____                  _____
Responsible Party (if other than patient)     Date

Patient ID: _255382._   Patient Name: _Wofford, Wayne._

**Lincoln/Wofford 1209**

# DISCHARGE INSTRUCTION SHEET – RADIOFREQUENCY ABLATION

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## ADVISEMENT

☐ May ice area for a few days and then switch to heat if needed

☐ It may feel like a sunburn type feeling around the injection site for a week or so

☐ The first few weeks will be tender/sore around the injection sites

☐ It may take 3-6 weeks to feel relief from the procedure

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive

■ Persistent nausea/vomiting

■ Unrelieved pain

■ Temperature of 100° or higher

■ Difficulty breathing

■ Persistent headache

■ Redness, swelling around incision

■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office **Jake 775-783-6143** or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours._____

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above.

_____  _____  _____
Patient Name  Patient Signature  Date\Time

**Lincoln/Wofford 1210**

TAHOE FRACTURE CLINIC {SUBJEC}

**Physicians**
**Keith Card, DPM**
**Peter Costa, MD**
**Jeffrey Cummings, MD**
**Nicholas Dirig, DO**
**Michael Edmunds, MD**
**David Eisenhauer, DO**
**Michael Fry, MD**
**Randall Goode, MD**
**PJ Fry III, MD**
**David Jones, MD**
**Marco Mendoza, MD**
**Roger Rogalski, MD**
**James Sullivan, MD**
**Robin Tomita, MD**
**Joseph Walls, MD**
**David Watson, MD**

**Mid levels**
**Joseph Benton, APRN**
**Candace Camelon, APRN**
**Jeromy Dyer, PAC**
**Maeve Lyons, PAC**
**Daniel McCoy, APRN**
**Kelly Roetman, APRN**
**Pamela Smith, PA-C**
**Mallory Cushner, APRN**
**Stephanie Tonn, PA-C**

To:          Sandra Kittridge
Fax Number:  6034271888
Voice Number:

From:        Jennifer Pasquinelli
Fax Number:
Voice Number:
Date:        September 5, 2019

Subject:     Wayne Wofford dob:
Total Pages: 47

Memo:  Sandra,

       Please see attached the records and restrictions form you requested.

       Thank you,
       jp

CONFIDENTIALITY NOTE:

This fax and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this fax or any attachment is prohibited. If you have received this fax in error, lease notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Carson City Office
973 Mica Drive, Suite 201
Carson City, NV 89706
(775) 783-6190 | (775) 783-6191 FAX

Gardnerville Office
1520 Virginia Ranch Road, Suite 101B
Gardnerville, NV 89410
(775) 782-2442 | (775) 783-6199 FAX

**Lincoln/Wofford 1211**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

## Restrictions Form

Return To: Sandra Kittridge

| Wayne Wofford | | 9109433 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — 2/8/19     M16.11, M16.12

    DATE LAST TREATED — 8/15/19     296.641

    NEXT OFFICE VISIT — 9/11/19     DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) **AND** frequency *(SEE KEY).*

           2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

Continue PT at this time. Will re-eval @ next visit. RTW pending improvement with ⓇHip and possible need for Left hip-replacement.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

BL Hip OA and now s/p Ⓡ THA

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO _____ .

| Nicholas J. Diring | DO Orthopedic Sx | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 973 Mica Drive, Ste 201 | 775-783-6190 | 775-783-6191 |
| Street Address | Telephone Number | Fax Number |
| Carson City, NV 89705 | M | 9/5/19 |
| City, State & Zip Code | Signature | Date |

**Lincoln/Wofford 1212**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Surgery Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:         Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/07/2019 - Surgery Orders: Surgery Packet**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## PROCEDURE INFORMATION:
Surgeon: **NICHOLAS J DIRIG**  Location: **Carson Tahoe Regional Medical Center**
Surgery Date: **06/24/2019**  Surgery Time:**TBD**  Surgery Length: **1.5**
Admit Type: **Inpatient**  Assist: **Deb Coti RNFA**

**Initiate pre-surgical anesthesia protocol**

Consent for: **Right total hip arthroplasty**
Procedure(s): **Right total hip arthroplasty**
CPT Code(s): **27130**
Diagnosis: **(ICD10-M25.551)-Hip joint pain; right, (ICD10-M16.11)-Osteoarthritis; hip; right**

Equipment:
**Z BIOMET G7 CUPS ECHO STEM, VITE CUP CERAMIC BALL**

Surgery Coordinator:
**Carrie Haskell**
**Surgery Care Coordinator for Dr. Dirig, Dr. Cepela and Jeromy Dyer PA-C**
**775-392-4488 Phone**
**775-783-6905 (fax)**

## Chart
**Allergies:**

- PENICILLIN G SODIUM

**Medications:**

- ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.
- NORCO 10-325 MG ORAL TABLET 1 By Mouth q 6 hours as needed for pain
- NORCO 10-325 MG ORAL TABLET
- MOBIC 15 MG ORAL TABLET 1po q daily
- CYCLOBENZAPRINE HCL 10 MG ORAL TABLET 1 POQ 8 HRS PRN spasm

**Lincoln/Wofford 1213**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Surgery Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**Vital Signs**
Ht (in.): **70**   Wt (lbs.): **190**   BMI: **27.26**   P:**86**   BP: **132 / 72** mm Hg

Other/Comments:
THIS IS A WORKERS COMP

**Demographics**
Patient Name: **Wayne Wofford**       Chart #:**255382**
Address:
DOB:                Sex: **Male**   SSN: **5**            Cell Phone:

**Primary Insurance**
**Secondary Insurance**

**Work Comp**
**148779-B hips 12/19/18 WC**   Claim #:**93014**   DOI: **12/29/2018**

**Pre-Op Orders____**
**Anesthesia:**
Initiate pre-surgical anesthesia protocol
General
Spinal

**IV/Antibiotics/Medications:**
Vancomycin 1gm IV once in pre-op
Other: Clindamycin 900mg

**Prep Other:**
NPO

**Pre-Op Labs____**
CBC with Differential, Complete Metabolic Panel, Electrocardiogram, INR, Urine Analysis, X-Ray, Chest,
PA & Lateral

**DME____**

**Lincoln/Wofford 1214**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 3
Surgery Orders

---

**Wayne Wofford**
Male  58 Years Old  DOB:                        Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

---

E0143 Wheeled walker, OTHER

**Discharge:**
Other: **Will need 2 week post op with Dr. Dirig**
**Wheeled walker**
**Cane**
**ICe Machine**


**Signature:**_____


**Electronically signed by NICHOLAS J DIRIG on 07/16/2019 at 5:32 PM**

---

**Lincoln/Wofford 1215**

Patient Name **Wayne Wofford** Patient ID **255382** Date **5/29/19**

DX: Cervical Radiculopathy / Lumbar Radiculopathy / Spondylosis / Bursitis / Sacroiliitis / Thoracic Pain

Other _____

Physical Therapy _____

Internal Referral _____

Outside Referral _____

Pain Management Referral -Goode/Sullivan/Mendoza

**Injections**                                    Blood Thinners Y / N _____

TPI                                               Lumbar / Cervical / Thoracic

EPI Interlaminar                                  Levels _____ Right / Left / Bilateral

Caudal Injection

SNRB Transforaminal (Lumbar Only)                 Levels _____ Right / Left / Bilateral

Medial Branch Block                               Levels _C4.5, L5/S1_ Right / Left / **Bilateral**

Facet                                             Levels _____ Right / Left / Bilateral

RFA                                               Levels _____ Right / Left / Bilateral

SI (To be done with contrast under fluoroscopy)   Right / Left / Bilateral

HIP    Bursa / Intra Articular                    Right / Left / Bilateral

       Doctor: Sullivan / Goode / Mendoza/ Jones Group / 1st Available /Other Doctor _____      **SEDATION**

**EMG**        Arms:  Right / Left / Bilateral        Legs:  Right / Left / Bilateral

**MRI**    Cervical/Lumbar/Thoracic   W/WO                    CT Mylogram/Ct Scan    Cervical /Thoracic/Lumbar

Spine Study    (Input L/T/C MRI)                              Bone scan/ Dexa Scan

Location: Mica/CTRMC/CVMC/Ironwood/Barton _____

Claustrophobic Y / N        Sedation IV / Valium / Anesthesia

Tens Unit _____

**Medications:**

Flexeril 10mg / 5mg  (1 tab po every 8 hrs neck/back spasms)       QTY: _____ Refill: _____

Zanaflex 2mg/4mg  (1 Tab every 6 to 8 hours as needed for spasm)   QTY: _____

Tramadol 50mg   (1 tab po every 8 hrs neck/back pain )            QTY: _____

Mobic 7.5mg / 15 mg (1 tab po qd)                                 QTY: _____

Medrol Dose Pack (Take as directed)

Voltaren Gel (Apply 1-2 grams) to affected area 3-4 times daily. Rub thoroughly)

Neurontin Taper

Other: _____                            Pharmacy _____

**Lincoln/Wofford 1216**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/29/2019 - Office Visit: NP/Back R Hip**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

58 year old male referred by Dr. Dirig for evaluation of chronic back pain. patient sustained a work related injury working on a boat in the ocean. he reports that a large waves cause him to lose his balance and struck the railing of boat. since that he has had persistent back pain. he denies any significant radiating pain down the leg. He did have at MRI at CTH which showed multilevel spondylosis without any fracture. there is some mild lateral recess stenosis at L4-5. he is scheduled to have a THA with Dr. Dirig in the near future.

## Past Medical History - reviewed

He does not have pacemaker.
He does not have metal in his body.
He does not have a hearing aid.

