**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **WAYNE WOFFORD** | * | **CIVIL ACTION** | |
| | * | | |
| **VERSUS** | * | **DOCKET NO.** | |
| | * | | |
| **LINCOLN NATIONAL LIFE** | * | **2:23-cv-02110-GGG-KWR** | |
| **INSURANCE COMPANY, ET AL** | * | | |
| | * | | |

**PLAINTIFF'S STATEMENT REGARDING COMPLETENESS OF THE
ADMINISTRATIVE RECORD**

**NOW COMES** Plaintiff, **WAYNE WOFFORD**, through undersigned counsel, who respectfully avers that the administrative record filed by Defendants, **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**, is complete.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Email: price@jpricemcnamara.com
Attorney for Complainant