# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

WAYNE WOFFORD                                    CIVIL ACTION

VERSUS                                           NO: 23-2110

LIBERTY LIFE ASSURANCE                           SECTION: T (4)
COMPANY OF BOSTON, ET AL

## ERISA BRIEFING ORDER

The parties have agreed that ERISA governs the employee benefit plan, that Plaintiff's claims are preempted by ERISA, and that the administrator's interpretation of the plan and determination of eligibility for benefits will be determined under the abuse of discretion standard of review. In addition, a copy of the employee benefit plan and administrative record has been filed.

Therefore, the case is ready for submission on the administrative record, and the following briefing schedule is imposed:

1. Plaintiff's brief due January 16, 2024.

2. Defendant's brief due February 5 ,2024.

3. Plaintiff's reply brief due February 15, 2024.

These briefs must address the administrative record and whether the administrator was arbitrary and capricious. They are not briefs on summary judgment governed by the genuine issue standard. **Please DO NOT file a motion for summary judgment.** All briefs shall contain specific references to page numbers in the administrative record.

This matter will be deemed submitted for decision on the date Plaintiff's reply brief is due.  If any party desires Oral Argument, a request must be filed in accordance with Local Rule 78.1.

New Orleans, Louisiana, on this 30th day of November, 2023.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**