# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-02110-GGG-KWR** |
| **V.** | **JUDGE GERARD GUIDRY** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes The Lincoln National Life Insurance Company, who respectfully requests that this Honorable Court grant an order withdrawing Matthew R. Slaughter (La. Bar No. 37308) and substituting James H. Gilbert (La. Bar No. 36468) as co-counsel of record for The Lincoln National Life Insurance Company. Mr. Slaughter is no longer affiliated with Phelps Dunbar, L.L.P. This motion is not interposed for delay and will not cause delay in the matter. Lindsay Calhoun and Iwana Rademaekers will continue their representation of Lincoln.

**WHEREFORE**, defendant, The Lincoln National Life Insurance Company prays that this Court allow Matthew R. Slaughter (La. Bar # 37308) to withdraw and substitute James H. Gilbert (La. Bar No. 36468) as counsel of record for The Lincoln National Life Insurance Company.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted,

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com

Iwana Rademaekers (*pro hac vice)*
Law Offices of Iwana Rademaekers
17304 Preston Rd Ste 800
Dallas, TX 75252
Telephone: 214-579-9319
Fax: 469-444-6456
Email: iwana@rademaekerslaw.com

**COUNSEL FOR DEFENDANT, THE
LINCOLN NATIONAL LIFE
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the

Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the

parties.

*/s/ Lindsay Calhoun*