**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-02110-GGG-KWR** |
| **V.** | **JUDGE GERARD GUIDRY** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## <u>ORDER</u>

Considering the Ex Parte Motion to Withdraw Counsel;

**IT IS ORDERED** that Matthew R. Slaughter (La. Bar No. 37308) is hereby allowed to withdraw as counsel of record, and substituting James H. Gilbert (La. Bar No. 36468) for The Lincoln National Life Insurance Company with Lindsay Calhoun and Iwana Rademaekers remaining as counsel for The Lincoln National Life Insurance Company.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
JUDGE