**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**<u>ORDER</u>**

Considering Defendant The Lincoln National Life Insurance Company's Motion to Substitute Counsel, R. Doc. 17;

**IT IS ORDERED** that the Motion is **GRANTED** and that Matthew R. Slaughter (La. Bar No. 37308) is hereby withdrawn and James H. Gilbert (La. Bar No. 36468) enrolled as counsel of record for Defendant.

New Orleans, Louisiana, this 19th day of December, 2023.

_Greg Gerard Guidry_
Greg Gerard Guidry
United States District Judge
