| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## **JOINT MOTION TO EXTEND BRIEFING DEADLINES**

**NOW INTO COURT**, through undersigned counsel, come Wayne Wofford ("Plaintiff") and Lincoln National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty Life Assurance Company of Boston ("Defendant"), who respectfully submit this Motion to Extend Briefing Deadlines and who, with respect, submit as follows:

1.

Plaintiff's lawsuit seeks this Honorable Court's review of Defendant's decision to terminate his claim for long-term disability benefits. The parties have stipulated that ERISA governs the claims at issue and preempts all state law claims.

2.

On November 30, 2023, this Honorable Court issued an ERISA Case Order (Rec. Doc. 16).

Currently pending are the following briefing deadlines:

Plaintiff's Opening Brief due January 16, 2024.

Defendant's Response Brief due February 4, 2024.

Plaintiff's Reply Brief due February 15, 2024.

3.

The parties are currently engaged in settlement negotiations and have a Settlement Conference with Magistrate Roby scheduled on January 18, 2024. They are hoping that they will be able to resolve this matter without the necessity of incurring the time and expense associated with briefing this matter.

4.

The parties jointly request that, in light of the above, the current briefing deadlines be extended by forty-five (45) days each.

5.

As a result, the parties respectfully request that the current briefing deadlines be extended and that the following new briefing deadlines be established:

Plaintiff's Opening Brief due March 1, 2024.

Defendant's Response Brief due March 20, 2024.

Plaintiff's Reply Brief due April 1, 2024.

6.

The parties jointly submit that good cause exists for the granting of this Motion. Allowing the extension will promote judicial efficiency and economy and the efficiency and economy of the parties. Additionally, the granting of the Motion will not cause any unreasonable delay.

**WHEREFORE**, premises considered, Plaintiff and Defendant jointly request that this

Motion be granted and that the current briefing deadlines be extended as set forth above and in the proposed Order submitted herewith.

Respectfully Submitted,

/s/ J. Price McNamara
J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone:  (225) 201-8311
Facsimile:  (225) 201-8313
Email:  price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**AND**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email:  iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

-AND-

/s/ Lindsay Calhoun
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  lindsay.calhoun@phelps.com
Email:  matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**
**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

3

I hereby certify that on January 12, 2024, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *J Price McNamara*
J. Price McNamara