**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## ORDER

Considering the foregoing Joint Motion to Extend Briefing Deadlines,

**IT IS ORDERED** that the current briefing deadlines be extended and that new briefing deadlines be established as follows:

Plaintiff's Opening Brief due March 1, 2024.

Defendant's Response Brief due March 20, 2024.

Plaintiff's Reply Brief due April 1, 2024.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**