**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

**ORDER**

Considering the foregoing Joint Motion to Extend Briefing Deadlines, R. Doc. 19;

**IT IS ORDERED** that the Motion is **GRANTED** and that the current briefing deadlines be extended and that new briefing deadlines be established as follows:

Plaintiff's Opening Brief due March 1, 2024.

Defendant's Response Brief due March 20, 2024.

Plaintiff's Reply Brief due April 1, 2024.

All other dates and deadlines remain as currently set.

New Orleans, Louisiana, this 16th day of January, 2024.

_____
Greg Gerard Guidry
United States District Judge
