**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE WOFFORD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-cv-02110-GGG-KWR** |
| **V.** | **JUDGE GREG GERARD GUIDRY** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY AND/OR LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Wayne Wofford and Defendant Lincoln National Life Insurance Company and/or Lincoln Life Assurance Company of Boston and/or Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 17th day of January 2024.

Respectfully submitted,

/s/ J. Price McNamara
   J. Price McNamara (LA Bar Roll No. 20291)
   10455 Jefferson Highway, Ste 2B
   Baton Rouge, LA 70809
   Telephone:  (225) 201-8311
   Facsimile:  (225) 201-8313
   Email:  price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

1

**AND**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA**
**RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

*/s/ Lindsay Calhoun*

Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 17, 2024, the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*

Iwana Rademaekers