## Surgical History - reviewed
Voicebox growth removal

## Medications and Allergies
**Patient has drug allergies.**
Patient denies food allergies.
Patient denies metal allergies.

### ALLERGIES
PENICILLIN G SODIUM (PENICILLIN G SODIUM) (Critical)

### MEDICATIONS
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) 1 POQ 8 HRS PRN spasm; Route: ORAL
MOBIC 15 MG ORAL TABLET (MELOXICAM) 1po q daily; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) ; Route: ORAL
NORCO 10-325 MG ORAL TABLET (HYDROCODONE-ACETAMINOPHEN) 1 By Mouth q 6 hours as needed for pain; Route: ORAL

**Lincoln/Wofford 1217**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

\* ARTHROTEC 50MG 1 PO twice daily as needed for pain. Take with food.


**Family History - reviewed**
Heart Disease


**Social History**
Patient is widowed, Former smoker, and lives alone. Has 11+ children. Drinks alcohol 1-3 times per week. Exercises. Education completed: High School. Occupation: Cheif Engineer. Dominant hand: left. Patient is not claustrophobic.

**Review of Systems**
**General:** Complains of sweats, malaise, fatigue   .
**Eyes:** Complains of eye irritation   .
**ENT:** Complains of .     .
**Cardiovascular:** Complains of .     .
**Respiratory:**  Patient denies shortness of breath, cough, chest discomfort, wheezing, coughing up blood.
**Gastrointestinal:**  Patient denies vomiting, loss of appetite, hemorrhoids, nausea.
**Genitourinary:**  Patient denies urinary urgency, urinary frequency.
**Musculoskeletal:** Complains of joint pain, muscle cramps, back pain, muscle weakness   .
**Skin:** Complains of suspicious lesions   .
**Neurologic:** Complains of numbness   .
**Psychiatric:** Complains of anxiety   .
**Endocrine:** Complains of .     .
**Heme/Lymphatic:**  Patient denies fevers, abnormal bruising.
**Allergic/Immunologic:** Complains of .     .

**Vital Signs:**
Ht (in.): **70**  Wt (lbs.): **190**
**Tobacco Use:**
**Former smoker**   Last quit attempt: **02/01/2015**

**Body:**
**BMI:** 27.36 (**Overweight**)


**Lincoln/Wofford 1218**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 3
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

## GENERAL
no acute distress

## HEENT
**Head:** normocephalic **Eyes:** within normal limits **Ears:** within normal limits

## NECK
**General:** Supple        **Skin:** atraumatic

## BACK
**Palpation:** tenderness present over spinous process, tenderness over paraspinous muscles
**Gait:** normal
**ROM:** pain with extension

## CHEST
Chest: nonlabored respirations.

## ABDOMEN
**Inspection:** within normal limits

| **Legs** | **Right** | **Left** |
|---|---|---|
| **Straight Leg Raise:** | Negative to 90 | Negative to 90 |

**Pulses**

| **ROM** | **Right** | **Left** |
|---|---|---|
| **Pain with ROM:** | Present | Present |

**Sensation**
Right: Intact to light touch
Left: Intact to light touch

| **Strength** | **Right** | **Left** | | | |
|---|---|---|---|---|---|
| **Hip Flexors** | 5/5 | 5/5 | | | |
| Extensors | 5/5 | 5/5 | | | |
| **Dorsi Flexors** | 5/5 | 5/5 | | | |
| Plantar Flexors | 5/5 | 5/5 | | | |
| Ankle Eversion | 5/5 | **EHL** | | 5/5 | 5/5 |



**Tahoe Fracture and Orthopedic Medical Clinic**          *September 5, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                        Page 4
Phone: 7757836190  Fax: 7757836191                               Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                Patient ID: 255382    Ins: BCBS NV Bluecard * Grp:
78981ERC

---

1. chronic back pain
2. lumbar spondylosis
3. lumbar facet arthropathy

I recommend nonoperative management. he does have spondylotic changes and facet arthropathy. he does try and exercise on a regular basis so i do not believe any formal PT would help at this point. I gave him an order for lumbar MBB. if he feels improvement then i would recommend proceeding with an RFA. Follow-up 2 weeks after the injection. he has no radicular symptoms at this time. All questions answered. Patient agreeable with plan.

**Electronically signed by MARCO MENDOZA on 05/30/2019 at 6:35 PM**

---

**Lincoln/Wofford 1220**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**05/29/2019 - Return to Work**
**Provider: MARCO MENDOZA**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

### Review
Restrictions are: Temporary

### Status


**Comments:** Patient is to stay off work until completion of injections. If any questions please contact us at 775-783-6190.




**Electronically signed by MARCO MENDOZA on 07/01/2019 at 3:39 PM**

---

**Lincoln/Wofford 1221**

ID 255382

**york.**

May 30, 2019

Tahoe Fracture and Orthopedic Medical Clinic
973 Mica Drive, Suite 201
Carson City, NV 89705
775.783.6190

Via EMAIL: lbowyer@tahoefracture.com

| | |
|---|---|
| Employer: | Crosby Tugs, LLC |
| Employee: | Wayne C. Wofford |
| DOL: | 29 December 2018 |
| Claim No: | 93014 |
| DOB: | |

Dear Lindsay / Dr. Marco Mendoza,

York Risk Services is a claims administrator for Crosby Tugs, LLC.

Wayne C. Wofford is an employee of Crosby Tugs, LLC and experienced low back pain and pain in both legs/hips while working offshore on 29 December 2018.

Please consider this as authorization for the **Evaluation of the Back with Dr. Marco Mendoza,** referred by Dr. Nicholas Dirig, as related to the low back pain and pain in both legs/hips which occurred on 29 December 2018.

We agree to follow the Nevada Workers Compensation Fee Schedule. This authorization is based on usual and customary charges with the invoices subject to audit.

Please send the invoices and medical records to the following address:
Crosby Tugs, LLC
Attention: Wade Savoy
P.O. Box 279
Golden Meadow, LA 70357

If additional treatment is recommended, please contact me for further authorization.

I can be reached at the below direct line if you have any questions.

Sincerely yours,

Jeannette J. Brashear
Adjuster
985.233.8472
jeannette.brashear@yorkrisk.com

**Lincoln/Wofford 1222**


# CarsonTahoe
### Regional Medical Center

PO Box 2168
Carson City, NV 89702-2168
775/882-1361

6/4/19 aoc

## DIAGNOSTIC SERVICES REPORT

| Check-In # | Order # | Exam | |
|---|---|---|---|
| 3406167 | H1771583 | OPI10080 | SXR CHEST 2 VIEW |
| | ICD: | | |

**TYPE OF EXAM:** SXR CHEST 2 VIEW          **DATE:** 06/04/2019 at 12:59

**INDICATION:**

FINAL

EXAM: Chest radiograph, 2 views.

HISTORY: ENCOUNTER FOR PREPROCEDURAL RESPIRATORY EXAM

COMPARISON: None available.

FINDINGS: The lungs are clear. There is no consolidation, edema, effusion or pneumothorax. The cardiac silhouette is within normal limits in size and unremarkable. Osseous structures and soft tissues are unremarkable.

IMPRESSION: No acute cardiopulmonary process.

Electronically Signed by: Edmund Pillsbury 6/4/2019 1:09 PM

Electronically Signed By:     PILLSBURY, EDMUND P

**FINAL**                                                   Page 1 of 1

| **Patient Name** | | | | **MRN** | | **Account #** | |
|---|---|---|---|---|---|---|---|
| WOFFORD, WAYNE C | | | | 020374920 | | 1915500633 | |
| **DOB** | **Age** | **Sex** | **Check-In** | | | **Loc/Room** | |
| | 58 | M | 06/04/19 at 12:59 | 3406167 | | | |

**Ordering Physician**                                    **Attending Physician**
DIRIG, NICHOLAS

775-783-6190

**DX:**

TAHOE FRACTURE CLINIC (SUBJEC)
## Lincoln/Wofford 1223



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382       Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/13/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

## Doctors Note

Diagnosis: **Lumbar spondylosis (ICD-721.3) (ICD10-M47.816)**

## Status

**Comments:** Patient will need care for after surgery, will need assistants with daily life activities for about 2 months. Surgery is scheduled for 6/24/19. If any questions please give us a call at 775-783-6190.

**Electronically signed by NICHOLAS J DIRIG on 06/25/2019 at 8:47 AM**

---

**Lincoln/Wofford 1224**

CH 6-18-19

 **COMPLETE OCCUPATIONAL**
HEALTH SERVICES

Complete Occupational Health Services
13554 Hwy. 3235
Larose, LA 70373
Ph: (985) 693-8277
Fax: (985) 424-4101
Website: www.cohs.us.com

# *RADIOLOGY REPORT*

Patient Name:   WOFFORD, WAYNE C

Patient Number: COHS-18356

Age: 57 years

Date of Study:   29-Dec-2018 06:34:26 PM

Date of Birth:

Ordering Physician:   DIAZ, MARISSA PA-C

## X-RAY LUMBAR SPINE 2 OR 3 VIEWS

History: Low-back pain post fall.

Findings:

Spondylosis is noted at L2-3 with vascular calcifications of the aorta.

Impression:

Spondylosis and atherosclerotic disease.

*Blandry, md*

Electronically Signed by LANDRY, BERNARD MD DR. at 1/8/2019 9:51:25 PM

Teleradiology services provided by:
Ph: (504) 273-5169

Bernard A. Landry, MD, LLC
Address: 19 Killdeer St. New Orleans, LA 70124

06/18/2019   11:00AM (GMT-07:00)
LARGE FRACTURE CLINIC (SUBSPEC)
**Lincoln/Wofford 1225**


| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WOFFORD, WAYNE**<br><br>**DOB:**    **AGE: 58**<br>Gender: M   Fasting: U<br>Phone: NG<br>Patient ID: 9801 | Specimen: LV444595G<br>Requisition: 2557343<br><br>Collected: 05/31/2019 / 13:15 PDT<br>Received: 05/31/2019 / 23:45 PDT<br>Reported: 06/01/2019 / 03:29 PDT | Client #: 88820924    MAIL500<br>PANICARI, MICHAEL R<br>NV OCCUPATIONAL HLTH CTR<br>3488 GONI RD STE 141<br>CARSON CITY, NV 89706-7970 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | OAW |
| GLUCOSE | 99 | | 65-99 mg/dl | |

Fasting reference interval

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | | 1.34 H | 0.70-1.33 mg/dL | |

For patients >49 years of age, the reference limit
for Creatinine is approximately 13% higher for people
identified as African American.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | | 58 L | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 67 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 10 | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 20-32 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.3 mg/dL | |
| CBC (INCLUDES DIFF/PLT) | | | | OAW |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.41 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.1 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 41.9 | | 38.5-50.0 % | |
| MCV | 95.0 | | 80.0-100.0 fL | |
| MCH | | 34.2 H | 27.0-33.0 pg | |
| MCHC | 36.0 | | 32.0-36.0 g/dL | |
| RDW | 11.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 190 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1818 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1859 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 432 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 302 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 90 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.4 | | % | |
| LYMPHOCYTES | 41.3 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 6.7 | | % | |
| BASOPHILS | 2.0 | | % | |

**PERFORMING SITE:**

OAW QUEST DIAGNOSTICS-LAS VEGAS 4230 BURNHAM AVE LAS VEGAS, NV 89119-5306 Laboratory Director ELIZABETH D POLE, MD, CLIA 29F0 65270

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

ID: 9801  
DOB: (58 yr)  
Weight: 190 lb  
Height: 5 ft 11 in  
BMI: 26.5  
Gender: Male  
Race:  
BP:  

Name: WOFFORD, WAYNE  
Comments:  

5/30/2019 1:55:18 AM  

P/PR: 114/184 ms  
QRS: 94 ms  
QT/QTc: 424/454 ms  
P/QRS/T Axis: 71/-10/57 deg  
Heart Rate: 69 BPM  

sinus rhythm  
low QRS voltage in extremity leads  
Normal variant of ECG  

Unconfirmed Report



CONCENTRA

P.N 960152

Version 2.5.0

# fax confidential

| | |
|---|---|
| To: | **Carrie** |
| Company: | Tahoe Fx |
| Fax Number: | +1(775)783-6905 |
| | |
| From: | **Blanchard, Joanna** |
| Title: | |
| Fax Number: | 7758875040 |
| Office Number: | 7758875030 |
| | |
| Pages: | 6 |
| Date/Time: | Tuesday, June 18, 2019 |
| Subject: | Patient Charting Note |

Notes:

# Patient Charting Note
### Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

### Subjective:

### Chief Complaint

Wayne is here for evaluation of back and hips

### History of Present Illness

The patient is a 57 year old male, presenting for an established patient visit with the following condition(s):

Mr. Wofford follows up for low back and bilateral thigh pain worsened recently when he was knocked over by a large wave and struck a bouy on the deck of the ship in the Gulf of Mexico in mid December. He was seen in an emergency room in Louisiana where x-rays were apparently showed no acute abnormalities. He then return to Carson City where he lives seeking additional care and was initially seen about 3 weeks after the incident with persistent symptoms.

Of note is that he has a long history of chronic low back and neck pain and bilateral thigh pain with periodic shooting sensations in the legs above the knees which he relates to heavy work as a Merchant Marine. He has seen several providers in the past for these symptoms prior to the more recent aggravation. In August 2014 he was seen by Dr. Frogul, a neurologist, who recommended MRI of his brain and neck. Brain MRI was normal. Cervical spine MRI was remarkable for small disc bulges at C5-6 and C6-7 causing mild mass effect and bilateral neural foraminal narrowing left greater than right.

He was then seen by Dr. Michael Fry, orthopedic spinal specialist, in February 2015 for both cervical and lumbar pain. He noted the cervical MRI findings. He obtained lumbar x-rays which showed multilevel degenerative changes. After exam he concluded the patient had cervical & lumbar degenerative disc disease with cervical radiculopathy in the left arm and lumbar radiculopathy in the left leg. Physical therapy was recommended but not performed.

In followup Dr. Fry in January 2017, the patient's primary complaint was right anterior thigh and groin pain with intermittent low back pain. Hip X-rays showed osteoarthritis bilaterally but he was also concerned about possible L2-3 lumbar radiculopathy. A hip injection was recommended but not performed. Lumbar MRI showed multilevel degenerative changes and facet arthrosis without significant nerve root compression. It was felt that his leg symptoms were related to degenerative changes of his hip with a cam osteophyte on the right. Hip injection under fluoroscopy was again recommended but not performed. He was given pain medication

A thoracic MRI was then obtained in August of 2018 at the request of neurologist showing subtle compression deformities at T5 and T6 with 25% height loss consistent with old healed fractures or chronic Schmorl's nodes. Mild spondylosis without significant canal or foraminal stenosis was also noted. A finding consistent hemangioma of T8 vertebral body was also noted. Comparison to MRI from 2014 showed mild progression in spondylosis facet arthropathy and foraminal changes at C7-T1 with mild progression of facet arthropathy. Repeat cervical MRI on the same date again showed multilevel spondylosis facet arthropathy without herniation or cord impingement. Minimal degenerative anterolisthesis C7-T1 was noted with moderate left foraminal stenosis. Repeat brain MRI on the same date was again normal.

In follow-up at our facility last week, electrodiagnostics were recommended showing evidence of chronic bilateral L2-3 radiculopathy. Repeat lumbar MRI was ordered which is now been obtained.

Today Mr. Wofford states he is feeling about the same. Still has significant low back pain as well as shooting stabbing sensations in both thighs down to the knees. No pain below the knees. No significant weakness other than that associated with pain. He denies any bowel or bladder function problems but has had difficulties with erectile dysfunction recently. The sharp pains in both thigh often happens when he moves his hips at night.

## Patient Charting Note
### Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|---|---|---|---|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

### Past Medical History

ALLERGIES / ADVERSE REACTIONS: Penicillin

MEDICATIONS: Percocet 5/325 oral tablet, 325 mg-5 mg. given to him at the hospital for back pain

PROBLEMS: No known illnesses noted by patient.

PERSONAL HISTORY: voice box biopsy

FAMILY HISTORY: Unknown cancer

SOCIAL HISTORY: Patient currently uses alcohol.

WORK HISTORY: Chief engineer

### Review of Systems

CONSTITUTIONAL: Denies change in appetite, fatigue, fever, weakness, weight gain or weight loss.

EYES: Wear glasses or contacts.

EARS, NOSE, MOUTH & THROAT: Denies bleeding gums, earaches, ear discharge, hay fever or seasonal allergies, hearing loss, hoarseness, nasal discharge or nosebleeds, sinus problems, sore throats, tinnitus or vertigo.

CARDIOVASCULAR: Denies chest pain or pressure, edema, excessive sweating, heart racing, palpitations, shortness of breath or history of heart murmur, hypertension, rheumatic fever or valve disease.

RESPIRATORY: Denies coughing, coughing up blood or phlegm, night sweats, shortness of breath, wheezing or history of asthma, pneumonia or tuberculosis.

GASTROINTESTINAL: Denies abdominal pain, blood in stools or black stools, change in bowel frequency or stool size, constipation, diarrhea, difficulty swallowing, food intolerance, heartburn, nausea, vomiting or need for antacids.

GENITOURINARY: Denies blood in urine, difficulties urinating, frequency of urination, incontinence, or history of kidney stones. No discharge from penis, testicular pain, lumps in testicles or scrotum, or problems with erection or ejaculation.

SKIN: Denies abnormal hair growth, bleeding, change in color or size of moles, easy bruising, itching, hair loss, rash, or history of skin cancer or severe sunburn.

NEUROLOGICAL: Denies blackouts, dysarthria, dizziness, double vision, fainting, headaches, loss of balance, coordination or sensation, motor weakness, paralysis, tingling, prickling, numbness or tremors.

PSYCHIATRIC: Denies anxiety, depression, difficulty remembering things or thinking, hallucinations, insomnia, irritability, panic, suicidal thought or history of psych hospitalizations or suicide attempts.

ENDOCRINE SYSTEM: Denies cold or heat intolerance, fatigue, neck swelling, polydipsia or polyuria.

HEMATOLOGIC / LYMPHATIC: Denies easy bleeding or bruising, history of anemia, or swollen lymph nodes,.

**Nevada Occupational Health & Injury Care**

# Patient Charting Note
### Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

ALLERGIC / IMMUNOLOGIC: Denies rhinitis, hay fever, itchy eyes, urticaria, angioedema, or sensitivity to foods or drugs.

## Objective:

### Examination/Procedures

Temperature: 98°F. Blood Pressure: 147/94. Pulse: 92. Respiration: 15. (Entered by Betz, Jay E. MD 2/01/2019 at 8:07AM ).

The patient is well-nourished and well-developed. He is in no distress. He has an antalgic gait.

Examination of his low back reveals no surgical scars or significant deformity. There is no deformity. He still has limited rotation and flexion secondary to pain in the region.

He has no significant tenderness around the hip joints but pain and popping with external rotation and flexion bilaterally.

Neurologically he has good strength of the foot and great toe dorsiflexors bilaterally. There is no atrophy of the musculature. He has normal sensation over all dermatomes. DTRs are symmetrical.

### Imaging/Test Results

Lumbar spine MRI report from 2-1-17: Transitional type vertebral body at the lumbosacral junction consistent with a lumbar lies to S1 therefore the S1-2 disc space is fairly well formed. Numbering system as confirmed with plain film radiographs of the chest demonstrating 1212 formed appears of ribs and 6 and rib lumbar vertebral bodies. The olaces the iliac crest and distal aortic bifurcation at the L4-5 level. Multilevel spondylosis to include disc bulging, mild ligamentous and facet arthrosis at L2-3 eccentric to the right causing mild lateral recess stenosis, containing but not compressing the descending L3 roots. The exiting L2 root does not appear compressed. There is no significant central spinal stenosis. Disc bulging at L3-4, broad-based small disc protrusions at L4-5 and L5-S1 associated with ligamentous and facet arthrosis are causing lateral recess and foraminal narrowing at each level. There is no neural impingement at L3-4 root. Changes are contacting but not compressing the descending bilateral L5 and exiting right L4 root at L4-5, bilateral descending S1 and exiting bilateral L5 roots at L5-S1. There is no central spinal stenosis at any lumbar level. Mild disc bulging and facet arthrosis at S1 to causing no stenosis or impingement.

Thoracic Spine MRI report 8-10-18: Normal spinal alignment without significant scoliosis, kyphosis or listhesis.
Subtle compression deformities within the superior endplates of T5 and T6 resulting in less than 25 percent height loss consistent with old healed fractures or chronic Schmorl's nodes. Mild spondylosis resulting in no significant canal or foraminal stenosis. Fatty signal characteristic of hemangioma demonstrated within the T8 vertebral body. Generalized heterogeneous marrow signal perhaps related to underlying osteopenia and/or mild anemia. Infiltrative tumor is less likely such as multiple myeloma or lymphoma but should be correlated clinically.

Cervical spine MRI report 8-10-18: 1. Multilevel spondylosis, facet arthropathy and primarily foraminal compromise
at multiple levels as above bilaterally. 2. No central herniation or cord impingement. 3. Degenerative minimal anterolisthesis at C7-T1. Lateral recess and foraminal disc protrusion with facet osteophyte creating mild lateral recess encroachment and moderate left foraminal stenosis.

Cervical Spine MRI report from 8-9-14: Small C5-6 and C6-7 disk bulges resulting in mild mass effect and

## Patient Charting Note
### Wayne C Wofford , DOB:

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

resulting in mild bilateral neural foraminal narrowing, left greater than right.
Note: This report agrees with the preliminary Quality Nighthawk interpretation.

Brain MRI report 8-10-18: Unremarkable brain MR exam. No acute intracranial findings or ischemia. No interval change.

Brain MRI report from 8-9-14: Normal MRI appearance of the brain.

EMG 1-10-2019: Possible chronic mild bilateral right greater than left L2-3 radiculopathies. Less likely femoral neuropathies or plexopathy.

MRI Results for Lumbar report 1/19/19: Mild degenerative changes of the lumbar spine, as described. Worst at L4-5 where a broad-based posterior disc bulge as well as mild facet arthropathy results in mild neural foraminal narrowing, moderate lateral recess narrowing, and mild spinal canal narrowing the exiting L5 nerve roots contact the protruded disc. Heterogeneous marrow signal is redemonstrated. Again this is a nonspecific finding and could be related to marrow reconversion. An infiltrative process such as a malignancy or multiple myeloma is also possible but less likely given chronicity.

### Assessment:

**Diagnosis**

Chronic Low Back Pain
Multilevel DDD Of Lumbar Spine With Facet Arthrosis
EMG Confirmed Bilateral L2-3 Radiculopathy
Bilateral Hip OA

### Work Status

No lifting, pushing or pulling greater than 10 pounds. Not qualified for sea duty.
JH

### Plan:

### Orders

Ortho eval with Dr. Dietrich

### Discussion & Plan

As previously noted the patient's symptoms appear to be primarily related to his hip osteoarthritis. While he did have equivocal evidence of bilateral L2-3 radiculopathies on EMG, his lumbar MRI did not reveal any significant compression or lumbar pathology to explain that finding beyond degenerative change.

I spoke to Dr. Cummings, orthopedist, who recommended that the patient be evaluated by Dr. Deitrich who specializes in hip disease. I will make that referral now. Hopefully the patient can be evaluated next week.

As noted he also has been found on several occasions to have generalized heterogeneous marrow signal which may need further evaluation on a nonoccupational basis.

Pending that he will get started in physical therapy and should continue to avoid strenuous activities. He is not fit for sea duty.

Recheck in 10 days if not yet seen by Dr. Deitrich.

# Patient Charting Note

**Wayne C Wofford , DOB:**

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|
| 2/01/2019 | W/C-Incident Follow-Up<br>Injury Date: 12/19/2018 | Betz, Jay E. MD | |

Signature:                          Date:    2/01/2019      12:14PM

# Carson Tahoe Regional Med Center
CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

Urinalysis
Patient:                          Phone:775-445-8550          Fax:775-445-8538                                      Page:    1
**WOFFORD, WAYNE C**    Room / Bed:          /                                      Physician:
                        **Accession**    **0001265272**  MRN#:    **020374920**    **DIRIG,NICHOLAS**
D.O.B.:        58 YRS    **Account No.:**  **1917100704**
Sex:    **M**    Male                                Collected:    6/20/2019 @  4:06 PM
Ward:    O/P          **Contract Code:**            Received:    6/20/2019 @  4:07 PM
**Status:**  **Final Report**                        First Reported:    6/20/2019 @  4:50 PM

| Test Name | Result | | Units | Normal Range | Notes |
|-----------|--------|---|-------|--------------|-------|
| **Urinalysis** | | | | | |
| Color | YELLOW | | | Yellow | |
| Character | CLEAR | | | Clear | |
| PH | 7.0 | | | 5.0-8.0 | |
| Specific Gravity | 1.021 | | | 1.015-1.025 | |
| Glucose | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |
| Ketone | NEGATIVE | | | Negative | |
| Blood, Urine | NEGATIVE | | | Negative | |
| Protein | **TRACE** | A | | Negative | |
| Urobilinogen | 2.0 | | | 0.2-1.0 | |
| Nitrite | NEGATIVE | | | Negative | |
| Leukocyte Esterase | NEGATIVE | | | Negative | |
| **Epithelial Cells** | **NEGATIVE** | | | | |
| Hyaline Casts | NEGATIVE | | | | |
| WBC | 0-2 | | /HPF | 0-2 | |
| RBC | 0-2 | | /HPF | 0-2 | |
| Bacteria | NEGATIVE | | | Negative | |
| Culture Indicated | Not Indicated | | | | |

Medical Directors
**Elizabeth A Jack, MD - CTRMC**          **Susan A. Doberneck, MD - CTSMC**          **Mark R. Wolz, MD - MMCL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date Printed: | 6/20/2019 | 4:50 PM | PH- Panic High | H - Abnormal High | A -Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | | | PL- Panic Low | L - Abnormal Low | | All Results Included |

CMAXX_FORM|LABDOC|          CMAXX_MRN|020374920|                    CMAXX_ACCT|1917100704|          CMAXX_DATE|06/20/2019|

TAHOE FRACTURE CLINIC {SUBJEC}
**Lincoln/Wofford 1234**

# Carson Tahoe Regional Med Center

CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Chemistry**
Patient:

**WOFFORD, WAYNE C**

| | | | |
|---|---|---|---|
| Phone:775-445-8550 | | Fax:775-445-8538 | Page: 1 |
| Room / Bed: | / | | Physician: |
| Accession | 0003264836 MRN#: | 020374920 | DIRIG,NICHOLAS |

| | | | | |
|---|---|---|---|---|
| D.O.B.: | 58 YRS | **Account No.:** | **1917100704** | |
| Sex: **M** Male | | | Collected: | 6/20/2019 @ 4:06 PM |
| Ward: O/P | | **Contract Code:** | Received: | 6/20/2019 @ 4:07 PM |
| **Status: Final Report** | | | First Reported: | 6/20/2019 @ 5:14 PM |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | | |
| Sodium | **132** | L | mmol/L | 136 - 144 | |
| Potassium | 3.7 | | mmol/L | 3.6 - 5.1 | |
| Chloride | **100** | L | mmol/L | 101 - 111 | |
| Total CO2 | 25 | | mmol/L | 22 - 32 | |
| Anion Gap | 7 | | mmol/L | 2 - 11 | |
| Calcium, Total | 8.9 | | mg/dl | 8.7 - 10.3 | |
| Glucose | 86 | | mg/dl | 60 - 99 | |
| BUN | 9 | | mg/dl | 8 - 20 | |
| Creatinine | 0.90 | | mg/dl | 0.80 - 1.40 | |
| Total Protein | 6.9 | | g/dl | 6.4 - 8.2 | |
| Albumin | 3.9 | | g/dl | 3.5 - 4.8 | |
| Alkaline Phos | 58 | | IU/L | 38 - 126 | |
| ALT | 34 | | IU/L | 17 - 63 | |
| AST | 33 | | IU/L | 15 - 41 | |
| Bilirubin, Total | 1.1 | | mg/dl | 0.4 - 2.0 | |
| Bilirubin, Direct | 0.2 | | mg/dl | 0.0 - 0.3 | |
| Bilirubin, Indirect | 0.9 | | mg/dl | 0.0 - 1.5 | |
| Globulins, Total | 3.0 | | g/dl | 2.6 - 3.1 | |
| A/G Ratio | 1.30 | | Ratio | 1.00 - 2.20 | |
| GFR | 87 | | ml/min/1.7 | > 60 | |

Estimated GFR derived from the MDRD Study equation can be used in patients who are in the hospital. However, it is important to pay attention to potential inaccuracies due to the non-steady state of serum creatinine, co-morbidities that cause malnutrition, and the use of medications that interfere with the measurement of serum creatinine.

The estimated GFR is only accurate for patients greater than 18 years of age.

Medical Directors

| Elizabeth A Jack, MD - CTRMC | Susan A. Doberneck, MD - CTSMC | Mark R. Wolz, MD - MMCL | |
|---|---|---|---|
| Date Printed: 6/20/2019 5:14 PM | PH- Panic High | H - Abnormal High | A -Abnormal **Continue** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | All Results Included |
| CMAXX_FORM|LABDOC| CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}

**Lincoln/Wofford 1235**

# Carson Tahoe Regional Med Center

CLIA # 29D1046210, 1600 MEDICAL PKWY, CARSON CITY Nevada 89703

**Coagulation**

| | | | | |
|---|---|---|---|---|
| Patient: | Phone:775-445-8550 | Fax:775-445-8538 | | Page: 2 |
| | Room / Bed: / | | Physician: | |
| **WOFFORD, WAYNE C** | **Accession** 0003264836 | **MRN#:** 020374920 | **DIRIG,NICHOLAS** | |
| D.O.B.: 58 YRS | **Account No.:** 1917100704 | | | |
| Sex: **M** Male | | Collected: 6/20/2019 @ 4:06 PM | | |
| Ward: O/P | **Contract Code:** | Received: 6/20/2019 @ 4:07 PM | | |
| **Status: Final Report** | | First Reported: 6/20/2019 @ 5:14 PM | | |

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|

### Prothrombin Time

| | | | | |
|---|---|---|---|---|
| Prothrombin Time | 13.9 | Seconds | 11.7 - 14.4 | |
| INR | 1.1 | | 0.9 - 1.1 | |

The INR (International Normalized Ratio) is used only for patients using stable oral anticoagulant therapy, and does not contribute to the diagnosis or management of other coagulation disorders. The recommended therapeutic range for standard therapy is 2.0 - 3.0.

Higher level anticoagulation requires a range of 2.5 - 3.5

Medical Directors

**Elizabeth A Jack, MD - CTRMC**       **Susan A. Doberneck, MD - CTSMC**       **Mark R. Wolz, MD - MMCL**

| | | | | |
|---|---|---|---|---|
| Date Printed: 6/20/2019 5:14 PM | PH- Panic High | H - Abnormal High | A -Abnormal | *** Final Page *** |
| Completed Between: 6/20/2019 - 6/20/2019 | PL- Panic Low | L - Abnormal Low | | All Results Included |
| CMAXX_FORM|LABDOC| | CMAXX_MRN|020374920| | | CMAXX_ACCT|1917100704| | CMAXX_DATE|06/20/2019| |

TAHOE FRACTURE CLINIC {SUBJEC}

**Lincoln/Wofford 1236**

**Tahoe Fracture & Orthopedic Medical Clinic, Inc.**
*Relieving your pain. Restoring your function. Returning your life.*

**Tahoe Fracture and Orthopedic Medical Clinic**          *September 5, 2019*
973 Mica Drive Ste. 201   Carson City, NV 89705                               Page 1
Phone: 7757836190  Fax: 7757836191                              Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**06/28/2019 - Office Procedure: Bil L3,4,5 MBB 1st**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Medial Branch Block

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus block

Anesthesia:
local

Indications:
Using models and diagrams, I described the technique of lumbar medial branch blocks. Risks including, but not limited to, bleeding, infection, headache, and nerve damage were discussed. All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of

**Lincoln/Wofford 1237**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                          Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

the right L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the right L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L5 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, a 23 gauge spinal needle was advanced to the junction of the left L4 superior articular process and the sacral ala. AP and lateral views confirmed the correct needle position. After negative aspiration, 0.75mLs of 0.5% Marcaine was injected.

The patient tolerated the procedure well and without complication. The patient was observed for approximately 20 minutes and discharged home in satisfactory condition with appropriate discharge instructions.

Fluoroscopy time:
12 secs

**Electronically signed by JENNIFER MENDOZA MD on 06/28/2019 at 9:40 AM**

---

**Lincoln/Wofford 1238**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 3
Office Procedure

**Wayne Wofford**
Male  58 Years Old  DOB:
78981ERC

Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:

⊗ sed

## PROCEDURE RECORD

Date: 6-28-19    Pt ID: 2SS38Q    Patient Name: Wofford, Wayne

Procedure: Bil L4,5 mBB 1st.

Bloodthinners: ASA. — 81    DM    Pacemaker    Dialysis    Chemo    Pregnancy

Allergies: PCN.    Iodine/Contrast    Latex    Steroid    Adhesive    Lidocaine

☐ IV: _____ ga _____ (None)
☒ Patient Identified
☒ Surgical Pause, Consent Read    Meds Used: .5 % Marcaine
☒ Allergies Confirmed

---

Pre-Procedure Vitals:    B/P: 127/88    HR: 98    SPO2: 96    Pain Score: 7

| Time: 927 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Midazolam (mg) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fentanyl (mcg) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ancef (gm) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Sats % 93

| | Discharge Criteria | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two exterms. | 1 |
| | No Movement | 0 |
| Total: | | 10 |

Discharge Vitals: B/P: 127/85 HR: 84 SPO2: 97 Pain Score: 0

☒ No Complications
☒ Discharge criteria score of 10 met
☒ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: 9:40    Date: 6/28/19    Physician Signature: _____

## CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. _mendoza_ , to perform the following:
_Bilateral L3 L4, 5 medial Branch Block, under Fluroscopy._

I (WE) understand the above procedure description as it has been presented to me _WW_ (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary. _WW_ (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_Wayne Wofford_                                    _6/28/2017_
Patient Signature                                    Date

_____            _____
Responsible Party (if other than patient)            Date

Patient ID: _255382_    Patient Name: _Wofford, Wayne._

# DISCHARGE INSTRUCTION SHEET – PAIN

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ Doctor's card given

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

■ Bleeding you believe is excessive    ■ Difficulty breathing

■ Persistent nausea/vomiting    ■ Persistent headache

■ Unrelieved pain    ■ Redness, swelling around incision

■ Temperature of 100° or higher

■ Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours.

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above

| Patient Name | Patient Signature | 6/28/19 Date\Time |

| Driver's Name | Driver's Signature | Date\Time |

**Lincoln/Wofford 1242**

**High Desert Therapists, Dayton**
5 Pinecone Rd, Suite 100
Dayton, NV  89403-6309

Phone: (775) 246-7742
Fax: (775) 246-7559

---

Initial Evaluation for Wayne Wofford
DOB:
Case: R Hip
Therapist: L. Richard Stephenson, RPT

Visit Date: 07/01/19
Diagnosis: Pain in right hip
Presence of right artificial hip joint

Referred by: Nicholas Dirig
Phone: (775) 783-6190
Fax: (775) 783-6191

**Subjective**

**Onset**

**Date of Onset:** 6-24-19. **Description:** Right THA.

**Pain Rating**

| | |
|---|---|
| Verbal Pain Rating at Present | 3 - Slight Pain (1 - 3) |
| Verbal Pain Rating at Best | 2 - Slight Pain (1 - 3) |
| Verbal Pain Rating at Worst | 4 - Moderate Pain (4 - 6) |

**General Health Questions**
  **Other Health Problems:** Pt. reports he has Hep. C.
**Vocational**
  **Current Status:** Unable to work.
**Functional Deficits**
  **Primary Functional Limitation:** Patient is unable to perform functional activities/ADLs without right hip pain.

**Objective**

**Gait**

  **Abnormality:** Antalgic R. LE. **Stairs:** Leads with affected extremity when descending. Leads with unaffected extremity when ascending.

| | Result | Note |
|---|---|---|
| **Hip Active ROM** | | |
| Hip Abduction AROM | 30 degrees | |
| Hip Extension AROM | 0 degrees | |
| Hip Flexion AROM | 95 degrees | |
| **Hip Passive ROM** | | |
| Hip Abduction PROM | 35 degrees | |
| Hip Extension PROM | 0 degrees | |
| Hip Flexion PROM | 100 degrees | |
| **Hip Muscle Testing** | | |
| Gluteus Maximus Strength | 4 /5 | |
| Gluteus Medius Strength | 4 /5 | |
| Iliopsoas Strength | 4 /5 | |
| Piriformis Strength | 4- /5 | |

07/01/19
Page 1 of 2

Initial Evaluation for Wayne Wofford
DOB:

**Palpation: Tenderness**
Palpation: Lateral/posterior hip.

## Goals

| Item | Current | Goal | By Date |
|------|---------|------|---------|
| 1: Primary Functional Limitation | Patient is unable to perform functional activities/ADLs without right hip pain. | Able to perform functional activities/ADLs without right hip pain. | 8/14/19 |

## Assessment

**Assessment**
Rehabilitation Potential: Good. Impression: Right hip pain, weakness with loss of ROM/function post THA.

## Plan

**Plan of Care**
Frequency: Three times weekly. Duration: Six weeks. Home Exercises: Ex./ROM. Treatment Procedures: Manual Stretching. Supervised Therapeutic Exercises. Gait Training. Treatment Progression: Progress to more active home exercise program after symptoms subside.

---

Thank you for the opportunity of working with Wayne.

As always, please feel free to call us at (775) 246-7742 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by:

L. Richard Stephenson, RPT
07/02/19 1:39 pm
License: NV PT0698    CA PT5977

07/01/19
Page 2 of 2

Initial Evaluation for Wayne Wofford
DOB:

**Lincoln/Wofford 1244**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Office Visit

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

**07/09/2019 - Office Visit: 1 Post Op R Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**DOS:** 07/09/19

HISTORY OF PRESENT ILLNESS:
Wayne Wofford is a 58-year-old gentleman here for a follow up visit.  He is two weeks out from a right total hip arthroplasty.  He is doing excellent.  He has minimal discomfort, just some residual ecchymosis around the hip and leg.  He was taking aspirin initially, but then stopped it as he is on medication that he is finishing up for hepatitis C treatment.  He will plan to restart the aspirin after this, but seeing that he is very active and ambulatory without any ambulatory aids already, I think he is at low risk for DVTs, but the patient was warned of the signs and symptoms of them.  He has no other complaints and he is very happy with the outcome so far.

PHYSICAL EXAMINATION:
Examination of the patient's right lower extremity reveals that he is neurovascularly intact.  He has good pulse and brisk capillary refill.  His compartments are soft and compressible.  He has active ankle dorsiflexion and plantarflexion.  He has some mild residual swelling and ecchymosis, nothing out of the ordinary.  His leg lengths appear about equal, his right may be a touch longer than his left now but nothing that is symptomatic for him.  He is walking with a normal gait today in the clinic.  He has a painless arc of motion.  His abductors, adductors and hip flexors are strong.  His wound is healing well.  There is no erythema, induration or other signs of infection.

ASSESSMENT:
Wayne Wofford is a 58-year-old gentleman two weeks out from a right total hip arthroplasty.  He is doing excellent.

PLAN:
The patient was reminded to start his aspirin as soon as he is cleared from his hepatitis C physician for DVT prophylaxis.  In the meantime, he will remain being as active as he can.  He will continue on with physical therapy.  He will continue with his posterior hip dislocation precautions as well.  He no longer needs a dressing over his wound.  He can continue showering but no soaking.

This is a Workmen's Comp case and at this point we will keep the patient off of work for now as it is unsafe for him to return to work at this point.  I will re-evaluate him in a month.  We will take radiographs of his right hip at that time and discuss ongoing care.  Additionally, he does have left hip osteoarthritis and pain, which is currently doing well with the previous intra-articular corticosteroid injection.  We will re-evaluate this at his next visit as well and decide if we need to proceed on with a left hip replacement at this point or not.

**Lincoln/Wofford 1245**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382        Ins: BCBS NV Bluecard * Grp:
78981ERC

---

The patient understands and agrees with the above plan.  All of his questions were answered to his satisfaction.  He was grateful for his care.

Nicholas J. Dirig, D.O.
NJD: hmp/smu

**Electronically signed by NICHOLAS J DIRIG on 07/12/2019 at 8:49 AM**

---

**Lincoln/Wofford 1246**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**07/09/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Status**

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 07/09/2019 at 7:11 PM**

---

**Lincoln/Wofford 1247**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/15/2019 - Office Visit: RE Rt Hip**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

**Work Status:**

**Follow Up**

Appointment Date: 8/15/2019

---------------------------------------------------------------------
CHIEF CONCERN
---------------------------------------------------------------------

This is a 58 year-old male here today for work-injury related right hip
follow-up 7 weeks status post right total hip arthroplasty performed on
6/24/2019. At the time of injury, the patient was working at Crosby Tuggs.

---------------------------------------------------------------------
HISTORY OF PRESENT ILLNESS
---------------------------------------------------------------------

He was last seen on 7/9/2019, at which time the treatment plan included the
following:
>> Aspirin for DVT prophylaxis
>> Physical therapy
>> Continue postoperative precautions
>> Obtain x-rays at next visit

Today, the patient reports improving right hip pain. Associated symptoms
include improving stiffness. His treatments thus far include in-home
stretches and physical therapy with improvement.

Additionally, the patient reports worsening lumbar back and persistent
intermittent left hip pain. The patient had an epidural injection for the

**Lincoln/Wofford 1248**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:                     Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

lumbar spine but is unsure of how much relief he received from that
injection. He is currently waiting for a follow-up epidural injection.

The available records and medical history forms obtained in preparation for
the visit were reviewed. A 12-point review of systems has been scanned into
the patient record and relevant findings incorporated into the history of
present illness.

```
------------------------------------------------------------------
PHYSICAL EXAM
------------------------------------------------------------------
```

RIGHT HIP EXAM
    Inspection: Right leg slightly longer than the left in the seated
position

    Range of Motion:
        Internal rotation: Full
        External rotation: Full

    Strength:
        Abductors: 5/5
        Adductors: 5/5

LEFT HIP EXAM

    Range of Motion:
        Internal rotation: Full with some pain
        External rotation: Full

    Strength:
        Adductors: 5/5
        Abductors: 5/5

```
------------------------------------------------------------------
ASSESSMENT and PLAN
------------------------------------------------------------------
```

This 58 year-old male patient is progressing appropriately 7 weeks status
post RIGHT TOTAL HIP ARTHROPLASTY performed on 6/24/2019 in the context of:

BILATERAL HIP OSTEOARTHRITIS

For the bilateral hips, the condition and the possible treatment options as

**Lincoln/Wofford 1249**



**Tahoe Fracture and Orthopedic Medical Clinic**     *September 5, 2019*
973 Mica Drive Ste. 201  Carson City, NV 89705                        Page 3
Phone: 7757836190  Fax: 7757836191                              Office Visit

---

**Wayne Wofford**
Male  58 Years Old  DOB:               Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

well as the relative risks were discussed. The treatment plan at this time
includes the following:
>> Work status updated: Remain off work, will continue therapy
>> Activity modification: Avoid lifting/carrying heavy objects, crawling,
and squatting
>> Physical therapy
>> Discontinue postoperative precautions

FOLLOW-UP: 4 weeks

All of the patient's questions were answered. He demonstrated understanding
of his diagnosis and treatment plan and wishes to proceed with the
recommendations as discussed.

------------------------------------------------------------------
WORKER'S COMPENSATION
------------------------------------------------------------------
Claim Number: 93014
Appointment Date: 8/15/2019
Date of Injury (DOI): 12/29/2018
Employer: Crosby Tuggs

In accordance with Labor Code Section 4628, the examination of this
individual took place on the date indicated. I obtained the history and
performed the examination stated herein in full. The opinions and
conclusions of this report are solely those of this physician. The medical
records were personally reviewed by me. I declare under penalty of perjury
that I have not violated Labor Code Section 139.3 and have not offered,
delivered, received or accepted any rebate, dividend, discount, or other
consideration, whether in the form of money or otherwise, as compensation or
inducement for any referred examination or evaluation.

This note was generated for Dr. Nick Dirig using the Robin virtual scribe
service.

**Electronically signed by NICHOLAS J DIRIG on 09/05/2019 at 9:34 AM**

---

**Lincoln/Wofford 1250**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201  Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Return to Work

---

**Wayne Wofford**
Male  58 Years Old  DOB:
78981ERC

Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:

---

**08/15/2019 - Return to Work**
**Provider: NICHOLAS J DIRIG**
**Location of Care: Tahoe Fracture and Orthopedic Mica**

This injury is occupational.

Diagnosis: **Hx of hip replacement, right (ICD-V43.64) (ICD10-Z96.641)**

## Status

**Comments:** Wayne is to remain off of work for the time being. He will continue therapy.

**Electronically signed by NICHOLAS J DIRIG on 08/15/2019 at 2:58 PM**

---

**Lincoln/Wofford 1251**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 1
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:              Patient ID: 255382     Ins: BCBS NV Bluecard * Grp:
78981ERC

---

**08/30/2019 - Office Procedure: Bil L3,4,5 RFA**
**Provider: JENNIFER MENDOZA MD**
**Location of Care: Tahoe Fracture and Orthopedic Pain Procedures**

Lumbar Radiofrequency Ablation

Preoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Postoperative diagnosis:
Lumbar Spondylosis, Lumbar Facet Joint Pain

Operation:
bilateral L3, L4 medial branch and L5 primary dorsal ramus radiofrequency ablation, under fluoroscopy

Anesthesia:
anxiolysis

Indications:
Using models and diagrams, I described the technique of lumbar medial branch radiofrequency ablation. Risks including, but not limited to, bleeding, infection, and nerve damage were discussed.  All questions were answered. The patient understands these risks and elects to proceed. The patient currently has minimal to no radicular symptoms and has failed conservative therapy, including nonsteroidal anti-inflammatory medications and physical therapy. The patient has had positive results from an appropriate medial branch block in the past.

Procedure in Detail:
After informed written consent was obtained, the patient was brought to the fluoroscopy suite and placed into the prone position. The patient's blood pressure, ECG, and pulse oximetry were monitored. A time out was performed, and the consent was read. The skin over the lumbar spine was prepped with chlorhexidine and allowed to dry. The area was then draped in a sterile fashion.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain

**Lincoln/Wofford 1252**

**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 2
Office Procedure

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the right L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left S1 superior articular process and the sacral ala. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was advanced to the junction of the left L5 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

The skin and subcutaneous tissue were anesthetized with 2mL of 1% plain lidocaine using a 1.5 inch 25 gauge needle. Under fluoroscopic guidance, an 18 gauge 10mm active tip radiofrequency needle was

**Lincoln/Wofford 1253**



**Tahoe Fracture and Orthopedic Medical Clinic**
973 Mica Drive Ste. 201   Carson City, NV 89705
Phone: 7757836190  Fax: 7757836191

*September 5, 2019*
Page 3
Office Procedure

---

**Wayne Wofford**
Male  58 Years Old  DOB:                    Patient ID: 255382      Ins: BCBS NV Bluecard * Grp:
78981ERC

---

advanced to the junction of the left L4 superior articular process and the transverse process. AP and lateral views confirmed correct needle position. Motor stimulation at 2 Hz and 1.5 volts revealed a multifidus twitch with no evidence of lower extremity movement. After negative aspiration, 1 mL of 1% plain lidocaine was inject.. Radiofrequency lesioning was begun at 80 degrees Centigrade for 75 seconds. A total of 3 lesions were performed at each level.

**Electronically signed by JENNIFER MENDOZA MD on 08/30/2019 at 12:03 PM**

---

**Lincoln/Wofford 1254**

*θ sed*

# PROCEDURE RECORD

Date: **8/30/19**  Pt ID: **255387**  Patient Name: **Wofford, Wayne.**

Procedure: **Bilateral, L3, 4, 5 RFA.**

Bloodthinners: **∅**  DM  Pacemaker  Dialysis  Chemo  Pregnancy

Allergies: **PCN.**  Iodine/Contrast  Latex  Steroid  Adhesive  Lidocaine

⊠ IV: **25** ga **LH** None
⊠ Patient Identified  Meds Used: **1% Lido**
⊠ Surgical Pause, Consent Read
☐ Allergies Confirmed

**Pre-Procedure Vitals:** B/P: **X**  HR: **78**  SPO2: **97**  Pain Score: **8.**

| Time: **1136** | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen (L/min) | | | | | | | | | | | | | | | | | | | | |
| Midazolam (mg) | | | | | | | | | | | | | | | | | | | | |
| Fentanyl (mcg) | **100** | | | | | | | | | | | | | | | | | | | |
| Ancef (gm) | | | | | | | | | | | | | | | | | | | | |

| | Discharge Criteria | |
|---|---|---|
| Sats | >92% on RA | 2 |
| | >90% on O₂ | 1 |
| | <90% on O₂ | 0 |
| Resp | Normal | 2 |
| | Shallow | 1 |
| | Apnea | 0 |
| Circ | BP <20% of BL | 2 |
| | BP 20%-50% of BL | 1 |
| | BP >50% of BL | 0 |
| Alert | fully awake | 2 |
| | Arousable | 1 |
| | Not Arousable | 0 |
| Mvmt | All extrems. | 2 |
| | Two exterms. | 1 |
| | No Movement | 0 |
| Total: | | 10. |

Sat: % **95**

**Discharge Vitals:** B/P: **146/93**  HR: **77**  SPO2: **94**  Pain Score: ____

⊠ No Complications
⊠ Discharge criteria score of 10 met
⊠ Patient was discharged with baseline strength and sensation in all extremities

Discharge Time: **12:08**  Date: **8/30/19**  Physician Signature: _____

TAHOE FRACTURE CLINIC {SUBJEC}

## CONSENT TO OPERATION OR OTHER PROCEDURE

TO THE PATIENT: You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used, so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved, this disclosure is not meant to scare or alarm you. It is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I hereby authorize Dr. mendoza, to perform the following:

Bilateral L3,4,5 Radiofrequency Ablation under fluroscopy.

I (WE) understand the above procedure description as it has been presented to me wAw (patient initials)

Description of Operation and/or Procedure(s) and such additional tests, operations, or procedures as are considered necessary and/or advisable on the basis of findings during the course of such operation and/or procedure.

I (WE) understand that my physician may discover other or different conditions which require additional or different procedures than those planned.
I (WE) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of surgical, medical, and/or diagnostic procedures planned for me. I(WE) realize that common to surgical, medical, and/or diagnostic procedures, the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death.

I (WE) understand that certain complications may arise during surgery requiring transfer to another facility. I agree to transfer to another facility if my doctor feels it is necessary. wA (patient initials)

I (WE) have been given the opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedures to be used, and the risks and hazards involved. I(WE) believe that I(WE) have sufficient information to give this informed consent.

I (WE) certify this form has been fully explained to me, I(WE) have read, or have had it read to me, and that the blank spaces have been filled in and that I(WE) understand\ its contents.

_____  8/30/19
Patient Signature        Date

_____  _____
Responsible Party (if other than patient)   Date

Patient ID: 255382  Patient Name: Wofford, Wayne.

**Lincoln/Wofford 1256**

# DISCHARGE INSTRUCTION SHEET – RADIOFREQUENCY ABLATION

**You may experience light-headedness, dizziness, and sleepiness due to sedation. Therefore, for the next 24 hours:**

☒ A responsible person must drive you home if you have had mild sedation.

☒ A responsible person must be with you at home if you have any medications other than the "regional" medications injected at the operation site.

☒ DO NOT sign important papers or make important decisions.

## ACTIVITY

☒ DO NOT drive a car, operate machinery or power tools while taking pain medication.

☒ DO NOT drink alcoholic beverages, including beer and wine while taking pain medication.

☒ Resume prior activity.

☒ No Baths or Hot Tubs for 24 hours

☒ Change position and move slowly to minimize any dizziness, nausea/vomiting. Have a responsible person assist you the first few times you get up.

☒ Bandaid's can be removed within 24hrs

## ADVISEMENT

☐ May ice area for a few days and then switch to heat if needed

☐ It may feel like a sunburn type feeling around the injection site for a week or so

☐ The first few weeks will be tender/sore around the injection sites

☐ It may take 3-6 weeks to feel relief from the procedure

## MEDICATIONS

☒ Resume prior medications

☒

Other:_____

## FOLLOW-UP APPOINTMENT

☐ Follow-up appointment _____

☐ May return to work _____

## CONTACT YOUR PHYSICIAN (OR HIS ASSOCIATE) IF ANY OF THE FOLLOWING OCCURS:

- Bleeding you believe is excessive
- Persistent nausea/vomiting
- Unrelieved pain
- Temperature of 100° or higher
- Difficulty breathing
- Persistent headache
- Redness, swelling around incision
- Inability to urinate within 8 hours following surgery and/or uncomfortable, go to the nearest emergency room.

**SPECIAL INSTRUCTIONS:** Call the office **Jake 775-783-6143** or go to the ER if there is redness, fever greater than 101°, excessive pain that continues beyond 24 hours after procedure, profound loss of sensation or loss of strength in the arms or legs. No bath, hot tubs, or swimming for 24 hours._____

*If unable to reach your physician, call your nearest emergency department*

I have read and understand the above.

_____  _____  _____
Patient Name                        Patient Signature            Date\Time

_____

**Lincoln/Wofford 1257**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| Date: September 3, 2019 | |
| To: NICHOLAS DIRIG<br>ORTHOPEDIC SURGEON | |
| Attn: Medical Records | |
| Fax: (775) 783-6191 | |
| From: Sandra Kittridge<br>Life Claims Examiner II, Emp<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 | |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 9109433<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1258**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 3, 2019

Nicholas Dirig
Orthopedic Surgeon

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Nicholas Dirig:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Waiver of Premium benefits under the Crosby Tugs, LLC Group Life Insurance Policy. We are writing in reference to Wayne Wofford's (DOB:          claim for Waiver of Premium benefits.

Please find the enclosed the request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 18, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   9109433-ACKNOWLEDGE-FREEFORM-08.05.2019

**Lincoln/Wofford 1259**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| Date: August 5, 2019 | |
| To: NICHOLAS DIRIG<br>ORTHOPEDIC SURGEON | |
| Attn: Medical Records | |
| Fax: (775) 783-6191 | |
| From: Sandra Kittridge<br>Life Claims Examiner II, Emp<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 9109433<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1260**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 5, 2019

Nicholas Dirig
Orthopedic Surgeon

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Nicholas Dirig:

The Waiver of Premium Benefit allows employees to continue their Group Life Insurance coverage while they are out on disability without payment of premiums provided they meet your Group Life Insurance Policy definition of *"total disability"* defined as:

*With respect to this provision, **"Total Disability"** or **"Totally Disabled"** means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision, **"Material and Substantial Duties"** means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision, **"Any Occupation"** means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to consider Mr. Wayne Wofford's (DOB·            eligibility, we are requesting additional information. Please provide:

**Medical information:**
- Medical records from May 4, 2019, to the present, from your treating physician(s) – such as copies of office visit notes, medication lists, diagnostic tests, lab results, etc.
- Restrictions Form

Please provide this information no later than August 13, 2019.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 1261**

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   Restrictions Form

**Lincoln/Wofford 1262**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

# Restrictions Form

**Return To:** Sandra Kittridge

| | | 9109433 |
|---|---|---|
| Wayne Wofford | | |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____          **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

   _____

   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____

   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Wofford 1263**

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD




**Lincoln/Wofford 1264**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 3, 2019

Mr. Wayne Wofford


RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Mr. Wayne Wofford:

We are writing with regard to your claim for Waiver of Premium benefits under your employer's Group Life Insurance Policy.

Enclosed please find the request for information previously sent to you for the review of your eligibility for benefits. To date we have not received the previously requested medical information.

 This is our FINAL request.

Please submit the requested information by September 18, 2019. In the absence of this information, we would be unable to continue our review of your eligibility for Waiver of Premium benefits and would have to deny your claim for benefit consideration.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   9109433-ACKNOWLEDGE-FREEFORM-08.05.2019

**Lincoln/Wofford 1265**

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212


MR. WAYNE WOFFORD



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 5, 2019

Mr. Wayne Wofford

RE:    Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Mr. Wayne Wofford:

We are writing in regard to your Waiver of Premium under your Group Life Insurance Policy. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

We have received notification you are out on disability and in order to consider your eligibility, we are requesting additional information. Please provide:

**Medical information:**
- Medical records from May 4, 2019, to the present, from your treating physician(s) – such as copies of office visit notes, medication lists, diagnostic tests, lab results, etc.
- Restrictions Form

Please contact Dr. Dirig to ensure that this information is provided to us in a timely manner. Please return this information by September 3, 2019. If we do not receive the requested information by September 18, 2019, we will be unable to evaluate your eligibility for the Waiver of Premium benefit which may result in denial of your claim. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

**Lincoln/Wofford 1267**

Attachments:   Restrictions Form

**Lincoln/Wofford 1268**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

# Restrictions Form

**Return To:** Sandra Kittridge

| Wayne Wofford | | 9109433 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED —

   DATE LAST TREATED —

   NEXT OFFICE VISIT —         **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____ .

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Wofford 1269**

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD

**Lincoln/Wofford 1270**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 17, 2019

Mr. Wayne Wofford

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: Crosby Tugs, LLC
       Policy #: SA3-890-467044-01
       Claim #: 9109433

Dear Mr. Wayne Wofford:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for benefits under the Crosby Tugs, LLC Waiver of Premium, Group Life Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your Waiver of Premium (hereinafter WOP) claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination.  If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your WOP claim for benefits under the Policy.  Currently, we are awaiting medical records from May 4, 2019 to the present and a completed Restrictions Form from Dr. Dirig. We expect to make a determination on your claim no later than September 16, 2019.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

**Lincoln/Wofford 1271**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| Date: August 5, 2019 | |
| To: NICHOLAS DIRIG<br>ORTHOPEDIC SURGEON | |
| Attn: Medical Records | |
| Fax: (775) 783-6191 | |
| From: Sandra Kittridge<br>Life Claims Examiner II, Emp<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 9109433<br>Claimant: Wayne Wofford<br><br>Crosby Tugs, LLC | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas   a pertenecer a The Lincoln National Life Insurance Company, una compa   a de Lincoln Financial Group. Durante la transici   n, es posible que reciba comunicados de ambas compa   as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Wofford 1272**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 5, 2019

Nicholas Dirig
Orthopedic Surgeon

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: Crosby Tugs, LLC
       Policy #: SA3-890-467044-01
       Claim #: 9109433

Dear Nicholas Dirig:

The Waiver of Premium Benefit allows employees to continue their Group Life Insurance coverage while they are out on disability without payment of premiums provided they meet your Group Life Insurance Policy definition of *"total disability"* defined as:

With respect to this provision, **"*Total Disability*"** or **"*Totally Disabled*"** means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.

With respect to this provision, **"*Material and Substantial Duties*"** means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.

With respect to this provision, **"*Any Occupation*"** means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

In order to consider Mr. Wayne Wofford's (DOB-          eligibility, we are requesting additional information. Please provide:

**Medical information:**
- Medical records from May 4, 2019, to the present, from your treating physician(s)   such as copies of office visit notes, medication lists, diagnostic tests, lab results, etc.
- Restrictions Form

Please provide this information no later than August 13, 2019.

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 1273**

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   Restrictions Form

**Lincoln/Wofford 1274**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

## Restrictions Form

**Return To:** Sandra Kittridge

| | | |
|---|---|---|
| Wayne Wofford | | 9109433 |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** —        **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐   **SEDENTARY**   Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐   **LIGHT**   Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐   **MEDIUM**   Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐   **HEAVY**   Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐   **VERY HEAVY**   Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**    1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

        2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Wofford 1275**

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD

**Lincoln/Wofford 1276**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 5, 2019

Mr. Wayne Wofford

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: Crosby Tugs, LLC
        Policy #: SA3-890-467044-01
        Claim #: 9109433

Dear Mr. Wayne Wofford:

We are writing in regard to your Waiver of Premium under your Group Life Insurance Policy. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter ERISA ).

We have received notification you are out on disability and in order to consider your eligibility, we are requesting additional information. Please provide:

**Medical information:**
- Medical records from May 4, 2019, to the present, from your treating physician(s)   such as copies of office visit notes, medication lists, diagnostic tests, lab results, etc.
- Restrictions Form

Please contact Dr. Dirig to ensure that this information is provided to us in a timely manner.  Please return this information by September 3, 2019. If we do not receive the requested information by September 18, 2019, we will be unable to evaluate your eligibility for the Waiver of Premium benefit which may result in denial of your claim. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

**Lincoln/Wofford 1277**

Attachments: Restrictions Form

**Lincoln/Wofford 1278**



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

## Restrictions Form

**Return To:** Sandra Kittridge

| Wayne Wofford | | 9109433 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** —   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Wofford 1279**

**n0266280**

      _____

| | |
|---|---|
| **From:** | Ashley Rodrigue |
| **Sent:** | Tuesday, July 16, 2019 10:42:04 AM |
| **To:** | Kittridge, Sandra |
| **Subject:** | FW: Life Waiver of Premium - claim no. 9109433 - Wayne Wofford |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning.

***Please note, if the employee is terminated, they may still be eligible for this benefit. Please contact me via email or my contact information below with any questions/concerns***

Group Life Claims has been notified, Wayne Wofford, (             is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.   In order to consider claim eligibility, please provide the following information (**However, if this employee has returned to work, please advise**):

1. What were the annual earnings in effect on the employee's last day worked?

2. Basic Life Insurance Amount __50,000_____

3. Optional Life Insurance Amount __100,000_____ (**Please provide enrollment information for at least 2 years prior to date last worked. Screen shots are acceptable**)

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? No

Please complete the above template and respond via e-mail or print a copy and fax to 603-427-1888. This will allow our Waiver Team access to review and process all Waiver requests that you submit.

**Lincoln/Wofford 1280**

Kindly submit this information within five (5) business days to allow us to establish this information in our claim system. Do not hesitate to contact me with any questions/concerns regarding the above information.  We appreciate your time and immediate attention to this request.


Thank you.



**Sandy Kittridge**
Life Claims Examiner II

Group Protection – Life Claims


**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888-437-7611, Ext. 16307 – Office

603-427-1888 - Fax


**LincolnFinancial.com**


https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**Lincoln/Wofford 1282**

Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212




MR. WAYNE WOFFORD



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

July 5, 2019

Mr. Wayne Wofford

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: Crosby Tugs, LLC
       Policy #: SA3-890-467044-01
       Claim #: 9109433

Dear Mr. Wayne Wofford:

We received notification you are out on disability and therefore, your eligibility for the Waiver of Premium Benefit of your **Group Life Insurance** is currently under review. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

The Waiver of Premium Benefit allows you to continue your Group Life Insurance coverage while you are out on disability without payment of premiums provided you meet your Group Life Insurance Policy definition of *"total disability"* defined as:

With respect to this provision, **"*Total Disability*"** or **"*Totally Disabled*"** means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.

With respect to this provision, **"*Material and Substantial Duties*"** means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.

With respect to this provision, **"*Any Occupation*"** means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

We will be reviewing the information within your Long Term Disability (hereinafter "LTD") claim and will notify you of the status of your Waiver of Premium Benefit once a decision has been made.

**Please complete the enclosed Training, Education and Experience form and Claimant Supplementary Statement within 30 days of this letter and return in the self-addressed envelope provided.**

If you have any questions regarding this matter, please contact me.

**Lincoln/Wofford 1284**

Sincerely,

Sandra Kittridge
Life Claims Examiner II, Emp
Phone No.: (888) 437-7611 Ext. 16307
Secure Fax No.: (603) 427-1888

Attachments:   Claimant Supplementary Statement
Training Education Experience

**Lincoln/Wofford 1285**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

**Return to:**  Sandra Kittridge

---

**EMPLOYEE/CLAIMANT NAME:**  Wayne Wofford          **CLAIM #:** 9109433

**EMPLOYER:** Crosby Tugs, LLC          **DATE OF BIRTH:**_____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                    Relationship to you?                         Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit  (describe) ____ | ____ | ____ | ____ | ____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____          **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Wofford 1286**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

EMPLOYEE/CLAIMANT NAME: Wayne Wofford

CLAIM NO: 9109433

EMPLOYER/SPONSOR: Crosby Tugs, LLC          DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____          Check if earned: ☐ GED   ☐ HS Diploma

Vocational Training: _____   Certificate Program completed: _____

Associates Degree: _____   College: number of years: _____

Bachelor's Degree: BA /BS Major: _____   Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From: _____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company

**Lincoln/Wofford 1287**

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

**<u>Computer Utilization:</u>**

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

> **SIGNATURE:** _____    **PHONE NO: (**   **)** _____

2

**Lincoln/Wofford 1288**



# LTD/Waiver Daily Report

Report From: 6/28/2019 Thru 6/28/2019

| Div | Serial | Customer Name | Claim # | Product | Status | Change Date | SSN | Claimant | DOD | DOB | Age | EP | EP Flag Date | Office |
|-----|--------|---------------|---------|---------|--------|-------------|-----|----------|-----|-----|-----|-----|--------------|--------|
| 09 | 467044 | CROSBY TUGS, LLC | 9007521 | LTD | AP | 06/17/2019 | | WAYNE WOFFORD | 01/01/2019 | | 57 | 6 | 7/1/2019 | 913 |

**Lincoln/Wofford 1289**